DOMESTIC PROFIT CORPORATION
FILING FEE $25.00

H   VMZ

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVE
MILILANI HI 96789

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code:_____

1. AUTHORIZED CAPITAL                              PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS            NUMBER                         CLASS              NUMBER
   COMMON           20,000                         COMMON             10,998

   To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:
           GOLF COURSE OPERATION
           (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

_____

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
   (See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)
   TITLE HELD/    NAME IN FULL        ADDRESS (INCLUDE CITY, STATE & ZIP CODE)
   OR CODE

   P/D    KINOSHITA, TOSHIO      6-20-8 SEIJO SETAGAYA-KU      TOKYO JAPAN
   V/D    KINOSHITA, TAKESHI     13749 GONDESA DR              DEL MAR CA 92014
   V/D    KINOSHITA, SATOSHI     1139 MAKAIWA ST               HONOLULU HI 96816
   S/T    FUKUDA, TSUGIO         2-22-7 NAKAMURA NERIMA-KU     TOKYO JA
   AT     TSUJIMOTO, TAKUYA      95-186 WAINAKU PL             MILILANI HI 96789
   D      MUKAI, FRANKLIN        1140 WAIHOLO ST               HONOLULU HI 96821
   AT     Saito, Mikiya          95-204 Hokulea Pl.            Mililani, HI 96789
   V/D    Kinoshita, Takeshi     3-7, Kanda-Ogawamachi         Tokyo 101 Japan
                                 Chiyoda-Ku

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

C/VMZ

DATE: Feb. 22, 2002

Mikiya Saito
Print Name

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0065719D1
Rev. 1/2002

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

EXHIBIT ___I

B17
B22
2001



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*[signature]* E. Rechtenwald

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 18, 2005