DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

SYL

H

---

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, **2001**

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

---

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code: _____

1. **AUTHORIZED CAPITAL**

| CLASS | NUMBER | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|---|
| | | | CLASS | NUMBER |
| COMMON | 20,000 | | COMMON | 2,000 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:**

TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

04/080/

**OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| D | KINOSHITA,TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JA |
| DOFAS | KINOSHITA,TAKESHI | COSTA DEL MAR RD | CARLSBAD CA 92009 |
| V | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| S/T/D | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HONOLULU HI 96821 |
| | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| AS | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI HI 96789 |

☐ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

# CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02

C/SYL

*Satoshi Kinoshita*

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

Print Name: Satoshi K...

RECEIVED 2002 MAR 27 DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS BUSINESS REGISTRATION DIVISION

B17
B22

FILE NO.0079478D1
Rev. 1/2002

2001

**File this original**
(SEE REVERSE SIDE FOR INSTRUCTIONS)

EXHIBIT L

I HEREBY CERTIFY that this is a true and
correct copy of the official record(s) of
the Business Registration Division.

Mark E. Rechtenwald

DIRECTOR OF COMMERCE AND
CONSUMER AFFAIRS

Date: November 18, 2005