# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.

2134099  8200

050929931

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4297333

DATE: 11-15-05



EXHIBIT O

# STATE OF DELAWARE
## 2000 ANNUAL FRANCHISE TAX REPORT

381

| DO NOT ALTER FILE NUMBER | | | | | PHONE NUMBER | 619-438-5595 |
|---|---|---|---|---|---|---|
| FILE NUMBER 2134099 | CORPORATION NAME SPORTS SHINKO (USA) CO., LTD. | | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM / / | TO / / |
| FEDERAL EMPLOYER ID NO. 51-0302823 | INCORPORATION DATE AUGUST 5, 1987 | | | | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
| AUTHORIZED STOCK BEGIN DATE 12-21-1989 | ENDING DATE | DESIGNATION OR STOCK CLASS COMMON | NO. OF SHARES 30,000 | PAR VALUE/SHARE 1.000000 | NO. SHARES ISSUED | TOTAL GROSS ASSETS | | JAN. 1st DEC. 31st |

| FRANCHISE TAX $190.00 | $50.00 PENALTY $ .00 | 1.5% MONTHLY INTEREST $ .00 | ANN. FILING FEE $ 20.00 | PREV CREDIT OR BALANCE $ .00 | PREPAID QRTY. PAYMENTS $ |
|---|---|---|---|---|---|
| | | | | | AMOUNT DUE $ 210.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 1182 | $210.00 |

2    030101    2134099    000021000 0    6

$50.00 PENALTY if not Received on or before
MAR 1, 2001 Plus 1.5% interest per month.

| NATURE OF BUSINESS | SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES | |
|---|---|---|
| Resort Services | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
| | 2100 Costa Del Mar Road, Carlsbad, CA 92009 | |
| DIRECTORS | NAME / STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| 1. | Toshio Kinoshita  3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo 101 Japan | |
| 2. | Takeshi Kinoshita c/o 2100 Costa Del Mar Road, Carlsbad, CA 92009 | |
| 3. | Tsugio Fukuda  3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo 101 Japan | |
| 4. | | |
| 5. | | |
| 6. | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME / STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|
| 1. President | Toshio Kinoshita  3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo, Japan | |
| 2. Exec. V.P. | Takeshi Kinoshita c/o 2100 Costa Del Mar Road, Carlsbad, CA | |

X ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)    TITLE: Executive Vice President    DATE