Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) ) | CONSOLIDATED CASES |
| vs. | ) ) ) | **CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, a Hawaiʻi limited liability company, KG HOLDINGS, LLC, a Hawaiʻi limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) ) | **(Re:  Stipulation to Continue Hearing on KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK Filed on January 13, 2006; and Order, filed on February 9, 2006)** |
| Defendants, | ) ) ) | |
| and | ) ) | |
| FRANKLIN K. MUKAI, | ) ) | [Relates to Document No. 101] |
| Third-Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaiʻi corporation; SPORTS SHINKO (MILILANI) CO., LTD., a | ) ) ) ) ) ) ) | |

601557_1 / 6850-5

Hawai`i corporation; SPORTS          )
SHINKO (KAUAI) CO., LTD., a          )
Hawai`i corporation; SPORTS          )
SHINKO (PUKALANI) CO., LTD., a       )
Hawai`i corporation; SPORTS          )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation; SPORTS SHINKO           )
(WAIKIKI) CORPORATION, a             )
Hawai`i corporation; and OCEAN       )
RESORT HOTEL CORPORATION, a          )
Hawai`i corporation,                 )
                                     )
          Third-Party                )
          Defendants.                )
_____    )
                                     )
SPORTS SHINKO (USA) CO., LTD.,       )    CIVIL NO. CV 04-00125
a Delaware corporation,              )          ACK/BMK
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
PUKALANI GOLF CLUB, LLC, a           )
Hawai`i limited liability            )
company; KG MAUI DEVELOPMENT,        )
LLC, a Hawai`i limited               )
liability company; KG HOLDINGS,      )
LLC, a Hawai`i limited               )
liability company, FRANKLIN K.       )
MUKAI,                               )
                                     )
          Defendants,                )
                                     )
     and                             )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
          Third-Party                )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
SPORTS SHINKO CO., LTD.,             )
a Japan corporation, SPORTS          )
SHINKO (HAWAII) CO., LTD.,           )
a Hawai`i corporation, SPORTS        )
SHINKO (MILILANI) CO., LTD.,         )
a Hawai`i corporation, SPORTS        )

```
SHINKO (KAUAI) CO., LTD.,       )
a Hawai`i corporation, SPORTS   )
SHINKO (PUKALANI) CO., LTD., a  )
Hawai`i corporation, SPORTS     )
SHINKO RESORT HOTEL             )
CORPORATION, a Hawai`i          )
corporation, SPORTS SHINKO      )
(WAIKIKI) CORPORATION,          )
a Hawai`i corporation, and      )
OCEAN RESORT HOTEL CORPORATION, )
a Hawai`i corporation,          )
                                )
          Third-Party           )
          Defendants.           )
                                )
_____)
                                )
SPORTS SHINKO (USA) CO., LTD, a )  CIVIL NO. CV 04-00126
Delaware corporation,           )            ACK/BMK
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
KIAHUNA GOLF CLUB, LLC, a       )
Hawaiʻi limited liability       )
company; KG KAUAI DEVELOPMENT,  )
LLC, a Hawaiʻi limited liability)
company; PUKALANI GOLF CLUB,    )
LLC, a Hawaiʻi limited liability)
company; KG MAUI DEVELOPMENT,   )
LLC, a Hawaiʻi limited liability)
company; MILILANI GOLF CLUB,    )
LLC, a Hawaiʻi limited liability)
company; QK HOTEL, LLC, a       )
Hawaiʻi limited liability       )
company; OR HOTEL, LLC, a       )
Hawaiʻi limited liability       )
company, and KG HOLDINGS, LLC,  )
a Hawaiʻi limited liability     )
company,                        )
                                )
          Defendants,           )
                                )
     and                        )
                                )
FRANKLIN K. MUKAI,              )
                                )
          Third-Party           )
Plaintiff,                      )
                                )
```

