RECEIVED FROM 06-315-8396    1990. 3. 7  18:13    P. 2

別紙様式第十六

根拠法規：外国為替の管理に関する省令
主務官庁：大蔵省

## 対外直接投資に係る金銭の貸付契約に関する届出書

平成 2 年 5 月 17 日

大 蔵 大 臣 殿

届出者：
氏名又は名称及び代表者の氏名　スポーツ振興株式会社 代表取締役 木下俊雄　（記名押印）

住所又は所在地　大阪市北区万歳町4番12号 浪速ビル

職業又は業務　ゴルフ場経営

担当者 杉本芳文
電話 (06)315-1851

下記のとおり届出します。

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 貸付けの相手方及びその概要 | (1) 名称 | Sports Shinko (Waikiki) Corporation | | | 資本金 US$1,000.— 設立年月日 1990年5月2日 | | |
| | (2) 所在地 | 1001 Bishop Street #2200 - Pacific Tower Honolulu, Hawaii 96813 U.S.A. | | | | | |
| | (3) 事業内容（事業計画を含む。） | (事業内容) ホテル経営　　（単位：千米ドル） | | | | | |
| | | 売上収入 | 90.5月〜91.4月 | 91.5月〜92.4月 | 92.5月〜93.4月 | | |
| | | ワイキキインホテル | 9747 | 10425 | 11185 | | |
| | | プリンセスカイウラニホテル | 13175 | 11167 | 11908 | | |
| | (4) 届出者との関係 | 届出者の出資比率 共同投資者の出資比率 | 0% 0% | その他（具体的に記載すること。） | 会社決議により役員派遣 | | |
| | (5) 届出者の投資残高 | 出資 | 0 | 貸付け | ¥10,000,000,000.— | | |
| | (6) 共同投資者の投資残高 | 出資 | 0 | 貸付け | 0 | | |
| | (7) 既往届出受理年月日及び受理番号（届出者分） | — | | | | | |
| 2 | 金額 | ¥10,000,000,000.— | | | | | |
| 3 | 契約時期 | 届出後 2ヶ月以内 | | | | | |
| 4 | 貸付時期 | 届出後 2ヶ月以内 | | | | | |
| 5 条件 | (1) 金利 | 年利 8% | | | | | |
| | (2) 期間 | 5年 | | | | | |
| | (3) 元利金の回収方法 | 元利金共満期日一括回収 | | | | | |
| 6 | 取引に伴う支払（又は支払の受領）の方法（該当分に○） | ① 特殊決済方法以外の方法　ロ 特殊決済方法による方法（具体的に記載すること。） | | | | | |
| 7 | 資金の使途（該当分に○） | ① 設備資金　ロ 運転資金　ハ その他（具体的に記載すること。） | | | | | |
| 8 | 取引を行おうとする理由 | 今般相手方から、同相手方が米国ハワイ州にあるホテルを買収するにともない、その買収資金の一部の貸付方要請があったのでこれに応じるもの（詳細別紙の通り） | | | | | |
| 9 | その他の事項 | | | | | | |

108 1530

EXHIBIT T-1

CONFIDENTIAL

大蔵大臣 受理　2.5.17 FD 第 53 号

届出受理年月日

FROM 24h-ソッソクKK 本社総務部大阪　18:23 (木) 3. 7. 1990    社員番号9301355808 P. 2

（裏面）

1. 大蔵大臣の記載欄

| 事　　項 | 年　月　日　及　び　記　名　押　印 |
|---|---|
| 本届出に係る取引は<br>平成2年5月29日<br>ことができる。 | 平成2年5月29日<br><br>日本銀行大阪支店長<br>若月三喜雄 |

2. 外国為替公認銀行の記載欄

| 送金(又は受領)年月日 | 金　　額 | 銀　行　名 |
|---|---|---|
| JUN. -5.1990 | ¥10,000,000,000.- | Bank of Hawaii<br>Tokyo Branch<br>OE-51 |

108 1531