Regarding Exhibit "15":

See the Declaration of Glenn T. Melchinger attached to Plaintiffs' Concise Statement in Support of its Memorandum In Opposition to the KG Defendant's Motion for Summary Judgment filed in Civil No. CV 04-00128, filed January 13, 2006.

Exhibit "15" is marked "Confidential" and is subject to a Stipulated Protective Order filed herein on January 25, 2005, and may only be filed under seal and only upon "prior application to and approval by the Court. *Id.* at Par. 8. The designation in this case has been made by Plaintiff to protect the personal financial information of Bert Kobayashi and others from disclosure.

EXHIBIT 15