```
 1              IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

 2                           STATE OF HAWAII

 3     ------------------------------------------

 4     SPORTS SHINKO (USA) CO., LTD., a Delaware

 5     Corporation; SPORTS SHINKO (MILILANI)

 6     CO., LTD., a Hawaii corporation, et al.,

 7              Plaintiff,

 8         vs.              Case No. 02-1-2766-11 (EEH)

 9     RESORT MANAGEMENT SERVICES

10     (HAWAII), INC., a Hawaii corporation,

11     YASUO NISHIDA, SATOSHI KINOSHITA, et al.

12              Defendants.

13     ------------------------------------------

14

15              DEPOSITION OF SATOSHI KINOSHITA

16                        (Volume III)

17

18     Taken on behalf of the Plaintiff at Alston Hunt Floyd &

19     Ing, 1001 Bishop St., ASB Tower, 18th Floor, Honolulu,

20     Hawaii 96813, commencing at 9:00 a.m., Thursday, April

21     21, 2005, pursuant to Notice.

22

23     BEFORE:   BARBARA ACOBA, CSR No. 412, RPR

24               Notary Public, State of Hawaii

25
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090

EXHIBIT 19

```
 1   APPEARANCES:

 2   For Plaintiff:          GLENN MELCHINGER, Esq.

 3                           ALSTON HUNT FLOYD & ING

 4                           ASB Tower

 5                           1001 Bishop St., 18th Floor

 6                           Honolulu, Hawaii 96813

 7

 8   For Defendant SATOSHI KINOSHITA:

 9                           JOHN KOMEIJI, Esq.

10                           WATANABE ING KAWASHIMA & KOMEIJI

11                           First Hawaiian Center

12                           999 Bishop St., 23rd Floor

13                           Honolulu, Hawaii 96813

14

15

16   Also Present:           STEVEN SILVER - Interpreter

17

18

19

20

21

22

23

24

25
```

1  relevancy and not reasonably calculated to lead to the
2  discovery of admissible evidence in this matter.
3         THE WITNESS:  As far as I recall, there were
4  three meetings that were held with the KG Group, and
5  you're asking me about the individuals who were
6  involved, so let's take them in order.  The first of
7  those three meetings was a telephone conference between
8  me and KG, so there was nobody else involved.  The
9  second meeting I attended with the president of our
10 company.  And the third meeting involved the McCorriston
11 law firm and the attorneys for the KG Group side.
12 BY MR. MELCHINGER:
13     Q.  Do you recall when the meeting -- when you had
14 a meeting with Toshio and somebody from KG, the number
15 two point that you mentioned?
16     A.  It was sometime in late December of 2001.
17     Q.  Where was it?
18     A.  In Tokyo.
19     Q.  So somebody from KG came to Tokyo?
20     A.  Yes.
21     Q.  And the only people present were you and the
22 president and somebody from KG; is that right?
23     A.  I believe so.
24     Q.  The president doesn't speak English very well,
25 right?

***ATTORNEY-CLIENT PRIVILEGE***                        235

```
 1        A.    That's correct.
 2        Q.    Was there an interpreter or somebody present at
 3   the meeting?
 4        A.    Yes.  That's correct.  There was an interpreter
 5   present.
 6        Q.    Do you remember who that was?
 7        A.    It was a gentleman named Mr. Takahashi,
 8   T-a-k-a-h-a-s-h-i.
 9        Q.    Is that somebody who KG brought with them, or
10   who was Mr. Takahashi affiliated with, if anybody?
11        A.    He was an interpreter that KG had brought with
12   them.
13        Q.    So Mr. Takahashi came from Hawaii, as far as
14   you know?
15        A.    Right.
16        Q.    Do you know if Mr. Takahashi was a KG employee
17   or how did Mr. Takahashi introduce himself?
18        A.    He introduced himself as Takahashi, the
19   interpreter.
20        Q.    From KG was it Wayne Tanigawa who was present;
21   is that right?
22        A.    Yes.
23        Q.    Was there anybody else from KG?
24        A.    No.
25        Q.    Was there anybody else from Sports Shinko,
```

```
 1        A.    I don't know.
 2        Q.    So it's your understanding that Mr. Mukai spoke
 3   with somebody at KG and KG sent you this letter, Exhibit
 4   50; is that right?
 5        A.    Yes.
 6        Q.    Did you ever talk with Mr. Mukai at any point
 7   in time about what he discussed with KG before they sent
 8   this letter, Exhibit 50?
 9        A.    No.
10        Q.    Do you know what Mr. Mukai's relationship is
11   with either Bert Kobayashi, the developer, or KG?
12        A.    No.
13        Q.    Even today, you don't know; is that right?
14        A.    Right.
15        Q.    Was it your understanding, then, that Mr. Mukai
16   had sort of introduced KG to Sports Shinko; is that
17   right?
18        A.    Yes.
19              MR. MELCHINGER:  I think the translation was --
20   off the record.  I need to clarify.  Actually, could the
21   Translator just retranslate.
22              THE INTERPRETER:  Sure.
23   BY MR. MELCHINGER:
24        Q.    Was it your understanding, then, in 2001,
25   December, that Mr. Mukai had introduced KG to Sports
```

```
 1   Shinko?
 2        A.    Yes.
 3        Q.    Did you ever have any discussion with Mr. Mukai
 4   or anybody else at the McCorriston law firm regarding
 5   how Kobayashi Group came to make the offer that's in
 6   Exhibit 54?
 7        A.    Yes.
 8        Q.    Do you know about when that was, what time?
 9        A.    It would have been at some point in time
10   between December 4th, 2001, and December 11th, but I
11   don't recall exactly when it was.
12        Q.    Was that a telephone conference or personal
13   meeting with Mr. Mukai or who was present and how was
14   the conference held?
15        A.    It was either via the telephone or I may have
16   met with him in person.  I don't recall.
17        Q.    But it was with Mr. Mukai, not Mr. Kawatani or
18   somebody else from the office; is that right?
19        A.    Right.
20        Q.    And what did he tell you during that
21   conference?
22        A.    He said that the Kobayashi Group was interested
23   not just in submitting a letter expressing their
24   interest, but in submitting an offer and he wanted us to
25   provide them with financial information.
```

```
 1                    C E R T I F I C A T E
 2    STATE OF HAWAII              )
 3    CITY AND COUNTY OF HONOLULU  )
 4              I, BARBARA ACOBA, Certified Shorthand
 5    Reporter and Notary Public, State of Hawaii, do
 6    hereby certify:
 7              That on Thursday, April 21, 2005, at
 8    9:00 a.m., appeared before me SATOSHI KINOSHITA, the
 9    witness whose deposition is contained herein; that
10    prior to being examined he was by me duly sworn;
11              That the deposition was taken down by me
12    in machine shorthand and was thereafter reduced to
13    typewriting under my supervision; that the foregoing
14    represents, to the best of my ability, a true and
15    correct transcript of the proceedings had in the
16    foregoing matter.
17              I further certify that I am not an attorney
18    for any of the parties hereto, nor in any way concerned
19    with the cause.
20              Dated this 30th day of April, 2005,
21    in Honolulu, Hawaii.
22
23              BARBARA ACOBA, CSR NO. 412
24              Notary Public, State of Hawaii
25              My Commission Exp: 10-22-2008
```