FORM G-8A
(REV. 1997)

**STATE OF HAWAII
DEPARTMENT OF TAXATION
REPORT OF BULK SALE OR TRANSFER**
(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

Name of Purchaser: OR Hotel, LLC
Address: Pauahi Tower, Suite 1570
1001 Bishop Street, Honolulu, HI 96813
Hawaii G.E./Use I.D. No. 10671364
Social Security No. or Federal Employer's I.D. No. 26-0022042

Name of Seller: Sports Shinko (Waikiki) Corporation
DBA: Ocean Resort Hotel Waikiki
Address: 175 Paoakalani Avenue
Honolulu, HI 96815
Hawaii G.E./Use I.D. No. 10407397
Social Security No. or Federal Employer's I.D. No. 99-0279547
Name of Parent Corp. (If applicable): Sports Shinko (Hawaii) Co., Ltd.
Parent Corp.'s Federal Employer's I.D. No. 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Description | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | $ |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 4,950,000.00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) Personal Property | 550,000.00 |
| TOTAL | $ 5,500,000.00 |

Date of Sale: 1-30-02
Date of Filing Report: _____

Please answer the following questions:

| | YES | NO |
|---|---|---|
| 1. Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. NOTE: Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.) | | X |
| 2. Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. Was a tax clearance certificate issued to the seller? If yes, date issued 1-16-02 (Attach a copy) | X | |
| 4. Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? | | X |

If yes, please describe how the purchase price was determined. _____

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

Signature of Purchaser, if this report is made by him/her.
Wayne Tanigawa, Manager
Type or Print Name of Purchaser

Signature of Seller
Satoshi Kinoshita, Vice President
Type or Print Name of Seller

File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence): Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813
Contact Person: Name: Stacey C. G. Hee    Telephone No. 529-7300

**CERTIFICATE OF DIRECTOR OF TAXATION**

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.

This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

DIRECTOR OF TAXATION    232 0893
By: ANNETTE YAMANUHA
ACTING TAXPAYER SERVICES BRANCH CHIEF

Date of Certificate: FEBRUARY 20, 2002

EXHIBIT 28

FORM G-8A

FORM G-8A
(REV. 2000)

STATE OF HAWAII
DEPARTMENT OF TAXATION

# REPORT OF BULK SALE OR TRANSFER
(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

Name of Purchaser: Pukalani Golf Club, LLC
Address: Pauahi Tower, Suite 1570
1001 Bishop Street, Honolulu, HI 96813
Hawaii G.E./Use I.D. No. 10671814
Social Security No. or Federal Employer's I.D. No. 26-0022057

Name of Seller: Sports Shinko (Pukalani) Co., Ltd.
DBA:
Address: 360 Pukalani Street
Pukalani, HI 96768
Hawaii G.E./Use I.D. No. 10344675
Social Security No. or Federal Employer's I.D. No. 99-0259815
Name of Parent Corp. (If applicable) Sports Shinko (Hawaii) Co., Ltd.
Parent Corp.'s Federal Employer's I.D. No. 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Item | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 3,800,000.00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) Personal Property | 200,000.00 |
| TOTAL | $4,000,000.00 |

Date of Sale: 1/25/02
Date of Filing Report: 1/25/02

Please answer the following questions:

| | YES | NO |
|---|---|---|
| 1. Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. NOTE: Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.) | | X |
| 2. Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. Was a tax clearance certificate issued to the seller? If yes, date issued 1-23-02 (Attach a copy) | X | |
| 4. Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? If yes, please describe how the purchase price was determined. | | X |

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

Signature of Purchaser, if this report is made by him/her.
Wayne Tanigawa, Manager
Type or Print Name of Purchaser

Signature of Seller
Satoshi Kinoshita, Vice President
Type or Print Name of Seller

File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence)
Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813
Contact Person: Name: Stacey C. G. Hee   Telephone No. 529-7300

## CERTIFICATE OF DIRECTOR OF TAXATION

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.
This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

232 1150

Date of Certificate: FEBRUARY 20, 2002

DIRECTOR OF TAXATION
By: ANNETTE YAMANUHA
ACTING TAXPAYER SERVICES BRANCH CHIEF

FORM G-8A

FORM G-8A
(REV. 2000)

**STATE OF HAWAII**
**DEPARTMENT OF TAXATION**

# REPORT OF BULK SALE OR TRANSFER

(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

**Name of Purchaser:** KG Maui Development, LLC
**Address:** Pauahi Tower, Suite 1570
1001 Bishop Street, Honolulu, HI 96813
**Hawaii G.E./Use I.D. No.** 10671642
**Social Security No. or Federal Employer's I.D. No.** 26-0022104

**Name of Seller:** Sports Shinko (Pukalani) Co., Ltd.
**DBA:**
**Address:** 360 Pukalani Street
Pukalani, HI 96768
**Hawaii G.E./Use I.D. No.** 10344675
**Social Security No. or Federal Employer's I.D. No.** 99-0259815
**Name of Parent Corp. (If applicable):** Sports Shinko (Hawaii) Co., Ltd.
**Parent Corp.'s Federal Employer's I.D. No.** 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Description | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | $ |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 500,000.00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) | |
| **TOTAL** | $ 500,000.00 |

**Date of Sale:** 1/25/02
**Date of Filing Report:** 1/25/02

Please answer the following questions:

| | YES | NO |
|---|---|---|
| 1. Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. NOTE: Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.) | | X |
| 2. Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. Was a tax clearance certificate issued to the seller? If yes, date issued 1-23-02 (Attach a copy) | X | |
| 4. Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? If yes, please describe how the purchase price was determined. | | X |

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

_Signature of Purchaser, if this report is made by him/her._
Wayne Tanigawa, Manager
Type or Print Name of Purchaser

_Signature of Seller_
Satoshi Kinoshita, Vice President
Type or Print Name of Seller

**File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.**
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence)
Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813
**Contact Person: Name:** Stacey C. G. Hee **Telephone No.** 529-7300

---

**CERTIFICATE OF DIRECTOR OF TAXATION**

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.
This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

**DIRECTOR OF TAXATION** 232 1153

**Date of Certificate:** FEBRUARY 20, 2002

**By:** ANNETTE YAMANUHA
ACTING TAXPAYER SERVICES BRANCH CHIEF

FORM G-8A

FORM G-8A
(REV. 2000)

**STATE OF HAWAII
DEPARTMENT OF TAXATION
REPORT OF BULK SALE OR TRANSFER**
(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

Name of Purchaser: QK Hotel, LLC
Address: Pauahi Tower, Suite 1570
1001 Bishop Street, Honolulu, HI 96813
Hawaii G.E./Use I.D. No. 10671364
Social Security No. or Federal Employer's I.D. No. 26-0022042

Name of Seller: Sports Shinko (Waikiki) Corporation
DBA: Queen Kapiolani Hotel
Address: 175 Paoakalani Avenue
Honolulu, HI 96815
Hawaii G.E./Use I.D. No. 10407397
Social Security No. or Federal Employer's I.D. No. 99-0279547
Name of Parent Corp. (If applicable) Sports Shinko (Hawaii) Co., Ltd.
Parent Corp.'s Federal Employer's I.D. No. 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Description | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | $ |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 3,150,000 00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) Personal Property | 350,000 00 |
| TOTAL | $ 3,500,000 00 |

Date of Sale: 4-15-02

Date of Filing Report: _____

Please answer the following questions:

| | YES | NO |
|---|---|---|
| 1. Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. NOTE: Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.) | | X |
| 2. Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. Was a tax clearance certificate issued to the seller? If yes, date issued 1-16-02 (Attach a copy) | X | |
| 4. Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? If yes, please describe how the purchase price was determined. | | X |

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

Signature of Purchaser, if this report is made by him/her.
Wayne Tanigawa, Manager
Type or Print Name of Purchaser

Signature of Seller
Satoshi Kinoshita, Vice President
Type or Print Name of Seller

File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence)
Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813
Contact Person: Name: Stacey C. G. Hee    Telephone No. 529-7300

**CERTIFICATE OF DIRECTOR OF TAXATION**

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.

This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

DIRECTOR OF TAXATION   232 1258

Date of Certificate: APRIL 15, 2002

By: ANNETTE YAMANUHA
ACTING TAXPAYER SERVICES BRANCH CHIEF

FORM G-8A

FORM G-8A  
(REV. 1997)

STATE OF HAWAII  
DEPARTMENT OF TAXATION

## REPORT OF BULK SALE OR TRANSFER
(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

Name of Purchaser: Kiahuna Golf Club, LLC  
Address: Pauahi Tower, Suite 1570  
1001 Bishop St., Honolulu, HI 96813  
Hawaii G.E./Use I.D. No. 10671640  
Social Security No. or Federal Employer's I.D. No. 26-0022089

Name of Seller: Sports Shinko (Kauai) Co., Ltd.  
DBA  
Address: 2545 Kiahuna Plantation Drive  
Koloa, HI 96756  
Hawaii G.E./Use I.D. No. 10310149  
Social Security No. or Federal Employer's I.D. No. 99-0247298  
Name of Parent Corp. (If applicable) Sports Shinko (Hawaii) Co., Ltd.  
Parent Corp.'s Federal Employer's I.D. No. 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Description | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | $ |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 2,300,000 00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) Personal Property | 200,000 00 |
| TOTAL | $ 2,500,000 00 |

Date of Sale: 1/25/02  
Date of Filing Report: 1/25/02

Please answer the following questions:

| | YES | NO |
|---|---|---|
| 1. Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. **NOTE:** Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.) | | X |
| 2. Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. Was a tax clearance certificate issued to the seller? If yes, date issued 1-16-02 (Attach a copy) | X | |
| 4. Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? If yes, please describe how the purchase price was determined. | | X |

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

Signature of Purchaser, if this report is made by him/her.  
Wayne Tanigawa, Manager  
Type or Print Name of Purchaser

Signature of Seller  
Satoshi Kinoshita, Vice President  
Type or Print Name of Seller

File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.  
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence) Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813  
Contact Person: Name: Stacey C. G. Hee  Telephone No. 529-7300

---

### CERTIFICATE OF DIRECTOR OF TAXATION

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.

This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

232 1545

Date of Certificate:  
FEBRUARY 20, 2002

DIRECTOR OF TAXATION  
By: ANNETTE YAMANUHA  
ACTING TAXPAYER SERVICES BRANCH CHIEF

FORM G-8A

FORM G-8A
(REV. 2000)

STATE OF HAWAII
DEPARTMENT OF TAXATION

# REPORT OF BULK SALE OR TRANSFER
(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

Name of Purchaser: KG Kauai Development, LLC
Address: Pauahi Tower, Suite 1570
1001 Bishop Street, Honolulu, HI 96813
Hawaii G.E./Use I.D. No. 10671641
Social Security No. or Federal Employer's I.D. No. 26-0022125

Name of Seller: Sports Shinko (Kauai) Co., Ltd.
DBA: —
Address: 2545 Kiahuna Plantation Drive
Koloa, HI 96756
Hawaii G.E./Use I.D. No. 10310149
Social Security No. or Federal Employer's I.D. No. 99-0247298
Name of Parent Corp. (If applicable) Sports Shinko (Hawaii) Co., Ltd.
Parent Corp.'s Federal Employer's I.D. No. 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Description | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 500,000.00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) _____ | |
| **TOTAL** | **$ 500,000.00** |

Date of Sale: 1/25/02
Date of Filing Report: 1/25/02

Please answer the following questions:

| | | YES | NO |
|---|---|---|---|
| 1. | Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. NOTE: Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.) | | X |
| 2. | Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. | Was a tax clearance certificate issued to the seller? If yes, date issued  1-16-02  (Attach a copy) | X | |
| 4. | Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? If yes, please describe how the purchase price was determined. _____ | | X |

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

Signature of Purchaser, if this report is made by him/her.
Wayne Tanigawa, Manager
Type or Print Name of Purchaser

Signature of Seller
Satoshi Kinoshita, Vice President
Type or Print Name of Seller

File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence)
Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813
Contact Person: Name: Stacey C. G. Hee       Telephone No. 529-7300

## CERTIFICATE OF DIRECTOR OF TAXATION

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.

This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

232 1550

DIRECTOR OF TAXATION
By: ANNETTE YAMANUHA
ACTING TAXPAYER SERVICES BRANCH CHIEF

Date of Certificate: FEBRUARY 20, 2002

FORM G-8A

FORM G-8A
(REV. 2000)

**STATE OF HAWAII**
**DEPARTMENT OF TAXATION**

# REPORT OF BULK SALE OR TRANSFER

(Pursuant to section 237-43, Hawaii Revised Statutes (HRS))

Please read the Important Notice, Definitions, and Instructions on the back before preparing this form in triplicate.

Name of Purchaser: MILILANI GOLF CLUB, LLC
Address: Pauahi Tower, Suite 1570
1001 Bishop Street, Honolulu, HI 96813
Hawaii G.E./Use I.D. No. 10671644
Social Security No. or Federal Employer's I.D. No. 26-0022072

Name of Seller: Sports Shinko (Mililani) Co., Ltd.
DBA:
Address: 95-176 Kuahelani Avenue
Mililani, HI 96789
Hawaii G.E./Use I.D. No. 10321026
Social Security No. or Federal Employer's I.D. No. 99-0251193
Name of Parent Corp. (If applicable) Sports Shinko (Hawaii) Co., Ltd.
Parent Corp.'s Federal Employer's I.D. No. 99-0246070

Description and Value of Property Sold or Transferred as listed below:

| Description | Purchase Price |
|---|---|
| Inventory of Stock in Trade (Taxable at ½ of 1%) | $ |
| Furniture and Fixtures | |
| Machinery and Equipment | |
| Land and Buildings | 5,300,000.00 |
| Covenants Not To Compete (Taxable at 4%) | |
| Goodwill and Other Intangibles (See Instructions) | |
| Other Assets (Please describe) Personal Property | 200,000.00 |
| **TOTAL** | **$ 5,500,000.00** |

Date of Sale: 1/25/02
Date of Filing Report: 1/25/02

**Please answer the following questions:**

| | | YES | NO |
|---|---|---|---|
| 1. | Does this transaction terminate the business of the seller? (If yes, all general excise tax returns for income received up to the date of the sale must be filed and paid. *NOTE: Net income tax returns for the year being closed must be filed and any tax due must be paid by the due date of the return.*) | | X |
| 2. | Did the seller ever receive any property in a transaction for which a report under section 237-43, HRS, was required but was not filed? If yes, attach a statement fully describing the transaction(s) and the property involved. | | X |
| 3. | Was a tax clearance certificate issued to the seller? If yes, date issued 1-16-02 (Attach a copy) | X | |
| 4. | Are the seller and purchaser affiliated companies or persons within the meaning of section 237-19, HRS, or is the sale or transfer made under other circumstances where the relation between the the seller and purchaser is such that the consideration paid, if any, is not indicative of the true value of the property sold or transferred? If yes, please describe how the purchase price was determined. | | X |

The undersigned declares, under the penalties set forth in section 231-36, HRS, that this is a true, correct and complete statement of facts.

Signature of Purchaser, if this report is made by him/her.
Wayne Tanigawa, Manager
Type or Print Name of Purchaser

Signature of Seller
Satoshi Kinoshita, Vice President
Type or Print Name of Seller

File the White and Yellow Copies with the Department of Taxation and retain the Pink Copy for your files.
Address of where to mail copy of Report of Bulk Sale or Transfer (and/or other correspondence)
Five Waterfront Plaza, 4th Floor, 500 Ala Moana Blvd., Honolulu, Hawaii 96813
Contact Person: Name: Stacey C. G. Hee    Telephone No. 529-7300

## CERTIFICATE OF DIRECTOR OF TAXATION

This is to certify that the Report of Bulk Sale or Transfer required by section 237-43, HRS, has been filed, as shown above, and that all taxes, penalties and interest due on the date of this certificate have been paid.
This certificate shall be voidable by the Department of Taxation if any material misrepresentation has been made in this report.

232 1667

DIRECTOR OF TAXATION
By: ANNETTE YAMANUHA
ACTING TAXPAYER SERVICES BRANCH CHIEF

Date of Certificate: FEBRUARY 20, 2002

FORM G-8A