Form P-64A
(REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
**CONVEYANCE TAX CERTIFICATE**

DO NOT WRITE OR STAPLE IN THIS SPACE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| | | See Attached | | |

ISLAND  Oahu    APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT** (Please Type or Print)

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
SPORTS SHINKO (WAIKIKI) CORPORATION

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
OR HOTEL, LLC

DATE OF TRANSACTION: January ___, 2002

*Complete the applicable lines below. For more information, see Instructions on reverse side.*

| | | | |
|---|---|---|---|
| **SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:** | | 1 | 5,500,000 00 |
| 1. Sale Price | | | |
| **EXCHANGE OF PROPERTIES:** | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | |
| 2b. Other consideration | 2b | | |
| 2c. Total (Add lines 2a and 2b) | | 2c | |
| **ASSIGNMENT OF LEASE:** | | | |
| 3a. Sale price of leasehold | 3a | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | |
| 3c. Total (Add lines 3a and 3b) | | 3c | |
| **LEASE OR SUBLEASE:** | | | |
| 4a. Rent capitalized at 6% (See Instructions) Term ___ years beginning: ___ 1st period ___ yrs @ $ ___ /yr. 2nd period ___ yrs @ $ ___ /yr. 3rd period ___ yrs @ $ ___ /yr. 4th period ___ yrs @ $ ___ /yr. Total rent capitalized at 6%. | 4a | | |
| 4b. Sales price or premium for the lease | 4b | | |
| 4c. Total (Add lines 4a and 4b) | | 4c | |
| **TAX COMPUTATION AND BALANCE DUE:** | | | |
| 5. Amount from line 1, 2c, 3c, or 4c | | 5 | 5,500,000 00 |
| 6. Less: personal property included in amount on line 5, if applicable | | 6 | 550,000 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | 7 | 4,950,000 00 |
| 8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | 8 | 4,950 00 |
| 9a. Penalty. For late filing (See Instructions) | | 9a | |
| 9b. Interest. For late payment (See Instructions) | | 9b | |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | 10 | 4,950 00 |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: ___

Please provide mailing address for assessment notice:
NAME: OR Hotel, LLC
ADDRESS: 1001 Bishop St, Ste 1570, Hon, HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: ___
ADDRESS: ___
232 0887
ZIP: ___

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**
Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor  ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**
I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

**EXHIBIT 29**

DAYTIME PHONE NO.: ( )

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
OR HOTEL, LLC
By: Wayne T. Tanigawa, Its Member
DAYTIME PHONE NO.: (808) 524-1508

FORM P-64A

# BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (1) 2/6/027/050 -  $   613,945.88
TMK (1) 2/6/027/008 -  $3,107,425.68
TMK (1) 2/6/027/007 -  $1,228,628.44

TOTAL SALES PRICE $4,950,000.00

Form P-64A
(REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
**CONVEYANCE TAX CERTIFICATE**

DO NOT WRITE OR STAPLE IN THIS SPACE

CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See Attached | | | | |

ISLAND Maui    APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT** (Please Type or Print)

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shinko (Pukalani) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
Pukalani Golf Club, LLC

**DATE OF TRANSACTION:** _____

*Complete the applicable lines below. For more information, see Instructions on reverse side.*

SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:
1. Sale Price ................................................................................................ | 1 | 4,000,000 | 00

EXCHANGE OF PROPERTIES:
2a. Market value of all property(ies) exchanged ............................. | 2a |
2b. Other consideration ................................................................... | 2b |
2c. Total (Add lines 2a and 2b) ........................................................ | 2c |

ASSIGNMENT OF LEASE:
3a. Sale price of leasehold .............................................................. | 3a |
3b. Value of any increase in lease rental capitalized at 6% (See Instructions) ....... | 3b |
3c. Total (Add lines 3a and 3b) ....................................................... | 3c |

LEASE OR SUBLEASE:
4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____
   1st period ____ yrs @ $ ____ /yr. 2nd period ____ yrs @ $ ____ /yr.
   3rd period ____ yrs @ $ ____ /yr. 4th period ____ yrs @ $ ____ /yr.
   Total rent capitalized at 6% ...................................................... | 4a |
4b. Sales price or premium for the lease ........................................ | 4b |
4c. Total (Add lines 4a and 4b) ...................................................... | 4c |

TAX COMPUTATION AND BALANCE DUE:
5. Amount from line 1, 2c, 3c, or 4c ............................................. | 5 | 4,000,000 | 00
6. Less: personal property included in amount on line 5, if applicable ....... | 6 | 200,000 | 00
7. Difference — Actual and full consideration (line 5 minus line 6) ........... | 7 | 3,800,000 | 00
8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10)) ..... | 8 | 3,800 | 00
9a. Penalty. For late filing (See Instructions) ................................ | 9a |
9b. Interest. For late payment (See Instructions) ......................... | 9b |
10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) ............ | 10 | 3,800 | 00

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:
NAME: Pukalani Golf Club, LLC
ADDRESS: 1001 Bishop St, Ste 1570, Hon HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: _____
ADDRESS: 232 1142
ZIP: _____

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**
Check the applicable box(es) if the transferor and/or the transferee is a foreign person. ☐ Transferor ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**
I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
Pukalani Golf Club, LLC
By Wayne Tanigawa, Its Manager

DAYTIME PHONE NO.: (____) ____ - ____
DAYTIME PHONE NO.: (808) 524 - 1508

FORM P-64A

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

| TMK | Amount |
|---|---|
| TMK (2) 2/3/055/068 - $ | 1,588.22 |
| TMK (2) 2/3/055/069 - $ | 1,283.41 |
| TMK (2) 2/3/048/125 - $ | 1,353.36 |
| TMK (2) 2/3/049/088 - $ | 4,950.75 |
| TMK (2) 2/3/057/124 - $ | 124,778.25 |
| TMK (2) 2/3/056/097 - $ | 636,081.10 |
| TMK (2) 2/3/056/098 - $ | 539,240.75 |
| TMK (2) 2/3/056/095 - $ | 1,269.93 |
| TMK (2) 2/3/056/096 - $ | 1,283.41 |
| TMK (2) 2/3/057/121 - $ | 1,283.41 |
| TMK (2) 2/3/057/138 - $ | 303,202.40 |
| TMK (2) 2/3/061/114 - $ | 639,612.40 |
| TMK (2) 2/3/009/004 - $ | 1,135,157.54 |
| TMK (2) 2/3/009/040 - $ | 408,915.07 |

SALES PRICE         $3,800,000.00

Form P-64A
(REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
**CONVEYANCE TAX CERTIFICATE**

DO NOT WRITE OR STAPLE IN THIS SPACE

CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See Attached | | | | |

ISLAND  Maui           APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shinko (Pukalani) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
KG Maui Development, LLC

DATE OF TRANSACTION: _____

Complete the applicable lines below. For more Information, see Instructions on reverse side.
**SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:**
1. Sale Price .................................................................................................. | 1 | 500,000 | 00

**EXCHANGE OF PROPERTIES:**
2a. Market value of all property(ies) exchanged ............................... | 2a |
2b. Other consideration ........................................................................ | 2b |
2c. Total (Add lines 2a and 2b) ............................................................ | | | 2c |

**ASSIGNMENT OF LEASE:**
3a. Sale price of leasehold ................................................................... | 3a |
3b. Value of any increase in lease rental capitalized at 6% (See Instructions) .... | 3b |
3c. Total (Add lines 3a and 3b) ............................................................ | | | 3c |

**LEASE OR SUBLEASE:**
4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____
1st period ____ yrs @ $____/yr. 2nd period ____ yrs @ $____/yr.
3rd period ____ yrs @ $____/yr. 4th period ____ yrs @ $____/yr.
Total rent capitalized at 6%. .................................................. | 4a |
4b. Sales price or premium for the lease ............................................... | 4b |
4c. Total (Add lines 4a and 4b) ............................................................. | | | 4c |

**TAX COMPUTATION AND BALANCE DUE:**
5. Amount from line 1, 2c, 3c, or 4c ..................................................... | 5 | 500,000 | 00
6. Less: personal property included in amount on line 5, if applicable .. | 6 |
7. Difference — Actual and full consideration (line 5 minus line 6) ....... | 7 | 500,000 | 00
8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) ..... | 8 | 500 | 00
9a. Penalty. For late filing (See Instructions) ........................................... | 9a |
9b. Interest. For late payment (See Instructions) ...................................... | 9b |
10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) ..... | 10 | 500 | 00

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:
NAME: KG Maui Development, LLC
ADDRESS: 1001 Bishop St., Ste 1570, Hon HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: _____
ADDRESS: 232 1145
ZIP: _____

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**
Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor  ☐ Transferee
Under Honolulu Ordinance No. 90-88, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**
I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
KG Maui Development, LLC
By Wayne Tanigawa, Its Manager

DAYTIME PHONE NO.: ( ) ___-___

DAYTIME PHONE NO.: (808) 524-1508

FORM P-64A

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (2) 2/3/008/005 - $ 24,936.30
TMK (2) 2/3/008/036 - $125,381.24
TMK (2) 2/3/009/039 - $322,977.60
TMK (2) 2/3/047/126 - $ 26,704.86

SALES PRICE        $500,000.00

232 1146

01/24/02  18:27 FAX 8085210287    Title Guaranty    ☒004

Form P-64A
(REV. 1999)

STATE OF HAWAII—DEPARTMENT OF TAXATION
## CONVEYANCE TAX CERTIFICATE

DO NOT WRITE OR STAPLE IN THIS SPACE

CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| 2 | 6 | 027 | 028 | |

ISLAND  Oahu       APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT** (Please Type or Print)

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
SPORTS SHINKO (WAIKIKI) CORPORATION

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
QK HOTEL, LLC

DATE OF TRANSACTION: _____

Complete the applicable lines below. For more information, see instructions on reverse side.

SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:
1. Sale Price ............................................................................................... | 1 | 3,500,000 | 00

EXCHANGE OF PROPERTIES:
2a. Market value of all property(ies) exchanged .......... | 2a |
2b. Other consideration ............................................. | 2b |
2c. Total (Add lines 2a and 2b) ................................... | 2c |

ASSIGNMENT OF LEASE:
3a. Sale price of leasehold ......................................... | 3a |
3b. Value of any increase in lease rental capitalized at 6% (See Instructions) ...... | 3b |
3c. Total (Add lines 3a and 3b) ................................... | 3c |

LEASE OR SUBLEASE:
4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____
  1st period ____ yrs @ $ ____ /yr.  2nd period ____ yrs @ $ ____ /yr.
  3rd period ____ yrs @ $ ____ /yr.  4th period ____ yrs @ $ ____ /yr.
  Total rent capitalized at 6% .................................. | 4a |
4b. Sales price or premium for the lease ................... | 4b |
4c. Total (Add lines 4a and 4b) ................................... | 4c |

TAX COMPUTATION AND BALANCE DUE:
5. Amount from line 1, 2c, 3c, or 4c ........................... | 5 | 3,500,000 | 00
6. Less: personal property included in amount on line 5, if applicable ............. | 6 | 350,000 | 00
7. Difference — Actual and full consideration (line 5 minus line 6) ............. | 7 | 3,150,000 | 00
8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10)) ........ | 8 | 3,150 | 00
9a. Penalty. For late filing (See Instructions) ............. | 9a |
9b. Interest. For late payment (See Instructions) ....... | 9b |
10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) ......... | 10 | 3,150 | 00

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:
NAME: QK Hotel, LLC
ADDRESS: 1001 Bishop St, Ste 1570, Hon HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: _____
ADDRESS: 232 1256
ZIP: _____

REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.
Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor   ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

### DECLARATION
(We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid in the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
QK HOTEL, LLC
By: Wayne T. Tanigawa, Its Member

DAYTIME PHONE NO.: ( ___ ) ___ - ____
DAYTIME PHONE NO.: ( 808 ) 524 - 1508

FORM P-64A

Form P-64A
(REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
## CONVEYANCE TAX CERTIFICATE

DO NOT WRITE OR STAPLE IN THIS SPACE

CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See Attached | | | | |

ISLAND  Kauai          APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shinko (Kauai) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
Kiahuna Golf Club, LLC

**DATE OF TRANSACTION:** _____

*Complete the applicable lines below. For more information, see Instructions on reverse side.*

**SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:**
1. Sale Price .................................................... | 1 | 2,500,000 | 00

**EXCHANGE OF PROPERTIES:**
2a. Market value of all property(ies) exchanged ........ | 2a |
2b. Other consideration ...................................... | 2b |
2c. Total (Add lines 2a and 2b) ............................. | 2c |

**ASSIGNMENT OF LEASE:**
3a. Sale price of leasehold ................................... | 3a |
3b. Value of any increase in lease rental capitalized at 6% (See Instructions) ....... | 3b |
3c. Total (Add lines 3a and 3b) ............................. | 3c |

**LEASE OR SUBLEASE:**
4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: _____
   1st period ____ yrs @ $ _____ /yr.  2nd period ____ yrs @ $ _____ /yr.
   3rd period ____ yrs @ $ _____ /yr.  4th period ____ yrs @ $ _____ /yr.
   Total rent capitalized at 6% ............................ | 4a |
4b. Sales price or premium for the lease ................. | 4b |
4c. Total (Add lines 4a and 4b) ............................. | 4c |

**TAX COMPUTATION AND BALANCE DUE:**
5. Amount from line 1, 2c, 3c, or 4c ..................... | 5 | 2,500,000 | 00
6. Less: personal property included in amount on line 5, if applicable ....... | 6 | 200,000 | 00
7. Difference — Actual and full consideration (line 5 minus line 6) ........... | 7 | 2,300,000 | 00
8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) ....... | 8 | 2,300 | 00
9a. Penalty. For late filing (See Instructions) ........... | 9a |
9b. Interest. For late payment (See Instructions) ...... | 9b |
10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) ...... | 10 | 2,300 | 00

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:
NAME: Kiahuna Golf Club, LLC
ADDRESS: 1001 Bishop St, Ste 1570, Hon HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: _____
ADDRESS: 232 1537
ZIP: _____

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**
Check the applicable box(es) if the transferor and/or the transferee is a foreign person. ☐ Transferor ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**
I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
Kiahuna Golf Club, LLC
Wayne _____ Manager

DAYTIME PHONE NO.: ( ) _____

DAYTIME PHONE NO.: 808-524-1508

FORM P-64A

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (4) 2/8/014/007 - $1,039,852.64
TMK (4) 2/8/014/008 - $   799,803.54
TMK (4) 2/8/014/028 - $     14,514.45
TMK (4) 2/8/014/031 - $    411,58.20
TMK (4) 2/8/014/036 - $   388,485.12
TMK (4) 2/8/015/077 - $     16,186.05

SALES PRICE          $2,300,000.00--

Form P-64A
(REV. 1999)

STATE OF HAWAII—DEPARTMENT OF TAXATION
**CONVEYANCE TAX CERTIFICATE**

CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES
DO NOT STAPLE

DO NOT WRITE OR STAPLE IN THIS SPACE

| TAX MAP KEY | | | | CPR NO. |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | |
| See Attached | | | | |

ISLAND Kauai    APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT** (Please Type or Print)

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shikno (Kauai) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
KG Kauai Development, LLC

DATE OF TRANSACTION: _____

Complete the applicable lines below. For more information, see Instructions on reverse side.

SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:
1. Sale Price ............................................................................. | 1 | 500,000 | 00

EXCHANGE OF PROPERTIES:
2a. Market value of all property(ies) exchanged ............... | 2a |
2b. Other consideration ..................................................... | 2b |
2c. Total (Add lines 2a and 2b) .......................................... | 2c |

ASSIGNMENT OF LEASE:
3a. Sale price of leasehold ................................................. | 3a |
3b. Value of any increase in lease rental capitalized at 6% (See Instructions) ....... | 3b |
3c. Total (Add lines 3a and 3b) .......................................... | 3c |

LEASE OR SUBLEASE:
4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____
   1st period ____ yrs @ $ ____ /yr. 2nd period ____ yrs @ $ ____ /yr.
   3rd period ____ yrs @ $ ____ /yr. 4th period ____ yrs @ $ ____ /yr.
   Total rent capitalized at 6% ......................................... | 4a |
4b. Sales price or premium for the lease ........................... | 4b |
4c. Total (Add lines 4a and 4b) .......................................... | 4c |

TAX COMPUTATION AND BALANCE DUE:
5. Amount from line 1, 2c, 3c, or 4c ....................................... | 5 | 500,000 | 00
6. Less: personal property included in amount on line 5, if applicable ......... | 6 |
7. Difference — Actual and full consideration (line 5 minus line 6) ............. | 7 | 500,000 | 00
8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10)) ....... | 8 | 500 | 00
9a. Penalty. For late filing (See Instructions) ........................... | 9a |
9b. Interest. For late payment (See Instructions) ..................... | 9b |
10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) ......... | 10 | 500 | 00

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:
NAME: KG Kauai Development, LLC
ADDRESS: 1001 Bishop St, Ste 1570, Hon HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: _____
ADDRESS: 232 1540
ZIP: _____

REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.
Check the applicable box(es) if the transferor and/or the transferee is a foreign person. ☐ Transferor ☐ Transferee
Under Honolulu Ordinance No. 90-58, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
KG Kauai DEvelopment, LLC
By Wayne Tanigawa, Its Manager

DAYTIME PHONE NO.: ( ) ___-___

DAYTIME PHONE NO.: (808) 524-1508

FORM P-64A

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (4) 2/8/014/032 - $237,526.89
TMK (4) 2/8/014/033 - $100,513.37
TMK (4) 2/8/014/034 - $ 53,212.96
TMK (4) 2/8/014/035 - $108,746.78

SALES PRICE         $500,000.00

Form P-64A
(REV. 1999)

STATE OF HAWAII—DEPARTMENT OF TAXATION
## CONVEYANCE TAX CERTIFICATE

CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES
**DO NOT STAPLE**

DO NOT WRITE OR STAPLE IN THIS SPACE

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| | See | Attached | | |

ISLAND  Oahu   APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shinko (Mililani) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
Mililani Golf Club, LLC

DATE OF TRANSACTION: _____

Complete the applicable lines below. For more information, see Instructions on reverse side.

**SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:**
1. Sale Price .............................................................................................................. | 1 | 5,500,000 | 00

**EXCHANGE OF PROPERTIES:**
2a. Market value of all property(ies) exchanged ............................................... | 2a |
2b. Other consideration ........................................................................................ | 2b |
2c. Total (Add lines 2a and 2b) ............................................................................ | 2c |

**ASSIGNMENT OF LEASE:**
3a. Sale price of leasehold .................................................................................. | 3a |
3b. Value of any increase in lease rental capitalized at 6% (See Instructions) .... | 3b |
3c. Total (Add lines 3a and 3b) ............................................................................ | 3c |

**LEASE OR SUBLEASE:**
4a. Rent capitalized at 6% (See Instructions) Term ___ years beginning: ___
    1st period ___ yrs @ $ ___ /yr. 2nd period ___ yrs @ $ ___ /yr.
    3rd period ___ yrs @ $ ___ /yr. 4th period ___ yrs @ $ ___ /yr.
    Total rent capitalized at 6%. ......................................................................... | 4a |
4b. Sales price or premium for the lease ............................................................ | 4b |
4c. Total (Add lines 4a and 4b) ............................................................................ | 4c |

**TAX COMPUTATION AND BALANCE DUE:**
5. Amount from line 1, 2c, 3c, or 4c ...................................................................... | 5 | 5,500,000 | 00
6. Less: personal property included in amount on line 5, if applicable ............... | 6 | 200,000 | 00
7. Difference — Actual and full consideration (line 5 minus line 6) ..................... | 7 | 5,300,000 | 00
8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) .... | 8 | 5,300 | 00
9a. Penalty. For late filing (See Instructions) ...................................................... | 9a |
9b. Interest. For late payment (See Instructions) ................................................ | 9b |
10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) ................ | 10 | 5,300 | 00

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:
NAME: Mililani Golf club, LLC
ADDRESS: 1001 Bishop St, Ste 1570, Hon HI
ZIP: 96813

Please provide real property billing address, if different from assessment address:
NAME: _____
ADDRESS: 232 1662
ZIP: _____

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**
Check the applicable box(es) if the transferor and/or the transferee is a foreign person. ☐ Transferor ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**
I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

DAYTIME PHONE NO.: ( ___ ) ___

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
Mililani Golf Club, LLC
By Wayne Tanigawa, Its Manager
DAYTIME PHONE NO.: (808) 524-1508

FORM P-64

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (1) 9/5/001/035 - $5,280,254.31
TMK (1) 9/5/001/076 - $  219,745.69

SALES PRICE       $5,500,000.00