# TABLE OF AUTHORITIES

## FEDERAL CASES

*Allan v. Moline Plow Co.*, 14 F.2d 912 .................. 18

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 ......... 14

*Dominguez-Curry v. Nev. Transport Department*, 424 F.3d 1027 11

*FDIC v. O'Melveny & Myers*, 61 F.3d 17 ............. 12, 14

*Keaton v. Little*, 43 F.2d 396 ......................... 18

*U.S. v. Noble*, 1999 U.S.Dist. LEXIS 9821 .......... 17, 18

## STATE CASES

*Henry Waterhouse Trust Co. v. Home Insurance Co.*, 27 Haw. 572 ........................................ 12, 16, 17

*Lussier v. Mau-Van Develpment, Inc.*, 4 Haw. App. 359, 667 P.2d 804 ........................................... 21

*Production Resources Group, LLC v. NCT Group, Inc.*, 863 A.2d 772 ........................................... 17, 21

*Roberts Hawaii School Bus v. Laupahoehoe*, 91 Hawai`i 224, 982 P.2d 853 ........................................ 15, 16, 17

*Employees Retirement System v. Real Estate Finance Corp.*, 71 Haw. 392, 793 P.2d 170 ........................... 12

*Tanaka v. Nagata*, 76 Haw. 32, 868 P.2d 450 ............. 18

*UFJ Bank Limited v. Ieda*, 109 Hawai`i 137, 139-140 & n.6, 2005 Haw. LEXIS 608 at 5, 6 & n.6 ..................................... 3

## FEDERAL STATUTES

11 U.S.C. § 304 ....................................... 4

28 U.S.C. § 1746, I ................................... 4

FRCP 56 ............................... 11, 14, 26