**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| William A. Bordner | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | Feb. 21, 2006 |

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

| Robert A. Marks | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | Feb. 21, 2006 |

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, February 21, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Entities

601387_5 / 6850-5