**Form P-64A**
(REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
**CONVEYANCE TAX CERTIFICATE**

DO NOT WRITE OR STAPLE IN THIS SPACE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR*
*DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| | | See Attached | | |

ISLAND   Oahu          APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**
**SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.**

SPORTS SHINKO (WAIKIKI) CORPORATION

**PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.**

OR HOTEL, LLC

**DATE OF TRANSACTION:**   January  , 2002

*Complete the applicable lines below.  For more information, see Instructions on reverse side.*

| | | | |
|---|---|---|---|
| **SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:** | | | |
| 1. Sale Price | | **1** | 5,500,000 | 00 |
| **EXCHANGE OF PROPERTIES:** | | | |
| 2a. Market value of all property(ies) exchanged | **2a** | | |
| 2b. Other consideration | **2b** | | |
| 2c. Total (Add lines 2a and 2b) | | **2c** | |
| **ASSIGNMENT OF LEASE:** | | | |
| 3a. Sale price of leasehold | **3a** | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | **3b** | | |
| 3c. Total (Add lines 3a and 3b) | | **3c** | |
| **LEASE OR SUBLEASE:** | | | |
| 4a. Rent capitalized at 6% (See Instructions)  Term _____ years beginning: _____ | | | |
| 1st period _____ yrs @ $ _____ /yr.   2nd period _____ yrs @ $ _____ /yr. | | | |
| 3rd period _____ yrs @ $ _____ /yr.   4th period _____ yrs @ $ _____ /yr. | | | |
| Total rent capitalized at 6% | **4a** | | |
| 4b. Sales price or premium for the lease | **4b** | | |
| 4c. Total (Add lines 4a and 4b) | | **4c** | |

**TAX COMPUTATION AND BALANCE DUE:**

| | | |
|---|---|---|
| 5. Amount from line 1, 2c, 3c, or 4c | **5** | 5,500,000 | 00 |
| 6. Less:  personal property included in amount on line 5, if applicable | **6** | 550,000 | 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | **7** | 4,950,000 | 00 |
| 8. **Conveyance Tax** (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | **8** | 4,950 | 00 |
| 9a. **Penalty.** For late filing (See Instructions) | **9a** | | |
| 9b. **Interest.** For late payment (See Instructions) | **9b** | | |
| 10. **Total Balance Due** (Line 8, and if applicable, add lines 9a and 9b) | **10** | 4,950 | 00 |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| OR Hotel, LLC | 1001 Bishop St, Ste 1570, Hon, HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 0887 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor   ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

**DECLARATION**

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

**SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.**

**EXHIBIT 29**

DAYTIME PHONE NO.: (   )

**SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.**
OR HOTEL, LLC

By:  Wayne T. Tanigawa, Its Member

DAYTIME PHONE NO.: ( 808 )  524   1508          FORM P-64A

# BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (1) 2/6/027/050 -  $   613,945.88
TMK (1) 2/6/027/008 -  $3,107,425.68
TMK (1) 2/6/027/007 -  $1,228,628.44

TOTAL SALES PRICE $4,950,000.00

232 0888

DO NOT WRITE OR STAPLE IN THIS SPACE

**Form P-64A**
REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
## CONVEYANCE TAX CERTIFICATE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See | Attached | | | |

ISLAND __Maui__      APT. NO. ____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

| SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC. | PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC. |
|---|---|
| Sports Shinko (Pukalani) Co., Ltd. | Pukalani Golf Club, LLC |

**DATE OF TRANSACTION:** _____

*Complete the applicable lines below. For more information, see instructions on reverse side.*

**SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:**

| | | | | | |
|---|---|---|---|---|---|
| 1. Sale Price | | | | 1 | 4,000,000 00 |
| **EXCHANGE OF PROPERTIES:** | | | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | | | |
| 2b. Other consideration | 2b | | | | |
| 2c. Total (Add lines 2a and 2b) | | | | 2c | |
| **ASSIGNMENT OF LEASE:** | | | | | |
| 3a. Sale price of leasehold | 3a | | | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | | | |
| 3c. Total (Add lines 3a and 3b) | | | | 3c | |
| **LEASE OR SUBLEASE:** | | | | | |
| 4a. Rent capitalized at 6% (See Instructions)  Term ____ years beginning: ____ | | | | | |
| 1st period ____ yrs @ $ ____ /yr.  2nd period ____ yrs @ $ ____ /yr. | | | | | |
| 3rd period ____ yrs @ $ ____ /yr.  4th period ____ yrs @ $ ____ /yr. | | | | | |
| Total rent capitalized at 6% | 4a | | | | |
| 4b. Sales price or premium for the lease | 4b | | | | |
| 4c. Total (Add lines 4a and 4b) | | | | 4c | |
| **TAX COMPUTATION AND BALANCE DUE:** | | | | | |
| 5. Amount from line 1, 2c, 3c, or 4c | | | | 5 | 4,000,000 00 |
| 6. Less: personal property included in amount on line 5, if applicable | | | | 6 | 200,000 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | | | 7 | 3,800,000 00 |
| 8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | | | 8 | 3,800 00 |
| 9a. Penalty. For late filing (See Instructions) | | | | 9a | |
| 9b. Interest. For late payment (See Instructions) | | | | 9b | |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | | | 10 | 3,800 00 |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here:

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| Pukalani Golf Club, LLC | 1001 Bishop St, Ste 1570, Hon HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 1142 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor  ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

## DECLARATION

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

DAYTIME PHONE NO.: ( )

SIGNATURE(S)  Purchaser(s)/Transferee(s)/Grantee(s), Etc.
Pukalani Golf Club, LLC
By Wayne Tanigawa, Its Manager
DAYTIME PHONE NO.: ( 808 ) 524 - 1508

**FORM P-64**

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (2) 2/3/055/068 - $    1,588.22
TMK (2) 2/3/055/069 - $    1,283.41
TMK (2) 2/3/048/125 - $    1,353.36
TMK (2) 2/3/049/088 - $    4,950.75
TMK (2) 2/3/057/124 - $  124,778.25
TMK (2) 2/3/056/097 - $  636,081.10
TMK (2) 2/3/056/098 - $  539,240.75
TMK (2) 2/3/056/095 - $    1,269.93
TMK (2) 2/3/056/096 - $    1,283.41
TMK (2) 2/3/057/121 - $    1,283.41
TMK (2) 2/3/057/138 - $  303,202.40
TMK (2) 2/3/061/114 - $  639,612.40
TMK (2) 2/3/009/004 - $1,135,157.54
TMK (2) 2/3/009/040 - $  408,915.07


SALES PRICE        $3,800,000.00


232  1143

DO NOT WRITE OR STAPLE IN THIS SPACE

**Form P-64A**
(REV. 1999)

STATE OF HAWAII—DEPARTMENT OF TAXATION
## CONVEYANCE TAX CERTIFICATE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See Attached | | | | |

ISLAND  Maui          APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

| SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC. | PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC. |
|---|---|
| Sports Shinko (Pukalani) Co., Ltd. | KG Maui Development, LLC |

**DATE OF TRANSACTION:** _____

*Complete the applicable lines below. For more information, see instructions on reverse side.*

| | | | | |
|---|---|---|---|---|
| SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE: | | | 1 | 500,000 00 |
| 1. Sale Price | | | | |
| EXCHANGE OF PROPERTIES: | | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | | |
| 2b. Other consideration | 2b | | | |
| 2c. Total (Add lines 2a and 2b) | | | 2c | |
| ASSIGNMENT OF LEASE: | | | | |
| 3a. Sale price of leasehold | 3a | | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | | |
| 3c. Total (Add lines 3a and 3b) | | | 3c | |
| LEASE OR SUBLEASE: | | | | |
| 4a. Rent capitalized at 6% (See Instructions)  Term _____ years beginning: _____ | | | | |
| 1st period ____ yrs @ $ ____/yr.  2nd period ____ yrs @ $ ____/yr. | | | | |
| 3rd period ____ yrs @ $ ____/yr.  4th period ____ yrs @ $ ____/yr. | | | | |
| Total rent capitalized at 6%. | 4a | | | |
| 4b. Sales price or premium for the lease | 4b | | | |
| 4c. Total (Add lines 4a and 4b) | | | 4c | |
| TAX COMPUTATION AND BALANCE DUE: | | | 5 | 500,000 00 |
| 5. Amount from line 1, 2c, 3c, or 4c | | | 6 | |
| 6. Less: personal property included in amount on line 5, if applicable | | | 7 | 500,000 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | | | |
| 8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | | 8 | 500 00 |
| 9a. Penalty. For late filing (See Instructions) | | | 9a | |
| 9b. Interest. For late payment (See Instructions) | | | 9b | |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | | 10 | 500 00 |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| KG Maui Development, LLC | 1001 Bishop St., Ste 1570, Hon HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 1145 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person.   ☐ Transferor   ☐ Transferee
Under Honolulu Ordinance No. 90-98, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

## DECLARATION

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

| SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc. | SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc. |
|---|---|
| | KG Maui Development, LLC |
| | By Wayne Tanigawa, Its Manager |
| DAYTIME PHONE NO.: ( ) ____ - ____ | DAYTIME PHONE NO.: ( 808 ) 524 - 1508 |

FORM P-64A

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (2) 2/3/008/005 - $ 24,936.30
TMK (2) 2/3/008/036 - $125,381.24
TMK (2) 2/3/009/039 - $322,977.60
TMK (2) 2/3/047/126 - $ 26,704.86

SALES PRICE          $500,000.00

232 1146

Form P-64A
(REV. 1999)

DO NOT WRITE OR STAPLE IN THIS SPACE

### STATE OF HAWAII—DEPARTMENT OF TAXATION
## CONVEYANCE TAX CERTIFICATE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR*
*DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| 2 | 6 | 027 | 028 | |

ISLAND __Oahu__    APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.

SPORTS SHINKO (WAIKIKI) CORPORATION

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.

QK HOTEL, LLC

DATE OF TRANSACTION: _____

*Complete the applicable lines below. For more information, see instructions on reverse side.*

| | | | |
|---|---|---|---|
| **SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE:** | | | |
| 1. Sale Price | | 1 | 3,500,000 00 |
| **EXCHANGE OF PROPERTIES:** | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | |
| 2b. Other consideration | 2b | | |
| 2c. Total (Add lines 2a and 2b) | | 2c | |
| **ASSIGNMENT OF LEASE:** | | | |
| 3a. Sale price of leasehold | 3a | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | |
| 3c. Total (Add lines 3a and 3b) | | 3c | |
| **LEASE OR SUBLEASE:** | | | |
| 4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____ | | | |
| 1st period ____ yrs @ $ ____ /yr. 2nd period ____ yrs @ $ ____ /yr. | | | |
| 3rd period ____ yrs @ $ ____ /yr. 4th period ____ yrs @ $ ____ /yr. | | | |
| Total rent capitalized at 6%. | 4a | | |
| 4b. Sales price or premium for the lease | 4b | | |
| 4c. Total (Add lines 4a and 4b) | | 4c | |
| **TAX COMPUTATION AND BALANCE DUE:** | | | |
| 5. Amount from line 1, 2c, 3c, or 4c | | 5 | 3,500,000 00 |
| 6. Less: personal property included in amount on line 5, if applicable | | 6 | 350,000 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | 7 | 3,150,000 00 |
| 8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | 8 | 3,150 00 |
| 9a. Penalty. For late filing (See Instructions) | | 9a | |
| 9b. Interest. For late payment (See Instructions) | | 9b | |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | 10 | 3,150 00 |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| QK Hotel, LLC | 1001 Bishop St, Ste 1570, Hon HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 1256 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person. ☐ **Transferor** ☐ **Transferee**

Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

### DECLARATION

(We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid in the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

**SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.**

DAYTIME PHONE NO.: (____) ____-____

**SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.**

QK HOTEL, LLC _____

By: Wayne T. Tanigawa, Its Member

DAYTIME PHONE NO.: ( 808 ) 524- 1508

FORM P-64A

Form P-64A
(REV. 1999)

**STATE OF HAWAII—DEPARTMENT OF TAXATION**
## CONVEYANCE TAX CERTIFICATE

DO NOT WRITE OR STAPLE IN THIS SPACE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See Attached | | | | |

**ISLAND** Kauai        **APT. NO.**

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shinko (Kauai) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
Kiahuna Golf Club, LLC

**DATE OF TRANSACTION:**

*Complete the applicable lines below. For more information, see instructions on reverse side.*

| | | | | |
|---|---|---|---|---|
| SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE: | | | 1 | 2,500,000 00 |
| 1. Sale Price | | | | |
| **EXCHANGE OF PROPERTIES:** | | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | | |
| 2b. Other consideration | 2b | | | |
| 2c. Total (Add lines 2a and 2b) | | | 2c | |
| **ASSIGNMENT OF LEASE:** | | | | |
| 3a. Sale price of leasehold | 3a | | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | | |
| 3c. Total (Add lines 3a and 3b) | | | 3c | |
| **LEASE OR SUBLEASE:** | | | | |
| 4a. Rent capitalized at 6% (See Instructions)  Term _____ years beginning _____ | | | | |
| 1st period ____ yrs @ $ _____ /yr.  2nd period ____ yrs @ $ _____ /yr. | | | | |
| 3rd period ____ yrs @ $ _____ /yr.  4th period ____ yrs @ $ _____ /yr. | | | | |
| Total rent capitalized at 6% | 4a | | | |
| 4b. Sales price or premium for the lease | 4b | | | |
| 4c. Total (Add lines 4a and 4b) | | | 4c | |
| **TAX COMPUTATION AND BALANCE DUE:** | | | | |
| 5. Amount from line 1, 2c, 3c, or 4c | | | 5 | 2,500,000 00 |
| 6. Less:  personal property included in amount on line 5, if applicable | | | 6 | 200,000 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | | 7 | 2,300,000 00 |
| 8. **Conveyance Tax** (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | | 8 | 2,300 00 |
| 9a. Penalty.  For late filing (See Instructions) | | | 9a | |
| 9b. Interest.  For late payment (See Instructions) | | | 9b | |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | | 10 | 2,300 00 |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here:

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| Kiahuna Golf Club, LLC | 1001 Bishop St, Ste 1570, Hon HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 1537 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor  ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

## DECLARATION

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

**SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.**

DAYTIME PHONE NO.: ( ) _____

**SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.**
Kiahuna Golf Club, LLC

Warren H.W. Wong, Manager

DAYTIME PHONE NO.: 808-524-1508

**FORM P-64A**

## BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (4) 2/8/014/007 - $1,039,852.64
TMK (4) 2/8/014/008 - $  799,803.54
TMK (4) 2/8/014/028 - $   14,514.45
TMK (4) 2/8/014/031 - $  411,58.20
TMK (4) 2/8/014/036 - $  388,485.12
TMK (4) 2/8/015/077 - $   16,186.05

SALES PRICE          $2,300,000.00

232 1538

**Form P-64A**
(REV. 1999)

DO NOT WRITE OR STAPLE IN THIS SPACE

STATE OF HAWAII—DEPARTMENT OF TAXATION
## CONVEYANCE TAX CERTIFICATE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| See | Attached | | | |

ISLAND  Kauai          APT. NO. _____

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**
SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.
Sports Shikno (Kauai) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.
KG Kauai Development, LLC

**DATE OF TRANSACTION:** _____

*Complete the applicable lines below. For more information, see instructions on reverse side.*

| | | | | |
|---|---|---|---|---|
| SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE: | | 1 | 500,000 | 00 |
| 1. Sale Price | | | | |
| EXCHANGE OF PROPERTIES: | | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | | |
| 2b. Other consideration | 2b | | | |
| 2c. Total (Add lines 2a and 2b) | | 2c | | |
| ASSIGNMENT OF LEASE: | | | | |
| 3a. Sale price of leasehold | 3a | | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | | |
| 3c. Total (Add lines 3a and 3b) | | 3c | | |
| LEASE OR SUBLEASE: | | | | |
| 4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____ | | | | |
| 1st period ____ yrs @ $ ____ /yr. 2nd period ____ yrs @ $ ____ /yr. | | | | |
| 3rd period ____ yrs @ $ ____ /yr. 4th period ____ yrs @ $ ____ /yr. | | | | |
| Total rent capitalized at 6%. | 4a | | | |
| 4b. Sales price or premium for the lease | 4b | | | |
| 4c. Total (Add lines 4a and 4b) | | 4c | | |
| TAX COMPUTATION AND BALANCE DUE: | | 5 | 500,000 | 00 |
| 5. Amount from line 1, 2c, 3c, or 4c. | | 6 | | |
| 6. Less: personal property included in amount on line 5, if applicable | | 7 | 500,000 | 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | 8 | 500 | 00 |
| 8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | 8a | | |
| 9a. Penalty. For late filing (See Instructions) | | 9b | | |
| 9b. Interest. For late payment (See Instructions) | | 10 | 500 | 00 |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | | | |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here: _____

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| KG Kauai Development, LLC | 1001 Bishop St, Ste 1570, Hon HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 1540 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person.   ☐ Transferor   ☐ Transferee
Under Honolulu Ordinance No. 90-58, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

### DECLARATION

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

_____

DAYTIME PHONE NO.: ( ) _____

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.
KG Kauai Development, LLC

By Wayne Tanigawa   Its Manager

DAYTIME PHONE NO.: (808) 524-1508          FORM P-64A

# BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (4) 2/8/014/032 - $237,526.89
TMK (4) 2/8/014/033 - $100,513.37
TMK (4) 2/8/014/034 - $ 53,212.96
TMK (4) 2/8/014/035 - $108,746.78


SALES PRICE          $500,000.00

232 1541

**Form P-64A**
(REV. 1999)

DO NOT WRITE OR STAPLE IN THIS SPACE

## STATE OF HAWAII—DEPARTMENT OF TAXATION
## CONVEYANCE TAX CERTIFICATE

*CLIP THIS FORM TO DOCUMENT TO BE RECORDED AND MAIL OR
DELIVER TO THE BUREAU OF CONVEYANCES*
**DO NOT STAPLE**

| TAX MAP KEY | | | | |
|---|---|---|---|---|
| Z | S | PLAT | PARCEL | CPR NO. |
| | See | Attached | | |

ISLAND  Oahu        APT. NO.

**NAMES OF PARTIES TO THE DOCUMENT (Please Type or Print)**

SELLER(S) / TRANSFEROR(S) / GRANTOR(S), ETC.

Sports Shinko (Mililani) Co., Ltd.

PURCHASER(S) / TRANSFEREE(S) / GRANTEE(S), ETC.

Mililani Golf Club, LLC

**DATE OF TRANSACTION:**

*Complete the applicable lines below. For more information, see Instructions on reverse side.*

| | | | |
|---|---|---|---|
| SALE, AGREEMENT OF SALE (A/S), ASSIGNMENT OF A/S, OR OTHER TRANSFER/CONVEYANCE: | | 1 | 5,500,000 00 |
| 1. Sale Price | | | |
| EXCHANGE OF PROPERTIES: | | | |
| 2a. Market value of all property(ies) exchanged | 2a | | |
| 2b. Other consideration | 2b | | |
| 2c. Total (Add lines 2a and 2b) | | 2c | |
| ASSIGNMENT OF LEASE: | | | |
| 3a. Sale price of leasehold | 3a | | |
| 3b. Value of any increase in lease rental capitalized at 6% (See Instructions) | 3b | | |
| 3c. Total (Add lines 3a and 3b) | | 3c | |
| LEASE OR SUBLEASE: | | | |
| 4a. Rent capitalized at 6% (See Instructions) Term ____ years beginning: ____ | | | |
| 1st period ____ yrs @ $ ____ /yr. 2nd period ____ yrs @ $ ____ /yr. | | | |
| 3rd period ____ yrs @ $ ____ /yr. 4th period ____ yrs @ $ ____ /yr. | | | |
| Total rent capitalized at 6%. | 4a | | |
| 4b. Sales price or premium for the lease | 4b | | |
| 4c. Total (Add lines 4a and 4b) | | 4c | |
| TAX COMPUTATION AND BALANCE DUE: | | 5 | 5,500,000 00 |
| 5. Amount from line 1, 2c, 3c, or 4c | | 6 | 200,000 00 |
| 6. Less: personal property included in amount on line 5, if applicable | | 7 | 5,300,000 00 |
| 7. Difference — Actual and full consideration (line 5 minus line 6) | | 8 | 5,300 00 |
| 8. Conveyance Tax (Multiply line 7 by .0010 and round to the nearest ten cents ($.10) | | 9a | |
| 9a. Penalty. For late filing (See Instructions) | | 9b | |
| 9b. Interest. For late payment (See Instructions) | | 10 | 5,300 00 |
| 10. Total Balance Due (Line 8, and if applicable, add lines 9a and 9b) | | | |

If document will not be recorded, please provide: (1) land area; and (2) address or short legal description of property here:

Please provide mailing address for assessment notice:

| NAME | ADDRESS | ZIP |
|---|---|---|
| Mililani Golf Club, LLC | 1001 Bishop St, Ste 1570, Hon HI | 96813 |

Please provide real property billing address, if different from assessment address:

| NAME | ADDRESS | ZIP |
|---|---|---|
| | 232 1662 | |

**REPORTING OF REAL PROPERTY INTERESTS LOCATED ON THE ISLAND OF OAHU THAT ARE OWNED OR ACQUIRED BY FOREIGN PERSONS.**

Check the applicable box(es) if the transferor and/or the transferee is a foreign person.  ☐ Transferor  ☐ Transferee
Under Honolulu Ordinance No. 90-68, a "foreign person" is any individual who is not a U.S. citizen or an alien resident. The term applies to business enterprises organized under foreign law, or their principal place of business is in a foreign country, or 25% or more of the equity or ownership interest is foreign.

## DECLARATION

I (We) declare, under the penalties prescribed for false declaration in section 231-36, Hawaii Revised Statutes (HRS), that this certificate (including accompanying schedules or statements) has been examined by me (us) and, to the best of my (our) knowledge and belief, is a true, correct, and complete certificate, made in good faith, for the actual and full consideration paid on the conveyance to which this certificate is appended, pursuant to the Conveyance Tax Law, chapter 247, HRS.

SIGNATURE(S) - Seller(s)/Transferor(s)/Grantor(s), Etc.

SIGNATURE(S) - Purchaser(s)/Transferee(s)/Grantee(s), Etc.

Mililani Golf Club, LLC

By Wayne Tanigawa   Its Manager

DAYTIME PHONE NO.: ( )

DAYTIME PHONE NO.: (808) 524-1508

FORM P-64

# BREAKDOWN OF SALES PRICE PER TAX MAP KEY

TMK (1) 9/5/001/035 - $5,280,254.31
TMK (1) 9/5/001/076 - $  219,745.69


SALES PRICE        $5,500,000.00

232 1663