RECEIVED FROM 06-315-8396    1990. 3. 7 18:13    P. 2

別紙様式第十六

根拠法規：外国為替の管理に関する省令
主務官庁：大蔵省

## 対外直接投資に係る金銭の貸付契約に関する届出書

平成 2年 5月 17日

大 蔵 大 臣 殿

届出者：
氏名又は名称及び代表者の氏名　スポーツ振興株式会社 代表取締役 木下 俊雄　(記名押印)
住所又は所在地　大阪市北区万歳町4番12号 浪速ビル
職業又は業種　ゴルフ場経営
担当者　杉本芳文
電話　(06) 315-1851

下記のとおり届出します。

| 1 貸付けの相手方及びその概要 | (1) 名 称 | Sports Shinko (Waikiki) Corporation | 資本金 US$ 1,000.— 設立年月日 1990年5月2日 |
| --- | --- | --- | --- |
| | (2) 所 在 地 | 1001 Bishop Street #2200 - Pacific Tower Honolulu, Hawaii 96813 U.S.A. | |
| | (3) 事業内容 (事業計画を含む。) | (事業内容) ホテル経営 (単位:千米ドル)<br>売上収入 / 90.4月〜91.3月 / 91.4月〜92.3月 / 92.4月〜93.3月<br>ハワイアンホテル / 9747 / 10625 / 11185<br>フィンカピアホテル / 13175 / 11,167 / 11908 | |
| | (4) 届出者との関係　出資比率／共同投資者の出資比率 | 0% / 0% / その他(具体的に記載すること。) 会社決議により役員派遣 | |
| | (5) 届出者の投資残高　出資 / 貸付け | 0 / ¥10,000,000,000.— | |
| | (6) 共同投資者の投資残高　出資 / 貸付け | 0 / 0 | |
| | (7) 既往届出受理年月日及び受理番号(届出者分) | — | |
| 2 金 額 | | ¥10,000,000,000.— | |
| 3 契 約 時 期 | | 届出後2ヶ月以内 | |
| 4 貸 付 時 期 | | 届出後2ヶ月以内 | |
| 5 条件 | (1) 金 利 | 年利 8% | |
| | (2) 期 間 | 5年 | |
| | (3) 元利金の回収方法 | 元利金共満期日一括回収 | |
| 6 取引に伴う支払(又は支払の受領)の方法 (該当分に○) | | ④ 特殊決済方法以外の方法　□ 特殊決済方法による方法(具体的に記載すること。) | 108  1530 |
| 7 資金の使途 (該当分に○) | | ④ 設備資金　□ 運転資金　ハ その他(具体的に記載すること。) | |
| 8 取引を行おうとする理由 | | 今般相手方から、同相手方が米国ハワイ州にあるホテルを買収するにともない、その買収資金の一部の貸付方要請があったのでこれに応じるもの (詳細別紙の通り) | |
| 9 その他の事項 | | | |

EXHIBIT T-1

CONFIDENTIAL

大蔵大臣 受理
2.5.17
FD第63号

届出受理年月日

FROM スポーツシンコウ 株式会社 大阪営業所   '90.03.07 (水) 18:23   発信号 #930135680B   P. 2

（裏面）

1　大蔵大臣の記載欄

| 事　項 | 年月日及び記名押印 |
|---|---|
| 本届出に係る取引は　平成2年5月29日　ことができる。 | 平成2年5月29日　日本銀行大阪支店長　若月三喜雄 |

2　外国為替公認銀行の記載欄

| 送金（又は受領）年月日 | 金　額 | 銀行名 |
|---|---|---|
| JUN. -5.1990 | ¥10,000,000,000.- | Bank of Hawaii Tokyo Branch  OE-51 |

108 1531