**Resume**

**David Klausner**

David Klausner (david@klausner.com)
218 Sylvan Way
Redwood City, CA 94062-3953
tel: (650) 367-9138
fax: (650) 367-9139

## SUMMARY OF SKILLS

Over 35 years of software development, consulting, management, and expert testimony experience in all aspects of the computer field, from micros to mainframes, and in all areas of programming. Experienced as an engineer, software developer, supervisor, project manager, department manager, middle manager, and company executive. Forensic investigation, including reverse-engineering.

**Operating Systems Experience**
MS-Windows 2000 / NT / ME / 98 / 95 / 1.x-3.x, MS/DOS, PC/DOS, UNIX, Solaris, MVS, VM, TSO, RTE, JES2, DOS/VSE, WYLBUR, XT/370, RTOS, VMS, and system generations (SYSGENs).

**Hardware**
PCs/Mainframes and compatibles. Peripherals. Workstations (IBM, Apollo, HP, Sun), RS-6000, HP 1000, HP 2100, HP 150, DEC PDP, IBM 8100, IBM S/23, more.

**Software Applications, Packages and Libraries**
Web applications, Client Server, Three-tier, EDI, Network applications, FoxBase, Clipper, 4-GL, X-Windows X11R4 and 3, MOTIF, IMAGE, FrameMaker, PARADOX, DBASE (all), Q&A, LOTUS-123, MS-Office, Quattro, SAS, VSAM, ISPF, KEDIT, XEDIT, VTAM, Revelation, Knowledgeman, WordStar, and more.

**Software Development**
Large and small applications for businesses, data management, database design, client/server, compilers, parsers, and programming languages, user interfaces, quality assurance, real-time applications, artificial intelligence, utility programs, diagnostics, machine simulators, performance analyzers, EDI applications, general ledger, inventory control, software auditing, manufacturing process, insurance, financial, and statistical process control.

**Languages**
HTML, C, C++, Java, Visual Basic, SQL, XML, Assembler, COBOL, FORTRAN, BASIC, PL/I, PLS, REXX, EXEC2, JCL, Prolog.

## EDUCATION:

M.S.E.E. Polytechnic Institute of Brooklyn, N.Y., 1974
B.A. Mathematics Brooklyn College, N.Y. 1968

EXHIBIT K-4

**David Klausner**  <span style="float:right">__Resume__</span>

## CONSULTING/EMPLOYMENT HISTORY:

### Independent Computer Expert and Consultant, Expert Witness
04/92 - present

Mediator in cases involving:
- software valuation.
- theft of computer intellectual property.

Forensics
- expert for law enforcement agencies in various matters.
- reverse-engineering software.

Consulting expert for defendants in cases involving software and hardware:
- patent infringement, validity, and interference.
- software valuation.
- theft of computer code for property sales and management.
- data base and data processing negligence.
- breach of contract involving printing services; automobile parts warehouses and stores.

Consulting expert for plaintiffs in cases involving software and hardware:
- patent infringement and validity.
- theft of trade secrets of network file systems; of warehouse management systems.
- breach of contract and failure to perform for medical laboratories; for semiconductor design software.
- trustees in bankruptcy of manufacturer of OCR software.
- copyright infringement of communications hardware.
- breach of warranty for systems delivered for interior design.
- software piracy of video games.
- State of California's release of public information under Freedom of Information laws.

### Innovasafe, Torrance, CA
03/00 – present -- Consulting Technical Verification Expert

Perform Technical Verifications and Assessments of software and systems.

### Sourcefile, San Jose, CA
03/94 – 05/01 -- Consulting Technical Verification Expert

Perform Technical Verifications and Assessments of software and systems.

### INTEL Corp., Santa Clara, CA
08/91 - 07/92 -- Consultant

dBase 4-GL produced windowed order/inventory tracking system. User-oriented windowing and function selections. PC/Mainframe client/server environment extracted/reported large database information.

### Variety of Consults
01/91 - 07/91 -- Consultant

X-Windows/Motif training, windowing system for RMA processing on PCs; systems administration on Sun/HP/Harris networks, VTAM documentation verification for correctness.

### TERRA-MAR, Mountain View, CA
04/90 - 01/91 -- Consultant

Project managed/developed port of Client/Server image processing systems in X-Windows in C/Fortran on Sun X11/R4 with Motif, HP900s, IBM RS-6000s, and PCs. Software processed satellite raster data to produce images for oil and mineral exploration, defense, land and water management, forestry, etc. High density pixel images compression and transformation.

**David Klausner**                                                                                          **Resume**

**David Klausner**                                                                                      **Resume**

### FRAME TECHNOLOGY, Milpitas, CA
01/90 - 03/90 -- Consultant

Tested latest X-windows versions of the FrameMaker document production system on various platforms and X-terminals. Suggested user interface changes for usability and readability for various X-Windows environments (MWM, HPWM, TWM, UWM).

### AMDAHL CORPORATION, Sunnyvale, CA
06/89 - 11/89 Diagnostics/Macrocode Test

Developed, modified/created tools and tests for the Macrocode of Amdahl mainframes. Results validated test coverage of Macrocode through monitoring and mapping of Macrocode execution. Scheduling and tracking tests and diagnostics. Sparse matrix compression.

02/87 - 06/89 Diagnostic Development

Responsible for development of over 40 tests, tools, and diagnostics under Amdahl UNIX (UTS) and other operating systems. These included emulators, system-to-system communication links, simulators, system-level diagnostics, etc.

### HEWLETT-PACKARD, Cupertino, CA
07/86 - 02/87 -- Consultant

Planned and implemented tests of a new version of the HP-1000 Operating System, RTE-A. Wrote many tests in Assembler and Fortran to confirm proper system function and results.

### HARRISON and EAKIN, Inc., San Mateo, CA
07/86 - 09/86 -- Consultant

Expert witness for analysis of the BIOSs of PC/286-type machines.

### LOBOB LABORATORIES, San Jose, CA
05/85 - 09/85 -- Consultant

Modified IBM's general Ledger/accounting software in BASIC on the System/23.

### PLUS DEVELOPMENT CORPORATION, Milpitas, CA
08/84 - 07/86 -- Diagnostics, Software Development and Manufacturing Test

Produced hard disk drive product -- HardCard. Established requirements and project-managed diagnostics, test equipment hardware and software development for use in-house and on manufacturing line at Matsushita in Japan. Software to interface to, and track, the manufacturing process. RLL technology. Responsible for compatibility testing company products on a wide variety of PCs and compatibles. Worked with European distributors as Technical Representative for marketing and technical issues. Familiar with Japanese, several European languages and marketplaces.

**David Klausner**  <u>**Resume**</u>

### DIALOGIC SYSTEMS CORPORATION, Sunnyvale, CA
12/83 - 07/84 -- Applications Development

Responsible for user-interface layer software development on high (40Mhz) speed network with lossless compression.. Completed 11 projects (e.g., editors/interfaces to IBM mainframe CPUs.) Determined market requirements. Presented and demonstrated product to customers.

04/83 - 12/83 -- Product Assurance and Test

Developed and implemented test strategies, methodologies, plans and procedures. Prepared tests and scenarios. Tested hardware and software products shipped to customers.

09/82 - 04/83 -- Diagnostics

Responsible for development of on-line diagnostic systems for 680X0-based multiprocessing computer systems. Wrote tests in 680X0 and in C.

### IBM CORPORATION, Palo Alto/San Jose, CA
09/74 - 11/82 -- Language Products

Responsible for development and testing of state-of-the-art PL/I compilers including 5 major products. IBM representation for products areas at trade shows and customer user group conventions. Managed outsourced software development. Determined product requirements and approved forecasts for worldwide revenues/costs. Designed and developed a front end for the PL/I Checkout Compiler. Designed portion of optimization phases of the PL/I Optimizing compiler.

Managed development for the IBM BASIC Compiler. Managed outsourced development. Wrote test cases and verified product function.

Developed DOS COBOL Release 3 Compiler for IBM mainframes. Designed and developed parts of OS/VS COBOL Release 2 and symbol table generation with lossless compression. Project managed and tested the 8100 COBOL compiler.

Created Inter-Language Communication linking together IBM programming languages.

### UNIVERSITY APPLICATIONS PROCESSING CENTER, Brooklyn, NY
06/67 - 09/74 -- Systems and Applications Programmer

Developed/maintained systems/programs, including real-time database inquiry applications with Artificial Intelligence front-ends. Modified JES2, MVS and TSO, and WYLBUR/MILTON for internal use. Wrote VM/CMS utility programs and a System/370 mainframe program debugger/simulator.

11/18/2004 res26.law