IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai‘i limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br>    Third-Party Defendants. | CIVIL NO. CV 04-00124<br>    ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF<br>GLENN T. MELCHINGER** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai‘i limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff, | CIVIL NO. CV 04-00125<br>    ACK/BMK |

604,899 / 6850-5

|  |  |
|---|---|
| vs.<br><br>SPORTS SHINKO CO., LTD.,<br>a Japan corporation, et al.,<br><br>      Third-Party<br>      Defendants. |  |
| SPORTS SHINKO (USA) CO., LTD, a<br>Delaware corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>KIAHUNA GOLF CLUB, LLC,<br>a Hawai'i limited liability<br>company, et al.,<br><br>      Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>      Third-Party<br>Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO CO., LTD.,<br>a Japan corporation, et al.,<br><br>      Third-Party<br>      Defendants. | CIVIL NO. CV 04-00126<br>ACK/BMK |
| SPORTS SHINKO CO., LTD., a<br>Japanese corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>OR HOTEL, LLC, a Hawai'i<br>limited liability company,<br>et al.,<br><br>      Defendants, | CIVIL NO. CV 04-00127<br>ACK/BMK |

604,899 / 6850-5

2

|  |  |
|---|---|
| and | ) |
|  | ) |
| FRANKLIN K. MUKAI, | ) |
|  | ) |
|     Third-Party | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| SPORTS SHINKO (USA) CO., LTD., | ) |
| a Delaware corporation, et al., | ) |
|  | ) |
|     Third-Party | ) |
|     Defendants. | ) |
|  | ) |
| SPORTS SHINKO (USA) CO., LTD., | )  CIVIL NO. CV 04-00128 |
| a Delaware corporation, | )          ACK/BMK |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| MILILANI GOLF CLUB, LLC, | ) |
| a Hawai`i limited liability | ) |
| company, et al., | ) |
|  | ) |
|     Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| FRANKLIN K. MUKAI, | ) |
|  | ) |
|     Third-Party | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| SPORTS SHINKO CO., LTD., | ) |
| a Japan corporation, et al., | ) |
|  | ) |
|     Third-Party | ) |
|     Defendants. | ) |

**DECLARATION OF GLENN T. MELCHINGER**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Plaintiffs and Third-Party Defendants SPORTS SHINKO (USA) CO., LTD.; SPORTS SHINKO CO., LTD.; SPORTS SHINKO (HAWAII) CO., LTD.; SPORTS SHINKO (MILILANI) CO.; SPORTS SHINKO (KAUAI) CO., LTD.; SPORTS SHINKO (PUKALANI) CO., LTD.; SPORTS SHINKO RESORT HOTEL CORPORATION; SPORTS SHINKO (WAIKIKI) CORPORATION; and OCEAN RESORT HOTEL CORPORATION (the "SS Entities").

2. I make this Declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. The SS Entities submit this Motion in connection with the SS Entities' Memorandum in Opposition and Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment in CV NO. 04-00128 ACK-BMK, filed January 13, 2006 (the "MIO"). The exhibit at issue-Exhibit "15" to the MIO-contains sensitive personal financial information of Bert A. Kobayashi, Susan Kobayashi, Ronald H. Kobayashi, Sandra Kobayashi and The Kobayashi Group, the unrestricted and public disclosure of which could be detrimental to them. Plaintiffs designated this document as "confidential" under a Stipulated Protective Order filed herein on January 25, 2005. I advised other counsel that I would seek to submit Ex. "15" under seal, and have received no opposition.

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed this 22nd day of February, 2006.

/s/ Glenn T. Melchinger
GLENN T. MELCHINGER