Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
GLENN T. MELCHINGER      7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QK HOTEL, LLC, a Hawai'i<br>limited liability company, KG<br>HOLDINGS, LLC, a Hawai'i<br>limited liability company,<br>FRANKLIN K. MUKAI,<br><br>　　　　Defendants,<br><br>　　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party<br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPORTS SHINKO (USA) CO.; LTD.,<br>a Delaware corporation; SPORTS<br>SHINKO (HAWAII) CO., LTD., a<br>Hawai'i corporation; SPORTS<br>SHINKO (MILILANI) CO., LTD., a | CIVIL NO. CV 04-00124<br>　　　　　　ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**PROPOSED ORDER GRANTING<br>PLAINTIFFS' AND THIRD-PARTY<br>DEFENDANTS' SPORTS SHINKO<br>(USA) CO., LTD., SPORTS SHINKO<br>(HAWAII) CO., LTD., SPORTS<br>SHINKO (MILILANI) CO., LTD.,<br>SPORTS SHINKO (KAUAI) CO.,<br>LTD., SPORTS SHINKO (PUKALANI)<br>CO., LTD., SPORTS SHINKO<br>RESORT HOTEL CORPORATION,<br>SPORTS SHINKO (WAIKIKI)<br>CORPORATION AND OCEAN RESORT<br>HOTEL CORPORATION'S MOTION TO<br>SEAL EXHIBIT 15 TO MEMORANDUM<br>IN OPPOSITION TO KG<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT<br>IN CV NO. 04-00128 ACK-BMK<br>FILED JANUARY 13, 2006** |

604,899 / 6850-5

Hawai`i corporation; SPORTS )
SHINKO (KAUAI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation; SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation; and OCEAN )
RESORT HOTEL CORPORATION, a )
Hawai`i corporation, )
                                  )
          Third-Party             )
          Defendants.             )
_____)
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )   CIVIL NO. CV 04-00125
a Delaware corporation,           )        ACK/BMK
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
PUKALANI GOLF CLUB, LLC, a        )
Hawai`i limited liability         )
company; KG MAUI DEVELOPMENT,     )
LLC, a Hawai`i limited            )
liability company; KG HOLDINGS,   )
LLC, a Hawai`i limited            )
liability company, FRANKLIN K.    )
MUKAI,                            )
                                  )
          Defendants,             )
                                  )
     and                          )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
          Third-Party             )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, SPORTS       )
SHINKO (HAWAII) CO., LTD.,        )
a Hawai`i corporation, SPORTS     )
SHINKO (MILILANI) CO., LTD.,      )
a Hawai`i corporation, SPORTS     )

```
SHINKO (KAUAI) CO., LTD.,          )
a Hawai`i corporation, SPORTS      )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation, SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation, SPORTS SHINKO         )
(WAIKIKI) CORPORATION,             )
a Hawai`i corporation, and         )
OCEAN RESORT HOTEL CORPORATION,    )
a Hawai`i corporation,             )
                                   )
         Third-Party               )
         Defendants.               )
                                   )
───────────────────────────────   )
                                   )
SPORTS SHINKO (USA) CO., LTD, a    )    CIVIL NO. CV 04-00126
Delaware corporation,              )              ACK/BMK
                                   )
         Plaintiff,                )
                                   )
    vs.                            )
                                   )
KIAHUNA GOLF CLUB, LLC, a          )
Hawai`i limited liability          )
company; KG KAUAI DEVELOPMENT,     )
LLC, a Hawai`i limited liability   )
company; PUKALANI GOLF CLUB,       )
LLC, a Hawai`i limited liability   )
company; KG MAUI DEVELOPMENT,      )
LLC, a Hawai`i limited liability   )
company; MILILANI GOLF CLUB,       )
LLC, a Hawai`i limited liability   )
company; QK HOTEL, LLC, a          )
Hawai`i limited liability          )
company; OR HOTEL, LLC, a          )
Hawai`i limited liability          )
company, and KG HOLDINGS, LLC,     )
a Hawai`i limited liability        )
company,                           )
                                   )
         Defendants,               )
                                   )
    and                            )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
         Third-Party               )
Plaintiff,                         )
                                   )
```

```
            vs.                     )
                                    )
SPORTS SHINKO CO., LTD., a          )
Japan corporation, SPORTS           )
SHINKO (HAWAII) CO., LTD., a        )
Hawai`i corporation, SPORTS         )
SHINKO (MILILANI) CO., LTD., a      )
Hawai`i corporation, SPORTS         )
SHINKO (KAUAI) CO., LTD., a         )
Hawai`i corporation, SPORTS         )
SHINKO (PUKALANI) CO., LTD., a      )
Hawai`i corporation, SPORTS         )
SHINKO RESORT HOTEL                 )
CORPORATION, a Hawai`i              )
corporation, SPORTS SHINKO          )
(WAIKIKI) CORPORATION, a            )
Hawai`i corporation and OCEAN       )
RESORT HOTEL CORPORATION, a         )
Hawai`i corporation,                )
                                    )
          Third-Party               )
          Defendants.               )
                                    )
─────────────────────────────────  )

SPORTS SHINKO CO., LTD., a          )   CIVIL NO. CV 04-00127
Japanese corporation,               )            ACK/BMK
                                    )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
OR HOTEL, LLC, a Hawai`i            )
limited liability company, KG       )
HOLDINGS, LLC, a Hawai`i            )
limited liability company,          )
FRANKLIN K. MUKAI,                  )
                                    )
          Defendants,               )
                                    )
     and                            )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
          Third-Party               )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
SPORTS SHINKO (USA) CO., LTD.,      )
a Delaware corporation; SPORTS      )
```

SHINKO (HAWAII) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (MILILANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (KAUAI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., a )
Hawai`i corporation; SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation; SPORTS SHINKO )
(WAIKIKI) CORPORATION, a )
Hawai`i corporation; and OCEAN )
RESORT HOTEL CORPORATION, a )
Hawai`i corporation, )
                                    )
        Third-Party                 )
        Defendants.                 )
                                    )
_____ )
                                    )
SPORTS SHINKO (USA) CO., LTD.,  )   CIVIL NO. CV 04-00128
a Delaware corporation,         )           ACK/BMK
                                    )
        Plaintiff,                  )
                                    )
     vs.                            )
                                    )
MILILANI GOLF CLUB, LLC,        )
a Hawai`i limited liability     )
company; KG HOLDINGS, LLC,      )
a Hawai`i limited liability     )
company, FRANKLIN K. MUKAI,     )
                                    )
        Defendants,                 )
                                    )
     and                            )
                                    )
                                    )
FRANKLIN K. MUKAI,              )
                                    )
        Third-Party                 )
        Plaintiff,                  )
                                    )
     vs.                            )
                                    )
SPORTS SHINKO CO., LTD., a      )
Japan corporation, SPORTS       )
SHINKO (HAWAII) CO., LTD., a    )
Hawai`i corporation, SPORTS     )
SHINKO (MILILANI) CO., LTD., a  )

604,899 / 6850-5                     -5-

Hawai`i corporation, SPORTS          )
SHINKO (KAUAI) CO., LTD., a          )
Hawai`i corporation, SPORTS          )
SHINKO (PUKALANI) CO., LTD.,         )
a Hawai`i corporation, SPORTS        )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation, SPORTS SHINKO           )
(WAIKIKI) CORPORATION, a             )
Hawai`i corporation, and             )
OCEAN RESORT HOTEL CORPORATION,      )
a Hawai`i corporation,               )
                                     )
            Third-Party              )
            Defendants.              )
_____)

**PROPOSED ORDER GRANTING PLAINTIFFS' AND THIRD-PARTY DEFENDANTS'
SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD.,
SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO.,
LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT
HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND OCEAN
RESORT HOTEL CORPORATION'S MOTION TO SEAL EXHIBIT 15 TO
MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED
JANUARY 13, 2006**

The Court, having reviewed the Ex Parte Motion of

Plaintiffs and Third-Party Defendants SPORTS SHINKO (USA) CO.,

LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI)

CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO

(PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION,

SPORTS SHINKO (WAIKIKI) CORPORATION and OCEAN RESORT HOTEL

CORPORATION (the "SS Entities") and good cause appearing

therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion is hereby GRANTED. The SS Entities shall file under seal pages 35 through 43 to the deposition upon written questions of the Custodian of Records of the Bank of Hawaii, which has been designated Exhibit "15" to the Plaintiffs' Memorandum in Opposition and Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment, filed on January 13, 2006, in CV NO. 04-00128 ACK-BMK.

---

Sports Shinko Co., Ltd. v. QK Hotel, LLC, Civil No. CV04-00124 ACK/BMK; Sports Shinko Co., Ltd. v. Pukalani Golf Club, LLC, Civil No. CV04-00125 ACK/BMK; Sports Shinko Co., Ltd. v. Kiahuna Golf Club, LLC, Civil No. CV04-00126 ACK/BMK; Sports Shinko Co., Ltd. v. OR Hotel, LLC, Civil No. CV04-00127 ACK/BMK; Sports Shinko Co., Ltd. v. Mililani Golf Club, LLC, Civil No. CV04-00128 ACK/BMK; **ORDER GRANTING PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND OCEAN RESORT HOTEL CORPORATION'S MOTION TO SEAL EXHIBIT "15" TO MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006**