PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

Attorneys for All Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.<br><br>      Defendants.<br>  and<br>FRANKLIN K. MUKAI,<br><br>      Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.<br><br>      Third-Party Defendants. | CV 04-00124 ACK-BMK<br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br><br><br>(Re: Stipulation In Lieu Of Exhibits B, C, D And E to KG Defendants Motion for Summary Judgment In CV No. 04-00128 ACK-BMK; Order)<br><br>DATE:    March 20, 2006<br>TIME:    9:30 am<br>JUDGE:  Hon. Alan C. Kay |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>       Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>       Third-Party Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al.<br><br>       Third-Party Defendants. | CV 04-00125 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al.<br><br>       Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI,<br><br>       Third-Party Plaintiff,<br><br>   vs.<br><br>SPORTS SHINKO CO., LTD., a Delaware Corporation, et al.<br><br>       Third-Party Defendants. | CV 04-00126 ACK-BMK |

2

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawaii limited liability company, et al.<br><br>        Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.<br><br>        Third-Party Defendants. | CV 04-00127 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.<br><br>        Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al.<br><br>        Third-Party Defendants. | CV 04-00128 ACK-BMK |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the STIPULATION IN LIEU OF EXHIBITS B, C, D AND E TO KG DEFENDANTS MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK; ORDER, filed on February 28, 2006 was served electronically through CM/ECF upon the following at their last know addresses, on the date indicated below:

    PAUL ALSTON, ESQ.          palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.   gtm@ahfi.com

        Attorneys for Plaintiffs
        SPORTS SHINKO CO., LTD.
        AND SPORTS SHINKO (USA)

    WILLIAM BORDNER, ESQ.     bbordner@bmbe-law.com
    JOHN REYES-BURKE, ESQ.

        Attorneys for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, February 28, 2006.

                                          /s/ Robert A. Marks
                                          WARREN PRICE III
                                          ROBERT A. MARKS

                                          Attorneys for All Defendants
                                          KIAHUNA GOLF CLUB, LLC,
                                          KG KAUAI DEVELOPMENT, LLC,
                                          PUKALANI GOLF CLUB, LLC,
                                          KG MAUI DEVELOPMENT, LLC,
                                          MILILANI GOLF CLUB, LLC,
                                          QK HOTEL, LLC, OR HOTEL, LLC,
                                          AND KG HOLDINGS, LLC

5