Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | ) ) | CONSOLIDATED CASES |
| vs. | ) ) ) | **ERRATA TO PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006, AND SUBMISSION OF TRANSLATION OF EXHIBIT "T-1" TO THE DECLARATION OF TSUGIO FUKUDA; EXHIBIT "T-1E"; CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) ) | |
| FRANKLIN K. MUKAI, | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | Hearing Date:  March 20, 2006 |
| vs. | ) ) ) | Time:         9:30 a.m. Judge:     Hon. Alan C. Kay |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al., | ) ) ) | |
| Third-Party Defendants. | ) ) ) ) | |

SPORTS SHINKO (USA) CO., LTD.,  )  CIVIL NO. CV 04-00125
a Delaware corporation,        )          ACK/BMK
                               )
          Plaintiff,           )
                               )
     vs.                       )
                               )
PUKALANI GOLF CLUB, LLC, a     )
Hawai`i limited liability      )
company, et al.,               )
                               )
          Defendants,          )
                               )
     and                       )
                               )
FRANKLIN K. MUKAI,             )
                               )
          Third-Party          )
          Plaintiff,           )
                               )
     vs.                       )
                               )
SPORTS SHINKO CO., LTD.,        )
a Japan corporation, et al.,   )
                               )
          Third-Party          )
          Defendants.          )
_____)
                               )
SPORTS SHINKO (USA) CO., LTD, a )  CIVIL NO. CV 04-00126
Delaware corporation,          )          ACK/BMK
                               )
          Plaintiff,           )
                               )
     vs.                       )
                               )
KIAHUNA GOLF CLUB, LLC,          )
a Hawai`i limited liability    )
company, et al.,               )
                               )
          Defendants,          )
                               )
     and                       )
                               )
FRANKLIN K. MUKAI,             )
                               )
          Third-Party          )
          Plaintiff,           )
                               )

```
          vs.                      )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
          Third-Party              )
          Defendants.              )
_____)
                                   )
SPORTS SHINKO CO., LTD., a         )   CIVIL NO. CV 04-00127
Japanese corporation,              )             ACK/BMK
                                   )
          Plaintiff,               )
                                   )
          vs.                      )
                                   )
OR HOTEL, LLC, a Hawai`i           )
limited liability company,         )
et al.,                            )
                                   )
          Defendants,              )
                                   )
          and                      )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
          Third-Party              )
          Plaintiff,               )
                                   )
          vs.                      )
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )
a Delaware corporation, et al.,    )
                                   )
          Third-Party              )
          Defendants.              )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )   CIVIL NO. CV 04-00128
a Delaware corporation,            )             ACK/BMK
                                   )
          Plaintiff,               )
                                   )
          vs.                      )
                                   )
MILILANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
          Defendants,              )
```

```
                                    )
        and                         )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
            Third-Party             )
            Plaintiff,              )
                                    )
        vs.                         )
                                    )
SPORTS SHINKO CO., LTD.,            )
a Japan corporation, et al.,        )
                                    )
            Third-Party             )
            Defendants.             )
_____)
```

**ERRATA TO PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006, FILED FEBRUARY 21, 2006 AND SUBMISSION OF TRANSLATION OF EXHIBIT "T-1" TO THE DECLARATION OF TSUGIO FUKUDA**

Third-Party Defendants SPORTS SHINKO CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, and OCEAN RESORT HOTEL CORPORATION (collectively, the "**SS Companies**"), by and through their attorneys, Alston Hunt Floyd & Ing, hereby submit an Errata to their Memorandum in Opposition to KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK filed on January 13, 2006, filed herein (the "MIO"), as follows:

• On page 11 of the MIO, the word "administrator"
should follow the word "interim" in the chronology entry for
2/4/02.  The final Stipulation In Lieu of Exhibits B, C, D, And
E, to KG Defendants' Motion For Summary Judgment in CV
No. 04-00128 ACK/BMK, filed herein on February 28, 2006
("Stipulation"), did not include this specific fact, but the date
of the appointment of the interim administrator for Sports Shinko
Co., Ltd. by the Osaka District Court is not disputed by the
KG Defendants, who reviewed the February 4, 2002 Osaka District
Court order appointing the interim administrator prior to the
entry of the Stipulation.

• In Par. 7 of the Declaration of Glenn T.
Melchinger attached to the MIO, made in support of Plaintiffs'
F.R.C.P. Rule 56(f) motion, I stated that Defendant Mukai
"apparently will not produce documents in electronic form, as
requested."  I apologize for this misstatement.  Mr. Bordner had
informed me by email that two documents would be produced of one
page each.  On February 22, 2006, Mr. Mukai produced two (2)
documents in electronic form on CD-ROM.  The computer records
containing the metadata associated with these documents
(*e.g.*, document author, modification/access dates, version
information, etc.) has, however, not been produced so as to make
these electronic documents intelligible to the SS Companies.

In addition to the English explanation regarding Ex. "T-1" contained in the Declaration of Tsugio Fukuda at ¶ 15, Plaintiff hereby submits a true and correct English translation of that Exhibit, attached hereto as Ex. "T-1E".  This translation has been provided to Defendants' counsel.

DATED:    Honolulu, Hawai`i, March 2, 2006.


/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Entities