RECEIVED FROM 06-315-8396           1990.8.7      18:13           P. 2

Separate Attachment Form No. 16

        Basis Regulation(s):   Ministerial ordinance related to Foreign Exchange Control
        Lead Public Office:   Ministry of Finance

### Written Notification of Monetary Loan Contracting Related to Direct Investment Overseas

*May 17, Heisei Year 2* [translator note: 1990]

TO:   The Minister of Finance

Notifying Party:
Full Name or Name & Full Name of Representative   Sports Shinko K.K.
Representative Director  Toshio Kinoshita
(name & seal)

Address or Location   Naniwa Building, 4-12 Banzai-cho Kita-ku, Osaka-shi

Occupation or Industry   *Golf course management*
Person-in-charge   *Yoshifumi Sugimoto*
Telephone   *(06) 313-1851*

Providing notification as follows.

| | | | | | |
|---|---|---|---|---|---|
| **1. Borrower & Its Description** | (1) Name | *Sports Shinko (Waikiki) Corporation* | Capital | *US $1,000.--* | |
| | | | Formation Date | *May 2, 1990* | |
| | (2) Location | *1001 Bishop Street #2200 - Pacific Tower Honolulu, Hawaii 96813 USA* | | | |
| | (3) Business Nature (including business plan) | *(Business Nature) Hotel management* *(Unit: US $1000)* | | | |
| | | Sales Revenue | April 90 - March 91 | April 91 - March 92 | April 92 - March 93 |
| | | *Quality Inn Hotel* | 9747 | 10425 | 11,155 |
| | | *Queen Kapiolani Hotel* | 10,175 | 11,141 | 11,908 |
| | (4) Relationship with Notifying Party | Notifying Party's Investment Ratio | 0% | Other (Fill in specifically.) | *Dispatch official(s) by way of company resolution* |
| | | Joint Investor's Investment Ratio | 0% | | |
| | (5) Notifying Party's Investment Balance | Investment | 0 | Loan | ¥10,000,000,000- |
| | (6) Joint Investor's Investment Balance | Investment | 0 | Loan | 0.- |

Translation – Exhibit T-1 – Page 1

EXHIBIT T-1E

| | (7) Acceptance date and acceptance number for previous notification(s) (for notifying party) --- | |
|---|---|---|
| 2. Sum | | ¥10,000,000,000- |
| 3. Contract Time Frame | | *Within 2 months after notification* |
| 4. Lending Time Frame | | *Within 2 months after notification* |
| 5. Conditions | (1) Interest Rate | 8 % per annum |
| | (2) Term | 5 years |
| | (3) Recovery Method for Principal & Interest | *Recover both principal and interest all together on the maturity due date.* |
| 6. Method of Payment(s) (or Payment Receiving) in Conjunction with the transaction (circle answer) | | (a.) Method other than special payment method<br>b. Method by way of special payment method (Fill in specifically.)<br>108 1530 |
| 7. Use of Loaned Funds (circle answer) | | (a.) Equipment funds<br>b. Working capital<br>c. Other (Fill in specifically.) |
| 8. Reason for Attempting Transaction | | *This time around, in conjunction with the other side purchasing a hotel(s) in the State of Hawaii, USA, from the other side, there was a - illegible -- request for a portion of the purchasing funds; therefore, this is in response (details provided in the separate attachment).* |
| 9. Other Matters | | |

**CONFIDENTIAL**

**EXHIBIT   T-1**

Minister of Finance
Acceptance
2.5.17
FD No. 53
Japan –illegible --

| Notification Acceptance Date | |
|---|---|
| Notification Acceptance No. | |

FROM Sports Shinko KK Osaka  -- illegible --      18:23   Doc No. 3001355808 P.2

FROM Sports Shinko KK Osaka Main Office   Aug 7, 1990 (Tue) 18:23   Doc No. 3001355808

P.3

(backside)

1. Minister of Finance – illegible –

| Matter | Date, Name and Seal |
|---|---|
| It is possible to carry out the transaction related to this notification from <br><br> ~~illegible   Heisei Year 2~~ <br><br> May 29, Heisei Year 2 [translator note: 1990] | ~~May   illegible   Heisei Year 2~~ <br><br> May 29, Heisei Year 2 [translator note: 1990] <br><br> Bank of Japan <br> Osaka Branch Manager <br> Mikio Wakatsuki    (Osaka Branch Manager's Seal) |

2. Foreign Exchange Certified Bank – illegible –

(Finance Accept 2.)

| Date of Remittance (or receiving) | Sum | Bank – illegible – |
|---|---|---|
| JUN -5 1990 | ¥10,000,000,000.-- | Bank of Hawaii Tokyo Branch    OE-51 |

108 1531

RECEIVED FROM 06-315-8396            1990.8.7        18:13              P. 3