## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Bordner      bbordner@bmbe-law.com      March 2, 2006
                        turcia@bmbe-law.com
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


Robert A. Marks         ram@pohlhawaii.com         March 2, 2006
                        sfujioka@pohlhawaii.com
Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC


        DATED:     Honolulu, Hawai`i, March 2, 2006.


                                    /s/ Glenn T. Melchinger
                                    PAUL ALSTON
                                    GLENN T. MELCHINGER

                                    Attorneys for Plaintiffs
                                    and Third-Party
                                    Defendants,
                                    the SS Entities

605425_1 / 6850-5