IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　　　Defendants. | CIVIL NO.  04-00124 ACK/BMK (Consolidated Case)<br><br><br><br>DECLARATION OF JOHN REYES-BURKE |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　　　Defendants. | CIVIL NO.  04-00125 ACK/BMK |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>             Defendants. | CIVIL NO.  04-00126 ACK/BMK |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | CIVIL NO.  04-00127 ACK/BMK |

2

|  |  |
|---|---|
| Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CIVIL NO. 04-00128 ACK/BMK |

Declaration of John Reyes-Burke

1. I am licensed to practice law before this Court, and one of the attorneys representing Defendant Franklin K. Mukai in the above-captioned matters;

2. Attached as Exhibit "A" hereto is a true and correct copy of the Action by Written Consent of The Directors Of Sports Shinko (Mililani) Co., Ltd., dated January 18, 2002. Exhibit "A" was attached to the KG Defendants' Reply Memorandum In Support of KG Defendants' Motion for Summary Judgment In CV No. 04-00128 ACK-BMK, as part of Exhibit "V," said Reply Memorandum filed March 9, 2006. Exhibit "V" to KG

3

Defendants' Reply Memorandum was authenticated by the Declaration of Robert A. Marks of even date, appended thereto (at ¶ 4);

   3. Attached as Exhibit "B" hereto is a true and correct copy of Certificate of Officer of Sports Shinko (Mililani) Co., Ltd. dated January 18, 2002. Exhibit "B" was attached to the KG Defendants' Reply Memorandum In Support of KG Defendants' Motion for Summary Judgment In CV No. 04-00128 ACK-BMK, as part of Exhibit "V," said Reply Memorandum filed March 9, 2006. Exhibit "V" to KG Defendants' Reply Memorandum was authenticated by the Declaration of Robert A. Marks of even date, appended thereto (at ¶ 4).

   I, John Reyes-Burke, declare under penalty of law that the foregoing is true and correct.

   DATED: Honolulu, Hawaii, March 10, 2006.

             /s/ John Reyes-Burke
             JOHN REYES-BURKE