FROM                                              2002年 1月24日(木)14:55/藝4:43/文書番号203676289 P 35

# CERTIFICATE OF OFFICER
## OF
## SPORTS SHINKO (MILILANI) CO., LTD.

TSUGIO FUKUDA, the Secretary of SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation (the "Corporation"), hereby certifies as follows:

1. The Action by Written Consent of the Directors of SPORTS SHINKO (MILILANI) CO., LTD., Adopted: _January 18, 2002_ (the "Resolutions"), attached hereto as **EXHIBIT "A"**, were duly adopted by all of the Directors of the Corporation.

2. The following are the names and specimen signatures of the officers of the Corporation authorized to execute the documentation contemplated by the Resolutions:

| Name | Title | Signature |
|---|---|---|
| TOSHIO KINOSHITA | President | _[signature]_ |
| SATOSHI KINOSHITA | Vice-President | _Satoshi Kinoshita_ |

Dated: _January 18, 2002_

_____
TSUGIO FUKUDA

**EXHIBIT B**                                                                                       A 18969