IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>     Plaintiff,<br> vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>     Defendants. | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br>CERTIFICATE OF SERVICE<br><br>(No trial date assigned.) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>     Plaintiff,<br> vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>     Defendants. | CIVIL NO. 04-00125 ACK/BMK |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO.  04-00126 ACK/BMK |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | CIVIL NO.  04-00127 ACK/BMK |

|  |  |
|---|---|
| Defendants.<hr>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CIVIL NO. 04-00128 ACK/BMK |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | E-mail address | Date Served |
|---|---|---|
| Paul Alston | palston@ahfi.com | March 10, 2006 |
| Glenn T. Melchinger | gtm@ahfi.com | March 10, 2006 |
| Robert A. Marks | ram@pohlhawaii.com | March 10, 2006 |

Served By First Class Mail:

| Name & Address | Date Served |
|---|---|
| Warren Price, III<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813 | March 10, 2006 |

DATED:  Honolulu, Hawaii, March 10, 2006.

                                          /s/ John Reyes-Burke
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant
FRANKLIN K. MUKAI