IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>       Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>       Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br><br>       Third-Party Defendants. | CIVIL NO. CV 04-00124<br>         ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF WORD COUNT** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al.,<br><br>       Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI, | CIVIL NO. CV 04-00125<br>         ACK/BMK |

607495_1 / 6850-5

```
              Third-Party         )
              Plaintiff,          )
                                  )
       vs.                        )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, et al.,      )
                                  )
              Third-Party         )
              Defendants.         )
_____    )
                                  )
SPORTS SHINKO (USA) CO., LTD, a   )  CIVIL NO. CV 04-00126
Delaware corporation,             )           ACK/BMK
                                  )
              Plaintiff,          )
                                  )
       vs.                        )
                                  )
KIAHUNA GOLF CLUB, LLC,           )
a Hawai‘i limited liability       )
company, et al.,                  )
                                  )
              Defendants,         )
                                  )
       and                        )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
              Third-Party         )
              Plaintiff,          )
                                  )
                                  )
                                  )
       vs.                        )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, et al.,      )
                                  )
              Third-Party         )
              Defendants.         )
_____    )
                                  )
SPORTS SHINKO CO., LTD., a        )  CIVIL NO. CV 04-00127
Japanese corporation,             )           ACK/BMK
                                  )
              Plaintiff,          )
                                  )
       vs.                        )
                                  )
```

607495_1 / 6850-5

-2-

```
OR HOTEL, LLC, a Hawai`i          )
limited liability company,        )
et al.,                           )
                                  )
            Defendants,            )
                                  )
       and                        )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
            Third-Party            )
            Plaintiff,             )
                                  )
       vs.                        )
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )
a Delaware corporation, et al.,   )
                                  )
            Third-Party            )
            Defendants.            )
_____)
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )   CIVIL NO. CV 04-00128
a Delaware corporation,           )           ACK/BMK
                                  )
            Plaintiff,             )
                                  )
       vs.                        )
                                  )
MILILANI GOLF CLUB, LLC,          )
a Hawai`i limited liability       )
company, et al.,                  )
                                  )
            Defendants,            )
                                  )
       and                        )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
            Third-Party            )
            Plaintiff,             )
                                  )
       vs.                        )
                                  )
SPORTS SHINKO CO., LTD.,          )
a Japan corporation, et al.,      )
                                  )
            Third-Party            )
            Defendants.            )
_____)
```

607495_1 / 6850-5                              -3-

–4–

**CERTIFICATE OF WORD COUNT**

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that Plaintiffs' and Third-Party Defendants' Reply Memorandum in Support of Motion to Strike Untimely Joinder by Defendant Mukai in KG Defendants' Motion for Summary Judgment in Civil No. CV 04-00128, Filed on February 17, 2006, Filed March 2, 2006, contains 4157 words.

DATED:  Honolulu, Hawai'i, March 15, 2006.

    /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities