**PLAINTIFFS' AMENDED PRIVILEGE LOG RE DEFENDANTS OR HOTEL, LLC & MILILANI GOLF CLUB LLC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DATED APRIL 19, 2005**

ACP = Attorney/Client Privilege
AWP = Work Product Doctrine

| Date | Description | Basis |
|---|---|---|
| 3/6/02 | Audiotape and transcript of an interview with Satoshi Kinoshita by Deputy Trustee Keijiro Kimura, Steve Iwamura, and Mataso Fujimoto (both of Deloitte Touche Tohmatsu *aka Kansa Hojin Tohmatsu*) re management agreement issues, Resort Management Services (Hawaii), Inc. stock option agreement | AWP and/or ACP |
| 11/6-7/03 | Videotaped interview of Tsugio Fukuda taken by Glenn Melchinger, Esq., Deputy Trustee Keijiro Kimura, and Steve Iwamura re management agreement issues, Resort Management Services (Hawaii) Inc., property transfers, and McCorriston firm involvement | AWP and/or ACP |
| 3/14-16/05 | Video & transcription of an interview with Toshio Kinoshita taken by Glenn Melchinger, Esq. re management agreement issues, Resort Management Services (Hawaii) Inc., property sales, McCorriston firm | AWP and/or ACP |
| 10/19-21/05 | DVD recording of interview of Tsugio Fukuda taken by Glenn Melchinger, Esq. | AWP and/or ACP |