Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800

Attorneys for Plaintiffs

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2005 JAN -3 PM 12:00

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai'i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai'i corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RESORT MANAGEMENT SERVICES (HAWAI'I), INC., a Hawai'i corporation; YASUO NISHIDA, SATOSHI KINOSHITA, TOSHIO KINOSHITA, TAKESHI KINOSHITA, TOSHIYA KINOSHITA, and TSUGIO FUKUDA, and DOE DEFENDANTS 1-25,<br><br>        Defendants. | CIVIL NO. 02-1-2766-11 (BIA)<br>(Other Civil Action)<br><br>**NOTICE OF PARTIAL DISMISSAL OF CLAIMS AGAINST DEFENDANTS RESORT MANAGEMENT SERVICES (HAWAII), INC. AND YASUO NISHIDA WITH PREJUDICE; CERTIFICATE OF SERVICE**<br><br><br><br>Trial Date: June 6, 2005 |

275289-1/6850-1

EXHIBIT N3

### NOTICE OF PARTIAL DISMISSAL OF CLAIMS AGAINST DEFENDANTS RESORT MANAGEMENT SERVICES (HAWAII), INC. AND YASUO NISHIDA WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Hawai'i Rules of Civil Procedure, Plaintiffs SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai'i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai'i corporation, acting by and through its undersigned attorneys, hereby **DISMISSES** with prejudice all of its claims against Defendants RESORT MANAGEMENT SERVICES (HAWAI'I), INC., a Hawai'i corporation and YASUO NISHIDA as set forth in First Amended Complaint to Set Aside Fraudulent Transfers, for Declaratory and Injunctive Relief and Damages, Filed January 7, 2003. No answer to the First Amended Complaint has been filed or served by said defendants. No other claims remain against said Defendants.

Per the terms of the settlement agreement on the record, the Court will retain jurisdiction to enforce the settlement agreement.

DATED: Honolulu, Hawai'i, December 30, 2004

PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiffs

275289-1/6850-1

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai'i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai'i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, LTD., a Hawai'i corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>RESORT MANAGEMENT SERVICES (HAWAI'I), INC., a Hawai'i corporation; YASUO NISHIDA, SATOSHI KINOSHITA, TOSHIO KINOSHITA, TAKESHI KINOSHITA, TOSHIYA KINOSHITA, and TSUGIO FUKUDA, and DOE DEFENDANTS 1-25,<br><br>    Defendants. | CIVIL NO. 02-1-2766-11 (BIA)<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I caused a true and correct copy of the foregoing to be served on the following by U.S. Mail, postage pre-paid at the following addresses:

275289-1/6850-1

MILES B. FURUTANI, ESQ.
Furutani Sato & Komatsubara
220 S. King Street, Suite 600
Honolulu, Hawaii 96813

Attorney for Defendants
 RESORT MANAGEMENT SERVICES (HAWAI'I), INC.
 and YASUO NISHIDA

LEX R. SMITH, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Attorney for Defendants
 TAKESHI KINOSHITA and
 TOSHIYA KINOSHITA

JOHN T. KOMEIJI, ESQ.
Watanabe Ing Kawashima & Komeiji LLP
2300 First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendants
 SATOSHI KINOSHITA and
 TOSHIO KINOSHITA

TSUGIO FUKUDA
Nakamura 2-22-7, Nerima
Tokyo, Japan  176-0024

Defendant *Pro Se*

DATED: Honolulu, Hawai'i, December 30, 2004

PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiffs

275289-1/6850-1                    2