**TABLE OF AUTHORITIES**

**FEDERAL CASES**

*Abramson v. Aetna Casualty & Surety Co.*, 76 F.3d 304 (9th Cir. 1996) ................................................................. 7

*Carrieri v. Jobs.com, Inc.*, 393 F.3d 508 (5th Cir. 2004) ..... 22

*FDIC v. O'Melveny & Myers*, 61 F.3d 17 (9th Cir. 1995) 17, 18, 19, 21, 23

*FDIC v. Shrader & York*, 991 F.2d 216 (5th Cir. 1993) ......... 24

*Jorgensen v. Cassiday,* 320 F. 3d 906, 913 (9th Cir. 2003) ..... 7

*Kim v. Co-op. Centrale Reiffeisen-Boerenlee B. A.*, 364 F. Supp.2d 346, 349 (S.D.N.Y. 2005) ...................................... 7

*Klaxon Co. v. Stentor Electric Mfg. Co.*, 313 U.S. 487 (1941)  . 7

*Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877 (9th Cir. 2000) ................................................................. 5

*McKesson HBOC, Inc. v. Islamic Republic of Iran*, 271 F.3d 1101, 1108 (D.C. Cir. 2001) .......................................... 7

*Official Committee of the Unsecured Creditors of Color Tile, Inc. v. Coopers & Lybrand, LLP*, 322 F.3d 147 (2d Cir. 2003) ... 21, 23

*In re Leasing Consultants*, 592 F.2d 103 (2d Cir. 1978) ....... 18

*In re Personal and Bus. Insurance Agency*, 334 F.3d 239 (3d Cir. 2003) ................................................................. 18

*Scholes v. Lehmann*, 56 F.3d 750 (7th Cir. 1995) 18, 19, 20, 21, 23

*In re The Mediators, Inc.*, 105 F.3d 822 (2d Cir. 1997) ....... 22

*Wagner v. Prof Eng'rs. in Calif. Government*, 354 F.3d 1036 (9th Cir. 2004) ................................................................ 17

*White v. Sabatino*, 2006 U.S. Dist. LEXIS 18540 (D. Haw. 2006) 2, 14

*In re Zale Corp.*, 196 B.R. 348 (N.D. Tex. 1996) .............. 22

**STATE CASES**

Black's Law Dictionary 1268 (6th Ed. 1990) .................... 16

*California Federal Sav. & Loan Associate v. Bell*, 6 Haw. App. 597, 735 P.2d 499 (1987) ....................................... 8

*Lewis v. Lewis*, 69 Haw. 497, 748 P.2d 1362 (1988) ............. 8

*Mikelson v United Servs. Auto. Ass'n*, 107 Hawai` 192, 111 P.3d 601, 610 (2005) .................................................... 8

*Peters v. Peters*, 63 Haw. 653, 634 P.2d 586 (1981) ......... 8, 9

*Production Resources Group, LLC v. NCT Group, Inc.*, 863 A.2d 772 (Del. Ch. 2004) ............................................ 22

*UFJ Bank Limited v. Ieda*, 109 Hawai`i 137, 2005 Haw. LEXIS 608 (Dec. 8, 2005) ................................................ 22

**FEDERAL STATUTES**

11 U.S.C. § 541 ................................. 15, 16, 17, 18

Fed R. Civ. Pr. 56(d) ....................................... 27

**STATE STATUTES**

Haw. Rev. Stat. Ch. 651C ...................................... 5

Haw. Rev. Stat. § 651C-1 ...................................... 5

Haw. Rev. Stat. § 651C-2 ...................................... 4

**MISCELLANEOUS**

Restatement (Second) Agency § 282 (1958) .................... 24