[Translation]

(Form 1-B)

| Date of President's Decision: *July 27* | | | RINGISHO | Section Preparing [this Request]: | 7/26/2000 | Seal of Confirmation of Decision: |
|---|---|---|---|---|---|---|
| Authorized | Conditional | Rejected | | | International Operations HQ | |
| [Seal: Kinoshita] | | | | | No 99-**10** | |

| Comments of Decision Maker |
|---|
| |

| Circulation within Head Office: | | | | | | | General Manager of General Affairs |
|---|---|---|---|---|---|---|---|
| | Date: | Date: | Date: | Date: | Date: | Date: | Date: |
| Consultations: | | | | Prepared by: | [Fukuda Seal] | | Prepared by: |
| | Date: | Date: | Date: | | Date: 7/27 | Date: | Date: Date: Date: |

### Re: Sale of Mililani Company-Owned Residence

We would like to proceed with the sale of the residence near the 1st hole that the company currently owns and hereby request authorization [with respect to same].

**Sale Price: $141,000**  (Broker Commission: Century 21  6%)

We have been moving forward with efforts to sell this company-owned residence, looking far and wide through real estate firms for a Buyer who would purchase the property for more than our acquisition price of $133,000. We have now located a Buyer [who is willing to purchase the property] for $141,000. The plan is to immediately open an escrow account and to close the transaction (within at most one month) as soon as the Buyer lines up a mortgage. Authorization is hereby requested [to proceed with same]. (Date of Purchase: October 1986, Purchase Price: $133,000)

Buyer: Sharon Keating

Broker: Century 21 Liberty Homes

* Attachment[s]: Request Form

| Received by Head Office: | [Seal:] Receipt of Request for Authorization 7/27/00 General Affairs Section Tokyo Head Office Sports Shinko Co. Ltd. | Comments received from Individuals Consulted: | |
|---|---|---|---|


168 1267


EXHIBIT 2

[Translation]

# FAX

**SPORTS SHINKO CO., LTD.**

3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 Japan
Phone: 03-5259-1500  Fax: 03-5259-1530

To:   Mr. Mikiya Saito – Mililani         cc: Mr. Satoshi Kinoshita

From: Tsugio Fukuda

July 27, 2000

[We] have received approval for the sale of the condominium.  I am forwarding a copy of same.

No further text.

168 1268

[Translation]

# MILILANI GOLF CLUB
*Sports Shinko (Mililani) Co., Ltd.*

95-176 Kuahelani Avenue, Mililani Town, Hawaii 96789  Telephone: 623-2222  FAX: 623-9441

## VIA FAX

**DATE:** 7/25/00

**TO:** Mr. Fukuda, General Manager

**COMPANY:** SSJ

**FROM:** Mikiya Saito

**SUBJECT:** Sale of Apartment

**NUMBER OF PAGES INCLUDING THIS PAGE:** _____

**MESSAGE:**

[We] accepted the offer of $141,000 for the apartment located next to the 1st hole. [The transaction] will now go into escrow. The name of the Buyer is Sharon Keating.

168 1269

（様式1-B）

| 社長決裁年月日 | 7月27日 | | | 稟議書 | 起案部署 | 2000年7月26日 | 決済確認印 |
|---|---|---|---|---|---|---|---|
| 許可 | 条件付 | 否決 | | | | 国際事業本部 No.00- **10** | |
| ㊞ | | | | | | | |

決裁者意見

| 本社回議 | | | | | | | | 総務部長 |
|---|---|---|---|---|---|---|---|---|
| | 月 日 | 月 日 | 月 日 | | 月 日 | 月 日 | 月 日 | 月 日 |
| 合議 | | | | 起案 | ㊞福田 | | | 起案者 |
| | 月 日 | 月 日 | 月 日 | | 7月27日 | 月 日 | 月 日 | 月 日 |

**ミリラニ社宅売却の件**
現在所有している1番ホール沿いの社宅を売却致したく申請いたします。

**売却価格：14万1千㌦** （仲介手数料：センチュリー21社 6％）

当社所有の社宅の売却を手配しておりましたが、取得価格の13万3千㌦以上での買い手を広く不動産業者を通じて探していたところ14万1千㌦でこの程買い手が見つかりました。直ちにエスクロ口座を開設し買い手側が住宅ローンの手配がすみ次第クロージング（最大限1ヶ月以内）が実行される予定ですので申請致します。（購入月日 1986年10月 購入価格 133,000㌦）

買い手： Sharon Keating

仲介： Century 21 Liberty Homes

※添付書類：申請書

| 本社受付 | | ㊞ スポーツ振興 稟議書 00.7.27 受 | 合議者意見 | |

168 1267

# FAX

**SPORTS SHINKO CO. LTD.**
3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 Japan
Phone: 03-5259-1500  Fax 03-5259-1530

To: Mr. Mikiya Saito – Mililani          cc: Mr. Satoshi Kinoshita

From: Tsugio Fukuda

July 27, 2000

コンドミニアム売却の決裁を頂きましたのでコピー送ります。

以上

168 1268

07/25/2000 TUE 14:07 FAX 808 623 9441    MILILANI GOLF CLUB → SPORTS SHINKO CO    ☒001



# MILILANI GOLF CLUB
Sports Shinko (Mililani) Co., Ltd.

95-176 Kuahelani Avenue • Mililani Town • Hawaii 96789 • Telephone 623-2222 • FAX 623-9441

*VIA FAX*

DATE: 7/25/00

TO: 福田部長殿

COMPANY: SSJ

FROM: 斎藤 三樹式

SUBJECT: 3パート売却

NUMBER OF PAGES INCLUDING THIS PAGE: ___

MESSAGE: 1番ホール横の3パートのオファー $141,000 で承諾しました。これからエスクローに入ります。先方の名前は Sharon Keating です。

168 1269