## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Bordner        bbordner@bmbe-law.com        *May 22, 2006*
                          turcia@bmbe-law.com
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


Robert A. Marks           ram@pohlhawaii.com           *May 22, 2006*
                          sfujioka@pohlhawaii.com
Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC


        DATED:    Honolulu, Hawai`i, May 22, 2006


                              /s/ Glenn T. Melchinger
                              PAUL ALSTON
                              GLENN T. MELCHINGER

                              Attorneys for Plaintiffs
                              and Third-Party
                              Defendants,
                              the SS Companies