<u>TABLE OF CONTENTS</u>

I.      Introduction ............................................................................... 2

II.     Background .............................................................................. 3

        A.      Defendants' Purchase of Subject Properties ................................... 3

        B.      The Pukalani STP ............................................................. 4

        C.      The *Lis Pendens* ............................................................ 5

III.    Legal Argument ........................................................................ 7

        A.      The *Lis Pendens* Should Be Discharged Because the
                Plaintiff's Claims Do Not Affect the Subject Properties ................. 8

        B.      Claims Under Haw. Rev. Stat. Ch. 651C are Limited to
                Money Damages, and Thus, Not Properly the Subject of a
                *Lis Pendens*............................................................ 9

        C.      A *Lis Pendens* Cannot be Utilized by Plaintiff Merely
                Because It Wishes to Have a Collateral Interest to Secure
                Collection of a Judgment it Hopes to Recover, When the
                Plaintiff Does Not Assert a Claim to Title or Possession of
                the Subject Property ...................................................... 12

                1.      The Purpose of a *Lis Pendens* Is To Provide Notice of
                        Pending Litigation and Not to Make Plaintiffs
                        Secured Creditors................................................ 12

                2.      A Plaintiff Must Assert a Direct Claim to Title or a
                        Right of Possession in the Subject Property in Order
                        To Be Entitled to a *Lis Pendens*.............................. 15

        D.      Neither the Plaintiff's Rescission Claim, Nor Any Other
                Claim for Equitable Relief, Entitles the Plaintiff to the *Lis
                Pendens*................................................................. 17

        E.      Even if the Transfer of the Pukalani Properties were
                Rescinded, the Defendants Would Still Be Entitled to an
                Interest in the Pukalani Properties Under Haw. Rev. Stat.
                § 651C-8(d)(1)............................................................ 20

IV.     Conclusion ............................................................................. 22

i

TABLE OF AUTHORITIES

<u>CASES</u>

<u>AIG Hawaii Ins. Co., Inc. v. Bateman</u>, 82 Hawaii 453, 923 P.2d 325 (1996) ........................................................................................  18

<u>Beneficial Hawaii, Inc. v. Kida</u>, 96 Hawaii 289, 30 P.3d 895 (2001) ............  19

<u>Cole, Schotz, Bernstein, Meisel & Forman v. Owens</u>, 679 A.2d 155 (N.J. Super. Ct. 1996) ....................................................................  8

<u>C3 Media & Marketing Group, LLC v. Firstgate Internet, Inc.</u>, 419 F. Supp. 2d 419 (S.D.N.Y. 2005)...................................................  18-19

<u>Dow Chemical Co. v. United States</u>, 226 F.3d 1334 (2000) ........................  18

<u>Emhart Corp. v. McLarty</u>, 226 Ga. 621, 176 S.E. 2d 698 (1970) .................  20

<u>Knauer v. Foote</u>, 101 Hawaii 81. 63 P.3d 389 (2003) ...................................  16-17

<u>La Paglia v. Superior Court</u>, 215 Cal.App. 3d 1322 (1989) .........................  16

<u>S. Utsunomiya Enterprises, Inc. v. Moomuku Country Club</u>, 75 Haw. 480, 866 P.2d 951 (1994)...............................................................  7, 8, 13-16, 19

<u>Tewa Tesuque v. Morton</u>, 360 F. Supp. 452 (D. N.M. 1973) .......................  20

<u>Zola v. Gordon</u>, 685 F. Supp. 354 (S.D.N.Y. 1988)......................................  18

<u>STATUTES</u>

Haw. Rev. Stat. § 634-51 ..............................................................  12-13

Haw. Rev. Stat. Ch. 651C ..............................................................  5, 6

Haw. Rev. Stat. § 651C-4 ..............................................................  2, 5, 9

Haw. Rev. Stat. § 651C-5 ..............................................................  2, 5, 9

Haw. Rev. Stat. § 651C-7 ..............................................................  9, 11

TABLE OF AUTHORITIES (cont'd)

Haw. Rev. Stat. § 651C-8 ................................................................ 9, 10, 12, 20, 21

11 U.S.C. § 550 ............................................................................ 9, 10, 12


OTHER AUTHORITIES

13 Am. Jur. 2d Cancellation of Instruments § 48 (2005) ............................... 20

51 Am Jur 2d *Lis Pendens* §28 (2005) ............................................. 8

12A C.J.S. Cancellation of Instruments § 3 (2005) ........................................ 18

12A C.J.S. Cancellation of Instruments §9 (2005) ........................................ 18

Uniform Fraudulent Transfer Act § 8 cmt. (2) (1984) .................................... 9, 11