IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br>　　　　Plaintiff,<br>　　vs.<br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br>　　　　Defendants,<br>　　and<br>FRANKLIN K. MUKAI,<br>　　　　Third-Party Plaintiff,<br>　　vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>DECLARATION OF ROBERT A. MARKS |

**<u>DECLARATION OF ROBERT A. MARKS</u>**

Pursuant to 28 U.S.C. § 1746, ROBERT A. MARKS declares as follows:

1.　I am an attorney for Defendants PUKALANI GOLF CLUB, LLC ("PGC, LLC"), KG MAUI DEVELOPMENT, LLC ("KG Development"), and KG HOLDINGS, LLC ("KG Holdings") (collectively the "Defendants").

2.　I make this declaration in support of Certain KG Defendants' Motion to Expunge the Notice of Pendency of Action, filed on February 20, 2004 and the accompanying memorandum (the "Memorandum"), in which the Defendants seek

1

to expunge the Notice of Pendency of Action ("Lis Pendens") filed by Plaintiff Sports Shinko (USA) Co., Ltd. (the "Plaintiff").

  3. A true and correct copy of my letter dated May 24, 2006 to counsel for the Plaintiff is attached to the Memorandum as Exhibit "B".

  4. A true and correct copy of a letter dated June 14, 2006 which I received from counsel for the Plaintiff is attached to the Memorandum as Exhibit "C".

  I declare under penalty of perjury that the foregoing is true and correct.

  DATED: Honolulu, Hawaii, June 27, 2006.

        /s/ Robert A. Marks
        ROBERT A. MARKS