# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00124ACK-BMK, CV NO. 04-00125ACK-BMK, CV NO. 04-00126ACK-BMK, CV 04-00127ACK-BMK AND CV NO. 04-00128ACK-BMK (CONSOLIDATED CASES) |
| CASE NAME: | Sports Shinko Co., Ltd., etc. Vs. QK Hotel, LLC, etc, et al. |
| ATTYS FOR PLA: | Glenn T. Melchinger |
| ATTYS FOR DEFT: | Robert A. Marks and William A. Bordner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Stephen Platt |
| DATE: | 09/25/2006 | TIME: | 9:33am-l0:10am |

COURT ACTION:  EP: Defendants QK Hotel, LL, KG Holdings and LLC's Motion to Expunge Notice Of Pendency of Action-Oral Argument Held.  Court hereby Denies the Motion.  Court to issue a written Order.

A Status Conference regarding setting a Trial Date and other scheduling deadlines is set for 10/02/2006 @9:30 a.m. before Judge Kurren.  If this Date does not work for Counsel please notify Richlyn Young, Courtroom Manager for Judge Kurren to obtain a new date.

Submitted by Leslie L. Sai, Courtroom Manager