Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation;SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS | CIVIL NO. CV 04-00124<br>        ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO COMPANIES' CERTIFICATE OF SERVICE** |

```
SHINKO (KAUAI) CO., LTD., a        )
Hawai`i corporation; SPORTS        )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation; SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation; SPORTS SHINKO         )
(WAIKIKI) CORPORATION, a           )
Hawai`i corporation; and OCEAN     )
RESORT HOTEL CORPORATION, a        )
Hawai`i corporation,               )
                                   )
          Third-Party              )
          Defendants.              )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD.,     )   CIVIL NO. CV 04-00125
a Delaware corporation,            )           ACK/BMK
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
PUKALANI GOLF CLUB, LLC, a         )
Hawai`i limited liability          )
company; KG MAUI DEVELOPMENT,      )
LLC, a Hawai`i limited             )
liability company; KG HOLDINGS,    )
LLC, a Hawai`i limited             )
liability company, FRANKLIN K.     )
MUKAI,                             )
                                   )
          Defendants,              )
                                   )
     and                           )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
          Third-Party              )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, SPORTS        )
SHINKO (HAWAII) CO., LTD.,         )
a Hawai`i corporation, SPORTS      )
SHINKO (MILILANI) CO., LTD.,       )
a Hawai`i corporation, SPORTS      )
SHINKO (KAUAI) CO., LTD.,          )
```

-3-

```
a Hawai`i corporation, SPORTS      )
SHINKO (PUKALANI) CO., LTD., a     )
Hawai`i corporation, SPORTS        )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation, SPORTS SHINKO         )
(WAIKIKI) CORPORATION,             )
a Hawai`i corporation, and         )
OCEAN RESORT HOTEL CORPORATION,    )
a Hawai`i corporation,             )
                                   )
          Third-Party              )
          Defendants.              )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD, a    )   CIVIL NO. CV 04-00126
Delaware corporation,              )            ACK/BMK
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
KIAHUNA GOLF CLUB, LLC, a          )
Hawaiʻi limited liability          )
company; KG KAUAI DEVELOPMENT,     )
LLC, a Hawaiʻi limited liability   )
company; PUKALANI GOLF CLUB,       )
LLC, a Hawaiʻi limited liability   )
company; KG MAUI DEVELOPMENT,      )
LLC, a Hawaiʻi limited liability   )
company; MILILANI GOLF CLUB,       )
LLC, a Hawaiʻi limited liability   )
company; QK HOTEL, LLC, a          )
Hawaiʻi limited liability          )
company; OR HOTEL, LLC, a          )
Hawaiʻi limited liability          )
company, and KG HOLDINGS, LLC,     )
a Hawaiʻi limited liability        )
company,                           )
                                   )
          Defendants,              )
                                   )
     and                           )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
          Third-Party              )
Plaintiff,                         )
                                   )
     vs.                           )
```

```
SPORTS SHINKO CO., LTD., a          )
Japan corporation, SPORTS           )
SHINKO (HAWAII) CO., LTD., a        )
Hawai`i corporation, SPORTS         )
SHINKO (MILILANI) CO., LTD., a      )
Hawai`i corporation, SPORTS         )
SHINKO (KAUAI) CO., LTD., a         )
Hawai`i corporation, SPORTS         )
SHINKO (PUKALANI) CO., LTD., a      )
Hawai`i corporation, SPORTS         )
SHINKO RESORT HOTEL                 )
CORPORATION, a Hawai`i              )
corporation, SPORTS SHINKO          )
(WAIKIKI) CORPORATION, a            )
Hawai`i corporation and OCEAN       )
RESORT HOTEL CORPORATION, a         )
Hawai`i corporation,                )
                                    )
          Third-Party               )
          Defendants.               )
_____)
                                    )
SPORTS SHINKO CO., LTD., a          )   CIVIL NO. CV 04-00127
Japanese corporation,               )           ACK/BMK
                                    )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
OR HOTEL, LLC, a Hawai`i            )
limited liability company, KG       )
HOLDINGS, LLC, a Hawai`i            )
limited liability company,          )
FRANKLIN K. MUKAI,                  )
                                    )
          Defendants,               )
                                    )
     and                            )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
          Third-Party               )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
SPORTS SHINKO (USA) CO., LTD.,      )
a Delaware corporation; SPORTS      )
SHINKO (HAWAII) CO., LTD., a        )
Hawai`i corporation; SPORTS         )
```

-4-

```
SHINKO (MILILANI) CO., LTD., a      )
Hawai`i corporation; SPORTS          )
SHINKO (KAUAI) CO., LTD., a         )
Hawai`i corporation; SPORTS          )
SHINKO (PUKALANI) CO., LTD., a      )
Hawai`i corporation; SPORTS          )
SHINKO RESORT HOTEL                  )
CORPORATION, a Hawai`i               )
corporation; SPORTS SHINKO           )
(WAIKIKI) CORPORATION, a            )
Hawai`i corporation; and OCEAN      )
RESORT HOTEL CORPORATION, a         )
Hawai`i corporation,                 )
                                     )
          Third-Party                )
          Defendants.                )
_____  )
                                     )
SPORTS SHINKO (USA) CO., LTD.,       )   CIVIL NO. CV 04-00128
a Delaware corporation,              )              ACK/BMK
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
MILILANI GOLF CLUB, LLC,             )
a Hawai`i limited liability          )
company; KG HOLDINGS, LLC,           )
a Hawai`i limited liability          )
company, FRANKLIN K. MUKAI,          )
                                     )
          Defendants,                )
                                     )
     and                             )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
          Third-Party                )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )
SPORTS SHINKO CO., LTD., a           )
Japan corporation, SPORTS            )
SHINKO (HAWAII) CO., LTD., a        )
Hawai`i corporation, SPORTS          )
SHINKO (MILILANI) CO., LTD., a      )
Hawai`i corporation, SPORTS          )
SHINKO (KAUAI) CO., LTD., a         )
Hawai`i corporation, SPORTS          )
```

-5-

```
SHINKO (PUKALANI) CO., LTD.,       )
a Hawai`i corporation, SPORTS      )
SHINKO RESORT HOTEL                )
CORPORATION, a Hawai`i             )
corporation, SPORTS SHINKO         )
(WAIKIKI) CORPORATION, a           )
Hawai`i corporation, and           )
OCEAN RESORT HOTEL CORPORATION,    )
a Hawai`i corporation,             )
                                   )
            Third-Party            )
            Defendants.            )
_____)
```

## PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO COMPANIES' CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2006, I caused a true and correct copy of **Plaintiffs' and Third-Party Defendants' Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Notice of Production of Documents Pursuant to Rule 45 (a)(C) FRCP; Exhibit "1" re: Aqua Engineers, Inc.** to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| WILLIAM A. BORDNER, ESQ.<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI  96813<br><br>Attorney for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | ( ) | ( ) | ( X ) |
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendants<br>KIAHUNA GOLF CLUB, LLC; KG<br>KAUAI DEVELOPMENT, LLC;<br>PUKALANI GOLF<br>CLUB, LLC; KG MAUI<br>DEVELOPMENT, LLC; MILILANI<br>GOLF CLUB, LLC; QK HOTEL,<br>LLC; OR HOTEL, LLC; AND<br>KG HOLDINGS, LLC | ( ) | ( ) | ( X ) |

DATED:   Honolulu, Hawai`i, October 9, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies