# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00124ACK-BMK<br>CIVIL NO. 04-00125ACK-BMK<br>CIVIL NO. 04-00126ACK-BMK<br>CIVIL NO. 04-00127ACK-BMK<br>CIVIL NO. 04-00128ACK-BMK<br>[CONSOLIDATED] |
| CASE NAME: | Sports Shinko Co., Ltd., etc. Vs. QK Hotel, LLC, et al.<br>Sports Shinko Co., Ltd., etc. Vs. Pukalani Golf Club, LLC, et al.<br>Sports Shinko Co., Ltd., etc. Vs. Kiahuna Golf Club, LLS, et al.<br>Sports Shinko Co., Ltd., etc. Vs. OR Hotel, LLC, et al.<br>Sports Shinko Co., Ltd., etc. Vs. Mililani Golf Club, LLC, et al. |
| ATTYS FOR PLA: | Glenn T. Melchinger<br>Clyde J. Wadsworth |
| ATTYS FOR DEFT: | Robert A. Marks<br>John N.K. Reyes-Burke<br>Simon Klevansky |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Courtroom 6-No Record |
| DATE: | 10/12/2006 | TIME: | 9:50-10:10 |

COURT ACTION:   EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given.

Jury trial on January 29, 2008 at 9:00 a.m. before ACK
Final Pretrial Conference on December 18, 2007 at 9:00 a.m. before BMK
Final Pretrial Statement by December 11, 2007
Status Conference set for 10/27/06 at 1:30 p.m. before BMK.

Parties to meet and confer and stipulate to all other deadlines, including scheduling of Settlement Conference before BMK.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager