# Court Copy

|  | For Internal Use Only |
|---|---|
| Receipt for Payment | Receipt    237100 |
| **U.S. District Court - Hawaii** | Trans    142502 |

Received From:     PRICE OKAMOTO HIMENO & LUM
Case Number:
Reference Number:  CV 04-124

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** |  | **455.00** |
|  | Tend |  | 455.00 |
|  | Due |  | 0.00 |

10/27/2006 10:58:08 AM     Deputy Clerk:  bb/AG