# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00124ACK-BMK, CV 04-00125ACK-BMK, CV 04-00126ACK-BMK, CV 04-00127ACK-BMK, CV 04-00128ACK-BMK |
| CASE NAME: | Sports Shinko Co., Ltd., etc. v. OK Hotel, LLC, etc. |
| ATTYS FOR PLA: | Glenn T. Melchinger |
| ATTYS FOR DEFT: | Robert A. Marks, William A. Bordner, John Komeiji, Karen Arikawa |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Debra Chun |
| DATE: | 10/27/2006 | TIME: | |

COURT ACTION:  EP: Status/Discovery Conference Re Letter Briefs Submitted October 16, 2006, October 23, 2006, October 25, 2006 re data on a computer backup tape - court defers ruling as to privileges and waivers until counsel can review the records. Parties to decide on who can decipher the documents and how much it will cost.

Submitted by Richlyn Young, Courtroom Manager