IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**Amended** Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____  U.S. District Court Case No._____ CV 04-124ACK-BMK & related cases

Short Case Title _Sports Shinko Co., Ltd. v. QK Hotel LLC, et al_____

Date Notice of Appeal Filed by Clerk of District Court_____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 31 2006
at 3 o'clock and 52 min. P M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 9/25/06 | Stephen Platt | Other (please specify) Motion to Expunge |

(additional page for designations if necessary)    Notice of Pendency of Action

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention. Filed on June 27, 2006
(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _10/31/06_____  Estimated date for completion of transcript_____

Print Name of Attorney _Glenn T. Melchinger, Esq._____  Phone Number _(808) 524-1800_____

Signature of Attorney _____

Address _1001 Bishop Street, Suite 2800, ASB Tower, Honolulu, HI 96813_____

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
     (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_____  BY: _____
(U.S. District Court Clerk)    (date)        DEPUTY CLERK