TO BE FILED UNDER SEAL

Exhibit 7