Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| GLENN T. MELCHINGER | 7135-0 |

18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai‘i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2004

at ____ o'clock and ____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) ) | CV 04-00126 ACK/BMK |
| Plaintiff, | ) ) ) | **FIRST AMENDED COMPLAINT REGARDING FRAUDULENT TRANSFER (KAUA‘I); SUMMONS; CERTIFICATE OF SERVICE** |
| vs. | ) ) ) ) | |
| KIAHUNA GOLF CLUB, LLC, a Hawai‘i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai‘i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai‘i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai‘i limited liability company; MILILANI GOLF CLUB, LLC, a | ) ) ) ) ) ) ) ) ) ) ) | |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
          Deputy

259322-1/6850-5

**EXHIBIT 15B**

Hawai`i limited liability company; )
QK HOTEL, LLC, a Hawai`i )
limited liability company; OR )
HOTEL, LLC, a Hawai`i limited )
liability company, and KG )
HOLDINGS, LLC, a Hawai`i )
limited liability company, )
                                                            )
            Defendants.                          )
_____ )

## FIRST AMENDED COMPLAINT REGARDING FRAUDULENT TRANSFER (KAUA`I)

Plaintiff SPORTS SHINKO (USA) CO., LTD. ("SS USA"), through its undersigned attorneys, brings this action for relief relating to a transfer made in violation of the Uniform Fraudulent Transfer Act, Ch. 651C, HRS, and other claims.

### PARTIES

1.    Plaintiff SS USA is a corporation organized and operating under the laws of Delaware. Its principal place of business is in Virginia. SS USA's majority owner is Sports Shinko Co., Ltd. ("SS Japan"), a Japan corporation. Until April, 2004, SS Japan was in reorganization under Japan law under the control of Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura

B. Order an accounting of all net proceeds in the original transfer from SSK to KG Kauai, any profits earned thereon, and of the value realized by each of the KG SUBSIDIARIES from the payment of the Mortgage;

C. Impose a constructive trust and a lien upon the assets of each of the KG SUBSIDIARIES to the extent that the proceeds from the sale to Resnick's nominee were used to reduce the pre-existing mortgage lien upon their properties; and

D. Award SS USA damages commensurate with the proof at trial as well as its attorneys' fees, costs, and such other and further relief as may be just and proper.

DATED: Honolulu, Hawai`i, June 14, 2004

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff