Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                     1126-0
GLENN T. MELCHINGER  7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2004

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai‘i limited liability company,<br><br>      Defendant. | CV 04-00128 ACK/BMK<br><br>**FIRST AMENDED COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (MILILANI GOLF CLUB); SUMMONS; CERTIFICATE OF SERVICE** |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
                              Deputy

259367-1/6850-5                    EXHIBIT 15C

## FIRST AMENDED COMPLAINT TO SET ASIDE
## FRAUDULENT TRANSFER (MILILANI GOLF CLUB)

Plaintiff SPORTS SHINKO (USA) CO., LTD. ("SS USA"),

through its undersigned attorneys, brings this action to set aside a

transfer made in violation of the Uniform Fraudulent Transfer Act,

HRS Ch. 651C.  SS USA seeks damages as well as equitable and

declaratory relief.

### PARTIES

1.    Plaintiff SS USA is a corporation organized and

operating under the laws of Delaware.  Its principal place of

business is in West Virginia.  SS USA's majority owner is Sports

Shinko Co., Ltd. ("SS Japan"), a Japanese corporation.  SS Japan

was in reorganization under Japanese law under the control of

Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura

(collectively, the "Trustee").  Keijiro Kimura was President of Sports

Shinko (Hawai'i) Co., Ltd. ("SSH"), a Hawai'i corporation, which is

wholly owned by SS USA.  SSH owns all the stock of Sports Shinko

(Mililani) Co., Ltd.

E.    Award SS USA damages commensurate with the

proof at trial as well as its attorneys' fees and costs, and such other

and further relief as may be just and proper.

DATED:    Honolulu, Hawai`i, _June 14, 2004_.


PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff