PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III                    1212
ROBERT A. MARKS                  2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company and FRANKLIN K. MUKAI,<br><br>       Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI, | CV 04-00124 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>EX PARTE MOTION TO SEAL EXHIBITS 6, 7, 8, 10, 11 AND 12 TO MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION; DECLARATION OF ROBERT A. MARKS; CERTIFICATE OF SERVICE |

Third-Party Plaintiff,

    vs.

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation; SPORTS SHINKO
(HAWAII) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO
(MILILANI) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO (KAUAI)
CO., LTD., a Hawai'i corporation;
SPORTS SHINKO (PUKALANI) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;
SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation;
and OCEAN RESORT HOTEL
CORPORATION, a Hawai'i corporation,

        Third-Party Defendants,

    and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;
and SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation,

        Third-Party Defendants /
        Counterclaimants,

    vs.

QK HOTEL, LLC, a Hawai'i limited
liability company; KG HOLDINGS, LLC,
a Hawai'i limited liability company; and
FRANKLIN K. MUKAI,

Third-Party Counterclaim
Defendants

_____

SPORTS SHINKO (USA) CO., LTD., a          CV 04-00125 ACK-BMK
Delaware corporation,

        Plaintiff,

    vs.

PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

        Defendants,

    and

FRANKLIN K. MUKAI,

        Third-Party Plaintiff,

    vs.

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS SHINKO
(HAWAII) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO
(MILILANI) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO (KAUAI)
CO., LTD, a Hawai'i corporation;
SPORTS SHINKO (PUKALANI) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL

3

CORPORATION, a Hawai'i corporation;
SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation;
and OCEAN RESORT HOTEL
CORPORATION, a Hawai'i corporation,

              Third-Party Defendants,

   and

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS SHINKO
(HAWAII) CO., LTD., a Hawai'i
corporation; and SPORTS SHINKO
(PUKALANI) CO., LTD., a Hawai'i
corporation,

              Third-Party Defendants /
              Counterclaimants,

    vs.

PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

              Third-Party Counterclaim
              Defendants.

---

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

              Plaintiff,

    vs.

CV 04-00126 ACK-BMK

4

KIAHUNA GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
KAUAI DEVELOPMENT, LLC, a
Hawai'i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company;
MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; QK
HOTEL, LLC, a Hawai'i limited
liability company, OR HOTEL, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

       Defendants,

   and

FRANKLIN K. MUKAI

       Third-Party Plaintiff,

   vs.

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai'i corporation, SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i

5

corporation; SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai'i corporation; and OCEAN
RESORT HOTEL CORPORATION, a
Hawai'i corporation,

       Third-Party Defendants,

   and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation and
SPORTS SHINKO (KAUAI) CO.,
LTD., a Hawai'i corporation,

       Third-Party Defendants /
       Counterclaimants,

   vs.

KIAHUNA GOLF CLUB, LLC, a
Hawaii limited liability company; KG
KAUAI DEVELOPMENT, LLC, a
Hawai'i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai'i limited liability company; QK
HOTEL, LLC, a Hawai'i limited
liability company; OR HOTEL, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

       Third-Party Counterclaim
       Defendants.

SPORTS SHINKO CO., LTD., a        CV 04-00127 ACK-BMK

6

Japanese corporation,

       Plaintiff,

   vs.

OR HOTEL, LLC, a Hawai'i limited
liability company; KG HOLDINGS,
LLC, a Hawai'i limited liability
company; and FRANKLIN K.
MUKAI,

       Defendants,

   and

FRANKLIN K. MUKAI

       Third-Party Plaintiff,

   vs.

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation; SPORTS
SHINKO (HAWAII) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (MILILANI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (KAUAI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO (PUKALANI) CO., LTD., a
Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i
corporation; SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai'i corporation; and OCEAN
RESORT HOTEL CORPORATION, a
Hawai'i corporation,

Third-Party Defendants,

and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i
corporation; and SPORTS SHINKO
(WAIKIKI) CORPORATION, a
Hawai'i corporation,

Third-Party Defendants /
Counterclaimants,

vs.

OR HOTEL, LLC, a Hawai'i limited
liability company; KG HOLDINGS,
LLC, a Hawai'i limited liability
company; and FRANKLIN K.
MUKAI,

Third-Party Counterclaim
Defendants.

_____

SPORTS SHINKO (USA) CO., LTD., a    CV 04-00128 ACK-BMK
Delaware corporation,

Plaintiff,

vs.

MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company; and FRANKLIN K.
MUKAI,

Defendants,

and

FRANKLIN K. MUKAI,

Third-Party Plaintiff,

vs.

SPORTS SHINKO CO., LTD., a
Japanese corporation; SPORTS SHINKO
HAWAII) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO
(MILILANI) CO., LTD., a Hawai'i
corporation; SPORTS SHINKO (KAUAI)
CO., LTD., a Hawai'i corporation;
SPORTS SHINKO (PUKALANI) CO.,
LTD., a Hawai'i corporation; SPORTS
SHINKO RESORT HOTEL
CORPORATION, a Hawai'i corporation;
SPORTS SHINKO (WAIKIKI)
CORPORATION, a Hawai'i corporation;
and OCEAN RESORT HOTEL
CORPORATION, a Hawai'i corporation,

Third-Party Defendants,

and

SPORTS SHINKO (HAWAII) CO.,
LTD., a Hawai'i corporation and
SPORTS SHINKO (MILILANI) CO.,
LTD., a Hawai'i corporation,

Third-Party Defendants /
Counterclaimants,

vs.

MILILANI GOLF CLUB, LLC, a
Hawai'i limited liability company; KG
HOLDINGS, LLC, a Hawai'i limited
liability company, and FRANKLIN K.
MUKAI,

        Third-Party Counterclaim
        Defendants.

## EX PARTE MOTION TO SEAL EXHIBITS 6, 7, 8, 10, 11 AND 12 TO MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION

Defendants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani

Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna

Golf Club, LLC and KG Kauai Development, LLC (collectively, "KG"), by and

through its undersigned counsel, respectfully moves this Honorable Court *ex parte*

for an order sealing Exhibits 6, 7, 8, 10, 11 and 12 to the KG's Motion To Dismiss

CV. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK And 04-00128 ACK-BMK

For Lack Of Subject Matter Jurisdiction filed contemporaneously herewith

("Motion").

This Motion is made on the grounds that Exhibits 6, 7, 8, 10, 11 and 12 have

been designated as confidential pursuant to the Stipulated Protective Order filed

herein on January 25, 2005 ("SPO"). Paragraph 8 of the SPO provides as follows:

> Filing under Seal. In the event that any Confidential Document or
> Confidential Information derived therefrom is included with, or the
> contents thereof are disclosed in, any documents filed with the Clerk
> of this court or any other court, including without limitation, any

pleadings, motions, briefs or deposition transcripts, such documents shall, upon prior application to and approval by the court, be filed under seal in an envelope bearing the words: "Confidential pursuant to Protective Order entered by the Court on [January 25,] 2005", or "Confidential, Filed Under Seal Pursuant to Protective Order", or words of similar effect, and subject to the Court's convenience and needs, shall be kept under seal by the Clerk until further order of the Court.

This Motion is brought pursuant to the SPO and Rules 5 and 7 of the Federal Rules of Civil Procedure. This Motion is supported by the Declaration of Robert A. Marks, and the record herein.

DATED: Honolulu, Hawaii, November 16, 2006.


/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants
KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC