IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>　　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br>　　　　Third-Party Plaintiff,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　　Third-Party Defendants/<br>　　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 16, 2006 a true and correct copy of the foregoing was served electronically through CM/ECF on the following:

> PAUL ALSTON, ESQ.   palston@ahfi.com
> GLENN T. MELCHINGER, ESQ.   gtm@ahfi.com
>
> Attorneys for Plaintiffs
> SPORTS SHINKO CO., LTD. and
> SPORTS SHINKO (USA) CO., LTD.
>     and
> Third Party Defendants
> SPORTS SHINKO (USA) CO., LTD.
> SPORTS SHINKO (HAWAII) CO., LTD.
> SPORTS SHINKO (MILILANI) CO., LTD.
> SPORTS SHINKO (KAUAI) CO., LTD.
> SPORTS SHINKO (PUKALANI) CO., LTD.
> SPORTS SHINKO RESORT HOTEL CORPORATION
> SPORTS SHINKO (WAIKIKI) CORPORATION, and
> OCEAN RESORT HOTEL CORPORATION
>
>
> WILLIAM BORDNER, ESQ.   bbordner@bmbe-law.com
>
> Attorney for Defendant
> FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, November 16, 2006.

> /s/ Robert A. Marks
> WARREN PRICE III
> ROBERT A. MARKS
>
> Attorneys for Defendants
> KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

2