UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
DOCKET FEE PAYMENT NOTIFICATION FORM

I. SHORT CASE TITLE: SPORTS SHINKO CO., LTD vs. OK HOTEL, LLC, ET AL.,

U.S. COURT OF APPEALS DOCKET NUMBER: 06-17219

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
(CONSOLIDATED CASES)

U.S. DISTRICT COURT DOCKET NUMBER: CIVIL NO. 04-00124ACK-BMK,
CIVIL NO. 04-00125 ACK-BMK,
CIVIL NO. 04-00126ACK-BMK,
CIVIL NO. 04-00127ACK-BMK

II  DATE NOTICE OF APPEAL FILED: 10/27/06

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 3 0 2006
DISTRICT OF HAWAII

III  U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON: 10/27/06        AMOUNT: $455.00
NOT PAID YET:                BILLED:
U.S. GOVERNMENT APPEAL:      FEE WAIVED:
WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
IF YES, SHOW DATE:     & ATTACH COPY OF ORDER/CJA
WAS F.P. STATUS REVOKED:      DATE:
WAS F.P. STATUS LIMITED IN SOME FASHION?
IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)