# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00124ACK-BMK, CV 04-00125ACK-BMK, CV 04-00126ACK-BMK, CV 04-00127ACK-BMK, CV 04-00128ACK-BMK |
| CASE NAME: | Sports Shinko Co. V. QK Hotel, etc. |
| ATTYS FOR PLA: | Glenn T. Melchinger by phone |
| ATTYS FOR DEFT: | Robert A. Marks by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 12/22/2006 | TIME: | 8:45 - 9 |

COURT ACTION:  EP: Status Conference held.

Submitted by Richlyn W. Young, courtroom manager