Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
GLENN T. MELCHINGER      7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>Third-Party Defendants, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: Plaintiffs and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Response to QK Hotel, LLC and Kiahuna Golf Club, LLC's First Request for Production of Documents to Plaintiffs, Dated November 22, 2006) |

634251_1 / 6850-5

|  |  |
|---|---|
| and | ) |
|  | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al., | ) ) ) ) |
|  | ) |
|    Third-Party Defendants/    Counterclaimants, | ) ) ) |
|  | ) |
|    vs. | ) ) |
| QK HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
|  | ) |
|    Third-Party Counterclaim    Defendants. | ) ) ) |
|  | ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) ) | CIVIL NO. CV 04-00125 ACK/BMK |
|  | ) |
|    Plaintiff, | ) ) |
|    vs. | ) ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
|    Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
|    Third-Party    Plaintiff, | ) ) ) |
|    vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
|    Third-Party    Defendants, | ) ) ) |
| and | ) ) |


```
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
      Third-Party Defendants/      )
      Counterclaimants,            )
                                   )
   vs.                             )
                                   )
PUKALANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
      Third-Party Counterclaim     )
      Defendants.                  )
_____)
                                   )
SPORTS SHINKO (USA) CO., LTD,      )   CIVIL NO. CV 04-00126
a Delaware corporation,            )             ACK/BMK
                                   )
      Plaintiff,                   )
                                   )
   vs.                             )
                                   )
KIAHUNA GOLF CLUB, LLC,            )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
      Defendants,                  )
                                   )
   and                             )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
      Third-Party                  )
      Plaintiff,                   )
                                   )
   vs.                             )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
      Third-Party                  )
      Defendants,                  )
                                   )
   and                             )
```

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation,     )
et al.,                          )
                                 )
      Third-Party Defendants/    )
      Counterclaimants,          )
                                 )
   vs.                           )
                                 )
KIAHUNA GOLF CLUB, LLC,          )
a Hawai`i, limited liability     )
company, et al.,                 )
                                 )
      Third-Party Counterclaim   )
      Defendants.                )
_____)
                                 )
SPORTS SHINKO CO., LTD.,         )   CIVIL NO. CV 04-00127
a Japanese corporation,          )             ACK/BMK
                                 )
      Plaintiff,                 )
                                 )
   vs.                           )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company,       )
et al.,                          )
                                 )
      Defendants,                )
                                 )
   and                           )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
      Third-Party                )
      Plaintiff,                 )
                                 )
   vs.                           )
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )
a Delaware corporation, et al.,  )
                                 )
      Third-Party                )
      Defendants,                )
                                 )
   and                           )
```

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation,     )
et al.,                          )
                                 )
      Third-Party Defendants/    )
      Counterclaimants,          )
                                 )
   vs.                           )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company,       )
et al.,                          )
                                 )
      Third Party Counterclaim   )
      Defendants.                )
_____)
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )   CIVIL NO. CV 04-00128
a Delaware corporation,          )              ACK/BMK
                                 )
      Plaintiff,                 )
                                 )
   vs.                           )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
      Defendants,                )
                                 )
   and                           )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
      Third-Party                )
      Plaintiff,                 )
                                 )
   vs.                           )
                                 )
SPORTS SHINKO CO., LTD.,         )
a Japan corporation, et al.,     )
                                 )
      Third-Party                )
      Defendants,                )
                                 )
   and                           )
                                 )
```

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawaii corporation,      )
et al.,                          )
                                 )
    Third-Party Defendants/      )
    Counterclaimants,            )
                                 )
    vs.                          )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
    Third-Party Counterclaim     )
    Defendants.                  )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2006, I caused a true and correct copy of *Plaintiffs' and Third-Party Defendants' Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Response to QK Hotel, LLC and Kiahuna Golf Club, LLC's First Request for Production of Documents to Plaintiffs, Dated November 22, 2006*, dated December 22, 2006, to be served on the following persons by hand-delivery to their respective addresses:

WARREN PRICE, III, ESQ.  
ROBERT A. MARKS, ESQ.          [Original + 1 copy]  
728 Ocean View Center  
707 Richards Street  
Honolulu, HI  96813  

SIMON KLEVANSKY, ESQ.          [2 copies]  
ALIKA L. PIPER, ESQ.  
CARISA LIMA KA'ALA HEE, ESQ.  
Gelber Gelber Ingersoll &  
    Klevansky, A Law Corp.  
745 Fort Street Suite 1400  
Honolulu, HI  96813  

Attorneys for Defendants  
KIAHUNA GOLF CLUB, LLC;  
KG KAUAI DEVELOPMENT, LLC;  
PUKALANI GOLF CLUB, LLC;  
KG MAUI DEVELOPMENT, LLC;  
MILILANI GOLF CLUB, LLC;  
QK HOTEL, LLC; OR HOTEL, LLC;  
AND KG HOLDINGS, LLC  

WILLIAM A. BORDNER, ESQ.  
Suite 3100, Mauka Tower  
737 Bishop Street  
Honolulu, HI  96813  

Attorney for Defendant  
and Third-Party Plaintiff  
FRANKLIN K. MUKAI  

DATED:    Honolulu, Hawai`i, December 27, 2006.

                                                      /s/ Glenn T. Melchinger  
                                                      PAUL ALSTON  
                                                      GLENN T. MELCHINGER  

                                                      Attorneys for Plaintiffs  
                                                      and Third-Party Defendants,  
                                                      the SS Companies