ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: palston@ahfi.com
        gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED
JAN 0 5 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants. | CV 04-00124 ACK/BMK<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT (QUEEN KAPIOLANI HOTEL) AND ORDER; EXHIBIT "A"** |

626591-1/6850-5

## STIPULATION TO FILE THIRD AMENDED COMPLAINT
## (QUEEN KAPIOLANI HOTEL)

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through their respective counsel, that Plaintiff may file a Third Amended Complaint, as set forth in the attached Exhibit "A".

DATED: Honolulu, Hawai`i, __January 4, 2007__.

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.

_____
WARREN PRICE III
ROBERT A. MARKS
Attorneys for Defendants
QK HOTEL, LLC and
KG HOLDINGS, LLC

_____
WILLIAM A. BORDNER
Attorneys for Defendant
FRANKLIN K. MUKAI

/s/
_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Third-
Party Defendants
SPORTS SHINKO CO., LTD.,
SPORTS SHINKO (USA) CO., LTD.,
SPORTS SHINKO (HAWAII) CO.,
LTD., SPORTS SHINKO (MILILANI)
CO., LTD., SPORTS SHINKO
(KAUAI) CO., LTD., SPORTS
SHINKO (PUKALANI) CO., LTD.,
SPORTS SHINKO RESORT HOTEL
CORPORATION, SPORTS SHINKO
(WAIKIKI) CORPORATION AND
OCEAN RESORT HOTEL
CORPORATION


APPROVED AND SO ORDERED:

/s/
_____
UNITED STATES DISTRICT COURT JUDGE
United States Magistrate Judge

---

**STIPULATION TO FILE THIRD AMENDED COMPLAINT (QUEEN KAPIOLANI HOTEL) AND ORDER**
*Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al.*
CV 04-00124 ACK/BMK

626591-1/6850-5                                    3