Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON              1126-0
GLENN T. MELCHINGER      7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>    Third-Party Defendants, | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re:  Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel); Stipulation to File Third Amended Complaint (Ocean Resort Hotel); Stipulation to File Third Amended Complaint (Pukalani); Stipulation to File Third Amended Complaint (Mililani)] |

635285_1 / 6850-5

```
              and                         )
                                          )
SPORTS SHINKO (HAWAII) CO.,               )
LTD., a Hawai`i corporation,              )
et al.,                                   )
                                          )
      Third-Party Defendants/             )
      Counterclaimants,                   )
                                          )
      vs.                                 )
                                          )
QK HOTEL, LLC, a Hawai`i                  )
limited liability company,                )
et al.,                                   )
                                          )
      Third-Party Counterclaim            )
      Defendants.                         )
                                          )
_____)
                                          )
SPORTS SHINKO (USA) CO., LTD.,            )   CIVIL NO. CV 04-00125
a Delaware corporation,                   )           ACK/BMK
                                          )
         Plaintiff,                       )
                                          )
      vs.                                 )
                                          )
PUKALANI GOLF CLUB, LLC,                  )
a Hawai`i limited liability               )
company, et al.,                          )
                                          )
         Defendants,                      )
                                          )
      and                                 )
                                          )
FRANKLIN K. MUKAI,                        )
                                          )
         Third-Party                      )
         Plaintiff,                       )
                                          )
      vs.                                 )
                                          )
SPORTS SHINKO CO., LTD.,                  )
a Japan corporation, et al.,              )
                                          )
         Third-Party                      )
         Defendants,                      )
                                          )
      and                                 )
                                          )
```

```
SPORTS SHINKO CO., LTD.,            )
a Japan corporation, et al.,        )
                                    )
      Third-Party Defendants/       )
      Counterclaimants,             )
                                    )
      vs.                           )
                                    )
PUKALANI GOLF CLUB, LLC,            )
a Hawai`i limited liability         )
company, et al.,                    )
                                    )
      Third-Party Counterclaim      )
      Defendants.                   )
_____)
                                    )
SPORTS SHINKO (USA) CO., LTD,       )   CIVIL NO. CV 04-00126
a Delaware corporation,             )           ACK/BMK
                                    )
            Plaintiff,              )
                                    )
      vs.                           )
                                    )
KIAHUNA GOLF CLUB, LLC,             )
a Hawai`i limited liability         )
company, et al.,                    )
                                    )
            Defendants,             )
                                    )
      and                           )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
            Third-Party             )
            Plaintiff,              )
                                    )
      vs.                           )
                                    )
SPORTS SHINKO CO., LTD.,            )
a Japan corporation, et al.,        )
                                    )
            Third-Party             )
            Defendants,             )
                                    )
      and                           )
```

| | |
|---|---|
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al., <br><br>    Third-Party Defendants/ Counterclaimants, <br><br>    vs. <br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i, limited liability company, et al., <br><br>    Third-Party Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br>    Plaintiff, <br><br>    vs. <br><br>OR HOTEL, LLC, a Hawai`i limited liability company, et al., <br><br>    Defendants, <br><br>    and <br><br>FRANKLIN K. MUKAI, <br><br>    Third-Party Plaintiff, <br><br>    vs. <br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., <br><br>    Third-Party Defendants, <br><br>    and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL NO. CV 04-00127 ACK/BMK |

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation,     )
et al.,                          )
                                 )
     Third-Party Defendants/     )
     Counterclaimants,           )
                                 )
     vs.                         )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company,       )
et al.,                          )
                                 )
     Third Party Counterclaim    )
     Defendants.                 )
_____)
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )   CIVIL NO. CV 04-00128
a Delaware corporation,          )              ACK/BMK
                                 )
     Plaintiff,                  )
                                 )
     vs.                         )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
     Defendants,                 )
                                 )
     and                         )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
     Third-Party                 )
     Plaintiff,                  )
                                 )
     vs.                         )
                                 )
SPORTS SHINKO CO., LTD.,         )
a Japan corporation, et al.,     )
                                 )
     Third-Party                 )
     Defendants,                 )
                                 )
     and                         )
                                 )
```

```
SPORTS SHINKO (HAWAII) CO.,     )
LTD., a Hawaii corporation,     )
et al.,                         )
                                )
     Third-Party Defendants/    )
     Counterclaimants,           )
                                )
     vs.                         )
                                )
MILILANI GOLF CLUB, LLC,        )
a Hawai`i limited liability     )
company, et al.,                )
                                )
     Third-Party Counterclaim   )
     Defendants.                )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2007, I caused true and correct copies of the following documents:

(1) Stipulation to File Third Amended Complaint (Queen Kapiolani Hotel) and Order; Exhibit "A", CV 04-00124 ACK/BMK, filed on January 8, 2007;

(2) Stipulation to File Third Amended Complaint (Pukalani) and Order; Exhibit "A", CV 04-00125 ACK/BMK, filed on January 8, 2007;

(3) Stipulation to File Third Amended Complaint (Ocean Resort Hotel) and Order; Exhibit "A", CV 04-00127 ACK/BMK, filed on January 8, 2007; and

(4) Stipulation to File Third Amended Complaint (Mililani) and Order; Exhibit "A", CV 04-00128 ACK/BMK, filed on January 8, 2007,

to be served on the following persons by hand-delivery to their respective addresses:

    WILLIAM A. BORDNER, ESQ.
    Suite 3100, Mauka Tower
    737 Bishop Street
    Honolulu, HI  96813

    Attorney for Defendant
    and Third-Party Plaintiff
    FRANKLIN K. MUKAI


    WARREN PRICE, III, ESQ.
    ROBERT A. MARKS, ESQ.
    728 Ocean View Center
    707 Richards Street
    Honolulu, HI  96813

    SIMON KLEVANSKY, ESQ.        (Via Hand Delivery
    ALIKA L. PIPER, ESQ.         on January 11, 2007)
    CARISA LIMA KA'ALA HEE, ESQ.
    Gelber Gelber Ingersoll &
        Klevansky, A Law Corp.
    745 Fort Street Suite 1400
    Honolulu, HI  96813

    Attorneys for Defendants
    KIAHUNA GOLF CLUB, LLC;
    KG KAUAI DEVELOPMENT, LLC;
    PUKALANI GOLF CLUB, LLC;
    KG MAUI DEVELOPMENT, LLC;
    MILILANI GOLF CLUB, LLC;
    QK HOTEL, LLC; OR HOTEL, LLC;
    AND KG HOLDINGS, LLC

    DATED:    Honolulu, Hawai`i, January 16, 2007.


                        /s/ Glenn T. Melchinger
                        PAUL ALSTON
                        GLENN T. MELCHINGER

                        Attorneys for Plaintiffs
                        and Third-Party Defendants,
                        the SS Companies