IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
|         Plaintiff, | CV 04-00125 ACK-BMK |
| | CV 04-00126 ACK-BMK |
|    vs. | CV 04-00127 ACK-BMK |
| QK HOTEL, LLC, et al., | CV 04-00128 ACK-BMK |
|         Defendants, | |
|    and | CONSOLIDATED CASES |
| FRANKLIN K. MUKAI, | |
|         Third-Party Plaintiff, | THIRD-PARTY SUMMONS IN A CIVIL ACTION |
|    vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
|         Third-Party Defendants, | |
|    and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
|         Third-Party Defendants/ Counterclaimants, | |
|    vs. | |
| QK HOTEL, LLC, et al., | |
|         Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASES | |

## THIRD-PARTY SUMMONS IN A CIVIL ACTION

STATE OF HAWAII

TO:   SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation
SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation
SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation
SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation
SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation
SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii
   corporation

      YOU ARE HERBY SUMMONED and required to file with the Clerk of this

Court and serve upon:

Plaintiffs' Attorneys:           Defendant and Third-Party Plaintiffs'
                                         Attorneys:

  Paul Alston
  Glenn T. Melchinger          Warren Price III
  Alston Hunt Floyd & Ing      Robert A. Marks
  American Savings Bank Tower  Price Okamoto Himeno & Lum
  1001 Bishop Street, 18th Floor  707 Richards Street, Suite 728
  Honolulu, Hawaii  96813      Honolulu, Hawaii  96813


Defendant Frankin Mukai's Attorneys:

  William Bordner
  John Reyes-Burke
  Burke McPheeters Bordner & Estes
  Pacific Guardian Center, Mauka Tower
  737 Bishop Street, Suite 3100
  Honolulu, Hawaii  96813

an answer to the third-party complaint which is herewith served upon in the

foregoing consolidated cases.  The answer to the third-party complaint shall be

filed within 20 days after the service of this summons upon you, exclusive of the

day of service.  If you fail to do so, judgment by default will be taken against you

for the relief demanded in the third-party complaint.  There is also served upon you

herewith a copy of the plaintiffs' Second Amended Complaint (in CV No. 04-

00126 ACK-BMK) and the Third Amended Complaints (in CV Nos. 04-00124

ACK-BMK, 04-00125 ACK-BMK, 04-00127 ACK-BMK, and 04-00128 ACK-

BMK) which you may, but are not required to answer.

        DATED:  Honolulu, Hawaii, _____.


_____

CLERK


_____

BY DEPUTY CLERK