# TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.  STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    A.   As an Inactive Corporation, SS USA Does Not Have a Principal Place of Business . . . . . . . . . . . . . . . . . . . . 11

    B.   Even if SS USA Was an Active Corporation, its Principal Place of Business Was Japan Pursuant to the "Nerve Center" Test . . . . . . . . . . . . . . . . . . . . . . . . 15

    C.   Even Under the Place of Operations Test, SS USA's Principal Place of Business Was Not Hawai`i . . . . . . . 20

    D.   SS USA's Previous Statement in Bankruptcy Litigation as to its Principal Place of Business is Not Binding Here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

IV.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32