# TABLE OF AUTHORITIES

## FEDERAL CASES

*Athena Automotive, Inc. v. DiGregorio*, 166 F.3d 288
(4th Cir. 1999) .............................................................. 13, 14, 15

*Co-Efficient Energy Systems v. CSL Industries, Inc.*, 812 F.2d 556
(9th Cir. 1987) ....................................................................... 14

*In Re Commonwealth Oil Refining Co., Inc.*, 596 F.2d 1239
(5th Cir. 1979) ....................................................................... 27

*Danjaq, S.A. v. Pathe Communications Corp.*, 979 F.2d 772
(9th Cir. 1992) ..................................................... 3, 19, 21, 23

*Gradetech, Inc. v. American Employers Group*, 2006 U.S. Dist.
LEXIS 47047 (N.D. Cal. 2006) .................................................. 31

*Gulf Chemical Corp. v. Raytheon-Catalytic, Inc.*, 931 F. Supp. 955
(D.P.R. 1996) ....................................................................... 18

*Harris v. Black Clawson Co.*, 961 F.2d 547 (5th Cir.
1992) .............................................................. 13, 15, 24, 25

*Homestead Lead Co. of Missouri v. Doe Run Resources, Corp.*,
282 F. Supp. 2d 1131 (N.D. Cal. 2003) ................................ 13, 14

*Industrial Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090
(9th Cir. 1990) ...................................................................... 17

*Johnson v. v. Oregon*, 141 F.3d 1361 (9th Cir. 1998) ............. 30, 31

*Masayesva v. Hale*, 118 F.3d 1371 (9th Cir. 1997) ..................... 29

*Midatlantic National Bank v. Hansen*, 48 F.3d 693
(3rd Cir. 1995) ..................................................... 2, 11, 12, 15

*Nauru Phosphate Royalties, Inc. v. Drago Daic Interests, Inc.*,
138 F.3d 160 (5th Cir. 1998) .................................................... 18

*New Hampshire v. Maine*, 532 U.S. 742, 750, 121 S. Ct. 1808
(2001) ...................................................................................... 28

*Novelty Textile Mills, Inc. v. Stern*, 136 F.R.D. 63
(S.D.N.Y. 1991) ....................................................................... 25

*Patel v. Sugen, Inc.*, 354 F. Supp. 2d 1098 (N.D. Cal. 2005) ... 13, 14

*In Re Peachtree Lane Associates, Ltd.*, 150 F.3d 788
(7th Cir. 1998) ......................................................................... 27

*Peterson v. Cooley*, 142 F.3d 181 (4th Cir. 1998) ....................... 18

*Sweet Pea Marine, Ltd. v. APJ Marine, Inc.*, 411 F.3d 1242
(11th Cir. 2005) ......................................................................... 3

*The Mennen Co. v. Atlantic Mutual Insurance Co.*, 147 F.3d 287
(3rd Cir. 1998) ................................................................... 31, 32

*Topp v. ComAir Inc.*, 814 F.2d 830 (1st Cir. 1987) ...................... 18

*Tosco Corp. v. Communities for a Better Environment*, 236 F.3d 495
(9th Cir. 2001) ............................................... 2, 15, 16, 17, 31

*United States v. Lence*, 466 F.3d 721 (9th Cir. 2006) .................. 30

*Wm. Passalacua Buildings, Inc. v. Resnick Developers South, Inc.*,
933 F.2d 131 (2nd Cir. 1991) .................................................... 13

## STATE CASES

*Levisa Coal Co. v. Consolidated Coal Co.*, 2001 WL 515262 at *3
(W.D. Va. 2001) ....................................................................... 25

*Sellers v. Kohlberg & Co., LLC*, 2001 WL 761187 at *3
(N.D. Cal. 2001) ................................................................ 13, 14

-iii-

## MISCELLANEOUS

28 U.S.C. § 1332 ................................................................................. 27

28 U.S.C. § 1332(a)(1) ..................................................................... 11, 12

28 U.S.C. § 1410 ................................................................................. 27