**FILED UNDER SEAL**

EXHIBIT B-1