**FILED UNDER SEAL**

EXHIBIT H-3