IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO. CV 04-00124 ACK/BMK |
| Plaintiff, | CONSOLIDATED CASES |
| vs. | **DECLARATION OF GLENN T. MELCHINGER; EXHIBITS "M-1" & "M-2"** |
| QK HOTEL, LLC, a Hawai'i limited liability company, et al., | |
| Defendants, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al., | |
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO. CV 04-00125 ACK/BMK |

635,685_2 / 6850-5

|  |  |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | ) |
| Defendants, | ) |
| and | ) |
| FRANKLIN K. MUKAI, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) |
| Third-Party Defendants. | ) |
| SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, | ) CIVIL NO. CV 04-00126 ACK/BMK |
| Plaintiff, | ) |
| vs. | ) |
| KIAHUNA GOLF CLUB, LLC, a Hawai'i limited liability company, et al., | ) |
| Defendants, | ) |
| and | ) |
| FRANKLIN K. MUKAI, | ) |
| Third-Party Plaintiff, | ) |

635330_1 / 6850-5

2

|  |  |
|---|---|
| vs.<br><br>SPORTS SHINKO CO., LTD.,<br>a Japan corporation, et al.,<br><br>　　　　Third-Party<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SPORTS SHINKO CO., LTD., a<br>Japanese corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br>OR HOTEL, LLC, a Hawai`i limited<br>liability company,<br>et al.,<br><br>　　　　Defendants,<br><br>　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO.,<br>LTD., a Delaware corporation, et<br>al.,<br><br>　　　　Third-Party<br>　　　　Defendants. | CIVIL NO. CV 04-00127<br>　　　ACK/BMK |
| SPORTS SHINKO (USA) CO.,<br>LTD., a Delaware corporation,<br><br>　　　　Plaintiff, | CIVIL NO. CV 04-00128<br>　　　ACK/BMK |

|  |  |
|---|---|
| vs. | ) |
| MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
| Third-Party Defendants. | ) ) ) |

## DECLARATION OF GLENN T. MELCHINGER

I, GLENN T. MELCHINGER, declare as follows:

1. I am counsel for Plaintiff Sports Shinko (USA), Co. Ltd. ("SS USA"), Plaintiff Sports Shinko Co., Ltd. and the Sports Shinko Third Party Defendants in these consolidated actions. I make this declaration based on personal knowledge, and I am competent to testify to the matters set forth below.

2. Attached as Exhibit "M-1" to this Declaration is a true and correct copy of a certification from the Secretary of State of the State of California appended to a Statement by Foreign Corporation

filed by SS USA on June 19, 2002, and another Statement by Foreign Corporation filed by SS USA on August 8, 2005, obtained at my request.

3. Through an agent in California, I requested from the Secretary of State's office all records relating to SS USA. There was no Statement by a Foreign Corporation on file for SS USA for 2003 or 2004.

4. Attached as Exhibit "M-2" to this Declaration is a true and correct copy of a certification by the Director of the Department of Commerce and Consumer Affairs of the State of Hawaii regarding SS USA that was obtained at my request.

5. I reviewed the electronic docket report on PACER for the United States Bankruptcy Court for the Middle District of Florida, Tampa Division for In Re Sports Shinko (Florida) Co., Ltd., Case Number 8:02-bk-02804-PMG, and confirmed the proceeding was started via voluntary petition on February 18, 2002.

*I swear that the foregoing is true under penalties of perjury of the United States of America.*

EXECUTED: Honolulu, Hawai`i, January 25, 2007.

/s/ Glenn Melchinger