IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>  Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>  Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br><br>  Third-Party Defendants. | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF WORD COUNT** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs. | CIVIL NO. CV 04-00125 ACK/BMK |

636687_1 / 6850-5

| | |
|---|---|
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>FRANKLIN K. MUKAI, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>SPORTS SHINKO CO., LTD., a Japan corporation, et al., )<br>)<br>Third-Party Defendants. )<br>_____ )<br>)<br>SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KIAHUNA GOLF CLUB, LLC, a Hawaiʻi limited liability company, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>) | CIVIL NO. CV 04-00126<br>ACK/BMK |

636687_1 / 6850-5

-2-

| | |
|---|---|
| FRANKLIN K. MUKAI, ) | |
| ) | |
| Third-Party ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO CO., LTD., ) | |
| a Japan corporation, et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants. ) | |
| ────────────────────── ) | |
| ) | |
| SPORTS SHINKO CO., LTD., a ) | CIVIL NO. CV 04-00127 |
| Japanese corporation, ) | ACK/BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OR HOTEL, LLC, a Hawai`i ) | |
| limited liability company, ) | |
| et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| FRANKLIN K. MUKAI, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., ) ) ) ) | |
| Third-Party Defendants. ) ) ) | |
| ) ) | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, ) ) ) | CIVIL NO. CV 04-00128 ACK/BMK |
| Plaintiff, ) ) ) | |
| vs. ) ) | |
| MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| FRANKLIN K. MUKAI, ) ) | |
| Third-Party Plaintiff, ) ) | |
| vs. ) ) | |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., ) ) ) | |
| Third-Party Defendants. ) ) ) | |

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the foregoing Memorandum in Opposition to Motion to Dismiss CV. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, filed on November 16, 2006, contains 6,139 words.

DATED:  Honolulu, Hawai'i, January 25, 2007.

      /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities