Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; FRANKLIN K. MUKAI, | CIVIL NO. CV 04-00124 ACK/BMK <br><br> CONSOLIDATED CASES <br><br> **ERRATA RE EXHIBIT K-1 TO PLAINTIFFS AND THIRD-PARTY DEFENDANTS SPORTS SHINKO COMPANIES'** <br><br> Hearing: *(caption cont'd on next page)* <br> DATE:   February 12, 2007 <br> TIME:   9:30 a.m. <br> JUDGE:  Alan C. Kay |

636818_1 / 6850-5

| | |
|---|---|
| Defendants, )<br>)<br>and )<br>)<br>FRANKLIN K. MUKAI, )<br>)<br>    Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>SPORTS SHINKO (USA) CO.; )<br>LTD., a Delaware corporation; )<br>SPORTS SHINKO (HAWAII) CO., )<br>LTD., a Hawai`i corporation; )<br>SPORTS SHINKO (MILILANI) )<br>CO., LTD., a Hawai`i corporation;)<br>SPORTS SHINKO (KAUAI) CO., )<br>LTD., a Hawai`i corporation; )<br>SPORTS SHINKO (PUKALANI) )<br>CO., LTD., a Hawai`i corporation;)<br>SPORTS SHINKO RESORT )<br>HOTEL CORPORATION, a )<br>Hawai`i corporation; SPORTS )<br>SHINKO (WAIKIKI) )<br>CORPORATION, a Hawai`i )<br>corporation; and OCEAN )<br>RESORT HOTEL CORPORATION,)<br>a Hawai`i corporation, )<br>)<br>    Third-Party )<br>    Defendants, )<br>)<br>and )<br>)<br>SPORTS SHINKO (HAWAII) CO., )<br>LTD., a Hawai`i corporation; )<br>SPORTS SHINKO RESORT ) | **MEMORANDUM IN OPPOSITION TO DEFENDANTS KG HOLDINGS, LLC, QK HOTEL, LLC, OR HOTEL, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, KIAHUNA GOLF CLUB, LLC AND KG KAUAI DEVELOPMENT, LLC'S MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION, FILED NOVEMBER 16, 2006, FILED ON January 25, 2007; EXHIBIT "K-1"; CERTIFICATE OF SERVICE** |

| | |
|---|---|
| HOTEL CORPORATION, a Hawai`i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, | ) ) ) ) ) ) ) |
|     Third-Party Defendants/ Counterclaimants, | ) ) ) ) |
|     vs. | ) ) |
| QK HOTEL, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) ) |
|     Third-Party Counterclaim Defendants. | ) ) ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) ) ) |
|     Plaintiff, | ) ) ) |
|     vs. | ) ) ) |
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI, | ) ) ) ) ) ) ) ) ) |

CIVIL NO. CV 04-00125
ACK/BMK

|  |  |
|---|---|
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| FRANKLIN K. MUKAI, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | ) |
| | ) |
| Third-Party Defendants, | ) |
| | ) |
| and | ) |

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation,<br><br>    Third-Party Defendants/ Counterclaimants,<br><br>        vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI,<br><br>    Third-Party Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SPORTS SHINKO (USA) CO., LTD, a Delaware corporation,<br><br>    Plaintiff,<br><br>        vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 04-00126 ACK/BMK |

DEVELOPMENT, LLC, a Hawai'i    )
limited liability company;    )
PUKALANI GOLF CLUB, LLC, a    )
Hawai'i limited liability company; )
KG MAUI DEVELOPMENT, LLC,    )
a Hawai'i limited liability    )
company; MILILANI GOLF CLUB, )
LLC, a Hawai'i limited liability    )
company; QK HOTEL, LLC,    )
a Hawai'i limited liability    )
company; OR HOTEL, LLC,    )
a Hawai'i limited liability    )
company, and KG HOLDINGS,    )
LLC, a Hawai'i limited liability    )
company,    )
    )
       Defendants,    )
    )
   and    )
    )
FRANKLIN K. MUKAI,    )
    )
       Third-Party Plaintiff,    )
    )
   vs.    )
    )
SPORTS SHINKO CO., LTD.,    )
a Japan corporation; SPORTS    )
SHINKO (HAWAII) CO., LTD.,    )
a Hawai`i corporation; SPORTS    )
SHINKO (MILILANI) CO., LTD.,    )
a Hawai`i corporation; SPORTS    )
SHINKO (KAUAI) CO., LTD.,    )
a Hawai`i corporation; SPORTS    )
SHINKO (PUKALANI) CO., LTD.,    )
a Hawai`i corporation; SPORTS    )
SHINKO RESORT HOTEL    )

| | |
|---|---|
| CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | ) ) ) ) ) ) ) ) |
| Third-Party Defendants, | ) ) ) ) |
| and | ) ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; and SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, | ) ) ) ) ) ) |
| Third-Party Defendants/ Counterclaimants, | ) ) ) ) |
| vs. | ) ) |
| KIAHUNA GOLF CLUB, LLC, a Hawai`i, limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, <br><br>    Third-Party Counterclaim<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) | CIVIL NO. CV 04-00127<br>ACK/BMK |

```
CO., LTD., a Hawai`i corporation; )
SPORTS SHINKO (KAUAI) CO.,       )
LTD., a Hawai`i corporation;     )
SPORTS SHINKO (PUKALANI)         )
CO., LTD., a Hawai`i corporation;)
SPORTS SHINKO RESORT             )
HOTEL CORPORATION, a             )
Hawai`i corporation; SPORTS      )
SHINKO (WAIKIKI)                 )
CORPORATION, a Hawai`i           )
corporation; and OCEAN           )
RESORT HOTEL CORPORATION,        )
a Hawai`i corporation,           )
                                 )
         Third-Party             )
         Defendants,             )
                                 )
    and                          )
                                 )
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawai`i corporation;     )
SPORTS SHINKO RESORT             )
HOTEL CORPORATION, a             )
Hawai`i corporation; and         )
SPORTS SHINKO (WAIKIKI)          )
CORPORATION, a Hawai`i           )
corporation,                     )
                                 )
         Third-Party Defendants/ )
         Counterclaimants,       )
                                 )
    vs.                          )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company;       )
KG HOLDINGS, LLC, a Hawai`i      )
                                 )
```

| | |
|---|---|
| limited liability company;<br>FRANKLIN K. MUKAI,<br><br>    Third Party Counterclaim<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| SPORTS SHINKO (USA) CO.,<br>LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MILILANI GOLF CLUB, LLC,<br>a Hawai`i limited liability<br>company; KG HOLDINGS, LLC,<br>a Hawai`i limited liability<br>company; FRANKLIN K. MUKAI,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO CO., LTD.,<br>a Japan corporation; SPORTS<br>SHINKO (HAWAII) CO., LTD.,<br>a Hawai`i corporation; SPORTS<br>SHINKO (MILILANI) CO., LTD.,<br>a Hawai`i corporation; SPORTS<br>SHINKO (KAUAI) CO., LTD., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 04-00128<br>    ACK/BMK |

a Hawai'i corporation; SPORTS )
SHINKO (PUKALANI) CO., LTD., )
a Hawai'i corporation; SPORTS )
SHINKO RESORT HOTEL )
CORPORATION, a Hawai'i )
corporation; SPORTS SHINKO )
(WAIKIKI) CORPORATION, )
a Hawai'i corporation; and )
OCEAN RESORT HOTEL )
CORPORATION, a Hawai'i )
corporation, )
         )
   Third-Party )
   Defendants, )
         )
 and )
         )
SPORTS SHINKO (HAWAII) CO., )
LTD., a Hawaii corporation; and )
SPORTS SHINKO (MILILANI) )
CO., LTD., a Hawai'i corporation,)
         )
   Third-Party Defendants/ )
   Counterclaimants, )
         )
 vs. )
         )
MILILANI GOLF CLUB, LLC, )
a Hawai'i limited liability )
company; KG HOLDINGS, LLC, )
a Hawai'i limited liability )
company; FRANKLIN K. MUKAI, )
         )
   Third-Party Counterclaim )
   Defendants. )
         )
_____)

**ERRATA RE EXHIBIT K-1 TO PLAINTIFFS AND THIRD-PARTY DEFENDANTS SPORTS SHINKO COMPANIES' MEMORANDUM IN OPPOSITION TO DEFENDANTS KG HOLDINGS, LLC, QK HOTEL, LLC, OR HOTEL, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, KIAHUNA GOLF CLUB, LLC AND KG KAUAI DEVELOPMENT, LLC'S MOTION TO DISMISS CV. NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK FOR LACK OF SUBJECT MATTER JURISDICTION, FILED NOVEMBER 16, 2006, FILED ON JANUARY 25, 2007**

Plaintiffs and Third-Party Defendants SPORTS SHINKO CO., LTD., SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, and OCEAN RESORT HOTEL CORPORATION (collectively, the "SS Companies"), by and through their attorneys, Alston Hunt Floyd & Ing, hereby submit an Errata regarding Exhibit "K-1" to their Memorandum in Opposition to Defendants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development,

LLC's Motion to Dismiss CV. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, Filed November 16, 2006, filed on January 25, 2007, as follows:

    Pages 9 and 10 of Exhibit "K-1" were inadvertently submitted and are not part of Exhibit "K-1".

    A corrected Exhibit "K-1" is attached hereto.

    DATED:   Honolulu, Hawai`i, January 26, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs and
Third-Party Defendants the
SS Companies