IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants. | CIVIL NO.  04-00124 ACK/BMK<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

   Defendant Franklin K. Mukai hereby demands a trial by jury of all issues so triable herein.

   DATED:  Honolulu, Hawaii, January 29, 2007.


        /s/ John Reyes-Burke   
      WILLIAM A. BORDNER
      JOHN REYES-BURKE
      Attorneys for Defendant
      FRANKLIN K. MUKAI