FILED UNDER SEAL

Exhibit 20.1