# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.



2134099  8200

070087226

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5384330

DATE: 01-25-07

**EXHIBIT 24**

008332
SOSC7

# STATE OF DELAWARE
# 2001 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2134099 | SPORTS SHINKO (USA) CO., LTD. | 619-438-5395 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| 51-0302823 | AUGUST 5, 1987 | | / / | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 12-21-1989 | | COMMON | 30,000 | 1.000000 | | | | JAN. 1st / DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 190.00 | $ 50.00 | $ 7.20 | $ 20.00 | $ | $ |

AMOUNT DUE: $ 267.20

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 2684 | 267.20 |

2   030102   2134099   000026720 0   3

$50.00 PENALTY if not Received on or before
MAR 1, 2002 Plus 1.5% Interest per month.

SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|---|
| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X | | |

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2134099   8200

070087214

AUTHENTICATION: 5384326

DATE: 01-25-07

# STATE OF DELAWARE
## 2002 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2134099 | SPORTS SHINKO (USA) CO., LTD. | 619-438-5395 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| 51-0302823 | AUGUST 5, 1987 | | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st DEC. 31st |
|---|---|---|---|---|---|---|---|---|
| 12-21-1989 | | COMMON | 30,000 | 1.000000 | | | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 190.00 | $ 50.00 | $ 7.20 | $ 20.00 | $ 20.00 CR | $ |

+ 3.60

AMOUNT DUE
$ 247.20

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 3102 | 250.80 |

2    030103    2134099    000024720 0    7

$50.00 PENALTY if not Received on or before
MAR 1, 2003  Plus 1.5% interest per month.

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | | |
|---|---|---|---|
| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X | | |

Case 1:04-cv-00124-BMK    Document 208-13    Filed 02/01/2007    Page 6 of 6