# FILED UNDER SEAL

Exhibit 27.1