IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br>　　　Third-Party Plaintiff,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Third-Party Counterclaim Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the REPLY

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125

ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK was served electronically through CM/ECF on the following on February 1, 2007:

    PAUL ALSTON, ESQ.        palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com

        Attorneys for Plaintiffs
        SPORTS SHINKO CO., LTD. and
        SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.        bbordner@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

    DATED: Honolulu, Hawaii, February 1, 2007.

        /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS
        SIMON KLEVANSKY
        ALIKA L. PIPER
        CARISA LIMA KA'ALA HEE

        Attorneys for Defendants and
        Third-Party Plaintiffs

        KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC