# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/02/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00124ACK-BMK |
| | CV 04-00125ACK-BMK |
| | CV 04-00126ACK-BMK |
| | CV 04-00127ACK-BMK |
| | CV 04-00128ACK-BMK |
| CASE NAME: | Sports Shinko Co., Ltd. v. QK Hotel, etc. |
| ATTYS FOR PLA: | Glenn T. Melchinger |
| ATTYS FOR DEFT: | Robert A. Marks, John N.K. Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 02/02/2007 | TIME: | 1:41 - 1:50 |

COURT ACTION:  EP:  [193] Motion for Pretrial Conference and to Modify Stipulated Protective Order and [195] Joinder (Substantive Joinder) in Motion for Pretrial Conference and to Modify Stipulated Protective Order filed by KG Holdings, LLC on January 16, 2007 by Franklin K. Mukai - hearing held.  Further hearing continued to 2/20/2007 @ 2 p.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager