## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner<br><br>Attorney for Defendant and Third-Party Plaintiff FRANKLIN K. MUKAI | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | February 6, 2007 |
| Robert A. Marks | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | February 6, 2007 |
| Simon Klevansky<br>Alka L. Piper<br>Carisa Lima Ka'ala Hee | sklevansky@ggik.com<br>apiper@ggik.com<br>kaalahee@ggik.com | February 6, 2007 |

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, February 6, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies