IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>　　　　Defendants,<br>　　and<br>FRANKLIN K. MUKAI<br><br>　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Hawaii corporation, et al.,<br><br>　　　　Third-Party Defendants,<br>_____ | CV 04-00124 ACK-BMK<br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br><br>　　　　Defendants,<br>　　and<br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>SPORTS SHINKO CO., LTD., a Japan | CV 04-00125 ACK-BMK |

| | |
|---|---|
| corporation, et al., | |
|       Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00126 ACK-BMK |
|       Plaintiff, | |
|   vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al., | |
|       Defendants, | |
|   and | |
| FRANKLIN K. MUKAI, | |
|       Third-Party Plaintiffs, | |
|   vs. | |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | |
|       Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CV 04-00127 ACK-BMK |
|       Plaintiff, | |
|   vs. | |
| OR HOTEL, LLC, a Hawaii limited liability company, et al. | |
|       Defendants, | |
|   and | |
| FRANKLIN K. MUKAI, | |
|       Third-Party Plaintiff, | |
|   vs. | |
| SPORTS SHINKO (USA) CO., LTD., a | |

2

| | |
|---|---|
| Delaware corporation, et al., | |
|     Third-Party Defendants. | |
| _____ | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CV 04-00128 ACK-BMK |
|     Plaintiff, | |
|   vs. | |
| MILILANI GOLF CLUB, LLC, a Hawaii limited liability company, et al. | |
|     Defendants, | |
|   and | |
| FRANKLIN K. MUKAI, | |
|     Third-Party Plaintiffs, | |
|   vs. | |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | |
|     Third-Party Defendants. | |
| _____ | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the EXHIBITS 17, 19, 27 AND 28 TO THE KG PARTIES' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK And 04-00128 ACK-BMK, FILED FEBRUARY 1, 2007; was served electronically through CM/ECF on the following on February 9, 2007:

3

PAUL ALSTON, ESQ.                    palston@ahfi.com
GLENN T. MELCHINGER, ESQ.     gmelchinger@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.            bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, February 9, 2007.


        /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS
        SIMON KLEVANSKY
        ALIKA L. PIPER
        CARISA LIMA KA'ALA HEE

        Attorneys for Defendants, Counterclaimants
        and Third-Party Plaintiffs KG HOLDINGS,
        LLC, KIAHUNA GOLF CLUB, LLC,
        KG KAUAI DEVELOPMENT, LLC,
        PUKALANI GOLF CLUB, LLC,
        KG MAUI DEVELOPMENT, LLC,
        MILILANI GOLF CLUB, LLC,
        QK HOTEL, LLC, AND OR HOTEL, LLC