# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/20/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00124ACK-BMK, CV 04-00125ACK-BMK, CV 04-00126ACK-BMK, CV 04-00127ACK-BMK, CV 04-00128ACK-BMK |
| CASE NAME: | Sports Shinko Co. v. QK Hotel, etc. |
| ATTYS FOR PLA: | Glenn T. Melchinger |
| ATTYS FOR DEFT: | Robert A. Marks, John N.K. Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C5F |
| DATE: | 02/20/2007 | TIME: | 2 - 2:15 |

COURT ACTION:  EP:  [193] Motion for Pretrial Conference and to Modify Stipulated Protective Order - per Mr. Marks, this motion will be withdrawn after an Amended Stipulated Protective Order is filed.

Discovery Conference is set for 3/16/07 @ 2:30 a.m. before Magistrate Judge Barry M. Kurren.
Letter briefs due 3/5/2007.

Submitted by Richlyn W. Young, courtroom manager