# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/20/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00124ACK-BMK, CV 04-00125ACK-BMK, CV 04-00126ACK-BMK,  CV 04-00127ACK-BMK, CV 04-00128ACK-BMK

CASE NAME: Sports Shinko Co. v. QK Hotel, etc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren        REPORTER:

DATE: 02/21/2007              TIME:

COURT ACTION:  EO: Amended Minutes to Hearing held on 2/20/2007 -  [193] Motion for Pretrial Conference and to Modify Stipulated Protective Order and [195] Joinder (Substantive Joinder) in Motion for Pretrial Conference and to Modify Stipulated Protective Order filed by KG Holdings, LLC on January 16, 2007 by Franklin K. Mukai  - per Mr. Marks, the motion and the joinder will be withdrawn after an Amended Stipulated Protective Order is filed.

Discovery Conference is set for 3/16/07 @ 2:30 a.m. before Magistrate Judge Barry M. Kurren.
Letter briefs due 3/5/2007.

Submitted by Richlyn W. Young, courtroom manager