## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the

methods of service noted below, a true and correct copy of the

foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Bordner          bbordner@bmbe-law.com Feb. 22, 2007
                            turcia@bmbe-law.com

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


Robert A. Marks             ram@pohlhawaii.com        Feb. 22, 2007
                            sfujioka@pohlhawaii.com

Simon Klevansky             sklevansky@ggik.com       Feb. 22, 2007
Alka L. Piper               apiper@ggik.com
Carisa Lima Ka'ala Hee   kaalahee@ggik.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

DATED:    Honolulu, Hawai`i, February 22, 2007.


/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies