# Exhibit 31

To Be Filed Under Seal