# Exhibit 32

To Be Filed Under Seal