**Exhibit 33**

To Be Filed Under Seal