RAM

| From: | RAM |
|---|---|
| Sent: | Tuesday, September 12, 2006 1:11 PM |
| To: | 'Glenn Melchinger (gmelchinger@ahfi.com)' |
| Cc: | 'tanigawa@kghawaii.com' |
| Subject: | KG v. SS |

Glenn -

In its May 13, 2005 response to Defendants OR Hotel LLC, et al. First Request for Admissions, etc., in response to Request for Admission No 31, SS-Japan and SS-USA state that they "admit that certain Maui real property was not transferred on [January 25, 2002] due to errors in the property descriptions provided by the title company that were used to create the deeds."

Since there is apparently no dispute that the "Property" (as defined in the First Amended Complaint in the Maui litigation) should have been conveyed by Sports Shinko (Pukalani) Co., Ltd. to KG Maui Development LLC with the other properties conveyed in the January 25, 2002 deed, is your client now willing to sign a correction deed and convey the "Property" to KG Maui Development LLC?   KG have never received a response to Ted Pettit's earlier inquiries to this effect.

If your clients agree to convey the Property, the KG entities have no objection to the "Property" being subject to your clients' federal claims (to the same extent any of the conveyed lands are subject to the federal claims and without prejudice to the pending federal lis pendens expungement motion).  This will allow the termination of the state court litigation and the resolution of the Maui land dispute consistent with your clients' earlier concession.

Regards,
Bob

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.407 / Virus Database: 268.12.12/462 - Release Date: 10/3/2006

Exhibit 35

10/5/2006

1                    IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

2                              STATE OF HAWAII

3     _____
                                     )
4     KG HOLDINGS, LLC, a Hawaii      ) 1
      limited liability company, and  )
5     KG MAUI DEVELOPMENT, LLC, a      )
      Hawaii limited liability company,)
6                                      )
                       Plaintiffs,     )
7                                      )
              vs.                      ) Civil 06-1-0223(3)
8                                      )
      SPORTS SHINKO (HAWAII) CO., LTD.,)
9     a Hawaii corporation and SPORTS  )
      SHINKO (PUKALANI) CO., LTD., a   )
10    Hawaii corporation,              )
                                       )
11                     Defendants.     )
      _____)

12

13                        TRANSCRIPT OF PROCEEDINGS

14    before the HONORABLE Joseph E. Cardoza, Circuit Court

15    Judge, presiding on Wednesday, October 18, 2006.

16

17    APPEARANCES:

18    ROBERT A. MARKS, Esq.        Attorney for the Plaintiffs
      707 Richards St., Suite 728
19    Honolulu, HI 96813

20    GLENN T. MELCHINGER, Esq.    Attorney for the Defendants
      ASB TOWER
21    1001 Bishop St., 18th Floor
      Honolulu, HI 96813

22

23

24

25

                      JAMES M. LINDSAY, RMR, CSR 304
                          Official Court Reporter
                            State of Hawaii

                                                        EXHIBIT K

1    We filed the summary judgment motion in this

2    case and would like to argue it at the same time as the

3    dispositive motion by the Sports Shinko parties for a very

4    simple reason, and that is that the court has clear

5    choices to make in this case.  It should be heard at the

6    same time for the reason that cross-dispositive motions

7    are routinely heard together, and that is that the court

8    has the widest array of options available.

9        I don't think there really is a scenario in

10   which this case is one that needs to be tried.  It seems

11   to me that there's our summary judgment motion and there's

12   Sports Shinko's motion to dismiss or for stay, and by

13   having both motions queued up at the same time, your

14   Honor, you are given a clear option of which way to

15   proceed.

16       There is no dispute that the title to this

17   Maui property is currently vested in Sports Shinko and the

18   only reason that is so is due to a mistake of the parties.

19   It is hard to fathom why Sports Shinko even wants to

20   litigate this case frankly in light of our proposal to

21   make the property subject to the federal claims.

22       Title issues, your Honor, are the bread and

23   butter of the circuit court's jurisdiction.  This court

24   has jurisdiction over the parties and over the subject

25   matter.  The dispute is fairly and properly before this

JAMES M. LINDSAY, RMR, CSR 304
Official Court Reporter
State of Hawaii

1

2

3

4                     C E R T I F I C A T E

5

6

7

8            I, JAMES M. LINDSAY, an Official Court Reporter

9    of the Circuit Court of the Second Circuit, State of

10   Hawaii, do hereby certify that the foregoing pages

11   comprise a full, true and correct transcript of the

12   proceedings had in connection with the above-entitled

13   cause.

14

15           Dated this 19th day of October, 2006.

16

17           _____
             JAMES M. LINDSAY, RMR-CSR No. 304
18           Official Court Reporter

19

20

21

22

23

24

25


                    JAMES M. LINDSAY, RMR, CSR 304
                        Official Court Reporter
                           State of Hawaii