# Exhibit C2

To Be Filed Under Seal