IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI,<br>　　　　Third-Party Plaintiff,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　　Third-Party Defendants/<br>　　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Third-Party Counterclaim<br>　　　　Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the SUPPLEMENTAL

MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125

ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK was served electronically through CM/ECF on the following on February 28, 2007:

    PAUL ALSTON, ESQ.        palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.   gmelchinger@ahfi.com

        Attorneys for Plaintiffs
        SPORTS SHINKO CO., LTD. and
        SPORTS SHINKO (USA) CO., LTD.

    WILLIAM BORDNER, ESQ.      bbordner@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

The foregoing will also be served by hand delivery with unredacted, complete paper copies of the documents filed electronically through CM/ECF on February 28, 2007.

    DATED: Honolulu, Hawaii, February 28, 2007.

                            /s/ Robert A. Marks
                          WARREN PRICE III
                          ROBERT A. MARKS
                          SIMON KLEVANSKY
                          ALIKA L. PIPER
                          CARISA LIMA KA'ALA HEE

                          Attorneys for Defendants and
                          Third-Party Plaintiffs

                          KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC