# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Bordner  bbordner@bmbe-law.com
                          turcia@bmbe-law.com
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

Robert A. Marks  ram@pohlhawaii.com
                          sfujioka@pohlhawaii.com

Simon Klevansky  sklevansky@ggik.com
Alka L. Piper  apiper@ggik.com
Carisa Lima Ka'ala Hee  kaalahee@ggik.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, March 7, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies