## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Bordner   bbordner@bmbe-law.com
                     turcia@bmbe-law.com
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

Robert A. Marks      ram@pohlhawaii.com
                     sfujioka@pohlhawaii.com

Simon Klevansky      sklevansky@ggik.com
Alka L. Piper        apiper@ggik.com
Carisa Lima Ka'ala Hee   kaalahee@ggik.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

2

DATED:  Honolulu, Hawai`i, March 7, 2007.

<u>/s/ Glenn T. Melchinger</u>
PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies