UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR - 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>　　　Defendant,<br><br>and<br><br>KG HOLDINGS, LLC; et al.,<br><br>　　　Defendants - Appellants,<br><br>v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>　　　Plaintiff-third-party-defendant - Appellee,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>　　　Defendant-third-party-plaintiff,<br><br>v.<br><br>SPORTS SHINKO (US) CO., LTD., a Delaware corporation,<br><br>　　　Third-party-defendant - Appellee. | No. 06-17219<br><br>D.C. Nos.  CV-04-00124-ACK — 222<br>　　　　　　CV-04-00125-ACK— 203<br>　　　　　　CV-04-00126-ACK — 201<br>　　　　　　CV-04-00127-ACK — 201<br>　　　　　　CV-04-00127-ACK<br>　　　　　　CV-04-00128-ACK — 204<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAR 12 2007
11:30 AM
DISTRICT OF HAWAII

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the undersigned should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2006\06-17219\07-03-06-ns.wpd