# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00124ACK-BMK, CV 04-00125ACK-BMK, CV 04-00126ACK-BMK CV 04-00127ACK-BMK, CV 04-00128ACK-BMK |
| CASE NAME: | Sports Shinko v. QK Hotel |
| ATTYS FOR PLA: | Bruce Wakuzawa |
| ATTYS FOR DEFT: | Warren Price III, Robert A. Marks, William A. Bordner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 03/16/2007 | TIME: | 2:30 - 2:55 |

COURT ACTION:  EP: Discovery Conference held. Parties to attempt to work on discovery matters.

Submitted by Richlyn Young, Courtroom Manager