# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/21/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00124ACK-BMK, CV NO. 04-00125ACK-BMK, CV 04-00126ACK-BMK, CV NO. 04-00127ACK-BMK AND CV NO. 04-00128ACK-BMK (CONSOLIDATED CASES) |
| CASE NAME: | Sports Shinko Co., Ltd., etc Vs. QK Hotel |
| | Sports Shinko (USA) Co., Ltd., Vs. Pukalani Golf Club, LLC |
| | Sports Shinko (USA) Co., Ltd., Vs. Kiahuna Golf Club |
| | Sports Shinko Co., Ltd. Vs. OR Hotel, LLC |
| | Sports Shinko (USA) Co, Ltd., Vs. Mililani Golf Club, LLC |
| ATTYS FOR PLA: | Bruce Wakuzawa and Jason Kim |
| ATTYS FOR DEFT: | Robert Marks, Simon Klevansky and John Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Lisa Groulx |
| DATE: | 03/21/2007 | TIME: | l0:02am-l0:06am |

COURT ACTION:  EP: Status Conference-Regarding-Section 455(b)(4) of Title 28 of U.S.C. provides that a judge shall disqualify himself if he has a financial interest in the subject matter in controversy or in a party to the proceeding-Court served on all Counsel a Notice filed on 3/21/2007-Each Party to submit a written response to this Notice by Tuesday, March 20, 2007.

Please Note that after the Status Conference had concluded with no Counsel present the Court changed the written response date to the Notice to Tuesday, March 27, 2007.

Submitted by Leslie L. Sai, Courtroom Manager