IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>  Plaintiff, <br> vs. <br> QK HOTEL, LLC, et al., <br>  Defendants, <br> and <br> FRANKLIN K. MUKAI, et al., <br>  Third-Party Plaintiffs, <br> vs. <br> SPORTS SHINKO (USA) CO., LTD., et al., <br>  Third-Party Defendants, <br> and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>  Third-Party Defendants/ Counterclaimants, <br> vs. <br> QK HOTEL, LLC, et al., <br>  Third-Party Counterclaim Defendants. <br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES |

# EXHIBIT A