2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>    Third-Party Plaintiffs,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., | CIVIL NO. 04-00124 ACK/BMK<br>CIVIL NO. 04-00125 ACK/BMK<br>CIVIL NO. 04-00126 ACK/BMK<br>CIVIL NO. 04-00127 ACK/BMK<br>CIVIL NO. 04-00128 ACK/BMK<br><br>(CONSOLIDATED CASES)<br><br>DEFENDANT FRANKLIN K. MUKAI'S SUBMISSION RE NOTICE FILED MARCH 21, 2007; CERTIFICATE OF SERVICE<br><br>Trial Date: January 29, 2008 |

| |
|---|
| LTD., et al., |
|       Third-Party Defendants, |
| and |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., |
|       Third-Party Defendants/ Counterclaimants, |
| vs. |
| QK HOTEL, LLC, et al., |
|       Third-Party Counterclaim Defendants. |
| AND CONSOLIDATED CASES |

### DEFENDANT FRANKLIN K. MUKAI'S SUBMISSION RE NOTICE FILED MARCH 21, 2007

Defendant Franklin K. Mukai hereby responds to the Notice filed herein by the Honorable Alan C. Kay on March 21, 2007 regarding the Court's investment in a mutual fund managed by Goldman Sachs.

Defendant Mukai does not believe that Judge Kay's investment in the foregoing mutual fund constitutes a financial interest such that recusal or disqualification is required.

DATED  Honolulu, Hawaii, March 27, 2007.

      /s/ John Reyes-Burke _____
JOHN REYES-BURKE
Attorney for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, et al.,<br><br>      Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>      Third-Party Plaintiffs,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>      Third-Party Defendants,<br>  and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>      Third-Party Defendants/<br>      Counterclaimants,<br><br>  vs.<br><br>QK HOTEL, LLC, et al.,<br><br>      Third-Party Counterclaim Defendants.<br><br>AND CONSOLIDATED CASES | CIVIL NO. 04-00124 ACK/BMK<br>CIVIL NO. 04-00125 ACK/BMK<br>CIVIL NO. 04-00126 ACK/BMK<br>CIVIL NO. 04-00127 ACK/BMK<br>CIVIL NO. 04-00128 ACK/BMK<br><br>(CONSOLIDATED CASES)<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

PAUL ALSTON, ESQ.            (palston@ahfi.com)    3/27/07
GLENN T. MELCHINGER, ESQ.    (gtm@ahfi.com)        3/27/07
Alston Hunt Floyd & Ing
1800 ASB Tower
1001 Bishop Street
Honolulu, HI  96813

    Attorneys for Plaintiffs
    and Third-Party Defendants

WARREN PRICE, III, ESQ.     (wprice@pohlhawaii.com) 3/27/07
ROBERT A. MARKS, ESQ.       (ram@pohlhawaii.com)    3/27/07
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

    Attorney for Defendants
    KG HOLDINGS, LLC
    KG KAUAI DEVELOPMENT, LLC;
    KG MAUI DEVELOPMENT, LLC;
    KIAHUNA GOLF CLUB, LLC;
    MILILANI GOLF CLUB, LLC
    OR HOTEL, LLC;
    PUKALANI GOLF CLUB, LLC
    PUKALANI GOLF CLUB, LLC;
    and QK HOTEL, LLC

DATED  Honolulu, Hawaii, March 27, 2007.

    /s/ John Reyes-Burke _____
JOHN REYES-BURKE
Attorney for Defendant
FRANKLIN K. MUKAI

3