Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                    1126-0
BRUCE H. WAKUZAWA              4312-0
GLENN T. MELCHINGER           7135-0
JASON H. KIM                   7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 ACK-BMK |
| | ) | CV 04-00125 ACK-BMK |
| Plaintiff, | ) | CV 04-00126 ACK-BMK |
| | ) | CV 04-00127 ACK-BMK |
| vs. | ) | CV 04-00128 ACK-BMK |
| | ) | |
| QK HOTEL, LLC, et al., | ) | CONSOLIDATED CASES |
| | ) | |
| Defendants, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| and | ) | *[Re:  Plaintiffs Sports* |
| | ) | *Shinko Co., Ltd.'s and* |
| | ) | *Sports Shinko (USA) Co.,* |
| FRANKLIN K. MUKAI, et al., | ) | *Ltd.'s Answers to Defendant* |

628898 v1 / 6850-5

|                                          |   |
|------------------------------------------|---|
| Third-Party Plaintiffs,                  | ) |
|                                          | ) |
| vs.                                      | ) |
|                                          | ) |
| SPORTS SHINKO (USA) CO., LTD., et al.,   | ) |
|                                          | ) |
| Third-Party Defendants,                  | ) |
|                                          | ) |
| and                                      | ) |
|                                          | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., et al.,| ) |
|                                          | ) |
| Third-Party Defendants/ Counterclaimants,| ) |
|                                          | ) |
| vs.                                      | ) |
|                                          | ) |
| QK HOTEL, LLC, et al.,                   | ) |
|                                          | ) |
| Third-Party Counterclaim Defendants.     | ) |
|                                          | ) |
| AND CONSOLIDATED CASES                   | ) |

*Franklin K. Mukai's First Requests for Answers to Interrogatories]*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2007, copies of (1) Plaintiff Sports Shinko Co., Ltd.'s

**Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil**

**No. CV 04-00124 ACK/BMK) Dated October 19 2006**, dated

March 30, 2007, (2) Plaintiff Sports Shinko (USA) Co., Ltd.'s

**Answers to Defendant Franklin K. Mukai's First Request**

**for Answers to Interrogatories to Plaintiff (in Civil**

**No. CV 04-00125 ACK/BMK) Dated October 19 2006**, dated

March 30, 2007; (3) Plaintiff Sports Shinko (USA) Co., Ltd.'s

**Answers to Defendant Franklin K. Mukai's First Request**

**for Answers to Interrogatories to Plaintiff (in Civil**

**No. CV 04-00126 ACK/BMK) Dated October 19 2006**, dated

March 30, 2007; (4) Plaintiff Sports Shinko (USA) Co., Ltd.'s

**Answers to Defendant Franklin K. Mukai's First Request for**

**Answers to Interrogatories to Plaintiff (In Civil**

**No. CV 04-00127 ACK/BMK) Dated October 19 2006**, dated

March 30, 2007 and (5) Plaintiff Sports Shinko (USA) Co., Ltd.'s

**Answers to Defendant Franklin K. Mukai's First Request for**

**Answers to Interrogatories to Plaintiff (In Civil**

**No. CV 04-00128 ACK/BMK) Dated October 19 2006**, dated

March 30, 2007, were duly served upon the following, by hand

delivery:

*[Original + 1 copy]*

WILLIAM A. BORDNER, ESQ.
JOHN REYES-BURKE, ESQ.
Burke McPheeters
   Bordner & Estes
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

WARREN PRICE, III, ESQ.
ROBERT A. MARKS, ESQ.
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Gelber Gelber Ingersoll &
Klevansky, A Law Corp.
745 Fort Street Suite 1400
Honolulu, HI  96813

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT,
LLC; PUKALANI GOLF
CLUB, LLC; KG MAUI
DEVELOPMENT, LLC; MILILANI
GOLF CLUB, LLC; QK HOTEL,
LLC; OR HOTEL, LLC; AND
KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, March 30, 2007.

     /s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs and
Third-Party-Defendants the
Sport Shinko Companies