FILED UNDER SEAL

Exhibit 2A