# FILED UNDER SEAL

Exhibit 2B