Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i<br>limited liability company, KG<br>HOLDINGS, LLC, a Hawai'i<br>limited liability company,<br>FRANKLIN K. MUKAI,<br><br>Defendants, | CIVIL NO. CV 04-00124<br>ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**PLAINTIFF SPORTS SHINKO (USA) CO., LTD.'S ANSWERS TO DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV 04-00125 ACK/BMK), DATED OCTOBER 19, 2006** |

628901 V2 / 6850-5

EXHIBIT 5B

(WAIKIKI) CORPORATION, a )
Hawai`i corporation, and )
OCEAN RESORT HOTEL )
CORPORATION, a Hawai`i )
corporation, )
                              )
      Third-Party )
      Defendants. )
_____)

## PLAINTIFF SPORTS SHINKO (USA) CO., LTD.'S ANSWERS TO DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO. CV04-00125 ACK/BMK), DATED OCTOBER 19, 2006

Plaintiff Sports Shinko (USA) Co., Ltd. ("SS USA"), hereby

responds and objects to Defendant FRANKLIN K. MUKAI's ("Mukai")

First Request for Answers to Interrogatories dated October 19, 2006

as follows:

### GENERAL OBJECTIONS

1.    SS USA objects to the Interrogatories to the extent

they seek information protected by the attorney-client privilege, the

work product doctrine and any other applicable privilege, and no

such information will be provided.  By responding to the

Interrogatories, SS USA does not waive, intentionally or otherwise,

its attorney-client privilege, work product doctrine protection, or

**ANSWER:**

(a)   Plaintiff has already produced, or will produce, non-privileged documents in response to this interrogatory.  See attached chart of Bates Numbers of certain responsive documents.  Plaintiff has no obligation to provide, and will not provide, an exhaustive list. See also January 15, 2002 report from Satoshi Kinoshita to Toshio Kinoshita, Takeshi Kinoshita and Tsugio Fukuda marked as ***Exhibit 20*** Plaintiff and Third-party Defendants, the SS Entities' *Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment* in Civil No. 04-00128 ACK-BMK filed on February 21, 2006.

(b)   See answers to (a) above.

(c)   See answers to (a) above.

(d)   See answers to (a) above.

5.   *As to SS USA's alleged status of a creditor of SS Pukalani, state, as of the date of the Purchase and Sale Agreement:*

(a)   *The amount of SS Pukalani's indebtedness.*

(b)   *Identify any document, including, but not limited to, all promissory notes which evidence, directly or indirectly, the indebtedness.*

(c)   *Describe all changes in the inter-company accounts with respect to any such debts from the date of the Purchase and Sale Agreement to present.*

**Objection:**  Unduly burdensome and seeks attorney work product.  Plaintiff SS USA is not required to provide its

complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge.  Answer is subject to ongoing discovery.  Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

(a)    Plaintiff has already produced, or will produce, non-privileged documents in response to this interrogatory.  See attached chart of Bates Numbers of certain responsive documents.  Plaintiff has no obligation to provide, and will not provide, an exhaustive list.

(b)    Same as above.

(c)    Same as above.

6.    *State all facts upon which you rely to support your allegation that SS Pukalani was insolvent on the date the Purchase and Sale Agreement was executed.*

**Objection:**  Unduly burdensome and seeks attorney work product.  Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge.  Answer is subject to ongoing discovery.  Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory No. 5.

7.  *If you contend that SS Pukalani was insolvent as of January 15, 2002, state when SS Pukalani first became insolvent and provide the dates of any periods thereafter in which you contend that SS Pukalani was solvent.*

**Objection:**  Unduly burdensome and seeks attorney work product.  Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge.  Answer is subject to ongoing discovery.  Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory No. 5.

8.  *Identify all documents of which you are aware which support, either directly or indirectly, your allegation that SS Pukalani was insolvent at the time of the Sales Transaction.*

**Objection:**  Unduly burdensome and seeks attorney work product.  Plaintiff SS USA is not required to provide its complete analysis or list of all facts relevant to this issue to Defendant Mukai, who is in possession of, and may just as easily ascertain the answers for himself from his own documents and knowledge.  Answer is subject to ongoing discovery.  Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory No. 5.

9.  *State the name(s) and address(es) of each member of the Board of Directors and each shareholder of the company which acquired the stock of SS Japan from the Trustee and/or Deputy Trustees appointed by the District Court for Osaka, Japan in the bankruptcy proceedings referred to in paragraphs 46 and 48 of the Second Amended Complaint.*

**Objection:**  Vague and ambiguous, overly broad, unduly burdensome, misstates facts, harassing, seeks information protected by Japan's privacy laws, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Plaintiff SS USA answers as follows:

**ANSWER:**

*See* Plaintiffs Sports Shinko Co., Ltd.'s and Sports Shinko (USA) Co., Ltd.'s Supplemental and Amended Answers to KG Interrogatories dated December 21, 2005.  See also documents and information produced to the KG Defendants under the Stipulated Protective Order regarding South Wind Realty Finance (Cayman) Company ("SW"), including financials, tax returns, and corporate registry.

10. *State the manner in which the loans referred to in paragraphs 7 and 12 of the Second Amended Complaint were treated in the financial statements of the acquiring company, and in the financial statements of the company whose stock was acquired as a result of the stock acquisition referenced in the preceding interrogatory.*

**Objection:** Unduly burdensome, harassing, unintelligibly vague and ambiguous. Seeks opinion testimony and legal conclusions and confidential financial information of a non-party. The request seeks information that is irrelevant to any claim or defense and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff SS USA is not required to provide its complete analysis and compilation of all the facts and documents. Seeks information not within the control of Plaintiff SS USA and information already produced in response to informal discovery requests subject to the Stipulated Protective Order. Without waiving these objections, Plaintiff SS USA responds as follows:

**ANSWER:**

See answer to Interrogatory Nos. 5 and 9 and the referenced financial statements.

11. *Describe any tax treatment underlying any benefit received by SS Japan or received by the company which acquired the stock of SS Japan from the Bankruptcy Trustee, on account of the inter-company debt between SS Japan, SS USA, and any of their subsidiaries, from January 2002 to the present.*

**Objection:** Unduly burdensome, harassing, unintelligibly vague and ambiguous. Seeks opinion testimony and legal conclusions and confidential financial information of a non-party. Seeks privileged and confidential financial information and attorney work product, as well as information that is

**VERIFICATION**

JAPAN                          )
                               )  .  SS:
TOKYO                          )

_____Steven Sears_____, being first duly sworn on

oath, deposes and says:

That he is the President of SPORTS SHINKO (USA) CO.,

LTD. and that he is an agent of SPORTS SHINKO (USA) CO., LTD.

for the purpose of answering the foregoing *requests for answers to*

*interrogatories* and for making this verification, and the foregoing

answers are true according to his knowledge, information, and

belief.

SPORTS SHINKO (USA) CO., LTD.


By_____
Its

628901 V2 / 6850-5

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| Exh. K-C | | 1 | Exhibit K-C to Plaintiffs' MIO to KG's Motion for Summary Judgement |
| 232 0527 | 232 0531 | 2 | |
| 232 0731 | 232 0738 | 2 | |
| | | 2 | Oral Deposition: Satoshi Kinoshita Taken 8/1/02 in Resnick vs. SSK litigation |
| | | 2 | Oral Deposition: Satoshi Kinoshita Taken 4/19/05 - 4/21/05 in SS vs. RMS litigation 02-1-2766-11 litigation |
| 001 1581 | 001 1585 | 4 | |
| Exh. 20 to MIO | | 4 | Exhibit 20 to Plaintiffs' MIO to KG's Motion for Summary |
| 259 0001 | 259 0257 | 4 | |
| 001 0883 | 001 0920 | 5 | |
| 001 0958 | 001 0966 | 5 | |
| 001 1818 | 001 1851 | 5 | |
| 002 1315 | 002 1356 | 5 | |
| 002 1388 | 002 1398 | 5 | |
| 003 0709 | 003 0716 | 5 | |
| 013 1583 | 013 1584 | 5 | |
| 013 1691 | 013 1697 | 5 | |
| 013 1698 | 013 1704 | 5 | |
| 013 1705 | 013 1708 | 5 | |
| 013 1717 | 013 1718 | 5 | |
| 013 1719 | 013 1727 | 5 | |
| 013 1728 | 013 1736 | 5 | |
| 013 1737 | 013 1744 | 5 | |
| 014 0021 | 014 0022 | 5 | |
| 014 0058 | 014 0061 | 5 | |
| 014 0191 | 014 0198 | 5 | |
| 014 0221 | 014 0224 | 5 | |
| 014 0398 | 014 0401 | 5 | |
| 014 0758 | 014 0761 | 5 | |
| 014 1043 | 014 1044 | 5 | |
| 014 1472 | 014 1473 | 5 | |
| 014 1628 | 014 1629 | 5 | |
| 015 1035 | | 5 | |
| 022 0046 | 022 0047 | 5 | |
| 022 0995 | 022 1002 | 5 | |
| 022 1003 | 022 1006 | 5 | |
| 022 1026 | 022 1029 | 5 | |
| 022 1034 | 022 1037 | 5 | |
| 023-1(a) | | 5 | 7/16/96 Fax fm T. Fukuda to F. Mukai, Esq. re Pukalani STP |
| 031 1187 | 031 1193 | 5 | |
| 031 1194 | 031 1200 | 5 | |
| 031 1201 | 031 1204 | 5 | |
| 031 1213 | 031 1214 | 5 | |
| 031 1215 | 031 1223 | 5 | |
| 031 1224 | 031 1232 | 5 | |
| 031 1233 | 031 1240 | 5 | |
| 031 1242 | 031 1245 | 5 | |
| 035-2(o) | | 5 | 5/22/86 Memo to F. Mukai re SS -- Safe Harbor Interest |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 035-3(a) | | 5 | 3/8/88 Fax trans from K. Kubo to F. Mukai, L. Hara re Sports Shinko U.S. Subsidiaries |
| 035-3(b) | | 5 | 12/11/87 Fax trans from K. Kubo to F. Mukai re Organization of Sports Shinko's U.S. Subsidiaries |
| 035-3(C) | | 5 | 9/9/88 Letter from F. Mukai to K. Kubo re loans |
| 035-3(d) | | 5 | 9/6/88 Fax trans from F. Mukai to K. Kubo with attached 9/6/88 letter re capital restructuring |
| 035-3(e) | | 5 | 12/11/87 Fax memo fm K. Kubo to F. Mukai re corporate |
| 035-3(f) | | 5 | 8/31/88 Fax trans from K. Kubo to H. Hanada re Corporate Structuring |
| 035-3(g) | | 5 | 8/22/88 Fax trans from K. Kubo to F. Mukai re Sports Shinko Investments |
| 035-3(h) | | 5 | 8/19/88 Fax trans from K. Kubo to G. Serikawa at GT re Sports Shinko Investments |
| 035-3(i) | | 5 | 8/2/88 Letter from H. Hanada to K. Kubo re Kubo's 8/1/88 fax re corporate structure |
| 035-3(j) | | 5 | 4/8/88 Letter from F. Mukai to K. Kubo re capital structure |
| 035-3(k) | | 5 | 3/24/88 Fax trans from F. Mukai to K. Kubo re executed Loan Commitment and Original Issue Discount Note |
| 035-3(m) | | 5 | 9/6/88 Letter from H. Hanada to K. Kubo re 9/88 letter to B. Sunada |
| 035-3(n) | | 5 | 3/8/88 Fax memo from K. Kubo to F. Mukai, L. Hara re Equity of Sport Shinko U.S. Subsidiaries |
| 035-3(o) | | 5 | SSH balance sheet as of 10/31/87 |
| 053-1(a) | | 5 | __/__/90 Draft:  Agreement Between Sports Shinko Co., Ltd. and SSH |
| 056-2(a) | | 5 | 9/16/88 Letter from M. Rosenthal to K. Kubo re capitalization of loans |
| 068 0961 | 068 0986 | 5 | |
| 069 1043 | 069 1047 | 5 | |
| 069 1048 | 069 1050 | 5 | |
| 069 1051 | 069 1052 | 5 | |
| 069 1053 | 069 1055 | 5 | |
| 069 1056R | 069 1058 | 5 | |
| 069 1059 | 069 1060 | 5 | |
| 069 1064 | | 5 | |
| 086 0593; | 086 0599 | 5 | |
| 088 1114 | 088 1115 | 5 | |
| 088 1116 | | 5 | |
| 088 1143 | | 5 | |
| 088 1168 | | 5 | |
| 088 1173 | 088 1176 | 5 | |
| 089 0037 | 089 0042 | 5 | |
| 089 0043 | | 5 | |
| 089 0044 | | 5 | |
| 089 0045 | | 5 | |
| 089 1165 | 089 1170 | 5 | |
| 089 1167 | 089 1169 | 5 | |
| 089 1330 | 089 1333 | 5 | |
| 089 1479 | 089 1480 | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 089 1505; | 089 1539 | 5 | |
| 089 1583 | | 5 | |
| 089 1632 | 089 1634 | 5 | |
| 089 1948 | | 5 | |
| 089 1957 | | 5 | |
| 089 1958 | | 5 | |
| 089 1979 | | 5 | |
| 089 2458 | 089 2476 | 5 | |
| 090 0002 | 090 0027 | 5 | |
| 090 0062 | 090 0095 | 5 | |
| 090 0063; | 090 0093 | 5 | |
| 090 0096 | 090 0126 | 5 | |
| 090 0127 | 090 0160 | 5 | |
| 090 0128; | 090 0158 | 5 | |
| 090 0161 | 090 0179 | 5 | |
| 090 0180 | 090 0199 | 5 | |
| 090 0204 | 090 0223 | 5 | |
| 090 0261 | 090 0266 | 5 | |
| 090 0267 | 090 0292 | 5 | |
| 090 0268; | 090 0273 | 5 | |
| 090 0277 | 090 0280 | 5 | |
| 090 0286 | 090 0287 | 5 | |
| 091 0832 | 091 0833 | 5 | |
| 091 1696 | | 5 | |
| 091 1972 | 091 1973 | 5 | |
| 091 1975 | 091 1977 | 5 | |
| 091 1992 | | 5 | |
| 091 2020 | 091 2023 | 5 | |
| 091 2024 | 091 2026 | 5 | |
| 091 2027 | 091 2029 | 5 | |
| 091 2095 | | 5 | |
| 091 2096 | | 5 | |
| 091 2454 | 091 2458 | 5 | |
| 092 0550 | | 5 | |
| 092 1589 | 092 1593 | 5 | |
| 092 1630; | 092 1654 | 5 | |
| 092 1747 | 092 1751 | 5 | |
| 093 0713 | | 5 | |
| 093 1809 | | 5 | |
| 093 1953 | 093 1958 | 5 | |
| 094 0236 | 094 0238 | 5 | |
| 094 0399 | 094 0401 | 5 | |
| 094 0759; | 094 0788 | 5 | |
| 094 2676; | 094 2682 | 5 | |
| 094 2693; | 094 2695 | 5 | |
| 094 2703 | 094 2704 | 5 | |
| 094 2713 | | 5 | |
| 094 2763 | | 5 | |
| 096 2067 | | 5 | |
| 096 2069 | | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 096 2070 | | 5 | |
| 096 2071 | 096 2075 | 5 | |
| 096 2076 | 096 2079 | 5 | |
| 096 2104 | | 5 | |
| 096 2105 | | 5 | |
| 096 2138 | | 5 | |
| 096 2157 | 096 2158 | 5 | |
| 096 3093 | | 5 | |
| 096 3094 | 096 3095 | 5 | |
| 096 3096 | 096 3097 | 5 | |
| 096 3110; | 096 3122 | 5 | |
| 096 3127; | 096 3134 | 5 | |
| 096 3135 | | 5 | |
| 096 3155; | 096 3164 | 5 | |
| 097 0019 | 097 0022 | 5 | |
| 097 0049 | 097 0051 | 5 | |
| 097 0418 | 097 0421 | 5 | |
| 097 0481 | 097 0492 | 5 | |
| 097 0675 | 097 0680 | 5 | |
| 097 0732 | 097 0737 | 5 | |
| 097 1008 | 097 1009 | 5 | |
| 100 0394 | 100 0395 | 5 | |
| 100 0427 | 100 0443 | 5 | |
| 100 0509 | 100 0526 | 5 | |
| 100 0611 | 100 0615 | 5 | |
| 100 0686 | 100 0697 | 5 | |
| 100 0755 | | 5 | |
| 100 0756 | 100 0758 | 5 | |
| 100 0757 | 100 0758 | 5 | |
| 100 0764 | 100 0766 | 5 | |
| 100 0823 | 100 0824 | 5 | |
| 100 0826 | 100 0831 | 5 | |
| 100 0976 | 100 0990 | 5 | |
| 101 0126 | 101 0130 | 5 | |
| 101 0815 | | 5 | |
| 101 0815 | | 5 | |
| 103 1248 | 103 1251 | 5 | |
| 103 1533; | 103 1539 | 5 | |
| 103 1537 | | 5 | |
| 103 1549 | | 5 | |
| 103 1616 | | 5 | |
| 103 2075 | 103 2077 | 5 | |
| 103 2126 | | 5 | |
| 103 2135 | 103 2137 | 5 | |
| 103 2154 | 103 2156 | 5 | |
| 103 2173 | 103 2174 | 5 | |
| 103 2175 | 103 2176 | 5 | |
| 103 2178 | 103 2180 | 5 | |
| 103 2188 | 103 2189 | 5 | |
| 103 2209 | | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 103 2214 | | 5 | |
| 103 2217 | 103 2219 | 5 | |
| 103 2220 | 103 2224 | 5 | |
| 103 2226 | 103 2228 | 5 | |
| 103 2283 | | 5 | |
| 103 2285 | | 5 | |
| 103 2286 | | 5 | |
| 103 2290 | | 5 | |
| 103 2301 | | 5 | |
| 103 2302 | | 5 | |
| 103 2308 | 103 2313 | 5 | |
| 103 2621 | 103 2624 | 5 | |
| 103 3379 | | 5 | |
| 103 3380 | | 5 | |
| 103 3380; | 103 3398 | 5 | |
| 103 3392 | | 5 | |
| 103 3396 | | 5 | |
| 103 3486 | | 5 | |
| 104 0550 | 104 0565 | 5 | |
| 104 2393 | 104 2394 | 5 | |
| 104 2395 | 104 2396 | 5 | |
| 104 2410 | | 5 | |
| 104 2429; | 104 2447 | 5 | |
| 104 2473 | 104 2474 | 5 | |
| 104 2475 | 104 2476 | 5 | |
| 105 0019; | 105 0039 | 5 | |
| 105 0519; | 105 0613 | 5 | |
| 106 0426 | | 5 | |
| 106 0428; | 106 0550 | 5 | |
| 106 0550 | | 5 | |
| 106 0669 | | 5 | |
| 106 0672 | 106 0676 | 5 | |
| 106 2764 | | 5 | |
| 107 0594; | 107 0600 | 5 | |
| 107 0600 | | 5 | |
| 107 2055; | 107 2058 | 5 | |
| 107 3363 | 107 3369 | 5 | |
| 107 3363 | | 5 | |
| 107 3373 | | 5 | |
| 107 3378 | 107 3399 | 5 | |
| 107 3400 | 107 3405 | 5 | |
| 108 1038 | | 5 | |
| 108 1040 | | 5 | |
| 108 1045 | | 5 | |
| 108 1800 | | 5 | |
| 108 2986 | | 5 | |
| 108 3011 | 108 3016 | 5 | |
| 108 3019 | 108 3021 | 5 | |
| 108 3026 | | 5 | |
| 108 3056 | | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 108 3069 | 108 3081 | 5 | |
| 108 3074 | | 5 | |
| 108 3082 | | 5 | |
| 108 3090 | 108 3093 | 5 | |
| 108 3095 | | 5 | |
| 108 3129 | | 5 | |
| 108 3133 | 108 3134 | 5 | |
| 108 3136 | 108 3153 | 5 | |
| 108 3180 | | 5 | |
| 108 3230 | | 5 | |
| 108 3257 | | 5 | |
| 110 0001 | 110 0026 | 5 | |
| 110 0002; | 110 0011 | 5 | |
| 110 0027; | 110 0107 | 5 | |
| 110 0034 | 110 0041 | 5 | |
| 110 0042 | | 5 | |
| 110 0059 | 110 0061 | 5 | |
| 110 0109 | 110 0112 | 5 | |
| 110 0115 | 110 0118 | 5 | |
| 110 0120 | 110 0121 | 5 | |
| 110 0123 | 110 0127 | 5 | |
| 110 0123 | 110 0127 | 5 | |
| 110 0130 | 110 0131 | 5 | |
| 110 0132 | | 5 | |
| 110 0132 | 110 0135 | 5 | |
| 110 0135 | | 5 | |
| 110 0135 | | 5 | |
| 110 0136 | 110 0140 | 5 | |
| 110 0141 | 110 0144 | 5 | |
| 110 0145 | 110 0148 | 5 | |
| 110 0150 | 110 0151 | 5 | |
| 110 0152 | | 5 | |
| 110 0152 | 110 0153 | 5 | |
| 110 0154 | | 5 | |
| 110 0155 | | 5 | |
| 110 0158 | | 5 | |
| 110 0159 | 110 0162 | 5 | |
| 110 0165 | | 5 | |
| 110 0166 | 110 0167 | 5 | |
| 110 0168 | 110 0172 | 5 | |
| 110 0200 | 110 0201 | 5 | |
| 110 0202 | 110 0203 | 5 | |
| 110 0236 | 110 0237 | 5 | |
| 110 0287 | 110 0288 | 5 | |
| 110 0289 | 110 0291 | 5 | |
| 110 0307 | | 5 | |
| 110 0311 | | 5 | |
| 110 0325 | 110 0329 | 5 | |
| 110 0330 | 110 0332 | 5 | |
| 111 0727; | 111 0745 | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 111 0931 | | 5 | |
| 111 1007 | 111 1016 | 5 | |
| 111 1384 | | 5 | |
| 111 1429 | | 5 | |
| 111 1608 | 111 1609 | 5 | |
| 111 2149 | 111 2151 | 5 | |
| 111 2355 | | 5 | |
| 111 2584 | 111 2589 | 5 | |
| 111 2686 | | 5 | |
| 111 2873 | 111 2883 | 5 | |
| 111 2884 | 111 2893 | 5 | |
| 111 2904 | 111 2921 | 5 | |
| 111 2904 | 111 2908 | 5 | |
| 111 2926 | 111 2927 | 5 | |
| 111 2928 | 111 2935 | 5 | |
| 111 2945 | 1112947 | 5 | |
| 111 2968 | 111 2976 | 5 | |
| 111 2977 | | 5 | |
| 111 2978 | | 5 | |
| 111 2979 | | 5 | |
| 111 2980 | | 5 | |
| 111 2981 | | 5 | |
| 111 2982 | | 5 | |
| 111 2983 | | 5 | |
| 111 2984 | | 5 | |
| 111 2985 | | 5 | |
| 111 2986 | | 5 | |
| 111 2987 | | 5 | |
| 111 2988 | 111 2989 | 5 | |
| 111 2990 | | 5 | |
| 111 2991 | | 5 | |
| 111 2992 | | 5 | |
| 111 2993 | | 5 | |
| 111 2994 | | 5 | |
| 111 2995 | 111 2996 | 5 | |
| 111 2997 | 111 3000 | 5 | |
| 111 3001 | 111 3002 | 5 | |
| 111 3003 | 111 3012 | 5 | |
| 111 3050 | 111 3126 | 5 | |
| 111 3354 | 111 3362 | 5 | |
| 111 3370 | 111 3371 | 5 | |
| 111 3383 | 111 3388 | 5 | |
| 111 3384 | 111 3388 | 5 | |
| 111 3402 | 111 3404 | 5 | |
| 111 3402 | 111 3403 | 5 | |
| 111 3406 | 111 3407 | 5 | |
| 111 3408 | 111 3437 | 5 | |
| 111 3410 | 111 3422 | 5 | |
| 111 3423 | 111 3431 | 5 | |
| 111 3514 | 111 3516 | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 111 3605 | 111 3617 | 5 | |
| 111 3618 | 111 3641 | 5 | |
| 111 4010 | | 5 | |
| 113 0863 | 113 0875 | 5 | |
| 113 0876 | 113 0882 | 5 | |
| 113 0883 | 113 0884 | 5 | |
| 113 0895 | 113 0899 | 5 | |
| 113 0900 | 113 0903 | 5 | |
| 113 1115 | 113 1118 | 5 | |
| 113 1928 | 113 1929 | 5 | |
| 113 2077 | | 5 | |
| 113 2132 | 113 2133 | 5 | |
| 114 0004 | 114 0006 | 5 | |
| 114 0007 | | 5 | |
| 114 0010 | 114 0014 | 5 | |
| 114 0016 | | 5 | |
| 114 0020 | | 5 | |
| 114 1391 | 114 1395 | 5 | |
| 114 1853 | 114 1856 | 5 | |
| 115 5346; | 115 5373 | 5 | |
| 115 5371 | 115 5373 | 5 | |
| 115 5407 | | 5 | |
| 115 5456 | | 5 | |
| 115 5486 | | 5 | |
| 115 5494 | | 5 | |
| 117 0621 | 117 0626 | 5 | |
| 117 0621; | 117 0626 | 5 | |
| 117 0627 | 117 0639 | 5 | |
| 117 0627 | 117 117 0632 | 5 | |
| 117 0641 | 117 0642 | 5 | |
| 117 0644 | | 5 | |
| 117 0658 | | 5 | |
| 117 1340 | 117 1344 | 5 | |
| 117 1361 | 117 1367 | 5 | |
| 117 1380 | | 5 | |
| 117 1383 | | 5 | |
| 117 1388 | 117 1389 | 5 | |
| 117 1393 | 117 1396 | 5 | |
| 117 1407 | 117 1410 | 5 | |
| 117 1915 | | 5 | |
| 117 2088; | 117 1915 | 5 | |
| 117 2123 | 117 2128 | 5 | |
| 117 2220 | 117 2225 | 5 | |
| 117 2228 | 117 2231 | 5 | |
| 117 2235 | 117 2236 | 5 | |
| 117 2243 | 117 2244 | 5 | |
| 117 2243 | 117 2244 | 5 | |
| 117 2245 | 117 2247 | 5 | |
| 117 2621 | 117 2622 | 5 | |
| 118 0029 | 118 0041 | 5 | |

Sports Shinko (USA) co., Ltd. vs. ~ukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 118 0166 | 118 0200 | 5 | |
| 118 0238 | 118 0271 | 5 | |
| 119 0128 | 119 0152 | 5 | |
| 119 1500 | 119 1503 | 5 | |
| 119 1604 | | 5 | |
| 120 3162; | 120 3245 | 5 | |
| 120 3359 | | 5 | |
| 123 0131 | 123 0138 | 5 | |
| 124 0518; | 124 0567 | 5 | |
| 126 0108 | 126 0111 | 5 | |
| 126 0116 | 126 0117 | 5 | |
| 126 0704 | | 5 | |
| 126 1542 | | 5 | |
| 128 0036 | 128 0057 | 5 | |
| 128 0040; | 128 0056 | 5 | |
| 128 0058 | 128 0079 | 5 | |
| 128 0080 | 128 0101 | 5 | |
| 128 0729 | 128 0740 | 5 | |
| 128 0794 | 128 0796 | 5 | |
| 128 0844 | | 5 | |
| 128 0864 | | 5 | |
| 128 0887 | 128 0888 | 5 | |
| 128 0889 | | 5 | |
| 128 0908 | 128 0912 | 5 | |
| 128 0913 | | 5 | |
| 128 0917 | 128 0921 | 5 | |
| 128 1048 | 128 1060 | 5 | |
| 128 1733 | | 5 | |
| 128 1839 | 128 1840 | 5 | |
| 128 1847 | 128 1858 | 5 | |
| 128 1874 | 128 1880 | 5 | |
| 128 1884 | 128 1889 | 5 | |
| 128 1884 | 128 1885 | 5 | |
| 128 1890 | | 5 | |
| 128 1891 | | 5 | |
| 128 1901 | 128 1904 | 5 | |
| 128 1909 | 128 1911 | 5 | |
| 128 1918 | | 5 | |
| 128 1930 | 128 1958 | 5 | |
| 129 0001 | 129 0006 | 5 | |
| 129 0015 | 129 0035 | 5 | |
| 130 0677 | 130 0712 | 5 | |
| 130 0678; | 130 0707 | 5 | |
| 130 0714; | 130 0728 | 5 | |
| 130 0739 | 130 0764 | 5 | |
| 130 0818; | 130 0831 | 5 | |
| 130 0841; | 130 0850 | 5 | |
| 130 0853 | 130 0873 | 5 | |
| 130 0874 | 130 0894 | 5 | |
| 130 0895 | 130 0915 | 5 | |

Sports Shinko (USA) co., Ltd. vs. Pukalani, LLC; Civil No. 04-00125

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 130 0916 | 130 0936 | 5 | |
| 130 0937 | 130 0957 | 5 | |
| 130 0958 | 130 0975 | 5 | |
| 130 0977; | 130 0992 | 5 | |
| 130 0996; | 130 1006 | 5 | |
| 130 1013; | 130 1028 | 5 | |
| 130 1032; | 130 1048 | 5 | |
| 130 1052; | 130 1064 | 5 | |
| 130 1074; | 130 1086 | 5 | |
| 130 1275; | 130 1307 | 5 | |
| 130 1310; | 130 1326 | 5 | |
| 130 1329; | 130 1339 | 5 | |
| 130 1350; | 130 1372 | 5 | |
| 130 1376; | 130 1398 | 5 | |
| 130 1402; | 130 1426 | 5 | |
| 130 1433; | 130 1463 | 5 | |
| 130 1467; | 130 1493 | 5 | |
| 130 1670; | 130 1690 | 5 | |
| 130 1672; | 130 1676 | 5 | |
| 130 1692 | 130 1694 | 5 | |
| 130 1699; | 130 1725 | 5 | |
| 130 1728; | 130 1737 | 5 | |
| 130 1747; | 130 1750 | 5 | |
| 130 1757; | 130 1787 | 5 | |
| 130 1791; | 130 1820 | 5 | |
| 130 2226 | 130 2230 | 5 | |
| 130 2226 | 130 2230 | 5 | |
| 130 2687 | 130 2690 | 5 | |
| 130 2771 | 130 2776 | 5 | |
| 130 2771 | 130 2773 | 5 | |
| 130 2822; | 130 2827 | 5 | |
| 130 2840 | 130 2847 | 5 | |
| 130 2859 | 130 2864 | 5 | |
| 130 2870 | 130 2878 | 5 | |
| 130 2879 | 130 2884 | 5 | |
| 130 2885 | 130 2890 | 5 | |
| 130 2891 | | 5 | |
| 130 2892 | 130 2893 | 5 | |
| 130 2896 | 130 2902 | 5 | |
| 130 2903 | 130 2905 | 5 | |
| 130 3246 | | 5 | |
| 130 3357; | 130 3370 | 5 | |
| 131 1226 | 131 1241 | 5 | |
| 133 1793 | 133 1794 | 5 | |
| 134 1237 | 134 1239 | 5 | |
| 134 1745 | | 5 | |
| 134 1828 | 134 1830 | 5 | |
| 134 1832 | | 5 | |
| 134 1833 | | 5 | |
| 134 1839 | 134 1853 | 5 | |