IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>        Plaintiff,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>        Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>        Third-Party Plaintiff,<br>   vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>        Third-Party Defendants,<br>   and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>        Third-Party Defendants/<br>        Counterclaimants,<br>   vs.<br>QK HOTEL, LLC, et al.,<br>        Third-Party Counterclaim<br>        Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of KG PARTIES' MOTION TO COMPEL was served electronically through CM/ECF on the following on April 5, 2007:

PAUL ALSTON, ESQ.   palston@ahfi.com
GLENN T. MELCHINGER, ESQ. gmelchinger@ahfi.com

 Attorneys for Plaintiffs
 SPORTS SHINKO CO., LTD. and
 SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.  bbordner@bmbe-law.com
JOHN N.K. REYES-BURKE, ESQ. jburke@bmbe-law.com

 Attorney for Defendant
 FRANKLIN K. MUKAI

 DATED: Honolulu, Hawaii, April 5, 2007.


         /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS
        SIMON KLEVANSKY
        ALIKA L. PIPER
        CARISA LIMA KA'ALA HEE

        Attorneys for Defendants and
        Third-Party Plaintiffs
        KG Holdings, LLC, QK Hotel, LLC, OR
        Hotel, LLC, Pukalani Golf Club, LLC, KG
        Maui Development, LLC, Mililani Golf
        Club, LLC, Kiahuna Golf Club, LLC and
        KG Kauai Development, LLC