# Grant Thornton

## Tax Return Guide Sheet

CONTROL # 3229

Client Name: **SPORTS SHINKO (USA) & SUBSIDIARIES**   Year End: _____

Staff Trak #: _____   ProFx #: _____

T-letter Addressed to: _____   CMS Charge #: 015D947

Mail Return to:
Name: _____   Phone #: _____
Address: _____   Date Promised: _____

| | Original | Extended | | | |
|---|---|---|---|---|---|
| 8822 - Change in Address | | | | | |

(SS USA, La Costa Hotel, Encinitas, SS Florida, SS Florida Realty, SS Utility, Grenelefe, SS Hawaii, SS Mililani, SS Kauai, SS Pukalani, SS Waikiki, RHC, ORHC)

3533 - Change in Address

(SS USA, La Costa Hotel, Encinitas)

Change in Address (SS Florida, SS Florida Realty, SS Utility, Grenelefe)

GEW-TA-RV-2

(SS Hawaii, SS Mililani, SS Kauai, SS Pukalani, SS Waikiki)

| | Name | Initial | Date | P/Y Hrs | C/Y Hrs | C/Y Budget |
|---|---|---|---|---|---|---|
| Preparer | H. Vixaysack | HV | 12/22/03 | | | |
| First Review | D. Griffith | DJG | 1/5/04 | | | |
| Second Review | | | | | | |
| Final Review | | | | | | |
| Assembled | S. Hulleman | SH | 1/5/04 | | | |
| Signed | D. Griffith | DJG | 1/5/04 | | | |
| Mailed/Delivered | Int'l Fedexed to Steve Higuchi in SSM | SH | 1/6/04 | | | |

Route K-1's to indiv file
Do **not** stamp K-1's
Return client doc's
Prepare prebill
Processing fee charged
Add'l Copies
 To Whom:
Electronic Filing ☐

W-2's
1099's
Elections
Other

Level of Difficulty
Cbeam Returned
StaffTrak Updated
Return files to
(if not fileroom)

CONFIDENTIAL
GT032992

| Regular Mail | Priority Mail | Overnight Priority | Overnight Standard | Courier | Client Pick-Up | Hand Deliver |
|---|---|---|---|---|---|---|

**EXHIBIT 20.1**

Grant Thornton LLP
1132 Bishop Street Suite 1000
Honolulu, HI 96813
(808)536-0066

December 22, 2003

Deloitte Touche Tohmatsu
Attention: Steve Iwamura
Osaka Kokusai Building
3-13, Azuchimachi 2-chome
Chuo-ku, Osaka 541-0052
JAPAN

Dear Mr. Iwamura:

Enclosed are the original and one copy of your change of address forms, as follows...

FORM 8822 CHANGE OF ADDRESS
Sports Shinko (USA) Co., Ltd.
La Costa Hotel and Spa Corporation
Encinitas Resort Corporation
Sports Shinko Florida Co., Ltd.
Sports Shinko (Florida Realty), Inc.
Sports Shinko Utility, Inc.
Grenelefe Realty, Inc.
Sports Shinko (Hawaii) Co., Ltd.
Sports Shinko (Mililani) Co., Ltd.
Sports Shinko (Kauai) Co., Ltd.
Sports Shinko (Pukalani) Co., Ltd.
Sports Shinko (Waikiki) Corporation
Sports Shinko Resort Hotel Corporation
Ocean Resort Hotel Corporation

CALIFORNIA FORM 3533 CHANGE OF ADDRESS
Sports Shinko (USA) Co., Ltd.
La Costa Hotel and Spa Corporation
Encinitas Resort Corporation

FLORIDA CHANGE OF ADDRESS
Sports Shinko Florida Co., Ltd.
Sports Shinko (Florida Realty), Inc.
Sports Shinko Utility, Inc.
Grenelefe Realty, Inc.

HAWAII FORM GEW-TA-RV-2 CHANGE OF ADDRESS
Sports Shinko (Hawaii) Co., Ltd.
Sports Shinko (Mililani) Co., Ltd.
Sports Shinko (Kauai) Co., Ltd.
Sports Shinko (Pukalani) Co., Ltd.
Sports Shinko (Waikiki) Corporation

CONFIDENTIAL
GT032993

Each original form should be dated, signed, and filed in accordance with the filing instructions. Copies of each form should be retained for your files.

We sincerely appreciate this opportunity to serve you. If you have any questions regarding the return, please do not hesitate to call.

Very truly yours,

Grant Thornton LLP

CONFIDENTIAL
GT032994

| Form **8822** (Rev. December 2002) Department of the Treasury Internal Revenue Service | **Change of Address** ▸ Please type or print. ▸ See instructions. ▸ Do not attach this form to your return. | OMB No. 1545-1163 |

**Part I**    Complete This Part To Change Your Home Mailing Address

Check all boxes this change affects:

1. ☐ Individual income tax returns (Forms 1040, 1040A, 1040EZ, TeleFile, 1040NR, etc.)
   ▸ If your last return was a joint return and you are now establishing a residence separate from the spouse with whom you filed that return, check here . . . . . . . . . . . . . . . . . . . . ▸ ☐

2. ☐ Gift, estate, or generation-skipping transfer tax returns (Forms 706, 709, etc.)
   ▸ For Forms 706 and 706-NA, enter the decedent's name and social security number below.

   ▸ Decedent's name      ▸ Social security number

| 3a Your name (first name, initial, and last name) | 3b Your social security number |
| --- | --- |
| 4a Spouse's name (first name, initial, and last name) | 4b Spouse's social security number |

5. Prior name(s). See instructions.

| 6a Old address (no., street, city or town, state, and ZIP code). If a P.O. box or foreign address, see instructions. | Apt. no. |
| --- | --- |
| 6b Spouse's old address, if different from line 6a (no., street, city or town, state, and ZIP code). If a P.O. box or foreign address, see instructions. | Apt. no. |
| 7 New address (no., street, city or town, state, and ZIP code). If a P.O. box or foreign address, see instructions. | Apt. no. |

**Part II**    Complete This Part To Change Your Business Mailing Address or Business Location

Check all boxes this change affects:

8. ☒ Employment, excise, income, and other business returns (Forms 720, 940, 940-EZ, 941, 990, 1041, 1065, 1120, etc.)
9. ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)
10. ☒ Business location

| 11a Business name | 11b Employer identification number |
| --- | --- |
| SPORTS SHINKO (USA) CO., LTD. | REDACTED |

| 12 Old mailing address (no., street, city or town, state, and ZIP code). If a P.O. box or foreign address, see instructions. | Room or suite no. |
| --- | --- |
| 848 DEER MOUNTAIN ESTATES, HARPERS FERRY, WV 25425 | |
| 13 New mailing address (no., street, city or town, state, and ZIP code). If a P.O. box or foreign address, see instructions. | Room or suite no. |
| 99-994 IWAENA STREET, AIEA, HI 96701 | STE C |
| 14 New business location (no., street, city or town, state, and ZIP code). If a foreign address, see instructions. | Room or suite no. |
| 99-994 IWAENA STREET, AIEA, HI 96701 | STE C |

**Part III**    Signature

Daytime telephone number of person to contact (optional) ▸ _____

**Sign Here** ▸ Your signature _____ Date _____ ▸ If Part II completed, signature of owner, officer, or representative _____ Date _____

▸ If joint return, spouse's signature _____ Date _____ Title _____

For Privacy Act and Paperwork Reduction Act Notice, see back of form.      Form **8822** (Rev. 12-2002)

ISA
STF FED1154F

CONFIDENTIAL
GT032999

| | CALIFORNIA FORM |
|---|---|
| **Change of Address** | **3533** |

**Part I  Complete This Part to Change Your Home Mailing Address**

Complete this part if the address change affects individual income tax returns. (Forms 540, 540A, 540 2EZ, or Long or Short Form 540NR)

▷ If your last return was a joint return and you are now establishing a residence separate from the spouse with whom
you filed that return, check the box to the right .................................................................................................................. ▷ ☐

| 1a Your first name | Initial | Last name | 1b Your social security number |
|---|---|---|---|
| 2a Spouse's first name | Initial | Last name | 2b Spouse's social security number |

3  Prior name(s) See instructions.

| 4a Old address (no., street, city or town, state, and ZIP Code). If a PO box or foreign address, see instructions. | Apt no. | PMB no. |
|---|---|---|
| 4b Spouse's old address (no., street, city or town, state, and ZIP Code). If a PO box or foreign address, see instructions. | Apt no. | PMB no. |
| 5a New address (no., street, city or town, state, and ZIP Code). If a PO box or foreign address, see instructions. | Apt no. | PMB no. |

**Part II  Complete This Part to Change Your Business Mailing Address or Business Location Address**

Check ALL boxes this change affects:

6  ☒ Business, Estate, or Trust returns (Forms 541, 565, 568, 100, 100W, 100S, 109, and 199)

7a ☒ Business, Estate, or Trust location (Also complete line 11)

7b California corporation number: **1647938**

7c Secretary of State file number:

| 8a Business, Estate, or Trust name | 8b FEIN |
|---|---|
| SPORTS SHINKO (USA) CO., LTD. | 51-0302823 |

| 9 Old mailing address. If a PO box or foreign address, see instructions. | | | | | PMB no. |
|---|---|---|---|---|---|
| No. | Street | City or Town | State | ZIP Code | |
| 848 | DEER MOUNTAIN ESTATES | HARPERS FERRY | WV | 25425 | |

| 10 New mailing address. If a PO box or foreign address, see instructions. | | | | | PMB no. |
|---|---|---|---|---|---|
| No. | Street | City or Town | State | ZIP Code | |
| 99-994 | IWAENA STREET STE C | AIEA | HI | 96701 | |

| 11 New business location address. If a PO box or foreign address, see instructions. | | | | | PMB no. |
|---|---|---|---|---|---|
| No. | Street | City or Town | State | ZIP Code | |
| 99-994 | IWAENA STREET STE C | AIEA | HI | 96701 | |

**Part III  Signature**

Daytime telephone number of person to contact (optional) ▷ _____

**Please Sign Here** (see instructions)

Your signature _____ Date _____

If Part II completed, signature of owner, officer, or representative  Date

If joint return, spouse's signature _____ Date _____  Title

For Privacy Act Notice (Individual), get form FTB 1131.

**A  Purpose**

You may use this form if you change your home or business mailing address or your business location. This address change will also be used for any future correspondence. Generally, complete only one form FTB 3533 to change your home and business addresses. If this change also affects the mailing address for your children who filed separate tax returns, complete a separate form FTB 3533 for each child. If you are a representative filing for the taxpayer, attach a copy of your power of attorney to this form.
Note: You may also notify the FTB of a change of address by calling (800) 852-5711. If you have called the FTB and reported a change of address, you do not need to file this form.

**B  Prior Name(s)**

If you or your spouse changed your name because of marriage, divorce, etc., complete line 3.

**C  Addresses**

Be sure to include any apartment, room, or suite number.

**D  PO Box**

If your post office does not deliver mail to your street address, show your PO box number instead of your street address.
If you lease a private mailbox (PMB) from a private business rather than a PO box from the United States Postal Service, include the box number in the field labeled "PMB no." in the address area.

**E  Foreign Address**

If your address is outside the United States or its possessions or territories, enter the information in the following order: city, province or state, and country. Follow the country's practice for entering the postal code. Please do not abbreviate the country name.

**F  Signature**

If you are completing Part II, the owner, officer, or a representative must sign. An officer is the president, vice president, treasurer, chief accounting officer, etc. A representative is a person who has a valid power of attorney to handle tax matters.

**G  Where to File**

Mail this form to:
FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240-0002

Note: If you moved after you filed your return and you are expecting a refund, also notify the post office serving your old address. This will help forward your check to your new address.

35330104082

CONFIDENTIAL   FTB 3533 2003

GT033013

STF CA31671F