IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI, et al.,<br>　　　Third-Party Plaintiffs,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>LR 37.1(b) CERTIFICATE<br>OF COMPLIANCE |

LR 37.1(b) CERTIFICATE OF COMPLIANCE

　　　I certify that I have complied with LR 37.1, and have previously conferred, in person, on multiple occasions, concerning the disputed issues raised by the foregoing Motion, in a good faith effort to limit the disputed issues and, if possible,

1

eliminate the necessity for the Motion.  A further meeting with counsel to discuss these and other issues is scheduled for April 16, 2007.

    DATED: Honolulu, Hawaii, April 11, 2007.

                                         /s/ Robert A. Marks
                                         ROBERT A. MARKS