# PROMISSORY NOTE

¥10,000,000,000                                      June 5, 1990
                                                     Tokyo, Japan

    FOR VALUE RECEIVED, the undersigned (hereinafter referred to as the "Maker") promises to pay to the order of **SPORTS SHINKO CO., LTD.**, a Japan corporation, at Muraki Bldg. 2F, 10-10, 2-chome, Yaesu, Chuo-ku, Tokyo, Japan, or at such other place as the holder of this Note may from time to time designate, the principal sum of TEN BILLION YEN (¥10,000,000,000) on June 4, 1995 (the "Maturity Date"), together with simple interest at the rate of Eight Percent (8%) per annum. Payment of principal and interest to be made in the lawful money of Japan.

    The Maker may, at Maker's election or at any time or from time to time and without penalty or other consideration and without any notice, pay the whole or any portion of the unpaid balance of principal.

    In the event of default in the payment of this Note, and if this Note is placed in the hands of an attorney at law for collection, the undersigned hereby agrees to pay all costs of collection, including a reasonable attorney's fee. In the event of any such default, interest shall be charged at the rate of Twelve Percent (12%) per annum for those months during which such default continues in whole or in part.

                                       **SPORTS SHINKO (WAIKIKI) CORPORATION**

                                        By_____
                                            Its

                                        By_____
                                            Its

X9044483                  **EXHIBIT 9A**                022 0211

## PROMISSORY NOTE

¥10,000,000,000                                   June 5, 1990
                                                  Tokyo, Japan


    FOR VALUE RECEIVED, the undersigned (hereinafter referred
to as the "Maker") promises to pay to the order of **SPORTS
SHINKO CO., LTD.**, a Japan corporation, at Muraki Bldg. 2F, 10-
10, 2-chome, Yaesu, Chuo-ku, Tokyo, Japan, or at such other
place as the holder of this Note may from time to time
designate, the principal sum of TEN BILLION YEN
(¥10,000,000,000) on June 4, 1995 (the "Maturity Date"),
together with simple interest at the rate of Eight Percent (8%)
per annum.  Payment of principal and interest to be made in the
lawful money of Japan.

    The Maker may, at Maker's election or at any time or from
time to time and without penalty or other consideration and
without any notice, pay the whole or any portion of the unpaid
balance of principal.

    In the event of default in the payment of this Note, and
if this Note is placed in the hands of an attorney at law for
collection, the undersigned hereby agrees to pay all costs of
collection, including a reasonable attorney's fee.  In the
event of any such default, interest shall be charged at the
rate of Twelve Percent (12%) per annum for those months during
which such default continues in whole or in part.

                            **SPORTS SHINKO (WAIKIKI)
                            CORPORATION**

                            By _____
                               Its

                            By _____
                               Its


X9044483                        EXHIBIT A

CONFIDENTIAL
GT026233

## PROMISSORY NOTE

¥10,000,000,000                                          June 5, 1990
                                                         Tokyo, Japan

    FOR VALUE RECEIVED, the undersigned (hereinafter referred to as the "Maker") promises to pay to the order of **SPORTS SHINKO CO., LTD.**, a Japan corporation, at Muraki Bldg. 2F, 10-10, 2-chome, Yaesu, Chuo-ku, Tokyo, Japan, or at such other place as the holder of this Note may from time to time designate, the principal sum of TEN BILLION YEN (¥10,000,000,000) on June 4, 1995 (the "Maturity Date"), together with simple interest at the rate of Eight Percent (8%) per annum. Payment of principal and interest to be made in the lawful money of Japan.

    The Maker may, at Maker's election or at any time or from time to time and without penalty or other consideration and without any notice, pay the whole or any portion of the unpaid balance of principal.

    In the event of default in the payment of this Note, and if this Note is placed in the hands of an attorney at law for collection, the undersigned hereby agrees to pay all costs of collection, including a reasonable attorney's fee. In the event of any such default, interest shall be charged at the rate of Twelve Percent (12%) per annum for those months during which such default continues in whole or in part.

**SPORTS SHINKO (WAIKIKI) CORPORATION**

By _____
    Its

By _____
    Its

256 0842

X9044483


EXHIBIT A

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

### OF

### SPORTS SHINKO (WAIKIKI) CORPORATION

The undersigned, being all of the directors of SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, do hereby consent, as authorized under the provisions of Section 415-44, Hawaii Revised Statutes, to the approval and adoption of the following resolutions:

WHEREAS, the Board deems it advisable for the corporation to borrow additional sums for its corporate purposes;

WHEREAS, Sports Shinko Co., Ltd., a Japan corporation, has expressed its willingness to lend to this corporation the sum of ¥10,000,000,000;

RESOLVED, that this corporation is hereby authorized to borrow the sum of ¥10,000,000,000 from said Sports Shinko Co., Ltd. pursuant to the terms and conditions of that certain Promissory Note, a copy of which is attached hereto and made a part hereof as Exhibit "A";

FURTHER RESOLVED, that the officers of this corporation are hereby authorized and directed to execute and deliver any and all documents, including, though not limited to, said Promissory Note, and to do any and all things necessary to effectuate the foregoing.

Effective as of: June 5, 1990.

_____        _____
TOSHIO KINOSHITA                 TOMIO KAWASAKI

_____        _____
TAKESHI KINOSHITA                TSUGIO FUKUDA

_____        _____
KOICHI SOEJIMA                   FRANKLIN K. MUKAI

022 0319

X9044487

## PROMISSORY NOTE

¥10,000,000,000                                          June 5, 1990
                                                         Tokyo, Japan

    FOR VALUE RECEIVED, the undersigned (hereinafter referred to as the "Maker") promises to pay to the order of **SPORTS SHINKO CO., LTD.**, a Japan corporation, at Muraki Bldg. 2F, 10-10, 2-chome, Yaesu, Chuo-ku, Tokyo, Japan, or at such other place as the holder of this Note may from time to time designate, the principal sum of TEN BILLION YEN (¥10,000,000,000) on June 4, 1995 (the "Maturity Date"), together with simple interest at the rate of Eight Percent (8%) per annum. Payment of principal and interest to be made in the lawful money of Japan.

    The Maker may, at Maker's election or at any time or from time to time and without penalty or other consideration and without any notice, pay the whole or any portion of the unpaid balance of principal.

    In the event of default in the payment of this Note, and if this Note is placed in the hands of an attorney at law for collection, the undersigned hereby agrees to pay all costs of collection, including a reasonable attorney's fee. In the event of any such default, interest shall be charged at the rate of Twelve Percent (12%) per annum for those months during which such default continues in whole or in part.

                              **SPORTS SHINKO (WAIKIKI) CORPORATION**

                              By _____
                                  Its

                              By _____
                                  Its

022 0320

X9044483

A

026-2

## PROMISSORY NOTE

¥10,000,000,000                                June 5, 1990
                                               Tokyo, Japan

    FOR VALUE RECEIVED, the undersigned (hereinafter referred to as the "Maker") promises to pay to the order of **SPORTS SHINKO CO., LTD.**, a Japan corporation, at Muraki Bldg. 2F, 10-10, 2-chome, Yaesu, Chuo-ku, Tokyo, Japan, or at such other place as the holder of this Note may from time to time designate, the principal sum of TEN BILLION YEN (¥10,000,000,000) on June 4, 1995 (the "Maturity Date"), together with simple interest at the rate of Eight Percent (8%) per annum. Payment of principal and interest to be made in the lawful money of Japan.

    The Maker may, at Maker's election or at any time or from time to time and without penalty or other consideration and without any notice, pay the whole or any portion of the unpaid balance of principal.

    In the event of default in the payment of this Note, and if this Note is placed in the hands of an attorney at law for collection, the undersigned hereby agrees to pay all costs of collection, including a reasonable attorney's fee. In the event of any such default, interest shall be charged at the rate of Twelve Percent (12%) per annum for those months during which such default continues in whole or in part.

                                   **SPORTS SHINKO (WAIKIKI) CORPORATION**

                                   By_____
                                       Its

                                   By_____
                                       Its

X9044483

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## OF

## SPORTS SHINKO (WAIKIKI) CORPORATION

The undersigned, being all of the directors of SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, do hereby consent, as authorized under the provisions of Section 415-44, Hawaii Revised Statutes, to the approval and adoption of the following resolutions:

WHEREAS, the Board deems it advisable for the corporation to borrow additional sums for its corporate purposes;

WHEREAS, Sports Shinko Co., Ltd., a Japan corporation, has expressed its willingness to lend to this corporation the sum of ¥10,000,000,000;

RESOLVED, that this corporation is hereby authorized to borrow the sum of ¥10,000,000,000 from said Sports Shinko Co., Ltd. pursuant to the terms and conditions of that certain Promissory Note, a copy of which is attached hereto and made a part hereof as Exhibit "A";

FURTHER RESOLVED, that the officers of this corporation are hereby authorized and directed to execute and deliver any and all documents, including, though not limited to, said Promissory Note, and to do any and all things necessary to effectuate the foregoing.

Effective as of: June 5, 1990.

_____          _____
TOSHIO KINOSHITA                         TOMIO KAWASAKI

_____          _____
TAKESHI KINOSHITA                        TSUGIO FUKUDA

_____          _____
KOICHI SOEJIMA                           FRANKLIN K. MUKAI

X9044487

MINUTES OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS

OF

SPORTS SHINKO CO., LTD.

A special meeting of the Board of Directors of SPORTS SHINKO CO., LTD. was held at its corporate offices in Tokyo, Japan, on the 5th day of June, 1990, at _____.m.

PRESENT:

PRESIDING OFFICER AND SECRETARY:

_____ presided and _____ acted as secretary of the meeting.

AUTHORITY TO LEND:

Upon motion duly made, seconded and unanimously carried, it was resolved as follows:

RESOLVED, that this corporation, in accordance with prior oral agreements and understandings, is hereby authorized to lend the amount of TEN BILLION YEN (¥10,000,000,000) to Ocean Resort Hotel Corporation, a Hawaii corporation, pursuant to the terms and conditions of that certain Promissory Note, a copy of which is attached hereto and made a part hereto as Exhibit "A";

FURTHER RESOLVED, that the officers of the corporation are hereby authorized to take all necessary actions to effectuate the foregoing.

X9044486

ADJOURNMENT:

    Upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

_____
                                               Secretary

APPROVED AND ACCEPTED:

_____
  Presiding Officer

PROMISSORY NOTE

¥10,000,000,000                                June 5, 1990
                                               Tokyo, Japan

FOR VALUE RECEIVED, the undersigned (hereinafter referred to as the "Maker") promises to pay to the order of **SPORTS SHINKO CO., LTD.**, a Japan corporation, at Muraki Bldg. 2F, 10-10, 2-chome, Yaesu, Chuo-ku, Tokyo, Japan, or at such other place as the holder of this Note may from time to time designate, the principal sum of TEN BILLION YEN (¥10,000,000,000) on June 4, 1995 (the "Maturity Date"), together with simple interest at the rate of Eight Percent (8%) per annum. Payment of principal and interest to be made in the lawful money of Japan.

The Maker may, at Maker's election or at any time or from time to time and without penalty or other consideration and without any notice, pay the whole or any portion of the unpaid balance of principal.

In the event of default in the payment of this Note, and if this Note is placed in the hands of an attorney at law for collection, the undersigned hereby agrees to pay all costs of collection, including a reasonable attorney's fee. In the event of any such default, interest shall be charged at the rate of Twelve Percent (12%) per annum for those months during which such default continues in whole or in part.

SPORTS SHINKO (WAIKIKI) CORPORATION

By _____
   Its

By _____
   Its

X9044483                        EXHIBIT A