IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>      Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>      Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br>      Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>      Third-Party Defendants,<br>  and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>      Third-Party Defendants/<br>      Counterclaimants,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>      Third-Party Counterclaim<br>      Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of KG PARTIES' AMENDED MOTION TO COMPEL DISCOVERY was served electronically through CM/ECF on the following on April 11, 2007:

PAUL ALSTON, ESQ.           palston@ahfi.com
GLENN T. MELCHINGER, ESQ.   gmelchinger@ahfi.com

    Attorneys for Plaintiff
    SPORTS SHINKO CO., LTD. and

WILLIAM BORDNER, ESQ.        bbordner@bmbe-law.com
JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

    DATED: Honolulu, Hawaii, April 11, 2007.


    /s/ Robert A. Marks
    WARREN PRICE III
    ROBERT A. MARKS
    SIMON KLEVANSKY
    ALIKA L. PIPER
    CARISA LIMA KA'ALA HEE

    Attorneys for Defendants and
    Third-Party Plaintiffs
    KG Holdings, LLC, QK Hotel, LLC and
    OR Hotel, LLC