PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III          1212
ROBERT A. MARKS           2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>    Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>    Defendants,<br>  and<br>FRANKLIN K. MUKAI, et al.,<br>    Third-Party Plaintiffs,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>    Third-Party Defendants,<br>  and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>WITHDRAWAL OF MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE ORDER, FILED ON JANUARY 16, 2007; CERTIFICATE OF SERVICE |

| |
|---|
| SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>    Third-Party Defendants/ Counterclaimants, <br><br>  vs. <br><br> QK HOTEL, LLC, et al., <br><br>    Third-Party Counterclaim Defendants. <br><br> AND CONSOLIDATED CASES |

WITHDRAWAL OF MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE ORDER, FILED JANUARY 16, 2007

　　　Defendants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC hereby withdraw their MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED PROTECTIVE ORDER, filed on January 16, 2007.

　　　DATED: Honolulu, Hawaii, April 12, 2007.

　　　　　　　　　　　　　　　　　　 /s/ Robert A. Marks
　　　　　　　　　　　　　　　　　　WARREN PRICE III
　　　　　　　　　　　　　　　　　　ROBERT A. MARKS

　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　KG Holdings, LLC, QK Hotel, LLC, OR
　　　　　　　　　　　　　　　　　　Hotel, LLC, Pukalani Golf Club, LLC, KG
　　　　　　　　　　　　　　　　　　Maui Development, LLC, Mililani Golf
　　　　　　　　　　　　　　　　　　Club, LLC, Kiahuna Golf Club, LLC and
　　　　　　　　　　　　　　　　　　KG Kauai Development, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI, et al.,<br><br>　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the WITHDRAWAL OF

MOTION FOR PRETRIAL CONFERENCE AND TO MODIFY STIPULATED

PROTECTIVE ORDER, FILED ON JANUARY 16, 2007 was served electronically through CM/ECF on the following on April 12, 2007:

    PAUL ALSTON, ESQ.    palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

    WILLIAM BORDNER, ESQ.    bbordner@bmbe-law.com
    JOHN N.K. REYES-BURKE, ESQ.    jburke@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, April 12, 2007.

    /s/ Robert A. Marks
    WARREN PRICE III
    ROBERT A. MARKS

    Attorneys for Defendants
    KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC