ORIGINAL

PRICE OKAMOTO HIMENO & LUM

LODGED

1212

WARREN PRICE III
ROBERT A. MARKS                2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

APR 25 2007

3:15~
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

KLEVANSKY & PIPER, LLP
  A LIMITED LIABILITY LAW PARTNERSHIP

SIMON KLEVANSKY          3217-0
ALIKA L. PIPER            6949-0
CARISA LIMA KA'ALA HEE 7372-0
Pauahi Tower, Suite 770
1001 Bishop Street
Honolulu, Hawaii 96813
Phone: (808) 536-0200
Fax: (808) 536-0221
E-mail: sklevansky@kplawhawaii.com
        apiper@kplawhawaii.com
        kaalahee@kplawhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2007

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

Attorneys for Defendants, Counterclaimants,
and Third-Party Plaintiffs KG HOLDINGS, LLC
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 ACK-BMK |
| Plaintiff, | ) CV 04-00125 ACK-BMK |
| | ) CV 04-00126 ACK-BMK |
| vs. | ) CV 04-00127 ACK-BMK |
| | ) CV 04-00128 ACK-BMK |
| QK HOTEL, LLC, et al., | ) |
| Defendants. | ) CONSOLIATED CASES |
| | ) |

1803044.doc



and

FRANKLIN K. MUKAI, et al.,

        Third-Party Plaintiffs,

    vs.

SPORTS SHINKO (USA) CO., LTD., et al.,

        Third-Party Defendants

    and

SPORTS SHINKO (HAWAII) CO., LTD., et al.,

        Third-Party Defendants/
        Counterclaimants,

    vs.

QK HOTEL, LLC, et al.,

        Third-Party    Counterclaim
        Defendants.

AND CONSOLIDATED CASES

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
and ORDER**

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

      GELBER, GELBER & INGERSOLL, A Law Corporation, formerly known as Gelber, Gelber, Ingersoll & Klevansky, A Law Corporation, former counsel for KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and

- 2 -

1803044.doc

OR HOTEL, LLC (collectively the "KG PARTIES"), Defendants, Counterclaimants, and Third-Party Plaintiffs in the above-entitled action, hereby withdraws as co-counsel for the KG PARTIES.

KLEVANSKY & PIPER, LLP, A Limited Liability Law Partnership, hereby appears as substitute co-counsel for the KG PARTIES.

DATED: Honolulu, Hawaii, _April 24, 2007_____.

**GELBER, GELBER & INGERSOLL**
**A Law Corporation**

By: _____
    DON JEFFREY GELBER

**KLEVANSKY & PIPER, LLP**
**A Limited Liability Law Partnership**

_____
SIMON KLEVANSKY

CONSENT OF:
KG HOLDINGS, LLC, KIAHUNA GOLF
CLUB, LLC, KG KAUAI DEVELOPMENT,
LLC, PUKALANI GOLF CLUB, LLC, KG
MAUI DEVELOPMENT, LLC, MILILANI
GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC

By _____
    Name: Wayne Tanigawa
    Title/Position: Member

- 3 -

1803044.doc

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Sports Shinko Co., Ltd., v. QK Hotel, LLC, et al., Civil No. CV 04-00124 ACK-BMK, CV04-00125 ACK-BMK, CV04-00126 ACK-BMK, CV04-00127 ACK-BMK, and CV04-00128 ACK-BMK (Consolidated Cases), United States District Court, District of Hawaii; WITHDRAWAL AND SUBSTITUTION OF COUNSEL

- 4 -

1803044.doc