

Page 1 of 1

☐☐☐☐☐

**Hanada, Howard**

| | |
|---|---|
| From: | Iwamura, Steve (JP - Osaka) [steve.iwamura@tohmatsu.co.jp] |
| Sent: | Thursday, October 07, 2004 15:32 |
| To: | Yoko Mori (JP - Osaka) (Mori, Yoko (JP - Osaka)) |
| Cc: | Hanada, Howard |
| Subject: | FW: outstanding inv |
| Attachments: | outstanding inv.xls |

Yoko,
there was an overpayment on a prior invoice. Please start putting invoices together using this exel sheet as a start. We need to get these through.
Steve

-----Original Message-----
From: Hanada, Howard [mailto:Howard.Hanada@GT.com]
Sent: Friday, October 08, 2004 9:44 AM
To: Iwamura, Steve (JP - Osaka)
Subject: outstanding inv

<<outstanding inv.xls>>
Steve:
This is a listing of the outstanding invoices as of 9-30-04.
Would appreciate it if you could arrange for payment as soon as possible.
Thanks.

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material from any computer.

**EXHIBIT 26**

CONFIDENTIAL
GT036049

3/2/2005

Sports Shinko
Bills Outstanding
30-Sep-04

**SSUSA**

REDACTED

**SSH**

CONFIDENTIAL
GT036050

Grant Thornton LLP
The US Member Firm of
Grant Thornton International

Suite 1000
1132 Bishop Street
Honolulu, HI 96813
808 536 0066 Direct
808 523 8590 Fax
www.grantthornton.com

To:    Sports Shinko (USA) Co. Ltd.
Attn:  Steve Iwamura
       c/o Tohmatsu & Company
       Osaka Kokusai Building
       3-13 Azuchi-machi 2-chome
       Chuo-ku, Osaka, - Japan  541-0052

Date:  April 27, 2004

Bill Number: 931075884        Client-Assignment Code: 0150547-00069

Professional services rendered during the period April 6 to April 23, 2004, in connection with compilation of the December 31, 2002 financial statements.

Amount of bill:
Tax:                    REDACTED
Total Amount of Bill:

Terms:  As agreed
        Federal ID

CONFIDENTIAL
GT035981

Sports Shinko USA
Invoice 951075884
27-Apr-04

| Name | Rate | Hours | Extension |
|---|---|---|---|

H Haneda
L Fujii

Adjustment        REDACTED

GETax

CONFIDENTIAL
GT035983



Grant Thornton LLP
The US Member Firm of
Grant Thornton International

Suite 1500
1132 Bishop Street
Honolulu, HI 96813
808 536 0066 Direct
808 523 8590 Fax
www.grantthornton.com

To:   Sports Shinko (USA) Co. Ltd.
Attn: Steve Iwamura
      c/o Tohmatsu & Company
      Osaka Kokusai Building
      3-13 Azuchi-machi 2-chome
      Chuo-ku, Osaka, - Japan 541-0052

Date:  April 27, 2004

Bill Number: 951075893          Client-Assignment Code: 0150547-00087

Professional services rendered during the period April 12 to April 25, 2004, in connection with the compilation of the December 31, 2002 La Costa financial statements.

Amount of Bill:
Tax:                    
Total Amount of Bill:

Terms: As agreed upon
       Federal ID No.

-1-

CONFIDENTIAL
GT035978

Sports Shinko USA
Invoice SS1075863
27-Apr-04

| Name | Rate | Hours | Extension |
|------|------|-------|-----------|
| H Hanada | | | |
| L Fujii | | | |

REDACTED

Adjustment

GETax

CONFIDENTIAL
GT035980

Grant Thornton LLP
The US Member Firm of
Grant Thornton International

Suite 1000
1132 Bishop Street
Honolulu, HI 96813
808 536 0066 Direct
808 523 8590 Fax
www.grantthornton.com

To: Sports Shinko (USA) Co. Ltd.
Attn: Steve Twemura
c/o Tohmatsu & Company
Osaka Kokusai Building
3-13 Azuchi-machi 2-chome
Chuo-ku, Osaka, - Japan 541-0052

Date: April 29, 2004

Bill Number: 951078791    Client-Assignment Code: 0150547-00086

Professional tax services rendered in connection with research and discussions on revised 2002 transactions.

Amount of bill:
Tax:
Total Amount of Bill:

REDACTED

Terms: As agreed upon
Federal ID No.

-1-

CONFIDENTIAL
GT035984

Sports Shinko USA
Invoice 951076791
29-Apr-04

| Name | Rate | Hours | Extension |
|------|------|-------|-----------|

D Griffith
H Vixaysack

Adjustment

GETax

REDACTED

CONFIDENTIAL
GT035986

OCT. 9. 2004 9:21AM    GRANT THORNTON LLP                              NO. 0281   P. 4

The US Member Firm of
Grant Thornton International

Suite 1000
1132 Bishop Street
Honolulu, HI 96813
808 536 0066 Direct
808 523 8590 Fax
www.grantthornton.com

**COPY**

To:   Sports Shinko (USA) Co. Ltd.
Attn: Steve Iwamura
      c/o Tohmatsu & Company
      Osaka Kokusai Building
      3-13 Azuchi-machi 2-chome
      Chuo-ku, Osaka, - Japan 541-0052

Date: July 21, 2004

Bill Number: 951120413        Client-Assignment Code: 0150547-00090

Professional services rendered during the period April 22 to May 31, 2004, in connection with compilation of Sports Shinko (USA) Co. Ltd.'s December 31, 2003 financial statements.

Amount of bill:
Tax:                    REDACTED
Total Amount of Bill:

Terms: As agreed upon
       Federal ID No.

-3-

CONFIDENTIAL
GT035987

OCT. 9. 2004  9:21AM    GRANT THORNTON LLP                              NO. 0281    P. 5

SPORTS SHINKO USA
INV 951120413
21-Jul-04

              $/hr   hrs

H Hanada
H Hanada
           REDACTED
Adjustment

GET

)

)

CONFIDENTIAL
GT035988

OCT. 9. 2004 9:21AM   GRANT THORNTON LLP                                    NO. 0281   P. 5

The US Member Firm of
Grant Thornton International

Suite 1000
1132 Bishop Street
Honolulu, HI 96813
808 536 0066 Direct
808 523 8590 Fax
www.grantthornton.com

**COPY**

To:   Sports Shinko (USA) Co. Ltd.
Attn: Steve Tanimura
      c/o Tohmatsu & Company
      Osaka Kokusai Building
      3-13 Azuchi-machi 2-chome
      Chuo-ku, Osaka, - Japan 541-0052

Date:  July 21, 2004

Bill Number: 951120414          Client-Assignment Code: 0150547-00091

Professional services rendered during the period April 22 to May 31, 2004, in connection with compilation of La Costa's December 31, 2003 financial statement.

Amount of bill
Tax                          REDACTED
Total Amount of Bill

Terms:  As agreed upon
        Federal ID No.

-1-

CONFIDENTIAL
GT035989

OCT. 9. 2004  9:21AM    GRANT THORNTON LLP                         NO. 0281   P. 7

SPORTS SHINKO USA
INV 851120414
21-Jul-04

    $/hr hrs
H Hanada
L Fujii  REDACTED

Adjustment

GET

CONFIDENTIAL
GT035990



Grant Thornton LLP
The US Member Firm of
Grant Thornton International

Suite 1600
1132 Bishop Street
Honolulu, HI 96813-2830
808-536-0066 Tel
808-523-8590 Fax
www.grantthornton.com

# Grant Thornton

To: Sports Shinko (USA) Co. Ltd.
Attn: Steve Iwamura
c/o Tohmatsu & Company
Osaka Kokusai Building
3-13 Azuchi-machi 2-chome
Chuo-ku, Osaka, - Japan 541-0052

Date: September 21, 2004

Bill Number: 951149302            Client-Assignment Code: 0150547-00086

Professional tax services rendered in connection with preparation of 2003 Corporate Federal, Hawaii and California income tax returns, including tax processing charge and internal Federal Express charges.

Fees:
    D. Griffith, Sr. Manager
    K. Kretzer, Manager
    H. Vixaysack, Associate
    H. Vixaysack, Senior Associate
Total Fees:

Expenses:
    Tax Processing Charges
    Federal Express
Total Expenses:

Tax:

Total Amount of Bill

Terms: As agreed upon
Federal ID No.

*REDACTED*

CONFIDENTIAL
GT035991