SPORTS SHINKO (USA) CO., LTD. & SUBS

FORM 1120

STATEMENT 7

COMBINED INTEREST INCOME

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| INTEREST INCOME | | | | | | | | |
| TOTAL INTEREST INCOME | | | | | | | | |

REDACTED

| | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|---|---|---|---|
| INTEREST INCOME | | | | | | | |
| TOTAL INTEREST INCOME | | | | | | | |

CONFIDENTIAL
GT032815

STATEMENT(S) 7

**EXHIBIT G-7**