IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>       Plaintiff, <br>   vs. <br> QK HOTEL, LLC, et al., <br>       Defendants, <br>   and <br> FRANKLIN K. MUKAI, et al., <br>       Third-Party Plaintiffs, <br>   vs. <br> SPORTS SHINKO (USA) CO., LTD., et al., <br>       Third-Party Defendants, <br>   and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>       Third-Party Defendants/ <br>       Counterclaimants, <br>   vs. <br> QK HOTEL, LLC, et al., <br>       Third-Party Counterclaim <br>       Defendants. <br> AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK <br> CV 04-00127 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> LR 37.1(b) CERTIFICATE <br> OF COMPLIANCE |

LR 37.1(b) CERTIFICATE OF COMPLIANCE

I certify that I have complied with LR 37.1, and have previously conferred, in person, on multiple occasions, concerning the disputed issues raised by the foregoing Motion, in a good faith effort to limit the disputed issues and, if possible,

1

2

eliminate the necessity for the Motion.  Further discussions with SS's counsel to discuss these and other issues occurred on April 16, April 18 and May 2, 2007.

DATED: Honolulu, Hawaii, May 4, 2007.

    /s/ Robert A. Marks
ROBERT A. MARKS

2