IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>     Plaintiff, <br> vs. <br> QK HOTEL, LLC, et al., <br>     Defendants, <br> and <br> FRANKLIN K. MUKAI, et al., <br>     Third-Party Plaintiffs, <br> vs. <br> SPORTS SHINKO (USA) CO., LTD., et al., <br>     Third-Party Defendants, <br> and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>     Third-Party Defendants/ <br>     Counterclaimants, <br> vs. <br> QK HOTEL, LLC, et al., <br>     Third-Party Counterclaim <br>     Defendants. <br> AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK <br> CV 04-00127 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> DECLARATION OF <br> ROBERT A. MARKS |

<u>DECLARATION OF ROBERT A. MARKS</u>

Pursuant to 28 U.S.C. § 1746, ROBERT A. MARKS states as follows:

    1.    I am an attorney licensed to practice law before this court.

1

2. I am counsel for defendants, counterclaimants and third party plaintiffs QK Hotel, LLC, OR Hotel, LLC, and KG Holdings, LLC in these consolidated actions:

3. I have reviewed the attached memorandum of law. All facts set forth therein are true to the best of my knowledge, recollection and belief.

4. Attached and marked exhibits 1A and 1B are a true and correct copies of excerpts from the third amended complaints filed in CV Nos. 04-00124 ACK-BMK and 04-00127 ACK-BMK on January 19, 2007.

5. Attached and marked exhibits 2A and 2B are true and correct copies of the Loan Purchase Agreement and Supplement to Loan Purchase Agreement, respectively, produced by the SS parties in discovery. Because this exhibit was marked "confidential" by SS, pursuant to the agreement of the parties, SS's counsel will make arrangements for these exhibits to be filed under seal. I will arrange for a copy of Exhibit 2A and 2B to be delivered to the Court's chambers.

6. Attached and marked exhibit 3 is a true and correct copy of excerpts of SS's response to the KG Parties' discovery requests that were served on SS on January 3, 2005. SS's response was served on or about May 13, 2005.

7. Attached and marked exhibit 4 is a true and correct copy of excerpts of SS's response to a request for production of documents from KG Holdings, LLC

to Sports Shinko Co., Ltd.  The discovery request was made on August 31, 2005.  SS's response was served on or about November 1, 2005.

8. Attached and marked exhibits 5A and 5B are true and correct copies of excerpts from the SS Parties' March 30, 2007 responses to interrogatories served by Defendant Franklin Mukai on October 19, 2006 in CV Nos. 04-00124 ACK-BMK and 04-00127 ACK-BMK, respectively.

9. Attached and marked exhibit 6 is a true and correct copy of excerpts of my letter dated October 14, 2005 to Paul Alston and Glenn Melchinger and the enclosure thereto.

10. Attached and marked exhibit 7 is a true and correct copy of excerpts of my letter to the Honorable Barry M. Kurren dated November 16, 2005, which enclosed my letter of November 15, 2005 to Paul Alston and Glenn Melchinger and the enclosure thereto.

11. Attached and marked exhibit 8 is a true and correct copy of excerpts of my letter to Glenn Melchinger dated January 22, 2007.  This letter was also filed with the Court as an exhibit to a motion on January 31, 2007 in these consolidated cases.

12. Attached and marked exhibit 9 is a true and correct copy of an e-mail exchange between Bruce Wakuzawa and me that took place between March 28, 2007 – March 29, 2007.

13. Attached and marked Exhibit 9A are true and correct copies of certain documents provided to my office by counsel for plaintiff on March 23, 2007, specifically: Bates 022 0211, GT026233, 256 0842, 022 0319 – 320, and five pages that are not bates marked that appear to have their origin in SS File Folder 026-2.

14. Attached and marked exhibit 10 is a true and correct copy of an e-mail exchange between Glenn Melchinger and me that took place between February 1, 2006 – February 8, 2006.

15. Attached and marked exhibit 11 is a true and correct copy of a letter from Glenn Melchinger to me dated February 20, 2007, together with an excerpt from the enclosure to that letter.

16. Attached and marked exhibit 12 is a true and correct copy of a printout of an e-mail I sent to Bruce Wakuzawa on April 17, 2007.

17. Attached and marked exhibit 13 is a true and correct copy of a printout of an e-mail exchange between Bruce Wakuzawa and me that occurred on April 26-27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 4, 2007.

                                        /s/ Robert A. Marks
                                        ROBERT A. MARKS