PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III                1212
ROBERT A. MARKS                 2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY & PIPER, LLC
SIMON KLEVANSKY              3217-0
ALIKA L. PIPER               6949-0
CARISA LIMA KA'ALA HEE       7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii 96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail:     sklevansky@kplawhawaii.com
            apiper@ kplawhawaii com;
            kaalahee@ kplawhawaii com

Attorneys for Defendants, Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC, and OR HOTEL, LLC
("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>     Plaintiff, <br>   vs. <br> QK HOTEL, LLC, et al., <br>     Defendants, <br>  and <br> FRANKLIN K. MUKAI, et al., <br>     Third-Party Plaintiffs, <br>   vs. | CV 04-00124 ACK-BMK <br> CV 04-00127 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> KG PARTIES' SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING ORDER; MEMORANDUM IN SUPPORT OF MOTION; LR 37.1(b) CERTIFICATE OF COMPLIANCE; |

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., et al., <br><br>　　　Third-Party Defendants, <br><br>　and <br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>　　　Third-Party Defendants/ Counterclaimants, <br><br>　vs. <br><br>QK HOTEL, LLC, et al., <br><br>　　　Third-Party Counterclaim Defendants. <br><br>AND CONSOLIDATED CASE | DECLARATION OF ROBERT A. MARKS; EXHIBITS 1 - 13; CERTIFICATE OF SERVICE |

KG PARTIES' SECOND AMENDED MOTION TO COMPEL DISCOVERY AND FOR A SCHEDULING ORDER[1]

Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC ("KG Parties") hereby move this Honorable Court for an order compelling Sports Shinko Co., Ltd. to respond to certain discovery requests relating to the proof of plaintiff's status as a creditor as

---

[1]　　This Motion was first amended on April 11, 2007 to take into account the dismissal of D. Hawaii CV Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK, pursuant to the order of the Honorable Alan C. Kay on April 5, 2006.  Judge Kay's order was filed just two hours after this Motion was first filed.

　　　The motion was further amended to place before the Court the SS Parties' failure to produce supporting documents from which the December 30, 2004 financial statements of SS-USA and its subsidiaries were prepared.  These documents are critical to understanding the debtor-creditor relationships alleged in these cases.

2

it alleges in the complaints herein. Moreover, the KG parties seek the aid of the Court in establishing a Rule 16 Scheduling Order.

This Motion is made pursuant to Rules 16, 37(a)(2)(A) and 37(a)(3) of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the United States District Court for the District of Hawaii, and is supported by the attached memorandum and exhibits and the record herein.

While the KG Parties may be entitled to recover their expenses and attorneys' fees incurred in connection with this Motion, they waive that relief, provided the KG Parties reserve all rights and remedies in connection with any subsequent motions under Rule 37 that may hereafter be filed.

DATED: Honolulu, Hawaii, May 4, 2007.

    /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC