| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 149 1855 |  | 5 |  |
| 149 1893 | 149 1897 | 5 |  |
| 149 2191 | 149 2197 | 5 |  |
| 149 2308 | 149 2310 | 5 |  |
| 149 2311 | 149 2312 | 5 |  |
| 149 2444 | 149 2445 | 5 |  |
| 155 1326; | 155 1347 | 5 |  |
| 159 0089 |  | 5 |  |
| 162 1870 |  | 5 |  |
| 164 0696 |  | 5 |  |
| 164 1323 | 164 1445 | 5 |  |
| 164 1539 | 164 1540 | 5 |  |
| 164 1550 | 164 1552 | 5 |  |
| 164 2174 | 164 2178 | 5 |  |
| 164 2207 | 164 2210 | 5 |  |
| 164 2218 | 164 2221 | 5 |  |
| 164 2229 | 164 2243 | 5 |  |
| 164 2244 | 164 2264 | 5 |  |
| 164 2266 | 164 2267 | 5 |  |
| 164 2819 | 164 2829 | 5 |  |
| 164 3567 | 164 3568 | 5 |  |
| 165 0070 | 165 0071 | 5 |  |
| 165 0135; | 165 0137 | 5 |  |
| 165 1780 |  | 5 |  |
| 165 1808 |  | 5 |  |
| 165 1818 |  | 5 |  |
| 165 1874 |  | 5 |  |
| 165 2119 |  | 5 |  |
| 165 2464 |  | 5 |  |
| 166 0274 | 166 0283 | 5 |  |
| 166 0274 | 166 0283 | 5 |  |
| 166 0507 | 166 0512 | 5 |  |
| 167 0279 | 167 0314 | 5 |  |
| 167 0387 | 167 0421 | 5 |  |
| 167 0510 | 167 0543 | 5 |  |
| 167 0570 | 167 0602 | 5 |  |
| 167 0624 | 167 0650 | 5 |  |
| 167 0981 | 167 0999 | 5 |  |
| 167 1075 | 167 1094 | 5 |  |
| 167 1095 | 167 1114 | 5 |  |
| 167 1190 | 167 1207 | 5 |  |
| 168 0355 |  | 5 |  |
| 168 0387 |  | 5 |  |
| 168 1195 |  | 5 |  |
| 169 0004 | 169 0005 | 5 |  |
| 170 0291 | 170 0292 | 5 |  |
| 170 0672 |  | 5 |  |
| 173 0020 | 173 0023 | 5 |  |
| 173 0026 | 173 0027 | 5 |  |
| 173 0049 | 1730053 | 5 |  |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 174 0332 | | 5 | |
| 174 0926 | 174 0927 | 5 | |
| 174 1059 | | 5 | |
| 174 1831 | 174 1833 | 5 | |
| 174 1841 | 174 1850 | 5 | |
| 174 1880 | 174 1881 | 5 | |
| 174 1885 | | 5 | |
| 177 0016 | | 5 | |
| 177 1665 | 177 1670 | 5 | |
| 177 2830 | 177 2840 | 5 | |
| 179 3278 | | 5 | |
| 179 3742 | 179 3744 | 5 | |
| 179 3773 | 179 3777 | 5 | |
| 181 0863 | | 5 | |
| 181 0864 | 181 0865 | 5 | |
| 181 0878 | | 5 | |
| 181 0906 | | 5 | |
| 181 0909 | 181 0910 | 5 | |
| 181 0911 | 181 0913 | 5 | |
| 181 0915 | 181 0916 | 5 | |
| 181 0917 | | 5 | |
| 181 0922 | | 5 | |
| 181 0999 | | 5 | |
| 181 1001 | | 5 | |
| 181 1050 | | 5 | |
| 181 1072 | | 5 | |
| 181 1073 | 181 1074 | 5 | |
| 181 1077 | | 5 | |
| 181 1089 | | 5 | |
| 181 1103 | 181 1104 | 5 | |
| 181 1105 | 181 1106 | 5 | |
| 181 1105 | 181 1106 | 5 | |
| 181 1118 | 181 1125 | 5 | |
| 181 1172 | | 5 | |
| 181 1206 | | 5 | |
| 181 1209 | | 5 | |
| 181 1213 | 181 1217 | 5 | |
| 181 1218 | 181 1221 | 5 | |
| 181 1241 | 181 1242 | 5 | |
| 181 1241 | | 5 | |
| 181 1241 | | 5 | |
| 181 1346 | 181 1347 | 5 | |
| 181 1349 | 181 1350 | 5 | |
| 181 1363 | 181 1365 | 5 | |
| 181 1376 | | 5 | |
| 181 1383 | 181 1384 | 5 | |
| 181 1383 | 181 1384 | 5 | |
| 181 1500 | 181 1502 | 5 | |
| 181 1509 | 181 1511 | 5 | |
| 181 1512 | 181 1516 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 181 1517 | 181 1522 | 5 | |
| 181 1528 | 181 1529 | 5 | |
| 181 1559; | 181 1569 | 5 | |
| 181 1589 | 181 1590 | 5 | |
| 181 2354 | | 5 | |
| 181 2359 | | 5 | |
| 181 2361 | | 5 | |
| 181 2366 | 181 2370 | 5 | |
| 181 2374 | | 5 | |
| 181 2377 | | 5 | |
| 181 2388 | | 5 | |
| 181 2390 | | 5 | |
| 181 2394 | 181 2396 | 5 | |
| 181 2400 | | 5 | |
| 181 2903; | 181 2916 | 5 | |
| 181 2916 | | 5 | |
| 181 2923 | 181 2947 | 5 | |
| 181 3005 | 181 3021 | 5 | |
| 181 3023 | 181 3036 | 5 | |
| 181 3342 | 181 3343 | 5 | |
| 181 3612 | | 5 | |
| 181 3615 | | 5 | |
| 181 3626 | | 5 | |
| 181 3629 | | 5 | |
| 181 3661 | 181 3666 | 5 | |
| 181 3715 | | 5 | |
| 181 3716 | | 5 | |
| 181 3742 | 181 3746 | 5 | |
| 181 3747 | 181 3751 | 5 | |
| 181 3747 | | 5 | |
| 181 3829 | | 5 | |
| 181 3839 | | 5 | |
| 181 3841 | | 5 | |
| 181 3940 | 181 3941 | 5 | |
| 181 3978 | 181 3979 | 5 | |
| 181 3983 | | 5 | |
| 181 4015 | 181 4016 | 5 | |
| 181 4024 | | 5 | |
| 183 1559 | 183 1565 | 5 | |
| 183 2058 | | 5 | |
| 183 2179 | 183 2180 | 5 | |
| 183 2224 | | 5 | |
| 184 0313 | | 5 | |
| 184 0694 | | 5 | |
| 184 0906 | 184 0911 | 5 | |
| 184 2516 | | 5 | |
| 184 3001 | 184 3003 | 5 | |
| 184 3001 | | 5 | |
| 188 0329 | 188 0330 | 5 | |
| 188 1141 | | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 188 1142; | 188 1202 | 5 | |
| 188 1211 | 188 1214 | 5 | |
| 191 0713 | 191 0716 | 5 | |
| 191 0719 | 191 0721 | 5 | |
| 191 0740; | 191 0746 | 5 | |
| 191 0985 | 191 0992 | 5 | |
| 191 1284 | 191 1285 | 5 | |
| 194 0179 | 194 0199 | 5 | |
| 194 0200 | 194 0220 | 5 | |
| 194 0221 | 194 0242 | 5 | |
| 194 0243 | 194 0264 | 5 | |
| 194 0265 | 194 0284 | 5 | |
| 194 0285 | 194 0304 | 5 | |
| 194 0305 | 194 0327 | 5 | |
| 194 0328 | 194 0350 | 5 | |
| 194 0351 | 194 0376 | 5 | |
| 194 0377 | 194 0402 | 5 | |
| 194 0403 | 194 0413 | 5 | |
| 194 0414 | 194 0444 | 5 | |
| 194 0548 | 194 0581 | 5 | |
| 194 0582 | 194 0600 | 5 | |
| 194 0601 | 194 0612 | 5 | |
| 194 0613 | 194 0639 | 5 | |
| 194 0640 | 194 0674 | 5 | |
| 194 0675 | 194 0709 | 5 | |
| 194 0710 | 194 0745 | 5 | |
| 194 0746 | 194 0781 | 5 | |
| 194 0782 | 194 0843 | 5 | |
| 194 0818 | 194 0843 | 5 | |
| 194 0844 | 194 0878 | 5 | |
| 194 0933 | 194 0966 | 5 | |
| 194 0967 | 194 0985 | 5 | |
| 194 0986 | 194 1021 | 5 | |
| 194 1939 | 194 2033 | RFI # | |
| 194 2034 | 194 2151 | 5 | |
| 194 2153 | 194 2276 | 5 | |
| 194 2380 | | 5 | |
| 194 2402; | 194 2418 | 5 | |
| 196 2349 | 196 2367 | 5 | |
| 197 0150 | 197 0168 | 5 | |
| 197 0169 | 197 0178 | 5 | |
| 197 0179 | 197 0190 | 5 | |
| 197 0191 | | 5 | |
| 197 0192 | 197 0197 | 5 | |
| 206 0587 | | 5 | |
| 206 0608 | | 5 | |
| 206 0649; | 206 0652 | 5 | |
| 208 0413 | 208 0414 | 5 | |
| 209 0246 | | 5 | |
| 209 0698 | | 5 | |

Sports Shinko Co., Ltd. vs. OR-SI, LLC; Civil No. 04-00427

Case 1:04-cv-00424-BMK    Document 256-3    Filed 05/04/2007    Page 5 of 19

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 209 0701 | | 5 | |
| 209 0702 | | 5 | |
| 209 0715 | | 5 | |
| 209 0720 | | 5 | |
| 209 0720 | | 5 | |
| 209 0732 | | 5 | |
| 209 0736 | | 5 | |
| 209 2004 | | 5 | |
| 209 2005 | | 5 | |
| 209 2166 | | 5 | |
| 209 2168 | | 5 | |
| 209 2169 | | 5 | |
| 209 2325 | 209 2326 | 5 | |
| 209 2327 | 209 2329 | 5 | |
| 209 2330 | | 5 | |
| 209 2330 | | 5 | |
| 209 2331 | 209 2332 | 5 | |
| 209 2333 | 209 2334 | 5 | |
| 209 2335 | 209 2336 | 5 | |
| 209 2337 | 209 2338 | 5 | |
| 209 2451 | | 5 | |
| 209 2754 | | 5 | |
| 209 2806 | | 5 | |
| 209 2830 | | 5 | |
| 209 2832 | | 5 | |
| 209 2966 | | 5 | |
| 209 2967 | 209 2968 | 5 | |
| 209 2969 | 209 2970 | 5 | |
| 210 0004; | 210 0006 | 5 | |
| 210 0284 | | 5 | |
| 210 0285 | 210 0286 | 5 | |
| 210 0287 | 210 0291 | 5 | |
| 210 0727 | | 5 | |
| 210 0734 | | 5 | |
| 210 2075 | 210 2077 | 5 | |
| 211 0584 | 211 0591 | 5 | |
| 212 2373 | 212 2374 | 5 | |
| 214 2432; | 214 2504 | 5 | |
| 214 3506 | | 5 | |
| 216 0239; | 216 0268 | 5 | |
| 217 0936 | | 5 | |
| 217 0947 | 217 0948 | 5 | |
| 217 1075 | 217 1076 | 5 | |
| 217 1101 | | 5 | |
| 217 1139 | | 5 | |
| 217 1177 | | 5 | |
| 218 4292 | | 5 | |
| 218 4403 | | 5 | |
| 218 4565 | | 5 | |
| 219 3604 | 219 3608 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 219 4394 | | 5 | |
| 220 1376 | | 5 | |
| 220 1594 | | 5 | |
| 220 1792; | 220 1822 | 5 | |
| 220 1830 | 220 1838 | 5 | |
| 220 2388 | | 5 | |
| 220 2396 | | 5 | |
| 221 0002 | | 5 | |
| 221 0360 | | 5 | |
| 221 0360 | | 5 | |
| 221 0930 | | 5 | |
| 221 1147 | 221 1148 | 5 | |
| 222 0682 | | 5 | |
| 222 0897 | 222 0899 | 5 | |
| 222 0906 | 222 0907 | 5 | |
| 222 1028 | 222 1091 | 5 | |
| 222 1162 | | 5 | |
| 222 1611 | 222 1612 | 5 | |
| 222 1650 | 222 1665 | 5 | |
| 222 1669 | | 5 | |
| 222 1743 | 222 1774 | 5 | |
| 222 1775 | 222 1802 | 5 | |
| 223 1261 | 223 1271 | 5 | |
| 223 1272 | 223 1276 | 5 | |
| 223 1289 | 223 1291 | 5 | |
| 223 1360 | 223 1361 | 5 | |
| 223 1368 | | 5 | |
| 223 1485 | 223 1487 | 5 | |
| 223 1733 | | 5 | |
| 223 1736 | | 5 | |
| 223 1737 | | 5 | |
| 223 1739 | 223 1742 | 5 | |
| 223 1761 | 223 1762 | 5 | |
| 223 1761 | 223 1762 | 5 | |
| 223 1776 | 223 1784 | 5 | |
| 223 1785 | 223 1793 | 5 | |
| 223 1801 | | 5 | |
| 223 1805 | | 5 | |
| 223 1812 | | 5 | |
| 223 1826 | 223 1835 | 5 | |
| 223 1840 | 223 1843 | 5 | |
| 223 1874 | 223 1875 | 5 | |
| 223 1899 | 223 1900 | 5 | |
| 223 1904 | 223 1907 | 5 | |
| 223 1908 | 223 1911 | 5 | |
| 223 1912 | 223 1916 | 5 | |
| 223 1932 | 223 1935 | 5 | |
| 223 1953 | 223 1958 | 5 | |
| 223 1961 | 223 1962 | 5 | |
| 225 0894 | 225 0899 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 225 0901; | 225 0920 | 5 | |
| 225 0923 | 225 0928 | 5 | |
| 225 0929; | 225 0993 | 5 | |
| 225 0935 | 225 0936 | 5 | |
| 225 0953 | 225 0958 | 5 | |
| 225 0963 | 225 0968 | 5 | |
| 225 0970 | 225 0984 | 5 | |
| 225 0985 | 225 0990 | 5 | |
| 225 0994 | 225 0998 | 5 | |
| 225 1002 | 225 1014 | 5 | |
| 225 1762 | | 5 | |
| 226 0351 | 226 0568 | 5 | |
| 231 0144; | 231 0170 | 5 | |
| 231 0292; | 231 0294 | 5 | |
| 231 0296 | | 5 | |
| 231 0297 | | 5 | |
| 231 0299 | | 5 | |
| 231 0300 | 231 0302 | 5 | |
| 231 0316 | | 5 | |
| 231 0318 | | 5 | |
| 231 1832 | 231 1833 | 5 | |
| 231 1844 | 231 1845 | 5 | |
| 231 1848 | | 5 | |
| 231 1852 | | 5 | |
| 231 1864 | 231 1866 | 5 | |
| 231 1908; | 231 2136 | 5 | |
| 241 0140 | 241 0145 | 5 | |
| 241 0274 | 241 0279 | 5 | |
| 241 0284 | 241 0288 | 5 | |
| 241 0436 | 241 0438 | 5 | |
| 241 0630 | 241 0631 | 5 | |
| 241 0771 | 241 0772 | 5 | |
| 241 0952 | 241 0953 | 5 | |
| 241 1160 | 241 1161 | 5 | |
| 241 1374 | 241 1375 | 5 | |
| 241 1914 | 241 1916 | 5 | |
| 241 1974 | 241 1975 | 5 | |
| 241 2044 | 241 2045 | 5 | |
| 241 2112 | 241 2113 | 5 | |
| 241 2368 | 241 2372 | 5 | |
| 257 1863 | 257 1957 | 5 | |
| A 22855 | | 5 | |
| A 26096 | A 26115 | 5 | |
| A 28299 | A 28336 | 5 | |
| A 30046 | A 30062 | 5 | |
| A 30063 | A 3378 | 5 | |
| A 30150 | A 30183 | 5 | |
| CB001196 | CB001199 | 5 | |
| CB001200 | CB001201 | 5 | |
| CB001202 | CB001205 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| CB001206 |  | 5 |  |
| CB001216 |  | 5 |  |
| CB001218 |  | 5 |  |
| CB001219 |  | 5 |  |
| CB001229 |  | 5 |  |
| CB001230 |  | 5 |  |
| CB001235 | CB001237 | 5 |  |
| CB001238 | CB001240 | 5 |  |
| CB001246 | CB001248 | 5 |  |
| CB001249 | CB001265 | 5 |  |
| CB001284 | CB001287 | 5 |  |
| CB001338 | CB001349 | 5 |  |
| CB002191 | CB002192 | 5 |  |
| CB002195 | CB002204 | 5 |  |
| CB003252 | CB003253 | 5 |  |
| CB003288 | CB003292 | 5 |  |
| CB003293 | CB003304 | 5 |  |
| CB003321 | CB003336 | 5 |  |
| CB004318 | CB004324 | 5 |  |
| CB004334 | CB004345 | 5 |  |
| CB004397 | CB004399 | 5 |  |
| CB004557 | CB004571 | 5 |  |
| GT000136 | GT000141 | 5 |  |
| GT001359 | GT001360 | 5 |  |
| GT001392 | GT001398 | 5 |  |
| GT001479 | GT001480 | 5 |  |
| GT002051 | GT002052 | 5 |  |
| GT002196; | GT002211 | 5 |  |
| GT009238 | GT009239 | 5 |  |
| GT009240 |  | 5 |  |
| GT009391 | GT009393 | 5 |  |
| GT009580 | GT009586 | 5 |  |
| GT009931 | GT009934 | 5 |  |
| GT009945 | GT009949 | 5 |  |
| GT010092 | GT010097 | 5 |  |
| GT010458 | GT010459 | 5 |  |
| GT010461 | GT010462 | 5 |  |
| GT010469 | GT010470 | 5 |  |
| GT010494 | GT010495 | 5 |  |
| GT010741 | GT010742 | 5 |  |
| GT010830 | GT010832 | 5 |  |
| GT010871 | GT010875 | 5 |  |
| GT010877 |  | 5 |  |
| GT010905 |  | 5 |  |
| GT010948 | GT010951 | 5 |  |
| GT010953 | GT010962 | 5 |  |
| GT011050 | GT011057 | 5 |  |
| GT011072; | GT011078 | 5 |  |
| GT011224 | GT011226 | 5 |  |
| GT011227 | GT011231 | 5 |  |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT011248 | GT011249 | 5 | |
| GT011336 | GT011338 | 5 | |
| GT011753 | GT011768 | 5 | |
| GT011945 | GT011947 | 5 | |
| GT011960 | GT011963 | 5 | |
| GT011966; | GT011975 | 5 | |
| GT012279 | GT012280 | 5 | |
| GT012291 | GT012292 | 5 | |
| GT012554 | | 5 | |
| GT012611 | GT012612 | 5 | |
| GT012788 | GT012789 | 5 | |
| GT012804 | | 5 | |
| GT012813 | | 5 | |
| GT012900 | | 5 | |
| GT012938 | GT012940 | 5 | |
| GT012941 | | 5 | |
| GT013016 | | 5 | |
| GT013072 | | 5 | |
| GT013143 | GT013144 | 5 | |
| GT014422 | GT014423 | 5 | |
| GT014478 | | 5 | |
| GT014485 | | 5 | |
| GT014827 | | 5 | |
| GT014927 | | 5 | |
| GT015029 | | 5 | |
| GT015031 | | 5 | |
| GT015032 | | 5 | |
| GT015035 | GT015038 | 5 | |
| GT015092 | GT015093 | 5 | |
| GT015567 | GT015575 | 5 | |
| GT015576 | GT015585 | 5 | |
| GT016398 | GT016399 | 5 | |
| GT016407 | GT016408 | 5 | |
| GT019706 | GT019739 | 5 | |
| GT019942 | GT019944 | 5 | |
| GT019952 | GT019961 | 5 | |
| GT019982 | GT019988 | 5 | |
| GT020132 | GT020135 | 5 | |
| GT020138 | GT020139 | 5 | |
| GT020145 | GT020148 | 5 | |
| GT020149 | GT020151 | 5 | |
| GT020152 | GT020155 | 5 | |
| GT020158 | | 5 | |
| GT020159 | GT020160 | 5 | |
| GT020171 | | 5 | |
| GT020192 | | 5 | |
| GT020411 | GT020414 | 5 | |
| GT020417 | | 5 | |
| GT020418 | GT020419 | 5 | |
| GT020658 | GT020662 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT020771 | | 5 | |
| GT021384 | GT021395 | 5 | |
| GT021452 | | 5 | |
| GT021455 | GT021456 | 5 | |
| GT021457 | GT021458 | 5 | |
| GT021457 | | 5 | |
| GT021462 | | 5 | |
| GT021476 | | 5 | |
| GT021492 | | 5 | |
| GT021522; | GT021540 | 5 | |
| GT021522; | GT021540 | 5 | |
| GT025042 | GT025045 | 5 | |
| GT025046 | GT025047 | 5 | |
| GT025053 | | 5 | |
| GT025110 | | 5 | |
| GT025112 | GT025113 | 5 | |
| GT025114 | | 5 | |
| GT026132 | | 5 | |
| GT026135 | | 5 | |
| GT026148 | | 5 | |
| GT026219 | GT026220 | 5 | |
| GT026219 | GT026220 | 5 | |
| GT026221 | GT026225 | 5 | |
| GT026226 | GT026227 | 5 | |
| GT026226 | GT026227 | 5 | |
| GT026566 | GT026570 | 5 | |
| GT026657 | | 5 | |
| GT027296 | GT027298 | 5 | |
| GT029513 | GT029547 | 5 | |
| GT029699 | GT029711 | 5 | |
| GT030715; | GT030744 | 5 | |
| GT030745 | GT030749 | 5 | |
| GT030750 | GT030753 | 5 | |
| GT031352 | | 5 | |
| GT031353 | GT031359 | 5 | |
| GT031354 | | 5 | |
| GT031635 | GT031639 | 5 | |
| GT031646 | | 5 | |
| GT031647 | | 5 | |
| GT032777 | | 5 | |
| GT032922 | GT032927 | 5 | |
| GT032926 | GT032927 | 5 | |
| GT032928 | GT032929 | 5 | |
| GT033746 | | 5 | |
| GT033750 | GT033754 | 5 | |
| GT034129 | GT034132 | 5 | |
| GT034155 | GT034160 | 5 | |
| GT034212 | GT034213 | 5 | |
| GT034215 | GT034218 | 5 | |
| GT034220; | GT034222 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT034232 | GT034233 | 5 | |
| GT034234 | GT034235 | 5 | |
| GT034282 | GT034303 | 5 | |
| GT034319 | GT034322 | 5 | |
| GT034343 | GT034345 | 5 | |
| GT034435 | GT034441 | 5 | |
| GT034545 | | 5 | |
| GT034651 | | 5 | |
| GT034657 | GT034658 | 5 | |
| GT034677 | GT034690 | 5 | |
| GT034820 | GT034821 | 5 | |
| GT034822 | GT034830 | 5 | |
| GT034839 | GT034840 | 5 | |
| GT034841 | GT034844 | 5 | |
| GT034848 | GT034856 | 5 | |
| GT035713 | GT035714 | 5 | |
| GT18606 | GT18607 | 5 | |
| GTV 000127 | GTV 000129 | 5 | |
| GTV 000239 | GTV 000240 | 5 | |
| GTV 000241 | GTV 000242 | 5 | |
| GTV 000286 | GTV 000289 | 5 | |
| GTV 000380 | GTV 000385 | 5 | |
| GTV 000434 | GTV 000439 | 5 | |
| GTV 000599 | | 5 | |
| GTV 000851 | GTV 000852 | 5 | |
| GTV 000914 | GTV 000917 | 5 | |
| GTV 000926 | GTV 000934 | 5 | |
| GTV 001322 | GTV 001334 | 5 | |
| GTV 001387 | | 5 | |
| GTV 001394 | | 5 | |
| GTV 001435 | GTV 001468 | 5 | |
| GTV 001485 | | 5 | |
| GTV 001487 | | 5 | |
| GTV 001493 | | 5 | |
| GTV 001499 | GTV 001501 | 5 | |
| GTV 001592 | GTV 001593 | 5 | |
| GTV 001761 | GTV 001769 | 5 | |
| GTV 001837 | | 5 | |
| GTV 001908 | GTV 001916 | 5 | |
| GTV 001920 | | 5 | |
| GTV 001934 | GTV 001936 | 5 | |
| GTV 001937 | GTV 001941 | 5 | |
| GTV 001942 | GTV 001943 | 5 | |
| GTV 001946 | GTV 001951 | 5 | |
| GTV 001954 | GTV 001963 | 5 | |
| GTV 001964 | | 5 | |
| GTV 002093 | GTV 002095 | 5 | |
| GTV 002129 | GTV 002132 | 5 | |
| GTV 002135 | | 5 | |
| GTV 002136 | GTV 002137 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GTV 002143 |  | 5 |  |
| GTV 002144 | GTV 002146 | 5 |  |
| GTV 002147 |  | 5 |  |
| GTV 002691 | GTV 002693 | 5 |  |
| GTV 002694 | GTV 002700 | 5 |  |
| GTV 002701 | GTV 002703 | 5 |  |
| GTV 002704 | GTV 002709 | 5 |  |
| GTV 002711 | GTV 002719 | 5 |  |
| GTV 002720 | GTV 002729 | 5 |  |
| GTV 002906 | GTV 002909 | 5 |  |
| GTV 002910 | GTV 002911 | 5 |  |
| GTV 002912 |  | 5 |  |
| GTV 002916 | GTV 002917 | 5 |  |
| GTV 002918 | GTV 002919 | 5 |  |
| GTV 002920 | GTV 002921 | 5 |  |
| GTV 002922 | GTV 002923 | 5 |  |
| GTV 002924 | GTV 002925 | 5 |  |
| GTV 002926 | GTV 002927 | 5 |  |
| GTV 002930 | GTV 002934 | 5 |  |
| GTV 002985 | GTV 003008 | 5 |  |
| GTV 003016 | GTV 003018 | 5 |  |
| GTV 003058 | GTV 003076 | 5 |  |
| GTV 004155 | GTV 004180 | 5 |  |
| KPMG 0411 | KPMG 0426 | 5 |  |
| KPMG 1379(A); | KMPG 1382(A) | 5 |  |
| KPMG 2240(A); | KPMG 2249(A) | 5 |  |
| KPMG 2251 | KPMG 2263 | 5 |  |
| KPMG 2262(A) | KPMG 2623(A) | 5 |  |
| KPMG 2265 | KPMG 2280 | 5 |  |
| KPMG 2274(A); | KPMG 2300(A) | 5 |  |
| KPMG 2304 | KPMG 2318 | 5 |  |
| KPMG 2326 | KPMG 2343 | 5 |  |
| KPMG 2370 | KPMG 2386 | 5 |  |
| KPMG 2406 | KPMG 2421 | 5 |  |
| KPMG 2434 | KPMG 2447 | 5 |  |
| KPMG 2459 | KPMG 2471 | 5 |  |
| KPMG 2479 | KPMG 2491 | 5 |  |
| PCC02491 | PCC02493 | 5 |  |
| PCC02506 | PCC02535 | 5 |  |
| PFFFF01249 | PFFFF01274 | 5 |  |
| PLL01555 | PLL01558 | 5 |  |
| PLL02340 | PLL02358 | 5 |  |
| PPP02329 | PPP02331 | 5 |  |
| PQQ00400 |  | 5 |  |
| PQQ01451 | PQQ01452 | 5 |  |
| PQQ02024 | PQQ02027 | 5 |  |
| PR00015 | PR00016 | 5 |  |
| PR00379 |  | 5 |  |
| PR00426 | PR00431 | 5 |  |
| PR00476 | PR00481 | 5 |  |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| PR00482 | PR00483 | 5 | |
| PR00571 | | 5 | |
| PR00645 | | 5 | |
| PR00651 | PR00652 | 5 | |
| PR00740 | PR00744 | 5 | |
| PR00776 | PR00777 | 5 | |
| PR00825 | PR00829 | 5 | |
| PR01521 | | 5 | |
| PR01736 | PR01737 | 5 | |
| PR01739 | | 5 | |
| PR01740 | | 5 | |
| PR01748 | | 5 | |
| PR01749 | | 5 | |
| PR01753 | PR01757 | 5 | |
| PR01760 | PR01761 | 5 | |
| PR01763 | | 5 | |
| PR01765 | | 5 | |
| PR01772 | | 5 | |
| PR01773 | | 5 | |
| PR01773a | | 5 | |
| PR01775 | | 5 | |
| PR01776 | | 5 | |
| PR01777 | | 5 | |
| PR01778 | | 5 | |
| PR01779 | | 5 | |
| PR01780 | | 5 | |
| PR01781 | | 5 | |
| PR01820 | | 5 | |
| PR01845 | PR01848 | 5 | |
| PR01853 | | 5 | |
| PR01883 | PR01884 | 5 | |
| PR01885 | PR01887 | 5 | |
| PR01893 | | 5 | |
| PR01895 | | 5 | |
| PR01901 | PR01902 | 5 | |
| PR01908 | PR01909 | 5 | |
| PR01915 | PR01916 | 5 | |
| PR01923 | | 5 | |
| PR01930 | PR01931 | 5 | |
| PR01943 | PR01944 | 5 | |
| PR01954 | | 5 | |
| PR01960 | PR01961 | 5 | |
| PR01977 | PR01978 | 5 | |
| PR01983 | PR01985 | 5 | |
| PR01999 | | 5 | |
| PR02004 | PR02005 | 5 | |
| PR02020 | | 5 | |
| PR02023 | | 5 | |
| PR02036 | | 5 | |
| PR02039 | PR02041 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| PR02044 | | 5 | |
| PR02047 | | 5 | |
| PR02055 | PR02055(a) | 5 | |
| PR02059 | PR02060 | 5 | |
| PR02067 | PR02068 | 5 | |
| PR02077 | | 5 | |
| PR02088 | PR02093 | 5 | |
| PR02117 | | 5 | |
| PR04879 | PR01880 | 5 | |
| PRR00004 | | 5 | |
| PRR00083 | | 5 | |
| PRR00148 | | 5 | |
| PT00496 | PT00497 | 5 | |
| PT00508 | PT00509 | 5 | |
| PT00510 | PT00511 | 5 | |
| PT00512 | | 5 | |
| PT00519 | PT00520 | 5 | |
| PT00529 | | 5 | |
| PT00530 | PT00532 | 5 | |
| PT00535 | PT00548 | 5 | |
| PT00549 | | 5 | |
| PT00550 | PT00551 | 5 | |
| PT01239 | PT01248 | 5 | |
| PT01326 | | 5 | |
| PT01339 | PT01342 | 5 | |
| PT01677; | PT01680 | 5 | |
| PT01685 | PT01686 | 5 | |
| PT01689 | | 5 | |
| PT01690 | | 5 | |
| PT01728 | | 5 | |
| PU02698 | | 5 | |
| PU02704 | PU02713 | 5 | |
| PU02964 | | 5 | |
| PU03267 | PU03268 | 5 | |
| PU03271 | PU03272 | 5 | |
| PU03498 | | 5 | |
| PV00537; | PV00540 | 5 | |
| PV01348 | PV01351 | 5 | |
| PV02270 | PV02273 | 5 | |
| PV02278 | | 5 | |
| PV02400 | | 5 | |
| PV03216 | | 5 | |
| PW02460 | | 5 | |
| PW02473 | PW02476 | 5 | |
| PW02489 | | 5 | |
| PW02502 | | 5 | |
| PW02503 | PW02504 | 5 | |
| PW02514 | | 5 | |
| PW02522 | PW02525 | 5 | |
| PW02545 | PW02548 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| PW02550; | PW02563 | 5 | |
| PW02560 | PW02562 | 5 | |
| PW02592 | PW02595 | 5 | |
| PW02604 | PW02605 | 5 | |
| PW02610 | | 5 | |
| PW02619 | PW02620 | 5 | |
| PW02624 | | 5 | |
| PW02633 | | 5 | |
| PW02634 | | 5 | |
| PW02635 | PW02637 | 5 | |
| PW02636 | PW02637 | 5 | |
| PW02638 | PW02640 | 5 | |
| PW02641 | PW02645 | 5 | |
| PW02646 | PW02652 | 5 | |
| PW02655 | PW02656 | 5 | |
| PW02660 | | 5 | |
| PW02670 | PW02673 | 5 | |
| PW02672 | PW02673 | 5 | |
| PW02686 | PW02689 | 5 | |
| PW02699 | PW02701 | 5 | |
| PW02722 | | 5 | |
| PW02723 | | 5 | |
| PW02726 | | 5 | |
| PW02727 | PW02732 | 5 | |
| PW02787 | PW02790 | 5 | |
| PX00143 | PX00149 | 5 | |
| PX01333 | PX01338 | 5 | |
| PX01372 | PX01377 | 5 | |
| PX01395 | | 5 | |
| PX01415 | | 5 | |
| RWT-18116 | | 5 | |
| T040533 | | 5 | |
| T040537 | T040551 | 5 | |
| T040554 | T040558 | 5 | |
| T040564 | | 5 | |
| T040566 | | 5 | |
| T040630 | | 5 | |
| T040720 | T040722 | 5 | |
| T040723 | T040757 | 5 | |
| T040965; | T040971 | 5 | |
| T040973 | T040974 | 5 | |
| T050880; | T050903 | 5 | |
| T052604 | | 5 | |
| T072123 | T072124 | 5 | |
| T082405 | | 5 | |
| T110038 | T110039 | 5 | |
| T110110 | T110111 | 5 | |
| T110185 | T110187 | 5 | |
| T110261 | T110263 | 5 | |
| T110334 | T110336 | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| T110406 | T110408 | 5 | |
| T110479 | T110481 | 5 | |
| T110554 | T110556 | 5 | |
| T110626 | T110628 | 5 | |
| T110693 | T110695 | 5 | |
| T110757 | T110759 | 5 | |
| T110820 | T110822 | 5 | |
| T120561; | T120565 | 5 | |
| T120609; | T120632 | 5 | |
| T120689; | T120742 | 5 | |
| T120743; | T120747 | 5 | |
| T120816 | T120834 | 5 | |
| T120816; | T120825 | 5 | |
| T120835 | T120870 | 5 | |
| T120871 | T120906 | 5 | |
| T120907 | T120942 | 5 | |
| T120943 | T120978 | 5 | |
| T120943; | T120956 | 5 | |
| T120979 | T121014 | 5 | |
| T121015 | T121050 | 5 | |
| T121051 | T121086 | 5 | |
| T121087 | T121122 | 5 | |
| T121123 | T121158 | 5 | |
| T121159 | T121194 | 5 | |
| T121195 | T121230 | 5 | |
| T121231 | T121266 | 5 | |
| T121267 | T121302 | 5 | |
| T121303 | T121338 | 5 | |
| T121339 | T121360 | 5 | |
| T121361 | T121379 | 5 | |
| T130677 | | 5 | |
| T130745 | | 5 | |
| T130824 | T130826 | 5 | |
| T140299 | | 5 | |
| T141748 | | 5 | |
| T141762 | T141772 | 5 | |
| T142572 | | 5 | |
| T143063 | | 5 | |
| T143112 | T143125 | 5 | |
| T143190 | T143205 | 5 | |
| T150047; | T150058 | 5 | |
| T150248 | | 5 | |
| T150293 | T150298 | 5 | |
| T150435; | T150446 | 5 | |
| T150558 | T150560 | 5 | |
| T150664; | T150670 | 5 | |
| T150674 | T150675 | 5 | |
| T150854 | | 5 | |
| T150856 | | 5 | |
| T150859 | | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| T150871 |  | 5 |  |
| T151106 | T151107 | 5 |  |
| T151416 | T151417 | 5 |  |
| T151452 |  | 5 |  |
| T151628 |  | 5 |  |
| T151629 | T151630 | 5 |  |
| T151631 | T151634 | 5 |  |
| T151662 | T151697 | 5 |  |
| T151669; | T151696 | 5 |  |
| T152024 |  | 5 |  |
| 257 2029 | 257 2040 | 5 |  |
| 257 2041 | 257 2052 | 5 |  |
| 257 2053 | 257 2064 | 5 |  |
| 257 2065 | 257 2076 | 5 |  |
| 257 2077 | 257 2088 | 5 |  |
| GT19174 | GT19183 | 5 |  |
| GT19212 | GT19213 | 5 |  |
| 058-3 |  | 5 | 12/12/86 Promisory Note, SSH/SSJ, $6,285,000.00 |
| GT025127 | GT025134 | 5 |  |
| 014 0453 | 014 0460 | 5 |  |
| 110 0253 | 110 0260 | 5 |  |
| GT18654 | GT18661 | 5 |  |
| 070-5 |  | 5 | 12/12/86 Promisory Note, SSH/SSJ, $6,285,000.00 |
| GT19185 | GT19192 | 5 |  |
| GT19194 | GT19200 | 5 |  |
| GT18662 | GT18668 | 5 |  |
| GT19203 | GT19209 | 5 |  |
| GT015168 | GT015171 | 5 |  |
| 110 0283 | 110 0286 | 5 |  |
| 191 1254 | 191 1257 | 5 |  |
| 191 1258 | 191 1261 | 5 |  |
| 110 0279 | 110 0282 | 5 |  |
| GT015164 | GT015167 | 5 |  |
| 191 1206 | 191 1208 | 5 |  |
| 110 0267 | 110 0269 | 5 |  |
| GT015149 | GT015151 | 5 |  |
| 191 1200 | 191 1202 | 5 |  |
| GT015146 | GT015148 | 5 |  |
| 110 0261 | 110 0263 | 5 |  |
| 110 0243 | 110 0247 | 5 |  |
| 191 1266 | 191 1270 | 5 |  |
| GT015141 | GT015145 | 5 |  |
| GT015161 | GT015163 | 5 |  |
| 110 0276 | 110 0278 | 5 |  |
| 191 1235 | 191 1237 | 5 |  |
| 191 1217 | 191 1219 | 5 |  |
| GT015155 | GT015157 | 5 |  |
| 110 0270 | 110 0272 | 5 |  |
| 191 1229 | 191 1231 | 5 |  |
| 110 0264 | 110 0266 | 5 |  |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| GT015152 | GT015154 | 5 | |
| GT015158 | GT015160 | 5 | |
| 191 1223 | 191 1225 | 5 | |
| 110 0273 | 110 0275 | 5 | |
| 014 0747 | | 5 | |
| 014 0865 | | 5 | |
| 114 0071 | | 5 | |
| 026-2 | | 5 | 12/25/99, Promissory Note, Minutes, ORHC/SSJ, |
| 026-2 | | 5 | 12/25/99, Promissory Note, ORHC/SSJ, $6,500,000.00 |
| 175 0583 | 175 0587 | 5 | |
| GT026516 | GT026520 | 5 | |
| 014 0808 | 014 0812 | 5 | |
| 014 0826 | 014 0830 | 5 | |
| 009 1073 | 009 1077 | 5 | |
| 053-1 | | 5 | Promissory Note, ORHC/SSJL; $6,500,000.00 |
| 014 0748 | | 5 | |
| 014 0866 | | 5 | |
| 114 0072 | | 5 | |
| 014 0897 | | 5 | |
| 026-2 | | 5 | 01/29/00, Promissory Note, ORHC/SSJ, $410,000.00 |
| 026-2 | | 5 | 1/29/90 Promissory Note, ORHC/SSJ, $410,000.00 |
| 026-2 | | 5 | 06/4/90 Promissory Note, SSW/SSJ, ¥10,000,000,000 |
| GT026233 | | 5 | |
| 022 0320 | | 5 | |
| 026-2 | | 5 | 6/4/90 Promissory Note, SSW/SSJ, ¥10,000,000,000 |
| 022 0211 | | 5 | |
| 184 2516 | | 5 | |
| 104 0724 | | 5 | |
| 129 2353 | | 5 | |
| 129 2349 | | 5 | |
| PR01780 | PR01781 | 5 | |
| PR01779 | | 5 | |
| PR01773 | | 5 | |
| PR01772 | | 5 | |
| PR01765 | | 5 | |
| PR01763 | | 5 | |
| PR01749 | | 5 | |
| PW02641 | | 5 | |
| PW02638 | | 5 | |
| PW02633 | | 5 | |
| PR01740 | | 5 | |
| 093 0008 | | 5 | |
| PW02728 | | 5 | |
| PW02671 | | 5 | |
| 129 2333 | | 5 | |
| PW02514 | | 5 | |
| PW02503 | | 5 | |
| 184 0313 | | 5 | |
| T082405 | | 5 | |
| 149 0473 | | 5 | |

| Begin Bates | Ending Bates | RFI # | Information for Documents With No Bates # or Documents With Only Box and File Number |
|---|---|---|---|
| 149 0474 | | 5 | |
| GT023874 | | 5 | |
| KPMG 2841(A) | | 5 | |
| 232 0795 | 232 0800 | 5 | |
| T130897 | T130902 | 5 | |
| 256 0853 | 256 0856 | 5 | |
| 256 0860 | | 5 | |
| 256 0842 | | 5 | |
| 256 0847 | | 5 | |
| 257 1810 | 256 1812 | 5 | |
| 257 1813 | 257 1816 | 5 | |
| 257 1822 | 257 1829 | 5 | |
| 257 1832 | 257 1833 | 5 | |
| 005 1730 | | 12 | |
| 006 0413 | 006 0425 | 12 | |
| 006 0947 | 006 0948 | 12 | |
| 006 0949 | 006 0950 | 12 | |
| 006 0957 | | 12 | |
| 006 0963 | 006 0963 | 12 | |
| 006 0972 | | 12 | |
| 007 0193 | | 12 | |
| 007 0194 | | 12 | |
| 007 0260 | 007 0263 | 12 | |
| 009 1549 | 009 1551 | 12 | |
| 009 1553 | | 12 | |
| 009 2167 | 009 2168 | 12 | |
| 009 2257 | 009 2261 | 12 | |
| 009 2275 | 009 2276 | 12 | |
| 009 2280 | 009 2281 | 12 | |
| 009 2289 | | 12 | |
| 020 0238 | 020 0300 | 12 | |
| 020 0301 | 020 0363 | 12 | |
| 020 0470 | 020 0535 | 12 | |
| 020 0855 | 020 0884 | 12 | |
| 020 0921 | | 12 | |
| 020 0922 | 020 0935 | 12 | |
| 020 1427 | | 12 | |
| 020 1428 | | 12 | |
| 078 0170 | 078 0234 | 12 | |
| 078 0300 | 078 0365 | 12 | |
| 078 0366 | 078 0431 | 12 | |
| 078 0491 | | 12 | |
| 078 0556 | | 12 | |
| 078 0639 | 078 0640 | 12 | |
| 078 0641 | 078 0650 | 12 | |
| 084 0026 | | 12 | |
| 084 0254R | 084 0257 | 12 | |
| 084 0262 | 084 0264 | 12 | |
| 084 0265 | 084 0266 | 12 | |
| 084 0324 | 084 0338 | 12 | |