IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>   Plaintiff,<br> vs.<br>QK HOTEL, LLC, et al.,<br>   Defendants,<br> and<br>FRANKLIN K. MUKAI,<br>   Third-Party Plaintiff,<br> vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>   Third-Party Defendants,<br> and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>   Third-Party Defendants/<br>   Counterclaimants,<br> vs.<br>QK HOTEL, LLC, et al.,<br>   Third-Party Counterclaim<br>   Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of KG PARTIES' SECOND

AMENDED MOTION TO COMPEL DISCOVERY AND TO SET

SCHEDULING ORDER was served electronically through CM/ECF on the following on May 4, 2007:

    PAUL ALSTON, ESQ.        palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.   gmelchinger@ahfi.com

        Attorneys for Plaintiff
        SPORTS SHINKO CO., LTD. and

    WILLIAM BORDNER, ESQ.     bbordner@bmbe-law.com
    JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, May 4, 2007.

                /s/ Robert A. Marks
              WARREN PRICE III
              ROBERT A. MARKS
              SIMON KLEVANSKY
              ALIKA L. PIPER
              CARISA LIMA KA'ALA HEE

              Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC and OR Hotel, LLC