Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company; FRANKLIN K. MUKAI,<br><br>　　　　Defendants,<br><br>　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS | CV 04-00124 ACK-BMK<br><br>**CERTIFICATE OF SERVICE**<br><br>**[Re: PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO CO., LTD.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANTS KG HOLDINGS, LLC AND QK HOTEL, LLC, DATED MAY 8, 2007]** |

645566 v1 / 6850-5

```
SHINKO (HAWAII) CO., LTD.,            )
a Hawai`i corporation; SPORTS         )
SHINKO (MILILANI) CO., LTD.,          )
a Hawai`i corporation; SPORTS         )
SHINKO (KAUAI) CO., LTD.,             )
a Hawai`i corporation; SPORTS         )
SHINKO (PUKALANI) CO., LTD.,          )
a Hawai`i corporation; SPORTS         )
SHINKO RESORT HOTEL                   )
CORPORATION, a Hawai`i                )
corporation; SPORTS SHINKO            )
(WAIKIKI) CORPORATION,                )
a Hawai`i corporation; and            )
OCEAN RESORT HOTEL                    )
CORPORATION, a Hawai`i                )
corporation,                          )
                                      )
        Third-Party                   )
        Defendants,                   )
                                      )
    and                               )
                                      )
SPORTS SHINKO (HAWAII) CO.,           )
LTD., a Hawai`i corporation;          )
SPORTS SHINKO RESORT HOTEL            )
CORPORATION, a Hawai`i                )
corporation; and SPORTS SHINKO        )
(WAIKIKI) CORPORATION,                )
a Hawai`i corporation,                )
                                      )
    Third-Party Defendants/           )
    Counterclaimants,                 )
                                      )
    vs.                               )
                                      )
QK HOTEL, LLC, a Hawai`i              )
limited liability company;            )
KG HOLDINGS, LLC, a Hawai`i           )
limited liability company,            )
FRANKLIN K. MUKAI,                    )
                                      )
    Third-Party Counterclaim          )
    Defendants.                       )
                                      )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2007, I caused a true and correct copy of *PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO CO., LTD.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANTS KG HOLDINGS, LLC AND QK HOTEL, LLC, DATED MAY 8, 2007*, to be served on the following persons by hand-delivery to their respective addresses:

> WARREN PRICE, III, ESQ.
> ROBERT A. MARKS, ESQ.
> Price Okamoto Himeno & Lum
> 728 Ocean View Center
> 707 Richards Street
> Honolulu, HI 96813
>
> SIMON KLEVANSKY, ESQ.
> ALIKA L. PIPER, ESQ.
> CARISA LIMA KA'ALA HEE, ESQ.
> Klevansky & Piper, LLP
> Suite 770, Pauahi Tower
> 1001 Bishop Street
> Honolulu, HI 96813
>
> Attorneys for Defendants
> KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC;
> PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
> MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL,
> LLC; AND KG HOLDINGS, LLC

```
WILLIAM A. BORDNER, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI
```

DATED:   Honolulu, Hawai`i, May 8, 2007

```
                    /s/ Jason H. Kim
                    PAUL ALSTON
                    BRUCE H. WAKUZAWA
                    GLENN T. MELCHINGER
                    JASON H. KIM
                    Attorneys for Plaintiff and
                    Third-Party-Defendants the
                    Sport Shinko Companies
```

645566 v1 / 6850-5                     4