Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) CV 04-00124 ACK-BMK ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** ) |
| vs. | ) [Re: PLAINTIFF AND THIRD-<br>) PARTY DEFENDANT SPORTS<br>) SHINKO CO., LTD.'S FIRST |
| QK HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; FRANKLIN K. MUKAI, | ) REQUEST FOR ANSWERS TO<br>) INTERROGATORIES TO DEFENDANT<br>) FRANKLIN K. MUKAI, DATED MAY<br>) 8, 2007] |
| Defendants, | ) |
| and | ) |
| FRANKLIN K. MUKAI, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation; SPORTS | ) |

645679 v1 / 6850-5

| | |
|---|---|
| SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants, | ) ) ) |
| and | ) ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, | ) ) ) ) ) ) ) ) |
| Third-Party Defendants/ Counterclaimants, | ) ) ) |
| vs. | ) ) |
| QK HOTEL, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) |
| Third-Party Counterclaim Defendants. | ) ) ) ) |

645679 v1 / 6850-5                                        2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8TH day of May, 2007, I caused a true and correct copy of *PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO CO., LTD.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT FRANKLIN K. MUKAI, DATED MAY 8, 2007*, to be served on the following persons by hand-delivery to their respective addresses:

>   WARREN PRICE, III, ESQ.
>   ROBERT A. MARKS, ESQ.
>   Price Okamoto Himeno & Lum
>   728 Ocean View Center
>   707 Richards Street
>   Honolulu, HI  96813
>
>   SIMON KLEVANSKY, ESQ.
>   ALIKA L. PIPER, ESQ.
>   CARISA LIMA KA'ALA HEE, ESQ.
>   Klevansky & Piper, LLP
>   Suite 770, Pauahi Tower
>   1001 Bishop Street
>   Honolulu, HI  96813
>
>   Attorneys for Defendants
>   KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC;
>   PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
>   MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL,
>   LLC; AND KG HOLDINGS, LLC

WILLIAM A. BORDNER, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


DATED:    Honolulu, Hawai`i, May 8, 2007.


                                        /s/ Jason H. Kim
                                PAUL ALSTON
                                BRUCE H. WAKUZAWA
                                GLENN T. MELCHINGER
                                JASON H. KIM
                                Attorneys for Plaintiff and
                                Third-Party-Defendants the
                                Sport Shinko Companies