2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JOHN REYES BURKE 6251-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants.<br><hr>FRANKLIN K. MUKAI,<br><br>            Third-Party Plaintiff, | CIVIL NO.  04-00124 ACK/BMK<br><br>DEFENDANT FRANKLIN K. MUKAI'S **JOINDER OF SIMPLE AGREEMENT TO** KG PARTIES' **SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING ORDER** FILED ON MAY 4, 2007; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date:     June 1, 2007<br>Time:    2:00 p.m.<br>Judge:   Barry M. Kurren |

| |
|---|
| vs.<br><br>SPORTS SHINKO (USA) CO.;<br>LTD., a Delaware corporation;<br>SPORTS SHINKO (HAWAII) CO.,<br>LTD., a Hawai`i corporation;<br>SPORTS SHINKO (MILILANI) CO.,<br>LTD., a Hawai`i corporation;<br>SPORTS SHINKO (KAUAI) CO.,<br>LTD., a Hawai`i corporation;<br>SPORTS SHINKO (PUKALANI)<br>CO., LTD., a Hawai`i corporation;<br>SPORTS SHINKO RESORT<br>HOTEL CORPORATION, a<br>Hawai`i corporation; SPORTS<br>SHINKO (WAIKIKI)<br>CORPORATION, a Hawai`i<br>corporation; and OCEAN RESORT<br>HOTEL CORPORATION, a<br>Hawai`i corporation,<br><br>     Third-Party<br>     Defendants. |

**DEFENDANT FRANKLIN K. MUKAI'S JOINDER OF SIMPLE AGREEMENT TO KG PARTIES' SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING ORDER FILED ON MAY 4, 2007**

  Pursuant to LR 7.9, Defendant Franklin K. Mukai hereby submits his joinder of simple agreement to Defendant KG Parties' Second

2

Amended Motion to Compel Discovery and to Set Scheduling Order filed on May 4, 2007.

DATED: Honolulu, Hawaii, May 14, 2007.

      /s/ John Reyes-Burke
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant and
Third-Party Plaintiff
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　　　Defendants. | CIVIL NO.  04-00124 ACK/BMK<br><br>CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) | |

| |
|---|
| CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>    Third-Party Defendants. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

  PAUL ALSTON, ESQ.
  GLENN T. MELCHINGER, ESQ.
  Alston Hunt Floyd & Ing
  1800 ASB Tower
  1001 Bishop Street
  Honolulu, HI  96813

    Attorneys for Plaintiffs

  WARREN PRICE, III, ESQ.
  ROBERT A. MARKS, ESQ.
  Price Okamoto Himeno & Lum
  728 Ocean View Center
  707 Richards Street
  Honolulu, HI  96813

    Attorney for Defendants
    QK HOTEL, LLC and KG HOLDINGS, LLC

3

DATED: Honolulu, Hawaii, May 14, 2007.

                                              /s/ John Reyes-Burke
                            WILLIAM A. BORDNER
                            JOHN REYES-BURKE
                            Attorneys for Defendant and
                            Third-Party Plaintiff
                            FRANKLIN K. MUKAI