**From:**      "Iwamura, Steve (JP - Osaka)" <steve.iwamura@tohmatsu.co.jp>
**To:**        'Jon Yamanishi' <jyamanishi@kghawaii.com>
**Date:**      4/15/2003 5:27 PM
**Subject:**   RE: Bookkeeping for SS-Kauai corporate and Kiahuna property accounts

**CC:**        "Glenn Melchinger (E-mail)" <gmelchinger@ahfi.com>, "PAUL Alston (E-mail...
Jon,

that is good news. thank you.

1. i understand source documents are to stay at Kiahuna.   Just for the
record, can you advise regarding the name of the person(s) at Kiahuna who
actually did the bookkeeping?

2. What do the bookkeeping documents consist of besides general ledger and
financials?   How much volume are we talking about?

3. We need to discuss how to "transfer and transition" the information to
Grant Thornton.

4. Do you have personnel hours spent for Kiahuna so far, so we can keep
track of costs?

Steve

-----Original Message-----
From: Jon Yamanishi [mailto:jyamanishi@kghawaii.com]
Sent: Wednesday, April 16, 2003 10:54 AM
To: Iwamura, Steve (JP - Osaka)
Cc: Glenn Melchinger (E-mail); PAUL Alston (E-mail); Kimura Keijiro (E-mail)
Subject: Re: Bookkeeping for SS-Kauai corporate and Kiahuna property
accounts


Steve -

I have the Kiahuna finacials updated through 12/31/02 which reflects the
cash disbursements and cash receipts until the bank accounts were
closed.  The source documents remain at the golf course.  The bookkeeping
for the other 4 properties is still in progress and we will try to have it
completed by the May 15 agreed upon date.  Grant Thornton will need to make
arrangements with the new owner of Kiahuna to gain access to the source
documents if needed.

Regards,
Jon

At 07:59 PM 4/14/2003 +0900, Iwamura, Steve (JP - Osaka) wrote:
>Jon,
>please let me know what the status of the bookkeeping is for Kiahuna as
soon
>as possible, and what your estimated completion date is?
>
>i heard from Glenn that Resnick may have sold the properties to another
>party.  If so, i am concerned that this new party may not honor the
>bookkeeping arrangements we have agreed to.

**EXHIBIT 4**

>
>In any case, if not yet finished, please accelerate completion of
>bookkeeping for SSS-Kauai corporate accounts and Kiahuna property accounts
>and finish as soon as is possible.
>
>Please perform the bookkeeping through the point at which the SS-Kauai
>accounts were turned over to Tom Hayes.
>
>If you have any questions, please let me know and i will respond asap.
>
>Steve

*****************************
Jon Yamanishi
jyamanishi@kghawaii.com
KG Holdings LLC
Office 808-931-4395
Fax 808-931-4396
*****************************

The information in this Email is confidential and may be legally privileged
information. It is intended only for the individual or entity to whom it is
addressed. Any disclosure, copying, distribution or any action taken or
omitted to be taken in reliance on it in any way by any persons who are not
the intended recipient of this Email is prohibited and may be unlawful. If
you have received this Email in error, please notify the KG Holdings LLC
immediately by Email directed to postmaster@kghawaii.com. Thank you.