## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | May 14, 2007 |
| John Reyes-Burke | jburke@bmbe-law.com | May 14, 2007 |

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

| | | |
|---|---|---|
| Robert A. Marks | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | May 14, 2007 |
| Simon Klevansky<br>Alka L. Piper<br>Carisa Lima Ka'ala Hee | sklevansky@kplawhawaii.com<br>apiper@kplawhawaii.com<br>kaalahee@kplawhawaii.com | May 14, 2007 |

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC;
OR HOTEL, LLC; and
KG HOLDINGS, LLC

645,998-1/6850-5

DATED:   Honolulu, Hawai`i, May 14, 2007.

>   /s/ Jason H. Kim
>   PAUL ALSTON
>   BRUCE H. WAKUZAWA
>   GLENN T. MELCHINGER
>   JASON H. KIM
>
>   Attorneys for Plaintiffs
>   and Third-Party Defendants,
>   the Sports Shinko Companies