# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended November 24, 2006      Commission File Number: 001-14965

## The Goldman Sachs Group, Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 13-4019460 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| 85 Broad Street<br>New York, N.Y.<br>(Address of principal executive offices) | 10004<br>(Zip Code) |

(212) 902-1000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Common stock, par value $.01 per share, and attached Shareholder Protection Rights | New York Stock Exchange |
| Depositary Shares, Each Representing 1/1,000th Interest in a Share of Floating Rate Non-Cumulative Preferred Stock, Series A | New York Stock Exchange |
| Depositary Shares, Each Representing 1/1,000th Interest in a Share of 6.20% Non-Cumulative Preferred Stock, Series B | New York Stock Exchange |
| Depositary Shares, Each Representing 1/1,000th Interest in a Share of Floating Rate Non-Cumulative Preferred Stock, Series C | New York Stock Exchange |
| Depositary Shares, Each Representing 1/1,000th Interest in a Share of Floating Rate Non-Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Medium-Term Notes, Series B, 0.25% Exchangeable Notes due 2007; Index-Linked Notes due 2013; Index-Linked Notes due April 2013; Index-Linked Notes due May 2013; Index-Linked Notes due July 2010; and Index-Linked Notes due 2011 | American Stock Exchange |
| Medium-Term Notes, Series B, 7.35% Notes due 2009; 7.80% Notes due 2010; Floating Rate Notes due 2008; and Floating Rate Notes due 2011 | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of the Annual Report on Form 10-K or any amendment to the Annual Report on Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):
Large accelerated filer ☒      Accelerated filer ☐      Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of May 26, 2006 the aggregate market value of the common stock of the registrant held by non-affiliates of the registrant was approximately $63.3 billion.

As of January 26, 2007 there were 411,359,918 shares of the registrant's common stock outstanding.

**Documents incorporated by reference:**   Portions of The Goldman Sachs Group, Inc.'s Proxy Statement for its 2007 Annual Meeting of Shareholders to be held on March 27, 2007 are incorporated by reference in the Annual Report on Form 10-K in response to Part III, Items 10, 11, 12, 13 and 14.

EXHIBIT 16

EXHIBIT 21.1

## Significant Subsidiaries of the Registrant

The following are significant subsidiaries of The Goldman Sachs Group, Inc. as of November 24, 2006 and the states or jurisdictions in which they are organized. Indentation indicates the principal parent of each subsidiary. Except as otherwise specified, in each case The Goldman Sachs Group, Inc. owns, directly or indirectly, at least 99% of the voting securities of each subsidiary. The names of particular subsidiaries have been omitted because, considered in the aggregate as a single subsidiary, they would not constitute, as of the end of the year covered by this report, a "significant subsidiary" as that term is defined in Rule 1-02(w) of Regulation S-X under the Securities Exchange Act of 1934.

| Name | State or Jurisdiction of Entity |
|---|---|
| The Goldman Sachs Group, Inc. | Delaware |
|   Goldman, Sachs & Co. | New York |
|     Goldman Sachs (Asia) Finance Holdings L.L.C. | Delaware |
|       Goldman Sachs (Asia) Finance | Mauritius |
|       Shiga (Delaware) LLC | Delaware |
|       Kiri (Delaware) L.L.C. | Delaware |
|   GS Power Holdings LLC | Delaware |
|   Goldman Sachs (UK) L.L.C. | Delaware |
|     Goldman Sachs Group Holdings (U.K.) | United Kingdom |
|       Scadbury UK Limited | United Kingdom |
|         Scadbury II Assets Limited | Cayman Islands |
|           Killingholme Generation Limited | United Kingdom |
|             Killingholme Power Limited | United Kingdom |
|               GS Killingholme Cayman Investments Ltd. | Cayman Islands |
|       Goldman Sachs International Bank | United Kingdom |
|       Goldman Sachs Holdings (U.K.) | United Kingdom |
|         Goldman Sachs International | United Kingdom |
|         Goldman Sachs Asset Management International | United Kingdom |
|   Goldman Sachs Mortgage Company | New York |
|   GS Financial Services L.P. (Del) | Delaware |
|     Chiltern Trust | Isle of Jersey |
|       Laffitte Participation 10 [1] | France |
|         Laffitte Participation 12 | France |
|           GS Longport Investment Corporation | Delaware |
|             GS Oceanside Investments LLC | Delaware |
|   GS Global Funding, Inc. | Delaware |
|     GSGF Investments Inc. [1] | Delaware |
|       Forres LLC | Delaware |
|         Ellon LLC | Delaware |
|   Goldman Sachs Capital Markets, L.P. | Delaware |
|     William Street Equity LLC | Delaware |
|       William Street Funding Corporation | Delaware |
|   GSFS Investments I Corp. | Delaware |

| Name | State or Jurisdiction of Entity |
|---|---|
| GS Capital Funding, Inc. [1] | Delaware |
|   GS Capital Funding (UK) II Limited | United Kingdom |
|     GS Capital Funding (Cayman) Limited | Cayman Islands |
| Goldman Sachs Investments (Mauritius) I Limited | Mauritius |
| GS Asian Venture (Delaware) L.L.C. | Delaware |
|   Hull Trading Asia Limited | Hong Kong |
|     Goldman Sachs LLC | Mauritius |
| JLQ LLC | Cayman Islands |
| Normandy Funding Corp. | Delaware |
| Rhys Trust | Isle of Jersey |
|   Sapien Limited | Isle of Jersey |
|     Sargasso Limited | Isle of Jersey |
| GS Capital Opportunities LLC | Delaware |
|   GS Financing Opportunities LLC | Delaware |
| GS Strategic Investments Japan LLC | Delaware |
| GS Diversified Investments Limited | Delaware |
| Wyndham Investments I Limited | Cayman Islands |
|   Wyndham Investments II Limited[1] | Cayman Islands |
|     ACP Partnership Services | Cayman Islands |
| Goldman Sachs (Japan) Ltd. | British Virgin Islands |
|   Goldman Sachs Japan Co., Ltd. | Japan |
|   Goldman Sachs Japan Holdings, Ltd. | Japan |
| J. Aron Holdings, L.P. | Delaware |
|   J. Aron & Company | New York |
|     Goldman Sachs Foreign Exchange (Singapore) Pte. | Singapore |
|       J. Aron & Company (Singapore) Pte. | Singapore |
| Goldman Sachs (Asia) Securities Limited | Hong Kong |
| Goldman Sachs Asset Management, L.P. | Delaware |
|   Goldman Sachs Asset Management Co., LTD. | Japan |
| Goldman Sachs Hedge Fund Strategies LLC | Delaware |
| GSEM (DEL) Inc. | Delaware |
|   GSEM (DEL) Holdings, L.P. | Delaware |
|     GSEM Bermuda Holdings, L.P. | Bermuda |
|       GSEM (DEL) LLC | Delaware |
|         GS Equity Markets, L.P. | Bermuda |
| Goldman Sachs (Cayman) Holding Company | Cayman Islands |
|   Goldman Sachs (Asia) L.L.C. | Delaware |
|   Goldman, Sachs & Co. oHG | Germany |
| MLQ Investors, L.P. | Delaware |
|   Minato Debt Collection K.K. | Japan |
| **Goldman Sachs Realty Japan Ltd.** | **Japan** |
| GSCP (DEL) Inc. | Delaware |
|   Goldman Sachs Credit Partners L.P. | Bermuda |
| Goldman Sachs Financial Markets, L.P. | Delaware |
| MTGLQ Investors, L.P. | Delaware |
|   ELQ Investors, Ltd | United Kingdom |
|     GS European Opportunities Investment Fund B.V. [1] | Netherlands |
|       GS European Strategic Investment Group B.V. [1] | Netherlands |
|         Matterhorn Acquisitions Ltd. [1] | United Kingdom |
| SSIG SPF ONE LQ, LLC | Delaware |
| GS Mehetia LLC | Delaware |
|   Mehetia Holdings Inc. | Delaware |
|     Mehetia Inc. | Delaware |
| SLK LLC | New York |
|   Goldman Sachs Execution & Clearing, L.P. | New York |