IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, et al.,<br><br>Defendants,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>Third-Party Defendants/<br>Counterclaimants,<br><br>vs.<br><br>QK HOTEL, LLC, et al.,<br><br>Third-Party Counterclaim<br>Defendants.<br><br>AND CONSOLIDATED CASE | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of KG PARTIES' REPLY

MEMORANDUM IN SUPPORT OF SECOND AMENDED MOTION TO

COMPEL DISCOVERY AND TO SET SCHEDULING ORDER was served

electronically through CM/ECF on the following on May 21, 2007:

      PAUL ALSTON, ESQ.        palston@ahfi.com
      GLENN T. MELCHINGER, ESQ.   gmelchinger@ahfi.com

          Attorneys for Plaintiff
          SPORTS SHINKO CO., LTD. and

      WILLIAM BORDNER, ESQ.      bbordner@bmbe-law.com
      JOHN N.K. REYES-BURKE, ESQ.  jburke@bmbe-law.com

          Attorney for Defendant
          FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, May 21, 2007.


                  /s/ Robert A. Marks
                  WARREN PRICE III
                  ROBERT A. MARKS
                  SIMON KLEVANSKY
                  ALIKA L. PIPER
                  CARISA LIMA KA'ALA HEE

                  Attorneys for Defendants, Counterclaimants
                  and Third-Party Plaintiffs KG HOLDINGS,
                  LLC, QK HOTEL, LLC, and OR HOTEL,
                  LLC