PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III            1212
ROBERT A. MARKS             2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

KLEVNSKY & PIPER
SIMON KLEVANSKY             3217-0
ALIKA L. PIPER              6949-0
CARISA LIMA KA'ALA HEE      7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii  96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail: sklevansky@kplawhawaii.com
        apiper@ kplawhawaii.com
        kaalahee@ kplawhawaii.com

Attorneys for Defendants, Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC
("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, et al., <br><br> Third-Party Plaintiffs, | CV 04-00124 ACK-BMK <br> CV 04-00127 ACK-BMK <br><br> CONSOLIDATED CASES <br><br><br> CERTIFICATE OF SERVICE <br><br> (Re: QK Hotel, LLC's Second Request For Answers To Interrogatories To Plaintiff Sports Shinko Co., Ltd.) |

|                                                                                      |   |
|---|---|
| vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASE |   |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that QK HOTEL, LLC'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF SPORTS SHINKO CO., LTD. was served upon the following on May 23, 2007 as indicated below:

| | |
|---|---|
| PAUL ALSTON, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>JASON KIM, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii  96813<br><br>Attorneys for Plaintiff<br>SPORTS SHINKO CO., LTD.<br>AND SPORTS SHINKO (USA) | Original +1 Copy<br>Hand Delivery |

2

| | |
|---|---|
| WILLIAM BORDNER, ESQ. | 1 Copy |
| JOHN REYES-BURKE, ESQ. | Hand Delivery |
| Burke McPheeters Bordner & Estes | |
| Pacific Guardian Center, Mauka Tower | |
| 737 Bishop Street, Suite 3100 | |
| Honolulu Hawaii 96813 | |

Attorney for Defendant
FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, May 23, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC