# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00124ACK-BMK AND CV NO. 04-00127ACK-BMK |
| | (CONSOLIDATED CASES) |
| CASE NAME: | Sports Shinko Co., Ltd, etc. Vs. QK Hotel, LLC, etc. et al. |
| ATTYS FOR PLA: | Jason Kim |
| ATTYS FOR DEFT: | Robert Marks and William Bordner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6-FTR-l0:l0:06 |
| DATE: | 06/01/2007 | TIME: | l0:10am-l0:52am |

COURT ACTION: EP: [255]-KG Parties Second Amended Motion to Compel Discovery and to Set Scheduling Order-Oral Argument Held as to the Motion. This Motion is hereby Granted in Part.

Counsel are to submit for Court approval a Joint Order regarding this Motion.

Status Conference Regarding the Resetting of the Trial Date and other Scheduling Deadlines set for 6/15/2007 @9:30 a.m.

Submitted by Leslie L. Sai, Courtroom Manager