Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4132-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
SPORTS SHINKO CO., LTD.,
KEIJIRO KIMURA and
SPORTS SHINKO (USA) CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CIVIL NO. CV 04-00124 |
| | )         ACK/BMK |
| Plaintiff, | ) |
| | ) **AMENDED STIPULATION RE** |
| vs. | ) **CONSOLIDATION FOR** |
| | ) **DISCOVERY AND TRIAL AND** |
| QK HOTEL, LLC, a Hawaiʻi | ) **ORDER** |
| limited liability company, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| SPORTS SHINKO CO., LTD., | ) CIVIL NO. CV 04-00127 |
| | )         ACK/BMK |

645532-1/6850-5

|  |  |
|---|---|
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| OR HOTEL, LLC, a Hawaiʻi limited liability company, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## AMENDED STIPULATION RE CONSOLIDATION FOR DISCOVERY AND TRIAL AND ORDER

It is hereby stipulated by and between Plaintiff Sports Shinko Co., Ltd., Third-Party Defendants Sports Shinko (Hawaii) Co., Ltd.; Sports Shinko (Mililani) Co., Inc.; Sports Shinko (Kauau) Co., Inc.; Sports Shinko (Pukalani) Co., Inc.; Sports Shinko Resort Hotel Corporation; Sports Shinko (Waikiki) Corp.; and Ocean Resort Hotel Corporation (collectively "Third-Party Defendants") and Defendants QK Hotel, LLC; OR Hotel, LLC; KG Holdings, LLC; and Franklin K. Mukai (collectively, "Defendants") (Plaintiff, Third-Party Defendants and Defendants are collectively referred to as the "Parties"), through their respective counsel, pursuant to Federal Rules of Civil Procedure Rule 42(a), that:

1.   Civil Nos. CV 04-00124 ACK/BMK and CV 04-00127 ACK/BMK (collectively the "SS Japan Cases"), shall be

consolidated for the purposes of discovery and trial, subject to the following conditions:

    A.    The consolidation will have no effect on the Parties' respective positions concerning the merits of their claims and defenses. Thus, (i) no Party may use the fact of consolidation of the SS Japan Cases to support any claim or defense, and (ii) all Parties retain all their arguments and claims, all of which are expressly reserved without waiver, just as if the SS Japan Cases had not been consolidated.

    B.    The number of allowable depositions, interrogatories, and other uses of discovery devices will be determined as if the SS Japan Cases has not been consolidated.

    2.    CV-04-00124 ACK-BMK shall be designated the "lead case" in these actions. To ease the burden of duplicative filing, all further filings in the SS Japan Cases shall be filed and docketed in CV-04-00124 ACK/BMK. An entry shall be made in the docket of CV-04-00127 ACK-BMK indicating all further filings relevant to CV-04-00127 ACK-BMK shall be filed only in CV-04-00124 ACK/BMK.

The document title and docket entry of the item shall clearly indicate the case(s) to which it applies.

DATED: Honolulu, Hawai`i, June 1, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs
and Third Party Defendants


/s/ Robert A. Marks
WARREN PRICE, ESQ.
ROBERT A. MARKS, ESQ.
Attorneys for Defendants
QK HOTEL, LLC; PUKALANI GOLF
CLUB, LLC; KG MAUI
DEVELOPMENT LLC; KIAHUNA
GOLF CLUB, LLC; KG KAUAI
DEVELOPMENT, LLC; MILILANI
GOLF CLUB, LLC; OR HOTEL, LLC;
and KG HOLDINGS, LLC


/s/ William A. Bordner
WILLIAM A. BORDNER, ESQ.
JOHN REYES-BURKE, ESQ.
Attorneys for Defendant
FRANKLIN K. MUKAI

5

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 5, 2007

---

**AMENDED STIPULATION RE CONSOLIDATION FOR DISCOVERY AND TRIAL AND ORDER**; Case Nos. CV 04-00124 ACK/BMK, and CV 04-00127 ACK/BMK (D. Hawaii)