# MINUTES

CASE NUMBER:     CV 04-00124ACK-BMK

CASE NAME:     Sports Shinko Co., Ltd. v. QK Hotel, LLC

ATTYS FOR PLA:     Bruce H. Wakuzawa, Jason H. Kim

ATTYS FOR DEFT:     Robert A. Marks, William A. Bordner

INTERPRETER:

JUDGE:     Barry M. Kurren      REPORTER:     C6 no record

DATE:     06/15/2007      TIME:     10 - 10:05

COURT ACTION: EP: Rescheduling Conference continued to 6/27/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager