# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00124ACK-BMK |
| CASE NAME: | Sports Shinko Co., Ltd., etc. vs. QK Hotel, LLC, etc., et al. |
| ATTYS FOR PLA: | Bruce Wakuzawa<br>Jason Kim |
| ATTYS FOR DEFT: | Robert Marks<br>William Bordner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No Record |
| DATE: | 06/27/2007 | TIME: | 9:00 - 9:25 |

COURT ACTION: EP: Rescheduling Conference -

Court notified counsel that Judge Kay signed the consent to proceed before a magistrate judge.

Discussion held re: scheduling.

The motion for partial summary judgment set for 9/17/07 @ 9:30 a.m. ACK is continued to 10/26/07 @ 2:00 p.m. BMK.

Any opposition to be filed by 8/24/07.

Any reply to be filed by 10/10/07.

Parties to discuss discovery, motions and expert identification deadlines.

Approximate length of trial - 2 weeks.

Court offers parties a trial date in June or August 2008.

Parties to check with their witnesses and confer, and to notify the Court by the end of next week what trial date is acceptable.

Court will then generate an order with trial related deadlines.

Parties to also meet and discuss settlement and/or mediation.

Parties notify the court of their preferences by the end of next week.

Submitted by: Toni Fujinaga, Courtroom Manager.