# MINUTES

CASE NUMBER:   CV 04-00124BMK

CASE NAME:   Sports Shinko Co., Ltd. V. QK Hotel, LLC

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren                REPORTER:

DATE:   07/03/2007                      TIME:

COURT ACTION: EO: New dates given.  Court to prepare an amended scheduling order.

1.  Jury trial on August 12, 2008 at 9:00 a.m. before BMK
2.  Final Pretrial Conference on July 1, 2008 at 9:00 a.m. before BMK
3.
4.  Final Pretrial Statement by June 24, 2008
5.  File motions to Join/Add Parties/Amend Pleadings by January 11, 2008
6.  File other Non-Dispositive Motions by May 14, 2008
7.  File Dispositive Motions by March 14, 2008
8a. File Motions in Limine by July 22, 2008
8b. File opposition memo to a Motion in Limine by July 29, 2008
11a. Plaintiff's Expert Witness Disclosures by December 21, 2007
11b. Defendant's Expert Witness Disclosures by February 15, 2008
12. Discovery deadline May 30, 2008
13. Settlement Conference set for November 30, 2007 at 9:00 a.m. before BMK.  (The court has reserved all day for the settlement conference.)
14. Settlement Conference statements by November 26, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by July 29, 2008
21. File Final witness list by July 22, 2008
24. Exchange Exhibit and Demonstrative aids by July 15, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 22, 2008
26. File objections to the Exhibits by July 29, 2008
28a. File Deposition Excerpt Designations by July 22, 2008
28b. File Deposition Counter Designations and Objections by July 29, 2008

29. File Trial Brief by July 29, 2008
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 04-00124BMK;
Sports Shinko Co., Ltd. V. QK Hotel, LLC;
Rule 16 Scheduling Conference Minutes
07/03/2007