Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 ACK-BMK |
| | ) CV 04-00127 ACK-BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, et al., | ) |
| | ) [Re: NOTICE OF TAKING |
| Defendants, | ) DEPOSITION UPON ORAL |
| | ) EXAMINATION PURSUANT TO |
| and | ) RULE 30(b)(6)[OR HOTEL, |
| | ) LLC]] |
| FRANKLIN K. MUKAI, et al., | ) |
| | ) |
| Third-Party | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SPORTS SHINKO (USA) CO., LTD., | ) |
| et al., | ) |
| | ) |
| Third-Party | ) |
| Defendants, | ) |
| | ) |
| and | ) |

650,413 v1 / 6850-5

```
SPORTS SHINKO (HAWAII) CO.,        )
LTD., et al.,                      )
                                   )
      Third-Party Defendants/      )
      Counterclaimants,            )
                                   )
      vs.                          )
                                   )
QK HOTEL, LLC, et al.,             )
                                   )
      Third-Party Counterclaim     )
      Defendants.                  )
                                   )
AND CONSOLIDATED CASES             )
_____   )
```

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd of July, 2007, I caused a true and correct copy of *NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6), Dated July 3, 2007, (OR HOTEL, LLC)* to be served on the following persons by hand-delivery to their respective addresses:

WARREN PRICE, III, ESQ.
ROBERT A. MARKS, ESQ.
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky & Piper, LLP
Suite 770, Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL,
LLC; AND KG HOLDINGS, LLC

WILLIAM A. BORDNER, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI


DATED:    Honolulu, Hawai`i, July 3, 2007.


                          /s/ Jason H. Kim
                        PAUL ALSTON
                        BRUCE H. WAKUZAWA
                        GLENN T. MELCHINGER
                        JASON H. KIM
                        Attorneys for Plaintiff and
                        Third-Party-Defendants the
                        Sport Shinko Companies