Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON             1126-0
BRUCE H. WAKUZAWA       4312-0
GLENN T. MELCHINGER     7135-0
JASON H. KIM            7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the SS Entities

           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 ACK-BMK |
| | ) CV 04-00127 ACK-BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, et al., | ) |
| | ) [Re: NOTICE OF TAKING |
| Defendants, | ) DEPOSITION UPON ORAL |
| | ) EXAMINATION PURSUANT TO |
| and | ) RULE 30(b)(6)[QK HOTEL, |
| | ) LLC]] |
| FRANKLIN K. MUKAI, et al., | ) |
| | ) |
| Third-Party | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SPORTS SHINKO (USA) CO., LTD., | ) |
| et al., | ) |
| | ) |
| Third-Party | ) |
| Defendants, | ) |
| | ) |
| and | ) |

650311 v1 / 6850-5

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., et al.,                    )
                                 )
    Third-Party Defendants/      )
    Counterclaimants,            )
                                 )
    vs.                          )
                                 )
QK HOTEL, LLC, et al.,           )
                                 )
    Third-Party Counterclaim     )
    Defendants.                  )
                                 )
AND CONSOLIDATED CASES           )
_____  )
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2007, I caused a true and correct copy of **_NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6), Dated July 3, 2007, (QK HOTEL, LLC)_** to be served on the following persons by hand-delivery to their respective addresses:

> WARREN PRICE, III, ESQ.
> ROBERT A. MARKS, ESQ.
> Price Okamoto Himeno & Lum
> 728 Ocean View Center
> 707 Richards Street
> Honolulu, HI  96813
>
> SIMON KLEVANSKY, ESQ.
> ALIKA L. PIPER, ESQ.
> CARISA LIMA KA'ALA HEE, ESQ.
> Klevansky & Piper, LLP
> Suite 770, Pauahi Tower
> 1001 Bishop Street
> Honolulu, HI  96813
>
> Attorneys for Defendants
> KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC;
> PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
> MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL,
> LLC; AND KG HOLDINGS, LLC

```
WILLIAM A. BORDNER, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI
```

DATED:   Honolulu, Hawai`i, July 3, 2007.

      /s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff and
Third-Party-Defendants the
Sport Shinko Companies