Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4132-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff
SPORTS SHINKO CO., LTD. and
Third Party Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QK HOTEL, LLC, a Hawai'i limited ) <br> liability company, et al, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> SPORTS SHINKO CO., LTD., ) <br> ) | CIVIL NO. CV 04-00124 BMK <br><br> **CERTIFICATE OF SERVICE** <br><br> [RE: THE SS PARTIES' SUPPLEMENTAL RESPONSE TO INTERROGATORIES PURSUANT TO STIPULATED ORDER GRANTING KG PARTIES' SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING CONFERENCE, ENTERED JUNE 18, 2007] <br><br> CIVIL NO. CV 04-00127 ACK/BMK |

651,346 / 6850-5

| | |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| OR HOTEL, LLC, a Hawai'i limited liability company, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2007, I caused a true and correct copy of **The SS Parties' Supplemental Response to Interrogatories Pursuant to Stipulated Order Granting KG Parties' Second Amended Motion to Compel Discovery and to Set Scheduling Conference, Entered June 18, 2007** to be served on William A. Bordner and Robert A. Marks by electronic mail and that on July 19, 2007, I caused a true and correct copy of the same document to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

651,346 / 6850-5

2

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| WILLIAM A. BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters<br>   Bordner & Estes<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | ( ) | ( ) | ( X ) |
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813 | ( ) | ( ) | ( X ) |
| SIMON KLEVANSKY, ESQ.<br>ALIKA L. PIPER, ESQ.<br>CARISA LIMA KA'ALA HEE, ESQ.<br>Klevansky & Piper, LLP<br>Suite 770, Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendants,<br>Counterclaimants and Third-Party<br>Plaintiffs KG HOLDINGS, LLC, QK<br>HOTEL, LLC; and OR HOTEL,<br>LLC | ( ) | ( ) | ( X ) |

DATED: Honolulu, Hawai`i, July 19, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.,