PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III            1212
ROBERT A. MARKS            2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

KLEVNSKY & PIPER
SIMON KLEVANSKY            3217-0
ALIKA L. PIPER             6949-0
CARISA LIMA KA'ALA HEE     7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii  96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail:  sklevansky@kplawhawaii.com
         apiper@ kplawhawaii.com
         kaalahee@ kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawaii limited | CV 04-00124 ACK-BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendants KG Holdings, LLC and QK Hotel, LLC Answers And Objections To Plaintiff And Third- |

| | |
|---|---|
| liability company, et al.,<br>  Defendants,<br> and<br>FRANKLIN K. MUKAI,<br>  Third-Party Plaintiff,<br> vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br>  Third-Party Defendants,<br> and<br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation, et al.,<br>  Third-Party Defendants/<br>  Counterclaimants,<br> vs.<br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br>  Third-Party Counterclaim Defendants. | Party Defendant Sports Shinko Co., Ltd.'s First Request For Answer To Interrogatories) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that DEFENDANTS KG HOLDINGS, LLC AND QK HOTEL, LLC ANSWERS AND OBJECTIONS TO PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO CO., LTD.'S FIRST REQUEST FOR ANSWER TO INTERROGATORIES was served upon the following on July 20, 2007 as indicated below:

2

| | |
|---|---|
| PAUL ALSTON, ESQ.<br>BRUCE H. WAKUZAWA, ESQ..<br>GLENN T. MELCHINGER, ESQ.<br>JASON KIM, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii  96813 | Original +1 Copy<br>Hand Delivery |

Attorneys for Plaintiff

| | |
|---|---|
| WILLIAM BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu Hawaii 96813 | 1 Copy<br>Hand Delivery |

Attorney for Defendant
FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, July 20, 2007.

          /s/ Robert A. Marks
          WARREN PRICE III
          ROBERT A. MARKS
          SIMON KLEVANSKY
          ALIKA L. PIPER
          CARISA LIMA KA'ALA HEE

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC