2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
([bbordner@bmbe-law.com](bbordner@bmbe-law.com))
JOHN REYES-BURKE 6251-0
([jburke@bmbe-law.com](jburke@bmbe-law.com))
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO. 04-00124 ACK/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (Re: Defendant Franklin K. Mukai's Responses To Plaintiff and Third-Party Defendant Sports Shinko Co., Ltd.'s First Request for Answers To Interrogatories Dated 5/8/07; Exhibit "A") |
| QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants, | |
| and | |

FRANKLIN K. MUKAI,

      Third-Party Plaintiff,

  vs.

SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

      Third-Party Defendants,

  and

SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; and SPORTS SHINKO (WAIKIKI)

CORPORATION, a Hawai`i corporation,

        Third-Party Defendants/ Counterclaimants,

vs.

QK HOTEL, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

        Third-Party Counterclaim Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant *Franklin K. Mukai's Responses To* Plaintiff and Third-Party Defendant *Sports Shinko Co., Ltd.'s First Request for Answers To Interrogatories Dated 5/8/07; Exhibit "A"* was duly served on the following parties in the manner specified below, on this date, addressed as follows:

|  | U.S. Mail | Delivery |
|---|---|---|
| PAUL ALSTON, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>Alston Hunt Floyd & Ing<br>1800 ASB Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br><br>Attorneys for Plaintiffs<br>and Third-Party Defendants<br>Sports Shinko Companies | ( ✓ ) | ( ) (Served with original and one copy.) |
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>Attorney for Defendants and<br>Third-Party Counterclaim Defendants<br>QK HOTEL, LLC and KG HOLDINGS, LLC | ( ✓ ) | ( ) |

DATED:  Honolulu, Hawaii, July 27, 2007.

/s/ William A. Bordner  _____
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant
FRANKLIN K. MUKAI