PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III            1212
TERENCE S. YAMAMOTO    1668
ROBERT A. MARKS           2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: tyamamoto@pohlhawaii.com
E-mail: ram@pohlhawaii.com

KLEVNSKY & PIPER
SIMON KLEVANSKY            3217-0
ALIKA L. PIPER                  6949-0
CARISA LIMA KA'ALA HEE   7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii  96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail:  sklevansky@kplawhawaii.com
            apiper@ kplawhawaii.com
            kaalahee@ kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK |
| Plaintiff, | CONSOLIDATED CASES |

|  |  |
|---|---|
| vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>　　　Defendants,<br><br>　and<br><br>FRANKLIN K. MUKAI,<br><br>　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>　　　Third-Party Defendants,<br><br>　and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation, et al.,<br><br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br><br>　vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>　　　Third-Party Counterclaim<br>　　　Defendants. | CERTIFICATE OF SERVICE<br><br>(Re: QK Hotel, LLC's First Request For Admissions, And Third Request For Answers To Interrogatories To Plaintiff Sports Shinko Co., Ltd.) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that QK HOTEL, LLC'S FIRST REQUEST FOR ADMISSIONS, AND THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF SPORTS SHINKO CO., LTD. was served upon the following on August 1, 2007 as indicated below:

2

| | |
|---|---|
| PAUL ALSTON, ESQ. | Original +1 Copy |
| BRUCE H. WAKUZAWA, ESQ.. | Hand Delivery |
| GLENN T. MELCHINGER, ESQ. | |
| JASON KIM, ESQ. | |
| Alston Hunt Floyd & Ing | |
| American Savings Bank Tower | |
| 1001 Bishop Street, 18th Floor | |
| Honolulu, Hawaii 96813 | |

Attorneys for Plaintiff

| | |
|---|---|
| WILLIAM BORDNER, ESQ. | 1 Copy |
| JOHN REYES-BURKE, ESQ. | Hand Delivery |
| Burke McPheeters Bordner & Estes | |
| Pacific Guardian Center, Mauka Tower | |
| 737 Bishop Street, Suite 3100 | |
| Honolulu Hawaii 96813 | |

Attorney for Defendant
FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, August 1, 2007.

/s/ Terence S. Yamamoto
WARREN PRICE III
TERENCE S. YAMAMOTO
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, OR HOTEL, LLC,
AND KG HOLDINGS, LLC