Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:   (808) 524-1800
Facsimile:   (808) 524-4591
Email:   palston@ahfi.com
   bwakuzawa@ahfi.com
   gtm@ahfi.com
   jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
| | CV 04-00127 ACK-BMK |
| Plaintiff, | |
| | CONSOLIDATED CASES |
| vs. | |
| | **CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, et al., | |
| | [Re:  Plaintiff and Third-Party |
| Defendants, | Defendants Sports Shinko Co., |
| | Ltd., Sports Shinko (USA) Co., |

| | |
|---|---|
| and | ) Ltd., Sports Shinko (Hawaii) |
| | ) Co., Ltd., Sports Shinko |
| FRANKLIN K. MUKAI, et al., | ) (Mililani) Co., Ltd., Sports |
| | ) Shinko (Kauai) Co., Ltd., |
| Third-Party Plaintiffs, | ) Sports Shinko (Pukalani) Co., |
| | ) Ltd., Sports Shinko Resort |
| vs. | ) Hotel Corporation, Sports |
| | ) Shinko (Waikiki) Corporation |
| SPORTS SHINKO (USA) CO., | ) and Ocean Resort Hotel |
| LTD., et al., | ) Corporation's Answers to |
| | ) QK Hotel, LLC's Second |
| Third-Party | ) Request for Answers to |
| Defendants, | ) Interrogatories to Plaintiff |
| | ) Sports Shinko Co., Ltd., |
| and | ) Dated May 23, 2007] |
| | ) |
| SPORTS SHINKO (HAWAII) CO., | ) |
| LTD., et al., | ) |
| | ) |
| Third-Party Defendants/ | ) |
| Counterclaimants, | ) |
| | ) |
| vs. | ) |
| | ) |
| QK HOTEL, LLC, et al., | ) |
| | ) |
| Third-Party Counterclaim | ) |
| Defendants. | ) |
| | ) |
| AND CONSOLIDATED CASES | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of August, 2007, I caused a true and correct copy of *Plaintiff and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Answers to QK Hotel, LLC's Second Request for Answers to Interrogatories to Plaintiff Sports Shinko Co., Ltd., Dated May 23, 2007*, dated August 8, 2007, to be served on the following persons by hand-delivery to their respective addresses:

> WILLIAM A. BORDNER, ESQ.
> JOHN REYES-BURKE, ESQ.
> Burke McPheeters
>    Bordner & Estes
> Suite 3100, Mauka Tower
> 737 Bishop Street
> Honolulu, HI  96813
>
> Attorneys for Defendant
> and Third-Party Plaintiff
> FRANKLIN K. MUKAI

WARREN PRICE, III, ESQ.   [Original + 1 copy]
ROBERT A. MARKS, ESQ.
728 Ocean View Center
707 Richards Street
Honolulu, HI 96813

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky & Piper, LLP
Suite 770, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813

Attorneys for Defendants,
Counterclaimants and Third-Party
Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC; and OR HOTEL, LLC

DATED: Honolulu, Hawai`i, August 8, 2007.

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff and
Third-Party Defendants the
Sports Shinko Companies