# TABLE OF CONTENTS

TABLE OF AUTHORITIES. ................................................................................. i

I.   INTRODUCTION. ................................................................................. 1

II.  STATEMENT OF FACTS. ..................................................................... 2

    A.   THE CREATION AND PURPOSE OF THE LOAN. .......................... 2

    B.   CAPITALIZATION OF A PORTION OF THE LOAN. ....................... 6

    C.   PAYMENTS TO LA COSTA. ............................................... 6

    D.   PAYMENTS FROM 1996 THROUGH 2002. ............................ 9

    E.   ACQUISITION OF THE LOAN BY SOUTH WIND. ....................... 14

III. STANDARD FOR GRANT OF SUMMARY JUDGEMENT. ....... 17

IV.  ARGUMENT. .......................................................................................... 19

    A.   THERE IS AMPLE EVIDENCE FROM WHICH A JURY COULD FIND, BY CLEAR AND CONVINCING EVIDENCE, THAT SS JAPAN IS A CREDITOR OF SSW. ..................................................... 19

    B.   EVEN UNDER THE STANDARDS OF THE INTERNAL REVENUE CODE, THERE IS AMPLE EVIDENCE THAT THE LOAN IS A "DEBT". ................................................................... 26

        1.   *Names given to the certificates evidencing the debt.* ............................................................... 27

        2.   *Presence or absence of a maturity date.* ................ 27

        3.   *Source of payments.* ........................................... 27

        4.   *Right to Enforce Payment of Principal and Interest.* ............................................................. 28


      5. *Participation in Management.* ................................. 28

      6. *Status Equal to or Inferior to Other Creditors.*.......... 28

      7. *Intent of the Parties.* ............................................. 28

      8. *"Thin" or Inadequate Capitalization.* ...................... 29

      9. *Identity of Interest Between Creditor and Stockholder.*................................................................... 29

      10. *Payment of Interest Only Out of "Dividend" Money.* ......................................................................... 29

      11. *Ability of the Corporation to Obtain Loans from Outside Lending Institutions.* ............................. 29

  C. THE LOAN WAS NOT CANCELLED IN 2004.......................... 30

  D. SS JAPAN HAS STANDING TO PURSUE ITS UFTA CLAIM, DESPITE THE TRANSFER OF THE LOAN TO SOUTH WIND. ....... 33

V. CONCLUSION............................................................................. 37