## TABLE OF AUTHORITIES

### FEDERAL CASES

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242,
106 S. Ct. 2505 (1986) ........................................................ 17, 18

*Bauer v. Commissioner of Internal Revenue*, 748 F.2d 1365
(9th Cir. 1985). ............................................... 2, 3, 19, 26, 29, 30

*Bordo Products Co. v. United States*, 476 F.2d 1312
(Cl. Ct. 1973). ............................................................ 23, 25, 28

*George E. Warren Corp. v. United States,* 141 F. Supp. 935
(Cl. Ct. 1956). ........................................................................ 25

*Gilbert v. Commissioner*, 248 F.2d 399 (2nd Cir. 1957). ................ 20

*Indmar Products Co., Inc. v. Commissioner of Internal Revenue*,
444 F.3d 771 (6th Cir. 2006). ............................................ 27, 28

*Kathy B. Enterprises, Inc. v. United States*, 779 F.2d 1413
(9th Cir. 1986). .................................................................. 2, 33

*Submicron Systems Corp. v. KB Mezzanine Fund II, L.P.*,
432 F.3d 448 (3rd Cir. 2006). ............................................ 20, 25

*Suzuki Motor Corp. v. Consumers Union of U.S., Inc.*,
330 F.3d 1110 (9th Cir. 2003). ................................................. 18

*T.W. Electrical Service, Inc. v. Pacific Electrical Contractors Association*, 809 F.2d 626 (9th Cir.1987). .................................. 17

*Tigrett v. United States*, 358 F. Supp. 2d 672 (W.D. Tenn. 2004). ... 26

## STATE CASES

*Bennet Glass & Paint Co. v. State Tax Commission*,
100 P.2d 567 (Utah 1940)............................................................. 25

*Eli's, Inc. v. Lemen*, 591 N.W.2d 542 (Neb. 1999). ........................ 35

*Loblaw, Inc. v. Wylie*, 375 N.Y.S.2d 706 (N.Y. App. Div. 1975)....... 34

*Michal v. Adair*, 152 P.2d 490 (Cal. App. Ct. 1944). ..................... 35

*National Union Fire Insurance Co. of Pittsburgh, P.A. v. Grusky*,
763 So. 2d 1206 (Fla. App. Ct. 2000). ......................................... 34

*Rose Group, L.L.C. v. Miller*, 64 P.3d 573 (Okla. Ct. App. 2003)..... 35

*TMJ Hawaii, Inc. v. Nippon Trust Bank*, 113 Hawai`i 373,
155, P.3d 444 (2007). ....................................................... 35, 36

*Wagner Electric Corp. v. United States*, 1975 WL 3594
(Cl. Ct. 1975). ............................................................... 22, 24

## FEDERAL STATUTES

F.R.C.P. 17(a) . ........................................................................ 36

F.R.C.P. Rule 56. ..................................................................... 17

## STATE STATUTES

H.R.S. § 651C-1............................................................... 19, 20

H.R.S. § 651 C-7................................................................... 19