IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) | CV 04-00124 BMK |
| ) | CV 04-00127 BMK |
| Plaintiff, ) | |
| ) | CONSOLIDATED CASES |
| vs. ) | |
| ) | **CERTIFICATE OF WORD** |
| QK HOTEL, LLC, et al., ) | **COUNT** |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| FRANKLIN K. MUKAI, et al., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |

654,892-2 / 6850-5

| | |
|---|---|
| QK HOTEL, LLC, et al., | ) |
| | ) |
| Third-Party Counterclaim | ) |
| Defendants. | ) |
| | ) |
| AND CONSOLIDATED CASES | ) |
| | ) |

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that Plaintiff's Memorandum in Opposition to the Kg Parties Motion for Partial Summary Judgment, Filed May 10, 2007, contains 7,125 words.

DATED:   Honolulu, Hawai`i, August 24, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies