## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | August 24, 2007 |
| John Reyes-Burke | jburke@bmbe-law.com | August 24, 2007 |

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

| | | |
|---|---|---|
| Robert A. Marks | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | August 24, 2007 |
| Simon Klevansky | sklevansky@kplawhawaii.com | |
| | | August 24, 2007 |
| Alka L. Piper | apiper@kplawhawaii.com | |
| Carisa Lima Ka'ala Hee | kaalahee@kplawhawaii.com | |

Attorneys for Defendants,
Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC; and OR HOTEL, LLC

DATED:   Honolulu, Hawai`i, August 24, 2007.

                                             /s/ Jason H. Kim
                                             PAUL ALSTON
                                             BRUCE H. WAKUZAWA
                                             GLENN T. MELCHINGER
                                             JASON H. KIM

                                             Attorneys for Plaintiffs
                                             and Third-Party Defendants,
                                             the Sports Shinko Companies