Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
           bwakuzawa@ahfi.com
           gmelchinger@ahfi.com
           jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 BMK |
|  | ) | CV 04-00127 BMK |
| Plaintiff, | ) |  |
|  | ) | CONSOLIDATED CASES |
| vs. | ) |  |
|  | ) | **CONCISE STATEMENT OF** |
| QK HOTEL, LLC, et al., | ) | **MATERIAL FACTS IN** |
|  | ) | **RESPONSE TO THE KG** |
| Defendants, | ) | **PARTIES' MOTION FOR** |
|  | ) | **PARTIAL SUMMARY** |
|  | ) | **JUDGMENT, FILED MAY 10,** |

| | |
|---|---|
| and | **2007;** DECLARATION OF TSUGIO FUKUDA; DECLARATION OF TADASHI YOSHIDA; DECLARATION OF DOREEN GRIFFITH; DECLARATION OF HUNGKE LEE; DECLARATION OF GLENN T. MELCHINGER; DECLARATION OF STEVEN DOUGLAS SEARS; DECLARATION OF STEVE SILVER; EXHIBITS 1-3; 5-6; 8-28; 30-56; 58-59; 61-68; AND 71-78 TO DECLARATIONS; CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI, et al., | |
| Third-Party Plaintiffs, | |
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
| Third-Party Defendants, | |
| and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | |
| Third-Party Defendants/ Counterclaimants, | DATE:   October 31, 2007<br>TIME:   2 p.m.<br>JUDGE:  Barry M. Kurren |
| vs. | |
| QK HOTEL, LLC, et al., | |
| Third-Party Counterclaim Defendants. | |
| AND CONSOLIDATED CASES | |

## CONCISE STATEMENT OF MATERIAL FACTS IN RESPONSE TO THE KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007

Pursuant to Local Rule 56.1, Plaintiff and Third-Party Defendants the Sports Shinko Companies respectfully submit their response to the KG Parties' Concise Statement of Facts in Support of Motion for Partial Summary Judgment, filed on May 10, 2007. A number of the Exhibits referenced below are not filed with this document but will be filed in redacted form pursuant to Court order at a later time, and have been provided to the Court and opposing counsel.

|    | **KG PARTIES' FACT** | **SPORTS SHINKO COMPANIES' RESPONSE** |
|----|---------------------|----------------------------------------|
| 4  | SS-Japan was the sole shareholder of SS-USA, which is the sole shareholder of SS-Hawaii, which is the sole shareholder of SSRHC, which is the sole shareholder of SS-Waikiki | DISPUTED. *See* Melchinger Dec. at ¶ 7; Ex. 78. |
| 14 | During calendar year 2004, SS-Japan made a tax-free transfer to SS-USA and subsidiaries in the amount of $86,735,750 | DISPUTED. *See* Griffith Dec. at ¶ 10; Ex. 65 at GT 037988; Lee Dec. at ¶ 8. |

|    | **KG PARTIES' FACT** | **SPORTS SHINKO COMPANIES' RESPONSE** |
|----|----------------------|---------------------------------------|
| 15 | In SS-USA and subsidiaries' 2004 U.S. Corporation Tax Return, no debt was reported to be owed to South Wind by SS-USA and subsidiaries | ADMITTED. *But see* Griffith Dec. at 11-14; Ex. 68. |
| 16 | As of December 31, 2004, SS-Waikiki had no liabilities, including no notes payable or other debts owing | DISPUTED. *See* Griffith Dec. at ¶¶ 4-7; Ex. 65 at GT 037988, Ex. 66; Lee Dec. at ¶¶ 3-10; Ex. 77; Melchinger Dec. at ¶ 3; Ex. 64; Sears Dec. at ¶ 3. |
| 18 | There is no signed promissory note or other signed instrument that gives rise to an enforceable debtor-creditor relationship in which SS-Waikiki is a debtor of SS-Japan | DISPUTED. *See* Fukuda Dec. at ¶¶ 8-9, 23-24; Ex. 2, Ex. 3, Ex. 11 at 117 1448-50, Ex. 12 at 022 0232 and 022 0234; Melchinger Dec. at ¶ 6 |
| 19 | There is no validly executed corporate resolution from SS-Waikiki authorizing it to borrow money from SS-Japan | DISPUTED. *See* Fukuda Dec. at ¶¶ 9; 23-24; Ex. 3, Ex. 11 at 117 1448-50, Ex. 12 at 022 0232 and 022 0234; Melchinger Dec. at ¶ 6. |
| 20 | There is no validly executed corporate resolution from SS-Japan authorizing it to lend money to SS-Waikiki | DISPUTED. *See* Fukuda Dec. at ¶ 8; Ex. 2 |

|   | **DISPUTED MATERIAL FACT FOR TRIAL** | **SUPPORT** |
|---|---|---|
| 1 | SS Japan and SS-Waikiki intended to, and did, create an enforceable debt in the amount of ¥ 10 billion (the "Loan"). As of February 2002, the Loan had not been fully paid. | Fukuda Dec. at ¶¶ 6-80; Exs. 1-3, 5-6, 8-28, 30-38, 41-53, 58-59, 61-63; Yoshida Dec. at ¶ 3; Exs. 54-56, 72-76; Melchinger Dec. at ¶ 4; Ex. 64. |
| 2 | The Loan was sold to South Wind Realty Finance (Cayman) Company in December 2004. That sale did not result in any cancellation or forgiveness of the Loan. | Exs. 39-40; Griffith Dec. at ¶¶ 2- 14; Exs. 65-69; Lee Dec. at ¶¶ 2-10; Ex. 77; Sears Dec. at ¶ 3. |
| 3 | The Loan is still outstanding at this time. | Sears Dec. at ¶ 3. |

DATED: Honolulu, Hawai`i, August 24, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies