IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 BMK |
| Plaintiff, | ) | CV 04-00127 BMK |
| | ) | |
| vs. | ) | CONSOLIDATED CASES |
| | ) | |
| QK HOTEL, LLC, et al., | ) | DECLARATION OF TADASHI YOSHIDA; EXHIBITS 54, 55, 56, 72, 73, 74, 75, 76 |
| Defendants, | ) | |
| and | ) | |
| FRANKLIN K. MUKAI, et al., | ) | |
| Third-Party Plaintiffs, | ) | |
| vs. | ) | |
| SPORTS SHINKO (USA) CO., LTD., et al., | ) | |
| Third-Party Defendants, | ) | |
| and | ) | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) | |
| Third-Party Defendants/ Counterclaimants, | ) | |
| vs. | ) | |

654948v1 / 6850-5

QK HOTEL, LLC, et al., )
)
Third-Party Counterclaim )
Defendants. )
)
AND CONSOLIDATED CASES )

### DECLARATION OF TADASHI YOSHIDA

I, Tadashi Yoshida, being duly sworn under oath, declare as follows:

1. I make this declaration based on personal knowledge and I am competent to testify to the matters set forth in this Declaration.

2. I am a director of Sports Shinko Co., Ltd., a Japan corporation ("SS-Japan") and I have control over and serve as the custodian of records for SS-Japan for the purposes of attesting to the attached documents.

3. Attached as Exhibits 54, 55, 56, and 72, 73, 74, 75, and 76 to this Declaration are true and correct copies of schedules and financials that were attached to the filed tax returns of SS-Japan from the years 1999 through 2006, which are business records that were created and kept as a regularly

conducted part of its business activities at or near the time of the acts, events reflected in the records.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed in Tokyo, Japan on August 24 2007.

_____
TADASHI YOSHIDA