IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, et al., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br> Third-Party Defendants, <br><br> and <br><br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br> Third-Party Defendants/ Counterclaimants, | CV 04-00124 BMK <br> CV 04-00127 BMK <br><br> CONSOLIDATED CASES <br><br> **DECLARATION OF STEVEN DOUGLAS SEARS** |

654946v1 / 6850-5

```
vs.                              )
                                 )
QK HOTEL, LLC, et al.,           )
                                 )
    Third-Party Counterclaim     )
    Defendants.                  )
                                 )
AND CONSOLIDATED CASES           )
                                 )
_____  )
```

## DECLARATION OF STEVEN DOUGLAS SEARS

I, Steven Sears, being duly sworn under oath, declare as follows:

1. I make this Declaration based on personal knowledge and I am competent to testify to the matters set forth in this Declaration.

2. I am the director and president of Sports Shinko (Waikiki) Corporation ("SSW"). In that capacity, I am familiar with the current status of the intercompany debt between Sports Shinko Co., Ltd. ("SS Japan") and SSW.

3. The June 1990 SS Japan loan to SSW, has not been assigned, forgiven or otherwise cancelled by either

SS Japan or by South Wind Realty Finance (Cayman) Company. I confirm that loan is a valid, subsisting debt.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed in Tokyo, Japan on August 24, 2007.

_____
STEVEN DOUGLAS SEARS