# EXHIBITS 1-3, 5-6, 8-28, 30-56, AND 58-59

(TO BE FILED UNDER SEAL)