```
NOV 03 '93  03:14 PM                          888 9230296              Page  1
FAX SPORTS SHINKO (TOKYO)           TUE)11. 2'93 10:32/ST. 10:39/ NO. 4001301851 P. 2/2
```

Howial Hands 5238590

VIA FACSIMILE
SPORTS SHINKO CO., LTD.
TOKYO HEAD OFFICE
TEL:(03)5259-1506
FAX:(03)5259-1530

Date: November, 2, 1993

To: Messrs.  H. Hanada, GrantThornton
            S. Tomita, QKH
            J. Kimoto, ORHW
            Y. Nishida, Mililani/Pukalani
            T. Tsujimoto, Kiahuna

From: Taizo Sato, Int'l Bus Div, Sports Shinko

Re: Revision of interest rate on Parents company's loan.

Please be advised that we have revised to settle a mono interest rate on the loan from Parent company to subsidiaries overseas.

All loan interest should be revised as follows;

    Effective:        Jan 1, 1993
    Interest rate:    The US prime rate plus handling commission.
                      (6% + 0.7% = 6.7% for 1993)

    How to apply the rate for the year:
                      The US prime rate on the first business day of
                      the year plus 0.7%.

    Calculation base: Single rate on the loan amount.

You are kindly requested to revise the interest amount to parent company for 1993 at the single rate of 6.7% per year.

Thank you for your cooperation and we look forward to having revised financial report and budget forecast.

Sincerely yours,

**EXHIBIT 61**

CONFIDENTIAL
GT015032