# EXHIBITS 62-63

# (TO BE FILED UNDER SEAL)