

**ALSTON HUNT FLOYD & ING**
LAWYERS
Attorneys at Law · A Law Corporation

18th Floor ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-1800
Fax: (808) 524-4591

Carter Professional Center
Suite C-21
65-1230 Mamalahoa Highway
Kamuela, Hawaii 96743
Tel: (808) 885-6762
Fax: (808) 885-8065

E-mail: info@ahfi.com
www.ahfi.com

## TRANSMITTAL MEMO

TO: Robert A. Marks, Esq.
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, HI 96813

DATE: September 6, 2005

**HAND DELIVERED**

RE: *Sports Shinko Co., Ltd. v. QK Hotel, LLC*, Civil Nos. CV 04-00124 ACK-BMK; CV 04-00125 ACK-BMK; CV 04-00126 ACK-BMK; CV 04-00127 ACK-BMK; and CV 04-00128 ACK-BMK

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 set | ------- | Document Nos. 256 0239 - 256 0810 |
| original | 09/06/05 | Invoice No. 1504 for photocopies |

[ ] For your information/files          [ ] For signature/notarized
[X] Per your request/our conversation   [ ] For filing/recordation
[ ] For review and comment              [ ] Return to our office
[ ] Returned to you                     [ ] Forward to:

REMARKS:

ALSTON HUNT FLOYD & ING

By _____
KELLY K. MULLER
Legal Assistant

Enclosure(s)
6850-5

**EXHIBIT 64**