# EXHIBITS 65-68

## (TO BE FILED UNDER SEAL)