

## Prime Lending Rates (Principal Banks) from 1989 to 2000

1966-1988    2001-Present

(Percent per annum)

| Effective Dates | Short-term Prime Lending Rates of Banks [1] | | | Long-term Prime Lending Rates |
| --- | --- | --- | --- | --- |
|  |  | Highest | Lowest |  |
| 1989  Jan. 23 | -- | 4.25 | -- | 5.7 (1988.8.1)[2] |
| Jan. 26 | 4.25 | ↓ | -- | ↓ |
| Jan. 27 | ↓ | ↓ | 4.25 | ↓ |
| June 19 | 4.875 | 4.875 | ↓ | ↓ |
| June 20 | ↓ | ↓ | 4.875 | ↓ |
| July 3 | ↓ | ↓ | ↓ | 6.0 |
| Nov. 1 | ↓ | ↓ | ↓ | 6.2 |
| Nov. 6 | 5.75 | 5.75 | 5.75 | ↓ |
| Dec. 1 | ↓ | ↓ | ↓ | 6.5 |
| 1990  Jan. 4 | ↓ | ↓ | ↓ | 6.8 |
| Jan. 19 | 6.25 | 6.25 | 6.25 | ↓ |
| Feb. 1 | ↓ | ↓ | ↓ | 7.5 |
| Mar. 29 | 7.125 | 7.125 | 7.125 | ↓ |
| Apr. 2 | ↓ | ↓ | ↓ | 7.9 |
| May 28 | ↓ | ↓ | ↓ | 7.6 |
| Aug. 1 | ↓ | ↓ | ↓ | 7.9 |
| Aug. 9 | ↓ | 7.375 | ↓ | ↓ |
| Aug. 10 | 7.375 | ↓ | 7.375 | ↓ |
| Sep. 3 | ↓ | ↓ | ↓ | 8.5 |
| Sep. 12 | ↓ | 8.0 | ↓ | ↓ |
| Sep. 13 | 8.0 | ↓ | ↓ | ↓ |
| Sep. 14 | ↓ | ↓ | 8.0 | ↓ |

Exhibit 71

| Date | | | | | |
|---|---|---|---|---|---|
| Oct. 1 | ↓ | ↓ | ↓ | 8.9 | |
| Nov. 1 | ↓ | ↓ | ↓ | 8.3 | |
| Dec. 3 | ↓ | ↓ | ↓ | 8.1 | |
| Dec. 11 | ↓ | 8.25 | ↓ | ↓ | |
| Dec. 12 | 8.25 | ↓ | ↓ | ↓ | |
| Dec. 13 | ↓ | ↓ | 8.25 | ↓ | |
| 1991 Jan. 4 | ↓ | ↓ | ↓ | 7.8 | |
| Mar. 1 | ↓ | ↓ | ↓ | 7.5 | |
| Apr. 1 | ↓ | ↓ | ↓ | 7.7 | |
| Apr. 8 | ↓ | 8.1 | 7.875 | ↓ | |
| Apr. 10 | 7.875 | ↓ | ↓ | ↓ | |
| Apr. 12 | ↓ | 7.875 | ↓ | ↓ | |
| July 1 | ↓ | ↓ | ↓ | 7.9 | |
| July 16 | ↓ | ↓ | 7.625 | ↓ | |
| July 18 | 7.625 | ↓ | ↓ | ↓ | |
| July 19 | ↓ | 7.625 | ↓ | ↓ | |
| Aug. 1 | ↓ | ↓ | ↓ | 7.7 | |
| Sep. 2 | ↓ | ↓ | ↓ | 7.5 | |
| Sep. 11 | ↓ | ↓ | 7.375 | ↓ | |
| Sep. 13 | 7.375 | ↓ | ↓ | ↓ | |
| Sep. 17 | ↓ | 7.375 | ↓ | ↓ | |
| Oct. 1 | ↓ | ↓ | 7.0 | 6.9 | |
| Oct. 4 | 7.0 | ↓ | ↓ | ↓ | |
| Oct. 8 | ↓ | 7.0 | ↓ | ↓ | |
| Nov. 18 | ↓ | ↓ | 6.625 | ↓ | |
| Nov. 22 | 6.625 | ↓ | ↓ | ↓ | |
| Nov. 27 | ↓ | 6.625 | ↓ | ↓ | |
| 1992 Jan. 6 | ↓ | ↓ | 6.125 | 6.6 | |
| Jan. 8 | ↓ | ↓ | 5.875 | ↓ | |
| Jan. 10 | 5.875 | ↓ | ↓ | ↓ | |
| Jan. 13 | ↓ | 5.875 | ↓ | ↓ | |

| Date | | | | |
|---|---|---|---|---|
| Feb. 3 | ↓ | ↓ | ↓ | 6.0 |
| Apr. 10 | 5.25 | 5.25 | 5.25 | ↓ |
| June 1 | ↓ | ↓ | ↓ | 6.3 |
| July 1 | ↓ | ↓ | ↓ | 6.1 |
| Aug. 3 | ↓ | ↓ | 4.75 | ↓ |
| Aug. 4 | 4.75 | ↓ | ↓ | ↓ |
| Aug. 5 | ↓ | 4.75 | ↓ | ↓ |
| Sep. 1 | ↓ | ↓ | ↓ | 5.7 |
| Nov. 2 | ↓ | ↓ | ↓ | 5.5 |
| Dec. 9 | ↓ | ↓ | 4.55 | ↓ |
| Dec. 11 | ↓ | ↓ | 4.5 | ↓ |
| Dec. 14 | 4.5 | ↓ | ↓ | ↓ |
| Dec. 16 | ↓ | 4.5 | ↓ | ↓ |
| 1993 Feb. 1 | ↓ | ↓ | ↓ | 5.2 |
| Feb. 12 | ↓ | ↓ | 4.0 | ↓ |
| Feb. 15 | 4.0 | ↓ | ↓ | ↓ |
| Feb. 16 | ↓ | 4.0 | ↓ | ↓ |
| Mar. 1 | ↓ | ↓ | ↓ | 4.9 |
| May 6 | ↓ | ↓ | ↓ | 5.1 |
| June 1 | ↓ | ↓ | ↓ | 5.4 |
| Aug. 2 | ↓ | ↓ | ↓ | 5.0 |
| Aug. 31 | 3.75 | 3.75 | 3.75 | ↓ |
| Sep. 1 | ↓ | ↓ | ↓ | 4.8 |
| Sep. 29 | ↓ | ↓ | 3.375 | ↓ |
| Sep. 30 | 3.375 | 3.375 | ↓ | ↓ |
| Oct. 1 | ↓ | ↓ | ↓ | 4.5 |
| Nov. 10 | ↓ | ↓ | ↓ | 3.8 |
| Dec. 8 | ↓ | ↓ | 3.0 | ↓ |
| Dec. 9 | 3.0 | ↓ | ↓ | ↓ |
| Dec. 10 | ↓ | 3.0 | ↓ | 3.5 |
| 1994 Feb. 10 | ↓ | ↓ | ↓ | 3.8 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Mar. 10 | ↓ | ↓ | ↓ | 4.4 |
|  | Aug. 10 | ↓ | ↓ | ↓ | 4.7 |
|  | Sep. 14 | ↓ | ↓ | ↓ | 4.9 |
| 1995 | Mar. 10 | ↓ | ↓ | ↓ | 4.5 |
|  | Apr. 11 | ↓ | ↓ | 2.750 | ↓ |
|  | Apr. 12 | 2.75 | ↓ | ↓ | 3.6 |
|  | Apr. 13 | ↓ | 2.75 | ↓ | ↓ |
|  | Apr. 24 | ↓ | ↓ | 2.375 | ↓ |
|  | Apr. 25 | 2.375 | ↓ | ↓ | ↓ |
|  | Apr. 26 | ↓ | 2.375 | ↓ | ↓ |
|  | June 14 | ↓ | ↓ | ↓ | 3.1 |
|  | July 12 | ↓ | ↓ | ↓ | 2.7 |
|  | July 13 | ↓ | ↓ | 2.0 | ↓ |
|  | July 14 | 2.0 | 2.0 | ↓ | ↓ |
|  | Sep. 13 | ↓ | ↓ | 1.625 | 3.0 |
|  | Sep. 14 | 1.625 | 1.625 | ↓ | ↓ |
|  | Oct. 13 | ↓ | ↓ | ↓ | 2.8 |
|  | Dec. 13 | ↓ | ↓ | ↓ | 2.6 |
| 1996 | Jan. 10 | ↓ | ↓ | ↓ | 2.8 |
|  | Feb. 15 | ↓ | ↓ | ↓ | 3.0 |
|  | Mar. 13 | ↓ | ↓ | ↓ | 3.2 |
|  | May 10 | ↓ | ↓ | ↓ | 3.6 |
|  | June 12 | ↓ | ↓ | ↓ | 3.3 |
|  | Sep. 11 | ↓ | ↓ | ↓ | 3.0 |
|  | Oct. 16 | ↓ | ↓ | ↓ | 2.7 |
|  | Dec. 11 | ↓ | ↓ | ↓ | 2.5 |
| 1997 | May 14 | ↓ | ↓ | ↓ | 3.1 |
|  | June 11 | ↓ | ↓ | ↓ | 2.9 |
|  | July 10 | ↓ | ↓ | ↓ | 2.7 |
|  | Sep. 10 | ↓ | ↓ | ↓ | 2.5 |
|  | Oct. 15 | ↓ | ↓ | ↓ | 2.3 |

| | | | | |
|---|---|---|---|---|
| 1998 Jan. 9 | ↓ | ↓ | ↓ | 2.6 |
| May 8 | ↓ | ↓ | ↓ | 2.4 |
| June 10 | ↓ | ↓ | ↓ | 2.3 |
| July 10 | ↓ | ↓ | ↓ | 2.5 |
| Sep. 16 | 1.50 | ↓ | 1.50 | ↓ |
| Sep. 18 | ↓ | 1.50 | ↓ | ↓ |
| Oct. 9 | ↓ | ↓ | ↓ | 2.3 |
| Nov. 10 | ↓ | ↓ | ↓ | 2.2 |
| 1999 Jan. 8 | ↓ | ↓ | ↓ | 2.9 |
| Mar. 10 | ↓ | ↓ | ↓ | 2.6 |
| Mar. 17 | ↓ | ↓ | 1.375 | ↓ |
| Mar. 18 | 1.375 | ↓ | ↓ | ↓ |
| Apr. 9 | ↓ | ↓ | ↓ | 2.3 |
| May 11 | ↓ | ↓ | ↓ | 1.9 |
| July 9 | ↓ | ↓ | ↓ | 2.1 |
| Aug 10 | ↓ | ↓ | ↓ | 2.4 |
| Sep. 10 | ↓ | ↓ | ↓ | 2.3 |
| Oct. 8 | ↓ | ↓ | ↓ | 2.2 |
| 2000 May 10 | ↓ | ↓ | ↓ | 2.15 |
| Aug. 10 | ↓ | ↓ | ↓ | 2.2 |
| Aug. 24 | 1.500 | ↓ | 1.500 | ↓ |
| Aug. 25 | ↓ | 1.625 | ↓ | ↓ |
| Sep. 8 | ↓ | ↓ | ↓ | 2.4 |
| Oct. 11 | ↓ | ↓ | ↓ | 2.3 |
| Nov. 10 | ↓ | ↓ | ↓ | 2.25 |
| Dec. 8 | ↓ | ↓ | ↓ | 2.1 |

[1] The highest and lowest interest rates and the rate adopted by the greatest number of city banks.
From January 23, 1989, the banks independently set the rate taking funding costs etc. into consideration.

[2] Effective dates.

 BANK OF JAPAN

## Prime Lending Rates (Principal Banks)

1966-1988    1989-2000

(Percent per annum)

| Effective Dates | Short-term Prime Lending Rates of Banks [1] | | | Long-term Prime Lending Rates [3] |
|---|---|---|---|---|
| | Most Frequent | Highest | Lowest | |
| 2001 Feb. 9 | 1.500 (2000.8.24)[4] | 1.625 (2000.8.25)[4] | 1.500 (2000.8.24)[4] | 2.05 |
| Mar. 9 | ↓ | ↓ | ↓ | 1.9 |
| Mar. 26 | ↓ | ↓ | 1.375 | ↓ |
| Mar. 28 | 1.375 | ↓ | ↓ | ↓ |
| Apr. 10 | ↓ | ↓ | ↓ | 1.85 |
| May 10 | ↓ | ↓ | ↓ | 1.75 |
| June 8 | ↓ | ↓ | ↓ | 1.6 |
| July 10 | ↓ | ↓ | ↓ | 1.55 |
| Aug. 10 | ↓ | ↓ | ↓ | 1.65 |
| Oct. 10 | ↓ | ↓ | ↓ | 1.7 |
| Nov. 9 | ↓ | ↓ | ↓ | 1.65 |
| Dec. 11 | ↓ | ↓ | ↓ | 1.85 |
| 2002 Jan. 10 | ↓ | ↓ | ↓ | 2.0 |
| Feb. 8 | ↓ | ↓ | ↓ | 2.2 |
| Mar. 8 | ↓ | ↓ | ↓ | 2.3 |
| Apr. 10 | ↓ | ↓ | ↓ | 2.1 |
| June 11 | ↓ | ↓ | ↓ | 1.95 |
| Aug. 9 | ↓ | ↓ | ↓ | 1.9 |
| Sep. 10 | ↓ | ↓ | ↓ | 1.7 |
| Oct. 10 | ↓ | ↓ | ↓ | 1.6 |
| Dec. 10 | ↓ | ↓ | ↓ | 1.65 |

| | | | | | |
|---|---|---|---|---|---|
| 2003 | Feb. 12 | ↓ | ↓ | ↓ | 1.55 |
| | Mar. 11 | ↓ | ↓ | ↓ | 1.5 |
| | Apr. 10 | ↓ | ↓ | ↓ | 1.4 |
| | May 9 | ↓ | ↓ | ↓ | 1.35 |
| | June 10 | ↓ | ↓ | ↓ | 1.25 |
| | July 10 | ↓ | ↓ | ↓ | 1.6 |
| | Aug. 8 | ↓ | ↓ | ↓ | 1.5 |
| | Sep. 10 | ↓ | ↓ | ↓ | 1.85 |
| | Oct. 10 | ↓ | ↓ | ↓ | 1.65 |
| | Nov. 11 | ↓ | ↓ | ↓ | 1.8 |
| | Dec. 10 | ↓ | ↓ | ↓ | 1.7 |
| 2004 | Feb. 10 | ↓ | ↓ | ↓ | 1.6 |
| | Mar. 10 | ↓ | ↓ | ↓ | 1.65 |
| | Apr. 9 | ↓ | ↓ | ↓ | 1.7 |
| | June 10 | ↓ | ↓ | ↓ | 1.9 |
| | July 9 | ↓ | ↓ | ↓ | 1.8 |
| | Aug. 10 | ↓ | ↓ | ↓ | 1.75 |
| | Sep. 10 | ↓ | ↓ | ↓ | 1.70 |
| | Dec. 10 | ↓ | ↓ | ↓ | 1.55 |
| 2005 | Mar. 10 | ↓ | ↓ | ↓ | 1.65 |
| | Apr. 8 | ↓ | ↓ | ↓ | 1.55 |
| | May 10 | ↓ | ↓ | ↓ | 1.50 |
| | June 10 | ↓ | ↓ | ↓ | 1.45 |
| | Aug. 10 | ↓ | ↓ | ↓ | 1.60 |
| | Sep. 9 | ↓ | ↓ | ↓ | 1.55 |
| | Oct. 12 | ↓ | ↓ | ↓ | 1.80 |
| | Nov. 10 | ↓ | ↓ | ↓ | 1.90 |
| | Dec. 9 | ↓ | ↓ | ↓ | 1.85 |
| 2006 | Jan. 11 | ↓ | ↓ | ↓ | 1.80 |
| | Feb. 10 | ↓ | ↓ | ↓ | 2.0 |
| | Mar. 10 | ↓ | ↓ | ↓ | 2.1 |

| Date | | | | |
|---|---|---|---|---|
| Apr. 11 | ↓ | ↓ | ↓ | 2.45 |
| May 10 | ↓ | ↓ | ↓ | 2.50 |
| June 9 | ↓ | ↓ | ↓ | 2.45 |
| July 11 | ↓ | ↓ | ↓ | 2.65 |
| Aug. 10 | ↓ | 1.875 | ↓ | 2.50 |
| Aug. 21 | Not applicable[2] | ↓ | ↓ | ↓ |
| Aug. 24 | 1.625 | ↓ | 1.625 | ↓ |
| Sep. 8 | ↓ | ↓ | ↓ | 2.30 |
| Oct. 11 | ↓ | ↓ | ↓ | 2.35 |
| Nov. 10 | ↓ | ↓ | ↓ | 2.30 |
| Dec. 8 | ↓ | ↓ | ↓ | 2.35 |
| 2007 Jan. 10 | ↓ | ↓ | ↓ | 2.40 |
| Feb. 9 | ↓ | ↓ | ↓ | 2.30 |
| Mar. 9 | ↓ | ↓ | ↓ | 2.20 |
| Mar. 20 | 1.875 | ↓ | ↓ | ↓ |
| Mar. 26 | ↓ | 2.125 | 1.875 | ↓ |
| Apr. 10 | ↓ | ↓ | ↓ | 2.25 |
| June 8 | ↓ | ↓ | ↓ | 2.45 |
| July 10 | ↓ | ↓ | ↓ | 2.55 |

[1] The highest and lowest interest rates, and the most frequent rate, which is the rate adopted by the largest number of the six city banks (Mizuho Bank, Bank of Tokyo-Mitsubishi UFJ, Sumitomo Mitsui Banking Corporation, Resona Bank, Mizuho Corporate Bank, and Saitama Resona Bank).
Since January 23, 1989, these banks have independently set the rate taking into consideration funding costs and other factors.

[2] "Not applicable" because there is more than one rete.

[3] Source: Mizuho Corporate Bank.

[4] Effective dates.

For inquiries, please contact:
Public Relations Department
Tel: +81-3-3279-1111
E-mail: prd@info.boj.or.jp