# EXHIBITS 72-77

# (TO BE FILED UNDER SEAL)