Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
        bwakuzawa@ahfi.com
        gmelchinger@ahfi.com
        jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 BMK |
| | ) | CV 04-00127 BMK |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED CASES |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, et al., | ) | |
| | ) | [Re:  Plaintiff Sports Shinko |
| Defendants, | ) | Co., Ltd.'s Response to |
| | ) | QK Hotel, LLC's First Request |
| | | for Admissions, and Third |

653209_1 / 6850-5

-2-

|  |  |
|---|---|
| and ) | REQUEST FOR ANSWERS TO |
| ) | INTERROGATORIES DATED |
| FRANKLIN K. MUKAI, et al., ) | AUGUST 1, 2007] |
| ) |  |
| Third-Party Plaintiffs, ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| SPORTS SHINKO (USA) CO., ) |  |
| LTD., et al., ) |  |
| ) |  |
| Third-Party ) |  |
| Defendants, ) |  |
| ) |  |
| and ) |  |
| ) |  |
| SPORTS SHINKO (HAWAII) CO., ) |  |
| LTD., et al., ) |  |
| ) |  |
| Third-Party Defendants/ ) |  |
| Counterclaimants, ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| QK HOTEL, LLC, et al., ) |  |
| ) |  |
| Third-Party Counterclaim ) |  |
| Defendants. ) |  |
| ) |  |
| AND CONSOLIDATED CASES ) |  |
| ) |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2007, I caused a true and correct copy of *Plaintiff Sports Shinko Co., Ltd.'s Response to QK Hotel, LLc's First Request for Admissions, and Third Request for Answers to Interrogatories Dated August 1, 2007*, dated August 31, 2007 (without a signed verification), to be served on the following persons by hand-delivery to their respective addresses:

>WILLIAM A. BORDNER, ESQ.
>JOHN REYES-BURKE, ESQ.
>Burke McPheeters
>   Bordner & Estes
>Suite 3100, Mauka Tower
>737 Bishop Street
>Honolulu, HI  96813
>
>Attorneys for Defendant
>and Third-Party Plaintiff
>FRANKLIN K. MUKAI
>
>
>WARREN PRICE, III, ESQ.
>ROBERT A. MARKS, ESQ.
>728 Ocean View Center
>707 Richards Street
>Honolulu, HI  96813

-4-

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky & Piper, LLP
Suite 770, Pauahi Tower
1003 Bishop Street
Honolulu, HI  96813

Attorneys for Defendants,
Counterclaimants and Third-Party
Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC; and OR HOTEL, LLC


DATED:  Honolulu, Hawai`i, August 31, 2007.


/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff and
Third-Party Defendants the
Sports Shinko Companies