Consolidated financial statements and accountants' compilation report

Sports Shinko (Hawaii) Co., Ltd. (a wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.) and Subsidiaries

December 31, 2002

CONFIDENTIAL
GT011753

EXHIBIT 3

CONTENTS

|  | Page |
|---|---|
| ACCOUNTANTS' COMPILATION REPORT | 3 |
| CONSOLIDATED FINANCIAL STATEMENTS | |
|    CONSOLIDATED BALANCE SHEET | 4 |
|    CONSOLIDATED STATEMENT OF OPERATIONS AND ACCUMULATED DEFICIT | 5 |
|    CONSOLIDATED STATEMENT OF CASH FLOWS | 6 |
| SUPPLEMENTARY INFORMATION | |
|    CONSOLIDATING BALANCE SHEET | 8 |
|    CONSOLIDATING STATEMENT OF OPERATIONS | 9 |
| SPORTS SHINKO (MILILANI) CO., LTD. AND SUBSIDIARY | |
|    CONSOLIDATING BALANCE SHEET | 10 |
|    CONSOLIDATING STATEMENT OF OPERATIONS | 11 |
| SPORTS SHINKO RESORT HOTEL CORPORATION AND SUBSIDIARIES | |
|    CONSOLIDATING BALANCE SHEET | 12 |
|    CONSOLIDATING STATEMENT OF OPERATIONS | 13 |
| SPORTS SHINKO (WAIKIKI) CORPORATION AND SUBSIDIARIES | |
|    CONSOLIDATING BALANCE SHEET | 14 |
|    CONSOLIDATING STATEMENT OF OPERATIONS | 15 |

CONFIDENTIAL
GT011754

Grant Thornton

Accountants and Business Advisors

<u>Accountants' Compilation Report</u>

To the Board of Directors and Shareholder
Sports Shinko (Hawaii) Co., Ltd.

We have compiled the accompanying balance sheet of Sports Shinko (Hawaii) Co., Ltd. (a Hawaii
corporation and a wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.) and Subsidiaries as
of December 31, 2002, and the related statements of operations and accumulated deficit, and cash
flows, and the supplementary information presented herein, for the year then ended, in accordance
with Statements on Standards for Accounting and Review Services issued by the American
Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the
representation of management. We have not audited or reviewed the accompanying financial
statements or supplementary information and, accordingly, do not express an opinion or any other
form of assurance on them.

Management has elected to omit substantially all of the disclosures, presentation of which is
required by accounting principles generally accepted in the United States of America. If the
omitted disclosures were included in the financial statements, they might influence the user's
conclusions about the company's financial position, results of operations, and cash flows.
Accordingly, these financial statements are not designed for those who are not informed about such
matters.

Grant Thornton LLP

Honolulu, Hawaii
April 20, 2004

~~ 1000
Bishop Street
Honolulu, HI 96813-2830
T  808.536.0066
F  808.523.8590
W  www.grantthornton.com

Grant Thornton LLP
US Member of Grant Thornton International

3

CONFIDENTIAL
GT0J1755

Sports Shinko (Hawaii) Co., Ltd.
(a wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.)
and Subsidiaries

CONSOLIDATED BALANCE SHEET

December 31, 2002

See Accountants' Compilation Report

ASSETS

Cash                                                                        $

Accounts receivable, less allowance for doubtful accounts
  of

Prepaid expenses and deposits

Due from Resort Management

Notes receivable - KG                                          REDACTED

Interest receivable - KG

Receivables - KG affiliates

Property and equipment, net

                                                                            $

LIABILITIES AND SHAREHOLDER'S EQUITY (DEFICIT)

Accounts payable and accrued liabilities                      $

Customer deposits and deferred income

Loan payable-bank                                             REDACTED

Long-term debt - affiliates

Accrued interest, due to shareholder and affiliate

Shareholder's equity (deficit)
  Common stock; no par, 20,000 shares authorized;
    19,998 shares issued and outstanding              $
  Additional paid-in capital
  Accumulated deficit                                         —

  Less notes and interest receivable, shareholder, affiliates, and other   —   REDACTED

                                                                            $

CONFIDENTIAL
GT011756

Sports Shinko (Hawaii) Co., Ltd.
(a wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.)
and Subsidiaries

CONSOLIDATED STATEMENT OF OPERATIONS AND ACCUMULATED DEFICIT

Year ended December 31, 2002

See Accountants' Compilation Report

Other income (expenses)
    Loss on foreign currency exchange
    General and administrative
    Interest income

        Loss from continuing operations

Discontinued operations
    Golf course operations
        Income from discontinued golf course operations
        Adjustment to estimated loss on sale of golf course operations

    Hotel operations
        Loss from discontinued hotel operations
        Adjustment to estimated loss on sale of hotel operations

        Loss from discontinued operations

        NET LOSS

Accumulated deficit at January 1, 2002

Accumulated deficit at December 31, 2002

$ REDACTED

REDACTED

REDACTED

CONFIDENTIAL
GT011757

Sports Shinko (Hawaii) Co., Ltd.
(a wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.)
and Subsidiaries

CONSOLIDATED STATEMENT OF CASH FLOWS

Year ended December 31, 2002

See Accountants' Compilation Report

Cash flows from operating activities:
    Net loss
    Adjustments to reconcile net loss to net cash
      used in operating activities of continuing operations:
        Loss from discontinued operations
        Depreciation and amortization
        Loss on foreign currency exchange
        Increase in accrued interest receivable
        Increase in other

        Net cash used in operating activities of continuing operations

REDACTED

Cash flows from investing activities:
    Proceeds from sale of property
    Payments on debt
    Advances to affiliate

        Net cash provided by investing activities
        of continuing operations

REDACTED

Net cash provided by discontinued operations

NET DECREASE IN CASH AND CASH EQUIVALENTS

Cash and cash equivalents at January 1, 2002

Cash and cash equivalents at December 31, 2002

REDACTED

Supplemental disclosures of cash flow information

    In connection with the sale of its property, the company received a note receivable from the buyer in the amount of      and the loan payable to the bank in the amount of      was paid off.

REDACTED          REDACTED

6

CONFIDENTIAL
GT011758

SUPPLEMENTARY INFORMATION

CONFIDENTIAL
GTGH 759

Sports Shinko (Hawaii) Co., Ltd.
(A wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.)
and Subsidiaries

CONSOLIDATING BALANCE SHEET

December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko (Hawaii) Co., Ltd. | Sports Shinko (Mililani) Co., Ltd. | Sports Shinko (Kauai) Co., Ltd. | Sports Shinko (Pukalani) Co., Ltd. | Pukalani STP Co., Ltd. | Sports Shinko Resort Hotel Corporation | Ocean Resort Hotel | Consolidating entries Debit | Credit | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Cash | | | | | | | REDACTED | | | REDACTED |
| Accounts receivable | | | | | | | | | | |
| Prepaid expenses and deposits | | | | | | | | | | |
| Due from Resort Management | | | | | | | | | | |
| Notes receivable - KG | | | | | | | | | | |
| Interest receivable - KG | | | | | | | | | | |
| Receivables - KG affiliates | | | | | | | | | | |
| Equipment, net | | | | | | | | | | |
| Investment in subsidiary companies | | | | | | | | | | |
| **LIABILITIES AND SHAREHOLDER'S EQUITY (DEFICIT)** | | | | | | | | | | |
| Accounts payable and accrued liabilities | | | | | | | REDACTED | | | REDACTED |
| Customer deposits and deferred income | | | | | | | | | | |
| Debts - bank | | | | | | | | | | |
| Debts - affiliates | | | | | | | | | | |
| Accrued interest due to shareholder and affiliates | | | | | | | | | | |
| Shareholder's equity (deficit): | | | | | | | | | | |
| Common stock | | | | | | | | | | |
| Additional paid-in capital | | | | | | | | | | |
| Accumulated deficit | | | | | | | | | | |
| Less notes and interest receivable, shareholder, affiliates and others | | | | | | | | | | |

1

Sports Shinko (Hawaii) Co., Ltd.
(a wholly-owned subsidiary of Sports Shinko (USA) Co., Ltd.)
and Subsidiaries

CONSOLIDATING STATEMENT OF OPERATIONS

Year ended December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko (Hawaii) Co., Ltd. | Sports Shinko (Mililani) Co., Ltd. | Sports Shinko (Kauai) Co., Ltd. | Sports Shinko (Waikiki) Co., Ltd. | Pukalani STP Co., Ltd. | Sports Shinko Resort Hotel Corporation | Japan account | Consolidating entries Debit | Credit | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | |
| Hotel | | | | | | | | | | |
| Golf course | | | | | | | | | | |
| Public utility | | | | | | | | | | |
| Total revenue | | REDACTED | | | | REDACTED | | | | |
| **Departmental expenses** | | | | | | | | | | |
| Hotel | | | | | | | | | | |
| Golf course | | | | | | | | | | |
| Public utility | | | | | | | | | | |
| General and administrative | | | | | | | | | | |
| Total departmental expenses | | | | | | | | | | |
| Gross operating (loss) income | | REDACTED | | | | REDACTED | | | | |
| Other (income) expenses | | | | | | | | | | |
| Loss on foreign currency exchange | | | | | | | | | | |
| Loss (gain) on sale of assets | | | | | | | | | | |
| Interest, net of interest income | | | | | | | | | | |
| Depreciation and amortization | | | | | | | | | | |
| Total other expenses | | | | | | | | | | |
| NET (LOSS) INCOME | | | | | | | | | | |

Sports Shinko Mililani Co., Ltd.
(a wholly-owned subsidiary of Sports Shinko (Hawaii) Co., Ltd.)
and Subsidiary

CONSOLIDATING BALANCE SHEET

December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko (Mililani) Co., Ltd. | Sun Transportation Co., Ltd. | Consolidating entries | | Total |
|---|---|---|---|---|---|
| | | | Debit | Credit | |

**ASSETS**

Cash

Accounts receivable

Prepaid expenses and deposits

Due from Resort Management

Note receivable-KG

Interest receivable-KG

**LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)**

Accounts payable and accrued balances

Debt

Accrued interest, due to shareholders and affiliate

Shareholders' equity (deficit)
  Common stock
  Additional paid-in capital
  Accumulated deficit

Less notes and interest receivable, shareholders, affiliates and other

REDACTED    REDACTED

REDACTED    REDACTED

Sports Shinko (Mililani) Co., Ltd.
(a wholly-owned subsidiary of Sports Shinko (Hawaii) Co., Ltd.)
and Subsidiary

## CONSOLIDATING STATEMENT OF OPERATIONS

Year ended December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko (Mililani) Co., Ltd. | Sure Transportation Co., Ltd. | Consolidating entries | | Total |
|---|---|---|---|---|---|
| | | | Debit | Credit | |
| Revenue | | | | | |
| Golf Course | | | | | |
| Total golf revenue | | | | | |
| Other operating departments | | | | | |
| Total revenue | | | | | |
| Departmental expenses | REDACTED | | | REDACTED | |
| Operating expenses | | | | | |
| Total golf expenses | | | | | |
| General and administrative | | | | | |
| Real property tax and insurance | | | | | |
| Total insurance and real property tax | | | | | |
| Total departmental expenses | | | | | |
| Gross operating income (loss) | REDACTED | | | REDACTED | |
| Other expenses | | | | | |
| Loss on sale of assets | | | | | |
| Interest, net of interest income | | | | | |
| Depreciation and amortization | | | | | |
| Total other expenses | | | | | |
| NET (LOSS) INCOME | | | | | |

11

CONFIDENTIAL
GT011763

Sports Shinko Resort Hotel Corporation
(a wholly-owned subsidiary of Sports Shinko (Hawaii) Co., Ltd.)
and Subsidiaries

CONSOLIDATING BALANCE SHEET

December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko Resort Hotel Corporation | Ocean Resort Hotel Corporation | Sports Shinko (Waikiki) Corporation | Consolidating entries | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Debit | Credit | Total |

**ASSETS**

Cash
Accounts receivable
Prepaid expenses
Due from Resort Management
Notes receivable - KG
Interest receivable - KG
Receivable - KG affiliates
Investment in subsidiary companies

REDACTED    REDACTED    REDACTED

**LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)**

Accounts payable and accrued liabilities
Customer deposits and deferred income
Long-term debt
Accrued interest, due to shareholder and affiliate
Shareholder's equity (deficit):
  Common stock
  Additional paid-in capital
  Accumulated deficit
Less notes and interest receivable, shareholder, affiliate and other

REDACTED    REDACTED

Sports Shinko Resort Hotel Corporation
(a wholly-owned subsidiary of Sports Shinko (Hawaii) Co., Ltd.)
and Subsidiaries

CONSOLIDATING STATEMENT OF OPERATIONS

Year ended December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko Resort Hotel Corporation | Ocean Resort Hotel Corporation | Sports Shinko (Waikiki) Corporation | Consolidating entries Debit | Credit | Total |
|---|---|---|---|---|---|---|
| Revenue | | | | | | |
| Rooms | | | | | | |
| Food and beverage | REDACTED | | | REDACTED | | |
| Telephone | | | | | | |
| Other operating departments | | | | | | |
| Total revenue | | | | | | |
| Departmental expenses | | | | | | |
| Rooms | | | | | | |
| Food and beverage | | | | | | |
| Telephone | | | | | | |
| Property operations and maintenance | | | | | | |
| Energy | | | | | | |
| Sales and marketing | | | REDACTED | | | |
| General and administrative | | | | | | |
| Real estate taxes and insurance | | | | | | |
| Total departmental expenses | | | | | | |
| Gross operating loss | | | | | | |
| Other (income) expenses | | | | | | |
| Loss on foreign currency exchange | | | | | | |
| Estimated loss on sale of hotel operations | REDACTED | | | REDACTED | | |
| Interest, net of interest income | | | | | | |
| Depreciation and amortization | | | | | | |
| Total other (income) expenses | | | | | | |
| NET INCOME (LOSS) | | | | | | |

13

CONFIDENTIAL
GT011765

Sports Shinko (Waikiki) Corporation
(a wholly-owned subsidiary of Sports Shinko (Hawaii) Co., Ltd.)
and Subsidiaries

CONSOLIDATING BALANCE SHEET

December 31, 2001

See Accountants' Compilation Report

| | Sports Shinko (Waikiki) Corporation | Queen Kapiolani Hotel | Ocean Resort Hotel Waikiki | Consolidating entries | | Total |
|---|---|---|---|---|---|---|
| | | | | Debit | Credit | |

ASSETS

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash | | | | | | |
| Accounts receivable | | | | | | |
| Prepaid expenses and deposits | REDACTED | REDACTED | REDACTED | | | |
| Due from Resort Management | | | | | | |
| Notes receivable - KG | | | | | | |
| Interest receivable - KG | | | | | | |
| Receivable - KG affiliates | | | | | | |
| Investment in subsidiary company | | | | | | |

LIABILITIES AND SHAREHOLDER'S EQUITY DEFICIT

| | | | | | | |
|---|---|---|---|---|---|---|
| Accounts payable and accrued liabilities | | | | | | |
| Customer deposits and deferred income | | | | | | |
| Debt | REDACTED | REDACTED | REDACTED | | | |
| Accrued interest, due to shareholder and affiliate | | | | | | |
| Shareholder's equity (deficit): | | | | | | |
| Common stock | | | | | | |
| Additional paid-in capital | | | | | | |
| Accumulated deficit | | | | | | |
| Less notes and interest receivable, shareholder, affiliate, and officer | | | | | | |

14

Sports Shinko (Waikiki) Corporation
(a wholly-owned subsidiary of Sports Shinko (Hawaii) Co., Ltd.)
and Subsidiaries

CONSOLIDATING STATEMENT OF OPERATIONS

Year ended December 31, 2002

See Accountants' Compilation Report

| | Sports Shinko (Waikiki) Corporation | Queen Kapiolani Hotel | Ocean Resort Hotel Waikiki | Consolidating entries Debit | Credit | Total |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Rooms | | | | | | |
| Food and beverage | | | | | | |
| Telephone | | | | | | |
| Other operating departments | | | | | | |
| | | | | | | |
| Total revenue | | | | | | |
| | | | | | | |
| **Departmental expenses** | | | | | | |
| Rooms | | | | | | |
| Food and beverage | | | | | | |
| Telephone | | | | | | |
| Property operations and maintenance | | | | | | |
| Energy | | | | | | |
| Sales and marketing | | | | | | |
| General and administrative | | | | | | |
| Real estate taxes and insurance | | | | | | |
| | | | | | | |
| Total departmental expenses | | | | | | |
| | | | | | | |
| Gross operating (loss) income | | | | | | |
| | | | | | | |
| **Other (income) expenses** | | | | | | |
| Loss on foreign currency translation | | | | | | |
| Estimated loss on sale of hotel operations | | | | | | |
| Interest, net of interest income | | | | | | |
| Depreciation and amortization | | | | | | |
| | | | | | | |
| Total other (income) expenses | | | | | | |
| | | | | | | |
| NET (LOSS) INCOME | | | | | | |

REDACTED

REDACTED

REDACTED

REDACTED

15

CONFIDENTIAL
GT011767

# Grant Thornton

www.grantthornton.com

Grant Thornton LLP
US Member of
Grant Thornton International
© 2001 Grant Thornton LLP
All rights reserved

CONFIDENTIAL
GT011768