Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
            bwakuzawa@ahfi.com
            gmelchinger@ahfi.com
            jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>          Plaintiff,<br><br>     vs.<br><br>QK HOTEL, LLC, et al.,<br><br>          Defendants, | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re:  PLAINTIFF SPORTS SHINKO CO., LTD.'S AMENDED RESPONSE TO QK HOTEL, LLC'S FIRST REQUEST FOR ADMISSIONS, AND |

| | |
|---|---|
| and ) | THIRD REQUEST FOR ANSWERS TO |
| ) | INTERROGATORIES DATED |
| FRANKLIN K. MUKAI, et al., ) | AUGUST 1, 2007] |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Third-Party Counterclaim ) | |
| Defendants. ) | |
| ) | |
| AND CONSOLIDATED CASES ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of September, 2007, I caused a true and correct copy of *Plaintiff Sports Shinko Co., Ltd.'s Amended Response to QK Hotel, LLC's First Request for Admissions, and Third Request for Answers to Interrogatories Dated August 1, 2007*, dated September 5, 2007 to be served on the following persons by hand-delivery to their respective addresses:

    WILLIAM A. BORDNER, ESQ.
    JOHN REYES-BURKE, ESQ.
    Burke McPheeters
       Bordner & Estes
    Suite 3100, Mauka Tower
    737 Bishop Street
    Honolulu, HI  96813

    Attorneys for Defendant
    and Third-Party Plaintiff
    FRANKLIN K. MUKAI


    WARREN PRICE, III, ESQ.
    ROBERT A. MARKS, ESQ.
    728 Ocean View Center
    707 Richards Street
    Honolulu, HI  96813

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky & Piper, LLP
Suite 770, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813

Attorneys for Defendants,
Counterclaimants and Third-Party
Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC; and OR HOTEL, LLC

DATED: Honolulu, Hawai`i, September 6, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff and
Third-Party Defendants the
Sports Shinko Companies