PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III           1212
ROBERT A. MARKS            2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

KLEVNSKY & PIPER
SIMON KLEVANSKY            3217-0
ALIKA L. PIPER             6949-0
CARISA LIMA KA'ALA HEE     7372-0
Bishop Square, Pauahi Tower
1001 Bishop Street, Suite 770
Honolulu, Hawaii  96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail: sklevansky@kplawhawaii.com
         apiper@ kplawhawaii.com
         kaalahee@ kplawhawaii.com

Attorneys for Defendants, Counterclaimants and
Third-Party Plaintiffs KG HOLDINGS, LLC,
QK HOTEL, LLC, and OR HOTEL, LLC
("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QK HOTEL, LLC, et al.<br><br>　　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI, et al. | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br><br>(Re: First Amended Stipulated Order Granting KG Parties' Second Amended Motion To Compel Discovery And to Set Scheduling Conference) |

|  |
|---|
| Third-Party Plaintiff, |
| vs. |
| SPORTS SHINKO (USA) CO., LTD., et al., |
| Third-Party Defendants, |
| and |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., |
| Third-Party Defendants/ Counterclaimants, |
| vs. |
| QK HOTEL, LLC, et al., |
| Third-Party Counterclaim Defendants. |
| AND CONSOLIDATED CASE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that FIRST AMENDED STIPULATED ORDER GRANTING KG PARTIES' SECOND AMENDED MOTION TO COMPEL DISCOVERY AND TO SET SCHEDULING CONFERENCE, filed September 5, 2007, was served upon the following on September 6, 2007 as indicated below:

| | |
|---|---|
| BRUCE H. WAKUZAWA, ESQ.<br>JASON KIM, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii  96813<br><br>    Attorneys for Plaintiff | Hand Delivery |
| WILLIAM BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu Hawaii 96813<br><br>    Attorney for Defendant<br>    FRANKLIN K. MUKAI | Hand Delivery |

DATED:  Honolulu, Hawaii, September 6, 2007.

    /s/ Robert A. Marks
    WARREN PRICE III
    ROBERT A. MARKS
    SIMON KLEVANSKY
    ALIKA L. PIPER
    CARISA LIMA KA'ALA HEE

    Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, QK HOTEL, LLC, and OR HOTEL, LLC ("KG PARTIES")