EXHIBIT B

CERTIFICATION OF RECORDS OF

AQUA ENGINEERS, INC.

    I, _____, am an employee and the Custodian of Records for Aqua Engineers, Inc. I make this declaration upon personal knowledge.

    1.  I have personal knowledge of the records of Aqua Engineers, Inc. that are the subject of this Declaration.

    2.  On, _____, Aqua Engineers, Inc. was served with a subpoena in Civ. 04-00124 BMK, Sports Shinko Co., Ltd. V. QK Hotel, LLC, et al. and Civ. 04-00127 BMK, Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al.(the "Subpoena") at the premises of Aqua Engineers, Inc.,3560 Koloa Road, Kalaheo, HI 96741-9160. The Subpoena was issued by Glenn T. Melchinger, Esq.; attorney for Plaintiffs and Third-Party Defendants, the Sports Shinko Companies.

    3.  On, _____, via delivery service, I produced documents in response to the Subpoena to Mr. Melchinger at his business address at Alston Hunt Floyd & Ing, 1001 Bishop Street, 1800 ASB Tower, Honolulu, Hawai`i, 96813. The total number of pages produced were _____.

    4.  All the documents I produced in response to the Subpoena were kept, and continue to be kept, in the regular course of Aqua Engineer, Inc.'s regularly conducted activities.

5.  The documents produced in response to the Subpoena were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

6.  It was Aqua Engineer, Inc.'s and its custodian of records' practice to keep records of this type as part of Aqua Engineer, Inc.'s regularly conducted activities.

7.  All non-privileged documents that are responsive to the Subpoena that were in possession of Aqua Engineer, Inc. on _____, which is the date Aqua Engineer, Inc. was served with the Subpoena, have been produced.

8.  The documents produced are true and correct photocopies of Aqua Engineer, Inc.'s original source documents.

9.  None of the documents produced have been redacted or altered in any way.

10. No documents have been withheld under any privilege or for any other reason unless specifically noted in a separate privilege log.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ in _____, Hawaii.

_____
Custodian of Records