Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:    palston@ahfi.com
          bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>        Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, et al.,<br><br>        Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>        Third-Party<br>        Plaintiffs,<br><br>   vs.<br><br>SPORTS SHINKO (USA) CO., LTD.,<br>et al.,<br><br>        Third-Party<br>        Defendants, | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE: Plaintiffs' and Third-Party Defendants' Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Notice of Production of Documents |

657252 v1 / 6850-5

|  |  |
|---|---|
| and | ) |
| | ) **Pursuant to Rule 45(a)(C)** |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) **FRCP Satoshi Kinoshita)** |
| | ) |
| Third-Party Defendants/ Counterclaimants, | ) |
| | ) |
| vs. | ) |
| | ) |
| QK HOTEL, LLC, et al., | ) |
| | ) |
| Third-Party Counterclaim Defendants. | ) |
| | ) |
| AND CONSOLIDATED CASES | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of **Plaintiffs' and Third-Party Defendants' Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Notice of Production of Documents Pursuant to Rule 45(a)(C) FRCP**, dated September 18, 2007, to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| WILLIAM A. BORDNER, ESQ.<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI  96813<br><br>Attorney for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | (✔) | ( ) | ( ) |
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendants<br>KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC; PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC; MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL, LLC; AND KG HOLDINGS, LLC | (✔) | ( ) | ( ) |

DATED:   Honolulu, Hawai`i, September 19, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies