# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00124BMK |
| CASE NAME: | Sports Shinko Co., Ltd., etc Vs. QK Hotel, LLC, et al. |
| ATTYS FOR PLA: | Bruce Wakuzawa and Glenn Melchinger |
| ATTYS FOR DEFT: | William Bordner and Robert Marks |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | None |
| DATE: | 09/24/2007 | TIME: | 3:01pm-3:19pm |

COURT ACTION: EP: Discovery Conference Re Letter Briefs Submitted 9/19/2007- Court and Counsel Discussed Discovery Problems as stated in the Letter Briefs dated 9/19/2007. Defendant/Third Party Plaintiff-Franklin Mukai's Counsel Mr. Bordner will submit any additional documents that have not been produced to the Plaintiff by 11/15/2007.

Submitted by Leslie L. Sai, Courtroom Manager