PRICE OKAMOTO HIMENO & LUM
WARREN PRICE III            1212
ROBERT A. MARKS             2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY & PIPER
SIMON KLEVANSKY             3217-0
ALIKA L. PIPER              6949-0
CARISA LIMA KA'ALA HEE      7372-0
1001 Bishop Street
Pauahi Tower, Suite 770
Honolulu Hawaii 96813
Phone: (808) 524-0155
Fax: (808) 531-6963
E-mail: sklevansky@ggik.com
       apiper@ggik.com;
       kaalahee@ggik.com

Attorneys for KG PARTIES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>    Plaintiff, <br><br>  vs. <br><br>QK HOTEL, LLC, et al., <br><br>    Defendants, <br><br>  and <br><br>FRANKLIN K. MUKAI, et al., <br><br>    Third-Party Plaintiffs, <br><br>  vs. <br><br>SPORTS SHINKO (USA) CO., LTD., et al., | CV 04-00124 ACK-BMK <br> CV 04-00127 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> CERTIFICATE OF SERVICE <br><br> (Re: Third Notice Of Taking Deposition Upon Written Interrogatories; Exhibit A [Custodian Of Records Of Grant Thornton LLP]) |

|  |
|---|
| Third-Party Defendants, <br> and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>    Third-Party Defendants/ Counterclaimants, <br> vs. <br> QK HOTEL, LLC, et al., <br>    Third-Party Counterclaim Defendants. <br> AND CONSOLIDATED CASES |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that THIRD NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES [CUSTODIAN OF RECORDS OF GRANT THORNTON LLP] dated October 4, 2007 was served upon the following at their last know address via hand delivery on October 5, 2007:

> PAUL ALSTON, ESQ.
> BRUCE H. WAKUZAWA, ESQ.
> GLENN T. MELCHINGER, ESQ.
> JASON H. KIM, ESQ.
> Alston Hunt Floyd & Ing
> American Savings Bank Tower
> 1001 Bishop Street, 18th Floor
> Honolulu, Hawaii  96813
>     Attorneys for Plaintiff
>     and Third-Party Defendants
>     the Sports Shinko Companies

      WILLIAM BORDNER, ESQ.
      JOHN REYES-BURKE, Esq.
      Burke McPheeters Bordner & Estes
      Pacific Guardian Center, Mauka Tower
      737 Bishop Street, Suite 3100
      Honolulu Hawaii 96813
          Attorney for Defendant
          FRANKLIN K. MUKAI

DATED:    Honolulu, Hawaii, October 5, 2007.

       /s/ Robert A. Marks
      WARREN PRICE III
      ROBERT A. MARKS
      SIMON KLEVANSKY
      ALIKA L. PIPER
      CARISA LIMA KA'ALA HEE

      Attorneys for KG PARTIES