OCT 08 '07 PM 3:34 US DC