IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>      Defendants,<br>  and<br>FRANKLIN K. MUKAI, et al.,<br><br>      Third-Party Plaintiffs,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.<br><br>AND CONSOLIDATED CASE | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br><br><br><br>WORD COUNT CERTIFICATE |

## WORD COUNT CERTIFICATE

Pursuant to L.R. 7.5, counsel hereby certifies that the KG Parties' Reply Memorandum In Support Of Motion For Partial Summary Judgment contains 4,246 words, according to the word count of the word-processing software used to produce the document (Microsoft Word).

The foregoing word count is inclusive of headings, footnotes, and quotations, and exclusive of the caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificates of service.

2

DATED Honolulu, Hawaii, October 19, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorney for the KG Parties
KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC & OR HOTEL, LLC