IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>    Third-Party Plaintiffs,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.<br><br>AND CONSOLIDATED CASE | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>STATEMENT REGARDING CONFIDENTIAL EXHIBITS AND REDACTED PLEADINGS |

STATEMENT REGARDING CONFIDENTIAL EXHIBITS AND
<u>REDACTED PLEADINGS</u>

The following exhibits referenced in KG Parties' Reply Memorandum In Support Of Motion For Partial Summary Judgment ("Reply Memorandum") are not filed herewith because they have been designated "Confidential" by the Sports Shinko parties pursuant to the Amended Stipulated Protective Order filed herein on April 10, 2007 ("SPO"):

        Exhibit 10A
        Exhibit 11A
        Exhibit 12A
        Exhibit 12B
        Exhibit 14
        Exhibit 15

        Exhibit 16
        Exhibit 17
        Part of Exhibit 19
        Exhibit C2
        Exhibit C3
        Exhibit C4
        Exhibit C5

In addition, the Reply Memorandum, declaration of Michael A. Cohan and declaration of Roger H. Epstein contain "confidential information" within the meaning of the SPO, and are therefore filed with redactions.

The foregoing redacted memorandum, exhibits and declarations will be reviewed by counsel for the Sports Shinko parties hereafter, and will be filed in the public record with or without redactions, or under seal pursuant to the procedure in ¶ 8 of the Amended Stipulated Protective Order.