IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KG HOLDINGS, LLC, a Hawaii limited liability company and KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation, and SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation,<br><br>Defendants. | Civil No. 06-1-0223(3)<br><br>(OTHER CIVIL ACTION)<br><br>DECLARATION OF TOSHIO KINOSHITA |

## DECLARATION OF TOSHIO KINOSHITA

TOSHIO KINOSHITA hereby declares that:

1. I am a citizen of Japan and reside in Osaka [Kanagawa], Japan.

2. Except as otherwise indicated, this declaration is made upon my personal knowledge and belief.

3A. For the calendar year ended December 31, 2001, and through February 2002, I was the President and a director of the following companies (among others):

- Sports Shinko Co., Ltd., a Japan corporation ("SS-J")
- Sports Shinko (USA) Co., Ltd., a Delaware corporation ("SS-USA")
- Sports Shinko (Hawaii) Co., Ltd., a Hawaii corporation ("SS-Hawaii")

EXHIBIT 18

- Sports Shinko (Pukalani) Col, Ltd., a Hawaii corporation ("SS-Pukalani")

- Sports Shinko (Waikiki) Corporation, a Hawaii corporation ("SS-Waikiki")

- Sports Shinko (Kauai) Co., Ltd., a Hawaii corporation ("SS-Kauai")

- Sports Shinko (Mililani) Co., Ltd., a Hawaii corporation ("SS-Mililani")

- Sports Shinko Resort Hotel Corporation, a Hawaii corporation ("SS-RHC")

- Pukalani STP Co., Ltd., a Hawaii corporation

- Sure Transportation, Inc., a Hawaii corporation

3B. For the calendar year ending December 31, 2001 until February 2002 and perhaps thereafter, the stock of the foregoing companies was owned as follows:

- I personally owned the majority (over 58 1/3 %) of the stock of SS-J. The remaining stock was effectively controlled by me and owned as follows:

  - 33 1/3 % of the stock of SS-J was owned by Kinoshita Construction Co., Ltd. In turn, the stock of Kinoshita Construction Co., Ltd. was owned by my three sons, Satoshi, Toshiya and Takeshi.

  - The remaining 8 1/3% of the stock of SS-J was owned by Misaki Country Club, a wholly owned subsidiary of SS-J.

- SS-J owned 89% of the stock of SS-USA. A number of Japan corporations that were wholly owned subsidiaries of SS-J owned the remaining 11% of the SS-USA stock.

- SS-USA owned 100% of the stock of SS-Hawaii

2

I, TOSHIO KINOSHITA, declare under penalty of law that the foregoing statements are true and correct.

DATED: ~~Osaka,~~ *Kanagawa* Japan, *kamakura-shi kajiwara 92-8*, 2006. 8. 8

*T.K.*

*Toshio Kinoshita*
TOSHIO KINOSHITA

7