# ROGER H. EPSTEIN

**EDUCATION**

| | |
|---|---|
| Legal | Georgetown University Law Center, Washington, D.C., with Honors, 1972; Editor, Georgetown Law Review |
| Undergraduate | University of Maryland, B.S. in Accounting Degree, 1967 |

**EXPERIENCE**

| | |
|---|---|
| 1972-Present | Cades Schutte LLP, Tax Attorney, Chairman, Tax Department |
| 1985-1996 | Director, Theo. H. Davies & Co., Ltd. |
| 1195-2000 | Trustee, Queen's Medical Center |
| 1970-72 | Tax Law Specialist, Corporate Rulings Branch, IRS National Office, Washington, D.C. |
| 1967-70 | Internal Revenue Agent, Washington, D.C. |

Regular speaker at local and national tax conferences, including Chaminade Hawaii Tax Institute, Hawaii Society of CPA presentations, National Business Institute, International Fiscal Association, and ABA Immigration Section.

Publications: *Hawaii State Taxation of Banks and Other Financial Institutions*, 1995; Vol 59, Georgetown Law Journal, June 1971, Notes, p.1299.

**ASSOCIATIONS AND RECOGNITIONS**

Of Counsel, Udom-Prok & Associates International Lawyers, Bangkok, Thailand; IRS Western Region Bar Association Tax Liaison Committee.

Listed in Who's Who in American Law, Best Lawyers in America; A.V rated in Martindale Hubbell since 1980

**COMMUNITY ACTIVITIES**

Board of Trustees, The Queen's Medical Center (1995-2000); President and Director of Maitreya Institute (1982-present) (Tibetan Buddhist founded, educational institute presenting ecumenical studies in art, healing, spirituality, and peace of all cultures and religions); Chairman of Board, Tai Hsuan Foundation (1980-1995) (Chinese Taoist school for Chinese studies and acupuncture); Director, Montessori Community School of Hawaii (1991-1992); Sunday School Teacher, Unity Church (1990-1992); Board President, Hawaii Center for Attitudinal Healing (2000-present); Board Chairman, Hawaii State Consortium for Integrative Healthcare (1998-present); Member, Tax and International Subcommittee of American Bar Association; Member, Section Hawaii Bar Association Tax Section; Member, Hawaii Chamber of Commerce Subcommittee on Taxation; Director, Hawaii Tax Foundation.

EXHIBIT E1

ImanageDB:663603.1
8/7/06