IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation<br><br>    Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, et al., a Hawaii limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,, et al.,<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br><br>    Third-Party Defendants.<br><br>AND CONSOLIDATED CASE | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

    I certify that a true and correct copy of KG PARTIES' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, including all attachments thereto, was served without redactions upon the following on October 19, 2007 by hand delivery:

    BRUCE H. WAKUZAWA, ESQ.
    JASON H. KIM, ESQ.
    GLENN T. MELCHINGER, ESQ.
    Alston Hunt Floyd & Ing
    1001 Bishop Street, ASB Tower Suite 1800
    Honolulu, Hawaii  96813
        Attorneys for the Sports Shinko Parties

WILLIAM BORDNER, ESQ.
JOHN N.K. REYES-BURKE, ESQ.
Burke McPheeters Bordner & Estes
737 Bishop Street, Suite 3100
Honolulu, Hawaii 96813
    Attorney for Defendant FRANKLIN K. MUKAI

In addition, the redacted version of the foregoing pleading was filed with the Court on October 19, 2007, was served electronically through CM/ECF on the following on October 19, 2007:

    PAUL ALSTON, ESQ.    palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.    gmelchinger@ahfi.com

        Attorneys for Plaintiff
        SPORTS SHINKO CO., LTD. and

    WILLIAM BORDNER, ESQ.    bbordner@bmbe-law.com
    JOHN N.K. REYES-BURKE, ESQ.    jburke@bmbe-law.com

        Attorney for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, October 19, 2007.

                /s/ Robert A. Marks
                WARREN PRICE, III
                ROBERT A. MARKS
                SIMON KLEVANSKY
                ALIKA L. PIPER
                CARISA LIMA KA'ALA HEE

                Attorneys for the KG Parties