Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON 1126-0
BRUCE H. WAKUZAWA 4312-0
GLENN T. MELCHINGER 7135-0
JASON H. KIM 7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: palston@ahfi.com
bwakuzawa@ahfi.com
gmelchinger@ahfi.com
jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 ACK-BMK |
| | CV 04-00127 ACK-BMK |
| Plaintiff, | |
| | CONSOLIDATED CASES |
| vs. | |
| | **SUPPLEMENTAL** |
| QK HOTEL, LLC, et al., | **DECLARATION OF** |
| | **GLENN T. MELCHINGER IN** |
| Defendants, | **SUPPORT OF PLAINTIFF'S** |
| | **MEMORANDUM IN** |
| | **OPPOSITION TO THE** |

| | |
|---|---|
| and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>Third-Party Defendants,<br><br>and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>Third-Party Defendants/ Counterclaimants,<br><br>vs.<br><br>QK HOTEL, LLC, et al.,<br><br>Third-Party Counterclaim Defendants.<br><br>AND CONSOLIDATED CASES | **KG PARTIES' MOTION FOR SUMMARY JUDGMENT, FILED MAY 10, 2007, FILED AUGUST 24, 2007; CERTIFICATE OF SERVICE** |

**SUPPLEMENTAL DECLARATION OF GLENN T. MELCHINGER**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Plaintiff and Third-Party Defendants, SPORTS SHINKO CO., LTD.; SPORTS SHINKO (USA) CO., LTD.; SPORTS SHINKO (HAWAII) CO., LTD.; SPORTS SHINKO (MILILANI) CO.; SPORTS SHINKO (KAUAI) CO., LTD.; SPORTS SHINKO (PUKALANI) CO., LTD.; SPORTS SHINKO RESORT HOTEL CORPORATION; SPORTS SHINKO (WAIKIKI) CORPORATION; and OCEAN RESORT HOTEL CORPORATION (the "SS Companies").

2. I make this Declaration based on my personal knowledge and I am competent to testify as to the matters set forth herein.

3. On August 29, 2007, Robert Marks' office, counsel for the KG Defendants, delivered to my law firm a DVD with copies of electronic files from a backup tape dated May 22, 2002, which was a backup of a server in the KG Defendants' possession and control (the "KG DVD").

4. The KG DVD contained a document relevant to the SS Companies' August 24, 2007 Memorandum in Opposition ("MIO") to the KG Defendants' Motion for Partial Summary Judgment filed on May 10, 2007.

5. This document was not available when the MIO was filed, and Plaintiff hereby submits it after consultation with counsel for the KG Defendants/Movants, who have no objection to supplementing the record to include this Exhibit 79 under the Declaration of Exhibit 79's author, Jerry Kimoto, submitted simultaneously herewith.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed in Honolulu, Hawai'i on October 23, 2007.

/s/ Glenn Melchinger
GLENN T. MELCHINGER