Ocean Resort Hotel Waikiki
Sales Staff Meeting
March 19, 2001

Agenda

1. Purpose of Meeting
    - To get to know everyone and to get everyone on same page as to what our objectives are (or what we need to do).
    - In this process, would like for anyone having any questions about anything to please bring it up for discussion at this time.
    - All marketing ideas and concepts start and end with this group right here:
    - we don't have any other "marketing" staff to go to.

2. Our Objectives:
    - To be successful in this upcoming undertaking of centralizing sales, marketing, reservations for both ORHQ and QKH.
    - Helpful to know where we came from, where we are, to help us better determine where we are going and how to get there.

3. Historical Perspective:
    - SS acquired property in June, 1990.
    - Gulf War began Jan. 1991.
    - QI Franchise terminated in Oct. 1991.
    - How did we do? Show repayments to parent and inter-company loans.

4. Where We Are at Present:
    - Show 2/28/01 YTD numbers.

5. Summary:
    - QKH becoming independent property should not be viewed as an overwhelming task.
    - ORHW did it in 1991, and included name/identity change.

6. Point/Purpose for these Numbers:
    - For QKH, we need to improve on their numbers; we need to improve their cash flow to achieve financial stability.
    - For ORHW, we need to "maintain" the track record we have had over the years, to continue the same financial strength as in the past.
    - ORHW has always been the "cash cow" for the company; this trend needs to be continued.
    - We will continue to make improvements (go over planned renovations) and do bold and innovative things as we have in the past:
    - go over web stats.

EXHIBIT 79

7. Others:
   - Fuji Bank loan.
   - Sale of ORHW.
   - Mr. Tomita's retirement.
   - Will ask QKH (Gaylord) to have similar "sales staff meeting" as we are having today.
   - Will hereafter invite Gaylord to attend any Sales meeting that I attend.