# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | October 23, 2007 |
| John Reyes-Burke<br>Attorneys for Defendant<br>FRANKLIN K. MUKAI | jburke@bmbe-law.com | October 23, 2007 |
| Robert A. Marks | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | October 23, 2007 |
| Simon Klevansky<br>Alika L. Piper<br>Carisa Lima Ka'ala Hee | sklevansky@kplawhawaii.com<br>apiper@kplawhawaii.com<br>kaalahee@kplawhawaii.com | October 23, 2007 |

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC;
OR HOTEL, LLC; AND KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, October 23, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the Sports Shinko Companies