ORIGINAL

LODGED

OCT 23 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2007

at 2 o'clock and 00 min P M
SUE BEITIA, CLERK

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>          Plaintiff,<br><br>     vs.<br><br>QK HOTEL, LLC, et al.,<br><br>          Defendants,<br><br>     and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>          Third-Party<br>          Plaintiffs,<br><br>     vs.<br><br>SPORTS SHINKO (USA) CO., LTD.,<br>et al.,<br><br>          Third-Party<br>          Defendants,<br><br>     and | ) CV 04-00124 BMK<br>) CV 04-00127 BMK<br>)<br>) CONSOLIDATED CASES<br>)<br>) **STIPULATION TO EXTEND EXPERT**<br>) **WITNESS DISCLOSURE DEADLINES**<br>) **AND ORDER**<br>) |

659529 -1/6850-5

```
SPORTS SHINKO (HAWAII) CO.,    )
LTD., et al.,                  )
                               )
     Third-Party Defendants/   )
     Counterclaimants,         )
                               )
     vs.                       )
                               )
QK HOTEL, LLC, et al.,         )
                               )
     Third-Party Counterclaim  )
     Defendants.               )
                               )
AND CONSOLIDATED CASES         )
                               )
```

**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES**

(1) Plaintiff and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation; (2) Defendant and Third-Party Plaintiff FRANKLIN K. MUKAI; and (3) Defendants, Counter-claimants, and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC, by and through their attorneys, hereby stipulate as follows:

Plaintiff sought to depose Defendant Mukai in early November 2007. However, Mr. Mukai is unavailable until December

10, 2007. Mr. Mukai's deposition testimony may be necessary for Plaintiff's expert witnesses. Plaintiff's expert witness disclosures are currently due on December 21, 2007. Therefore, to accommodate Defendant Mukai's schedule and to provide sufficient time between his deposition and the deadline for Plaintiff's expert witness disclosures, the parties stipulate that the following deadlines in the Court's July 5, 2007 Amended Rule 16 Scheduling Order will be continued:

    1. The deadline for Plaintiff's expert witness disclosures will be continued from December 21, 2007 to **January 21, 2008**.

    2. The deadline for Defendants' expert witness disclosures will be continued from February 15, 2008 to **March 17, 2008**.

    3. All of the other deadlines in the Amended Rule 16 Scheduling Order remain the same.

OCT 2 3 2007

DATED: Honolulu, Hawai'i, _____

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff
and Third-Party Defendants
the SPORTS SHINKO CO., LTD.

_____
WILLIAM A. BORDNER
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

_____
WARREN PRICE, III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE
Attorneys for Defendants,
Counterclaimants, and Third-Party
Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT,
LLC, MILILANI GOLF CLUB, LLC, QK
HOTEL, LLC, and OR HOTEL, LLC

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURES AND ORDER;** Sports
Shinko, et al. v. QK Hotel, LLC, et al. Civil Nos. CV 04-00124
ACK-BMK CV 04-00127 ACK-BMK (Consolidated)