ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                        1126-0
BRUCE H. WAKUZAWA                  4312-0
GLENN T. MELCHINGER                7135-0
JASON H. KIM                       7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  palston@ahfi.com
        bwakuzawa@ahfi.com
        gmelchinger@ahfi.com
        jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>         Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, et al.,<br><br>         Defendants,<br><br>   and<br><br>FRANKLIN K. MUKAI, et al.,<br><br>         Third-Party<br>         Plaintiffs,<br><br>   vs.<br><br>SPORTS SHINKO (USA) CO., LTD.,<br>et al.,<br><br>         Third-Party<br>         Defendants, | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>**STIPULATION TO CONTINUE HEARING ON KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PLAINTIFF TO FILE A SUR-REPLY MEMORANDUM** |

661008-1/6850-5

|  |  |
|---|---|
| and | ) |
|  | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) ) ) |
|  | ) |
|    Third-Party Defendants/ Counterclaimants, | ) ) |
|  | ) |
| vs. | ) |
|  | ) |
| QK HOTEL, LLC, et al., | ) |
|  | ) |
|    Third-Party Counterclaim Defendants. | ) ) |
|  | ) |
| AND CONSOLIDATED CASES | ) |

**STIPULATION TO CONTINUE HEARING DATE ON KG PARTIES'
MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PLAINTIFF TO
FILE A SUR-REPLY MEMORANDUM**

IT IS HEREBY STIPULATED, by and among all appearing parties herein and through their respective counsel, that (1) the hearing on KG Parties' Motion For Partial Summary Judgment filed May 10, 2007, currently set for October 31, 2007 at 2:00 p.m., is continued to **November 16, 2007 at 2:30 p.m.**, 2) Plaintiff shall have the right to file a sur-reply memorandum, limited to addressing (a) the net operating loss issue and (b) the suggestion of possible tax fraud, as set forth in the Reply Memorandum, and (3) the Sur-Reply memorandum will be due on

**November 9, 2007 by 4:00 p.m.** and will be limited to 12 pages or less.

DATED: Honolulu, Hawai'i, _____NOV 0 1 2007_____.

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff
and Third-Party Defendants
the SPORTS SHINKO CO., LTD.

_____
WILLIAM A. BORDNER
Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

_____
WARREN PRICE, III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE
Attorneys for Defendants,
Counterclaimants, and Third-Party
Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT,
LLC, MILILANI GOLF CLUB, LLC, QK
HOTEL, LLC, and OR HOTEL, LLC

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

STIPULATION TO CONTINUE HEARING ON KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PLAINTIFF TO FILE A SUR-REPLY MEMORANDUM; Sports Shinko, et al. v. QK Hotel, LLC, et al. Civil Nos. CV 04-00124 ACK-BMK CV 04-00127 ACK-BMK (Consolidated)