Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
          bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | )  CV 04-00124 BMK |
| | )  CV 04-00127 BMK |
| Plaintiff, | ) |
| | )  CONSOLIDATED CASES |
| vs. | ) |
| | )  **PLAINTIFF'S MOTION TO** |
| QK HOTEL, LLC, et al., | )  **STRIKE DECLARATION OF** |
| | )  **ROGER H. EPSTEIN, FILED** |
| Defendants, | )  **OCTOBER 19, 2007 IN** |
| | )  **SUPPORT OF THE KG** |
| | )  **PARTIES' MOTION FOR** |

661,494 / 6850-5

|  |  |
|---|---|
| and ) | **PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007; MEMORANDUM IN SUPPORT OF MOTION**; CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI, et al., ) |  |
| Third-Party Plaintiffs, ) |  |
| vs. ) |  |
| SPORTS SHINKO (USA) CO., LTD., et al., ) |  |
| Third-Party Defendants, ) |  |
| and ) |  |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., ) |  |
| Third-Party Defendants/ Counterclaimants, ) |  |
| vs. ) |  |
| QK HOTEL, LLC, et al., ) |  |
| Third-Party Counterclaim Defendants. ) |  |
| AND CONSOLIDATED CASES ) |  |

661,494 / 6850-5

**PLAINTIFF'S MOTION TO STRIKE DECLARATION OF ROGER H. EPSTEIN, FILED OCTOBER 19, 2007 IN SUPPORT OF THE KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007**

Plaintiff Sports Shinko Co. Ltd. moves to strike the purported expert declaration of Roger H. Epstein filed October 19, 2007 ("Epstein Declaration") in support of the KG Parties' Motion for Summary Judgment, filed May 10, 2007. The Epstein Declaration contains numerous improper and inadmissible legal conclusions and opinions. Indeed, it is merely a restatement of the KG Parties' legal argument and will not assist the Court in understanding the evidence or determining a fact at issue. Furthermore, the Epstein Declaration in part supports an argument outside the proper scope of a reply memorandum.

This motion is brought pursuant to F.R.C.P. Rule 7 and F.R.E. 702 and is based on the attached memorandum of law, the records and files in this case, and such other matters as may be brought forth at the hearing of this matter.

DATED: Honolulu, Hawai`i, November 2, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies