Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
        bwakuzawa@ahfi.com
        gmelchinger@ahfi.com
        jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 BMK |
| | ) CV 04-00127 BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **PLAINTIFF'S *EX PARTE*** |
| QK HOTEL, LLC, et al., | ) **APPLICATION TO SHORTEN** |
| | ) **TIME FOR HEARING ON** |
| Defendants, | ) **PLAINTIFF'S NOVEMBER 2,** |
| | ) **2007 MOTION TO STRIKE** |
| | ) **DECLARATION OF ROGER H.** |

661504-1 / 6850-5

|  |  |
|---|---|
| and ) | **EPSTEIN, FILED OCTOBER 19, 2007 IN SUPPORT OF THE KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007; DECLARATION OF JASON H. KIM;** CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI, et al., ) | |
| Third-Party Plaintiffs, ) | |
| vs. ) | |
| SPORTS SHINKO (USA) CO., LTD., et al., ) | |
| Third-Party Defendants, ) | |
| and ) | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., ) | |
| Third-Party Defendants/ Counterclaimants, ) | |
| vs. ) | |
| QK HOTEL, LLC, et al., ) | |
| Third-Party Counterclaim Defendants. ) | |
| AND CONSOLIDATED CASES ) | |

661504-1 / 6850-5

**PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S NOVEMBER 2, 2007 MOTION TO STRIKE DECLARATION OF ROGER H. EPSTEIN, FILED OCTOBER 19, 2007 IN SUPPORT OF THE KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007**

Plaintiff Sports Shinko Co. Ltd. ("SS Japan") applies, *ex parte*, for an Order shortening the time for hearing of its Motion to Strike Declaration of Roger H. Epstein, Filed October 19, 2007 in Support of the KG Parties' Motion for Partial Summary Judgment, Filed May 10, 2007 ("Motion to Strike"). The Motion to Strike is filed simultaneously with this application and relates to a declaration filed in support of the KG Parties' Motion for Partial Summary Judgment, scheduled to be heard on November 16, 2007 at 2:30 pm. Thus, SS Japan requests that the Motion to Strike be set for hearing for that same date and time.

This application is brought pursuant to Local Rule 7.2(b) and is based on the attached Declaration of Jason H. Kim and the records and files in this case.

-4-

DATED: Honolulu, Hawai`i, November 2, 2007.

/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies