Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
          bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 BMK |
| | ) CV 04-00127 BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **ORDER GRANTING** |
| QK HOTEL, LLC, et al., | ) **PLAINTIFF'S *EX PARTE*** |
| | ) **APPLICATION TO SHORTEN** |
| Defendants, | ) **TIME FOR HEARING ON** |
| | ) **PLAINTIFF'S NOVEMBER 2,** |
| and | ) **2007 MOTION TO STRIKE** |
| | ) **DECLARATION OF ROGER H.** |
| FRANKLIN K. MUKAI, et al., | ) **EPSTEIN, FILED** |

| | |
|---|---|
| Third-Party Plaintiffs, ) | **OCTOBER 19, 2007 IN SUPPORT OF THE KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007** |
| vs. ) | |
| SPORTS SHINKO (USA) CO., LTD., et al., ) | |
| Third-Party Defendants, ) | |
| and ) | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., ) | |
| Third-Party Defendants/ Counterclaimants, ) | |
| vs. ) | |
| QK HOTEL, LLC, et al., ) | |
| Third-Party Counterclaim Defendants. ) | |
| AND CONSOLIDATED CASES ) | |

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S NOVEMBER 2, 2007 MOTION TO STRIKE DECLARATION OF ROGER H. EPSTEIN, FILED OCTOBER 19, 2007 IN SUPPORT OF THE KG PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED MAY 10, 2007**

Upon review of the Ex Parte Application to Shorten Time

for Hearing on Plaintiff's November 2, 2007 Motion to Strike

2

Declaration of Roger H. Epstein, Filed October 19, 2007 in Support of KG Parties' Motion for Partial Summary Judgment, Filed May 10, 2007 and the Declaration of Jason H. Kim, and good cause appearing therefor;

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion to Strike may be heard before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom, in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai`i 96813, at 2:30 o'clock p.m., on November 16, 2007, or as soon thereafter as counsel can be heard.

      IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 6, 2007

---

*Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al.,* CV 04-00124 BMK and CV 04-00127 BMK (D. Hawaii)