**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

William A. Bordner       bbordner@bmbe-law.com       November 9, 2007
                         turcia@bmbe-law.com

John Reyes-Burke         jburke@bmbe-law.com         November 9, 2007
Attorneys for Defendant
FRANKLIN K. MUKAI


Robert A. Marks          ram@pohlhawaii.com          November 9, 2007
                         sfujioka@pohlhawaii.com

Simon Klevansky          sklevansky@kplawhawaii.com  November 9, 2007
Alika L. Piper           apiper@kplawhawaii.com
Carisa Lima Ka'ala Hee   kaalahee@kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC;
OR HOTEL, LLC; AND KG HOLDINGS, LLC

DATED:   Honolulu, Hawai`i, November 9, 2007.


                                    /s/ Jason H. Kim
                                    PAUL ALSTON
                                    BRUCE H. WAKUZAWA
                                    GLENN T. MELCHINGER
                                    JASON H. KIM

                                    Attorneys for Plaintiff
                                    and Third-Party Defendants,
                                    the Sports Shinko Companies

661,921 / 6850-5