IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　　Defendants,<br>AND CONSOLIDATED CASE | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>STATEMENT REGARDING REDACTION OF CONFIDENTIAL INFORMATION IN THE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATION OF ROGER H. EPSTEIN, DECLARATION OF ROBERT A. MARKS AND EXHIBIT 1 |

STATEMENT REGARDING REDACTION OF CONFIDENTIAL INFORMATION IN THE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATION OF ROGER H. EPSTEIN, DECLARATION OF ROBERT A. MARKS AND EXHIBIT 1

　　　　Pursuant to the Amended Stipulated Protective Order filed herein on April 10, 2007 ("SPO"), the Sports Shinko Parties have designated thousands of pages of documents "confidential". Reference to this "confidential" information is included in the KG Parties' Memorandum In Opposition To Plaintiff's Motion To Strike Declaration Of Roger H. Epstein, Declaration of Robert A. Marks and Exhibit 1, and has been redacted for filing in the public record pursuant to the SPO.

　　　　The foregoing redacted memorandum, exhibit and declaration will be reviewed by counsel for the Sports Shinko Parties hereafter, and will be filed in the

public record with or without redactions, or under seal pursuant to the procedure in ¶ 8 of the SPO.

  The KG Parties will serve two copies of the unredacted version of this filing upon the Court's chambers on November 13, 2007.

  DATED: Honolulu, Hawaii, November 13, 2007.

           /s/ Robert A. Marks
           WARREN PRICE, III
           ROBERT A. MARKS
           SIMON KLEVANSKY
           CARISA LIMA KA'ALA HEE

           Attorneys for the KG Parties