IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation<br><br>       Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al., a Hawaii limited liability company, et al.,<br><br>       Defendants,<br>  and<br>FRANKLIN K. MUKAI, et al.,<br><br>       Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br><br>       Third-Party Defendants.<br>AND CONSOLIDATED CASE | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct redacted copy of KG PARTIES' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATION OF ROGER H. EPSTEIN was served electronically through CM/ECF and an unredacted copy was hand delivered upon the following:

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |
| BRUCE H. WAKUZAWA, ESQ. | |
| JASON H. KIM, ESQ. | |
| GLENN T. MELCHINGER, ESQ. | gmelchinger@ahfi.com |
| Alston Hunt Floyd & Ing | |
| American Savings Bank Tower | |
| 1001 Bishop Street, Suite 1800 | |
| Honolulu, Hawaii  96813 | |

    Attorneys for the
    Sports Shinko Parties

| | |
|---|---|
| WILLIAM BORDNER, ESQ. | bbordner@bmbe-law.com |
| JOHN N.K. REYES-BURKE, ESQ. | jburke@bmbe-law.com |
| Burke McPheeters Bordner & Estes | |
| 737 Bishop Street, Suite 3100 | |
| Honolulu, Hawaii  96813 | |

    Attorneys for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, November 13, 2007.


    /s/ Robert A. Marks
    WARREN PRICE, III
    ROBERT A. MARKS
    SIMON KLEVANSKY
    ALIKA L. PIPER
    CARISA LIMA KA'ALA HEE

    Attorneys for the KG Parties