## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

William A. Bordner     bbordner@bmbe-law.com   Nov. 15. 2007
                       turcia@bmbe-law.com

John Reyes-Burke     jburke@bmbe-law.com       Nov. 15, 2007
Attorneys for Defendant
FRANKLIN K. MUKAI

Robert A. Marks       ram@pohlhawaii.com       Nov. 15, 2007
                      sfujioka@pohlhawaii.com

Simon Klevansky       sklevansky@kplawhawaii.com   Nov. 15,
Alika L. Piper        apiper@kplawhawaii.com            2007
Carisa Lima Ka'ala Hee   kaalahee@kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC;
OR HOTEL, LLC; AND KG HOLDINGS, LLC

DATED:    Honolulu, Hawai`i, November 15, 2007.


/s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants,
the Sports Shinko Companies