# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00124BMK AND CV 04-00127BMK |
| CASE NAME: | Sports Shinko Co. v. QK Hotel |
| ATTYS FOR PLA: | Bruce H. Wakuzawa, Jason H. Kim |
| ATTYS FOR DEFT: | Robert A. Marks, John N.K. Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 11/16/2007 | TIME: | 2:27 - 3:06 |

COURT ACTION: EP: [262] Motion for Partial Summary Judgment filed by KG Holdings, LLC, KG Kauai Development, LLC, KG Maui Development LLC, Kiahuna Golf Club, LLC, Mililani Golf Club, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, QK Hotel, LLC taken on advisement.

[315] Plaintiff's Motion to Strike Declaration of Roger H. Epstein, Filed October 19, 2007 in Support of the KG Parties' Motion for Partial Summary Judgment, Filed May 10, 2007 - DENIED. Court to prepare order.

Submitted by Richlyn Young, Courtroom Manager