ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 27 2007
at __ o'clock and __ min __
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, et al., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br> Third-Party Defendants, <br><br> and | ) CV 04-00124 ACK-BMK <br> ) CV 04-00127 ACK-BMK <br> ) <br> ) CONSOLIDATED CASES <br> ) <br> ) **CERTIFICATE OF SERVICE** <br> ) <br> ) [Re: **Plaintiffs and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's First Amended Notice of Taking Deposition upon Oral Examination - (Franklin Mukai)** |

663285-1/6850-5

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., et al.,                    )
                                 )
     Third-Party Defendants/     )
     Counterclaimants,           )
                                 )
     vs.                         )
                                 )
QK HOTEL, LLC, et al.,           )
                                 )
     Third-Party Counterclaim    )
     Defendants.                 )
                                 )
AND CONSOLIDATED CASES           )
                                 )
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's First Amended Notice of Taking Deposition Upon Oral Examination - Franklin Mukai, dated November 27, 2007, was duly served upon the following parties on this date, by hand delivery, facsimile or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai'i, as indicated and addressed as set forth below:

|  | HAND DELIVERED | FAXED | MAILED |
|---|---|---|---|

WILLIAM A. BORDNER, ESQ.            (✓)      ( )     ( )
JOHN REYES-BURKE , ESQ.
Burke McPheeters Bordner & Estes
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

WARREN PRICE, III, ESQ.             (✓)      ( )     ( )
ROBERT A. MARKS, ESQ.
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

        and

SIMON KLEVANSKY, ESQ.               (✓)      ( )     ( )
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky Piper Van Etten, LLP
Pauahi Tower, Suite 770
1003 Bishop Street
Honolulu, HI 96813

Attorneys for Defendants,
Counterclaimants, and Third-Party
Plaintiffs KG HOLDINGS, LLC, KIAHUNA
GOLF CLUB, LLC, KG KAUAI DEVELOPMENT,
LLC, PUKALANI GOLF CLUB, LLC, KG MAUI
DEVELOPMENT, LLC, MILILANI GOLF CLUB,
LLC, QK HOTEL, LLC, and OR HOTEL, LLC

        DATED:  Honolulu, Hawai`i, November 27, 2007.

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

663285-1/6850-5                            6