Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  palston@ahfi.com
        bwakuzawa@ahfi.com
        gmelchinger@ahfi.com
        jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 BMK |
| | CV 04-00127 BMK |
| Plaintiff, | |
| | CONSOLIDATED CASES |
| vs. | |
| | **SPORTS SHINKO'S MOTION** |
| QK HOTEL, LLC, et al., | **TO SEAL OR PERMIT** |
| | **REDACTION OF** |
| Defendants, | **CONFIDENTIAL** |
| and | **INFORMATION;** |

663389.3 \ 6850-5

|  |  |
|---|---|
| FRANKLIN K. MUKAI, et al.,  )<br>                              )<br>    Third-Party Plaintiffs,  )<br>                              )<br>vs.                           )<br>                              )<br>SPORTS SHINKO (USA) CO.,      )<br>LTD., et al.,                 )<br>                              )<br>    Third-Party              )<br>    Defendants,              )<br>                              )<br>and                           )<br>                              )<br>SPORTS SHINKO (HAWAII) CO.,  )<br>LTD., et al.,                 )<br>                              )<br>    Third-Party Defendants/  )<br>    Counterclaimants,        )<br>                              )<br>vs.                           )<br>                              )<br>QK HOTEL, LLC, et al.,        )<br>                              )<br>    Third-Party Counterclaim )<br>    Defendants.              )<br>                              )<br>AND CONSOLIDATED CASES       )<br>_____) | **MEMORANDUM IN SUPPORT OF MOTION; SCHEDULE OF PROPOSED REDACTED/ SEALED EXHIBITS, DECLARATIONS, & PLEADINGS; EX. "A" (PROPOSED ORDER GRANTING MOTION); CERTIFICATE OF SERVICE** |

**SPORTS SHINKO'S MOTION TO SEAL OR PERMIT REDACTION OF CONFIDENTIAL INFORMATION**

Plaintiff and Third Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Waikiki) Corporation, and Ocean Resort Hotel Corporation (collectively "**Sports Shinko**"), hereby move this Court to allow them to file certain confidential information under seal or with redactions, in order to prevent disclosure in motions, pleadings, declarations, and exhibits (collectively "Filings") in the public record, as set forth in the attached Schedule of Proposed Redacted/Sealed Exhibits, Declarations & Pleadings and as set forth in proposed redacted Filings that will be lodged with the Filing Clerk.

This Motion is based upon the Memorandum in Support of Motion, the record herein, and any further submissions by Sports Shinko.

DATED: Honolulu, Hawai`i, November 28, 2007.

    /s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs and
Third-Party-Defendants the Sport Shinko
Companies