Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: palston@ahfi.com
bwakuzawa@ahfi.com
gmelchinger@ahfi.com
jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, et al.,<br><br>Defendants, | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>**ORDER GRANTING SPORTS SHINKO'S MOTION TO SEAL OR PERMIT REDACTION OF CONFIDENTIAL** |

663512_1 / 6850-5

EXHIBIT A

|  |  |
|---|---|
| and | ) ) |
| FRANKLIN K. MUKAI, et al., | ) ) ) |
| Third-Party Plaintiffs, | ) ) ) |
| vs. | ) ) |
| SPORTS SHINKO (USA) CO., LTD., et al., | ) ) ) ) |
| Third-Party Defendants, | ) ) ) ) |
| and | ) ) |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) ) ) ) |
| Third-Party Defendants/ Counterclaimants, | ) ) ) ) |
| vs. | ) ) ) |
| QK HOTEL, LLC, et al., | ) ) |
| Third-Party Counterclaim Defendants. | ) ) ) ) |
| AND CONSOLIDATED CASES | ) ) |

**INFORMATION FILED NOVEMBER 28, 2007**

## ORDER GRANTING SPORTS SHINKO'S MOTION TO SEAL OR PERMIT REDACTION OF CONFIDENTIAL INFORMATION FILED NOVEMBER 28, 2007

The Court, having reviewed Sports Shinko's Motion to Seal or Permit Redaction of Confidential Information, the unredacted pleadings, exhibits and declarations, and any responsive filings,

HEREBY FINDS AND ORDERS as follows:

There is sufficient reason to file the information listed in the Schedule of Redacted/Sealed Exhibits, Declarations, & Pleadings (the "Schedule") in the redacted form or under seal as proposed by Sports Shinko;

The filings listed in the "Schedule" shall be filed herein under seal as noted in the Schedule, and in the proposed redacted form lodged with the Court Filing Clerk.

Dated:   Honolulu, Hawai`i, _____.

_____
United States Magistrate Judge

---

*Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al.*, U.S. District Court for the District of Hawaii; Civil Nos. CV4-00124 BMK and CV4-00127 BMK - **ORDER GRANTING SPORTS SHINKO'S MOTION TO SEAL OR PERMIT REDACTION OF CONFIDENTIAL INFORMATION**