# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

William A. Bordner     bbordner@bmbe-law.com    November 28, 2007
turcia@bmbe-law.com

John Reyes-Burke     jburke@bmbe-law.com    November 28, 2007
Attorneys for Defendant
FRANKLIN K. MUKAI

Robert A. Marks     ram@pohlhawaii.com    November 28, 2007
sfujioka@pohlhawaii.com

Simon Klevansky     sklevansky@kplawhawaii.com
November 28, 2007

Alika L. Piper     apiper@kplawhawaii.com
Carisa Lima Ka'ala Hee     kaalahee@kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC;
OR HOTEL, LLC; AND KG HOLDINGS, LLC

DATED:    Honolulu, Hawai`i, November 28, 2007.


/s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff
and Third-Party Defendants,
the Sports Shinko Companies