Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: palston@ahfi.com
bwakuzawa@ahfi.com
gmelchinger@ahfi.com
jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, <br> and | ) CV 04-00124 BMK <br> ) CV 04-00127 BMK <br> ) <br> ) CONSOLIDATED CASES <br> ) <br> ) <br> ) **SPORTS SHINKO'S** <br> ) **SUBMISSION OF AMENDED** <br> ) **SCHEDULE OF** <br> ) **PROPOSED REDACTED/** <br> ) **SEALED EXHIBITS,** <br> ) **DECLARATIONS, &** |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al.,<br><br>　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>　　　Third-Party Defendants,<br><br>　　and<br><br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br><br>　　vs.<br><br>QK HOTEL, LLC, et al.,<br><br>　　　Third-Party Counterclaim<br>　　　Defendants.<br><br>AND CONSOLIDATED CASES | ) **PLEADINGS; CERTIFICATE**<br>) **OF SERVICE** |

## SPORTS SHINKO'S SUBMISSION OF
## AMENDED SCHEDULE OF PROPOSED
## REDACTED/SEALED EXHIBITS, DECLARATIONS, & PLEADINGS

Plaintiff and Third Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Waikiki) Corporation, and Ocean Resort Hotel Corporation (collectively "Sports Shinko"), hereby submit the attached amended Schedule of Proposed Redacted/Sealed Exhibits, Declarations, & Pleadings (the"Schedule"). This replaces the Schedule filed November 28, 2007.

DATED:   Honolulu, Hawai`i, November 29, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff
and Third-Party Defendants,
the Sports Shinko Companies