

November 29, 2007

**HAND DELIVERED**

U.S. District Court Clerk
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96813

> RE: **Sports Shinko Co., Ltd. v. QK Hotel, LLC,
> Civil No. CV 04-000124 ACK-BMK; and
> Sports Shinko Co., Ltd. v. OR Hotel, LLC,
> Civil No. CV 04-00127 ACK-BMK**

To the U.S. District Court Clerk:

Enclosed please find two sets of Filings being submitted to Court in connection with Plaintiff Sports Shinko, Co., Ltd's Motion to Seal or Permit Redaction of Confidential Information, filed November 28, 2007 (the "Motion to Seal") in the above entitled cases. The Filings being submitted are as listed in the Amended Schedule of Proposed Redacted/Sealed Exhibits, Declarations & Pleadings filed electronically today, November 29, 2007 (the "Schedule"). The exhibits, declarations, and pleadings listed in the Schedule are collectively referred to as "Filings" below.

- One set is of *unredacted* Filings that are to be lodged and kept **under seal**. These contain Sports Shinko's confidential financial, tax, and other information that are the subject of the Motion to Seal.

- The second set is *proposed* redacted Filings, which are to be lodged, awaiting the Court's approval so they can be placed in the public record and/or sealed officially.

Many of these filings were *provisionally* submitted under seal or in redacted form by the parties in connection with the May 10, 2007 Motion for Partial Summary Judgment filed by the KG Defendants in the above-entitled cases.

American Savings Bank Tower
18th Floor
1001 Bishop Street
Honolulu, Hawai'i 96813
Phone: (808) 524-1800
Fax: (808) 524-4591

Palani Court
Suite 104
74-5620 Palani Road
Kailua-Kona, Hawai'i 96740
Phone: (808) 326-7979
Fax: (808) 326-4779

One Main Plaza
Suite 521
2200 Main Street
Wailuku, Hawai'i 96793
Phone: (808) 244-1160
Fax: (808) 442-0794

www.ahfi.com

U. S. District Court Clerk
November 29, 2007
Page 2

Both sets of Filings are to be **lodged**, not filed, in accordance with the instructions from the Honorable Judge Barry Kurren's law clerk, who should be contacted if there are any questions.

Very truly yours,

GLENN T. MELCHINGER
GTM:cyyc

Enclosures

cc:   Robert Marks, Esq. (without encl.)
      John Reyes-Burke, Esq. (without encl.)
      Hon. Judge Barry M. Kurren