## ORDER

The Court, having reviewed the foregoing Stipulation, the Schedule of Proposed Redacted/Sealed Exhibits and Filings (the "Schedule"), the unredacted Exhibits and filings lodged with the Clerk of Court on November 29, 2007, and the set of proposed redacted Exhibits and filings lodged with the Clerk of Court when the Stipulation was lodged,

HEREBY FINDS AND ORDERS as follows:

There are sufficient reasons to support the filing of the Exhibits and filings in sealed or redacted form as stipulated to by the Parties, and the Court hereby orders the Exhibits and filings be sealed or filed in the record of these cases as so stipulated.

/

(text continued next page)

/

/

---

STIPULATION TO SEAL AND ALLOW FILING OF REDACTED EXHIBITS RELATED TO THE KG DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MAY 10, 2007, SCHEDULE OF PROPOSED REDACTED/SEALED EXHIBITS AND FILINGS; ORDER, *Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al.*, D. Hawaii Civil Nos. CV4-00124 BMK and CV4-00124 BMK

Specifically, the Clerk of Court shall, as set forth in the Schedule: (1) file the redacted Exhibits lodged on December __, 2007 in the public record in these cases; (2) leave the documents already filed in the public record with redactions *as is*; and (3) file under seal: (a) the unredacted Exhibits lodged with the Clerk of Court on November 29, 2007, and (b) KG's Exhibit No. 17 (a CD ROM).

Dated: Honolulu, Hawai`i, __12-10-2007__.

_____
United States Magistrate Judge

---

STIPULATION TO SEAL AND ALLOW FILING OF REDACTED EXHIBITS RELATED TO THE KG DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MAY 10, 2007, SCHEDULE OF PROPOSED REDACTED/SEALED EXHIBITS AND FILINGS; ORDER, *Sports Shinko Co., Ltd. v. QK Hotel, LLC, et al.*, D. Hawaii Civil Nos. CV4-00124 BMK and CV4-00124 BMK