# SCHEDULE OF PROPOSED REDACTED/SEALED EXHIBITS, DECLARATIONS, & PLEADINGS

**Legend:**

**CFI** –*confidential financial information*
**CTI** –*confidential tax information*
**NP** – *Non-party to suit information*
**SSN**- *social security number, EIN or preparer's identification number*
**OCI** – *Other Confidential information*

SEALED BY ORDER OF THE COURT
LODGED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 11 2007
at ___ o'clock and ___ M.
SUE BEITIA, CLERK

## I. PLEADINGS

| Pleading | Reason for Redaction |
|---|---|
| 5/10/07 Appendix I to Motion | CTI; CFI |
| 8/24/07 MIO | CTI; CFI |
| 10/19/07 Reply | CTI; CFI |
| 11/9/07 Surreply | CTI; CFI |

## II. Robert Marks (KG 5/10/07 Motion)

| Marks Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 3 | CFI, CTI, 3d (SSN); OCI |
| 4 | CFI |
| 5 | CFI, NP OCI; Details of stock transactions for NPs |
| 6 | CFI |

## III. Fukuda Declaration (SS 8/24/07 MIO)

| Fukuda Declaration Exhibit No. | Reason for Redaction |
|---|---|
| Declaration | CFI |
| 1 | purchase price and terms of Waikiki Hotels purchase (other apparent redactions in 1st Par. appear in originals from Grant Thornton and are not made by SS) |
| 2 and 2a | CFI |
| 3 | CFI; Attorney/Client Communication about debt and equity investments in various SS companies |
| 5 | CFI; instructions to attorney for funding purchase of the Waikiki Hotels |
| 6 and 6a | CFI; Submission to the Japanese Ministry of Finance containing financial information about the purchase of the Waikiki Hotels |
| 8 | CFI |
| 9 | CFI |
| 10 | CFI |
| 11 | CFI |
| 12 | CFI |
| 13 and 13a | CFI |
| 14 and 14a | CFI |
| 15 and 15a | CFI |
| 16 and 16a | CFI |
| 17 | CFI |
| 18 | CFI |
| 19 | CFI; account numbers |
| 20 | CFI; account numbers |
| 21 | CFI; account numbers |
| 22 | CFI; account numbers |
| 23 | CFI; account numbers |
| 24 | CFI; account numbers |
| 25 | CFI; account numbers |
| 26 | CFI; account numbers |
| 27 | CFI; account numbers |
| 28 | CFI; account numbers |
| 30 | CFI; account numbers |
| 31 | CFI; account numbers |
| 32 | CFI; account numbers |
| 33 | CFI; account numbers |
| 34 | CFI; account numbers |

| Fukuda Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 35 | CFI; account numbers |
| 36 | CFI; account numbers |
| 37 | CFI |
| 38 and 38a | CFI |
| 39 | CFI (Same as Robert Marks' Exhibit No. 4) |
| 40 | CFI (Same as Robert Marks' Exhibit No. 4) |
| 41 | CFI |
| 42 | CFI |
| 43 | CFI |
| 44 | CFI |
| 45 | CFI |
| 46 | CFI |
| 47 | CFI |
| 48 | CFI |
| 49 | CFI |
| 50 | CFI |
| 51 | CFI |
| 52 | CFI |
| 53 | CFI |
| 58 and 58a | CFI |
| 59 | CFI |
| 61 | CFI |
| 62 | CFI |
| 63 | CFI |

IV. Tadashi Yoshida (SS 8/24/07 MIO)

| Yoshida Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 54 and 54a | CTI; CFI |
| 55 and 55a | CTI; CFI |
| 56 and 56a | CTI; CFI |
| 72 and 72a | CTI; CFI |
| 73 and 73a | CTI; CFI |
| 74 and 74a | CTI; CFI; NP |
| 75 and 75a | CTI; CFI; NP |
| 76 and 76a | CTI; CFI; NP |

### V. Doreen Griffith (SS 8/24/07 MIO)

| Doreen Griffith Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 65 | CTI; CFI |
| 66 | CFI |
| 67 | CTI; CFI; SSN |
| 68 | CTI; CFI; SSN |

### VI. Hungke Lee (SS 8/24/07 MIO)

| Hungke Lee Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 77 and 77a | CTI; NP; CFI |

### VII. Robert A. Marks (KG 10/19/07 Reply)

| Robert A. Marks Declaration Exhibit No. | Reason for Redaction |
|---|---|
| (KG) 10A | CTI; CFI; SSN |
| (KG) 11A | CTI; CFI; SSN |
| (KG) 11B | CTI; CFI; SSN |
| (KG) 12A | CTI; CFI; SSN |
| (KG) 12B | CTI; CFI; SSN |
| (KG) 14 | CTI; CFI |
| (KG) 15 | CTI; CFI |
| (KG) 16 | CTI; CFI |
| (KG) 17 | CTI; CFI; NP; OCI   (This whole CD ROM must be sealed.) |

## VIII. Michael A. Cohan

| Michael A. Cohan Declaration Exhibit No. | Reason for Redaction |
|---|---|
| Declaration | CTI; CFI |
| C-2.1 – C-2.6 | CFI |
| C-3.1 & C-3.2 | CFI |
| C-4.1 – C-4.3 | CFI |
| C-5.1 – C-5.4 | CTI; CFI; NP |

## IX. Roger H. Epstein (KG 10/19/07 Reply)

| Roger H. Epstein Declaration | Reason for Redaction |
|---|---|
| Declaration | CTI; CFI |

## X. Doreen Griffith (SS 11/9/07 Surreply)

| Second Declaration of Doreen Declaration | Reason for Redaction |
|---|---|
| Declaration | CTI; CFI |