# SCHEDULE OF PROPOSED REDACTED/SEALED EXHIBITS, DECLARATIONS, & PLEADINGS

**Legend:**

**CFI** –*confidential financial information*
**CTI** –*confidential tax information*
**NP** – *Non-party to suit information*
**SSN**- *social security number, EIN or preparer's identification number*
**OCI** – *Other Confidential information*

## I. PLEADINGS

| Pleading | Reason for Redaction |
|---|---|
| 5/10/07 Appendix I to Motion | CTI; CFI |
| 8/24/07 MIO | CTI; CFI |
| 10/19/07 Reply | CTI; CFI |
| 11/9/07 Surreply | CTI; CFI |

## II. Robert Marks (KG 5/10/07 Motion)

| Marks Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 3 | CFI, CTI, 3d (SSN); OCI |
| 4 | CFI |
| 5 | CFI, NP OCI; Details of stock transactions for NPs |
| 6 | CFI |

## III. Fukuda Declaration (SS 8/24/07 MIO)

| Fukuda Declaration Exhibit No. | Reason for Redaction |
|---|---|
| Declaration | CFI |
| 1 | purchase price and terms of Waikiki Hotels purchase (other apparent redactions in 1st Par. appear in originals from Grant Thornton and are not made by SS) |
| 2 and 2a | CFI |
| 3 | CFI; Attorney/Client Communication about debt and equity investments in various SS companies |
| 5 | CFI; instructions to attorney for funding purchase of the Waikiki Hotels |
| 6 and 6a | CFI; Submission to the Japanese Ministry of Finance containing financial information about the purchase of the Waikiki Hotels |
| 8 | CFI |
| 9 | CFI |
| 10 | CFI |
| 11 | CFI |
| 12 | CFI |
| 13 and 13a | CFI |
| 14 and 14a | CFI |
| 15 and 15a | CFI |
| 16 and 16a | CFI |
| 17 | CFI |
| 18 | CFI |
| 19 | CFI; account numbers |
| 20 | CFI; account numbers |
| 21 | CFI; account numbers |
| 22 | CFI; account numbers |
| 23 | CFI; account numbers |
| 24 | CFI; account numbers |
| 25 | CFI; account numbers |
| 26 | CFI; account numbers |
| 27 | CFI; account numbers |
| 28 | CFI; account numbers |
| 30 | CFI; account numbers |
| 31 | CFI; account numbers |
| 32 | CFI; account numbers |
| 33 | CFI; account numbers |
| 34 | CFI; account numbers |

| Fukuda Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 35 | CFI; account numbers |
| 36 | CFI; account numbers |
| 37 | CFI |
| 38 and 38a | CFI |
| 39 | CFI (Same as Robert Marks' Exhibit No. 4) |
| 40 | CFI (Same as Robert Marks' Exhibit No. 4) |
| 41 | CFI |
| 42 | CFI |
| 43 | CFI |
| 44 | CFI |
| 45 | CFI |
| 46 | CFI |
| 47 | CFI |
| 48 | CFI |
| 49 | CFI |
| 50 | CFI |
| 51 | CFI |
| 52 | CFI |
| 53 | CFI |
| 58 and 58a | CFI |
| 59 | CFI |
| 61 | CFI |
| 62 | CFI |
| 63 | CFI |

IV. Tadashi Yoshida (SS 8/24/07 MIO)

| Yoshida Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 54 and 54a | CTI; CFI |
| 55 and 55a | CTI; CFI |
| 56 and 56a | CTI; CFI |
| 72 and 72a | CTI; CFI |
| 73 and 73a | CTI; CFI |
| 74 and 74a | CTI; CFI; NP |
| 75 and 75a | CTI; CFI; NP |
| 76 and 76a | CTI; CFI; NP |

### V. Doreen Griffith (SS 8/24/07 MIO)

| Doreen Griffith Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 65 | CTI; CFI |
| 66 | CFI |
| 67 | CTI; CFI; SSN |
| 68 | CTI; CFI; SSN |

### VI. Hungke Lee (SS 8/24/07 MIO)

| Hungke Lee Declaration Exhibit No. | Reason for Redaction |
|---|---|
| 77 and 77a | CTI; NP; CFI |

### VII. Robert A. Marks (KG 10/19/07 Reply)

| Robert A. Marks Declaration Exhibit No. | Reason for Redaction |
|---|---|
| (KG) 10A | CTI; CFI; SSN |
| (KG) 11A | CTI; CFI; SSN |
| (KG) 11B | CTI; CFI; SSN |
| (KG) 12A | CTI; CFI; SSN |
| (KG) 12B | CTI; CFI; SSN |
| (KG) 14 | CTI; CFI |
| (KG) 15 | CTI; CFI |
| (KG) 16 | CTI; CFI |
| (KG) 17 | CTI; CFI; NP; OCI   (This whole CD ROM must be sealed.) |

## VIII. Michael A. Cohan

| Michael A. Cohan Declaration Exhibit No. | Reason for Redaction |
|---|---|
| Declaration | CTI; CFI |
| C-2.1 – C-2.6 | CFI |
| C-3.1 & C-3.2 | CFI |
| C-4.1 – C-4.3 | CFI |
| C-5.1 – C-5.4 | CTI; CFI; NP |

## IX. Roger H. Epstein (KG 10/19/07 Reply)

| Roger H. Epstein Declaration | Reason for Redaction |
|---|---|
| Declaration | CTI; CFI |

## X. Doreen Griffith (SS 11/9/07 Surreply)

| Second Declaration of Doreen Declaration | Reason for Redaction |
|---|---|
| Declaration | CTI; CFI |