Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: palston@ahfi.com
bwakuzawa@ahfi.com
gmelchinger@ahfi.com
jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, et al.,<br><br>Defendants,<br><br>and | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>**WITHDRAWAL WITHOUT PREJUDICE OF SPORTS SHINKO'S MOTION TO SEAL OR PERMIT REDACTION OF CONFIDENTIAL INFORMATION FILED ON** |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al., ) | **NOVEMBER 28, 2007;** |
| ) | **CERTIFICATE OF SERVICE** |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Third-Party Counterclaim ) | |
| Defendants. ) | |
| ) | |
| AND CONSOLIDATED CASES ) | |
| _____ ) | |

664743_1 / 6850-5            -2-

## WITHDRAWAL WITHOUT PREJUDICE OF SPORTS SHINKO'S MOTION TO SEAL OR PERMIT REDACTION OF CONFIDENTIAL INFORMATION FILED ON NOVEMBER 28, 2007

Plaintiff and Third Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Waikiki) Corporation, and Ocean Resort Hotel Corporation, hereby withdraw without prejudice their Motion to Seal or Permit Redaction of Confidential Information Enforce Settlement Agreement, filed herein on November 28, 2007.

DATED:   Honolulu, Hawai'i, December 13, 2007

/s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs and Third-Party Defendants the SS Companies