ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 17 2007

at 4 o'clock and 25 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

SPORTS SHINKO CO., LTD.,

    Plaintiff,

vs.

QK HOTEL, LLC, et al.,

    Defendants,

and

FRANKLIN K. MUKAI, et al.,

    Third-Party Plaintiffs,

vs.

SPORTS SHINKO (USA) CO., LTD., et al.,

    Third-Party Defendants,

) CV 04-00124 ACK-BMK
) CV 04-00127 ACK-BMK
)
) CONSOLIDATED CASES
)
) **CERTIFICATE OF SERVICE**
)
) [Re: Plaintiffs and Third-
) Party Defendants Sports
) Shinko Co., Ltd., Sports
) Shinko (USA) Co., Ltd.,
) Sports Shinko (Hawaii) Co.,
) Ltd., Sports Shinko
) (Mililani) Co., Ltd., Sports
) Shinko (Kauai) Co., Ltd.,
) Sports Shinko (Pukalani) Co.,
) Ltd., Sports Shinko Resort
) Hotel Corporation, Sports
) Shinko (Waikiki) Corporation
) and Ocean Resort Hotel
) Corporation's Notice of
) Continued Deposition Upon
) Oral Examination)
)
) **(Re:  Franklin Mukai)**
)

664961-1/6850-5

```
           and                          )
                                        )
SPORTS SHINKO (HAWAII) CO.,             )
LTD., et al.,                           )
                                        )
     Third-Party Defendants/            )
     Counterclaimants,                  )
                                        )
     vs.                                )
                                        )
QK HOTEL, LLC, et al.,                  )
                                        )
     Third-Party Counterclaim           )
     Defendants.                        )
                                        )
AND CONSOLIDATED CASES
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Notice of Continued Deposition Upon Oral Examination (Re: Franklin Mukai), dated December 17, 2007, was duly served upon the following parties on this date, by hand delivery, facsimile or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai'i, as indicated and addressed as set forth below:

|  | HAND DELIVERED | FAXED | MAILED |
|---|---|---|---|
| William A. Bordner, Esq.<br>John Reyes-Burke, Esq.<br>Burke McPheeters Bordner & Estes<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | (✓) | ( ) | ( ) |
| Warren Price, III, Esq.<br>Robert A. Marks, Esq.<br>Price Okamoto Himeno<br>    & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813<br>        and | (✓) | ( ) | ( ) |
| Simon Klevansky, Esq.<br>Alika L. Piper, Esq.<br>Carisa Lima Ka'ala Hee, Esq.<br>Klevansky Piper Van Etten, LLP<br>Pauahi Tower, Suite 770<br>1003 Bishop Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC | (✓) | ( ) | ( ) |

DATED: Honolulu, Hawai`i, December 17, 2007.

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

664961-1/6850-5                                    3