Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
            bwakuzawa@ahfi.com
            gmelchinger@ahfi.com
            jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 BMK |
| | ) CV 04-00127 BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **PLAINTIFFS' MOTION** |
| QK HOTEL, LLC, et al., | ) **FOR PARTIAL SUMMARY** |
| | ) **JUDGMENT ON THE ISSUE** |
| Defendants, | ) **OF THE KINOSHITAS'** |

663586_1 / 6850-5

| | |
|---|---|
| and ) | **INTENT TO HINDER,** |
| ) | **DELAY, OR DEFRAUD;** |
| FRANKLIN K. MUKAI, et al., ) | **MEMORANDUM IN SUPPORT** |
| ) | **OF MOTION; CERTIFICATE** |
| Third-Party Plaintiffs, ) | **OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Third-Party Counterclaim ) | |
| Defendants. ) | |
| ) | |
| AND CONSOLIDATED CASES ) | |
| _____) | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF THE KINOSHITAS' INTENT TO HINDER, DELAY, OR DEFRAUD

Plaintiff Sports Shinko Co., Ltd. ("SSJ") hereby moves this Court to enter partial summary judgment in its favor on the issue of Toshio Kinoshita's ("Toshio's") and Satoshi Kinoshita's ("Satoshi's") intent to hinder, delay, or defraud creditors in violation of Haw. Rev. Stat. § 651C-4(a)(1).

This Motion is based upon the memorandum in support, the declarations and exhibits attached to the Concise Statement of Fact submitted herewith, and the records and files herein.

DATED:   Honolulu, Hawai`i, December 19, 2007.

  /s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs and Third-Party Defendants the SS Companies

663586_1 / 6850-5

-3-