DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

# STATE OF HAWAII

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H

## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00456477    3- 6/14/01    25.00

If the above mailing address has changed, line out address and type or print the new address on the following line.
Include City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS | NUMBER | CLASS | NUMBER |
| COMMON | 40,000 | COMMON | 16,998 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

09/20

4. OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| E/D | KINOSHITA,TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| Q/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| S | TOMITA,SHIGERU | 6175 MAKANIOULU PL | HONOLULU HI 96821 |
| S/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| AT | NISHIDA,YASUO K | 95-054 HOKUIWA ST #111 | MILILANI HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

*[stamp: DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS / STATE OF HAWAII / 2000 MAR 23 A 10: / RECEIVED / BUSINESS REGISTRATION DIVISION]*

DATE: 3/21/01      *Satoshi Kinoshita*        Satoshi Kinoshita
Print Name

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO.0061260D1
Rev. 1/2001

B17
B22
2000

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)


EXHIBIT 1

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00     **SYL**

**H**

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001

CORPORATE NAME AND MAILING ADDRESS:

> SPORTS SHINKO (HAWAII) CO., LTD.
> 175 PAOAKALANI AVE
> HONOLULU HI 96815

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office.   Give
Number, Street, City, State and Zip Code: _____

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS | NUMBER | CLASS | NUMBER |
| COMMON | 40,000 | COMMON | 16,998 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:

> HOLDING COMPANY
> (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

04/08

4. OFFICERS/DIRECTORS:   (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| VD | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| VD | TOMITA, SHIGERU | 6175 MAKANIOULU PL | HONOLULU HI 96821 |
| EV/D/A·T | KINOSHITA, SATOSHI | 1130 MAKAIWA ST | HONOLULU HI 96816 |
| S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| ~~AT~~ | ~~NISHIDA, YASUO K~~ | ~~95-064 HOKUIWA ST #114~~ | ~~MILILANI HI 96789~~ |
| D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |

☐ NO CHANGES:  Do not check this box if changes have been made above. (Checking this
box means there are no changes reported. The Department will not be
held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02     *Satoshi Kinoshita*

C/SYL

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0061260D1
Rev. 1/2002

*Satoshi Kinoshita*
Print Name



B17
B22

2001

**File this original**
(SEE REVERSE SIDE FOR INSTRUCTIONS)

# ORIGINAL

DOMESTIC PROFIT CORPORATION
FILING FEE:$ 25.00

H

SJ

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF    July 1, 2002
CORPORATE NAME AND MAILING ADDRESS:

✓
SPORTS SHINKO (HAWAII) CO., LTD.
99-994 Iwaena Street, Suite C
Aiea, HI 96701

Received Business Registration
Division June 2, 2004 2:09 PM
Department of Commerce and
Consumer Affairs

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code:

1. AUTHORIZED SHARES
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | TOTAL NUMBER OF SHARES ISSUED CLASS | NUMBER |
|---|---|---|---|
| COMMON | 40,000 | COMMON | 16,998 |

2. NATURE OF BUSINESS:    HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

✓
THOMAS E. HAYES
99-994 Iwaena Street, Suite C
Aiea, HI 96701

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KEIJIRO KIMURA | Akashidai 3-13-10, Sanda, Hyogo, Japan |
| S/D | TAKASHI HATTORI | Nishi-Okamoto 1-4-23-702, Higashi-Nada, Kobe, Japan |

☐ NO CHANGES:    Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION
I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE:    MAY 20 2004

SJ

FILE NO. 61260 D1
Rev. 1/2003

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

YOSHIHIKO MACHIDA
Print Name

B17    25
B22

File this Original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

06/07/20042 0076

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

SYL

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
CORPORATE NAME AND MAILING ADDRESS:

> SPORTS SHINKO (MILILANI) CO., LTD.
> 95-176 KUAHELANI AVE
> MILILANI HI 96789

If the above mailing address has changed, line out address and type or print the new address on the following line.
Include City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS | NUMBER | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) |
|---|---|---|---|
| | | CLASS | NUMBER |
| COMMON | 20.000 | COMMON | 10.998 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

04/02/...

4. OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| S/T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| AT | SAITO,MIKIYA | 95-204 HOKULEA PL | MILILANI HI 96789 |
| ~~AS~~ | ~~NISHIDA,YASUO~~ | ~~168 HOAUNA ST~~ | ~~WAILUKU HI 96793~~ |
| D | MUKAI,FRANKLIN | 1140 WAIHOLO ST | HONOLULU HI 96821 |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this
box means there are no changes reported. The Department will not be
held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: 3/7/01

SYL

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

Mikyo Saito
Print Name

FILE NO.0065719D1
Rev. 1/2001



**File this original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

B17
B22

2000

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

## STATE OF HAWAII
### DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H    VMZ

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
    CORPORATE NAME AND MAILING ADDRESS:

        SPORTS SHINKO (MILILANI) CO., LTD.
        95-176 KUAHELANI AVE
        MILILANI HI 96789

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office.  Give
Number, Street, City, State and Zip Code:_____

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS | NUMBER | CLASS | NUMBER |
| COMMON | 20,000 | COMMON | 10,998 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:
        GOLF COURSE OPERATION
            (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
    (See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS:    (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| V/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JP |
| V/D | KINOSHITA, TAKESHI | 12740 CONDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| S/T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| AT | TSUJIMOTO, TAKUYA | 95-180 WAINAKU PL | MILILANI HI 96780 |
| D | MUKAI, FRANKLIN | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| AT | Saito, Mikiya | 95-204 Hokulea Pl.   Mililani, HI   96789 | |
| V/D | Kinoshita, Takeshi | 3-7, Kanda-Ogawamachi Tokyo 101 Japan Chiyoda-Ku | |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this
box means there are no changes reported. The Department will not be
held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

C/VMZ

DATE: Feb. 22, 2002 _____    Mikiya Saito
                                                    Print Name

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0065719D1
Rev. 1/2002

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

B17
B22
2001



# ORIGINAL

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

H

SJ

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF    October 1, 2002
CORPORATE NAME AND MAILING ADDRESS:

✓    SPORTS SHINKO (MILILANI) CO., LTD.
99-994 Iwaena Street, Suite C
Aiea, HI  96701

Received Business Registration
Division June 2, 2004 2:09 PM
Department of Commerce and
Consumer Affairs

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

1. AUTHORIZED SHARES    TOTAL NUMBER OF SHARES ISSUED
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 10,998 |

2. NATURE OF BUSINESS:    GOLF COURSE OPERATION

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

✓    THOMAS E. HAYES
99-994 Iwaena Street, Suite C
Aiea, HI  96701

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICER/DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KEIJIRO KIMURA | Akashiadai 3-13-10, Sanda, Hyogo, Japan |
| S/D | TAKASHI HATTORI | Nishi-Okamoto 1-4-23-702, Higashi-Nada, Kobe, Japan |

☐ NO CHANGES:    Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE:  MAY 20 2004

SJ

FILE NO. 65719 D1
Rev. 1/2003

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

YOSHIHIKO MACHIDA
Print Name

B17 25
B22

**File this Original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

06/07/20042008l

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
## BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H
Jmw

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000 $25.00
CORPORATE NAME AND MAILING ADDRESS:

B17 SEC(S)           25.00
SUBT                 $25.00
# 63818
CHEK                 25.00
05 0449 CSHH 002  0000-000  9:32AM  6/16/01

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DR
KOLOA HI 96756

If the above mailing address has changed, line out address and type or print the new address on the following line.
Include City, State, and Zip Code:

1. AUTHORIZED CAPITAL                          PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

| CLASS | NUMBER | CLASS | NUMBER |
|-------|--------|-------|--------|
| COMMON | 20,000 | COMMON | 3,998 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS:  (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| S/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HON HI 96816 |
| T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERI | TOKYO 176 JA |
| A T | TSUJIMOTO, TAKUYA | 2705 KANANI ST 365-B Koloolel WITHUE HI 96766 Kapas 41 96746 | |
| A S | NISHIDA, YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

[ ] NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3·29·01

Takuya Tsujimoto
Print Name

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO.0063818D1
Rev. 1/2001

B17 25
B22
2000

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

DOMESTIC PROFIT CORPORATION
FILING FEE $25.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H  SJ

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 Kiahuna Plantation Drive
Koloa, Hawaii 96756

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give
Number, Street, City, State and Zip Code:_____

1. AUTHORIZED CAPITAL

| CLASS | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS | NUMBER |
|-------|--------|------|--------|
| Common | 20,000 | Common | 3,998 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

NATURE OF BUSINESS:

Golf course operation
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

OFFICERS/DIRECTORS:    (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|------|------|------|
| S/T | Tsugio Fukuda | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |
| V/D | Satoshi Kinoshita | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |
| V/D | Takeshi Kinoshita | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |
| P/D | Toshio Kinoshita | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |
| D | Franklin K. Mukai | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |
| AS | Yasuo Nishida | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |
| AT | Takuya Tsujimoto | 2545 Kiahuna Plantation Dr., Koloa, HI 96756 |

[ ] NO CHANGES:  Do not check this box if changes have been made above. (Checking this
box means there are no changes reported. The Department will not be
held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: Sep. 28, 2002

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

KEIJIRO KIMURA
Print Name

SJ
FILE NO. 63818 D1
Rev. 1/2002

B17
B22

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

# ORIGINAL

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

H   SJ

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF        April 1, 2002
CORPORATE NAME AND MAILING ADDRESS:

✓    SPORTS SHINKO (KAUAI) CO., LTD.
     99-994 Iwaena Street, Suite C
     Aiea, HI 96701

Received Business Registration Division
June 2, 2004 2:09 PM Department of
Commerce and Consumer Affairs

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip
Code: _____

| 1. AUTHORIZED SHARES (To correct line out and print the correction to the right.) | | TOTAL NUMBER OF SHARES ISSUED | |
| --- | --- | --- | --- |
| CLASS | NUMBER | CLASS | NUMBER |
| COMMON | 20,000 | COMMON | 3,998 |

2. NATURE OF BUSINESS:   GOLF COURSE OPERATION

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

✓    THOMAS E. HAYES
     99-994 Iwaena Street, Suite C
     Aiea, HI 96701

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
| --- | --- | --- |
| P/D | KEIJIRO KIMURA | Akashidai 3-13-10, Sanda, Hyogo, Japan |
| S/D | TAKASHI HATTORI | Nishi-Okamoto 1-4-23-702, Higashi-Nada, Kobe, Japan |

☐ NO CHANGES:   Do not check this box if changes have been made above. (Checking this box means there are no changes
reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: MAY 20 2004

SJ

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

YOSHIHIKO MACHIDA
Print Name

FILE NO. 63818 D1
Rev. 1/2003

B17 25
B22

File this Original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI, 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H  SJ

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
   CORPORATE NAME AND MAILING ADDRESS:

       SPORTS SHINKO (PUKALANI) CO., LTD.
       360 PUKALANI ST
       PUKALANI HI 96788

If the above mailing address has changed, line out address and type or print the new address on the following line.
Include City, State, and Zip Code:

1. AUTHORIZED CAPITAL
   CLASS            NUMBER
   COMMON           20,000

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS            NUMBER
   COMMON           1,000

   To correct the above capital(s), line out and print the correct class and numbers on the right.
2. NATURE OF BUSINESS:
           GOLF COURSE OPERATION
           (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
   (See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS:   (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)
   OFFICE HELD/      NAME IN FULL            ADDRESS (INCLUDE CITY, STATE & ZIP CODE)
   DIRECTOR CODE

   P/D      KINOSHITA,TOSHIO         6-20-8 SEIJO SETAGAYA-KU      TOKYO JA
   V/D      KINOSHITA,SATOSHI        1139 MAKAIWA ST               HONOLULU HI 96816
   V/D      KINOSHITA,TAKESHI        13149 CONDESA DR              DEL MAR CA 92014  2 16 Fukugawa Parkhomes
   S/T/D    FUKUDA,TSUGIO            2-22-7 NAKAMURA NERIMA-KU     TOKYO 176 JA    #605 Katsuzencho
   A/S      NISHIDA,YASUO           160 HOAINA ST                 WAILUKU HI 96793 Nishinomiyashi Hyogo JA
   A/T      TSUJIMOTO,TAKUYA        95-186 WAINAKU PL             MILILANI HI 96789
   D        MUKAI,FRANKLIN K        1140 WAIHOLO ST               HONOLULU HI 96821

   [ ]  NO CHANGES:  Do not check this box if changes have been made above. (Checking this
        box means there are no changes reported. The Department will not be
        held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE:_____        *Satoshi Kinoshita*              *Satoshi Kinoshita*
                                                       Print Name

SJ                        Signature of authorized officer, attorney-in-fact          B17
                              for an officer, or receiver or trustee                  B22
FILE NO.0069566D1      (if the corporation is in the hands of a receiver or trustee)  2000
Rev. 1/2001



**File this original**
**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
CORPORATE NAME AND MAILING ADDRESS:

    SPORTS SHINKO (PUKALANI) CO., LTD.
    360 PUKALANI ST
    PUKALANI HI 96788

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give
Number, Street, City, State and Zip Code:_____

1.  AUTHORIZED CAPITAL                              PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
    CLASS                    NUMBER                  CLASS                    NUMBER
    COMMON                   20,000                  COMMON                   1,000

    To correct the above capital(s), line out and print the correct class and numbers on the right.

2.  NATURE OF BUSINESS:
        GOLF COURSE OPERATION
        (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3.  Street address of the registered office in Hawaii and the name of the registered agent at that address.
    (See reverse for instructions.) (If any change, line out and print change on the right.)

04/05

4.  OFFICERS/DIRECTORS:   (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)
    [OFFICE HELD/      NAME IN FULL                   ADDRESS (INCLUDE CITY, STATE & ZIP CODE)
    DIRECTOR CODE]

    P/D    KINOSHITA,TOSHIO          6-20-8 SEIJO SETAGAYA-KU    TOKYO JA
    V/D    KINOSHITA,SATOSHI         1139 MAKAIWA ST             HONOLULU HI 96816
    V/D    KINOSHITA,TAKESHI         2-26 SHUKUGAWA PARK HOMES   #605 (SEE '00 RPT)
    S/T/D  FUKUDA,TSUGIO             2-22-7 NAKAMURA NERIMA-KU   TOKYO 176 JA
    AT     TSUJIMOTO,TAKUYA          95-186 WAINAKU PL           MILILANI HI 96789
    D      MUKAI,FRANKLIN K          1140 WAIHOLO ST             HONOLULU HI 96821

☒  NO CHANGES:  Do not check this box if changes have been made above. (Checking this
    box means there are no changes reported. The Department will not be
    held responsible for any changes made to this report.)

# CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02        _____        Takuya Tsujimoto
                                                          Print Name

                     Signature of authorized officer, attorney-in-fact
FILE NO.0069566D1         for an officer, or receiver or trustee                    B17
Rev. 1/2002          (if the corporation is in the hands of a receiver or trustee)  B22
                                                                                    2001



                     File this original
                 (SEE REVERSE SIDE FOR INSTRUCTIONS)

# ORIGINAL

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 15.00

H    SJ

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF     October 1, 2002
CORPORATE NAME AND MAILING ADDRESS:

✓     SPORTS SHINKO (PUKALANI) CO., LTD.
      99-994 Iwaena Street, Suite C
      Aiea, HI  96701

Received Business Registration Division
June 2, 2004 2:09 PM Department of
Commerce and Consumer Affairs

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip
Code: _____

1. AUTHORIZED SHARES
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 1,000 |

TOTAL NUMBER OF SHARES ISSUED

2. NATURE OF BUSINESS:     GOLF COURSE OPERATION

(To correct line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

✓     THOMAS E. HAYES
      99-994 Iwaena Street, Suite C
      Aiea, HI  96701

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KEIJIRO KIMURA | Akashiadai 3-13-10, Sanda, Hyogo, Japan |
| S/D | TAKASHI HATTORI | Nishi-Okamoto 1-4-23-702, Higashi-Nada, Kobe, Japan |

☐ NO CHANGES:  Do not check this box if changes have been made above. (Checking this box means there are no changes
reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: MAY 20 2004

SJ

FILE NO. 69566 D1

Rev. 1/2003

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

YOSHIHIKO MACHIDA
Print Name

B17 25
B22

**File this Original**
(SEE REVERSE SIDE FOR INSTRUCTIONS)

06/07/20042003

Page   1 of  2

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

# STATE OF HAWAII

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

H

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00456475    3- 6/14/01        25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Include City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS | NUMBER | CLASS | NUMBER |
|-------|--------|-------|--------|
| COMMON | 20,000 | COMMON | 3,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS:   (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| C/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| D | TOMITA, SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |
| S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU TOKYO JA |
| AS | NISHIDA, YASUO | 95-054 HOKUIWA ST 111 | MILILANI HI 96789 |
| D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

☐ NO CHANGES:  Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE:  3/21/01          *Satoshi Kinoshita*          Satoshi Kinoshita
                                                       Print Name

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0077678D1
Rev. 1/2001

B17
B22

2000

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

SYL

H

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office.   Give Number, Street, City, State and Zip Code:_____

1.  AUTHORIZED CAPITAL                         PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

| CLASS | NUMBER | CLASS | NUMBER |
|-------|--------|-------|--------|
| COMMON | 20,000 | COMMON | 3,000 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2.  NATURE OF BUSINESS:
    HOLDING COMPANY
    (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3.  Street address of the registered office in Hawaii and the name of the registered agent at that address.
    (See reverse for instructions.) (If any change, line out and print change on the right.)

04/08

4.  OFFICERS/DIRECTORS:   (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)
OFFICE HELD/      NAME IN FULL              ADDRESS (INCLUDE CITY, STATE & ZIP CODE)
DIRECTOR CODE

| | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V/O / AS | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| VO | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU  TOKYO JA |
| AS | ~~NISHIDA,YASUO~~ | ~~95-064 HOKUIWA ST 111~~ | ~~MILILANI HI 96783~~ |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

[ ]  NO CHANGES:  Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02

C/SYL                    *Satoshi Kinoshita*

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)


Print Name
B17
B22
2001

FILE NO.0077678D1
Rev. 1/2002



File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

# ORIGINAL

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

H

**SJ**

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF      October 1, 2002
CORPORATE NAME AND MAILING ADDRESS:

✓    SPORTS SHINKO RESORT HOTEL CORPORATION
99-994 Iwaena Street, Suite C
Aiea, HI 96701

Received Business Registration Division
June 2, 2004 2:09 PM Department of
Commerce and Consumer Affairs

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

1. AUTHORIZED SHARES                                    TOTAL NUMBER OF SHARES ISSUED
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3,000 |

2. NATURE OF BUSINESS:   HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

✓    THOMAS E. HAYES
99-994 Iwaena Street, Suite C
Aiea, HI 96701

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KEIJIRO KIMURA | Akashidai 3-13-10, Sanda, Hyogo, Japan |
| S/D | TAKASHI HATTORI | Nishi-Okamoto 1-4-23-702, Higashi-Nada, Kobe, Japan |

☐ NO CHANGES:  Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION
I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: MAY 20 2004

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(If the corporation is in the hands of a receiver or trustee)

YOSHIHIKO MACHIDA
Print Name

SJ
FILE NO.  7 7678 D1
Rev. 1/2003

B17 25
B22

File this Original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

06/07/2004 20069

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI, 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

H

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00456476    3- 5/14/01    25.00

If the above mailing address has changed, line out address and type or print the new address on the following line.
Include City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:
TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JA |
| P/D | KINOSHITA,TAKESHI | COSTA DEL MAR RD | CARLSBAD CA 92009 |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| D | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HONOLULU HI 96821 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| AS | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI HI 96789 |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/21/01

*Satoshi Kinoshita*

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

Satoshi Kinoshita
Print Name

FILE NO. 0079478D1
Rev. 1/2001

B17 25-
B22
2000



File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

DOMESTIC PROFIT CORPORATION
FILING FEE: $25.00

**STATE OF HAWAII**

**H**

**SYL**

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give
Number, Street, City, State and Zip Code:_____

1. AUTHORIZED CAPITAL

| CLASS | NUMBER |
|-------|--------|
| COMMON | 20,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

| CLASS | NUMBER |
|-------|--------|
| COMMON | 2,000 |

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:

TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right.)

04/08

4. OFFICERS/DIRECTORS:  (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| D | KINOSHITA, TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JA |
| D | KINOSHITA, TAKESHI | COSTA DEL MAR RD | CARLSBAD CA 92009 |
| ✓ Wor^S | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| T | TOMITA, SHIGERU | 6175 MAKANIOLU PL | HONOLULU HI 96821 |
| S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| AS/D | MUKAI, FRANKLIN K | 1140 VAIHOLO ST | HONOLULU HI 96821 |
| AS | NISHIDA, YASUO | 95-054 HOKUIWA ST #111 | MILILANI HI 96789 |

☐ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this
box means there are no changes reported. The Department will not be
held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the
information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02

C/SYL

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

Print Name

B17
B22

2001

FILE NO.0079478D1
Rev. 1/2002



File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)



# ORIGINAL

DOMESTIC PROFIT CORPORATION
FILING FEE: $ 25.00

H   SJ

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF     April 1, 2002
CORPORATE NAME AND MAILING ADDRESS:

✓

SPORTS SHINKO (WAIKIKI) CORPORATION
99-994 Iwaena Street, Suite C
Aiea, HI  96701

Received Business Registration Division
June 2. 2004 2:09 PM Department of
Commerce and Consumer Affairs

If the above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

1. AUTHORIZED SHARES
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

TOTAL NUMBER OF SHARES ISSUED

2. NATURE OF BUSINESS:  TO OWN AND OPERATE HOTELS

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
(If any change, line out and print change on the right. See reverse for instructions.)

✓

THOMAS E. HAYES
99-994 Iwaena Street, Suite C
Aiea, HI  96701

4. OFFICERS/DIRECTORS: List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICER/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KEIJIRO KIMURA | Akashiadai 3-13-10, Sanda, Hyogo, Japan |
| S/D | TAKASHI HATTORI | Nishi-Okamoto 1-4-23-702, Higashi-Nada, Kobe, Japan |

☐ NO CHANGES:   Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE MAY 2 0 2004

SJ

FILE NO. 79473 D1

Rev. 1/2003

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

YOSHIHIKO MACHIDA
Print Name

B17 25
B22

File this Original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

06/07/20042007I

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KG HOLDINGS, LLC, a Hawaii limited liability company and KG MAUI DEVELOPMENT, LLC, a Hawaii limited liability company, | Civil No. 06-1-0223(3) |
| Plaintiffs, | (OTHER CIVIL ACTION) |
| vs. | DECLARATION OF TOSHIO KINOSHITA |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation, and SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation, | |
| Defendants. | |

## DECLARATION OF TOSHIO KINOSHITA

TOSHIO KINOSHITA hereby declares that:

1.   I am a citizen of Japan and reside in Osaka, Japan.
Kanagawa

2.   Except as otherwise indicated, this declaration is made upon my

personal knowledge and belief.

3A.   For the calendar year ended December 31, 2001, and through

February 2002, I was the President and a director of the following companies

(among others):

- Sports Shinko Co., Ltd., a Japan corporation ("SS-J")

- Sports Shinko (USA) Co., Ltd., a Delaware corporation ("SS-USA")

- Sports Shinko (Hawaii) Co., Ltd., a Hawaii corporation ("SS-Hawaii")

- Sports Shinko (Pukalani) Col, Ltd., a Hawaii corporation ("SS-Pukalani")

- Sports Shinko (Waikiki) Corporation, a Hawaii corporation ("SS-Waikiki")

- Sports Shinko (Kauai) Co., Ltd., a Hawaii corporation ("SS-Kauai")

- Sports Shinko (Mililani) Co., Ltd., a Hawaii corporation ("SS-Mililani")

- Sports Shinko Resort Hotel Corporation, a Hawaii corporation ("SS-RHC")

- Pukalani STP Co., Ltd., a Hawaii corporation

- Sure Transportation, Inc., a Hawaii corporation

3B.  For the calendar year ending December 31, 2001 until February 2002 and perhaps thereafter, the stock of the foregoing companies was owned as follows:

- I personally owned the majority (over 58 1/3 %) of the stock of SS-J. The remaining stock was effectively controlled by me and owned as follows:

  - 33 1/3 % of the stock of SS-J was owned by Kinoshita Construction Co., Ltd.  In turn, the stock of Kinoshita Construction Co., Ltd. was owned by my three sons, Satoshi, Toshiya and Takeshi.

  - The remaining 8 1/3% of the stock of SS-J was owned by Misaki Country Club, a wholly owned subsidiary of SS-J.

- SS-J owned 89% of the stock of SS-USA.  A number of Japan corporations that were wholly owned subsidiaries of SS-J owned the remaining 11% of the SS-USA stock.

- SS-USA owned 100% of the stock of SS-Hawaii

2

- SS-Hawaii owned 100% of the stock of SS-Pukalani, SS-Kauai, SS-Mililani and SS-RHC.

- SS-RHC owned 100% of the stock of SS-Waikiki.

- SS-Mililani owned 100% of the stock of Sure Transportation, Inc.

- SS-Pukalani owned 100% of the stock of Pukalani STP Co., Ltd.

4.    In addition to owning the stock of Kinoshita Construction Co., Ltd., my sons Satoshi, Toshiya and Takeshi were also officers and/or directors of various subsidiaries of SS-J. When acting on behalf of these corporations, my sons always and only acted in accordance with my instructions.

5.    On or about December 4, 2001, Kobayashi Group asked SS-Hawaii if it would be interested in selling some or all of its Hawaii assets, and expressed a serious interest in purchasing SS-Hawaii's assets in Hawaii, and in particular, its hotels, golf courses, and development lands.

6.    These properties and assets were then held and owned by SS-Hawaii, SS-Pukalani, or by several other SS-Hawaii direct or indirect subsidiaries, namely: SS-Waikiki, SS-Kauai, SS-Mililani, Pukalani STP Co., Ltd., and Sure Transportation, Inc.

7.    Thereafter, SS-Hawaii responded to Kobayashi Group, LLC's December 4, 2001 inquiry and provided information about SS-Hawaii's real estate and other assets in Hawaii.

3

8.      On or about December 11, 2001, SS-Hawaii received a written offer dated December 11, 2001 from Kobayashi Group, LLC to purchase two hotels, three golf courses, and the "lands held for development" (hereinafter "Offer"), pursuant to a formal purchase and sale agreement to be prepared upon acceptance of said Offer. I understood this offer to be to acquire all of the assets of SS-Hawaii and its subsidiaries.

9.      I understood that the "lands held for development" referenced in the Offer included all of the "lands held for development" adjacent and related to the Pukalani golf course on Maui.

10.     Beginning in _____, when the bubble economy of Japan failed, many of the Japan banks that had lent money to SS-J and SS-USA were in bankruptcy or under great financial pressure. Those lenders placed a great deal of pressure on SS-J and SS-USA to sell the overseas (non-Japan) assets owned by SS-J and SS-USA's subsidiaries.

11.     At my direction, for many months, the various Sports Shinko companies in Florida, California, Hawaii and Europe were trying very hard to sell the assets they owned.

12.     After the terrorist attacks in New York and Washington on September 11, 2001, the economy in the U.S., and particularly in Hawaii, was in great turmoil. The real estate market and tourism market was in serious decline. SS-J and

4

SS-USA's Japan lenders, including particularly the Resolution and Collection Corporation ("RCC"), the agency created by the Japan government to rehabilitate Japan's distressed banks, pressed me very hard to liquidate the remaining overseas assets owned by SS-J's subsidiaries.

13.     Some Japan lenders told me that if the overseas assets were sold, new credit would be extended to SS-J. This was because the overseas assets, generally, had negative cash flow. After September 11, 2001, all of the golf courses and hotels owned by SS-Hawaii's subsidiaries were losing money. In contrast, the extensive Japan holdings of SS-J's subsidiaries, which included 30 [X] golf courses in Japan, generally had positive cash flow.

14.     In order to satisfy the Japan lenders (including RCC), and to keep them from forcing SS-J into bankruptcy, it was necessary to sell all the Hawaii assets owned by SS-J's subsidiaries.

15.     I informed the directors of SS-Hawaii and SS-Pukalani (and the other wholly owned subsidiaries of SS-Hawaii) that they were to accept the Offer and sell the assets owned by SS-Hawaii's subsidiaries pursuant to the Offer. Accordingly, the Offer was accepted by SS-Hawaii for itself and its subidiaries.

16.     Because of the tremendous pressure upon SS-J and SS-USA from the Japan lenders, it was important that the sale of all the Hawaii assets owned by SS-J's subsidiaries be completed very quickly.

5

17.    On or about January 15, 2002, a Purchase and Sale Agreement ("PSA") was signed by SS-Hawaii, SS-Pukalani, and other wholly owned subsidiaries of SS-Hawaii, as Sellers, and by KG Holdings, LLC ("KG Holdings"), for itself and its nominees, as Buyer.

18.    The PSA provides in section 1.1(a)(v) that the property to be sold by the Sellers and purchased by Buyer's nominee, KG Maui Development, LLC ("KG Maui"), was comprised of the property commonly known as the "Pukalani Country Club", which was designated by certain tax key parcels numbers, including, without limitation, all of Tax Map Key Parcel No. (2) 2-3-9-39.

19.    I am informed, and upon such information and belief state that the Warranty Deed dated January 25, 2002 executed by SS-Pukalani and KG Maui and recorded at closing of the transaction described in the PSA inadvertently did not include all of the development lands adjacent to the Pukalani Country Club. Specifically, I am informed, and upon such information and belief state that part of the property then comprising Tax Map Key Parcel No. (2) 2-3-9-39 was not included in the foregoing Warranty Deed. If this is correct and SS-Pukalani continues to be owner of title to any lands comprising or adjacent to the Pukalani Country Club, this is a mistake because it was the intention of SS-Hawaii and SS-Pukalani to sell all those lands to KG Holdings' nominee, KG Maui, pursuant to the PSA.

I, TOSHIO KINOSHITA, declare under penalty of law that the foregoing

statements are true and correct.

DATED: ~~Osaka~~, Japan, _Kanagawa_ _Kamafura-shi Kajiwara 92-8_, 2006. 8. 8

Toshio Kinoshita
TOSHIO KINOSHITA