**DOMESTIC PROFIT CORPORATION**
**FILING FEE: $25.00**

H SJ
R/JMKK

**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**BUSINESS REGISTRATION DIVISION**
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2000
CORPORATE NAME AND MAILING ADDRESS:

RESORT MANAGEMENT SERVICES (HAWAII), INC.
~~PAUAHI TOWER, STE 1360~~  360 Pukalani Street
~~1001 BISHOP ST~~   Pukalani Hawaii 96768
~~HONOLULU HI 96813~~

If the above mailing address has changed, line out address and type or print the new address on the following line. Include City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**
   CLASS: COMMON    NUMBER: 20,000
   **PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**
   CLASS: COMMON    NUMBER: 1,000

   To correct the above capital(s), line out and print the correct class and numbers on the right.

2. **NATURE OF BUSINESS:** Management Services
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
   (See reverse for instructions.) (If any change, line out and print change on the right.)

4. **OFFICERS/DIRECTORS:** (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)
   OFFICE HELD/   NAME IN FULL                    ADDRESS (INCLUDE CITY, STATE & ZIP CODE)
   DIRECTOR CODE
   ~~P/V/S/T/D   NATORI, NATHAN T               3627 AKIAKI PALI DRIVE        HONOLULU, HI 96817~~
   P/S/T/D    NISHIDA, YASUO                 160 Hoauna Street, Wailuku, Hawaii 96793
   V          TOMITA, SHIGERU                6175 Makaniolu Place, Honolulu, Hawaii 96821

☐ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/11/01       [signature]           Yasuo Nishida
                                          Print Name

SJ                  Signature of authorized officer, attorney-in-fact
                    for an officer, or receiver or trustee
FILE NO. 0119737D1  (if the corporation is in the hands of a receiver or trustee)
Rev. 1/2001

B17
B22
2000

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

EXHIBIT 8

DOMESTIC PROFIT CORPORATION  
FILING FEE: $25.00  
JKK  

H  R/SYL

**STATE OF HAWAII**  
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS  
BUSINESS REGISTRATION DIVISION  
1010 Richards Street  
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARC  
PENALTY FOR LATE FI

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001

CORPORATE NAME AND MAILING ADDRESS:

RESORT MANAGEMENT SERVICES (HAWAII), INC.  
360 PUKALANI STREET  
PUKALANI HI 96768

If above mailing address has changed, line out and print change to the right.  
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code:

1. AUTHORIZED CAPITAL  
   CLASS: COMMON   NUMBER: 20,000  
   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)  
   CLASS: COMMON   NUMBER: 1,000

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS: MANAGEMENT SERVICES  
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD / DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P,S/T/D | NISHIDA, YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| V | TOMITA, SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |

☑ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE 3/22/02

Print Name: Yasuo Nishida

Signature of authorized officer, attorney-in-fact for an officer, or receiver or trustee (if the corporation is in the hands of a receiver or trustee)

FILE NO. 0119737D1  
Rev. 1/2002

File this original

B17  
822  
2001

