Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
            bwakuzawa@ahfi.com
            gmelchinger@ahfi.com
            jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 BMK |
| | ) CV 04-00127 BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **DECLARATION OF KEIJIRO** |
| QK HOTEL, LLC, et al., | ) **KIMURA; EXHIBIT "K-1"** |
| | ) |
| Defendants, | ) |
| and | ) |
| | ) |
| FRANKLIN K. MUKAI, et al., | ) |

|  |  |
|---|---|
| Third-Party Plaintiffs, | ) ) ) |
| vs. | ) ) |
| SPORTS SHINKO (USA) CO., LTD., et al., | ) ) ) |
| Third-Party Defendants, | ) ) ) ) |
| and | ) ) |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., | ) ) ) ) |
| Third-Party Defendants/ Counterclaimants, | ) ) ) |
| vs. | ) ) |
| QK HOTEL, LLC, et al., | ) ) |
| Third-Party Counterclaim Defendants. | ) ) ) |
| AND CONSOLIDATED CASES | ) ) |

## DECLARATION OF KEIJIRO KIMURA

I, KEIJIRO KIMURA, declare as follows:

1.   I make this declaration based on personal knowledge and I am competent to testify to the matters set forth below.

664665.2/6850-5                                     2

2. On January 28, 2002 (Japan time) involuntary reorganization proceedings were filed in Osaka District Court ("ODC") against Sports Shinko Co., Ltd., a Japan company ("SS Japan"), then the majority owner of Sports Shinko (USA) Co., Ltd. ("SS USA"). The ODC appointed Mutsuo Tahara on February 4, 2002 as interim Trustee (hereinafter, the "Trustee" (*kanzainin* in Japanese)) to manage SS Japan's affairs.

3. Based on the Trustee's nomination, the Osaka District Court appointed me as the Deputy Trustee for the involuntary reorganization of SS Japan.

4. In my capacity as Deputy Trustee, I was charged with handling all the matters related to the overseas subsidiaries of SS Japan, including winding up of the affairs of SS USA (a Delaware corporation) and its overseas subsidiaries in Hawai`i, California, and Florida.

5. In March 2002, I traveled to Hawaii in my capacity as Deputy Trustee to meet with Satoshi Kinoshita, Franklin Mukai, and others in order to investigate the state of the SS properties in Hawai`i.

6. Attached as Exhibit "K-1" hereto is a true and correct copy of an email sent to me by Satoshi Kinoshita and one of the attachments, which is a report regarding the sales of SS assets dated March 1, 2002.

*I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.*

EXECUTED:    Osaka, Japan, December 14, 2007.

　　　　　　　　　　　　　　　_____/s/ Keijiro Kimura_____
　　　　　　　　　　　　　　　KEIJIRO KIMURA