IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) | CV 04-00124 BMK |
| ) | CV 04-00127 BMK |
| Plaintiff, ) | |
| ) | CONSOLIDATED CASES |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | **DECLARATION OF** |
| ) | **STEVEN C. SILVER;** |
| Defendants, ) | **LIST OF TRANSLATED** |
| ) | **DOCUMENTS** |
| and ) | |
| ) | |
| FRANKLIN K. MUKAI, et al., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| QK HOTEL, LLC, et al., | ) |
|  | ) |
| Third-Party Counterclaim Defendants. | ) |
|  | ) |
| AND CONSOLIDATED CASES | ) |

## DECLARATION OF STEVEN C. SILVER

I, Steven C. Silver, make this Declaration of my personal knowledge:

1. I am an adult resident of the State of Hawai`i, over the age of eighteen (18) years, and competent to make this Declaration.

2. I am a professional legal translator with fifteen years of translation experience. I am fluent in both written Japanese and English, and qualified to translate documents of the type shown in the attached Schedule of Translated Documents. I am registered with the Judiciary of the State of Hawai`i to provide Japanese-English and English-Japanese courtroom translation services. I am a member of the American Translators Association

and the Hawai`i Interpreters and Translators Association.  I am accredited by the American Translators Association to translate Japanese documents into English.  I am a member of the National Association of Judicial Interpreters and Translators and the Japan Association of Translators.  I am also registered to provide courtroom translation services with the U.S. District Court for the District of Hawai`i.

       3.    I have reviewed the Exhibits attached to the Declaration of Keijiro Kimura ("Kimura Declaration") and the Declaration of Tsugio Fukuda, and other Exhibits filed with Plaintiff's Concise Statement of Facts in Support of Plaintiff's Memorandum in Support of Plaintiff Sports Shinko Co., Ltd.'s Motion for Partial Summary Judgment, filed in December 2007, as described in the attached List of Translated Documents.  I have confirmed that my English translations of the Japanese documents have been accurately paired with the Japanese originals as set forth in the List of Translated Documents attached to this Declaration.

       4.    I hereby certify and declare that, to the best of my knowledge, the English translations of the documents listed in the attached List of Translated Documents are complete and accurate

translations of all of the Japanese text appearing on the respective original documents with which they are paired.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED:   Honolulu, Hawai`i, December 13, 2007.


　　　　　　　　　　　　　　　/s/  Steven C. Silver
　　　　　　　　　　　　　　STEVEN C. SILVER

## LIST OF TRANSLATED DOCUMENTS

1. **Exhibit "14"**:  Ex "1" to the Deposition of Satoshi Kinoshita. (re: August 23, 2000 Satoshi letter memo to Toshio Kinoshita re new property management companies).

2. **Exhibit "K-1"**: Exhibit "K-1" to the Declaration of Keijiro Kimura ("Asset Sale Progress Log" dated March 1, 2002.)

## END OF LIST OF TRANSLATED DOCUMENTS