IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 BMK |
| | ) | CV 04-00127 BMK |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED CASES |
| vs. | ) | |
| | ) | |
| QK HOTEL, LLC, et al., | ) | **DECLARATION OF** |
| | ) | **STEVEN C. SILVER;** |
| Defendants, | ) | **LIST OF TRANSLATED** |
| | ) | **DOCUMENTS** |
| and | ) | |
| | ) | |
| FRANKLIN K. MUKAI, et al., | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SPORTS SHINKO (USA) CO., | ) | |
| LTD., et al., | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPORTS SHINKO (HAWAII) CO., | ) | |
| LTD., et al., | ) | |
| | ) | |
| Third-Party Defendants/ | ) | |
| Counterclaimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |

654968_1 / 6850-5

-2-

QK HOTEL, LLC, et al.,                )
                                      )
    Third-Party Counterclaim      )
    Defendants.                   )
                                      )
AND CONSOLIDATED CASES         )
_____)

### DECLARATION OF STEVEN C. SILVER

I, Steven C. Silver, make this Declaration of my personal

knowledge:

    1.    I am an adult resident of the State of Hawai`i, over

the age of eighteen (18) years, and competent to make this

Declaration.

    2.    I am a professional legal translator with fifteen years

of translation experience. I am fluent in both written Japanese and

English, and qualified to translate documents of the type shown in

the attached Schedule of Translated Documents. I am registered

with the Judiciary of the State of Hawai`i to provide Japanese-

English and English-Japanese courtroom translation services. I am

a member of the American Translators Association and the Hawai`i

Interpreters and Translators Association. I am accredited by the

American Translators Association to translate Japanese documents

into English.  I am a member of the National Association of Judicial Interpreters and Translators and the Japan Association of Translators.  I am also registered to provide courtroom translation services with the U.S. District Court for the District of Hawai`i.

3.    I have reviewed the Exhibits attached to the Declaration of Keijiro Kimura ("Kimura Declaration") and the Declaration of Tsugio Fukuda, and other Exhibits filed with Plaintiff's Concise Statement of Facts in Support of Plaintiff's Memorandum in Support of Plaintiff Sports Shinko Co., Ltd.'s Motion for Partial Summary Judgment, filed in December 2007, as described in the attached List of Translated Documents.  I have confirmed that my English translations of the Japanese documents have been accurately paired with the Japanese originals as set forth in the List of Translated Documents attached to this Declaration.

4.    I hereby certify and declare that, to the best of my knowledge, the English translations of the documents listed in the attached List of Translated Documents are complete and accurate translations of all of the Japanese text appearing on the respective original documents with which they are paired.

*I declare under penalty of perjury that the foregoing*

*is true and correct.*

DATED:   Honolulu, Hawai'i, December 13, 2007.

_____
STEVEN C. SILVER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | December 19, 2007 |

John Reyes-Burke     jburke@bmbe-law.com     December 19, 2007
Attorneys for Defendant
FRANKLIN K. MUKAI

Robert A. Marks     ram@pohlhawaii.com     December 19, 2007
                          sfujioka@pohlhawaii.com

Simon Klevansky     sklevansky@kplawhawaii.com
                                       December 19, 2007

Alika L. Piper     apiper@kplawhawaii.com
Carisa Lima Ka'ala Hee     kaalahee@kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC;
OR HOTEL, LLC; AND KG HOLDINGS, LLC

2

DATED:    Honolulu, Hawaiʻi, December 19, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff
and Third-Party Defendants,
the Sports Shinko Companies

663458_1 / 6850-5