Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
BRUCE H. WAKUZAWA          4312-0
GLENN T. MELCHINGER        7135-0
JASON H. KIM               7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: palston@ahfi.com
       bwakuzawa@ahfi.com
       gmelchinger@ahfi.com
       jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) | CV 04-00124 BMK |
| ) | CV 04-00127 BMK |
| Plaintiff, ) | |
| ) | CONSOLIDATED CASES |
| vs. ) | |
| ) | **ERRATA REGARDING EXHIBIT "12" TO PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY** |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |

665400_1 / 6850-5

| | |
|---|---|
| FRANKLIN K. MUKAI, et al.,            )<br>                                                       )<br>        Third-Party Plaintiffs,       )<br>                                                       )<br>vs.                                              )<br>                                                       )<br>SPORTS SHINKO (USA) CO.,      )<br>LTD., et al.,                                 )<br>                                                       )<br>        Third-Party                         )<br>        Defendants,                        )<br>                                                       )<br>and                                             )<br>                                                       )<br>SPORTS SHINKO (HAWAII) CO., )<br>LTD., et al.,                                 )<br>                                                       )<br>        Third-Party Defendants/     )<br>        Counterclaimants,              )<br>                                                       )<br>vs.                                              )<br>                                                       )<br>QK HOTEL, LLC, et al.,              )<br>                                                       )<br>        Third-Party Counterclaim  )<br>        Defendants.                         )<br>                                                       )<br>AND CONSOLIDATED CASES  )<br>_____)  | **JUDGMENT ON THE ISSUE OF THE KINOSHITA'S INTENT TO HINDER, DELAY, OR DEFRAUD, FILED ON DECEMBER 19, 2007; EXHIBIT "12"; CERTIFICATE OF SERVICE** |

**ERRATA REGARDING EXHIBIT "12" TO PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF THE KINOSHITA'S INTENT TO HINDER, DELAY, OR DEFRAUD, FILED ON DECEMBER 19, 2007**

Plaintiff Sports Shinko Co., Ltd. hereby submits an Errata regarding Exhibit "12" to its Concise Statement of Facts in Support of its Motion for Partial Summary Judgment Regarding the Issue of the Kinoshita's Intent to Hinder, Delay, or Defraud, filed on December 19, 2007, as follows:

Pages 17, 18 and 19 of Exhibit "12" were inadvertently included and should not be a part of Exhibit "12".

A corrected Exhibit "12" is attached hereto.

DATED: Honolulu, Hawai`i, December 21, 2007.

/s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff
and Third-Party Defendants,
the Sports Shinko Companies