PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY PIPER VAN ETTEN, LLP

| | |
|---|---|
| SIMON KLEVANSKY | 3217-0 |
| CARISA LIMA KA'ALA HEE | 7372-0 |

1003 Bishop Street
Pauahi Tower, Suite 770
Honolulu Hawaii 96813
E-mail: sklevansky@kpvlaw.com
          kaalahee@kpvlaw.com

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>         Plaintiff,<br>    vs.<br>QK HOTEL, LLC, et al.,<br>         Defendants,<br>    and | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br>(Re: Defendant QK Hotel, LLC'S Second Request For Production Of Documents To The SS Entities) |

FRANKLIN K. MUKAI, et al.,

  Third-Party Plaintiffs,

 vs.

SPORTS SHINKO (USA) CO., LTD., et al.,

  Third-Party Defendants,

 and

SPORTS SHINKO (HAWAII) CO., LTD., et al.,

  Third-Party Defendants/
  Counterclaimants,

 vs.

QK HOTEL, LLC, et al.,

  Third-Party Counterclaim
  Defendants.

AND CONSOLIDATED CASE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANT QK HOTEL, LLC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO THE SS ENTITIES was served upon the following at their last know address via hand delivery on the date indicated below:

| | |
|---|---|
| BRUCE H. WAKUZAWA, ESQ.<br>JASON KIM, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii  96813 | Original +1 |

Attorneys for Plaintiffs and/or Third Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation.

| | |
|---|---|
| WILLIAM BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu Hawaii 96813 | 1 Copy |

Attorney for Defendant
FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, December 28, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS

Attorneys for Defendants and Third Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC