PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY PIPER VAN ETTEN, LLP
SIMON KLEVANSKY          3217-0
CARISA LIMA KA'ALA HEE   7372-0
1003 Bishop Street
Pauahi Tower, Suite 770
Honolulu Hawaii 96813
E-mail: sklevansky@kpvlaw.com
        kaalahee@kpvlaw.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>          Plaintiff,<br>     vs.<br>QK HOTEL, LLC, et al.,<br>          Defendants,<br>     and | CV 04-00124 BMK<br>CV 04-00127 BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br>(Re: Second Amended Notice Of Taking Of Deposition Of Plaintiff Sports Shinko Co., Ltd. And Demand To Produce Documents) |

| |
|---|
| FRANKLIN K. MUKAI, et al., |
|     Third-Party Plaintiffs, |
|   vs. |
| SPORTS SHINKO (USA) CO., LTD., et al., |
|     Third-Party Defendants, |
|   and |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., |
|     Third-Party Defendants/ Counterclaimants, |
|   vs. |
| QK HOTEL, LLC, et al., |
|     Third-Party Counterclaim Defendants. |
| AND CONSOLIDATED CASE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that SECOND AMENDED NOTICE OF TAKING OF DEPOSITION OF PLAINTIFF SPORTS SHINKO CO., LTD. AND DEMAND TO PRODUCE DOCUMENTS was served by hand delivery upon the following:

1

BRUCE H. WAKUZAWA, ESQ.                Original +1
JASON KIM, ESQ.
Alston Hunt Floyd & Ing
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii  96813

Attorneys for Plaintiffs and/or Third Party Defendants
Sports Shinko Co., Ltd., Sports Shinko (USA) Co.,
Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko
(Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd.,
Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort
Hotel Corporation, Sports Shinko (Waikiki) Corporation
and Ocean Resort Hotel Corporation.


WILLIAM BORDNER, ESQ.                  1 Copy
JOHN REYES-BURKE, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu Hawaii 96813

Attorney for Defendant
FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, December 28, 2007.


        /s/ Robert A. Marks
_____
        WARREN PRICE III
        ROBERT A. MARKS

Attorneys for Defendants and Third Party
Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR
Hotel, LLC, Pukalani Golf Club, LLC, KG Maui
Development, LLC, Mililani Golf Club, LLC,
Kiahuna Golf Club, LLC and KG Kauai
Development, LLC