PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III          1212
ROBERT A. MARKS          2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY PIPER VAN ETTEN, LLP

SIMON KLEVANSKY          3217-0
CARISA LIMA KA'ALA HEE 7372-0
1003 Bishop Street
Pauahi Tower, Suite 770
Honolulu, Hawaii  96813
Phone:  (808) 536-0200
Fax:  (808) 536-0221
E-mail: sklevansky@kpvlaw.com
        kaalahee@ kpvlaw.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, et al., | CV 04-00124 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CONSOLIDATED CASES<br><br>FIRST STIPULATION TO<br>CONTINUE HEARING ON |

|  |  |
|---|---|
| Defendants, | PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF THE KINOSHITAS' INTENT TO HINDER, DELAY, OR DEFRAUD; ORDER |
| and | |
| FRANKLIN K. MUKAI, et al., | |
| Third-Party Plaintiffs, | |
| vs. | |
| SPORTS SHINKO (USA) CO., LTD., et al., | |
| Third-Party Defendants, | Old Hearing:<br>DATE:    January 25, 2008<br>TIME:    2:00 p.m.<br>JUDGE:  Hon. Barry M. Kurren |
| and | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al. | New Hearing:<br>DATE:    April 18, 2008<br>TIME:    2:00 p.m.<br>JUDGE:  Hon. Barry M. Kurren |
| Third-Party Defendants / Counterclaimants, | |
| vs. | |
| QK HOTEL, LLC, et al. | |
| Third-Party Counterclaim Defendants. | |

FIRST STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF THE KINOSHITAS' INTENT TO HINDER, DELAY, OR DEFRAUD

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the hearing on Plaintiffs' Motion For Partial Summary Judgment On The Issue Of The Kinoshitas' Intent To Hinder, Delay, Or Defraud, filed December 19, 2007 and set for hearing on January 25, 2008 at 2:00 p.m.

2

before the Honorable Barry M. Kurren shall be continued to April 18, 2008 at 2:00

p.m.  The Memoranda in Opposition shall be due on March 14, 2008 and the Reply

Memorandum shall be due on April 11, 2008.

DATED:  Honolulu, Hawaii, January 3, 2008.


/s/ Bruce H. Wakuzawa
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Alston Hunt Floyd & Ing
American Savings Bank tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813

Attorneys for Plaintiffs
and Third-party Defendants
the Sports Shinko Companies

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL,
LLC, AND OR HOTEL, LLC

3

/s/ John Reyes-Burke
WILLIAM A. BORDNER
JOHN REYES-BURKE

Attorney for Defendant
FRANKLIN K. MUKAI

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 4, 2008

---

Sports Shinko Co., Ltd. v. QK Hotel, LLC, D. Hawaii CV Nos. 04-0124 and
consolidated cases; STIPULATION TO CONTINUE HEARING ON
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE
ISSUE OF THE KINOSHITAS' INTENT TO HINDER, DELAY, OR
DEFRAUD; ORDER