Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON               1126-0
BRUCE H. WAKUZAWA         4312-0
GLENN T. MELCHINGER       7135-0
JASON H. KIM              7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:   palston@ahfi.com
         bwakuzawa@ahfi.com
         gmelchinger@ahfi.com
         jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, et al., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br> Third-Party | CV 04-00124 BMK <br> CV 04-00127 BMK <br><br> CONSOLIDATED CASES <br><br> **CERTIFICATE OF SERVICE** <br><br> **[Re: Plaintiff and Third-party Defendants Sports Shinko Co., Ltd., Sports Shinko (Usa) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Second Request for Answers to** |

666752 v1 / 6850-5

|  |  |
|---|---|
| Defendants,<br>  and<br>SPORTS SHINKO (HAWAII) CO.,<br>LTD., et al.,<br>  Third-Party Defendants/<br>  Counterclaimants,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>  Third-Party Counterclaim<br>  Defendants.<br>AND CONSOLIDATED CASES | ) **Interrogatories to Defendant**<br>) **and Third-party Plaintiff**<br>) **Franklin K. Mukai**]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2008, true and correct copies of **PLAINTIFF AND THIRD-PARTY DEFENDANTS SPORTS SHINKO CO., LTD., SPORTS SHINKO (USA) CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION AND OCEAN RESORT HOTEL CORPORATION'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI, dated January 10, 2008**, was duly served on the following persons by hand-delivery to their respective addresses:

```
WARREN PRICE, III, ESQ.
ROBERT A. MARKS, ESQ.
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky & Piper, LLP
Suite 770, Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL,
LLC; AND KG HOLDINGS, LLC


    WILLIAM A. BORDNER, ESQ.       [ORIGINAL + 1]
    Burke McPheeters Bordner & Estes
    Pacific Guardian Center
    Suite 3100, Mauka Tower
    737 Bishop Street
    Honolulu, HI  96813

    Attorney for Defendant
    and Third-Party Plaintiff
    FRANKLIN K. MUKAI


   DATED:    Honolulu, Hawai`i, January 10, 2008.


                              /S/ Jason H. Kim
                           PAUL ALSTON
                           BRUCE H. WAKUZAWA
                           GLENN T. MELCHINGER
                           JASON H. KIM
                           Attorneys for Plaintiff and
                           Third-Party-Defendants the
                           Sport Shinko Companies
```