Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
BRUCE H. WAKUZAWA      4312-0
GLENN T. MELCHINGER    7135-0
JASON H. KIM           7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:   palston@ahfi.com
         bwakuzawa@ahfi.com
         gmelchinger@ahfi.com
         jkim@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants
THE SPORTS SHINKO COMPANIES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., </br></br> Plaintiff, </br></br> vs. </br></br> QK HOTEL, LLC, et al., </br></br> Defendants, </br></br> and </br></br> FRANKLIN K. MUKAI, et al., </br></br> Third-Party </br> Plaintiffs, </br></br> vs. </br></br> SPORTS SHINKO (USA) CO., LTD., et al., </br></br> Third-Party | ) CV 04-00124 BMK </br> ) CV 04-00127 BMK </br> ) </br> ) CONSOLIDATED CASES </br> ) </br> ) **CERTIFICATE OF SERVICE** </br> ) </br> ) **[RE: Plaintiff and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Second Request for Production of Documents to** |

666754 v1 / 6850-5

|  |  |
|---|---|
| Defendants, ) | **Defendant and Third-Party** |
| ) | **Plaintiff Franklin K. Mukai]** |
| and ) |  |
| ) |  |
| SPORTS SHINKO (HAWAII) CO., ) |  |
| LTD., et al., ) |  |
| ) |  |
| Third-Party Defendants/ ) |  |
| Counterclaimants, ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| QK HOTEL, LLC, et al., ) |  |
| ) |  |
| Third-Party Counterclaim ) |  |
| Defendants. ) |  |
| ) |  |
| AND CONSOLIDATED CASES ) |  |
| _____ ) |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date true and correct copies of **Plaintiff and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Second Request for Production of Documents to Defendant and Third-Party Plaintiff Franklin K. Mukai**, dated January 10, 2008 was duly served on the following persons via hand-delivery to their respective addresses:

```
WARREN PRICE, III, ESQ.
ROBERT A. MARKS, ESQ.
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

SIMON KLEVANSKY, ESQ.
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Klevansky & Piper, LLP
Suite 770, Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL,
LLC; AND KG HOLDINGS, LLC
```

WILLIAM A. BORDNER, ESQ.       **[ORIGINAL + 1]**
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

DATED:   Honolulu, Hawai`i, January 10, 2008.


                        /s/ Jason H. Kim
                    _____
                    PAUL ALSTON
                    BRUCE H. WAKUZAWA
                    GLENN T. MELCHINGER
                    JASON H. KIM
                    Attorneys for Plaintiff
                    and Third-Party Defendants
                    THE SPORTS SHINKO COMPANIES