PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III                1212
ROBERT A. MARKS              2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

KLEVANSKY PIPER VAN ETTEN, LLP
SIMON KLEVANSKY                    3217-0
CARISA LIMA KA'ALA DUFFY   7372-0
1003 Bishop Street
Pauahi Tower, Suite 770
Honolulu Hawaii 96813
E-mail: sklevansky@kpvlaw.com
          kduffy@kpvlaw.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>          Plaintiff, <br>     vs. <br> QK HOTEL, LLC, et al., <br>          Defendants, <br>     and | CV 04-00124 BMK <br> CV 04-00127 BMK <br><br> CONSOLIDATED CASES <br><br> CERTIFICATE OF SERVICE <br> (Re: Defendant KG Holdings, LLC's Request For Admissions To Plaintiff Sports Shinko Co., Ltd.) |

| |
|---|
| FRANKLIN K. MUKAI, et al., |
|         Third-Party Plaintiffs, |
|    vs. |
| SPORTS SHINKO (USA) CO., LTD., et al., |
|         Third-Party Defendants, |
|    and |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., |
|         Third-Party Defendants/ Counterclaimants, |
|    vs. |
| QK HOTEL, LLC, et al., |
|         Third-Party Counterclaim Defendants. |
| AND CONSOLIDATED CASE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANT KG HOLDINGS, LLC'S REQUEST FOR ADMISSIONS TO PLAINTIFF SPORTS SHINKO CO., LTD. was served upon the following at their last know address via hand delivery on the date indicated below:

| | |
|---|---|
| BRUCE H. WAKUZAWA, ESQ.<br>JASON KIM, ESQ.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower<br>1001 Bishop Street, 18th Floor<br>Honolulu, Hawaii  96813 | Original +1<br>January 9, 2008 |

Attorneys for Plaintiffs and/or Third Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation.

| | |
|---|---|
| WILLIAM BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 3100<br>Honolulu Hawaii 96813 | 1 Copy<br>January 10, 2008 |

Attorney for Defendant
FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, January 10, 2008.

                          /s/ Robert A. Marks
                          WARREN PRICE III
                          ROBERT A. MARKS

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, AND OR HOTEL, LLC