PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

KLEVANSKY PIPER & VAN ETTEN, LLP

| | |
|---|---|
| SIMON KLEVANSKY | 3217-0 |
| CARISA LIMA KA'ALA DUFFY | 7372-0 |

1003 Bishop Street, Suite 770
Honolulu, Hawaii 96813
Phone: 808.536-0200
Fax: 808. 237-5757
e-mail: sklevansky@kpvaw.com
         kduffy@kpvlaw.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, KG HOLDINGS LLC, a Hawaii limited liability | CV 04-00124 BMK<br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE<br><br>(Re: First Amended Counterclaim) |

company, FRANKLIN K. MUKAI,

   Defendants,

 and

FRANKLIN K. MUKAI, QK HOTEL, LLC, a Hawaii limited liability company and KG HOLDINGS LLC, a Hawaii limited liability company,

   Third-Party Plaintiffs,

 vs.

SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation, and SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation and SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation,

   Third-Party Defendants,

 and

SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai'i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai'i corporation,

   Third-Party Defendants /

|  |  |
|---|---|
| Counterclaimants,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; and FRANKLIN K. MUKAI,<br><br>　　　　Third-Party Counterclaim Defendants | |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OR HOTEL, LLC, a Hawaii limited liability company, KG HOLDINGS, LLC, a Hawaii limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　Defendants,<br><br>　　and<br><br>FRANKLIN K. MUKAI, OR HOTEL, LLC, a Hawaii limited liability company and KG HOLDINGS, LLC, a Hawaii limited liability company,<br><br>　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>SPORTS SHINKO (USA) CO., LTD, a Delaware croporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO | CV 04-00127 BMK |

3

(PUKALANI) CO., LTD., a Hawaii corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation and SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation,

   Third-Party Defendants,

 and

SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai'i corporation; and SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai'i corporation,

   Third-Party Defendants / Counterclaimants,

 vs.

OR HOTEL, LLC, a Hawai'i limited liability company; KG HOLDINGS, LLC, a Hawai'i limited liability company; and FRANKLIN K. MUKAI,

   Third-Party Counterclaim Defendants.

_____

4

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the FIRST AMENDED COUNTERCLAIM was served electronically on January 11, 2008 through CM/ECF on the following:

    PAUL ALSTON, ESQ.        palston@ahfi.com
    GLENN T. MELCHINGER, ESQ.  gtm@ahfi.com

        Attorneys for
        SPORTS SHINKO CO., LTD.
        SPORTS SHINKO (USA) CO., LTD.
        SPORTS SHINKO (HAWAII) CO., LTD.
        SPORTS SHINKO (MILILANI) CO., LTD.
        SPORTS SHINKO (KAUAI) CO., LTD.
        SPORTS SHINKO (PUKALANI) CO., LTD.
        SPORTS SHINKO RESORT HOTEL CORPORATION
        SPORTS SHINKO (WAIKIKI) CORPORATION, and
        OCEAN RESORT HOTEL CORPORATION

    WILLIAM BORDNER, ESQ.    bbordner@bmbe-law.com
    JOHN REYES-BURKE         jburke@bmbe-law.com

        Attorneys for Defendant
        FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, January 11, 2008.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
CARISA LIMA KA'ALA DUFFY

Attorneys for Defendants, Third Party Plaintiffs and Counterclaimants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC