Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  palston@ahfi.com
          bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | ) CV 04-00124 BMK |
| | ) CV 04-00127 BMK |
| Plaintiff, | ) |
| | ) CONSOLIDATED CASES |
| vs. | ) |
| | ) **THIRD-PARTY** |
| QK HOTEL, LLC, et al., | ) **COUNTERCLAIMANT** |
| | ) **SPORTS SHINKO (WAIKIKI)** |
| Defendants, | ) **CORPORATION'S MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |

|  |  |
|---|---|
| and ) | **RE: DEFENDANT FRANKLIN MUKAI'S BREACH OF DUTY AS A (1) DIRECTOR AND (2) ATTORNEY; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |
| ) | |
| FRANKLIN K. MUKAI, et al., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) | |
| LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Third-Party Counterclaim ) | |
| Defendants. ) | |
| ) | |
| AND CONSOLIDATED CASES ) | |
| _____ ) | |

**THIRD-PARTY COUNTERCLAIMANT SPORTS SHINKO (WAIKIKI)CORPORATION'S MOTION FOR SUMMARY JUDGMENT RE: DEFENDANT FRANKLIN MUKAI'S BREACH OF DUTY AS A (1) DIRECTOR AND (2) ATTORNEY**

Third-Party Counterclaimant Sports Shinko (Waikiki) Corporation moves for partial summary judgment on the issue of Defendant Franklin Mukai's breach of his independent duties as a director and attorney for various Sports Shinko companies in Hawai`i.[1]

This Motion is made pursuant to F.R.C.P. 56 and is based upon the attached memorandum, exhibits, declarations and record and files in this action.

DATED: Honolulu, Hawai`i, January 11, 2008.

    /s/ Glenn T. Melchinger
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

---

[1] This Motion seeks only a determination that Mukai breached his duties. The issues of causation and damages are reserved.