DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street

Mailing Address: P.O. Box 40, Honolulu, HI. 96810    Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1989

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
1001 BISHOP STREET
#2200 - PACIFIC TOWER
HONOLULU , HI 96813

| DATE | ID | T | SEQ# | FILE# | TRAN# |
|------|----|----|------|-------|-------|
| 90/04/11 | NCO | 5 | 389 | -LINE 4- | 3 |

TOTAL AMOUNT $    15.00

7767B01

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|--------------|--------|--------|--------|
| COMMON | 20,000 | COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

Holding company

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---------|-------------|-------------|
| P/D | Toshio Kinoshita | 6-20-8 Seijo Setagaya-ku, Tokyo JA |
| V/T | Takeshi Kinoshita | 13749 Condesa Drive, Del Mar, CA  92014 |
| V | Masao Wakamori | 4-18-18 Katahira Asa Kawasaki Kanagawa JA |
| S | Tsugio Fukuda | 2-22-7 Nakamura Nerima-ku, Tokyo JA |
| AS | Shunichi Iguchi | 95-054 Hokuiwa #111 Mililani Town, HI  96789 |
| D | Franklin K. Mukai | 1140 Waiholo St., Honolulu, HI  96821 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[X] The above information is true and correct with changes so noted.

DATE: March 23 '90

SIGNATURE OF AUTHORIZED OFFICER
(if Attorney-in-fact signs, attach power of attorney)

Asst. Secretary
(OFFICE HELD)

FILE NO. 0077678D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/89    (see reverse side for instructions)

015-0915-10
015-0915-17

# EXHIBIT 2

DOMESTIC PROFIT CORPORATION

## STATE OF HAWAII

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street

Mailing Address: P.O. Box 40, Honolulu, HI. 96810

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1989

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI , HI 96789

DATE      ID    T SEG# FILE#      TRAN#
90/04/25 GHA   3    8 -LINE 4-1988
TOTAL AMOUNT $        15.00
6126001

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 13,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS: HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be
a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/S/T/D | KINOSHITA,TOSHIO | 6-20-SEIJO SETAGAYA  TOKYO JA |
| *V/D | WAKAMORI,MASAO | 4-18-18 KATAHIRA ASA KAWASAKI KANAGAWA PR |
| *AS | YOSHIDA,TAKASHI | 8-25-4 SHONAN-DAI   FUJISAWA CITY JA |
| *AT | NISHIDA,YASUO | 1749 NANA ST #102   WAILUKU HI 96793    160 Hoauna St. |
| *D | MUKAI,FRAKLIN K | 1140 WAIHOLO ST   HON HI 96821 |
| V | Takeshi Kinoshita | 13749 Condesa Drive. Del Mar, CA   92014 |
| V | Tsugio Fukuda | 2-22-7 Nakamura Nerima-ku, Tokyo JA |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[X] The above information is true and correct with changes so noted.

DATE: March 26, 1990

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Asst. Treasurer
(OFFICE HELD)

FILE NO. 0061260D1 (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/89                   (see reverse side for instructions)

015-0915-10
015-0915-17

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1989

CORPORATE NAME AND MAILING ADDRESS:

| DATE | ID | T SEQ# FILE# | TRANS# |
|---|---|---|---|
| 90/04/2S | GHA | 3    6 -LIN | 4-1988 |

TOTAL AMOUNT $    15.00
6571901

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI , HI 96789

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL                                    PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 10,998 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS: GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT., NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/S/T/D | KINOSHITA, TOSHIO | 6-2C-8 SEIJU SETAGAY TOKYO JA |
| *V/D | WAKAMORI, MASAO | 4-18-18 KATAHIRA ASA KAWASAKI KANAGAWA PR |
| *AS | YOSHIDA, TAKASHI | 3-25-4 SHONAN-DAI   FUJISAWA CITY JA |
| *AS | IGUCHI, SHUNICHI | 95-064 HOKUIWA ST #1 MILILANI HI 96789 |
| *AT | NISHIDA, YASUO | 227A MIOLANI ST   PUKALANI HI 9C7G6  160 Hoauna St. |
| *D | MUKAI, FRANKLIN | 1140 WAIHOLO ST   HON HI 96821  Wailuku, HI 96793 |
| v | Takeshi Kinoshita | 13749 Condesa Drive, Del Mar, CA  92014 |
| v | Tsugio Fukuda | 2-22-7 Nakamura Nerima-ku, Tokyo JA |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE: March 26, 1990

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Asst. Treasurer
(OFFICE HELD)

FILE NO. 0065719D1  (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/89                (see reverse side for instructions)

015-0915-10
015-0915-17

DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

 STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1989
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.        B17 00089244   13- 3/16/93        15.00
2545 KIAHUNA PLANTATION DRIVE          B22 00089245   13- 3/16/93        40.00
KOLOA, HI  96756

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| Common | 20,000 | Common | 3,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:   Golf Course Operation

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/S/T/D | KINOSHITA, Toshio | 6-20-8 Seijo Setagaya-Ku | Tokyo Japan |
| VP/D | WAKAMORI, Masao | 4-18-18 Katahira Asao-Ku Kawasai Kanagawa Pref. | Japan |
| AS | YOSHIDA, Takeshi | 3-25-4 Shonan-Dai Fujisawa City | Japan |
| AT | NISHIDA, Yasuo | 160 Hoauna St., Wailuku, Hi  96793 | |
| D | MUKAI, Franklin K. | 1140 Waiholo St., Honolulu, Hi  96821 | |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:  03/03/93

SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO. 23818 D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records. (see reverse side for instructions)

B17 15
B22 40

## STATE OF HAWAII

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

DEPARTMENT OF COMMERCE AND CONSUME AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1989

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI , HI 96788

DATE    ID   T SEG$ FILE$    TRAN$
90/04/06 RKN  4   128 -LINE 4-3143
TOTAL AMOUNT $    15.00
6956601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 20,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:    (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

Golf Course Operation

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

OFFICE HELD/DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE)
---|---|---

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS |
|---|---|---|
| P/D | Toshio Kinoshita | 6-20-8 Seijo Sezagaya Ku Tokyo Japan |
| V | Takeshi Kinoshita | 13749 Condesa Drive, Del Mar, Ca.  92014 |
| S | Tsugio Fukuda | 2-22-7 Nakamura Nerima-Ku Tokyo 176 Japan |
| T | Yasuo Nishida | 160 Hoauna St., Wailuku, Hi  96793 |
| D | Franklin K. Mukai | 1140 Waiholo St., Honolulu, Hawaii  96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[x] The above information is true and correct with changes so noted.

DATE: _____

_____
SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

Treasurer
(OFFICE HELD)

FILE NO. 0069566D1  (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/89                (see reverse side for instructions)

015-0915-10
015-0915-17

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1990
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
1001 BISHOP STREET
#2200 - PACIFIC TOWER
HONOLULU , HI 96813

DATE        ID     T SE0# FILES     TRANS
91/06/29 B17  4     51 -LINE 4  158
TOTAL AMOUNT $          15.00
7767BD1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | ~~1,000~~ 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAY SEE RPT |
| *V/T | KINOSHITA, TAKESHI | 13749 CONDESA DR    DEL MAR CA 92014 |
| *V | ~~WAKAMORI, MAGAO~~ | ~~4-18-18 KATAHIRA    SEE RPT~~ |
| *S/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA    SEE RPT |
| *AS | ~~ICUCHI, SHUNICHI~~ | ~~95-054 HOKUIWO #141    MILILANI TWN HI 8878~~ |
| *D ~~AS~~ | MUKAI, FRANKLIN K | 1140 WAIHOLO ST    HON HI 96721 |
| V/D | KAWASAKI, TOMIO | 525 BABA KAIZUKA, CITY    OSAKA, 597-01 Japan |
| AS/D | SOEJIMA, KOICHI | 581 KAMOKU ST #908 HNL HI 96826 |
| V | YAMAMOTO, IWANE | 5-45-2 Matsubara Setagaya-ku Tokyo, Japan 156 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:   March 19, 1991

_Koichi Soejima_
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

Asst. Secretary
(OFFICE HELD)

FILE NO. 0077678D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1990
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI , HI 96789

DATE        ID    T SEQ# FILE#    TRAN#
91/07/05 B17  3    129 -LINE 4-  81
TOTAL AMOUNT $        15.00
6126001

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

CLASS/SERIES         NUMBER
COMMON               20,000

PAID—IN CAPITAL (NUMBER OF SHARES ISSUED)

CLASS/SERIES         NUMBER
COMMON               ~~19,998~~
                     16998

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/S/T/D | KINOSHITA,TOSHIO | 5-20-SEIJO SETAGAYA  TOKYO JA |
| *V/D | ~~WAKAMORI,MASAO~~ | ~~4-10-10 KATAHIRA ASA KAWASAKI KANAGAWA PR~~ |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR    DEL MAR CA 92014 |
| *V/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO JA |
| *AT | NISHIDA,YASUO K | 160 HOAUNA. ST      WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST     HON HI 96821 |
| AS\|D | Soejima, Koichi | 581 KAMOKU ST #908 HNL, HI 96826 |
| V\|D | Kawasaki, Tomio | 525 BABA KAIZUKA CITY, OSAKA, JA 597-81 Japan |
| V | YAMAMOTO, IWANE | 5-45-2 Mataubara Setagaya-Ku Tokyo, Japan  156 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:  March 19, 1991        _Koichi Soejima_               Asst. Secretary
                             SIGNATURE OF AUTHORIZED OFFICER,      (OFFICE HELD)
                             (If Attorney-in-fact signs, attach power of attorney)
FILE NO.0061260D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90                   (see reverse side for instructions)
                                                                          B17
                                                                          B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1990

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI , HI 96789

| DATE | ID | T SEG | FILE | TRAN |
|------|-----|-----|------|------|
| 91/05/17 | B17 | 3 | 237 -LINE 4- 210 | |
| TOTAL AMOUNT $ | | | 15.00 | |

0657101

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|------|------|------|------|
| COMMON | 20,000 | COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|------|------|------|
| *P/S/T/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAY TOKYO JA |
| *V/D | ~~NAKAMORI,MASAO~~ | ~~1-12-16 KATAHIRA ASA-KAWASAKI KANAGAWA PR~~ |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR    DEL MAR CA 92014 |
| *AS | ~~IGUCHI,SHUNICHI~~ | ~~95-054 HOKUIWA ST #1 MILILANI HI 96789~~ |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST    WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN | 1140 WAIHOLO ST    HON HI 96821 |
| *V | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO JA |
| AS/D | Soejima, Koichi | 581 KAMOKU STREET #908 HONOLULU, HAWAII 96826 |
| V/D | Kawasaki, Tomio | 523 Baba Kaizuka City Osaka 597-01 Japan |
| V | YAMAMOTO IWANE | 5-45-2 Matsubara Setagaya-ku Tokyo, Japan  156 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.
[✓] The above information is true and correct with changes so noted.

DATE: 3/20/91                    SIGNATURE OF AUTHORIZED OFFICER,                    Asst. Secretary
                                  (if Attorney-in-fact signs, attach power of attorney)              (OFFICE HELD)

FILE NO.0065719D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90          (see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1990

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DRIVE
KOLOA , HI 96756

B17 00113500    13- 4/30/91    15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES COMMON | NUMBER 20,000 | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES COMMON | NUM... |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P(S)T/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAY TOKYO JA |
| *AT | NISHIDA, YASUO | XXXXXXXXXXXXXXXX 160 Hoauna St., Wailuk |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST    HON HI 9682...  Ho 96793 |
| V | KINOSHITA, Takeshi | 13749 Condesa Dr., Del Mar Ca. 92014 |
| A S | FUKUDA, Tsugio | 2-22-7 Nakamura Neri, Tokyo 170 Japan |
| V/D | KAWASAKI, Tomio | 515 Baba Kaizuka-Shi Osaka, Japan |
| A S/D | SOEJIMA, Koichi | 581 Kamoku St., #908, Honolulu Hawaii    96826 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: 4/24/91

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Asst. Treasurer
(OFFICE HELD)

FILE NO.0063818D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $16.50

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1990

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI , HI 96788

817 0011250J    13- 4/30/91         15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

**1. AUTHORIZED CAPITAL**

| CLASS/SERIES COMMON | NUMBER 20,000 | PAID-IN CAPITAL NUMBER OF SHARES ISSUED<br>CLASS/SERIES COMMON | NUMBER 1,000 |
|---|---|---|---|

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

**2. NATURE OF BUSINESS:**

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE)

**3. OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on the back of form.)

| OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS-DO NOT LIST BUSINESS ADDRESS<br>(INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D/T | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAY TOKYO JAPAN |
| *V | KINOSHITA,TAKESHI | 13740 CORDISA DR   DEL MAR CA 92014 |
| *S | FUKUDA,TSUJIO | 3-22-7 NAKAMURA NERI TOKYO 176 JA |
| AT | NISHIDA,YASUO | 180 HOALNA ST   WAILUKU HI 86793 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLE ST   HON HI #6821 |
| V/D | KAWASAKI, Tomio | 515 Baba Kaizuka-Shi Osaka, Japan |
| AS/D | SOEJIMA, Koichi | 581 Kamoku St., #908, Honolulu, HI 96826 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes as noted.

DATE: 4/7/91

SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO. 0069566D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90         (See reverse side for instructions)

817 /5
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL RETURN BY MAIL
PENALTY FOR LATE

Your cancelled check is your

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1990
CORPORATE NAME AND MAILING ADDRESS:

| DATE | ID | SEQ# FILE# | TRANS |
|---|---|---|---|
| 91/06/29 | B17 | 4 | 481 LINE 4 101 |

TOTAL AMOUNT $   15.00
7947BD1

SPORTS SHINKO (WAIKIKI) CORPORATION
1001 BISHOP STREET
#2200-PACIFIC TOWER
HONOLULU , HI 96813

If the above mailing address has changed, line out address and type or print the new address on the following line. G
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) |
|---|---|---|
| COMMON | 20,000 | CLASS/SERIES | NUMBER |
| | | COMMON | ~~1,000~~ 2000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
        TO OWN AND OPERATE HOTELS
        (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director mu
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/T/D | KINOSHITA, TOSHIO | 8-20-8 SEIJO    SETAGAYA-KU TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | COSTA DEL MAR ROAD   CARLSBAD CA 92009 |
| *V/D | KAWASAKI, TOMIO | 525 BABA KAIZUKA-CIT OSAKA 597-01, JAPAN |
| *S/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERI TOKYO 176 JAPA |
| *D/AS | MUKAI, FRANKLIN K | 1140 WAIHOLO STREET   HONOLULU HI 96825 |
| AS/D | SUGIMA, KOICHI | 581 KAMOKU ST #908 HNL, HI 96826 |
| V | YAMAMOTO, IWANE | 5-45-2 Matsubara Setagaya-Ku Tokyo, Japan   156 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: __March 19, 1991__

_Koichi Sugiema_
SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Asst. Secretary
(OFFICE HELD)

FILE NO. 0079478D1
Rev. 12/90
(File this original copy. Photo copy will not be accepted. Keep photo copy for your reco
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI, 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1991

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
1001 BISHOP STREET
#2200 - PACIFIC TOWER
HONOLULU , HI 96813

DATE     ID   T SEQ# FILE#     TRAN#
92/04/20 B17  4    789 -LINE 4- 172
TOTAL AMOUNT $    15.00
77678D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAY SEE RPT |
| V/T  V/p | KINOSHITA, TAKESHI | 13749 CONDESA DR     DEL MAR CA 92014 |
| V/D | KAWASAKI, TOMIO | 585 BABA KAIZUKA CIT OSAKA 597-01 JA |
| S/D  T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA     SEE RPT |
| AS/D | SOEJIMA, KOICHI | 591 KAMOKU ST 908   HON HI 96826 |
| V  S/D | YAMAMOTO, IWANE | 5 45 2 MATAUBARA SET TOKYO JA 156 |
| AS | Tomita, Shigeru | 6175 Makanielu Pl Hon Hi 96821 |
| AS | Nishida, Yasuo | 160 Hoauna St, Wailuku, Hi 96793 |
| D | Mukai, Franklin K. | 1140 Waihelo St, Hon, Hi 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE:_____

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

(OFFICE HELD)

FILE NO.0077678D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90             (see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

*UNC*

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1991
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI , HI 96789

DATE      ID    T SEG‡ FILE‡    TRAN‡
92/04/20 B17  4    783 -LINE 4- 172
TOTAL AMOUNT $      15.00
61260D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES * | | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|---|
| COMMON | | 20,000 | CLASS/SERIES COMMON | NUMBER 16,996 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/S/T/B P/D | KINOSHITA,TOSHIO | 6-20-SEIJO SETAGAYA  TOKYO JA |
| V- S/D | YAMAMOTO,IWANE | 5-4-52 MATAUBARA SET KU TOKYO JA 156 |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR    DEL MAR CA 92014 |
| V/D T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO JA |
| AT | NISHIDA,YASUO K | 160 HOALUA ST      WAILUKU HI 96793 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST     HON HI 96821 |
| AS/D | ~~SOEJIMA,KOICHI~~ | ~~501 KAMOKU ST. #908 HON HI 96826~~ |
| V/D | ~~KAWASAKI,TOMIO~~ | ~~525 BABA KAIZUKACITY OSAKA JA 597-01~~ |
| V. | *Tomita, Shigeru* | *6175 Makaniolu Pl, Hon Hi 96821* |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE:_____

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

A t
(OFFICE HELD)

FILE NO.0061260D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1991

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI , HI 96789

DATE      ID    T SEQ# FILE#      TRAN#
92/04/20 B17   4    785 -LINE 4- 172
TOTAL AMOUNT $      15.00
6571901

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/S/T/D P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAY TOKYO JA | |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN | 1140 WAIHOLO ST | HON HI 96821 |
| *V T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO JA | |
| *S/D | SOEJIMA,KOICHI | 584 KAMOKU STR #906  HONOLULU, HI   96826 | |
| *V/D | KAWASAKI,TOMIA | 525 OABA MAIZUKA CIT 597-01 JAPAN | |
| *V S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SET U TOKYO, JAPAN 156 | |
| A-S | Tsujimoto, Takuya | 1661 Pee Rd #A204 Koloa, HI 96756 | |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[X] The above information is true and correct with changes so noted.

DATE: _____

X _____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

_____ AT
(OFFICE HELD)

FILE NO. 0065719D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MAI
PENALTY FOR LATE

Your cancelled check is your

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1991
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DRIVE
KOLOA , HI 96756

DATE      ID    I SEG# FILE#     TRAN#
92/04/08 B17   4    769 -LINE #- 138
TOTAL AMOUNT $       15.00
6381801

If the above mailing address has changed, line out address and type or print the new address on the following line. Gi
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director mu
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/S/T/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAY TOKYO JA |
| *V | KINOSHITA,TAKESHI | 13749 CONDESA DR      DEL MAR CA 92014 |
| *S T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO 176 JA |
| *V/D | ~~NAKASUKA,TOMER~~ | ~~155 PARK AVE~~ |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST      WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST     HON HI 96821 |
| ~~XXXXXX~~ | ~~XXXXXXXXXXX~~ | ~~XXXXXXXXXXX~~ |
| AS | Tsujimoto, Takuya | 1661 Pe'e Rd.      Koloa, HI 96756 |
| S/D | Yamamoto, Iwane | 5 45 2 Matsubara Set Tokyo JA 156 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS.
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:_____March 19, 1992_____        _____        _Asst. Secretary_
                                     SIGNATURE OF AUTHORIZED OFFICER,        (OFFICE HELD)
                                     (if Attorney-in-fact signs, attach power of attorney)

FILE NO.0063818D1  (File this original copy. Photo copy will not be accepted. Keep photo copy for your recor
Rev. 12/90                          (see reverse side for instructions)
                                                                              B17
                                                                              B22



DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1991

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI , HI 96788

| DATE | ID | T SEQ# FILE# | TRAN# |
|------|----|----|----|
| 92/04/08 | B17 | 3   13 -LINE 4- | 81 |

TOTAL AMOUNT $    15.00
69566D169566D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D/T | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAY TOKYO JAPAN |
| *V | KINOSHITA,TAKESHI | 13748 CONDESA DR  DEL MAR CA 92014 |
| *S T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO 176 JA |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST  WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST  HON HI 96821 |
| ~~*V~~ ~~KAWASAKI,TOMIO~~ | ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ | ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ |
| ~~*AS*D~~ ~~SOEJIMA,KOICHI~~ | | ~~841-2 KAMAGAYA-CITY CHIBA-KEN-JAPAN~~ |
| S/D | YAMAMOTO, Iwane | 5-45-2 Matsubara, Setagayaku, Tokyo Japan |
| AS | TSUJIMOTO, Takuya | 1661 Pee Rd. #4204, Koloa, Kauai, Hawaii  96756 |

MAR 23 10 09 AM '92

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[X] The above information is true and correct with changes so noted.

DATE: 3/18/92

SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

assistant treasurer
(OFFICE HELD)

FILE NO.0069566D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17 /5
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1991
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
1001 BISHOP STREET
#2200-PACIFIC TOWER
HONOLULU , HI 96813

DATE        ID    T SEQ# FILE#    TRAN#
92/04/20 B17  4    787 -LINE 4- 172
TOTAL AMOUNT $      15.00
79478D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/T/D P/D | KINOSHITA,TOSHIO | 6-20-6 SEIJO        SETAGAYA-KU TOKYO JA |
| V/D | KINOSHITA,TAKESHI | COSTA DEL MAR ROAD    CARLSBAD CA 92009 |
| V/D | KAWASAKI,TOMIO | 525 BABA KATZUKA GIT OSAKA 597-01 JAPAN |
| S/D  T/D | FUKUDA,TSUGIO | 2-23-7 NAKAMURA NERI TOKYO 176 JAPAN |
| AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO STREET   HONOLULU HI 96821 |
| AS/D | KOJIMA,KOICHI | 581 KAMOKU ST. #900 HON HI 96826 |
| V  S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SET TOKYO JA 156 |
| V P | Tomita, Shigeru | 6175 Makaniolu Pl, Hon, Hi 96821 |
| AS | Nishida, Yasuo | 160 Hoawa St, Wailuku, Hi 96793 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE:_____

_____
SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

_____
(OFFICE HELD)

FILE NO.0079478D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90           (see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL RETURN BY MA
PENALTY FOR LATE

Your cancelled check is your

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992
CORPORATE NAME AND MAILING ADDRESS

SPORTS SHINKO RESORT HOTEL CORPORATION
1001 BISHOP STREET
#2200 - PACIFIC TOWER
HONOLULU HI 96813

DATE
93/03/29 PEF
TOTAL AMOUNT
77678D1

If the above mailing address has changed, line out address and type or print the new address on the following line. C
Number, Street, City, State, and Zip Code:
OCEAN RESORT HOTEL WAIKIKI, 175 Paoakalani Ave., Honolulu, HI 96815

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES COMMON | NUMBER 20,000 | CLASS/SERIES COMMON | NUMBER 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director r
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-30-8 SEIJO SETAGAYA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR    DEL MAR CA 92014 |
| *V | TOMITA, SHIGERU | 6175 MAKANIOLU PL.    HON HI 96821 |
| *T/D | FUKUOA, TSUGIO | 2-22-7 NAKAMURA |
| *AS | NISHIDA, YASUO | 160 MOAUNA ST    WAILUKU HI 96793 |
| *S/D | YAMAMOTO, IWANE | 5 45 2 MATUDARA SETAGAYA KU TOKYO JA 156 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST.    HON HI 96821 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb 9, 1993

SIGNATURE OF AUTHORIZED OFFICER,
If Attorney-in fact signs, attach power of attorney

Assistant Secretary
(OFFICE HELD)

FILE NO. 0077678D1
Rev. 12/90    (File this original copy. Photo copy will not be accepted. Keep photo copy for your rec
(see reverse side for instructions)

B17
B22



DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUM. AFFAIRS
## BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI HI 96789

| DATE | ID | T SEQ# FILE# | TRAN# |
|---|---|---|---|
| 93/04/13 B17 | 3 | 466 -LINE 4-1197 | |

TOTAL AMOUNT    15.00
61260D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1.  AUTHORIZED CAPITAL

| CLASS/SERIES COMMON | NUMBER 20,000 | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES COMMON | NUMBER 16,998 |
|---|---|---|---|

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2.  NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3.  OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of page.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| *S/D | YAMAMOTO, IWANE | 5-4-52 MATAUBARA SETAGAYA- | KU TOKYO JA 156 |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *AT | NISHIDA, YASUO K | 160 HOAUNA ST | WAILUKU HI 96793 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *V | TOMITA, SHIGERU | 6175 MAKANIGULU PL | HON HI 96821 |

RECEIVED
BUSINESS REGISTRATION DIVISION
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII
Mar 31  3 56 PM '93

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: 2/16/93

_____
SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO.0061260D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI HI 96789

DATE
93/03/
TOTAL AMOU
6571901

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
   GOLF COURSE OPERATION
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN | 1140 WAIHOLO ST | HON HI 96821 |
| *T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SETAGAYA-K | U TOKYO, JAPAN 156 |
| *AS | TSUJIMOTO,TAKUYA | 1661 PEE' RD #4204 | KOLOA HI 96756 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

### CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: 2/16/93

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO.0065719D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90           (see reverse side for instructions)

B17
B22



DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DRIVE
KOLOA HI 96756

B17 00084243   13- 3/16/93        15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL
| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 20,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 3,998 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/W/R/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU  TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR  DEL MAR CA 92014 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERI  TOKYO 176 JA |
| *AS | TSUJIMOTO, TAKUYA | 1661 PE'E RD  KOLOA HI 96756 |
| *AT | NISHIDA, YASUO | 160 HOAUNA ST  WAILUKU HI 96793 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST  HON HI 96821 |
| *S/D | YAMAMOTO, IWANE | 5 34 2 MATSUBARA  SET TOKYO JA 156 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: _February 24, 1993_

_____
SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

_Assistant Secretary_
(OFFICE HELD)

FILE NO. 0063818D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17 / 5
B22



DOMESTIC PROFIT CORPORATION

STATE OF HAWAII

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI HI 96788                    B17 00090402    2- 3/17/93        15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JAPAN |
| *V I D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *S/D | YAMAMOT,IWANE | 5-45-2 MATSUBARA | SETAGAYAKU TOKYO JA |
| *AS | TSUJIMOTO,TAKUYA | 1661 PEE RD #4204 | KOLOA KAUAI HI 96756 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb 18, 1993          _____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO.0069566D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1992

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
1001 BISHOP STREET
#2200-PACIFIC TOWER
HONOLULU HI 96813

| DATE | ID | T SEG# FILE# | TRAN# |
|---|---|---|---|
| 93/03/23 017 | 4 | 198 -LINE 4- | 990 |
| TOTAL AMOUNT $ | | 15.00 | |
| 7947801 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

---

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JAPAN |
| *V/D | KINOSHITA,TAKESHI | COSTA DEL MAR ROAD | CARLSBAD CA 92009 |
| *V | TOMITA,SHIGERU | 6475 MAKANIOLU PL | HON HI 96821 |
| *T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JAPAN |
| *AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO STREET | HONOLULU HI 96821 |
| *AS | NISHIDA,YASUO | 160 HOANUNA ST | WAILUKU HI 96793 |
| *S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SETAGAYAKU | TOKYO JA 156 |

---

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb 19, 1993

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Assistant Secretary
(OFFICE HELD)

FILE NO. 0079478D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
~~1001 BISHOP STREET~~
~~#2200  PACIFIC TOWER~~
~~HONOLULU HI 96813~~

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-6 SEIJO SETAGAYA | |
| *V/D | KINOSHITA, TAKESHI | 13740 CONDESA DR | DEL MAR CA 92014 |
| *V | TOMITA, SHIGERU | 6175 MAKANIOLU PL. | HON HI 96821 |
| *T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA | |
| *AS | NISHIDA, YASUO | ~~160 HOAUNA ST.~~ | ~~WAILUKU HI 96793~~ |
| *S/D | YAMAMOTO, IWANE | 5 45 2 MATAUBARA SETAGAYA KU TOKYO JA 156 | |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST. | HON HI 96821 |

AS    Nishida, Yasuo                95-054 Hokuiwa Street, No. 111
                                     Mililani Town, Hawaii 96789

SPORTS SHINKO RESORT HOETL CORPORATION ---- 175 PAOAKALANI AVE. #300
                                             HONOLULU, HAWAII 96815

## CERTIFICATION

I certify, under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE: *February 17, 1994*                  _____        _____
                                           SIGNATURE OF AUTHORIZED OFFICER,        (OFFICE HELD)
                                           (If Attorney-in-fact signs, attach power of attorney)

FILE NO. 0077678D1     (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90             (see reverse side for instructions)                                      B17
                                                                                                B22



DOMESTIC PROFIT CORPORATION*

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810    Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
~~95-176 KUAHELANI AVENUE~~
~~MILILANI HI 96789~~

DATE        ID   T SEQ# FILE#   TRAN#
94/03/23 817  3     66 -LINE 4- 454
TOTAL AMOUNT $        15.00
6126001

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 16,988 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE, & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-5EIJO SETAGAYA KU          TOKYO JA |
| *S/D | YAMAMOTO, IWANE | 5-4-52 MATUBARA SETAGAYA-   KU TOKYO JA 156 |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR          DEL MAR CA 92014 |
| *T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU   TOKYO JA |
| *AT | NISHIDA, YASUO K | ~~160 HOAONA ST~~          ~~WAILUKU HI 96790~~ |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST          HON HI 96821 |
| *V | TOMITA, SHIGERU | 6175 MAKANIDULU PL          HON HI 96821 |

Change of address:

Nishida, Yasuo –      95-054 Hokuiwa, No. 111
                              Mililani Town, Hawaii 96789

SPORTS SHINKO(HAWAII)CO.,LTD.----- 175 PAOAKALANI AVE. #300
                              HONOLULU, HAWAII 96815

RECEIVED
BUSINESS REGISTRATION DIVISION
MAR 7  12 31 PM '94

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[✓] The above information is true and correct with changes so noted.

DATE: February 23, 1994

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO.0061260D1
Rev. 12/90    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI HI 96789

| DATE | ID | T SEQ# FILE# | TRAN# |
|------|----|--------------|-------|
| 94/03/10 B17 | 3 | 421 -LINE 4- 410 | |
| TOTAL AMOUNT $ | | 15.00 | |
| 6571901 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER |
|--------------|--------|
| COMMON | 20,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

| CLASS/SERIES | NUMBER |
|--------------|--------|
| COMMON | 10,998 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-30-8 SEIJO SETAGAYA-KU      TOKYO JA |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR      DEL MAR CA 92014 |
| *AT | NISHIDA,YASUO | 160 HOAUNA ST      WAILUKU HI 96793 |
| *D | MUKAI,FRANKLIN | 1140 WAIHOLO ST      HON HI 96821 |
| *T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU      TOKYO JA |
| *S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SETAGAYA-K      U TOKYO, JAPAN 156 |
| *AS | TSUJIMOTO,TAKUYA | 1661 PEE RD #4204      KOLOA HI 96756 |

Change of Address:

Nishida, Yasuo –      95-054 Hokuiwa, No. 111
Mililani Town, Hawaii 96789

Tsujimoto, Takuya –  160 Hoauna Street
Wailuku, Hawaii 96793

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[√] The above information is true and correct with changes so noted.

DATE: February 23, 1994

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)

Assistant Treasurer
(OFFICE HELD)

FILE NO. 0065719D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90    (see reverse side for instructions)

B17
B22



DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DRIVE
KOLOA HI 96756

| DATE | ID | T. SEQ# FILE# | TRAN# |
|------|-----|----|----|
| 94/03/15 | B17 | 4 | 346 -LINE 4-2488 |
| TOTAL AMOUNT $ | | | 15.00 |
| 63818D1 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|------|------|------|------|
| COMMON | 20,000 | COMMON | 3,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|------|------|------|------|
| *P/D | KINOSHITA, TOSHIO | 8-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERI | TOKYO 176 JA |
| *AS | TSUJIMOTO, TAKUYA | 160 PE E RD | KOLOA HI 96786 |
| *AT | NISHIDA, YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *S/D | YAMAMOTO, IWANE | 5 34 2 MATSUBARA | SET TOKYO JA 156 |
| *AT | NISHIDA, YASUO | 95-054 Hokuiwa #111 | Mililani, HI 96789 |
| *AS | TSUJIMOTO, TAKUYA | 160 Hoauna St. | Wailuku, HI 96793 |

RECEIVED
Feb 28 10 50 AM '94
DEPT. OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII
BUSINESS REGISTRATION

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: _February 20, 1994_    x _____    _assistant Treasurer_
SIGNATURE OF AUTHORIZED OFFICER,    (OFFICE HELD)
(If Attorney-in-fact signs, attach power of attorney)

FILE NO. 0063818D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90    (see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00



## STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street        Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI, 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI HI 96788

B17 00091715    2- 3/17/94        15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL
CLASS/SERIES        NUMBER
COMMON              20,000

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
CLASS/SERIES        NUMBER
COMMON              1,000

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JAPAN |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| *AT | NISHIDA, YASUO | 180 HOAANA ST. | WAILUKU HI 96793 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *S/D | YAMAMOT, IWANE | 5-45-2 MATSUBARA | SETAGAYAKU TOKYO JA |
| *AS | TSUJIMOTO, TAKUYA | 160 HOAANA ST. | WAILUKU HI 96793 |
| A/T | NISHIDA, Yasuo | 95-054 Hokuiwa St/. Apt 111 Mililani Town, Hi 96789 |
| A/S | TSUJIMOTO, Takuya | 160 Hoauna St., | Wailuku, Hawaii 96793 |



## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE: 03/07/94

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

Assistant Secretary
(OFFICE HELD)

FILE NO. 0069566D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00



STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810     Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1993
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
~~1001 BISHOP STREET~~
~~#2200 PACIFIC TOWER~~
~~HONOLULU HI 96813~~

DATE        ID    T SEQ# FILE#     TRAN#
94/03/23 B17  3    67 -LINE 4- 454
TOTAL AMOUNT $     15.00
7947801

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1.  AUTHORIZED CAPITAL

| CLASS/SERIES COMMON | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES COMMON | NUMBER |
|---|---|---|---|
| | 20,000 | | 2,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2.  NATURE OF BUSINESS:
TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3.  OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO           SETAGAYA-KU TOKYO JAPAN |
| *V/D | KINOSHITA,TAKESHI | COSTA DEL MAR ROAD     CARLSBAD CA 92009 |
| *V | TOMITA,SHIGERU | 6175 MAKANIOLU PL     HON HI 96821 |
| *T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU   TOKYO 176 JAPAN |
| *AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO STREET   HONOLULU HI 96821 |
| *AS | NISHIDA,YASUO | ~~400 HOANUMA ST~~     ~~WAILUKU HI 96793~~ |
| *S/D | YAMAMOTO,IWANE | 3-45-2 MATSUBARA SETAGAYAKU   TOKYO JA 156 |

Change of address:

AS       Nishida, Yasuo        95-054 Hokuiwa Street, No. 111
                               Mililani Town, Hawaii 96789

SPORTS SHINKO(WAIKIKI)CORPORATION--- 175 PAOAKALANI AVE. #300
                                     HONOLULU, HAWAII 96815

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[X] The above information is true and correct with changes so noted.

DATE: February 27, 1994

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

Assistant Secretary
(OFFICE HELD)

FILE NO. 0079478D1
Rev. 12/90     (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
               (see reverse side for instructions)

B17
B22