DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
175 PAOAKALANI AVE. #300
HONOLULU HI 96815

B17 00108906   13- 4/11/95        15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 9000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below, if inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR- | DEL MAR CA 92014 |
| *V | TOMITA,SHIGERU | 6175 MAKANIOLU PL. | HON HI 96821 |
| *T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU TOKYO JA |
| *AS | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI, HI 96789 |
| *S/D | YAMAMOTO,IWANE | 5 45 2 MATAUBARA SETAGAYA KU | TOKYO JA 156 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST. | HON HI 96821 |

RECEIVED
BUSINESS REGISTRATION
DIVISION
Apr 3 2 12 PM '95
DEPARTMENT OF
COMMERCE AND
CONSUMER AFFAIRS
STATE OF HAWAII

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: _Feb 22, 1995_        _____        VICE PRESIDENT
                        SIGNATURE OF AUTHORIZED OFFICER,        (OFFICE HELD)
                        (If Attorney-in-fact signs, attach power of attorney)
FILE NO. 0077678D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90            (see reverse side for instructions)

B17 IS
B22

DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
175 PAOAKALANI AVE #300
HONOLULU HI 96815

B17 00108904    13- 4/11/95      15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES COMMON | NUMBER 20,000 | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES COMMON | NUMBER 16,998 |
|---|---|---|---|

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| *S/D | YAMAMOTO, IWANE | 5-4-52 MATAUBARA SETAGAYA- | KU TOKYO JA 156 |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *AT | NISHIDA, YASUO K | 95-094 HOKUIWA #111 | MILILANI, HI 96789 |
| *0 | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *V | TOMITA, SHIGERU | 6175 MAKANIOULU PL | HON HI 96821 |

RECEIVED
BUSINESS REGISTRATION DIVISION
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII
Apr 3 2 12 PH '95

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS

[ ] The above information is true and correct and no changes are necessary.

[ ] The above information is true and correct with changes so noted.

DATE: 3/30/95

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

V.P.
(OFFICE HELD)

FILE NO. 0061260D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17 15
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI HI 96789

DATE      10     2245 FILES      TRANS
TWO                              245448
TOTAL RECEIPT $      15.00
0065719D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

---

1. AUTHORIZED CAPITAL
   CLASS/SERIES: COMMON   NUMBER: 20,000

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS/SERIES: COMMON   NUMBER: 10,998

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
   GOLF COURSE OPERATION
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

---

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *AT | NISHIDA, YASUO | 95-054 HOKUIWA #111 | MILILANI HI 96789 |
| *D | MUKAI, FRANKLIN | 1140 WAIHOLO ST | HON HI 96821 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *S/D | YAMAMOTO, IWANE | 5-45-2 MATSUBARA SETAGAYA-K | U TOKYO, JAPAN 156 |
| *AS | TSUJIMOTO, TAKUYA | 160 HOAUNA ST | WAILUKU HI 96793 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb 21, 1995

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

assistant treasurer
(OFFICE HELD)

FILE NO.0065719D1   (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90                    (see reverse side for instructions)

B17
B22



DOMESTIC PROFIT CORPORATION

MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION

ORIGINAL–RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI, 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DRIVE
KOLOA, HAWAII  96756

| | | |
|---|---|---|
| B17 00070418 | 2- 1/02/96 | 15.00 |
| B22 00070419 | 2- 1/02/96 | 10.00 |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3,998 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:    GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JAPAN |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| *AT | NISHIDA, YASUO | 95-054 HOKUIWA ST., #111 | MILILANI, HI 96789 |
| *D | MUKAI, FRANKLIN K. | 1140 WAIHOLO ST. | HONOLULU, HI 96821 |
| *S/D | YAMAMOTO, IWANE | 5-45-2 MATSUBARA | SETAGAYAKU TOKYO JA |
| *AS | TSUJIMOTO, TAKUYA | 160 HOAUNA ST. | WAILUKU, HI 96793 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: november 10, 1995

SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)

P
(OFFICE HELD)

FILE NO. 63818 D1
Rev. 12/90

(File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
(see reverse side for instructions)

B17 15
B22 10

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI HI 96788

DATE     ID   T SEQ# FILE#    TRAN#
95/03/30 B17  4    103 -LINE 4-3510
TOTAL AMOUNT $      15.00
69566D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL
   CLASS/SERIES        NUMBER
   COMMON              20,000

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS/SERIES        NUMBER
   COMMON              1,000

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
   GOLF COURSE OPERATION
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JAPAN |
| *V/D | KINOSHITA, TAKESHI | 13748 CONDESA DR | DEL MAR CA 92014 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| *AT | NISHIDA, YASUO | 95-054 HOKUIWA ST #111 | MILILANI HI 96788 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *S/D | YAMAMOTO, IWANE | 5-45-2 MATSUBARA | SETAGAYAKU TOKYO JA |
| *AS | TSUJIMOTO, TAKUYA | 160 HOAUNA ST | WAILUKU HI 96793 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: 3/19/95

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)

Asst. Secretary
(OFFICE HELD)

FILE NO. 0069566D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90                    (see reverse side for instructions)

B17
B22



DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1994
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE. #300
HONOLULU HI 96815

B17 00108905    13- 4/11/95    15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 8-20-8 SEIJO | SETAGAYA-KU TOKYO JAPAN |
| *V/D | KINOSHITA,TAKESHI | COSTA DEL MAR ROAD | CARLSBAD CA 92009 |
| *V | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |
| *T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JAPAN |
| *AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO STREET | HONOLULU HI 96821 |
| *AS | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI TOWN, HI 96789 |
| *S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SETAGAYAKU | TOKYO JA 156 |

RECEIVED
BUSINESS REGISTRATION DIVISION
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII
APR 3 2 12 PM '95

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: _Feb 22, 1995_    _____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney—in—fact signs, attach power of attorney)

VICE PRESIDENT
(OFFICE HELD)

FILE NO. 0079478D1    (File this original copy. Photo copy will not be accepted. Keep photo copy for your records.)
Rev. 12/90    (see reverse side for instructions)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION

ORIGINAL—RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
175 PAOAKALANI AVE. #300
HONOLULU HI 96815            B17 0010/074   13- 3/12/96        15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID—IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| ^P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| ^V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| ^V | TOMITA,SHIGERU | 6175 MAKANIOLU PL. | HON HI 96821 |
| ^T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU TOKYO JA |
| ^A S | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI, HI 96789 |
| ^S/D | YAMAMOTO,IWANE | 5 45 2 MATAUBARA SETAGAYA KU | TOKYO JA 156 |
| ^D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST. | HON HI 96821 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:    Feb. 21, 1996

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney—in—fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

V. P. VICE PRESIDENT
(OFFICE HELD)

FILE NO.0077678D1
Rev. 12/95

B17 5
B22



DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street      Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
175 PAOAKALANI AVE #300
HONOLULU HI 96815          817 0010/0/6    15- 3/12/96          15.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 16,998 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| *S/D | YAMAMOTO, IWANE | 5-4-52 MATSUBARA SETAGAYA- | KU TOKYO JA 156 |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *AT | NISHIDA, YASUO K | 95-054 HOKUIWA #111 | MILILANI, HI 96789 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *V | TOMITA, SHIGERU | 6175 MAKANIOULU PL | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE:  Feb. 21, 1996

FILE NO.0061260D1
Rev. 12/95

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

VICE PRESIDENT
(OFFICE HELD)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVENUE
MILILANI HI 96789

DATE      ID    SEQ# FILE$      TRAN$
96/03/12 B17   4    716 -LINE 4-3855
TOTAL AMOUNT $        15.00
6571991

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *S/D | YAMAMOTO, IWANE | 5-45-2 MATSUBARA SETAGAYA-K | U TOKYO, JAPAN 156 |
| *AS AT | TSUJIMOTO, TAKUYA | ~~180 HOAUNA ST~~ | ~~WAILUKU HI 98793~~ N-186 Waimakalt Mililani 96729 |
| *AT AS | NISHIDA, YASUO | ~~95-054 HOKUIWA #111~~ | ~~MILILANI HI 96789~~ 160 Hoauna St. Wailuku HI 96793 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *D | MUKAI, FRANKLIN | 1140 WAIHOLO ST | HON HI 96821 |
| V/D | SATOSHI KINOSHITA | 1139 Makaiwa St. Honolulu HI. 96816 | |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: February 14, 1996

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Assistant Secretary
(OFFICE HELD)

FILE NO.0065719D1
Rev. 12/95

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street          Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995
CORPORATE NAME AND MAILING ADDRESS:

DATE          ID    T SEQ# FILE#      TRANS
96/04/08 B17   4      316 -LINE 4-3945
TOTAL AMOUNT $        15.00
6381801

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DRIVE
KOLOA HI 96756

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERI | TOKYO 176 JA |
| *AS AT | TSUJIMOTO, TAKUYA | 460 HOANANA ST | WAILUKU HI 96793  95-186 WAIAKA PL WAILUKU 96793 |
| *AT AS | NISHIDA, YASUO | 95-054 HOKUIWA #111 | MILILANI HI 96789  160 HOKUWA ST WAILUKU 96793 |
| *D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| *S/D | YAMAMOTO, IWANE | 5 34 2 MATSUBARA | SET TOKYO JA 156 |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HON HI 96816 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: March 10, 1996

_____
SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Assistant Secretary
(OFFICE HELD)

FILE NO.0063818D1
Rev. 12/95

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE $15.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

Your cancelled check is your receipt

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI STREET
PUKALANI HI 96788

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID—IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 1,000 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU    TOKYO JAPAN | |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR    DEL MAR CA 92014 | |
| *T /D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU    TOKYO 176 JA | |
| *AR AS | NISHIDA,YASUO * | ~~5-45-2 MATSUBARA    SETAGAYAKU TOKYO JA~~ | |
| *S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA    SETAGAYAKU TOKYO JA | |
| *AR AT | ** TSUJIMOTO,TAKUYA | ~~95-186 WAINAKU PLACE MILILANI HI 96768~~ | |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST    HON HI 98821 | |
| V/D | KINOSHITA, Satoshi | 1139 Makaiwa St.    Honolulu, HI  96816 | |
| | *Nishida | 160 Hoauna St.    Wailuku, HI  96793 | |
| | **Tsujimoto | 95-186 Wainaku Place    Mililani, HI  96768 | |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[ ] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes as noted.

DATE: 2/26/96

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Assistant Treasurer
(OFFICE HELD)

FILE NO.0069566D1
Rev. 12/95

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE REMITTANCE PAYABLE TO:
FILING FEE: $15.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

1010 Richards Street    Your cancelled check is your receipt
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1995
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE. #300                  B47 0010/073   16- 3/12/96      15.00
HONOLULU HI 96815

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**                              **PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**

| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**
TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS.** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JAPAN |
| *V/D | KINOSHITA,TAKESHI | COSTA DEL MAR ROAD | CARLSBAD CA 92009 |
| *V | TOMITA,SHIGERU | 5175 MAKANIOLU PL | HON HI 96821 |
| *T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JAPAN |
| *AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO STREET | HONOLULU HI 96821 |
| *AS | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI TOWN, HI 96789 |
| *S/D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SETAGAYAKU | TOKYO JA 156 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and:

CHECK ONLY ONE OF THE FOLLOWING STATEMENTS
[X] The above information is true and correct and no changes are necessary.
[ ] The above information is true and correct with changes so noted.

DATE: Feb. 21, 1996

VICE PRESIDENT

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

(OFFICE HELD)

FILE NO. 0079478D1
Rev. 12/95

B17I5
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
175 PAOAKALANI AVE ~~STE 300~~
HONOLULU HI 96815

B17 00105876    2- 3/19/97    23.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS.
    HOLDING COMPANY
        (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
   be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| *P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| *V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| *V | TOMITA, SHIGERU | 6175 MAKANIOLU PL. | HON HI 96821 |
| *S/D | YAMAMOTO, IWANE | 5-45-2 MATSUBARA SETAGAYA KU TOKYO JA 156 | |
| *T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU  TOKYO JA |
| *AS | NISHIDA, YASUO | 95-054 HOKUIWA ST #111 | MILILANI, HI  96789 |
| *O | MUKAI, FRANKLIN K | 1140 WAIHOLO ST. | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and
the information is true and correct.

DATE: _2/28/97_

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

_V.P._
(OFFICE HELD)

FILE NO.0077678D1
Rev. 1/97

B17 26
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
175 PAOAKALANI AVE STE 300
HONOLULU HI 96815

B17 00105676     2- 3/19/97      25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL
CLASS/SERIES          NUMBER
COMMON                ~~40,000~~

                      ~~20,000~~
                      40,000

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
CLASS/SERIES          NUMBER
COMMON                X  16,998

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:    (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92814 |
| *V | TOMITA,SHIGERU | 6175 MAKANIOULU PL | HON HI 96821 |
| *S/D | YAMAMOTO,IWANE | 5-4-52 MATSUBARA SETAGAYA- | KU TOKYO JA 156 |
| *T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| *AT | NISHIDA,YASUO K | 95-054 HOKUIWA #111 | MILILANI, HI  96789 |
| *C | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and
the information is true and correct.

DATE: 2/28/97

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

(OFFICE HELD)

FILE NO.0061260D1
Rev. 1/97

B17.25
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVE
MILILANI HI 96789

| DATE | ID | T SEQ# FILE# | TRAN# |
|------|-----|------|------|
| 97/03/13 B17 | 3 | 1567 -LINE 4-1751 | |
| TOTAL AMOUNT $ | | 25.00 | |
| 65719D1 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|------|------|------|------|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|------|------|------|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA,SATOSHI | 1138 MAKAIWA ST | HON, HI 96816 |
| S/T | YAMAMOTO,IWAO | 6-15-2 MATSUBARA SETAGAYA-K | U-TOKYO, JAPAN 156 |
| T | S/T FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| AT | TSUJIMOTO,TAKUYA | 95-186 WAINAKU PL | MILILANI, HI 96789 |
| AS | NISHIDA,YASUO | 160 HOAUNA ST | WAILUKU, HI 96793 |
| D | MUKAI,FRANKLIN | 1140 WAIHOLO ST | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read and approved and the information is true and correct.

DATE: 4/21/97

SIGNATURE OF AUTHORIZED OFFICER
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

(OFFICE HELD)

FILE NO.0065719D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
### DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DR
KOLOA HI 96756

DATE      ID    T SEG$ FILE$    TRAN$
97/03/25 D17   S    850 -LINE 4-1790
TOTAL AMOUNT $      25.00
6381801

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. | AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|---|
| | CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| | COMMON | 20,000 | COMMON | 3,998 |

To correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| *P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU TOKYO JA |
| *V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR DEL MAR CA 92014 |
| *T/S | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI TOKYO 176 JA |
| *AT | TSUJIMOTO,TAKUYA | 95-166 WAINAKU PLACE MILILANI, HI 96789 |
| *AS | NISHIDA,YASUO | 160 HOAUNA ST WAILUKU, HI 96793 |
| *D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST HON HI 96821 |
| ~S/D~ | ~YAMAMOTO,IWANE~ | ~5-04-2 MATSUBARA~ ~SET-TOKYO JA-190~ |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST HON, HI 96816 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

bmic

DATE: March 16, 1997

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

assistant secretary
(OFFICE HELD)

FILE NO.0063818D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI ST
PUKALANI HI 96788

DATE     ID     [ SEQ# FILE#     TRAN#
97/04/07 B17  4      408 -LINE 4 -4067
TOTAL AMOUNT :      25.00
6956601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JAPAN |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| ~~V/D~~ | ~~YAMAMOTO,IWANE~~ | ~~5-45-2 MATSUBARA~~ | ~~SETAGAYAKU TOKYO JA~~ |
| A S | NISHIDA,YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| A T | TSUJIMOTO,TAKUYA | 95-186 WAINAKU PL | MILILANI HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HON HI 96816 |

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: MARCH 10, 1997

_____
SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

FILE NO. 0069566D1
Rev. 1/97

Assistant Secretary
(OFFICE HELD)

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1996
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE STE 300
HONOLULU HI 96815

B17 00105879    2- 3/19/97    25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO OWN AND OPERATE HOTELS

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| * P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO    SETAGAYA-KU TOKYO JAPAN |
| * V/D | KINOSHITA, TAKESHI | COSTA DEL MAR ROAD    CARLSBAD CA 92009 |
| * V | TOMITA, SHIGERU | 6175 MAKANIOLU PL    HON HI 96821 |
| * S/D | YAMAMOTO, IWANE | 5-45-2 MATSUBARA SETAGAYAKU    TOKYO JA 156 |
| * T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU    TOKYO 176 JAPAN |
| * AS/D | MUKAI, FRANKLIN K | 1140 WAIHOLO STREET    HONOLULU HI 96821 |
| * AS | NISHIDA, YASUO | 95-054 HOKUIWA ST #111    MILILANI TOWN, HI  96789 |

MAR 12 10 02 AM '97

RECEIVED
BUSINESS REGISTRATION
DIVISION - HUNTER

DEPARTMENT OF
COMMERCE &
CONSUMER
AFFAIRS

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/28/97

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

V. P
(OFFICE HELD)

FILE NO. 0079478D1
Rev. 1/97

B17 25
B22

DOMESTIC PROFIT CORPORATION

MAKE CHECK PAYABLE TO:

FILING FEE $25.00

STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO RESORT HOTEL CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00111612    2- 4/03/98    25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID—IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V | TOMITA, SHIGERU | 6175 MAKANIOLU PL. | HON HI 96821 |
| S/D | YAMAMOTO, IWANE | | |
| T/D S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU TOKYO JA |
| | | 6-46-2 MATAGUARA SETAGAYA KU TOKYO JA 150 | |
| AS | NISHIDA, YASUO | 95-054 HOKUIWA ST #111 | MILILANI, HI 96789 |
| D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST. | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: March 24, 1998

SIGNATURE OF AUTHORIZED OFFICER,
(If Attorney—in—fact signs, attach power of attorney.)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

FILE NO. 0077678D1
Rev. 1/97

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO
FILING FEE: $25.00

# STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI, 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00111609    2- 4/03/98    25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 40,000 | COMMON | 16,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
HOLDING COMPANY
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V | TOMITA,SHIGERU | 6175 MAKANIOULU PL | HON HI 96821 |
| S/D | ~~YAMAMOTO,IWANE~~ | ~~5-4-52 MATSUBARA SETAGAYA~~ | ~~KU TOKYO JA 156~~ |
| ~~T/D~~ S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| A/T | NISHIDA,YASUO K | 95-054 HOKUIWA #111 | MILILANI, HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

1998 MAR 30 A 7 15
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII
RECEIVED BUSINESS REGISTRATION DIVISION

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 3/24/98

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted)
(see reverse side for instructions)

FILE NO.0061260D1
Rev. 1/97

1998 APR 22 A 9 03
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII
RECEIVED BUSINESS REGISTRATION DIVISION
(OFFICE HELD)
B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

5 4 1

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVE
MILILANI HI 96789

DATE      ID    T SEQ# FILE#      TRANS#
'98/02/19 B17   $    254 -LINE 4- 502
TOTAL AMOUNT $            25.00
6571901

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS: (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA, SATOSHI | 1139 MAK.IWA ST | HONOLULU HI 96816 |
| S/T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| A T | TSUJIMOTO, TAKUYA | 95-186 WAINAKU PL | MILILANI HI 96789 |
| A S | NISHIDA, YASUO | 160 HOALUNA ST | WAILUKU HI 96793 |
| D | MUKAI, FRANKLIN | 1140 WAIHOLO ST | HONOLULU HI 96821 |

Feb 13  3 40 PM '98
RECEIVED
BUSINESS REGISTRATION DIV.
DEPT. OF COMMERCE & CONSUMER AFFAIRS

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/11/98

_____
SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

Asst. Treasurer
(OFFICE HELD)

FILE NO. 0065719D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DR
KOLOA HI 96756

DATE      ID    T SEQ# FILE#      FRAME
98/03/09 B17  3    251 -LINE 4-0895
TOTAL AMOUNT $         25.00
6381801

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID—IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 3,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HON. HI  96816 |
| S/T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERI | TOKYO 176 JA |
| AT | TSUJIMOTO, TAKUYA | 95-186 WAINAKU PLACE | MILILANI, HI  96789 |
| AS | NISHIOA, YASUO | 160 HOAUNA ST | WAILUKU, HI  96793 |
| D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: _February 25, 1998_

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney—in—fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Asst. Secretary
(OFFICE HELD)

FILE NO. 0063818D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI, 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI ST
PUKALANI HI 96788

DATE    ID   SEG# FILE#    TRAN#
98/03/31 017  3     241 -LINE 4-2125
TOTAL AMOUNT $    25.00
6956601

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

| 1. AUTHORIZED CAPITAL | | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|---|---|---|---|
| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS.   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU    TOKYO JA |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST    HONOLULU HI 96816 |
| V/D | KINOSHITA,TAKESHI | 13748 CONDESA DR    DEL MAR CA 92014 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU    TOKYO 176 JA |
| AS | NISHIDA,YASUO | 160 HOAUNA ST    WAILUKU HI 96793 |
| AT | TSUJIMOTO,TAKUYA | 95-186 WAINAKU PL    MILILANI HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST    HONOLULU HI 96821 |
| D | YAMAMOTO,IWANE | 5-45-2 MATSUBARA SETAGAYA-KU TOKYO JAPAN |

RECEIVED
BUSINESS REGISTRATION DIVISION
1998 MAR 19 A 7:49
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAII

# CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: Feburuary 12, 1998

SIGNATURE OF AUTHORIZED OFFICER.
(If Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Assistant Secretary
(OFFICE HELD)

FILE NO.0069566D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1997
    CORPORATE NAME AND MAILING ADDRESS:

        SPORTS SHINKO (WAIKIKI) CORPORATION
        175 PAOAKALANI AVE
        HONOLULU HI 96815

                                        817 00111610    2- 4/03/98        25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

---

1. AUTHORIZED CAPITAL
   CLASS/SERIES                NUMBER          PAID—IN CAPITAL (NUMBER OF SHARES ISSUED)
   COMMON                      20,000          CLASS/SERIES                NUMBER
                                               COMMON                      2,000

   To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:
        TO OWN AND OPERATE HOTELS
        (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

---

3. OFFICERS/DIRECTORS:   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must
   be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/<br>DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS)<br>(INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JAPAN |
| V/D | KINOSHITA,TAKESHI | COSTA DEL MAR ROAD | CARLSBAD CA 92009 |
| V | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |
| ~~S/D~~ S/T/D | ~~YAMAMOTO,IWANE~~ FUKUDA,TSUGIO | ~~8-46-2 MATSUBARA SETAGAYAKU~~ 2-22-7 NAKAMURA NERIMA-KU | ~~TOKYO JA- 156~~ TOKYO 176 JAPAN |
| AS/D | MUKAI,FRANKLIN K | 1140 WAIHOLO STREET | HONOLULU HI 96821 |
| AS | NISHIDA,YASUO | 95-054 HOKUIWA ST #111 | MILILANI TOWN, HI  96789 |

CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and
the information is true and correct.

KWC

DATE: Mark 24, 1998

FILE NO.0079478D1
Rev. 1/97

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted
(see reverse side for instructions)

DOMESTIC PROFIT CORPORATION     STATE OF HAWAII
MAKE CHECK PAYABLE TO:    DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS     ORIGINAL-RETURN BY MARCH 31
FILING FEE: $25.00           BUSINESS REGISTRATION DIVISION       PENALTY FOR LATE FILING
                  1010 Richards Street
     Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998
CORPORATE NAME AND MAILING ADDRESS:

     SPORTS SHINKO RESORT HOTEL CORPORATION
     175 PAOAKALANI AVE
     HONOLULU HI 96815         B17 00103532   13- 3/23/99     25.00

If the above mailing address has changed, line out address and type or print the new address on the following line. Give
Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

     HOLDING COMPANY
     (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR | DEL MAR CA 92014 |
| V | TOMITA,SHIGERU | 6175 MAKANIOLU PL | HON HI 96821 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA | NERIMA-KU TOKYO JA |
| AS | NISHIDA,YASUO | 95-054 HOKUIWA ST 111 | MILILANI HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and
the information is true and correct.

DATE: __2/19/99__                                      __V.P.__

                      SIGNATURE OF AUTHORIZED OFFICER,          (OFFICE HELD)
                    (if Attorney-in-fact signs, attach power of attorney)
FILE NO.0077678D1        (File this original. Photo copies not accepted.)
Rev. 1/97            **(see reverse side for instructions)**           B17 25
                                              B22

RECEIVED
BUSINESS REGISTRATION DIVISION
MAR 9 7 31 AM '99

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (HAWAII) CO., LTD.
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00103524    13- 3/23/99

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 40,000 | COMMON | 16,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

HOLDING COMPANY

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS: (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-SEIJO SETAGAYA KU | TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13740 CONDESA DR | DEL MAR CA 92014 |
| V | TOMITA,SHIGERU | 6175 MAKANIOULU PL | HONOLULU HI 96821 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| AT | NISHIDA,YASUO K | 95-054 HOKUIWA ST #111 | MILILANI HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/19/99

SIGNATURE OF AUTHORIZED OFFICER.
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

[OFFICE HELD]

FILE NO. 0061260D1
Rev. 1/97

B17 26
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVE
MILILANI HI 96789

| DATE | ID | T SEQ‡ FILE‡ | TRAN‡ |
|------|----|----|----|
| 99/03/18 B17 | 4 | 39 -LINE 4- 868 | |
| TOTAL AMOUNT $ | | 25.00 | |
| 65719D1 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 20,000 |

**PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)**

| CLASS/SERIES | NUMBER |
|---|---|
| COMMON | 10,998 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU       TOKYO JA |
| V/D | KINOSHITA, TAKESHI | 13749 CONDESA DR       DEL MAR CA 92014 |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST       HONOLULU HI 96816 |
| S/T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU       TOKYO JA |
| A T | TSUJIMOTO, TAKUYA | 95-186 WAINAKU PL       MILILANI HI 96789 |
| A S | NISHIDA, YASUO | 160 HOAUNA ST       WAILUKU HI 96793 |
| D | MUKAI, FRANKLIN | 1140 WAIHOLO ST       HONOLULU HI 96821 |

FEB 25  1 37 PM '99

DEPARTMENT OF
COMMERCE AND
CONSUMER AFFAIRS
STATE OF HAWAII

RECEIVED
BUSINESS REGISTRATION
DIVISION COUNTER

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/22/99

SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
**(see reverse side for instructions)**

Asst. Treasurer
(OFFICE HELD)

FILE NO.0065719D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 KIAHUNA PLANTATION DR
KOLOA HI 96756

DATE     ID    T SEQ# FILE#     TRAN#
99/04/05 B17  4    468 -LINE 4- 888
TOTAL AMOUNT $        25.00
63818D1

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. AUTHORIZED CAPITAL

| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 3,998 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. NATURE OF BUSINESS:

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. OFFICERS/DIRECTORS:  (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) |
|---|---|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU     TOKYO JA |
| V/D | KINOSHITA,TAKESHI | 13749 CONDESA DR     DEL MAR CA 92014 |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST     HON HI  96816 |
| S/T | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERI     TOKYO 176 JA |
| A T | TSUJIMOTO,TAKUYA | 95-186 WAINAKU PL     MILILANI HI  96789 |
| A S | NISHIDA,YASUO | 160 HOAUNA ST     WAILUKU HI  96793 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST     HON HI 96821 |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/26/99

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Assistant Secretary
(OFFICE HELD)

FILE NO.0063818D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI ST
PUKALANI HI 96788

| DATE | ID | T SEQ# FILE# | TRAN# |
|------|-----|--------|-------|
| 99/04/22 B17 | 4 | 208 -LINE 4- 928 | |
| TOTAL AMOUNT $ | | 25.00 | |
| 6956601 | | | |

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | PAID-IN CAPITAL (NUMBER OF SHARES ISSUED) | |
|--------------|--------|-------------------------------------------|---|
| | | CLASS/SERIES | NUMBER |
| COMMON | 20,000 | COMMON | 1,000 |

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

GOLF COURSE OPERATION
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:** (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS:(DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---------------------------|--------------|---------------------------------------------------------|---|
| P/D | KINOSHITA,TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JA |
| V/D | KINOSHITA,SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| V/D | KINOSHITA,TAKESHI | 13748 CONDESA DR | DEL MAR CA 92014 |
| S/T/D | FUKUDA,TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| AS | NISHIDA,YASUO | 160 HOAUNA ST | WAILUKU HI 96793 |
| AT | TSUJIMOTO,TAKUYA | 95-186 WAINAKU PL | MILILANI HI 96789 |
| D | MUKAI,FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| D | ~~YAMAMOTO,IWAME~~ | ~~6-45-2 MATSUBARA SETAGAYA KU TOKYO JA~~ | |

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/03/99

_____
SIGNATURE OF AUTHORIZED OFFICER,
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

Assistant Secretary
(OFFICE HELD)

FILE NO.0069566D1
Rev. 1/97

B17
B22

DOMESTIC PROFIT CORPORATION
MAKE CHECK PAYABLE TO:
FILING FEE: $25.00

## STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI. 96810

ORIGINAL-RETURN BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 1998
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (WAIKIKI) CORPORATION
175 PAOAKALANI AVE
HONOLULU HI 96815

B17 00103530    13- 3/23/99

If the above mailing address has changed, line out address and type or print the new address on the following line. Give Number, Street, City, State, and Zip Code:

1. **AUTHORIZED CAPITAL**

| CLASS/SERIES | NUMBER | CLASS/SERIES | NUMBER |
|---|---|---|---|
| COMMON | 20,000 | COMMON | 2,000 |

PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)

To Correct the above capital(s), line out and print the correct class/series and numbers on the right.

2. **NATURE OF BUSINESS:**

TO OWN AND OPERATE HOTELS
(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. **OFFICERS/DIRECTORS:**   (List all officers and directors. Every corporation must have a minimum of two individuals as officers. At least one director must be a resident of Hawaii. To correct, line out and print corrections on the right. See instructions on back of form.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | RESIDENCE ADDRESS (DO NOT LIST BUSINESS ADDRESS) (INCLUDE NUMBER & STREET, APT. NO., CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO | SETAGAYA-KU TOKYO JA |
| V/D | KINOSHITA, TAKESHI | COSTA DEL MAR RD | CARLSBAD CA 92009 |
| V | TOMITA, SHIGERU | 6175 MAKANIOLU PL | HONOLULU HI 96821 |
| S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO 176 JA |
| AS/D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| AS | NISHIDA, YASUO | 95-054 HOKUIWA ST #111 | MILILANI HI 96789 |

MAR 9 7 13 AM '99
RECEIVED
BUSINESS REGISTRATION
DIVISION

## CERTIFICATION

I certify under the penalties of Section 415-136, Hawaii Revised Statutes, that I have read the above and the information is true and correct.

DATE: 2/17/99

SIGNATURE OF AUTHORIZED OFFICER.
(if Attorney-in-fact signs, attach power of attorney)
(File this original. Photo copies not accepted.)
(see reverse side for instructions)

(OFFICE HELD)

FILE NO. 0079478D1
Rev. 1/97

B17 2
B22