5.  Representations of Optionor. Optionor warrants and represents as follows:

   (a)  Optionor is presently the sole owner of and has the lawful right to sell and transfer said shares;

   (b)  When delivery of said shares duly endorsed is due in accordance with paragraph 4 hereof, Optionor will be the sole owner of and have the lawful right to sell and transfer said shares.

   (c)  If the option granted hereunder is exercised, Optionor shall deliver good and marketable title to said shares, free of all encumbrances of whatever kind and nature.

6.  Endorsement on Certificate. During the continuance of this Agreement, the stock certificate of the Corporation shall bear an endorsement as follows:

   "This certificate is held subject to the terms and
   conditions of an Agreement, dated _____,
   a copy of which is on file at the principal office of
   MANAGEMENT SERVICES OF THE PACIFIC, INC. in Honolulu, Hawaii."

7.  Binding Effect. This Agreement shall bind the parties hereto, their respective heirs, personal representatives and assigns.

8.  Modification. This Agreement may not be modified or terminated orally, and no modification, termination or attempted waiver shall be valid unless in writing and signed by the party against whom the same is sought to be enforced.

9.  Survival of Warranties. All representations, warranties, promises and covenants specifically set forth in this Agreement shall survive the execution of this Agreement and the exercise of the option granted herein.

10. Complete Agreement. This Agreement contains all the terms and conditions agreed to by the parties, and no other agreements, written or oral, regarding the subject matter hereof exists between them.

11. Severability. In case any provision or provisions hereof are held invalid, the validity of the remaining provisions hereof shall not be affected thereby.

12. Applicable Law. This Agreement shall be governed by the laws of the state of Hawaii both as to interpretation and performance.

SPORTS SHINKO HAWAII CO LTD          FAX NO. : 808 931 4396          Mar. 21 2002 08:44PM P19
/00 MON 11:44 FAX                                                                          ⌀019

IN WITNESS WHEREOF, the parties hereto have executed this agreement the day and year first above written.

_____
SATOSHI KINOSHITA

   Optionor


_____
TOSHIO KINOSHITA

   Optionee

159 0025

SHINKO HAWAII C LTD    FAX NO. : 808 931 4396    Mar. 21 2002 08:45PM P20
MON 13:44 FAX
☑02

## STOCK OPTION AGREEMENT

THIS OPTION AGREEMENT is made and entered into this ___ day of _____, 2000, by and between SATOSHI KINOSHITA (hereinafter referred to as "Optionor") of Honolulu, Hawaii, and TOSHIO KINOSHITA (hereinafter referred to as "Optionee") of Honolulu, Hawaii;

### WITNESSETH:

WHEREAS, Optionor is presently the legal and beneficial owner of One Thousand (1,000) shares of no par common stock of FAR EAST MANAGEMENT SERVICES, INC., a Hawaii corporation (the "Corporation"), which shares constitute all of the issued and outstanding shares of the Corporation; and

WHEREAS, Optionor has agreed to grant to Optionee an option to purchase said One Thousand (1,000) shares of no par common stock of the Corporation upon the terms and conditions set forth herein;

NOW, THEREFORE, in consideration of the premises and the mutual covenants and promises hereinafter contained, the parties hereto agree as follows:

1. **Option.** In consideration of the sum of TEN DOLLARS ($10.00), the receipt of which is hereby acknowledged, Optionor hereby grants to Optionee the exclusive and irrevocable option to purchase One Thousand (1,000) shares of no par common stock of the Corporation owned by Optionor as of the date said option is exercised by Optionee.

2. **Term of Option.** The term of the option granted hereunder shall be for a period of five (5) years commencing on the ___ day of _____, 2000, provided, however, that in the event Optionee does not exercise the option granted hereunder within said five (5) year period, this agreement shall automatically be extended for a further five (5) year period.

3. **Exercise of Option.** The option to purchase shall be exercisable by Optionee by written notice mailed or delivered to Optionor at his place of business or residence in Honolulu, Hawaii.

4. **Purchase Price; Closing.** The purchase price payable by Optionee in the event he shall exercise his option shall be ONE THOUSAND AND NO/100 DOLLARS ($1,000.00). Delivery of the shares and payment of the purchase price shall take place at the office of the Corporation within thirty (30) days after mailing or delivery of the notice of the exercise of the option.

159 0026

SPORTS SHINKO HAWAII CO LTD    FAX NO. : 808 931 4396    Mar. 21 2002 08:45PM P21
                                                                                        ☒021

5. <u>Representations of Optionor</u>. Optionor warrants and represents as follows:

    (a) Optionor is presently the sole owner of and has the lawful right to sell and transfer said shares;

    (b) When delivery of said shares duly endorsed is due in accordance with paragraph 4 hereof, Optionor will be the sole owner of and have the lawful right to sell and transfer said shares.

    (c) If the option granted hereunder is exercised, Optionor shall deliver good and marketable title to said shares, free of all encumbrances of whatever kind and nature.

6. <u>Endorsement on Certificate</u>. During the continuance of this Agreement, the stock certificate of the Corporation shall bear an endorsement as follows:

> "This certificate is held subject to the terms and
> conditions of an Agreement, dated _____,
> a copy of which is on file at the principal office of
> FAR EAST MANAGEMENT SERVICES, INC. in Honolulu, Hawaii."

7. <u>Binding Effect</u>. This Agreement shall bind the parties hereto, their respective heirs, personal representatives and assigns.

8. <u>Modification</u>. This Agreement may not be modified or terminated orally, and no modification, termination or attempted waiver shall be valid unless in writing and signed by the party against whom the same is sought to be enforced.

9. <u>Survival of Warranties</u>. All representations, warranties, promises and covenants specifically set forth in this Agreement shall survive the execution of this Agreement and the exercise of the option granted herein.

10. <u>Complete Agreement</u>. This Agreement contains all the terms and conditions agreed to by the parties, and no other agreements, written or oral, regarding the subject matter hereof exists between them.

11. <u>Severability</u>. In case any provision or provisions hereof are held invalid, the validity of the remaining provisions hereof shall not be affected thereby.

12. <u>Applicable Law</u>. This Agreement shall be governed by the laws of the state of Hawaii both as to interpretation and performance.

159 0027

SPORTS SHINKO HAWAII CO LTD      FAX NO. : 808 931 4396           Mar. 21 2002 08:46PM  P22

IN WITNESS WHEREOF, the parties hereto have executed this agreement the day and year first above written.

---

SATOSHI KINOSHITA

Optionor

---

TOSHIO KINOSHITA

Optionee

3

159 0028

```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII


SPORTS SHINKO CO., LTD.,        ) CV 04-00124 ACK-BMK
                                ) CV 04-00127 ACK-BMK
          Plaintiff,            )
                                ) CONSOLIDATED CASES
     vs.                        )
                                )
QK HOTEL, LLC., et al.,         )
                                )
          Defendants,           )
                                )
     and                        )
                                )
FRANKLIN K. MUKAI, et al.,      )
                                )
          Third-Party           )
          Plaintiffs,           ) DEPOSITION OF
                                ) FRANKLIN K. MUKAI
     vs.                        )
                                ) Volume I
SPORTS SHINKO (USA) CO.,        ) (Pages 1 - 150)
LTD., et al.,                   ) (Exhibits 1 - 11)
                                )
          Third-Party           )
          Defendants,           )
                                )
     and                        )
                                )
SPORTS SHINKO (HAWAII) CO.,     )
LTD., et al.,                   )
                                )
          Third-Party           )
          Defendants/           )
          Counterclaimants,     )
                                )
     vs.                        )
                                )
QK HOTEL, LLC, et al.,          )
                                )
          Third-Party           )
          Counterclaim          )
          Defendants.           )
                                )
AND CONSOLIDATED CASES          )
_____ )
```

             RALPH ROSENBERG COURT REPORTERS, INC.
                Honolulu, Hawaii (808) 524-2090

```
 1                  DEPOSITION OF FRANKLIN K. MUKAI

 2

 3   Taken on behalf of PLAINTIFFS AND THIRD-PARTY DEFENDANTS THE

 4   SPORTS SHINKO COMPANIES, at the offices of Alston Hunt Floyd &

 5   Ing, 20th Floor, ASB Tower, 1001 Bishop Street, Honolulu,

 6   Hawai`i 96813, commencing at 9:03 a.m., on Wednesday,

 7   December 12, 2007, pursuant to first amended notice.

 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   BEFORE:   JOY C. TAHARA, RPR, CSR 408
24             Notary Public, State of Hawai`i
25
```

```
 1                     A P P E A R A N C E S
 2
 3
       FOR PLAINTIFFS AND                BRUCE K. WAKUZAWA, ESQ.
 4     THIRD-PARTY DEFENDANTS            Alston Hunt Floyd & Ing
       THE SPORTS SHINKO COMPANIES       American Savings Bank Tower
 5                                       1001 Bishop Street,
                                         18th Floor
 6                                       Honolulu, Hawai`i 96813
                                         Tel. (808) 524-1800
 7                                       Fax. (808) 524-4591
                                         bwakuzawa@ahfi.com
 8
       FOR DEFENDANT AND THIRD-PARTY     WILLIAM A. BORDNER, ESQ.
 9     PLAINTIFF                         Burke McPheeters Bordner &
       FRANKLIN K. MUKAI:                Estes
10                                       3100 Mauka Tower, Pacific
                                         Guardian Center
11                                       737 Bishop Street
                                         Honolulu, Hawai`i 96813
12                                       Tel. (808) 523-9833
                                         Fax. (808) 528-1656
13                                       bbordner@bmbe-law.com

14     FOR DEFENDANTS,                   ROBERT A. MARKS, ESQ.
       COUNTERCLAIMANTS, AND             Price Okamoto Himeno & Lum
15     THIRD-PARTY PLAINTIFFS            Ocean View Center
       KG HOLDINGS, LLC, KIAHUNA         707 Richards Street,
16     GOLF CLUB, LLC, KG KAUAI          Suite 728
       DEVELOPMENT, LLC, PUKALANI        Honolulu, Hawai`i 96813
17     GOLF CLUB, LLC, KG MAUI           Tel. (808) 538-1113
       DEVELOPMENT, LLC, MILILANI        Fax. (808) 533-0549
18     GOLF CLUB, LLC, QK HOTEL,         ram@pohlhawaii.com
       LLC, and OR HOTEL, LLC:
19
       FOR                               JOHN Y. YAMANO, ESQ.
20     MCCORRISON MILLER MUKAI          McCorrison Miller Mukai
       MACKINNON, LLP:                   MacKinnon, LLP
21                                       Five Waterfront Plaza,
                                         4th Floor
22                                       500 Ala Moana Boulevard
                                         Honolulu, Hawai`i 96813
23                                       Tel. (808) 529-7414 [Direct]
                                         Fax. (808) 535-8030 [Direct]
24                                       yamano@m4law.com

25     Also present:                     MR. WAYNE TANIGAWA
```

```
 1                   C E R T I F I C A T E
 2
 3   STATE OF HAWAI`I                    )
 4                                       ) ss.
 5   CITY AND COUNTY OF HONOLULU         )
 6           I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7   of Hawai`i, hereby certify:
 8           That on Wednesday, December 12, 2007, at 9:03 a.m.,
 9   before me appeared FRANKLIN K. MUKAI, the witness whose
10   deposition is contained herein; and that prior to being examined
11   was duly sworn;
12           That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14           That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19           DATED:  Honolulu, Hawai`i,  December 16, 2007    .
20
21                              _____
22                              Notary Public, State of Hawai`i
23                              My commission expires:  10/11/10
24
25
```