

You are here: BREG Online Services

    Login

Home - BREG

**BREG Online Services**

  Annual Business Filing

  Search for a Business Name

  Purchase Certificate of Good Standing

  Authenticate a Certificate of Good Standing

  Register a Business

  Purchase Bulk Business Data

Contact BREG

Technical Support

Feedback

Account Login [?]

Create an Account



## Business Information

No Standing - Entity Dissolved

### General Information

| | |
|---|---|
| Master Name | FAR EAST MANAGEMENT SERVICES, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 119544 D1 |
| Status | Dissolved |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Aug 3, 2000 |
| Mailing Address | FIVE WATERFRONT PLAZA 500 ALA MOANA BLVD STE 400 HONOLULU Hawaii 96813 United States of America |
| Term | PER |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| 2000/08/03 | COMMON | 20,000 | | NPV | |

### Officers

| Name | Office | Date |
|---|---|---|
| CALAYCAY, GERALDINE B | P/V/S/T/D | 2000/08/03 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| 2000/08/28 | Articles of Dissolution | ARTICLES OF DISSOLUTION BY INCORPORATORS OR INITIAL DIRECTOR |

EXHIBIT 7

| Date | Code | Remarks |
|---|---|---|
| 2000/08/03 | Articles of Incorporation | ARTICLES OF INCORPORATION |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home

Powered by ehawaii.gov

Copyright © 2000 - 2006 Hawai`i Information Consortium, LLC. All rights reserved.

Powered by eHawaii.gov                          http://hbe.ehawaii.gov/cogs/details.html?t=MSTR&fn=119538+D1



You are here: BREG Online Services                                                              Login

| | |
|---|---|
| Home - BREG | **Business Information** |
| BREG Online Services | |
|   Annual Business Filing | No Standing - Entity Dissolved |
|   Search for a Business Name | **General Information** |
|   Purchase Certificate of Good Standing | |
|   Authenticate a Certificate of Good Standing | |
|   Register a Business | |
|   Purchase Bulk Business Data | |
| Contact BREG | |
| Technical Support | |
| Feedback | |
| Account Login [?] | |
| Create an Account | |



| | |
|---|---|
| **Master Name** | MANAGEMENT SERVICES OF THE PACIFIC, INC. |
| **Business Type** | Domestic Profit Corporation |
| **File Number** | 119538 D1 |
| **Status** | Dissolved |
| **Place Incorporated** | Hawaii UNITED STATES |
| **Incorporation Date** | Aug 3, 2000 |
| **Mailing Address** | FIVE WATERFRONT PLAZA 500 ALA MOANA BLVD STE 400 HONOLULU Hawaii 96813 United States of America |
| **Term** | PER |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| 2000/08/03 | COMMON | 20,000 | | NPV | |

### Officers

| Name | Office | Date |
|---|---|---|
| CALAYCAY, GERALDINE B | P/V/S/T/D | 2000/08/03 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| 2000/08/28 | Articles of Dissolution | ARTICLES OF DISSOLUTION BY INCORPORATORS OR INITIAL DIRECTOR |

| Date | Code | Remarks |
|---|---|---|
| 2000/08/03 | Articles of Incorporation | ARTICLES OF INCORPORATION |

Copyright © 2000 - 2006 Hawai`i Information Consortium, LLC. All rights reserved.