| | |
|---|---|
| 09:32:36  1 | evaluate the financial aspects of the transaction, you said "the |
| 32:40  2 | client" meant Sports Shinko in general; is that correct? |
| 09:32:45  3 |     A.   Correct. I think that, you know, if you go back to |
| 09:32:53  4 | the question and the answer, I think the response basically is |
| 09:33:04  5 | saying that with respect to the financial aspects deal, that we |
| 09:33:10  6 | did not participate and we weren't asked, whether it was as a |
| 09:33:16  7 | director or as attorneys or anything else -- although the |
| 09:33:21  8 | response probably should have been with respect to as a |
| 09:33:23  9 | director. |
| 09:33:24  10 |     But from that standpoint, there was no request made to |
| 09:33:31  11 | evaluate the terms, the financial terms of the deal. Am I |
| 09:33:36  12 | clear? |
| 09:33:36  13 |     Q.   I think some of it is clear. Let me see if I can |
| :33:42  14 | clarify it a bit. So when you say that you were not requested |
| 09:33:46  15 | by the client to evaluate the financial aspects of the |
| 09:33:48  16 | transaction, you're referring to yourself and your firm in your |
| 09:33:57  17 | capacity as an attorney? |
| 09:33:57  18 |     A.   As an attorney, as a director. Your question was as a |
| 09:34:00  19 | director, yeah? |
| 09:34:02  20 |     Q.   Right. |
| 09:34:03  21 |     A.   Taken to investigate. The response was we weren't |
| 09:34:10  22 | asked to do it and we didn't do it. |
| 09:34:10  23 |     Q.   But when you say "we," are you referring to your law |
| 09:34:13  24 | firm or are you referring to some other group? |
| 09:34:16  25 |     A.   Myself and as a law firm. |

| | | |
|---|---|---|
| 09:36:18 | 1 | respect to that transaction, I was no longer a director of the |
| 36:23 | 2 | company. So there was really no reason for me to evaluate the |
| 09:36:27 | 3 | transaction itself. And the transaction itself was not --. |
| 09:36:39 | 4 | We were advised to move forward with respect to |
| 09:36:44 | 5 | that -- and I'm now talking as a law firm -- in January. And |
| 09:36:49 | 6 | that was a time where we were told that there was an interest in |
| 09:36:53 | 7 | doing the transaction. So by that time, I was no longer a |
| 09:36:58 | 8 | director. So there's no reason, you know -- and that's the |
| 09:37:02 | 9 | difficulty in answering, I guess, the interrogatory response -- |
| 09:37:06 | 10 | because there is no reason for as a director to evaluate |
| 09:37:10 | 11 | anything at that point in time. |
| 09:37:13 | 12 | And secondly, with respect to the attorneys, we |
| 09:37:17 | 13 | weren't asked to evaluate the transaction from a financial |
| :37:22 | 14 | standpoint. I hope that clears up in your mind, you know, from |
| 09:37:29 | 15 | a functional standpoint as a director, there was no reason to go |
| 09:37:33 | 16 | ahead and look at the transaction. |
| 09:37:37 | 17 | Q. Let's take the period December 2001 until January 2, |
| 09:37:45 | 18 | 2002 when you resigned. In that time period, KG had made an |
| 09:37:57 | 19 | offer of a certain dollar amount for the properties, correct? |
| 09:38:00 | 20 | A. Well, we didn't know that. |
| 09:38:05 | 21 | Q. "We" meaning? |
| 09:38:06 | 22 | A. The people who -- well, no one told me that there was |
| 09:38:10 | 23 | a dollar amount. |
| 09:38:17 | 24 | Q. When did you first learn that KG made a proposal with |
| °:38:24 | 25 | a dollar amount to purchase the Sports Shinko Hawai`i |

23

```
09:38:28   1    properties?
  38:29    2         A.   My recollection is that sometime in January, I think.
09:38:38   3    And actually, we didn't know what the terms were.  We were
09:38:42   4    told -- we were asked to start working with the attorneys for KG
09:38:49   5    on doing the transaction.
09:38:52   6         At that time, at that time my recollection is that we
09:38:57   7    sent documents to KG's attorney with blank documents and said
09:39:05   8    fill in the terms, we don't know what the deal is, something to
09:39:09   9    that effect.  I may not be correct in the exact analysis, but
09:39:15  10    the time sequence is, I think, is probably correct.  Sometime
09:39:21  11    early January.
09:39:23  12         And that started the discussions, I guess, if you
09:39:27  13    will, with respect to the transaction.  And then when the
 :39:31   14    documents came back, we found out what the economic terms.
09:39:39  15         Q.   Just so I'm clear then.  The first time that you were
09:39:40  16    aware that KG made a specific dollar amount offer to purchase
09:39:47  17    the Sports Shinko Hawai`i properties was after you resigned as
09:39:53  18    director on January 2, 2002?
09:39:55  19         A.   I believe that's correct.
09:39:58  20         Q.   Prior to that time, were you aware that KG made a
09:40:03  21    proposal, in general, without knowing the dollar amount?
09:40:09  22         A.   Not at that time.  Subsequent to that time, in paper
09:40:22  23    documents, I think that I found out that there was something
09:40:26  24    that occurred during that period of time.  But during that
 :40:30   25    period of time, I didn't see any proposals.
```

| | | |
|---|---|---|
| 09:40:34 | 1 | Q.  Just so we're clear.  Before you resigned as a |
| 40:39 | 2 | director on January 2, 2002, were you aware at any time that KG |
| 09:40:45 | 3 | made a proposal to purchase the Sports Shinko Hawai`i |
| 09:40:49 | 4 | properties, even though you may not have known the specific |
| 09:40:53 | 5 | price? |
| 09:40:53 | 6 | A.  I can't recall.  I can't recall because it's clouded |
| 09:41:05 | 7 | by after-the-fact, reading the paper.  And I'm almost sure that |
| 09:41:15 | 8 | I know that there were discussions, but actual offers --. |
| 09:41:22 | 9 | Q.  But actual offers? |
| 09:41:24 | 10 | A.  Actual offers, I don't recall knowing about actual |
| 09:41:30 | 11 | offers with prices -- with prices being discussed. |
| 09:41:42 | 12 | Q.  Prior to January 2, 2002, you were aware of |
| 09:41:52 | 13 | discussions between Sports Shinko and KG concerning the |
| :41:55 | 14 | potential purchase of the Hawai`i properties; is that correct? |
| 09:42:00 | 15 | A.  Yes. |
| 09:42:00 | 16 | Q.  Tell me, to the best of your knowledge, what |
| 09:42:06 | 17 | discussions you were aware of. |
| 09:42:12 | 18 | A.  Well, I'm going to have to clarify myself here |
| 09:42:20 | 19 | because, you know, as I said, subsequent to that time I have |
| 09:42:25 | 20 | looked at other items which may have indicated what might have |
| 09:42:31 | 21 | occurred during that period of time. |
| 09:42:35 | 22 | But sometime in early December, someone from KG -- and |
| 09:42:43 | 23 | I believe Mr. Tanigawa -- asked for the representative in Sports |
| 09:42:55 | 24 | Shinko that he might direct an inquiry.  So I think I gave him |
| 09:43:00 | 25 | the address, where to be addressed.  And I can't recall if I |

```
09:43:07   1    probably gave him the name.
  43:14    2              And so I was aware that he had made an inquiry to
09:43:19   3    Sports Shinko.  And I was aware that there were discussions,
09:43:27   4    probably ongoing discussions.  But as to what those discussions
09:43:35   5    were, I couldn't tell you.
09:43:41   6         Q.   When you say that it was probably Mr. Tanigawa who
09:43:46   7    asked for a Sports Shinko rep to whom he might direct an
09:43:53   8    inquiry, the inquiry was about the potential purchase of the
09:43:56   9    Hawai`i properties; is that correct?
09:43:57  10         A.   That's correct.  An interest in the property is I
09:44:07  11    speculate and say that interest means that they were interested
09:44:10  12    in buying the properties.  So to answer your question, I don't
09:44:16  13    know if he said particularly that I wanted to buy the properties
  :44:21  14    or KG wanted to buy the properties, but there was some interest
09:44:26  15    in the properties.  So I can't tell you exactly what the words
09:44:31  16    he used.
09:44:31  17         Q.   Those properties, though, are referring to Sports
09:44:34  18    Shinko Hawai`i properties?
09:44:37  19         A.   I'm guessing.  And I would assume that that's what he
09:44:44  20    was referring to.  But he's the best person to ask.
09:44:46  21         Q.   When he called you and he said that he wanted a Sports
09:44:51  22    Shinko representative to whom he might direct an inquiry, what
09:44:57  23    did you understand him to be asking?
09:44:59  24         A.   What did I understand him to --?  I understood him to
 9:45:04  25    have an interest -- and this occurs all the time -- interest in
```

```
09:45:08   1    the properties that Sports Shinko may have, so.
  45:11   2         Q.   "The properties that Sports Shinko may have"; that
09:45:13   3    included the Hawai`i properties?
09:45:15   4         A.   Yes, correct.  Hawai`i properties.  When I said the
09:45:20   5    Sports Shinko properties, I'm referring to Hawai`i properties
09:45:23   6    now.
09:45:24   7         Q.   Can you recall anything else that either you or
09:45:31   8    Mr. Tanigawa said in that initial inquiry discussion?
09:45:36   9         A.   That's a very short discussion.
09:45:39  10         Q.   Was it by phone?
09:45:43  11         A.   I believe so.
09:45:43  12         Q.   Did he initiate the call?
09:45:47  13         A.   Yes.  Well, my recollection is yes.
  :45:52  14         Q.   Did he explain how he knew to contact you?
09:45:56  15         A.   With respect to why he's contacting me, well, I know
09:46:06  16    Mr. Tanigawa.  And I'm guessing that he knew that I represented
09:46:15  17    Sports Shinko as an attorney.
09:46:19  18         Q.   Did he say why he was contacting you about the inquiry
09:46:26  19    on behalf of KG?
09:46:30  20         A.   Why me, as opposed to anybody else?
09:46:31  21         Q.   Yes.
09:46:33  22         A.   I don't think he meant -- well, I can't recall.
09:46:38  23         Q.   Why do you think the basis for his calling you was
09:46:43  24    that he knew you were the attorney for Sports Shinko?
 9:46:47  25         A.   One more time.
```

| | | |
|---|---|---|
| 09:48:55 | 1 | any Mainland-based Sports Shinko companies. The only company |
| 48:59 | 2 | that I represented was the Sports Shinko Hawai`i entities. |
| 09:49:03 | 3 | Q. Did you represent any Sports Shinko entity in Japan? |
| 09:49:07 | 4 | A. No. |
| 09:49:08 | 5 | Q. And by "you," I mean you and/or your firm. |
| 09:49:15 | 6 | A. Well, we're not, we wouldn't be authorized to |
| 09:49:22 | 7 | practice. I mean, we would never give advice with respect to |
| 09:49:25 | 8 | Japanese law. |
| 09:49:30 | 9 | Q. Did you or your firm ever do legal work for the Sports |
| 09:49:34 | 10 | Shinko company in Japan? |
| 09:49:34 | 11 | A. Not to my knowledge. |
| 09:49:38 | 12 | Q. Prior to January 2, 2002, did you do any analysis of |
| 09:50:03 | 13 | offers that came in for the Sports Shinko Hawai`i properties as |
| :50:09 | 14 | a director of the Hawai`i entities? |
| 09:50:15 | 15 | A. As a director, no. |
| 09:50:16 | 16 | Q. Did you ever review any offers that came in for the |
| 09:50:27 | 17 | Sports Shinko Hawai`i properties as a director prior to |
| 09:50:33 | 18 | January 2, 2002? |
| 09:50:37 | 19 | A. Could you repeat that question? |
| 09:50:54 | 20 | (Record read by the reporter.) |
| 09:50:54 | 21 | A. And you're separating myself out from the attorney as |
| 09:51:04 | 22 | opposed to director? |
| 09:51:07 | 23 | Q. (Nods.) |
| 09:51:07 | 24 | A. No. I looked at it from a capacity. You know, I |
| 9:51:10 | 25 | didn't distinguish either one. But we reviewed offers that came |

```
09:51:19  1   in at the request, solicitation of Sports Shinko saying look at
  51:25   2   it.
09:51:25  3              And maybe I should explain that. You know, I was an
09:51:35  4   accommodation, what I consider accommodation director. And as
09:51:40  5   you probably know, there was a law that required resident
09:51:44  6   directors. And once that law was changed, there is no need for
09:51:59  7   me. And that's the reason why I resigned.
09:52:00  8              But during the period of time that I was director,
09:52:06  9   there were no meetings called for directors. And Mr. Kinoshita,
09:52:14 10   Toshio Kinoshita, had absolute control of all the Hawai`i
09:52:20 11   companies. And to the extent that he wanted to remove a
09:52:30 12   director, he would remove a director in 5 seconds, the time it
09:52:34 13   takes for writing a resolution saying he's removed.
09:52:39 14              So there were no meetings. There were no budget
09:52:45 15   discussions. And so it wasn't a, what you would normally
09:52:54 16   consider a board functioning.
09:52:59 17        Q.    I'll go back and clarify this. And I don't know if
09:53:05 18   you'll remember this from what you've said because you said a
09:53:10 19   few things here. But initially, you said that you did not
09:53:14 20   distinguish any one. Do you recall saying that?
09:53:19 21        A.    Distinguish any one?
09:53:20 22        Q.    That was going to be my question. What were you
09:53:23 23   talking about. Why don't we do this? I'm going to have the
09:53:26 24   court reporter read back.
09:53:29 25              MR. WAKUZAWA: Let's go off the record for a minute.
```

| | | |
|---|---|---|
| 09:57:37 | 1 | A. Oh, yeah. No question from a standpoint of the law |
| 57:40 | 2 | firm. |
| 09:57:43 | 3 | Q. Hold on. I don't mean to cut you off. But I'm just |
| 09:57:45 | 4 | trying to get clarification of your terminology. |
| 09:57:48 | 5 | A. We. |
| 09:57:48 | 6 | Q. We. By "we," you meant yourself and your law firm? |
| 09:57:52 | 7 | A. Well, in the context that I was trying to say was that |
| 09:57:56 | 8 | insofar as any valuation issues, and when you said -- that's why |
| 09:58:02 | 9 | I went back and you said review offers. The context of review |
| 09:58:07 | 10 | offers is a concept where if you're saying whether you're |
| 09:58:14 | 11 | reviewing the offer as to the value, or you're reviewing the |
| 09:58:17 | 12 | offer as to the legal implications of the offer, I'm basically |
| 09:58:20 | 13 | saying we weren't looking at it from a value standpoint. |
| :58:24 | 14 | Q. Again, "we," means yourself and your law firm? |
| 09:58:27 | 15 | A. Myself and law firm; and in that context, at that |
| 09:58:34 | 16 | point in time, as a director. We relied on experts. As a |
| 09:58:38 | 17 | director, we relied on experts to provide us what might be |
| 09:58:46 | 18 | appropriate values with respect to the properties. |
| 09:58:51 | 19 | Q. Let me go back and try to clarify this whole thing. |
| 09:59:06 | 20 | Prior to January 2, 2002, did you, in your capacity as |
| 09:59:15 | 21 | a director -- not an attorney -- on behalf of any Sports Shinko |
| 09:59:22 | 22 | Hawai`i entity, review any offers to purchase the property from |
| 09:59:30 | 23 | any perspective, be it legal or financial? |
| 09:59:38 | 24 | A. As a director? |
| ~9:59:41 | 25 | Q. Yes. |

```
09:59:41   1          A.   I don't believe so.  Let me clarify that.  I don't
  00:01    2    believe so.  And I guess in that sense, it's a little hard to
10:00:07   3    separate because what we had as attorneys was information from
10:00:10   4    the brokers and as to what they thought might be the value.
10:00:22   5              So evaluating, when you try to distinguish the two,
10:00:27   6    it's, you know, I'm saying basically that as a director and an
10:00:33   7    attorney, we weren't looking at expressing the views that the
10:00:41   8    experts were espousing at that time.  And what I'm saying is,
10:00:48   9    you know, they had independent brokers saying this is a good
10:00:52  10    value, this is a good value and so forth.
10:00:55  11              When you say review offers, from that standpoint,
10:01:03  12    there wasn't an independent broker for me to go out and find an
10:01:05  13    appraiser to say, okay, that offer makes sense by economic
 :01:09   14    standpoint.  I didn't do that as director.  So I didn't do any
10:01:14  15    independent investigations, if that's the question you're asking
10:01:18  16    me.
10:01:19  17         Q.   You didn't do any independent investigations as to the
10:01:26  18    value --
10:01:26  19         A.   Yeah, I didn't.
10:01:27  20         Q.   -- of any offers on any Sports Shinko Hawai`i
10:01:35  21    properties as a director; is that correct?
10:01:35  22         A.   Repeat the question.
10:01:59  23              (Question read by the reporter.)
10:01:59  24         A.   Yes.  I didn't find, I didn't ask anybody for any
  :02:08  25    appraisals or any expert's value in the properties.
```

| | | |
|---|---|---|
| 10:06:44 | 1 | person in a way. |
| 06:48 | 2 | Q.  Again, I just don't understand your terminology.  You |
| 10:06:52 | 3 | said "they" would say? |
| 10:06:53 | 4 | A.  Well, when I'm saying "they," I'm using it |
| 10:06:57 | 5 | collectively.  Usually basically communication would come from |
| 10:07:00 | 6 | Satoshi and say okay, we can go and do this. |
| 10:07:06 | 7 | Q.  So by the term "they," you're referring to Toshio and |
| 10:07:06 | 8 | Satoshi? |
| 10:07:12 | 9 | A.  Maybe the more appropriate thing to say is on a |
| 10:07:19 | 10 | case-to-case basis, it was Satoshi.  And I shouldn't say Toshio |
| 10:07:27 | 11 | because I'm not sure whether there was any communications from |
| 10:07:31 | 12 | Toshio. |
| 10:07:34 | 13 | Q.  I'm just going follow up a little bit, and then we'll |
| :07:35 | 14 | take a break. |
| 10:07:38 | 15 | A.  Sure. |
| 10:07:38 | 16 | Q.  Is there anything that you did on behalf of the Sports |
| 10:07:46 | 17 | Shinko Hawai`i entities at any time that you served as a |
| 10:07:51 | 18 | director, in your capacity as a director, not an attorney, that |
| 10:07:58 | 19 | you can recall? |
| 10:08:02 | 20 | A.  I'm sorry, repeat that question again. |
| 10:08:07 | 21 | Q.  Well, let me ask it again.  Can you recall anything |
| 10:08:10 | 22 | that you did as a director on behalf of the Sports Shinko |
| 10:08:14 | 23 | Hawai`i entities, and not as an attorney, at any time that you |
| 10:08:21 | 24 | served as a director? |
| 10:08:22 | 25 | A.  I signed written consents.  As a director, if there |

| | | |
|---|---|---|
| 10:08:29 | 1 | was an approval of, say, a required director action, I may have |
| 08:41 | 2 | signed the approval. And at that time, I was acting as a |
| 10:08:46 | 3 | director. |
| 10:08:50 | 4 | Q.  Anything else other than what you've said? |
| 10:08:53 | 5 | A.  Not that I can recall. |
| 10:08:55 | 6 | MR. WAKUZAWA:  Why don't we take a short break. |
| 10:09:02 | 7 | (Recess, 10:09 a.m. to 10:21 a.m.) |
| 10:21:38 | 8 | Q.  Mr. Mukai, you talked about the initial contact from |
| 10:21:52 | 9 | KG when Mr. Tanigawa called you and asked to be referred to a |
| 10:21:58 | 10 | representative of Sports Shinkō to direct his inquiry, correct? |
| 10:22:02 | 11 | A.  Correct. |
| 10:22:02 | 12 | Q.  Did Mr. Tanigawa specifically say that he was making |
| 10:22:06 | 13 | the inquiry on behalf of KG, Kobayashi Group? |
| :22:11 | 14 | A.  I don't recall. |
| 10:22:17 | 15 | Q.  Do you recall if he identified on whose behalf he was |
| 10:22:18 | 16 | calling? |
| 10:22:20 | 17 | A.  No. |
| 10:22:21 | 18 | Q.  At any time prior to January 2, 2002, did you learn |
| 10:22:31 | 19 | that the Kobayashi Group or a company affiliated with Bert |
| 10:22:37 | 20 | Kobayashi made an offer for the Sports Shinko properties? |
| 10:22:56 | 21 | MR. BORDNER:  I'm sorry, could you read it back. |
| 10:23:02 | 22 | (Question read by the reporter.) |
| 10:23:02 | 23 | A.  I can't -- I don't recall knowing whether an offer was |
| 10:23:17 | 24 | made. I know that probably there were discussions. |
| 0:23:20 | 25 | Q.  How were you aware that discussions were going on |

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090

```
10:27:57   1        Q.    I want to go back to something else that you said.
   28:03   2   You said that you considered yourself an accommodation director,
10:28:09   3   correct?
10:28:09   4        A.    Correct.
10:28:09   5        Q.    What does that mean?
10:28:09   6        A.    Accommodation director.  From my perspective, they
10:28:19   7   needed someone to fulfill the statutory requirements of Hawaii.
10:28:29   8   They didn't, at least from my perspective, they didn't look upon
10:28:37   9   me as one who would participate, was expected to participate on
10:28:45  10   the processes that they normally used at, Sports Shinko entities
10:28:54  11   used in their operations.
10:28:57  12        Q.    By "they," are you referring to Satoshi and Toshio
10:29:01  13   Kinoshita?
   29:01  14        A.    I guess Toshio Kinoshita's standpoint.
10:29:11  15        Q.    Did Toshio Kinoshita ever tell you that he did not
10:29:16  16   look to you to participate in all of the processes for the
10:29:22  17   Sports Shinko Hawaii entities?
10:29:28  18              MR. BORDNER:  You mean as a director?
10:29:28  19              MR. WAKUZAWA:  Yes.
10:29:29  20        A.    No, he didn't directly say that.  But I wasn't invited
10:29:40  21   to any meetings where other Sports Shinko people were involved
10:29:59  22   in discussions about operations or otherwise.
10:30:04  23        Q.    Did you ever ask to attend such meetings?
10:30:11  24        A.    Frankly, I didn't know whether there were any
 0:30:14  25   meetings.
```

| | | | |
|---|---|---|---|
| 10:35:00 | 1 | Q. | That would be Toshio Kinoshita? |
| 35:01 | 2 | A. | That's correct. |
| 10:35:02 | 3 | Q. | Did Toshio Kinoshita ask you to resign as a director? |
| 10:35:09 | 4 | A. | Resign as director? No. |
| 10:35:12 | 5 | Q. | You decided to resign on your own? |
| 10:35:14 | 6 | A. | That's correct. |
| 10:35:17 | 7 | Q. | I believe you said that the reason you resigned is you |
| 10:35:20 | 8 | | said that the law changed, and there was no reason for you to |
| 10:35:28 | 9 | | serve as a director after that; is that fair? |
| 10:35:30 | 10 | A. | That's correct. |
| 10:35:30 | 11 | Q. | Any other reason you chose to resign? |
| 10:35:33 | 12 | A. | Well, you know, I guess when you suggest there's a |
| 10:35:38 | 13 | | difference between accommodation, there's really nothing |
| :35:42 | 14 | | functional that I was serving as a director. And although they |
| 10:35:48 | 15 | | didn't come into play, there was a thought that I wasn't doing |
| 10:35:52 | 16 | | anything as a director, necessarily doing anything that required |
| 10:35:59 | 17 | | me to be a director. |
| 10:36:03 | 18 | Q. | Any other -- |
| 10:36:03 | 19 | A. | But it was an act of, purely on my part. |
| 10:36:09 | 20 | Q. | Any other reason for your resigning as a director |
| 10:36:12 | 21 | | other than what you've said? |
| 10:36:15 | 22 | A. | I can't think of it now. |
| 10:36:19 | 23 | Q. | When did the law change that you're talking about? |
| 10:36:22 | 24 | A. | Sometime in 2001. |
| :36:31 | 25 | Q. | What specific law are you referring to? |

```
11:19:20   1                (Recess, 11:19 a.m. to 11:25 a.m.)
 :26:04   2        Q.   Mr. Mukai, do you remember that you and your law firm
11:26:09   3   prepared some management agreements for the Sports Shinko
11:26:16   4   entities?
11:26:16   5        A.   I believe so.
11:26:16   6        Q.   What do you recall about the purpose for those
11:26:22   7   management -- strike that.  What was the purpose for those
11:26:23   8   management agreements?
11:26:24   9        A.   I believe that they wanted to separate the ownership
11:26:40  10   and the management and provide for employees.  Something to that
11:26:44  11   effect.
11:26:48  12        Q.   "They" referring to?
11:26:51  13        A.   Sports Shinko.
 :26:55  14        Q.   Which Sports Shinko entities are you talking --
11:26:59  15        A.   Sports Shinko Hawaii entities.
11:27:03  16        Q.   Did someone tell you this purpose?
11:27:07  17        A.   I believe Satoshi mentioned it.
11:27:11  18        Q.   Did he tell you any other purpose for the management
11:27:14  19   agreements?
11:27:15  20        A.   I don't recall.
11:27:16  21        Q.   Did he tell you why all of a sudden they wanted to
11:27:22  22   have those management agreements drafted?
11:27:26  23        A.   I don't recall.
11:27:26  24        Q.   Were you the primary contact with Satoshi Kinoshita in
11:27:34  25   your law firm?
```

| | | |
|---|---|---|
| 11:38:44 | 1 | A.    I think the Hawaii properties was a different company. |
| :38:50 | 2 | Q.    Do you have any understanding as to what Management |
| 11:38:56 | 3 | Services of the Pacific and Far East Management Services were |
| 11:38:59 | 4 | supposed to manage? |
| 11:39:02 | 5 | A.    Not sure.  But my recollection, I guess, is that these |
| 11:39:08 | 6 | companies were dissolved shortly. |
| 11:39:15 | 7 | Q.    Yeah, they may have been dissolved afterwards.  But |
| 11:39:20 | 8 | I'm talking about when you formed them, were they designed to |
| 11:39:24 | 9 | manage some properties belonging to Sports Shinko, whether in |
| 11:39:28 | 10 | Hawai`i or somewhere else? |
| 11:39:32 | 11 | A.    That could be. |
| 11:39:37 | 12 | Q.    Do you have any reason to believe that they were |
| 11:39:41 | 13 | formed to manage properties other than properties owned by |
| :39:48 | 14 | Sports Shinko? |
| 11:39:53 | 15 | A.    Not sure. |
| 11:39:55 | 16 | Q.    Then it mentions a resignation letter of Geraldine |
| 11:40:03 | 17 | Calaycay? |
| 11:40:04 | 18 | A.    Yeah. |
| 11:40:06 | 19 | Q.    Do you know who Geraldine Calaycay is? |
| 11:40:07 | 20 | A.    She's a secretary. |
| 11:40:09 | 21 | Q.    Secretary of what? |
| 11:40:11 | 22 | A.    At my law firm. |
| 11:40:14 | 23 | Q.    Do you know how it is that she became an officer and |
| 11:40:18 | 24 | director of the companies? |
| 11:40:19 | 25 | A.    Well, in the incorporation process, it's not an |

| | | |
|---|---|---|
| 13:37:07 | 1 | the option, Stock Option Agreement; you remember that? |
| :37:11 | 2 | A.   Yes. |
| 13:37:13 | 3 | Q.   Did you ever have discussions with Satoshi Kinoshita |
| 13:37:20 | 4 | about wanting an option because of concerns that Toshio |
| 13:37:27 | 5 | Kinoshita had loans from a bank in Japan or the United States, |
| 13:37:34 | 6 | and that if he were the shareholder of the management companies |
| 13:37:39 | 7 | directly, it would come to the attention of the RCC? |
| 13:37:44 | 8 | A.   I don't know, Counsel. |
| 13:37:47 | 9 | Q.   Do you remember having any conversation with Satoshi |
| 13:37:52 | 10 | Kinoshita about a concern that if Mr. Toshio Kinoshita held |
| 13:38:00 | 11 | shares to a company in Hawai`i, it would come to the attention |
| 13:38:03 | 12 | of the RCC in Japan? |
| 13:38:06 | 13 | A.   Read that one more time, the question. |
| :38:29 | 14 | (Record read by the reporter.) |
| 13:38:29 | 15 | A.   I have no recollection. |
| 13:38:31 | 16 | Q.   Do you recall having discussions on that subject with |
| 13:38:37 | 17 | anybody? |
| 13:38:37 | 18 | A.   On the subject, the last question that you --? |
| 13:38:43 | 19 | Q.   (Nods.) |
| 13:38:43 | 20 | A.   I don't have a recollection. |
| 13:38:45 | 21 | Q.   Did Mr. Satoshi Kinoshita ever tell you that he was |
| 13:38:56 | 22 | served with a document issued by the Osaka District Court |
| 13:39:05 | 23 | related to the RCC? |
| 13:39:06 | 24 | A.   I don't have a recollection at this time. |
| 13:39:14 | 25 | Q.   Do you remember having any discussions with him about |