My Documents\Kinoshita ORH drive files\m4lawhits\Unallocated Clusters.
Part 5  2005/05/14, 22:38:09

FAX    808-931-4396
** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

From ???@??? Tue Jan 15 09:36:55 2002
Received: from mail.m4law.com (usr48@168-215-238-18.m4law.com [168.215.238.18] (may be forged)) by oceanresort.com (8.11.6) id g0FIc8N67283; Tue, 15 Jan 2002 08:38:08 -1000 (HST)
Received: from MMMM-MTA by mail.m4law.comwith Novell_GroupWise; Tue, 15 Jan 2002 08:30:46 -1000
Message-Id: <sc43e8b6.076@mail.m4law.com>
X-Mailer: Novell GroupWise Internet Agent 6.0.1
Date: Tue, 15 Jan 2002 08:29:51 -1000
From: "Franklin Mukai" <FKM@m4law.com>
To: <satoshi@sportsshinkohawaii.com>
Subject: Resignation of Frank Mukai as officer/director   ←
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
Content-Transfer-Encoding: 7bit
Content-Disposition: inline
X-UIDL: Y;g!!6jj"!NV%#!<El"!

Please advise me of the status of the Written Consents of the
Stockholders and Directors of the Sports Shinko Hawaii entities.  Have
they been signed?

Frank Mukai
McCorriston Miller Mukai MacKinnon LLP
P.O. Box 2800
Honolulu, Hawaii  96803-2800
Dir. Tel. No. (808) 529-7484
Fax No.: (808) 524-8293
E-mail:   FMukai@m4law.com

********
This message is intended only for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law.  If the
reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by e-mail or
telephone, and return the original message.  THANK YOU.
     ********

From ???@??? Tue Jan 15 09:36:55 2002
Received: from mail.m4law.com (usr49@168-215-238-18.m4law.com [168.215.238.18] (may be forged)) by oceanresort.com (8.11.6) id g0FIrIr71880; Tue, 15 Jan 2002 08:53:18 -1000 (HST)
Received: from MMMM-MTA by mail.m4law.comwith Novell_GroupWise; Tue, 15 Jan 2002 08:45:54 -1000
Message-Id: <sc43ec42.086@mail.m4law.com>
X-Mailer: Novell GroupWise Internet Agent 6.0.1
Date: Tue, 15 Jan 2002 08:45:25 -1000
From: "Peter Hamasaki" <PJH@m4law.com>
To: <TDT@casebigelow.com>, <TZT@casebigelow.com>,<satoshi@sportsshinkohawaii.com>
Cc: "Asako Shimazu" <ACS@m4law.com>, "Franklin Mukai" <FKM@m4law.com>,"Stacey Hee" <SCH@m4law.com>
Subject: SS - Promissory Notes
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="=_9AC7EFF2.C2A3CF13"
X-UIDL: 9Pb!!gJb!!L0;"!<""!!

Page: 5

EXHIBIT 17 

258 0591