2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company, KG HOLDINGS LLC, a Hawai'i limited liability company, FRANKLIN K. MUKAI,<br><br>Defendants,<br><br>and | CIVIL NO. 04-00124 ACK/BMK<br><br>DEFENDANT FRANKLIN K. MUKAI'S **RESPONSES TO** PLAINTIFF AND THIRD-PARTY DEFENDANT SPORTS SHINKO CO., LTD.'S **FIRST REQUEST FOR ANSWERS TO INTERROGATORIES** DATED 5/8/07; EXHIBIT "A" |

EXHIBIT 20

2. Identify all actions taken by You and all investigation conducted by You, as a director of the SS Hawai'i Entities, to ensure that the SS-KG Transfers resulted in the highest reasonably attainable price for the SS Properties, including but not limited to an accounting of the amount of time You devoted to such actions and investigation.

RESPONSE:

Defendant Mukai objects to this interrogatory on the grounds that it is overly broad, unreasonably burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving this objection, Defendant Mukai states that he was not a director at the time of the SS-KG Transfers. Additionally, Defendant Mukai states that he was not requested by the client to evaluate the financial aspects of the transaction, such as price. Defendant Mukai understood and believes that the price was a product of arms-length negotiations by or on behalf of Toshio Kinoshita and representatives of the Kobayashi Group.

5

## VERIFICATION

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

FRANKLIN K. MUKAI, being first duly sworn on oath, deposes and says that he has read the foregoing answers to interrogatories and that the same are true to the best of his knowledge, information and belief.

_____
FRANKLIN K. MUKAI

Subscribed and sworn to before me this 27th day of July, 2007.

_____
Notary Public, State of Hawaii

Printed Name of Notary: NOELANI N. JINBO

My commission expires: 9/24/2010