```
P.O. BOX 2800                                                          PHONE: (808) 529-7300
HONOLULU, HAWAII 96803-2800                                            FACSIMILE: (808) 524-8293
FIVE WATERFRONT PLAZA, 4TH FLOOR   McCORRISTON MILLER MUKAI MacKINNON LLP   E-MAIL: INFO@M4LAW.COM
500 ALA MOANA BOULEVARD                     ATTORNEYS AT LAW              FED TAX I.D. NO. 99-0080339
HONOLULU, HAWAII 96813
```

```
CLIENT   : 17085              CURRENT FEES AND TAX        $6,869.35
CASE     : 44093              CURRENT COSTS AND TAX            0.00
DATE     : 01/17/02                                       ----------
INVOICE  : 114324                                          6,869.35
ATTORNEY : FRANKLIN K. MUKAI

SPORTS SHINKO (MILILANI) CO., LTD
95-176 KUAHELANI AVENUE
MILILANI, HI  96789
```

**DEPOSITION EXHIBIT 23** F. Mukai

PAYMENT DUE UPON RECEIPT

---

```
SPORTS SHINKO (MILILANI) CO., LTD               DATE:    01/17/02
RE:  MILILANI GOLF COURSE                       INVOICE: 114324

FOR PROFESSIONAL SERVICES RENDERED through 12/31/01
```

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON FORM OF PURCHASE AND SALE AGREEMENT | 0.20 | 45.00 |
| 12/04/01 | STACEY C.G. HEE - LEGAL SERVICE - BEGIN DRAFT OF FORM OF PURCHASE AND SALE AGREEMENT FOR GOLF COURSES AND HOTELS | 0.70 | 105.00 |
| 12/04/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO | 1.00 | 350.00 |
| 12/04/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT | 0.10 | 22.50 |
| 12/05/01 | STACEY C.G. HEE - LEGAL SERVICE - CONTINUE DRAFT OF FORM OF PURCHASE AND SALE FOR GOLF COURSES AND HOTELS; DRAFT FORM OF STOCK PURCHASE AGREEMENT | 1.20 | 180.00 |
| 12/05/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE | 1.30 | 455.00 |
| 12/05/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - REVIEW PURCHASE AND SALE AGREEMENT | 0.10 | 15.00 |
| 12/05/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT | 1.40 | 315.00 |
| 12/06/01 | STACEY C.G. HEE - LEGAL SERVICE - DRAFT FORM OF PURCHASE AND SALE AGREEMENT (LEASEHOLD) | 1.20 | 180.00 |

082 1046

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.



EXHIBIT 21

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

**McCorriston Miller Mukai MacKinnon LLP**

ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (MILILANI) CO., LTD
01/17/02
PAGE 2

CLIENT: 17085
CASE: 44093
INVOICE: 114324

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/06/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.40 | 140.00 |
| 12/06/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON STOCK PURCHASE AGREEMENT | 0.60 | 135.00 |
| 12/07/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - CONF MR. KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE | 1.00 | 350.00 |
| 12/07/01 | PETER J. HAMASAKI - LEGAL SERVICE - DRAFT PURCHASE AND SALE AGREEMENT (STOCK AND ASSETS); DRAFT STOCK PURCHASE AGREEMENT; DRAFT CONFIDENTIALITY AGREEMENT; DRAFT TRANSMITTAL TO KOBAYASHI GROUP; MEETING WITH MR. KINOSHITA AND A. YEE. | 1.20 | 270.00 |
| 12/10/01 | STACEY C.G. HEE - LEGAL SERVICE - REVIEW AGREEMENTS; MEETING WITH CLIENT | 0.60 | 90.00 |
| 12/10/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; CONF W/MR. KINOSHITA; TELECON WAYNE TANIGAWA OF THE KOBAYASHI GROUP | 1.10 | 385.00 |
| 12/10/01 | PETER J. HAMASAKI - LEGAL SERVICE - MEETING WITH MR. KINOSHITA; FOLLOW UP CORRESPONDENCE WITH KOBAYASHI GROUP. | 0.70 | 157.50 |
| 12/11/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTIES | 0.20 | 70.00 |
| 12/12/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO | 0.40 | 140.00 |
| 12/13/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.60 | 210.00 |
| 12/14/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE | 0.70 | 245.00 |
| 12/17/01 | STACEY C.G. HEE - LEGAL SERVICE - RESEARCH RE: RECORDATION OF JAPANESE LANGUAGE DOCUMENT IN HAWAII; TELEPHONE CONFERENCE WITH HARRIET AT THE BUREAU OF CONVEYANCES AND DAVID FONG AT THE LAND COURT | 0.20 | 30.00 |
| 12/17/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTY; TELECON MR. TOSHIO KINOSHITA; CONF SATOSHI KINOSHITA | 1.20 | 420.00 |

082 1047

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCORRISTON MILLER MUKAI MacKINNON LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (MILILANI) CO., LTD  
01/17/02  
PAGE 3  

CLIENT: 17085  
CASE: 44093  
INVOICE: 114324  

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/17/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH T. KINOSHITA AND S. KINOSHITA | 0.30 | 45.00 |
| 12/17/01 | PETER J. HAMASAKI - LEGAL SERVICE - RESEARCH REGARDING RECORDATION OF MEMORANDUM OF FOREIGN LANGUAGE DOCUMENTS IN BUREAU OF CONVEYANCES OR LAND COURT | 0.40 | 90.00 |
| 12/18/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW STRUCTURE; REVIEW FINANCIALS | 0.80 | 280.00 |
| 12/18/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH S. KINOSHITA | 0.10 | 15.00 |
| 12/19/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.60 | 210.00 |
| 12/20/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE | 0.80 | 280.00 |
| 12/21/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS; CONF SATOSHI KINOSHITA, WAYNE TANIGAWA | 0.80 | 280.00 |
| 12/24/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE | 0.80 | 280.00 |
| 12/26/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 0.80 | 280.00 |
| 12/27/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 0.80 | 280.00 |
| 12/28/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW CORPORATE STRUCTURE; REVIEW FINANCIALS | 0.70 | 245.00 |
|  | TOTAL HOURS AND FEES | 23.00 | $6,595.00 |

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PETER J. HAMASAKI | 4.60 | 225.00 | 1,035.00 |
| FRANKLIN K. MUKAI | 14.00 | 350.00 | 4,900.00 |
| STACEY C. G. HEE | 3.90 | 150.00 | 585.00 |
| ASAKO C. SHIMAZU | 0.50 | 150.00 | 75.00 |

082 1048

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P. O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

**McCORRISTON MILLER MUKAI MacKINNON LLP**
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

```
SPORTS SHINKO (MILILANI) CO., LTD                    CLIENT:   17085
01/17/02                                             CASE:     44093
PAGE 4                                               INVOICE:  114324


                              TOTAL CURRENT FEES      $6,595.00

                              STATE TAX AT 4.16%         274.35

                              TOTAL FEES AND TAX     $6,869.35


                              CURRENT INVOICE DUE    $6,869.35
```

082 1049

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

```
P. O. BOX 2800                                                          PHONE: (808) 529-7300
HONOLULU, HAWAII 96803-2800                                             FACSIMILE: (808) 524-8293
FIVE WATERFRONT PLAZA, 4TH FLOOR   McCORRISTON MILLER MUKAI MACKINNON LLP   E-MAIL: INFO@M4LAW.COM
500 ALA MOANA BOULEVARD                    ATTORNEYS AT LAW              FED TAX I.D. NO. 99-0080339
HONOLULU, HAWAII 96813
```

```
CLIENT   : 17091              CURRENT FEES AND TAX         $3,434.68
CASE     : 43920              CURRENT COSTS AND TAX            0.00
DATE     : 01/17/02                                        ----------
INVOICE  : 114327                                           3,434.68
ATTORNEY : FRANKLIN K. MUKAI

SPORTS SHINKO (PUKALANI) CO., LTD
360 PUKALANI STREET
PUKALANI, HI  96788
```


DEPOSITION EXHIBIT 24 F. Mukai

PAYMENT DUE UPON RECEIPT

```
SPORTS SHINKO (PUKALANI) CO., LTD                          DATE: 01/17/02
RE:  PUKALANI GOLF COURSE                                  INVOICE: 114327

FOR PROFESSIONAL SERVICES RENDERED through 12/31/01
```

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/03/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON FORM OF PURCHASE AND SALE AGREEMENT | 0.10 | 22.50 |
| 12/04/01 | STACEY C.G. HEE - LEGAL SERVICE - BEGIN DRAFT OF FORM OF PURCHASE AND SALE AGREEMENT FOR GOLF COURSES AND HOTELS | 0.35 | 52.50 |
| 12/04/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO | 0.85 | 297.50 |
| 12/04/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT | 0.05 | 11.25 |
| 12/05/01 | STACEY C.G. HEE - LEGAL SERVICE - CONTINUE DRAFT OF FORM OF PURCHASE AND SALE FOR GOLF COURSES AND HOTELS; DRAFT FORM OF STOCK PURCHASE AGREEMENT | 0.60 | 90.00 |
| 12/05/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE | 0.30 | 105.00 |
| 12/05/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - REVIEW PURCHASE AND SALE AGREEMENT | 0.05 | 7.50 |
| 12/05/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT | 0.70 | 157.50 |
| 12/06/01 | STACEY C.G. HEE - LEGAL SERVICE - DRAFT FORM OF PURCHASE AND SALE AGREEMENT (LEASEHOLD) | 0.60 | 90.00 |

082 1636

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (PUKALANI) CO., LTD
01/17/02
PAGE 2

CLIENT: 17091
CASE: 43920
INVOICE: 114327

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/06/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.20 | 70.00 |
| 12/06/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON STOCK PURCHASE AGREEMENT | 0.30 | 67.50 |
| 12/07/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - CONF MR. KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE | 0.50 | 175.00 |
| 12/07/01 | PETER J. HAMASAKI - LEGAL SERVICE - DRAFT PURCHASE AND SALE AGREEMENT (STOCK AND ASSETS); DRAFT STOCK PURCHASE AGREEMENT; DRAFT CONFIDENTIALITY AGREEMENT; DRAFT TRANSMITTAL TO KOBAYASHI GROUP; MEETING WITH MR. KINOSHITA AND A. YEE. | 0.60 | 135.00 |
| 12/10/01 | STACEY C.G. HEE - LEGAL SERVICE - REVIEW AGREEMENTS; MEETING WITH CLIENT | 0.30 | 45.00 |
| 12/10/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; CONF W/MR. T. KINOSHITA; TELECON WAYNE TANIGAWA OF THE KOBAYASHI GROUP | 0.55 | 192.50 |
| 12/10/01 | PETER J. HAMASAKI - LEGAL SERVICE - MEETING WITH MR. KINOSHITA; FOLLOW UP CORRESPONDENCE WITH KOBAYASHI GROUP. | 0.35 | 78.75 |
| 12/11/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTIES | 0.10 | 35.00 |
| 12/12/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO | 0.20 | 70.00 |
| 12/13/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.30 | 105.00 |
| 12/14/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE | 0.35 | 122.50 |
| 12/17/01 | STACEY C.G. HEE - LEGAL SERVICE - RESEARCH RE: RECORDATION OF JAPANESE LANGUAGE DOCUMENT IN HAWAII; TELEPHONE CONFERENCE WITH HARRIET AT THE BUREAU OF CONVEYANCES AND DAVID FONG AT THE LAND COURT | 0.10 | 15.00 |
| 12/17/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTY; TELECON MR. TOSHIO KINOSHITA; CONF SATOSHI KINOSHITA | 0.60 | 210.00 |

082 1637

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (PUKALANI) CO., LTD
01/17/02
PAGE 3

CLIENT: 17091
CASE: 43920
INVOICE: 114327

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/17/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH T. KINOSHITA AND S. KINOSHITA | 0.15 | 22.50 |
| 12/17/01 | PETER J. HAMASAKI - LEGAL SERVICE - RESEARCH REGARDING RECORDATION OF MEMORANDUM OF FOREIGN LANGUAGE DOCUMENTS IN BUREAU OF CONVEYANCES OR LAND COURT | 0.20 | 45.00 |
| 12/18/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW STRUCTURE; REVIEW FINANCIALS | 0.40 | 140.00 |
| 12/18/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH S. KINOSHITA | 0.05 | 7.50 |
| 12/19/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.30 | 105.00 |
| 12/20/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA, REVIEW FINANCIALS; REVIEW STRUCTURE | 0.40 | 140.00 |
| 12/21/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS; CONF SATOSHI KINOSHITA, WAYNE TANIGAWA | 0.40 | 140.00 |
| 12/24/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE | 0.40 | 140.00 |
| 12/26/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 0.40 | 140.00 |
| 12/27/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 0.40 | 140.00 |
| 12/28/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW CORPORATE STRUCTURE; REVIEW FINANCIALS | 0.35 | 122.50 |
| | TOTAL HOURS AND FEES | 11.50 | $3,297.50 |

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PETER J. HAMASAKI | 2.30 | 225.00 | 517.50 |
| FRANKLIN K. MUKAI | 7.00 | 350.00 | 2,450.00 |
| STACEY C. G. HEE | 1.95 | 150.00 | 292.50 |
| ASAKO C. SHIMAZU | 0.25 | 150.00 | 37.50 |

082 1638

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

```
     P. O. BOX 2800                                                      PHONE: (808) 529-7300
   HONOLULU, HAWAII 96803-2800    McCORRISTON MILLER MUKAI MacKINNON LLP   FACSIMILE: (808) 524-8293
FIVE WATERFRONT PLAZA, 4TH FLOOR                                         E-MAIL: INFO@M4LAW.COM
   500 ALA MOANA BOULEVARD              ATTORNEYS AT LAW                 FED TAX I.D. NO. 99-0080339
   HONOLULU, HAWAII 96813
```

SPORTS SHINKO (PUKALANI) CO., LTD                          CLIENT:  17091
01/17/02                                                   CASE:    43920
PAGE 4                                                     INVOICE: 114327

```
                            TOTAL CURRENT FEES        $3,297.50

                            STATE TAX AT 4.16%           137.18

                            TOTAL FEES AND TAX        $3,434.68

                            CURRENT INVOICE DUE       $3,434.68
                            ================================
```

082 1639

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCORRISTON MILLER MUKAI MACKINNON LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

```
CLIENT    : 17089                CURRENT FEES AND TAX     $4,929.37
CASE      : 43913                CURRENT COSTS AND TAX        26.96
DATE      : 01/17/02                                      ----------
INVOICE   : 114326                                         4,956.33
ATTORNEY  : FRANKLIN K. MUKAI

SPORTS SHINKO (KAUAI) CO., LTD
2545 KIAHUNA PLANTATION DRIVE
KOLOA, HI  96756
```

DEPOSITION EXHIBIT 25 F. Mukai

PAYMENT DUE UPON RECEIPT
-------------------------------------------------------------------------

```
SPORTS SHINKO (KAUAI) CO., LTD                          DATE: 01/17/02
RE:  KIAHUNA GOLF COURSE                             INVOICE: 114326
```

FOR PROFESSIONAL SERVICES RENDERED AND COSTS ADVANCED through 12/31/01

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
| 12/01/01 | D. SCOTT MACKINNON - LEGAL SERVICE - REVIEW DRAFT OF RELEASE OF MORTGAGE. | 0.30 | 90.00 |
| 12/01/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - CONFERENCE WITH T. KINOSHITA, S. KINOSHITA, H. HANADA AND A. YEE. | 2.50 | 375.00 |
| 12/03/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - RE KOLOA BYPASS ROAD - TELEPHONE CONFERENCE WIT S. KINOSHITA REGARDING CONFIRMATION OF FINAL PAYMENT UNDER PROMISSORY NOTE; FINALIZE RELEASE OF MORTGAGE; DRAFT LETTER TO S. WONG RE EXECUTION OF RELEASE | 0.50 | 75.00 |
| 12/03/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON FORM OF PURCHASE AND SALE AGREEMENT. | 0.10 | 22.50 |
| 12/04/01 | STACEY C.Q. HEE - LEGAL SERVICE - BEGIN DRAFT OF FORM OF PURCHASE AND SALE AGREEMENT FOR GOLF COURSES AND HOTELS. | 0.35 | 52.50 |
| 12/04/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO. | 0.50 | 175.00 |
| 12/04/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT. | 0.05 | 11.25 |
| 12/05/01 | STACEY C.Q. HEE - LEGAL SERVICE - CONTINUE DRAFT OF FORM OF PURCHASE AND SALE FOR GOLF | 0.60 | 90.00 |

082 1396

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

**McCORRISTON MILLER MUKAI MacKINNON LLP**
ATTORNEYS AT LAW

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (KAUAI) CO., LTD
01/17/02
PAGE 2

CLIENT: 17089
CASE: 43913
INVOICE: 114326

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | COURSES AND HOTELS; DRAFT FORM OF STOCK PURCHASE AGREEMENT | | |
| 12/05/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE. | 0.65 | 227.50 |
| 12/05/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - REVIEW PURCHASE AND SALE AGREEMENT. | 0.05 | 7.50 |
| 12/05/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT | 0.70 | 157.50 |
| 12/06/01 | STACEY C. G. HEE - LEGAL SERVICE - DRAFT FORM OF PURCHASE AND SALE AGREEMENT (LEASEHOLD) | 0.60 | 90.00 |
| 12/06/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS. | 0.20 | 70.00 |
| 12/06/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON STOCK PURCHASE AGREEMENT. | 0.30 | 67.50 |
| 12/07/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - CONFERENCE WITH T. KINOSHITA, S. KINOSHITA, H. HANADA AND A. YEE. | 2.50 | 375.00 |
| 12/07/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - CONF MR. KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE. | 0.50 | 175.00 |
| 12/07/01 | PETER J. HAMASAKI - LEGAL SERVICE - DRAFT PURCHASE AND SALE AGREEMENT (STOCK AND ASSETS); DRAFT STOCK PURCHASE AGREEMENT; DRAFT CONFIDENTIALITY AGREEMENT; DRAFT TRANSMITTAL TO KOBAYASHI GROUP; MEETING WITH MR. KINOSHITA AND A. YEE. | 0.60 | 135.00 |
| 12/10/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - CONFERENCE WITH T. KINOSHITA AND S. KINOSHITA. | 3.00 | 450.00 |
| 12/10/01 | STACEY C. G. HEE - LEGAL SERVICE - REVIEW AGREEMENTS; MEETING WITH CLIENT | 0.30 | 45.00 |
| 12/10/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; CONF W/MR. TOSHIO KINOSHITA; TELECON WAYNE TANIGAWA OF THE KOBAYASHI GROUP. | 0.55 | 192.50 |
| 12/10/01 | PETER J. HAMASAKI - LEGAL SERVICE - MEETING WITH MR. KINOSHITA; FOLLOW UP CORRESPONDENCE WITH KOBAYASHI GROUP. | 0.35 | 78.75 |

082 1397

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P. O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (KAUAI) CO., LTD
01/17/02
PAGE 3

CLIENT: 17089
CASE: 43913
INVOICE: 114326

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/11/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTIES. | 0.10 | 35.00 |
| 12/12/01 | D. SCOTT MACKINNON - LEGAL SERVICE - REVIEW VOICE MAIL MESSAGE FROM S. WONG AND E-MAIL COPY OF REVISIONS TO RELEASE OF MORTGAGE. | 0.25 | 75.00 |
| 12/12/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO. | 0.10 | 35.00 |
| 12/13/01 | D. SCOTT MACKINNON - LEGAL SERVICE - DISCUSSION WITH STACEY WONG. | 0.10 | 30.00 |
| 12/13/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS. | 0.30 | 105.00 |
| 12/14/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE. | 0.35 | 122.50 |
| 12/17/01 | STACEY C. G. HEE - LEGAL SERVICE - RESEARCH RE: RECORDATION OF JAPANESE LANGUAGE DOCUMENT IN HAWAII; TELEPHONE CONFERENCE WITH HARRIET AT THE BUREAU OF CONVEYANCES AND DAVID FONG AT THE LAND COURT | 0.10 | 15.00 |
| 12/17/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTY; TELECON MR. TOSHIO KINOSHITA; CONF SATOSHI KINOSHITA. | 0.60 | 210.00 |
| 12/17/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH T. KINOSHITA AND S. KINOSHITA | 0.15 | 22.50 |
| 12/17/01 | PETER J. HAMASAKI - LEGAL SERVICE - RESEARCH REGARDING RECORDATION OF MEMORANDUM OF FOREIGN LANGUAGE DOCUMENTS IN BUREAU OF CONVEYANCES OR LAND COURT. | 0.20 | 45.00 |
| 12/18/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW STRUCTURE; REVIEW FINANCIALS. | 0.40 | 140.00 |
| 12/18/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH S. KINOSHITA. | 0.05 | 7.50 |
| 12/19/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.30 | 105.00 |
| 12/20/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON | 0.40 | 140.00 |

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

082 1398

P. O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCORRISTON MILLER MUKAI MacKINNON LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

SPORTS SHINKO (KAUAI) CO., LTD
01/17/02
PAGE 4

CLIENT: 17089
CASE: 43913
INVOICE: 114326

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
|  | SATOSHI KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE. | | |
| 12/21/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS; CONF SATOSHI KINOSHITA, WAYNE TANIGAWA. | 0.40 | 140.00 |
| 12/24/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE. | 0.40 | 140.00 |
| 12/26/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE. | 0.40 | 140.00 |
| 12/27/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE. | 0.40 | 140.00 |
| 12/28/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW CORPORATE STRUCTURE; REVIEW FINANCIALS. | 0.35 | 122.50 |
|  | TOTAL HOURS AND FEES | 20.55 | $4,732.50 |

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PETER J. HAMASAKI | 2.30 | 225.00 | 517.50 |
| D. SCOTT MacKINNON | 0.65 | 300.00 | 195.00 |
| FRANKLIN K. MUKAI | 6.90 | 350.00 | 2,415.00 |
| STACEY C. G. HEE | 1.95 | 150.00 | 292.50 |
| ASAKO C. SHIMAZU | 8.75 | 150.00 | 1,312.50 |

TOTAL CURRENT FEES        $4,732.50
STATE TAX AT 4.16%           196.87
TOTAL FEES AND TAX        $4,929.37

| DATE | COSTS ADVANCED | AMOUNT |
|---|---|---|
|  | FAX CHARGE | 8.76 |
|  | XEROX CHARGE | 18.20 |
|  | TOTAL CURRENT COSTS | $26.96 |
|  | CURRENT INVOICE DUE | $4,956.33 |

082 1399

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

```
                    P.O. BOX 2800                                                                                PHONE: (808) 529-7300
                HONOLULU, HAWAII 96803-2800                                                                      FACSIMILE: (808) 524-8293
              FIVE WATERFRONT PLAZA, 4TH FLOOR   McCORRISTON MILLER MUKAI MacKINNON LLP                          E-MAIL: INFO@M4LAW.COM
                500 ALA MOANA BOULEVARD                                                                          FED TAX I.D. NO. 99-0080339
                  HONOLULU, HAWAII 96813                   ATTORNEYS AT LAW
```

```
CLIENT   : 19941                    CURRENT FEES AND TAX           $10,338.92
CASE     : 51891                    CURRENT COSTS AND TAX              103.00
DATE     : 01/17/02                                                -----------
INVOICE  : 114323
ATTORNEY : FRANKLIN K. MUKAI                                        10,441.92

QUEEN KAPIOLANI HOTEL
150 KAPAHULU AVENUE
HONOLULU, HI  96815
```



DEPOSITION EXHIBIT 26 F. Mukai

PAYMENT DUE UPON RECEIPT

```
QUEEN KAPIOLANI HOTEL                                               DATE:    01/17/02
RE:    GENERAL                                                      INVOICE: 114323

FOR PROFESSIONAL SERVICES RENDERED AND COSTS ADVANCED through 12/31/01

  DATE            PROFESSIONAL SERVICES                         HOURS         AMOUNT

12/03/01   PETER J. HAMASAKI - LEGAL SERVICE - WORK ON           0.30          67.50
           FORM OF PURCHASE AND SALE AGREEMENT

12/04/01   CARRIE K. OKINAGA - LEGAL SERVICE - TELEPHONE         0.30          51.00
           CALL FROM SHAWN LUIZ RE LIFT AND QUEEN
           KAPIOLANI HOTEL; TELEPHONE CALL TO SHIGERU
           TOMITA'S OFFICE RE SAME AND TELEPHONE
           CONFERENCE WITH SHAWN LUIZ RE SAME AND RE
           PFEIFFER'S VISIT ON DECEMBER 15.

12/04/01   STACEY C.G. HEE - LEGAL SERVICE - BEGIN DRAFT         1.05         157.50
           OF FORM OF PURCHASE AND SALE AGREEMENT FOR
           GOLF COURSES AND HOTELS

12/04/01   FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW            2.00         700.00
           STRUCTURE; REVIEW MEMO

12/04/01   PETER J. HAMASAKI - LEGAL SERVICE - WORK ON           0.15          33.75
           PURCHASE AND SALE AGREEMENT

12/05/01   STACEY C.G. HEE - LEGAL SERVICE - CONTINUE            1.80         270.00
           DRAFT OF FORM OF PURCHASE AND SALE FOR GOLF
           COURSES AND HOTELS; DRAFT FORM OF STOCK
           PURCHASE AGREEMENT

12/05/01   FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW            1.40         490.00
           FINANCIALS; REVIEW STRUCTURE

12/05/01   ASAKO C. SHIMAZU - LEGAL SERVICE - REVIEW             0.15          22.50
```

082  1935

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT

```
  P.O. BOX 2800                                                        PHONE: (808) 529-7300
  HONOLULU, HAWAII 96803-2800    MCCORRISTON MILLER MUKAI MACKINNON LLP   FACSIMILE: (808) 524-8293
FIVE WATERFRONT PLAZA, 4TH FLOOR                                      E-MAIL: INFO@M4LAW.COM
  500 ALA MOANA BOULEVARD              A T T O R N E Y S  A T  L A W    FED TAX I.D. NO. 99-0080339
  HONOLULU, HAWAII 96813
```

QUEEN KAPIOLANI HOTEL                                      CLIENT: 19941
01/17/02                                                    CASE: 51891
PAGE 2                                                   INVOICE: 114323

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
|  | PURCHASE AND SALE AGREEMENT |  |  |
| 12/05/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON PURCHASE AND SALE AGREEMENT. | 2.10 | 472.50 |
| 12/06/01 | STACEY C.G. HEE - LEGAL SERVICE - DRAFT FORM OF PURCHASE AND SALE AGREEMENT (LEASEHOLD) | 1.80 | 270.00 |
| 12/06/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.60 | 210.00 |
| 12/06/01 | PETER J. HAMASAKI - LEGAL SERVICE - WORK ON STOCK PURCHASE AGREEMENT | 0.90 | 202.50 |
| 12/07/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - CONF MR. KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE | 1.50 | 525.00 |
| 12/07/01 | PETER J. HAMASAKI - LEGAL SERVICE - DRAFT PURCHASE AND SALE AGREEMENT (STOCK AND ASSETS); DRAFT STOCK PURCHASE AGREEMENT; DRAFT CONFIDENTIALITY AGREEMENT; DRAFT TRANSMITTAL TO KOBAYASHI GROUP; MEETING WITH MR. KINOSHITA AND A. YEE. | 1.80 | 405.00 |
| 12/10/01 | STACEY C.G. HEE - LEGAL SERVICE - REVIEW AGREEMENTS; MEETING WITH CLIENT | 0.90 | 135.00 |
| 12/10/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; CONF W/MR. TOHIO KINOSHITA; TELECON WAYNE TANIGAWA OF THE KOBAYASHI GROUP | 1.65 | 577.50 |
| 12/10/01 | PETER J. HAMASAKI - LEGAL SERVICE - MEETING WITH MR. KINOSHITA; FOLLOW UP CORRESPONDENCE WITH KOBAYASHI GROUP. | 1.05 | 236.25 |
| 12/11/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTIES | 0.30 | 105.00 |
| 12/12/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW MEMO | 0.60 | 210.00 |
| 12/13/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.90 | 315.00 |
| 12/14/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE | 1.05 | 367.50 |
| 12/17/01 | STACEY C.G. HEE - LEGAL SERVICE - RESEARCH RE: RECORDATION OF JAPANESE LANGUAGE DOCUMENT | 0.30 | 45.00 |

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

** Continued on next page **

082 1936

```
• P.O. BOX 2800                                                          PHONE: (808) 529-7300
  HONOLULU, HAWAII 96803-2800                                            FACSIMILE: (808) 524-8293
  FIVE WATERFRONT PLAZA, 4TH FLOOR    McCORRISTON MILLER MUKAI MACKINNON LLP   E-MAIL: INFO@M4LAW.COM
  500 ALA MOANA BOULEVARD                     ATTORNEYS AT LAW            FED TAX I.D. NO. 99-0080339
  HONOLULU, HAWAII 96813
```

QUEEN KAPIOLANI HOTEL                                              CLIENT: 19941
01/17/02                                                           CASE:   51891
PAGE 3                                                             INVOICE: 114323

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | IN HAWAII; TELEPHONE CONFERENCE WITH HARRIET AT THE BUREAU OF CONVEYANCES AND DAVID FONG AT THE LAND COURT | | |
| 12/17/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW PROPERTY; TELECON MR. TOSHIO KINOSHITA; CONF SATOSHI KINOSHITA | 1.80 | 630.00 |
| 12/17/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH T. KINOSHITA AND S. KINOSHITA | 0.45 | 67.50 |
| 12/17/01 | PETER J. HAMASAKI - LEGAL SERVICE - RESEARCH REGARDING RECORDATION OF MEMORANDUM OF FOREIGN LANGUAGE DOCUMENTS IN BUREAU OF CONVEYANCES OR LAND COURT | 0.60 | 135.00 |
| 12/18/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW STRUCTURE; REVIEW FINANCIALS | 1.20 | 420.00 |
| 12/18/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH S. KINOSHITA | 0.15 | 22.50 |
| 12/19/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.90 | 315.00 |
| 12/20/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE | 1.20 | 420.00 |
| 12/21/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS; CONF SATOSHI KINOSHITA, WAYNE TANIGAWA | 1.20 | 420.00 |
| 12/24/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE | 1.20 | 420.00 |
| 12/26/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 1.20 | 420.00 |
| 12/27/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 1.20 | 420.00 |
| 12/28/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW CORPORATE STRUCTURE; REVIEW FINANCIALS | 1.05 | 367.50 |
| | TOTAL HOURS AND FEES | 34.75 | $9,926.00 |

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

082 1937

```
     P. O. BOX 2800                                                          PHONE: (808) 529-7300
   HONOLULU, HAWAII 96803-2800   McCORRISTON MILLER MUKAI MACKINNON LLP     FACSIMILE: (808) 524-8293
 FIVE WATERFRONT PLAZA, 4TH FLOOR                                            E-MAIL: INFO@M4LAW.COM
   500 ALA MOANA BOULEVARD             ATTORNEYS AT LAW                      FED TAX I.D. NO. 99-0080339
   HONOLULU, HAWAII 96813
```

QUEEN KAPIOLANI HOTEL                                    CLIENT: 19941
01/17/02                                                 CASE:   51891
PAGE 4                                                   INVOICE: 114323

|        ATTORNEY        |  HOURS |  RATE  |  AMOUNT  |
|------------------------|--------|--------|----------|
| PETER J. HAMASAKI      |  6.90  | 225.00 | 1,552.50 |
| FRANKLIN K. MUKAI      | 20.95  | 350.00 | 7,332.50 |
| CARRIE K. OKINAGA      |  0.30  | 170.00 |    51.00 |
| STACEY C. G. HEE       |  5.85  | 150.00 |   877.50 |
| ASAKO C. SHIMAZU       |  0.75  | 150.00 |   112.50 |

```
                            TOTAL CURRENT FEES         $9,926.00

                            STATE TAX AT 4.16%            412.92

                            TOTAL FEES AND TAX        $10,338.92
```

| DATE | COSTS ADVANCED | AMOUNT |
|------|----------------|--------|
|      | FAX CHARGE     |   1.80 |
|      | XEROX CHARGE   | 101.20 |

```
                            TOTAL CURRENT COSTS         $103.00

                            CURRENT INVOICE DUE      $10,441.92
```

082 1938

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P. O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

```
CLIENT   : 17087                CURRENT FEES AND TAX        $10,822.22
CASE     : 51892                CURRENT COSTS AND TAX             0.00
DATE     : 01/17/02                                         ----------
INVOICE  : 114325                                            10,822.22
ATTORNEY : FRANKLIN K. MUKAI

OCEAN RESORT HOTEL
175 PAOAKALANI AVENUE
HONOLULU, HI  96815
```


DEPOSITION EXHIBIT 27 F. Mukai

PAYMENT DUE UPON RECEIPT
-------------------------------------------------------------------------

```
OCEAN RESORT HOTEL                              DATE:    01/17/02
RE:   GENERAL                                   INVOICE: 114325

FOR PROFESSIONAL SERVICES RENDERED through 12/31/01

DATE           PROFESSIONAL SERVICES                    HOURS      AMOUNT
--------       ---------------------                    -----      ------

12/03/01  PETER J. HAMASAKI - LEGAL SERVICE - WORK ON    0.30       67.50
          FORM OF PURCHASE AND SALE AGREEMENT

12/04/01  STACEY C. G. HEE - LEGAL SERVICE - BEGIN DRAFT 1.05      157.50
          OF FORM OF PURCHASE AND SALE AGREEMENT FOR
          GOLF COURSES AND HOTELS

12/04/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW     1.50      525.00
          STRUCTURE; REVIEW MEMO

12/04/01  PETER J. HAMASAKI - LEGAL SERVICE - WORK ON    0.15       33.75
          PURCHASE AND SALE AGREEMENT

12/05/01  STACEY C. G. HEE - LEGAL SERVICE - CONTINUE    1.80      270.00
          DRAFT OF FORM OF PURCHASE AND SALE FOR GOLF
          COURSES AND HOTELS; DRAFT FORM OF STOCK
          PURCHASE AGREEMENT

12/05/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW     1.90      665.00
          FINANCIALS; REVIEW STRUCTURE

12/05/01  ASAKO C. SHIMAZU - LEGAL SERVICE - REVIEW      0.15       22.50
          PURCHASE AND SALE AGREEMENT

12/05/01  PETER J. HAMASAKI - LEGAL SERVICE - WORK ON    2.10      472.50
          PURCHASE AND SALE AGREEMENT

12/06/01  STACEY C. G. HEE - LEGAL SERVICE - DRAFT FORM  1.80      270.00
          OF PURCHASE AND SALE AGREEMENT (LEASEHOLD)
```

082  1136

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

P. O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

```
OCEAN RESORT HOTEL                                          CLIENT:   17087
01/17/02                                                    CASE:     51892
PAGE 2                                                      INVOICE:  114325

    DATE              PROFESSIONAL SERVICES                 HOURS        AMOUNT

  12/06/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       0.60        210.00
            STRUCTURE; REVIEW FINANCIALS

  12/06/01  PETER J. HAMASAKI - LEGAL SERVICE - WORK ON      0.90        202.50
            STOCK PURCHASE AGREEMENT

  12/07/01  FRANKLIN K. MUKAI - LEGAL SERVICE - CONF MR.     1.50        525.00
            KINOSHITA; REVIEW FINANCIALS; REVIEW
            STRUCTURE

  12/07/01  PETER J. HAMASAKI - LEGAL SERVICE - DRAFT        1.80        405.00
            PURCHASE AND SALE AGREEMENT (STOCK AND
            ASSETS); DRAFT STOCK PURCHASE AGREEMENT;
            DRAFT CONFIDENTIALITY AGREEMENT; DRAFT
            TRANSMITTAL TO KOBAYASHI GROUP; MEETING WITH
            MR. KINOSHITA AND A. YEE.

  12/10/01  STACEY C. G. HEE - LEGAL SERVICE - REVIEW        0.90        135.00
            AGREEMENTS; MEETING WITH CLIENT

  12/10/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       1.65        577.50
            STRUCTURE; CONF W/MR. T. KINOSHITA; TELECON
            WAYNE TANIGAWA OF THE KOBAYASHI GROUP

  12/10/01  PETER J. HAMASAKI - LEGAL SERVICE - MEETING      1.05        236.25
            WITH MR. KINOSHITA; FOLLOW UP CORRESPONDENCE
            WITH KOBAYASHI GROUP.

  12/11/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       0.30        105.00
            STRUCTURE; REVIEW PROPERTIES

  12/12/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       0.60        210.00
            STRUCTURE; REVIEW MEMO

  12/13/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       0.90        315.00
            STRUCTURE; REVIEW FINANCIALS

  12/14/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       1.05        367.50
            STRUCTURE

  12/17/01  STACEY C. G. HEE - LEGAL SERVICE - RESEARCH      0.30         45.00
            RE: RECORDATION OF JAPANESE LANGUAGE DOCUMENT
            IN HAWAII; TELEPHONE CONFERENCE WITH HARRIET
            AT THE BUREAU OF CONVEYANCES AND DAVID FONG
            AT THE LAND COURT

  12/17/01  FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW       1.80        630.00
            STRUCTURE; REVIEW PROPERTY; TELECON MR.
            TOSHIO KINOSHITA; CONF SATOSHI KINOSHITA
```

082 1137

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

** Continued on next page **

P.O. BOX 2800
HONOLULU, HAWAII 96803-2800
FIVE WATERFRONT PLAZA, 4TH FLOOR
500 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96813

# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

PHONE: (808) 529-7300
FACSIMILE: (808) 524-8293
E-MAIL: INFO@M4LAW.COM
FED TAX I.D. NO. 99-0080339

OCEAN RESORT HOTEL  
01/17/02  
PAGE 3  

CLIENT: 17087  
CASE: 51892  
INVOICE: 114325  

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 12/17/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH T. KINOSHITA AND S. KINOSHITA | 0.45 | 67.50 |
| 12/17/01 | PETER J. HAMASAKI - LEGAL SERVICE - RESEARCH REGARDING RECORDATION OF MEMORANDUM OF FOREIGN LANGUAGE DOCUMENTS IN BUREAU OF CONVEYANCES OR LAND COURT | 0.60 | 135.00 |
| 12/18/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW STRUCTURE; REVIEW FINANCIALS | 1.20 | 420.00 |
| 12/18/01 | ASAKO C. SHIMAZU - LEGAL SERVICE - TELEPHONE CONFERENCE WITH S. KINOSHITA | 0.15 | 22.50 |
| 12/19/01 | STACEY C. G. HEE - LEGAL SERVICE - REVIEW E-MAIL FROM ALEX JAMPEL; DRAFT E-MAIL REGARDING RECORDATION OF JAPANESE LANGUAGE DOCUMENT | 0.30 | 45.00 |
| 12/19/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS | 0.90 | 315.00 |
| 12/20/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - TELECON SATOSHI KINOSHITA; REVIEW FINANCIALS; REVIEW STRUCTURE | 1.20 | 420.00 |
| 12/21/01 | STACEY C. G. HEE - LEGAL SERVICE - TELEPHONE CONFERENCE WITH ALEX JAMPEL REGARDING STATUS OF AGREEMENT | 0.20 | 30.00 |
| 12/21/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW STRUCTURE; REVIEW FINANCIALS; CONF SATOSHI KINOSHITA, WAYNE TANIGAWA | 1.20 | 420.00 |
| 12/24/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW STRUCTURE | 1.20 | 420.00 |
| 12/26/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 1.20 | 420.00 |
| 12/27/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FINANCIALS; REVIEW CORPORATE STRUCTURE | 1.20 | 420.00 |
| 12/28/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW FAX RE: TRI-PARTY AGREEMENT; REVIEW MEMO. | 1.00 | 350.00 |
| 12/28/01 | STACEY C. G. HEE - LEGAL SERVICE - REVIEW | 0.30 | 45.00 |

082 1138

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.

** Continued on next page **

```
  P. O. BOX 2800                                                          PHONE: (808) 529-7300
  HONOLULU, HAWAII 96803-2800                                             FACSIMILE: (808) 524-8293
FIVE WATERFRONT PLAZA, 4TH FLOOR   McCORRISTON MILLER MUKAI MacKINNON LLP  E-MAIL: INFO@M4LAW.COM
  500 ALA MOANA BOULEVARD                  ATTORNEYS AT LAW                FED TAX I.D. NO. 99-0080339
  HONOLULU, HAWAII 96813
```

OCEAN RESORT HOTEL                                    CLIENT:    17087
01/17/02                                              CASE:      51892
PAGE 4                                                INVOICE:   114325

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | E-MAIL FROM LORRIN HIRANO; DRAFT E-MAIL TO SATOSHI KINOSHITA | | |
| 12/28/01 | STACEY C.Q. HEE - LEGAL SERVICE - REVIEW E-MAIL FROM LORRIN HIRANO; DRAFT E-MAIL TO SATOSHI KINOSHITA | 0.30 | 45.00 |
| 12/28/01 | FRANKLIN K. MUKAI - LEGAL SERVICE - REVIEW CORPORATE STRUCTURE; REVIEW FINANCIALS | 1.05 | 367.50 |
| | TOTAL HOURS AND FEES | 36.55 | $10,390.00 |

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PETER J. HAMASAKI | 6.90 | 225.00 | 1,552.50 |
| FRANKLIN K. MUKAI | 21.95 | 350.00 | 7,682.50 |
| STACEY C.Q. HEE | 6.95 | 150.00 | 1,042.50 |
| ASAKO C. SHIMAZU | 0.75 | 150.00 | 112.50 |

                        TOTAL CURRENT FEES     $10,390.00

                        STATE TAX AT 4.16%         432.22

                        TOTAL FEES AND TAX     $10,822.22


                        CURRENT INVOICE DUE    $10,822.22

082  1139

To insure proper credit, please note case or invoice number on your check.
TERMS: PAYABLE UPON RECEIPT.