# Memo

Date    :   August 23, 2000

To      :   Satoshi Kinoshita

From    :   Franklin K. Mukai

Subject :   New companies

---

You have formed two corporations – Management Services of the Pacific, Inc. and Far East Management Services, Inc. – which are presently not doing any business. The two corporations may enter into agreements with the Sports Shinko group to manage some of its properties.

Please be advised that neither of the corporations you formed have any legal obligation to enter into management agreements with the Sports Shinko group. Further, if your corporations do decide to enter into any management agreements with the Sports Shinko group, you should consult with your Japan attorney to determine whether there are any Japan laws, including tax laws, which might affect the transaction. If you do proceed, then this law firm will not represent either of the corporations as this law firm represents the Sports Shinko group.

If you have any questions, please feel free to call.

159 0159

EXHIBIT
6
Mukai 12/12/07



EXHIBIT 25

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 ACK-BMK |
| | ) | CV 04-00127 ACK-BMK |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED CASES |
| vs. | ) | |
| | ) | |
| QK HOTEL, LLC., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FRANKLIN K. MUKAI, et al., | ) | |
| | ) | |
| Third-Party | ) | |
| Plaintiffs, | ) | DEPOSITION OF |
| | ) | FRANKLIN K. MUKAI |
| vs. | ) | |
| | ) | Volume I |
| SPORTS SHINKO (USA) CO., | ) | (Pages 1 - 150) |
| LTD., et al., | ) | (Exhibits 1 - 11) |
| | ) | |
| Third-Party | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPORTS SHINKO (HAWAII) CO., | ) | |
| LTD., et al., | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants/ | ) | |
| Counterclaimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QK HOTEL, LLC, et al., | ) | |
| | ) | |
| Third-Party | ) | |
| Counterclaim | ) | |
| Defendants. | ) | |
| | ) | |
| AND CONSOLIDATED CASES | ) | |
| | ) | |

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090

1                    DEPOSITION OF FRANKLIN K. MUKAI

2

3    Taken on behalf of PLAINTIFFS AND THIRD-PARTY DEFENDANTS THE

4    SPORTS SHINKO COMPANIES, at the offices of Alston Hunt Floyd &

5    Ing, 20th Floor, ASB Tower, 1001 Bishop Street, Honolulu,

6    Hawai`i 96813, commencing at 9:03 a.m., on Wednesday,

7    December 12, 2007, pursuant to first amended notice.

23    BEFORE:    JOY C. TAHARA, RPR, CSR 408

24               Notary Public, State of Hawai`i

25

```
 1                      A P P E A R A N C E S
 2
 3
       FOR PLAINTIFFS AND              BRUCE K. WAKUZAWA, ESQ.
 4     THIRD-PARTY DEFENDANTS          Alston Hunt Floyd & Ing
       THE SPORTS SHINKO COMPANIES     American Savings Bank Tower
 5                                     1001 Bishop Street,
                                       18th Floor
 6                                     Honolulu, Hawai`i 96813
                                       Tel. (808) 524-1800
 7                                     Fax. (808) 524-4591
                                       bwakuzawa@ahfi.com
 8
       FOR DEFENDANT AND THIRD-PARTY   WILLIAM A. BORDNER, ESQ.
 9     PLAINTIFF                       Burke McPheeters Bordner &
       FRANKLIN K. MUKAI:              Estes
10                                     3100 Mauka Tower, Pacific
                                       Guardian Center
11                                     737 Bishop Street
                                       Honolulu, Hawai`i 96813
12                                     Tel. (808) 523-9833
                                       Fax. (808) 528-1656
13                                     bbordner@bmbe-law.com

14     FOR DEFENDANTS,                 ROBERT A. MARKS, ESQ.
       COUNTERCLAIMANTS, AND           Price Okamoto Himeno & Lum
15     THIRD-PARTY PLAINTIFFS          Ocean View Center
       KG HOLDINGS, LLC, KIAHUNA       707 Richards Street,
16     GOLF CLUB, LLC, KG KAUAI        Suite 728
       DEVELOPMENT, LLC, PUKALANI      Honolulu, Hawai`i 96813
17     GOLF CLUB, LLC, KG MAUI         Tel. (808) 538-1113
       DEVELOPMENT, LLC, MILILANI      Fax. (808) 533-0549
18     GOLF CLUB, LLC, QK HOTEL,       ram@pohlhawaii.com
       LLC, and OR HOTEL, LLC:
19
       FOR                             JOHN Y. YAMANO, ESQ.
20     MCCORRISON MILLER MUKAI         McCorrison Miller Mukai
       MACKINNON, LLP:                 MacKinnon, LLP
21                                     Five Waterfront Plaza,
                                       4th Floor
22                                     500 Ala Moana Boulevard
                                       Honolulu, Hawai`i 96813
23                                     Tel. (808) 529-7414 [Direct]
                                       Fax. (808) 535-8030 [Direct]
24                                     yamano@m4law.com

25     Also present:                   MR. WAYNE TANIGAWA
```

```
14:01:41   1    can't recall the document, that you did not receive this e-mail?
  :01:47   2         A.   Same answer, no.
14:01:57   3         Q.   The last page on Exhibit 5.  Other than that you don't
14:02:13   4    recall the document, do you have any reason to believe that you
14:02:16   5    did not receive this e-mail?
14:02:19   6         A.   Same answer, no.
14:02:44   7                            Deposition Exhibit 6 was
14:02:46   8                            marked for identification.
14:02:46   9         Q.   You can read over the exhibit.  Mr. Mukai, my
14:03:07  10    question's going to be, do you recognize this as a true and
14:03:11  11    accurate copy of a memo dated August 23, 2000, that you sent to
14:03:18  12    Satoshi Kinoshita?
14:03:19  13              MR. MARKS:  Keep going.  I'll be right back.
  :03:30  14              (At 2:03 p.m., Mr. Marks exits the deposition.)
14:03:30  15         A.   I have no reason not to believe.
14:03:36  16         Q.   Do you remember why you drafted this memo?
14:03:39  17         A.   No.
14:03:42  18         Q.   As you look at it, do you know why you drafted it?
14:03:46  19         A.   No.  Other than to -- other than to say --.  No, I
14:04:13  20    have no reason.  I'm not sure.
14:04:14  21         Q.   Even if you're not sure, do you have an idea?
14:04:25  22              MR. BORDNER:  Just don't speculate or guess.
14:04:27  23         A.   Yeah, I don't want to speculate.
14:04:34  24         Q.   I'm just asking you as the author of the document and
14:04:40  25    as you read it, do you have any idea as to why you drafted this
```

| | | |
|---|---|---|
| 14:04:45 | 1 | memo? |
| :04:45 | 2 | A. It's something that I have to go back and view the |
| 14:05:01 | 3 | context and see what was going on at the time. |
| 14:05:06 | 4 | Q. As you sit here right now looking at Exhibit 6, do you |
| 14:05:09 | 5 | have any idea as to why you drafted the memo? |
| 14:05:12 | 6 | A. Not at this time. |
| 14:05:16 | 7 | Q. The first paragraph references Management Services of |
| 14:05:20 | 8 | the Pacific, Inc. and Far East Management Services, Inc., which |
| 14:05:25 | 9 | we talked about earlier this morning. And I believe you had |
| 14:05:30 | 10 | said that they were dissolved shortly after they were formed, |
| 14:05:35 | 11 | correct? |
| 14:05:35 | 12 | A. I believe so. |
| 14:05:36 | 13 | Q. Do you remember why they were dissolved shortly after |
| :05:40 | 14 | they were formed? |
| 14:05:43 | 15 | (Mr. Marks returns to the deposition, 2:05 p.m.) |
| 14:05:44 | 16 | A. I don't know the reason why, but it was probably on |
| 14:05:47 | 17 | his instructions, I guess, from Satoshi. |
| 14:05:51 | 18 | Q. Do you remember anything as to why those two |
| 14:05:55 | 19 | corporations were dissolved shortly after they were formed? |
| 14:05:59 | 20 | A. I'd have to look at -- I have to go back and look at |
| 14:06:03 | 21 | files. |
| 14:06:05 | 22 | Q. Which files? |
| 14:06:05 | 23 | A. Wherever these, you know, the files of management |
| 14:06:16 | 24 | services, if there's anything, or Sports Shinko or -- I'm not |
| 14:06:22 | 25 | sure what files there'd be. |

| | | |
|---|---|---|
| 14:06:23 | 1 | Q. The first sentence of the second paragraph says, |
| 14:06:35 | 2 | "Please be advised that neither of the corporations you formed |
| 14:06:38 | 3 | have any legal obligation to enter into management agreements |
| 14:06:42 | 4 | with the Sports Shinko group." Do you see that? |
| 14:06:43 | 5 | A. Yes. |
| 14:06:46 | 6 | Q. What did you mean by that? |
| 14:06:47 | 7 | A. Just what it says. No one can force the management, |
| 14:07:02 | 8 | the two companies to enter into agreement with the Sports Shinko |
| 14:07:07 | 9 | group. |
| 14:07:07 | 10 | Q. I guess what I'm wondering is, did that subject come |
| 14:07:10 | 11 | up so that you thought maybe Satoshi Kinoshita thought that |
| 14:07:14 | 12 | there was some legal obligation for Sports Shinko group to enter |
| 14:07:21 | 13 | into contracts with the two corporations? |
| 14:07:24 | 14 | A. That's why I'm not sure what the context was. So I |
| 14:07:30 | 15 | really can't -- I'd be speculating. I don't recall Satoshi --. |
| 14:07:41 | 16 | I don't recall conversations with Satoshi with respect to this. |
| 14:07:43 | 17 | Q. You were drafting this memo to Satoshi Kinoshita in |
| 14:07:52 | 18 | what capacity? |
| 14:07:55 | 19 | A. This memo? As an attorney. |
| 14:08:01 | 20 | Q. Attorney for whom? |
| 14:08:01 | 21 | A. Well, we are the attorneys to Sports Shinko group, so. |
| 14:08:12 | 22 | Sports Shinko Hawaii. |
| 14:08:16 | 23 | Q. I'm guess why I asked that question is that sentence |
| 14:08:21 | 24 | that I read, the first one in the second paragraph, you're |
| 14:08:26 | 25 | telling Satoshi that the two corporations don't have any legal |

| | | |
|---|---|---|
| 14:08:32 | 1 | obligation to enter into management agreements with Sports |
| :08:36 | 2 | Shinko group.  So you're telling Satoshi what legal obligations |
| 14:08:41 | 3 | the two corporations have.  So are you representing the |
| 14:08:45 | 4 | corporations, Management Services of the Pacific and Far East |
| 14:08:49 | 5 | Management? |
| 14:08:49 | 6 | A.   No, no.  And I guess what's occurring is that I'd be |
| 14:08:59 | 7 | speculating as to what the intent of the sentence was.  I mean, |
| 14:09:02 | 8 | a very simplistic view is that two companies don't have to |
| 14:09:10 | 9 | contract with anyone, and sometimes you have to be very |
| 14:09:14 | 10 | simplistic to Satoshi.  So that's why I say I'm not sure exactly |
| 14:09:20 | 11 | what the context was. |
| 14:09:23 | 12 | Q.   You mentioned in what capacity you wrote the memo. |
| 14:09:30 | 13 | But in what capacity did you think Satoshi Kinoshita was serving |
| :09:38 | 14 | in receiving this memo? |
| 14:09:38 | 15 | A.   I'm sorry, you're gonna have to ask him that question. |
| 14:09:50 | 16 | Q.   Well, I'm asking you because you authored it.  So I'm |
| 14:09:54 | 17 | asking you in what capacity were you writing to Satoshi |
| 14:10:01 | 18 | Kinoshita?  As an individual?  As a representative of Sports |
| 14:10:06 | 19 | Shinko?  As a representative of Management Services and Far East |
| 14:10:11 | 20 | Management?  In some other capacity? |
| 14:10:15 | 21 | MR. BORDNER:  I'm going to object.  It's already been |
| 14:10:18 | 22 | asked and answered as to the capacity that he was serving in. |
| 14:10:23 | 23 | Q.   You can answer. |
| 14:10:25 | 24 | A.   I'd have to review the files.  I'm sorry, I can't --. |
| 14:10:36 | 25 | Just by reading this, I can't answer the question. |

150

# CERTIFICATE

STATE OF HAWAI`I           )
                          ) ss.
CITY AND COUNTY OF HONOLULU )

I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

That on Wednesday, December 12, 2007, at 9:03 a.m., before me appeared FRANKLIN K. MUKAI, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

DATED: Honolulu, Hawai`i, December 16, 2007.

_____
Notary Public, State of Hawai`i
My commission expires: 10/11/10