# McCorriston Miller Mukai MacKinnon LLP

ATTORNEYS AT LAW

**PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION**

August 31, 2000

Mr. Tsugio Fukuda
Sports Shinko Co., Ltd.
3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 JAPAN

Re: Management Agreements.

Dear Mr. Fukuda:

We would like to confirm with you certain very important points that we have discussed this week. We understand that the Sports Shinko Group would like to reorganize its structure of ownership and management operations for its various properties in the State of Hawaii. In that reorganization, Sports Shinko Group would like to delegate the management duties to independent management companies and reserve only the ownership of the properties to the various Sports Shinko subsidiaries.

We have advised Sports Shinko that although such a reorganization is possible, it must be aware of fraudulent conveyances issues both with respect to bankruptcy and foreclosure situations which may affect the effectiveness of the reorganization. Although we understand that it is the intent of Sports Shinko Group to reorganize the various operations in Hawaii to achieve a more efficient management function of the group as a whole, it may be possible for creditors to attack the reorganization effort as a fraudulent conveyance or, in a bankruptcy situation, as either a fraudulent conveyance or a voidable prefence. In the worst case scenario, a creditor or a bankruptcy trustee could seek both civil and criminal sanctions. We attach a copy of a newspaper article about Mr. Sukamto Sia who is now being charged with such allegations.

Accordingly, it is critical to the reorganization effort that the management functions be delegated to independent management companies that retain independent counsel who will conduct arms-length negotiations.

Very truly yours,

McCORRISTON MIHO MILLER MUKAI

Franklin K. Mukai
Eric T. Kawatani

F:\USERS\ETK\SPORTS\Reorg.fukuda.ltr.wpd 11

259 0163

P.O. Box 2800 • Honolulu, Hawaii 96803-2800
Five Waterfront Plaza, 4th Floor • 500 Ala Moana Boulevard • Honolulu, Hawaii 96813
Telephone: (808) 529-7300 • Fax: (808) 524-8293 • E-mail: info@m4law.com

EXHIBIT 26

Mr. Tsugio Fukuda
Sports Shinko Co., Ltd.
August 31, 2000
Page 2

ETK:ti

cc: Mr. Satoshi Kinoshita

F:\USERS\ETK\SPORTS\Resp\fukuda.ltr.wpd

259 0164

# The Honolulu A[dvertiser]



87°-77° / Partly cloudy
WEATHER, A4

HONOLULU HI     96813-4[...]

Thursday • AUGUST 31, 2000



# Ex-trustees

▲▲▲

## Reorganization plan approved for school

**SIA:** Apprehended by FBI at meeting with creditors.

## Sia pleads not guilty after FBI arrest

Lawyer says client

By Alice Keesing
ADVERTISER EDUCATION WRITER

The Kamehameha Schools interim trustees have approved a major reorganization plan for the school.

The reorganization is necessary for the schools to implement the new strategic plan, which will pump more money into the system and expand the education programs, said chief executive officer Hamilton McCubbin, who outlined the plan to the beneficiary group Nā Pua a Ke Ali'i Pauahi last night.

The most significant change is the creation of a chief education officer position to oversee all three campuses and educational programs.

Each campus will be led by a headmaster, who will report to the chief education officer.

That means Kamehameha Schools President

See SCHOOL, A8

## Settlement



259  0165

# Sia: Lawyer says he was lured to Hawai'i

### FROM PAGE ONE

close significant assets and funneling money to friends and relatives to evade creditors.

Sia repeatedly has denied those charges.

Yesterday's sealed federal indictment accuses Sia of diverting $7.5 million from the sale of a GulfStream IV jet to companies he controlled and then not telling the bankruptcy court. Sia also is accused of obtaining two state tax refund checks totaling $757,249.10 and spending the money.

U.S. Attorney Steve Alm said the federal indictment carries a penalty of up to five years in prison and a $250,000 fine for each charge.

Officials said yesterday that an investigation is continuing, and it is likely they will amend the counts of the indictment as more information is discovered.

Alm said he was not sure how the criminal case will affect Sia's civil bankruptcy case or the liquidation of some assets that could become evidence in a trial later.

In a bail hearing yesterday afternoon before Federal Magistrate Judge Barry Kurren, attorneys for the bankrupt Sia presented a $50,000 cashier's check to the court for bail.

Sia, dressed in a blue, long-sleeved shirt, slacks and shackles, also offered to surrender his passport and pay for private security guards to watch him if he was granted release, or placed under house arrest here in Hawai'i.

Prosecutors argued that Sia, a citizen of Singapore, was at risk of fleeing the country and asked that bail be denied.

Kurren denied bail and ordered that Sia be held in jail overnight outside the reach of U.S. courts.

It is a charge that Sia has repeatedly denied.

"The scheme, according to prosecutors, involved Sia selling the jet back to GulfStream for $20 million. Sia told bankruptcy officials in later court filings that all of the proceeds went to pay Finova Capital Financing, a leasing company that financed the jet's original purchase. But bankruptcy investigators said they found only about $10 million went to Finova.

Sia, through Honolulu attorney Renton Nip, ordered that $7.8 million of the proceeds be wired to Arton Pte. Ltd., according to the indictment. Sia owned 99.9 percent of Arton and was its chairman, according to court records. Sia then issued himself a check from Arton for $7.6 million and deposited that money in a personal Bank of America account in Singapore, prosecutors allege. He then had Bank of America wire $2 million to Elevate Holdings Ltd., $2 million to Cyber Enterprises Ltd. and $3.6 million to A-B-C Pacific Ltd. — all British Virgin Islands holding companies controlled by Sia, according to officials.

### Bought jewels for mother

Some creditors yesterday said they are not happy with the recent developments.

Sia said during yesterday's creditor meeting that, despite the bankruptcy case, he traveled to Las Vegas earlier this year and gambled away several hundred thousand dollars from state tax refunds at the Bellagio Hotel and Casino. Sia also said he ... about $300,000 to buy a diamond ... ring and ring set for his mother.

Yesterday's criminal indictment is the latest in a series of legal problems that have beset the once high-flying financier.

Sia, formerly Sukarman Sukamto, filed for bankruptcy protection in a Hawai'i bankruptcy court Nov. 6, 1998, just weeks after being arrested in Las Vegas in the writing of bad checks at several hotels and casinos. But within a few months, what started out as a bankruptcy reorganization turned into a fire sale as Sia's estate was forced into liquidation.

### Millions owed to casinos?

In his bankruptcy filing, Sia said he owed creditors nearly $300 million; much of it to casinos for gambling debts; he claimed about $9 million in assets, mostly in properties and stock in Bank of Honolulu, where he served as chairman. Sia, who now lives in Macau, is no longer associated with the bank.

The Clark County District Attorney's office in Las Vegas still has criminal charges pending against Sia for writing bad checks to the Rio Hotel and Casino and Caesar's Palace in 1998. Sia also is facing lawsuits by several banks in Asia, where they allege Sia owes more than $63 million in unpaid loans.

Sia told The Advertiser earlier this year in an interview that he filed for bankruptcy protection on the advice of his lawyers and had since regretted the decision. He said he has been dogged by lawyers, creditors and the FBI over his complicated and far-flung business interests.

Prosecutors alleged yesterday that Sia and companies he controlled were involved in a scheme to funnel money from the sale of a GulfStream jet that Sia owned to offshore com-

not be amused that (Sia) is spending money at other casinos while he still owes them millions," said Don Gelber, the Honolulu attorney representing the Rio and Caesar's in the bankruptcy proceeding.

Sia has requested that his bankruptcy case be dismissed, but most observers say that is unlikely. Sia also has filed a motion to have his $300 million in debts discharged, leading several creditors to seek judgments on their own so that they can start seizing assets that are not part of the bankruptcy.

"He is a gambling addict, and he is not going to change his ways," said Scott Batterman, an attorney representing a British casino company that is owed $5.4 million by Sia.

Sia's attorneys raised their own questions yesterday about actions taken by the FBI and the U.S. Attorney's Office in arresting Sia.

"This is not about drugs, or violence," said Sia's newest attorney, John Edmunds. Edmunds said Sia was lured to Hawai'i by the government under the pretext of meeting with creditors, but it was really just a ruse to arrest him.

"He knew the government was interested in him," Edmunds said in court yesterday, but he said Sia was unaware that he was facing a federal indictment.

Hoping Sia would spend as little time in jail as possible before the trial, Edmunds asked Kurren for the earliest court date possible. Kurren agreed to expedite Sia's detention hearing to later this afternoon.

Assistant U.S. Attorney Omer Poirier argued that, "The defendant should not be treated any differently because he is rich."

But Edmunds told Kurren the issue was not how rich Sia may be. "I am asking he be treated differently ..." he said.

---

Associated Press

painted clay idol of the ...'s 10-day festival devoted ... of the festival, representing the Arabian Sea.

### ...rto absent ...ial opens

...RTA, Indonesia — Ex-... Suharto's corruption ...ned today amid tight se-... the former dictator did ...nd the session after doc-...ermined he was too sick... trial.

... morning Suharto's med-... consisting of 23 doctors ... the health of our client ...cluded he was sick," at-...elix Tampubolon told the ...ge panel. "Because of ... could not face the court," ...cutors immediately asked ...vo-week adjournment to ...r doctors an opportunity ...ine Suharto.

### ...IC ISLANDS

### senators back ... crackdown

...AN, Northern Mariana Is-... — A bipartisan coalition of

# McCORRISTON MILLER MUKAI MacKINNON LLP

ATTORNEYS AT LAW

**PRIVILEGED AND CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION**

August 31, 2000

Mr. Tsugio Fukuda
Sports Shinko Co., Ltd.
3-7 Kanda Ogawamachi
Chiyoda-ku, Tokyo 101 JAPAN

Re: Management Agreements.

Dear Mr. Fukuda:

We would like to confirm with you certain very important points that we have discussed this week. We understand that the Sports Shinko Group would like to reorganize its structure of ownership and management operations for its various properties in the State of Hawaii. In that reorganization, Sports Shinko Group would like to delegate the management duties to independent management companies and reserve only the ownership of the properties to the various Sports Shinko subsidiaries.

We have advised Sports Shinko that although such a reorganization is possible, it must be aware of fraudulent conveyances issues both with respect to bankruptcy and foreclosure situations which may affect the effectiveness of the reorganization. Although we understand that it is the intent of Sports Shinko Group to reorganize the various operations in Hawaii to achieve a more efficient management function of the group as a whole, it may be possible for creditors to attack the reorganization effort as a fraudulent conveyance or, in a bankruptcy situation, as either a fraudulent conveyance or a voidable preference. In the worst case scenario, a creditor or a bankruptcy trustee could seek both civil and criminal sanctions. We attach a copy of a newspaper article about Mr. Sukamto Sia who is now being charged with such allegations.

Accordingly, it is critical to the reorganization effort that the management functions be delegated to independent management companies that retain independent counsel who will conduct arms-length negotiations.

Very truly yours,

McCORRISTON MIHO MILLER MUKAI

Franklin K. Mukai
Eric T. Kawatani

EXHIBIT 11
Mukai 12/12/07

EXHIBIT 8

P.O. Box 2800 – Honolulu, Hawaii 96803-2800

Mr. Tsugio Fukuda
Sports Shinko Co., Ltd.
August 31, 2000
Page 2

ETK:ti

cc: Mr. Satoshi Kinoshita

Case 1:04-cv-00124-BMK   Document 361-33   Filed 01/11/2008   Page 7 of 16



87°-77° / Partly cloudy
WEATHER, A4

# The Honolulu ~~[Advertiser]~~

...~~ANA BLVD STE~~
HONOLULU HI      968~~1~~

Thursday • AUGUST 31,

# Ex-trustees



SIA: Apprehended by FBI at meeting with creditors.

## Sia pleads not guilty after FBI arrest

Launder says client

▲▲▲

## Reorganization plan approved for school

By Alice Keesing
ADVERTISER EDUCATION WRITER

The Kamehameha Schools interim trustees have approved a major reorganization plan for the school.

The reorganization is necessary for the schools to implement the new strategic plan, which will pump more money into the system and expand the education programs, said chief executive officer Hamilton McCubbin, who outlined the plan to the beneficiary group Nā Pua a Ke Aliʻi Pauahi last night.

The most significant change is the creation of a chief education officer position to oversee all three campuses and educational programs.

Each campus will be led by a headmaster, who will report to the chief education officer.

That means Kamehameha Schools President
See SCHOOL, A8

## Settleme~~nt~~



## FROM PAGE ONE

close significant assets and funnel-ing money to friends and relatives to evade creditors.

Sia repeatedly has denied those charges.

Yesterday's sealed federal indictment accuses Sia of diverting $7.6 million from the sale of a GulfStream IV jet to companies he controlled and then not telling the bankruptcy court. Sia also is accused of obtaining two state tax refund checks totaling $757,249.10 and spending the money.

U.S. Attorney Steve Alm said the federal indictment carries a penalty of up to five years in prison and a $250,000 fine for each charge.

Officials said yesterday that an investigation is continuing, and it is likely they will amend the counts of the indictment as more information is discovered.

Alm said he was not sure how the criminal case will affect Sia's civil bankruptcy case or the liquidation of some assets that could become evidence in a trial later.

In a bail hearing yesterday afternoon before Federal Magistrate Judge Barry Kurren, attorneys for the bankrupt Sia presented a $50,000 cashier's check to the court for bail.

Sia, dressed in a blue, long-sleeved shirt, slacks and shackles, also offered to surrender his passport and pay for private security guards to watch him if he was granted release, or placed under house arrest here in Hawai'i.

Prosecutors argued that Sia, a citizen of Singapore, was at risk of fleeing the country and asked that bail be denied.

Kurren denied bail and ordered that Sia be held in jail overnight...

Yesterday's criminal indictment is the latest in a series of legal problems that have beset the once high-flying financier.

Sia, formerly Sukarman Sukamto, filed for bankruptcy protection in a Hawai'i bankruptcy court Nov. 6, 1998, just weeks after being arrested in Las Vegas in the writing of bad checks at several hotels and casinos. But within a few months, what started out as a bankruptcy reorganization turned into a fire sale as Sia's estate was forced into liquidation.

## Millions owed to casinos?

In his bankruptcy filing, Sia said he owed creditors nearly $300 million, much of it to casinos for gambling debts; he claimed about $9 million in assets, mostly in properties and stock in Bank of Honolulu, where he served as chairman. Sia, who now lives in Macau, is no longer associated with the bank.

The Clark County District Attorney's office in Las Vegas still has criminal charges pending against Sia for writing bad checks to the Rio Hotel and Casino and Caesar's Palace in 1998. Sia also is facing lawsuits by several banks in Asia, where they allege Sia owes more than $63 million in unpaid loans.

Sia told The Advertiser earlier this year in an interview that he filed for bankruptcy protection on the advice of his lawyers and had since regretted the decision. He said he has been dogged by lawyers, creditors and the FBI over his complicated and far-flung business interests.

Prosecutors alleged yesterday that Sia and companies he controlled were involved in a scheme to divert money from the sale of a GulfStream jet that Sia owned to otherwise com...

outside the reach of U.S. courts.

It is a charge that Sia has repeatedly denied.

The scheme, according to prosecutors, involved Sia selling the jet back to GulfStream for $20 million. Sia told bankruptcy officials in later court filings that all of the proceeds went to pay Finova Capital Financing, a leasing company that financed the jet's original purchase. But bankruptcy investigators said they found only about $10 million went to Finova.

Sia, through Honolulu attorney Renton Nip, ordered that $7.6 million of the proceeds be wired to Arton Pte. Ltd., according to the indictment. Sia owned 98.9 percent of Arton and was its chairman, according to court records. Sia then issued himself a check from Arton for $7.6 million and deposited that money in a personal Bank of America account in Singapore, prosecutors allege. He then had Bank of America wire $2 million to Elevate Holdings Ltd., $2 million to Cyber Enterprises Ltd. and $3.6 million to A-B-C Pacific Ltd. — all British Virgin Islands holding companies controlled by Sia, according to officials.

## Bought jewels for mother

Some creditors yesterday said they are not happy with the recent developments.

Sia said during yesterday's creditor meeting that despite the bankruptcy case, earlier this year he traveled to Las Vegas, gambled away several hundred thousand dollars from state tax refunds at the Bellagio Hotel and Casino. Sia also said he had bought $300,000 in jewelry, a diamond ring and ring set for his mother...

not be amused that (Sia) is spending money at other casinos when he still owes them millions," said Don Gelber, the Honolulu attorney representing the Rio and Caesar's in the bankruptcy proceeding.

Sia has requested that his bankruptcy case be dismissed, but many observers say that is unlikely. He also has filed a motion to have $300 million in debts discharged, leading several creditors to seek judgments on their own so that they can start seizing assets that are not part of the bankruptcy.

"He is a gambling addict, and is not going to change his ways," Scott Batterman, an attorney representing a British casino, complained that is owed $3.4 million by Sia.

Sia's attorneys raised their own questions yesterday about actions taken by the FBI and the U.S. Attorney's Office in arresting Sia.

"This is not about drugs, or violence," said Sia's newest attorney John Edmunds. Edmunds said Sia was lured to Hawai'i by the government under the pretext of meeting with creditors, but it was really a ruse to arrest him.

"He knew the government was interested in him," Edmunds said in court yesterday, but he said Sia was unaware that he was facing federal indictment.

Hoping Sia would spend as little time in jail as possible before the trial, Edmunds asked Kurren for earliest court date possible. Kurren agreed to expedite Sia's detention hearing to later this afternoon.

Assistant U.S. Attorney Om Poirier argued that, "The defendant should not be treated any differently because he is rich."

But Edmunds told Kurren the issue was not how rich Sia may be am asking he be treated differently...

---



*Associated Press*

ly painted clay idol of the day's 10-day festival devoted mind of the festival, represents to the Arabian Sea.

## [Suh]arto absent [as] trial opens

[JAK]ARTA, Indonesia — Ex-[Pres]ident Suharto's corruption [trial] opened today amid tight security, but the former dictator did [not at]tend the session after doctors [dete]rmined he was too sick [to st]and trial.

[In th]is morning Suharto's medical team consisting of 23 doctors [agre]ed the health of our client [con]cluded he was sick," attorney [Feli]x Tumpubolon told the [ju]dge panel. "Because of [this] he could not face the court."

[Pro]secutors immediately asked [for a] two-week adjournment to [let th]eir doctors an opportunity to examine Suharto.

## PACIFIC ISLANDS

## [U.S.] senators back [trav]el crackdown

[SAIP]AN, Northern Mariana Is. — A bipartisan coalition of senators, including Democrats...

```
15:25:15  1   fraudulent transfers in connection with Sports Shinko, correct?
15:25:18  2       A.  Correct.
15:25:22  3       Q.  I'm saying apart from that, do you recall any other
15:25:26  4   communication with anyone at Sports Shinko, whether verbal or in
15:25:31  5   writing, on the subject of fraudulent transfers?
15:25:33  6       A.  Not that I can think of.
15:25:36  7       Q.  Do you recall when these issues concerning the
15:25:42  8   management agreements, the establishing of management companies,
15:25:51  9   having a concern in your mind that there were some fraudulent
15:25:57 10   transfer issues that needed to be thought about?
15:26:06 11       A.  I'm going to now refer to the post litigation document
15:26:11 12   that I saw.  And basically, there was communication from myself
15:26:21 13   and actually sent by Mr. Kawatani.  I'm not exactly sure what
15:26:32 14   the references were.  But is this, that's the document?
15:26:47 15       Q.  It may be.
15:26:47 16                       Deposition Exhibit 11 was
15:26:47 17                       marked for identification.
15:26:57 18       A.  So we can move this along.  (Viewing.)  Well, I
15:27:06 19   think --
15:27:06 20       Q.  Let me ask you to identify.  Is Exhibit 11 that letter
15:27:12 21   that you were referring to that you saw after the litigation
15:27:13 22   that referred to fraudulent transfer issues?
15:27:16 23       A.  That's correct.
15:27:18 24       Q.  I'm sorry.  You were going to say something about it.
15:27:24 25       A.  I'm not sure.  Ask the question.  I don't want to
```

```
15:27:25  1    interrupt you.
15:27:25  2         Q.   Do you recognize this as a true and accurate copy of a
15:27:28  3    letter that you and Mr. Kawatani sent to Mr. Fukuda dated
15:27:33  4    August 31, 2000?
15:27:36  5         A.   I believe that's Mr. Kawatani's signature, so.
15:27:40  6    Probably so.
15:27:43  7         Q.   What was the purpose for sending this letter?
15:27:46  8         A.   I think it was a general -- sort of a general warning,
15:28:03  9    be careful, don't do anything that's illegal.  But I don't
15:28:13 10    think, you know, there wasn't anything specific that I think he
15:28:16 11    was referring to.  But if you're thinking of something, be
15:28:20 12    careful.  I think that's basically what the tenor of the letter
15:28:28 13    is.  So don't do anything wrong.  I think that's basically it.
15:28:32 14    You know.
15:28:32 15         Q.   Did you have a discussion with Mr. Kawatani before
15:28:38 16    this letter was drafted and sent to Mr. Fukuda?
15:28:40 17         A.   I can't recall.  I can't recall a specific
15:28:49 18    conversation.
15:28:51 19         Q.   You and Mr. Kawatani sent this letter as attorneys for
15:28:57 20    whom?
15:29:00 21         MR. BORDNER:  I'm going to object unless you clarify
15:29:03 22    what you mean by sent.  I mean, you said that he recognized
15:29:08 23    Kawatani's signature.  And the rest of it, it assumes facts that
15:29:11 24    aren't in evidence.  No foundation.
15:29:14 25         Q.   You can answer.
```

```
15:29:16   1          A.   I don't think we were rep -- you know, I'm not sure.
15:29:27   2    I don't think that idea, who we were representing in writing
15:29:33   3    this letter, came up.  It's just sort of a warning type, warning
15:29:39   4    type.  Do everything aboveboard.  That's basically what I think
15:29:44   5    the intent was.
15:29:45   6          Q.   How did you decide to send the letter to Mr. Fukuda
15:29:50   7    versus anybody else affiliated with Sports Shinko?
15:29:55   8               MR. BORDNER:  Lacks foundation.  Calls for
15:29:57   9    speculation.
15:29:57  10          A.   I'm not sure.  Probably Mr. Kawatani did.
15:30:06  11          Q.   Do you have any information on that?
15:30:10  12          A.   I don't have a recollection.
15:30:10  13          Q.   Was Sports Shinko Co., Limited, your client?
15:30:15  14          A.   Sports Shinko Co., Limited?  No, that's the address
15:30:20  15    for Mr. Fukuda.
15:30:22  16          Q.   Who did you understand Mr. Fukuda to be a
15:30:26  17    representative of?
15:30:27  18          A.   Well, most of the communications with respect to the
15:30:34  19    Hawai`i companies went to Mr. Fukuda or Mr. Satoshi Kinoshita.
15:30:41  20          Q.   Do you know why this letter was addressed to
15:30:48  21    Mr. Fukuda as opposed to Satoshi Kinoshita?
15:30:51  22          A.   Well, both got it, you know.
15:30:54  23          Q.   How do you know?
15:30:57  24          A.   If you look on the next page, it says cc, Satoshi
15:31:03  25    Kinoshita.
```

```
15:31:09  1        Q.   Why did you address it to Mr. Fukuda and cc'ed
15:31:16  2   Mr. Satoshi Kinoshita versus addressing the letter to Satoshi
15:31:21  3   Kinoshita?
15:31:21  4        A.   There's no reason I could say today.
15:31:29  5        Q.   Was there specific concern about fraudulent
15:31:34  6   conveyances or transfers raised because of the management
15:31:40  7   agreements that Sports Shinko was having you draft up?
15:31:45  8        A.   I don't think so.  I think it was just a, you know,
15:31:55  9   just a general basis to say -- sort of a make sure that you're
15:32:12 10   doing everything aboveboard.
15:32:13 11        Q.   Well, the re clause specifically references the
15:32:18 12   management agreements, correct?
15:32:18 13        A.   Yeah.  Well, you know, Eric drafted.
15:32:27 14        Q.   Did you review this letter before it was sent?
15:32:31 15        A.   I'm not sure.  It could very well be.  I'm sure maybe
15:32:40 16   he talked to me on it.  I have no recollection.
15:32:46 17        Q.   Based upon your general practice at your firm and your
15:32:51 18   being the responsible attorney on the Sports Shinko matters,
15:32:55 19   would the normal practice be for you to have reviewed this
15:32:58 20   letter, Exhibit 11, before it went out?
15:33:00 21        A.   I guess.  I guess to the extent that they thought it
15:33:06 22   was important, he'd probably contact me.  If it's other things,
15:33:11 23   then maybe not -- as to what that priority was.
15:33:18 24        Q.   In your mind, is this a letter of importance such that
15:33:22 25   you would normally review it before it went out?
```

```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII


SPORTS SHINKO CO., LTD.,           ) CV 04-00124 ACK-BMK
                                   ) CV 04-00127 ACK-BMK
            Plaintiff,             )
                                   ) CONSOLIDATED CASES
       vs.                         )
                                   )
QK HOTEL, LLC., et al.,            )
                                   )
            Defendants,            )
                                   )
       and                         )
                                   )
FRANKLIN K. MUKAI, et al.,         )
                                   )
            Third-Party            )
            Plaintiffs,            ) DEPOSITION OF
                                   ) FRANKLIN K. MUKAI
       vs.                         )
                                   ) Volume I
SPORTS SHINKO (USA) CO.,           ) (Pages 1 - 150)
LTD., et al.,                      ) (Exhibits 1 - 11)
                                   )
            Third-Party            )
            Defendants,            )
                                   )
       and                         )
                                   )
SPORTS SHINKO (HAWAII) CO.,        )
LTD., et al.,                      )
                                   )
            Third-Party            )
            Defendants/            )
            Counterclaimants,      )
                                   )
       vs.                         )
                                   )
QK HOTEL, LLC, et al.,             )
                                   )
            Third-Party            )
            Counterclaim           )
            Defendants.            )
                                   )
AND CONSOLIDATED CASES             )
                                   )
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090

```
 1              DEPOSITION OF FRANKLIN K. MUKAI
 2
 3  Taken on behalf of PLAINTIFFS AND THIRD-PARTY DEFENDANTS THE
 4  SPORTS SHINKO COMPANIES, at the offices of Alston Hunt Floyd &
 5  Ing, 20th Floor, ASB Tower, 1001 Bishop Street, Honolulu,
 6  Hawai`i 96813, commencing at 9:03 a.m., on Wednesday,
 7  December 12, 2007, pursuant to first amended notice.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  BEFORE:   JOY C. TAHARA, RPR, CSR 408
24            Notary Public, State of Hawai`i
25
```

```
 1                        A P P E A R A N C E S
 2
 3
      FOR PLAINTIFFS AND              BRUCE K. WAKUZAWA, ESQ.
 4    THIRD-PARTY DEFENDANTS          Alston Hunt Floyd & Ing
      THE SPORTS SHINKO COMPANIES     American Savings Bank Tower
 5                                    1001 Bishop Street,
                                      18th Floor
 6                                    Honolulu, Hawai`i 96813
                                      Tel. (808) 524-1800
 7                                    Fax. (808) 524-4591
                                      bwakuzawa@ahfi.com
 8
      FOR DEFENDANT AND THIRD-PARTY   WILLIAM A. BORDNER, ESQ.
 9    PLAINTIFF                       Burke McPheeters Bordner &
      FRANKLIN K. MUKAI:              Estes
10                                    3100 Mauka Tower, Pacific
                                      Guardian Center
11                                    737 Bishop Street
                                      Honolulu, Hawai`i 96813
12                                    Tel. (808) 523-9833
                                      Fax. (808) 528-1656
13                                    bbordner@bmbe-law.com

14    FOR DEFENDANTS,                 ROBERT A. MARKS, ESQ.
      COUNTERCLAIMANTS, AND           Price Okamoto Himeno & Lum
15    THIRD-PARTY PLAINTIFFS          Ocean View Center
      KG HOLDINGS, LLC, KIAHUNA       707 Richards Street,
16    GOLF CLUB, LLC, KG KAUAI        Suite 728
      DEVELOPMENT, LLC, PUKALANI      Honolulu, Hawai`i 96813
17    GOLF CLUB, LLC, KG MAUI         Tel. (808) 538-1113
      DEVELOPMENT, LLC, MILILANI      Fax. (808) 533-0549
18    GOLF CLUB, LLC, QK HOTEL,       ram@pohlhawaii.com
      LLC, and OR HOTEL, LLC:
19
      FOR                             JOHN Y. YAMANO, ESQ.
20    MCCORRISON MILLER MUKAI         McCorrison Miller Mukai
      MACKINNON, LLP:                 MacKinnon, LLP
21                                    Five Waterfront Plaza,
                                      4th Floor
22                                    500 Ala Moana Boulevard
                                      Honolulu, Hawai`i 96813
23                                    Tel. (808) 529-7414 [Direct]
                                      Fax. (808) 535-8030 [Direct]
24                                    yamano@m4law.com

25    Also present:                   MR. WAYNE TANIGAWA
```

150

1                    C E R T I F I C A T E

2

3   STATE OF HAWAI`I                )
                                     ) ss.
4   CITY AND COUNTY OF HONOLULU      )

5           I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

            That on Wednesday, December 12, 2007, at 9:03 a.m., before me appeared FRANKLIN K. MUKAI, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

            That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

            That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

            DATED: Honolulu, Hawai`i, December 16, 2007.


                                    _____
                                    Notary Public, State of Hawai`i
                                    My commission expires: 10/11/10

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090