Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON               1126-0
BRUCE H. WAKUZAWA         4312-0
GLENN T. MELCHINGER       7135-0
JASON H. KIM              7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    palston@ahfi.com
          bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QK HOTEL, LLC, et al., <br><br> Defendants, | CV 04-00124 BMK <br> CV 04-00127 BMK <br><br> CONSOLIDATED CASES <br><br> **ERRATA RE: THIRD-PARTY COUNTERCLAIMANT SPORTS SHINKO (WAIKIKI) CORPORATION'S MOTION** |

667034 v1 / 6850-5

|  |  |  |
|---|---|---|
| and | ) | FOR SUMMARY JUDGMENT |
|  | ) | RE:  DEFENDANT |
| FRANKLIN K. MUKAI, et al., | ) | FRANKLIN MUKAI'S |
|  | ) | BREACH OF DUTY AS A |
| Third-Party | ) | (1) DIRECTOR AND (2) |
| Plaintiffs, | ) | ATTORNEY, FILED |
|  | ) | JANUARY 11, 2008; |
|  | ) | CERTIFICATE OF SERVICE |
| vs. | ) |  |
|  | ) |  |
| SPORTS SHINKO (USA) CO., | ) |  |
| LTD., et al., | ) |  |
|  | ) |  |
| Third-Party | ) |  |
| Defendants, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| SPORTS SHINKO (HAWAII) | ) |  |
| CO., LTD., et al., | ) |  |
|  | ) |  |
| Third-Party Defendants/ | ) |  |
| Counterclaimants, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| QK HOTEL, LLC, et al., | ) |  |
|  | ) |  |
| Third-Party Counterclaim | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| AND CONSOLIDATED CASES | ) |  |
| _____ | ) |  |

667034 v1 / 6850-5

2

**ERRATA RE: THIRD-PARTY COUNTERCLAIMANT SPORTS
SHINKO (WAIKIKI) CORPORATION'S MOTION FOR
SUMMARY JUDGMENT RE:  DEFENDANT FRANKLIN MUKAI'S
BREACH OF DUTY AS A (1) DIRECTOR AND (2) ATTORNEY,
FILED JANUARY 11, 2008**

Third-Party Counterclaimant Sports Shinko (Waikiki)

Corporation respectfully files an Errata to its Motion for Summary

Judgment Re:  Defendant Franklin Mukai's Breach of Duty as a (1)

Director and (2) Attorney, filed on January 11, 2008 (the "Motion"),

as follows:

The signature on the Motion and Certificate of Service

should have read "/s/ Paul Alston".

DATED:  Honolulu, Hawai`i, January 14, 2008.

___/s/ Glenn T. Melchinger___
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

667034 v1 / 6850-5                    3