IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., ) | CV 04-00124 BMK |
| ) | CV 04-00127 BMK |
| Plaintiff, ) | |
| ) | CONSOLIDATED CASES |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| QK HOTEL, LLC, et al., ) | |
| Defendants, ) | |
| and ) | |
| FRANKLIN K. MUKAI, et al., ) | |
| Third-Party Plaintiffs, ) | |
| vs. ) | |
| SPORTS SHINKO (USA) CO., LTD., et al., ) | |
| Third-Party Defendants, ) | |
| and ) | |
| SPORTS SHINKO (HAWAII) CO., LTD., et al., ) | |
| Third-Party Defendants/ Counterclaimants, ) | |

667034 v1 / 6850-5

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| QK HOTEL, LLC, et al., | ) |
|  | ) |
|    Third-Party Counterclaim Defendants. | ) ) |
|  | ) |
| AND CONSOLIDATED CASES | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing was served on the following, electronically through CM/ECF:

William A. Bordner     bbordner@bmbe-law.com
                                    turcia@bmbe-law.com

John Reyes-Burke     jburke@bmbe-law.com
Attorneys for Defendant
FRANKLIN K. MUKAI

Robert A. Marks     ram@pohlhawaii.com
                                sfujioka@pohlhawaii.com

Simon Klevansky     sklevansky@kplawhawaii.com
Alika L. Piper     apiper@kplawhawaii.com
Carisa Lima Ka'ala Hee     kaalahee@kplawhawaii.com

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC; QK HOTEL, LLC;
OR HOTEL, LLC; AND KG HOLDINGS, LLC

DATED: Honolulu, Hawai`i, January 14, 2008.

                                 /s/ Glenn T. Melchinger
                                 PAUL ALSTON
                                 BRUCE H. WAKUZAWA
                                 GLENN T. MELCHINGER
                                 JASON H. KIM
                                 Attorneys for Plaintiffs
                                 and Third-Party Defendants,
                                 the SS Companies