**EXHIBIT A**

MATTERS ON WHICH DESIGNEE(S)
OF McCORRISTON MILLER MUKAI MACKINNON WILL BE EXAMINED

McCorriston Miller Mukai Mackinnon is directed, pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, with respect to the following subject:

The information contained in the documents attached as Exhibits "B" and "C" to this Exhibit.