08/07/07

McCORRISTON MILLER MUKAI MacKINNON LLP
Conflicts of Interest Report

Page 1

---

This report lists the
potential conflicts of interest
resulting from a search of the Client/Case files
for the following names:

| | |
|---|---|
| KATHRYN INOUYE | PATRICK KOBAYASHI |
| ALANA KOBAYASHI | RONALD KOBAYASHI |
| ALANA PAKKALA | SANDRA KOBAYASHI |
| BERT KOBAYASHI | SUSAN KOBAYASHI |
| BERT KOBAYASHI, JR. | WAYNE TANIGAWA |
| JAMES KOBAYASHI | JON YAMANISHI |



DEPOSITION
EXHIBIT
14
F. Mukai



EXHIBIT B

```
09/07/07                              McCORRISTON MILLER MUKAI MacKINNON LLP                              Page   2
                                             Conflict of Interest Report
------------------------------------------------------------------------------------------------------------------
Search Argument
   Potential Conflict    (Source)                      Acctng    Responsible              Date       Date
   Client/Case                                         Status    Attorney                 Initiated  Completed
------------------------------------------------------------------------------------------------------------------

BERT KOBAYASHI


   MR. BERT A. KOBAYASHI (client contact)
     17781 PAB INVESTMENT CORPORATION
     45842 CORPORATE                                   Closed    FRANKLIN K. MUKAI        07/26/95   01/06/98

   BERT A. KOBAYASHI (client contact)
     18117 BKJ PARTNERS                                Closed    KEITH SUZUKA             08/01/96   09/25/98
     46851 SALE OF MAUI PROPERTY                       Closed    FRANKLIN K. MUKAI        08/04/97
     47918 GENERAL                                     Active    NANCY N. GRSKIN          09/01/04
     54795 1031 EXCHANGE

   KOBAYASHI, BERT A. (client name)
     18393 KOBAYASHI, BERT A.
     47660 ESTATE PLAN                                 Closed    FRANKLIN K. MUKAI        05/05/97   10/19/98
     49743 PERSONAL                                    Active    FRANKLIN K. MUKAI        03/01/99

   BERT A. KOBAYASHI (client contact)
     18458 KOBAYASHI DEVELOPMENT GROUP LLC             Closed    MICHAEL J. O'MALLEY      07/07/97   02/16/99
     47832 CORPORATE                                   Active    CLIFFORD J. MILLER       10/30/98
     49392 HUEHUE RANCH                                Closed    FRANKLIN K. MUKAI        03/30/00   04/05/00
     50736 ACQUISITION OF PROPERTY

   BERT A. KOBAYASHI, JR. (client contact)
     18074 KOBAYASHI REAL ESTATE GROUP, LLC            Closed    FRANKLIN K. MUKAI        04/01/95   05/14/93
     49755 CORPORATE
```

```
09/07/07                        McCORRISTON MILLER MUKAI MacKINNON LLP                              Page   3
                                      Conflict of Interest Report

Search Argument
   Potential Conflict     (source)               Acctng      Responsible              Date        Date
   Client/Case                                   Status      Attorney                 Initiated   Completed
------------------------------------------------------------------------------------------------------------

BERT KOBAYASHI (continued)

   KOBAYASHI, BERT & BJ (client name)
     13967 KOBAYASHI, BERT & BJ                  Active      D. SCOTT MacKINNON       03/16/06
     56424 CAPITOL PLACE

   KOBAYASHI, BERT A. JR. (client name)
     20374 KOBAYASHI, BERT A. JR.                Active      D. SCOTT MacKINNON       03/10/07
     57186 SILVER STRIKE LODGE, PARK CITY, UTAH

BERT KOBAYASHI JR




   BERT A. KOBAYASHI, JR. (client contact)
     19074 KOBAYASHI REAL ESTATE GROUP, LLC      Closed      FRANKLIN K. MUKAI        04/01/99    05/14/99
     49758 CORPORATE



   KOBAYASHI, BERT A. JR. (client name)
     20374 KOBAYASHI, BERT A. JR.                Active      D. SCOTT MacKINNON       03/10/07
     57186 SILVER STRIKE LODGE, PARK CITY, UTAH


JAMES KOBAYASHI




   KOBAYASHI, JAMES N. & JEANNE N. (client name)
     17590 KOBAYASHI, JAMES N. & JEANNE N.
     45254 ESTATE PLAN                           Closed      DONALD K.O. WONG         01/18/95
     55970 1031 EXCHANGE                         Active      NANCY N. GREKIN          12/13/05

   JAMES N. KOBAYASHI (client contact)
     17590 KOBAYASHI, JAMES N. & JEANNE N
     45254 ESTATE PLAN                           Closed      DONALD K.O. WONG         01/18/95
     55970 1031 EXCHANGE                         Active      NANCY N. GREKIN          12/13/05

JAMES KOBAYASHI (continued on next page)
```

```
09/07/07                          McCORRISTON MILLER MUKAI MacKINNON LLP                              Page    4
                                        Conflict of Interest Report

Search Argument
   Potential Conflict      (Source)              Acctng      Responsible              Date        Date
   Client/Case                                   Status      Attorney                 Initiated   Completed


JAMES KOBAYASHI (continued)



   JAMES H. KOBAYASHI, L.L.C. (client name)
      18518 JAMES H. KOBAYASHI, L.L.C.           Closed      MICHAEL J. O'MALLEY      08/01/97    03/06/98
      47984 CORPORATE

   JAMES H. KOBAYASHI (client contact)
      18518 JAMES H. KOBAYASHI, L.L.C.           Closed      MICHAEL J. O'MALLEY      08/01/97    03/06/98
      47984 CORPORATE

PATRICK KOBAYASHI

   MR. PATRICK KOBAYASHI (client contact)
      18362 HENNESSEY CONSULTANTS INC.           Closed      FRANKLIN K. MUKAI        02/14/97    03/06/98
      47420 CORPORATE

RONALD KOBAYASHI




   MR. RONALD KOBAYASHI (case contact)
      16906 ALBERT C. KOBAYASHI, INC             Closed      FRANKLIN K. MUKAI        06/13/91
      43689 ACEL PAINTING CORPORATION -PENSION




   RONALD KOBAYASHI (client contact)
      17074 ACEL PAINTING CORPORATION            Closed      FRANKLIN K. MUKAI        06/13/91
      43895 PENSION

RONALD KOBAYASHI (continued on next page)
```

```
04/07/07                              McCORRISTON MILLER MUKAI MacKINNON LLP                          Page   5
                                          Conflict of Interest Report

Search Argument
   Potential Conflict    (source)              Acctng    Responsible                Date        Date
   Client/Case                                 Status    Attorney                   Initiated   Completed
```

RONALD KOBAYASHI (continued)

   RONALD KOBAYASHI (case contact)
     17501  DAEWOO / KOBAYASHI J.V.
     44950  HONOLULU GATEWAY                          Closed    DAVID KURIYAMA              10/10/94    03/17/98


WAYNE TANIGAWA

   WAYNE TANIGAWA (client contact)
     17211  GENERAL SERVICES INCORPORATED             Closed    DAVID KURIYAMA              02/24/94    11/05/99
     44233  KAPILINAO VILLAGES JOINT VENTURE          Closed    PETER J. HAMASAKI           01/08/98    09/10/99
     48299  SMA PERMIT

   MR. WAYNE TANIGAWA (client contact)
     17702  WCK DEVELOPMENT CORP.
     45843  CORPORATE                                 Closed    FRANKLIN K. MUKAI           07/26/95    01/06/98

   MR. WAYNE TANIGAWA (client contact)
     17789  MAKAI VILLAGE PARTNERSHIP
     45858  PARTNERSHIP                               Closed    FRANKLIN K. MUKAI           08/01/95    06/23/99

   WAYNE TANIGAWA (client contact)
     17860  CIVIC CENTER DEVELOPMENT
     46100  KAPOLEI DEVELOPMENT                       Closed    KEITH SUZUKA                11/03/95    03/15/99

   MR. WAYNE TANIGAWA (client contact)
     17881  WKK DEVELOPMENT CORPORATION
     46449  CORPORATE                                 Closed    FRANKLIN K. MUKAI           03/13/96    04/15/96

   MR. WAYNE TANIGAWA (client contact)
     17898  GENERAL SERVICES INCORPORATED
     46483  CORPORATE                                 Active    FRANKLIN K. MUKAI           04/01/96
     48143  DEV OF PARKING STRUCTURE AT MILLER ST TRIANGLE  Closed  KEITH SUZUKA          01/01/97    03/16/99
     91063  HONOKAA PARTNERS LIMITED PARTNERSHIP      Closed    FRANKLIN K. MUKAI           07/28/00    09/11/00

   MR. WAYNE TANIGAWA (client contact)
     18035  HRZ VIII, INC.
     46639  CORPORATE                                 Closed    FRANKLIN K. MUKAI           05/21/96

   MR. WAYNE TANIGAWA (client contact)
     18077  MAKAI REALTY GROUP, INC.
     46771  CORPORATE                                 Closed    FRANKLIN K. MUKAI           07/11/96    08/19/96

   TANIGAWA, WAYNE (client name)
     18152  TANIGAWA, WAYNE
     46970  GENERAL                                   Closed    FRANKLIN K. MUKAI           09/17/96    03/13/98

WAYNE TANIGAWA (continued on next page)

```
09/07/07                    McCORRISTON MILLER MUKAI MacKINNON LLP                      Page   6
                                   Conflict of Interest Report

Search Argument
  Potential Conflict    (source)             Acting    Responsible           Date        Date
  Client/Case                                Status    Attorney              Initiated   Completed
```

WAYNE TANIGAWA (continued)

   MR. WAYNE TANIGAWA (client contact)
     18670 OSI NAPILI LLC
     48432 CORPORATE                             Closed    MICHAEL J. O'MALLEY    02/19/98   08/04/99

   MR. WAYNE TANIGAWA (client contact)
     18803 BKJ NAPILI, INC                                 FRANKLIN K. MUKAI
     48915 NAPILIHAU JOINT VENTURE    Closed    FRANKLIN K. MUKAI      05/04/98   04/06/00

WAYNE TANIGAWA (client contact)
     20398 KG KAUAI DEVELOPMENT, LLC
     52901 GENERAL                                   Active    D. SCOTT MACKINNON     02/17/02

09/02/07

McCORRISTON MILLER MUKAI MacKINNON LLP
Conflict of Interest Report

Page 7

There were no matches found for the following:

| | |
|---|---|
| KATHRYN INOUYE | ALANA KOBAYASHI |
| ALANA PAKKALA | SANDRA KOBAYASHI |
| SUSAN KOBAYASHI | JON YAMANISHI |

11/12/07    McCORRISTON MILLER MUKAI MacKINNON LLP    Page 1
Conflict of Interest Report

This report lists the
potential conflicts of interest
resulting from a search of the Client/Case files
for the following names:

| | |
|---|---|
| KIAHUNA GOLF CLUB | QK HOTEL |
| KG KAUAI DEVELOPMENT LLC | KG HOLDINGS LLC |
| PUKALANI GOLF CLUB LLC | HOKUA DEVELOPMENT GROUP LLC |
| KG MAUI DEVELOPMENT | HDM LLC |
| MILILANI GOLF CLUB | PMK DEVELOPMENT LLC |
| QK HOTEL, LLC | WAILEA HOTEL & BEACH RESORT LLC |



EXHIBIT C

```
11/12/07                          McCORRISTON MILLER MUKAI MacKINNON LLP                                    Page   9
                                       Conflict of Interest Report

Search Argument
    Potential Conflict      (source)                Acctng      Responsible              Date         Date
    Client/Case                                     Status      Attorney                 Initiated    Completed
```

KIAHUNA GOLF CLUB

    KIAHUNA GOLF CLUB LEASE AGREEMENT (sub-file title)
      17089 SPORTS SHINKO (KAUAI) CO., LTD
      43913 KIAHUNA GOLF COURSE                             Active      FRANKLIN K. MUKAI          04/30/85

    KIAHUNA GOLF CLUB PROMOTIONAL POSTERS (5 COPIES IN   (volume title)
      17089 SPORTS SHINKO (KAUAI) CO., LTD
      43913 KIAHUNA GOLF COURSE                             Active      FRANKLIN K. MUKAI          04/30/8A

KG KAUAI DEVELOPMENT

    KG KAUAI DEVELOPMENT, LLC (client name)
      20390 KG KAUAI DEVELOPMENT, LLC
      52983 GENERAL                                         Active      D. SCOTT MacKINNON         07/17/02

PUKALANI GOLF CLUB

    DUECK VS. PUKALANI GOLF CLUB, LLC, ET AL. (case name)
      20714 MITSUI SUMITOMO INSURANCE GROUP
      57622 DUECK VS. PUKALANI GOLF CLUB, LLC, ET AL        Active      JOHN Y. YAMANO            06/06/07

    PUKALANI GOLF CLUB, LLC (allied party)
      20714 MITSUI SUMITOMO INSURANCE GROUP
      57622 DUECK VS. PUKALANI GOLF CLUB, LLC, ET AL        Active      JOHN Y. YAMANO            06/06/07

KG HOLDINGS

    KG HOLDINGS LLC (client name)
      20686 KG HOLDINGS LLC
      53613 RENAISSANCE WAILEA BEACH RESORT                 Active      FRANKLIN K. MUKAI          05/01/03

    KG HOLDINGS / KEALOHA, JOYCE (case name)
      20714 MITSUI SUMITOMO INSURANCE GROUP
      57438 KG HOLDINGS / KEALOHA, JOYCE                    Active      JOHN Y. YAMANO            07/20/07

    KG HOLDINGS (insured party)
      20714 MITSUI SUMITOMO INSURANCE GROUP
      57438 KG HOLDINGS / KEALOHA, JOYCE                    Active      JOHN Y. YAMANO            07/20/07

    KG HOLDINGS (allied party)
      20714 MITSUI SUMITOMO INSURANCE GROUP
      57438 KG HOLDINGS / KEALOHA, JOYCE                    Active      JOHN Y. YAMANO            07/20/07

11/19/07                                McCORRISTON MILLER MUKAI MacKINNON LLP                                      Page   3
                                                Conflict of Interest Report

Search Argument
   Potential Conflict     (source)                    Acctng    Responsible                          Date        Date
   Client/Case                                        Status    Attorney                             Initiated   Completed


HOKUA DEVELOPMENT GROUP

   COMPANY RECORDS: HOKUA DEVELOPMENT GROUP (sub-file title)
     20392  MK MANAGEMENT, LLC
     52825  FORMATION OF JOINT VENTURE                Active    RANDALL F. SAKUMOTO                  07/02/02


HDH

   JR WORKING FILE - HDH, LLC OPERATING AGREEMENT (sub-file title)
     20392  MK MANAGEMENT, LLC
     52825  FORMATION OF JOINT VENTURE                Active    RANDALL F. SAKUMOTO                  07/02/02

   COMPANY RECORDS: HDH, LLC (volume title)
     20392  MK MANAGEMENT, LLC
     52825  FORMATION OF JOINT VENTURE                Active    RANDALL F. SAKUMOTO                  07/02/02


PMK DEVELOPMENT

   JMS CORRESPONDENCE - PMK DEVELOPMENT LLC (sub-file title)
     21295  PMK DEVELOPMENT LLC
     55927  HUD REGISTRATION                          Active    D. SCOTT MacKINNON                   11/30/05

   PMK DEVELOPMENT LLC (client name)
     21295  PMK DEVELOPMENT LLC
     54853  CONDOMINIUM DOCUMENTS                     Active    D. SCOTT MacKINNON                   10/19/04
     55336  LOAN MATTERS                              Active    D. SCOTT MacKINNON                   04/05/05
     55617  GENERAL                                   Active    D. SCOTT MacKINNON                   07/21/05
     55750  APARTMENT SALES & MARKETING               Active    D. SCOTT MacKINNON                   09/19/05
     55834  CONSTRUCTION AGREEMENTS                   Active    D. SCOTT MacKINNON                   09/01/05
     55927  HUD REGISTRATION                          Active    D. SCOTT MacKINNON                   11/30/05
     56944  CAPITOL PLACE - SEWER ALLOCATION          Active    D. SCOTT MacKINNON                   11/15/06


WAILEA HOTEL BEACH RESORT

   BLACK BINDER  STATUS REPORT WAILEA HOTEL & BEACH (sub-file title)
     21181  WAILEA HOTEL & BEACH RESORT, L.L.C.
     54241  GENERAL                                   Active    RANDALL F. SAKUMOTO                  03/11/04

   (BLACK BINDER) JDK WORKING FILE RE: WAILEA HOTEL (sub-file title)
     21181  WAILEA HOTEL & BEACH RESORT, L.L.C.
     54241  GENERAL                                   Active    RANDALL F. SAKUMOTO                  03/11/04

   WAILEA HOTEL & BEACH RESORT, L.L.C. (client name)
     21181  WAILEA HOTEL & BEACH RESORT, L.L.C.
     54237  ARCHITECT'S AGREEMENT                     Active    RANDALL F. SAKUMOTO                  03/11/04
     54238  CONDOMINIUM PROPERTY REGIME               Active    RANDALL F. SAKUMOTO                  03/11/04
     54239  CONSTRUCTION CONTRACT                     Active    RANDALL F. SAKUMOTO                  03/11/04
     54240  CONSTRUCTION MANAGEMENT AGREEMENT         Active    RANDALL F. SAKUMOTO                  03/11/04
     54241  GENERAL                                   Active    RANDALL F. SAKUMOTO                  03/11/04
     54242  HOTEL OPERATIONS                          Active    RANDALL F. SAKUMOTO                  03/11/04
     54243  LOAN DOCUMENTS                            Active    RANDALL F. SAKUMOTO                  03/11/04
     54244  RENTAL PROGRAM                            Active    RANDALL F. SAKUMOTO                  03/11/04

11/19/07

McCORRISTON MILLER MUKAI MacKINNON LLP
Conflict of Interest Report

Page 4

There were no matches found for the following:

| | |
|---|---|
| KO MAUI DEVELOPMENT | MILILANI GOLF CLUB |
| OK HOTEL | OK HOTEL |