# MINUTES

CASE NUMBER:        CV NO. 04-00124BMK

CASE NAME:          S7orts Shinko Co., Ltd., etc Vs. QK Hotel, LLC

ATTYS FOR PLA:      Glenn Melchinger and Bruce Wakuzawa

ATTYS FOR DEFT:     Warren Price III, Robert Marks, William A. Bordner, John Reyes-Burke and John Yamano

INTERPRETER:

JUDGE:   Barry M. Kurren         REPORTER:   None

DATE:    01/17/2008              TIME:       9:15 am-12:00
                                             1:30pm -5:55pm

COURT ACTION:   EP: Settlement Conference-Court and Counsel discussed Settlement of this Action.  Settlement Negotiations are in discussion.  No Settlement at this time.


Submitted by Leslie L. Sai, Courtroom Manager