INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

QK HOTEL, LLC, a Hawaii LLC
    Defendant

| | |
|---|---|
| KG HOLDINGS, LLC<br>    Defendant - Appellant | Simon Klevansky, Esq.<br>808/524-0155<br>[COR LD NTC ret]<br>Attorney at Law<br>745 Fort Street<br>Suite 1400<br>Honolulu, HI 96813<br><br>Warren Price, III, Esq.<br>Ste. 728<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>FAX 808/533-0549<br>808/538-1113<br>[COR LD ret]<br>707 Richards St.<br>Ste. 728<br>Honoolulu, HI 96813<br>808/538-1113<br><br>Alika L. Piper, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Suite 1400<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>FAX 808/531-6963<br>808/524-0155<br>Ste. 1400<br>[COR LD ret]<br>GELBER, GELBER, INGERSOLL &<br>KLEVANSKY<br>745 Fort Street<br>Honolulu, HI 96813 |
| PUKALANI GOLD CLUB, LLC<br>    Defendant - Appellant | Simon Klevansky, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Warren Price, III, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Robert A. Marks, Esq.<br>(See above)<br>[COR LD ret]<br><br>Alika L. Piper, Esq.<br>(See above)<br>[COR LD ret]<br>Carisa Lima Ka'ala Hee, Esq.<br>(See above) |

```
INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al
                                        [COR LD ret]

KG MAUI DEVELOPMENT, LLC              Simon Klevansky, Esq.
     Defendant - Appellant            (See above)
                                      [COR LD NTC ret]

                                      Warren Price, III, Esq.
                                      (See above)
                                      [COR LD NTC ret]
                                      Robert A. Marks, Esq.
                                      (See above)
                                      [COR LD ret]

                                      Alika L. Piper, Esq.
                                      (See above)
                                      [COR LD ret]
                                      Carisa Lima Ka'ala Hee, Esq.
                                      (See above)
                                      [COR LD ret]


     v.

SPORTS SHINKO CO., LTD., a            Paul Alston
Japanese corporation in               808/524-1212
reorganization, through               [COR LD NTC ret]
Keijiro Kimura, its Deputy            Glenn T. Melchinger, Esq.
Trustee                               FAX 808/524-4591
     Plaintiff-third-party-           808/524-1800
defendant - Appellee                  [COR LD ret]
                                      ALSTON HUNT FLOYD & ING
                                      1001 Bishop Street
                                      1800 Pacific Tower
                                      Honolulu, HI 96813

FRANKLIN K. MUKAI                     William A. Bordner
     Defendant-third-party-           523-9833
plaintiff                             [COR LD ret]
                                      Grosvenor Center
                                      737 Bishop Street
                                      Suite 3100
                                      Honolulu, HI 96813


     v.

SPORTS SHINKO (US) CO., LTD.,         Paul Alston
a Delaware corporation                808/524-1212
     Third-party-defendant -          [COR LD NTC ret]
Appellee                              Glenn T. Melchinger, Esq.
                                      FAX 808/524-4591
                                      808/524-1800
                                      [COR LD ret]
                                      ALSTON HUNT FLOYD & ING
```

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

                                              1001 Bishop Street
                                              1800 Pacific Tower
                                              Honolulu, HI 96813