cc BMK
Riches

United States District Court
District of Hawaii

NO: CV 04-00124 BMK

Sports Shinko Co; Jonathan Lee Riches,
Plaintiff

v.

QK Hotel, et. AL
Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 19 2008

at ___ o'clock and ___ P.M.
SUE BEITIA, CLERK

MOTION FOR LEAVE TO intervene as Plaintiff Rule 24

Comes Now, Jonathan Lee Riches, having a vested interest in this Lawsuit, Moves this Honorable court to intervene as Plaintiff. Defendant QK Hotel and Defendant Franklin K. Mukai were associated with my criminal case, as Plaintiffs 6th amendment rights were violated under Booker and Fan Fan. Plaintiff prays this Honorable court for relief.

Jonathan Lee Riches
P.O. Box 340
Sumter, SC 29590
843-387-9400