Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
15 FEB 2008 PM 1 T

"LET US DARE TO
THINK, SPEAK AND
John Adams, 1765

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII

United States District Court
District of Hawai'i
Clerk of Court
300 Ala Moana Blvd
Honolulu, Hawai'i 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII