# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00124BMK |
| CASE NAME: | Sports Shinko Co., Ltd. vs. QK Hotel, LLC, et al. |
| ATTYS FOR PLA: | Glenn Melchinger<br>Bruce Wakuzawa |
| ATTYS FOR DEFT: | Robert A. Marks<br>William Bordner<br>John Reyes-Burke<br>John Yamane |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No Record |
| DATE: | 02/21/2008 | TIME: | 9:30 - 10:15 |

COURT ACTION:  EP: Status Conference - held to resolve disputes re: settlement documents.

Submitted by: Toni Fujinaga, Courtroom Manager.