IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD | ) | Civ. No. 04-00124 BMK |
| | ) | Civ. No. 04-00127 BMK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING JONATHAN |
| | ) | LEE RICHES' MOTION TO |
| | ) | INTERVENE |
| QK HOTEL, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FRANKLIN K. MUKAI, et al., | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SPORTS SHINKO (USA) CO., | ) | |
| LTD., et al., | ) | |
| | ) | |
| Third-Party Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPORTS SHINKO (HAWAII) CO., | ) | |
| LTD., et al., | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants/Counterclaimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |

QK HOTEL, LLC, et al.,                    )
                                          )
                    Third-Party           )
Counterclaim Defendants.                  )
                                          )
AND CONSOLIDATED CASES                    )
_____          )


### ORDER DENYING MOTION TO INTERVENE FILED BY
### JONATHAN LEE RICHES

On January 18, 2008, the parties to the above-captioned case reached

a settlement agreement, which was placed on the record before the Court.  On

February 19, 2008, Mr. Jonathan Lee Riches ("Riches") filed a motion to intervene

in this case.[1] Riches asserts that he should be granted leave to intervene on the

grounds that "Defendant QK Hotel and Defendant Franklin K. Mukai were

---

[1]Riches is a well-known litigant in the federal courts, having filed more than 1,000 actions in various federal district and appellate courts since 2006.  *See* U.S. Party-Case Index, http://pacer.psc.uscourts.gov. ("Pacer") (showing 1,087 cases filed as of Feb. 20, 2008).  Riches is even referenced on Wikipedia, which notes that his largest and most well known civil rights lawsuit named George W. Bush and 782 other defendant, including survivors of the Holocaust, Pizza Hut, Dane Cook, Three Mile Island, Paris Hilton, Dennis Hopper, Mount Rushmore, the Ming Dynasty, Mein Kampf, "various Buddhist Monks," Medieval Times, the Da Vinci Code, and the planet Pluto.  He has also unsuccessfully sued Tiger Woods, Barry Bonds, Michael Vick, Martha Stewart, Brittney Spears, and Terry Schiavo and her family.

Riches has accrued many, many strikes under 28 U.S.C. § 1915(g), and thus, can no longer proceed *in forma pauperis* in any prisoner civil rights suit without a showing of imminent danger of serious physical harm.  *See e.g.*, *Riches v. Sheehan*, Civ. No. 07-03695 (N.D. Cal.); *Riches v. Simpson*, Civ. No. 07-01504 (M.D. Fla.); *Riches v. Schiavo*, Civ. No. 07-01644 (M.D. Fla.); *Riches v. Doe*, Civ. No. 07-20042 (S.D. Fla.); *Riches v. Bonds,* Civ. No. 07-00375 (N.D. Ind.); *Riches v. Guantanamo Bay*, Civ. No. 07-13041 (E.D. Mich.); *Riches v. James*, Civ. No. 07-02486 (N.D. Ohio).

associated with my criminal case, as Plaintiffs 6th amendment rights were violated under Booker and Fan Fan."

Riches' motion is hereby DENIED. First, Riches' motion to intervene is not timely, because it was filed after a settlement agreement had already been reached in this case. See Foote v. Parsons Non-Skid Co., 196 F. 951, 954 (6th Cir. 1912) (denying a motion to intervene because a settlement had already been reached in the case). It would be unfair and harmful to the parties in this case to allow Riches to intervene at this late stage.

Moreover, even if Riches' motion had been timely filed, he has failed to demonstrate that he has a claim or interest in the controversy at stake here. Specifically, he has failed to adequately "state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought," as required by Rule 24(c) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 24(c). Riches' single-sentence explanation fails to provide any sort of reason as to how he has suffered any harm related to the facts and circumstances of this case as a result of the defendants' alleged representation of him in certain criminal matters.

Finally, Riches' motion also fails because he has failed to serve his motion on the parties to the case as required by Federal Rule of Civil Procedure 24(c).  For these reasons, Riches motion for leave to intervene is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 21, 2008

Sports Shinko v. QK Hotel, et al.; Civ. No. 04-00124 BMK; ORDER DENYING JONATHAN LEE RICHES' MOTION TO INTERVENE.

4