# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00124BMK |
| CASE NAME: | Sports Shinko Co., Ltd. V. QK Hotel |
| ATTYS FOR PLA: | Glenn T. Melchinger |
| ATTYS FOR DEFT: | Robert A. Marks, William A. Bordner, John Reyes-Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 04/01/2008 | TIME: | 11:16 - 11:31 |

COURT ACTION:  EP: Status Conference Re Dismissal - a Stipulation for Dismissal will be submitted this week.

Submitted by Richlyn W. Young, courtroom manager