Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                      1126-0
GLENN T. MELCHINGER              7135-0
JASON H. KIM                     7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  palston@ahfi.com
        gmelchinger@ahfi.com
        jkim@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SPORTS SHINKO CO., LTD., | CV 04-00124 BMK |
| | CV 04-00127 BMK |
| Plaintiff, | |
| | CONSOLIDATED CASES |
| vs. | |
| | **STIPULATION FOR** |
| QK HOTEL, LLC, et al., | **DISMISSAL WITH** |
| | **PREJUDICE OF ALL PARTIES** |
| Defendants, | **AND ALL CLAIMS; ORDER** |
| | |
| and | Trial Date:  08/12/08 |
| | Judge:  Hon. Barry M. Kurren |
| FRANKLIN K. MUKAI, et al., | |
| | |

Third-Party Plaintiffs,  )
                         )
vs.                      )
                         )
SPORTS SHINKO (USA) CO., )
LTD., et al.,            )
                         )
        Third-Party     )
        Defendants,     )
                         )
and                     )
                         )
SPORTS SHINKO (HAWAII) CO., )
LTD., et al.,           )
                         )
        Third-Party Defendants/ )
        Counterclaimants, )
                         )
vs.                      )
                         )
QK HOTEL, LLC, et al.,   )
                         )
        Third-Party Counterclaim )
        Defendants.     )
                         )
AND CONSOLIDATED CASES   )
                         )
_____)

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL PARTIES AND ALL CLAIMS

IT IS HEREBY STIPULATED pursuant to Rule 41 the Federal Rules of Civil Procedure, by and between the parties hereto, through their respective counsel, that all claims and parties be dismissed with prejudice.  No other claims, parties or issues remain in this action and each party shall bear its own costs and attorneys' fees.  All appearing parties have signed the Stipulation.

This Stipulation may be signed in counterparts by all parties.  Trial is set for August 12, 2008.

This Court shall retain jurisdiction to enforce the settlement in these cases.

Dated:  Honolulu, Hawai`i, April 4, 2008.


/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiff
and Third-Party Defendants,
the Sports Shinko Companies

673165_1 / 6850-5

-3-

/s/ William S. Bordner
WILLIAM A. BORDNER
JOHN REYES-BURKE

Attorneys for Defendant
FRANKLIN K. MUKAI


/s/ Robert A. Marks
WARREN PRICE, III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants
Attorneys for Defendants

KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT,
LLC; PUKALANI GOLF
CLUB, LLC; KG MAUI
DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC; OR HOTEL,
LLC; AND KG HOLDINGS, LLC

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 7, 2008

---

*Sports Shinko Co., Ltd., et al. v. QK Hotel, LLC, et al.;*
Case Nos. CV 04-00124 BMK, CV 04-00127 BMK, U.S. District Court for the
District of Hawai`i -**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL
PARTIES AND ALL CLAIMS; ORDER**