601557_1 / 6850-5                           -3-

```
            vs.                      )
                                     )
SPORTS SHINKO CO., LTD., a           )
Japan corporation, SPORTS            )
SHINKO (HAWAII) CO., LTD., a         )
Hawai`i corporation, SPORTS          )
SHINKO (MILILANI) CO., LTD., a       )
Hawai`i corporation, SPORTS          )
SHINKO (KAUAI) CO., LTD., a          )
Hawai`i corporation, SPORTS          )
SHINKO (PUKALANI) CO., LTD., a       )
Hawai`i corporation, SPORTS          )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation, SPORTS SHINKO           )
(WAIKIKI) CORPORATION, a             )
Hawai`i corporation and OCEAN        )
RESORT HOTEL CORPORATION, a          )
Hawai`i corporation,                 )
                                     )
          Third-Party                )
          Defendants.                )
_____       )
                                     )
SPORTS SHINKO CO., LTD., a           )   CIVIL NO. CV 04-00127
Japanese corporation,                )        ACK/BMK
                                     )
          Plaintiff,                 )
                                     )
          vs.                        )
                                     )
OR HOTEL, LLC, a Hawai`i             )
limited liability company, KG        )
HOLDINGS, LLC, a Hawai`i             )
limited liability company,           )
FRANKLIN K. MUKAI,                   )
                                     )
          Defendants,                )
                                     )
          and                        )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
          Third-Party                )
          Plaintiff,                 )
                                     )
          vs.                        )
                                     )
SPORTS SHINKO (USA) CO., LTD.,       )
a Delaware corporation; SPORTS       )
```

```
SHINKO (HAWAII) CO., LTD., a    )
Hawai`i corporation; SPORTS     )
SHINKO (MILILANI) CO., LTD., a  )
Hawai`i corporation; SPORTS     )
SHINKO (KAUAI) CO., LTD., a     )
Hawai`i corporation; SPORTS     )
SHINKO (PUKALANI) CO., LTD., a  )
Hawai`i corporation; SPORTS     )
SHINKO RESORT HOTEL             )
CORPORATION, a Hawai`i          )
corporation; SPORTS SHINKO      )
(WAIKIKI) CORPORATION, a        )
Hawai`i corporation; and OCEAN  )
RESORT HOTEL CORPORATION, a     )
Hawai`i corporation,            )
                                )
        Third-Party             )
        Defendants.             )
                                )
_____)
                                )
SPORTS SHINKO (USA) CO., LTD.,  )   CIVIL NO. CV 04-00128
a Delaware corporation,         )            ACK/BMK
                                )
        Plaintiff,              )
                                )
    vs.                         )
                                )
MILILANI GOLF CLUB, LLC,        )
a Hawai`i limited liability     )
company; KG HOLDINGS, LLC,      )
a Hawai`i limited liability     )
company, FRANKLIN K. MUKAI,     )
                                )
        Defendants,             )
                                )
    and                         )
                                )
                                )
FRANKLIN K. MUKAI,              )
                                )
        Third-Party             )
        Plaintiff,              )
                                )
    vs.                         )
                                )
SPORTS SHINKO CO., LTD., a      )
Japan corporation, SPORTS       )
SHINKO (HAWAII) CO., LTD., a    )
Hawai`i corporation, SPORTS     )
SHINKO (MILILANI) CO., LTD., a  )
```

```
Hawai`i corporation, SPORTS     )
SHINKO (KAUAI) CO., LTD., a      )
Hawai`i corporation, SPORTS      )
SHINKO (PUKALANI) CO., LTD.,     )
a Hawai`i corporation, SPORTS    )
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
corporation, SPORTS SHINKO       )
(WAIKIKI) CORPORATION, a         )
Hawai`i corporation, and         )
OCEAN RESORT HOTEL CORPORATION,  )
a Hawai`i corporation,           )
                                 )
          Third-Party            )
          Defendants.            )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February, 2006, I caused a true and correct copy of the **STIPULATION TO CONTINUE HEARING ON KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED ON JANUARY 13, 2006; AND ORDER,** filed on February 9, 2006, to be served electronically through CM/ECF on February 9, 2006, on the following persons:

> WILLIAM A. BORDNER, ESQ.
> Suite 3100, Mauka Tower
> 737 Bishop Street
> Honolulu, HI  96813
>
> Attorney for Defendant
> and Third-Party Plaintiff
>
> FRANKLIN K. MUKAI

```
WARREN PRICE, III, ESQ.
ROBERT A. MARKS, ESQ.
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

Attorneys for Defendants

KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC; OR HOTEL, LLC;
AND KG HOLDINGS, LLC
```

DATED:   Honolulu, Hawai`i, February 17, 2006.


  /S/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities